Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON, <br><br> Defendant. | No. 2:23-cv-00113-MKD <br><br> MOTION FOR LEAVE TO APPEAR PRO HAC VICE FOR ERIN E. MURPHY <br><br> 05/30/2023 <br> Without Oral Argument |

I, Steven Fogg, counsel of record for Plaintiff National Shooting Sports Foundation, Inc., respectfully move the Court for an Order granting admission pro hac vice to attorney Erin E. Murphy to appear in the above-captioned matter as counsel for Plaintiff pursuant to Local Rule 83.2(c). I am a licensed member in good standing of the State of Washington bar (WSBA No. 23528) and this Court.

Erin E. Murphy's qualifications for pro hac admission and other information required by Local Rule 83.2(c)(3) are set forth below:

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE- 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

A. Applicant's address and phone number:

Erin E. Murphy
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

B. Dates of admission to practice before other courts:

| Court | Admission Date |
|---|---|
| Virginia State Bar | 10/12/2006 |
| District of Columbia Bar | 08/09/2010 |
| Supreme Court of the United States Bar | 03/26/2012 |
| U.S. Court of Appeals for the First Circuit | 10/30/2012 |
| U.S. Court of Appeals for the Second Circuit | 12/05/2011 |
| U.S. Court of Appeals for the Third Circuit | 03/25/2013 |
| U.S. Court of Appeals for the Fourth Circuit | 12/12/2013 |
| U.S. Court of Appeals for the Fifth Circuit | 11/26/2007 |
| U.S. Court of Appeals for the Sixth Circuit | 7/24/2014 |
| U.S. Court of Appeals for the Seventh Circuit | 5/22/2007 |
| U.S. Court of Appeals for the Eighth Circuit | 11/15/2011 |
| U.S. Court of Appeals for the Ninth Circuit | 6/10/2013 |
| U.S. Court of Appeals for the Tenth Circuit | 1/24/2020 |
| U.S. Court of Appeals for the Eleventh Circuit | 3/16/2010 |
| U.S. Court of Appeals for the District of Columbia Circuit | 4/30/2010 |
| U.S. District Court for the District of Columbia | 5/2/2011 |
| U.S. District Court for the Northern District of Florida | 5/1/2015 |

C. Name, address, and phone number of admitted counsel with whom the applicant is associated.

APPEAR PRO HAC VICE- 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Steven Fogg
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600

D.   The necessity for appearance by the applicant.

Given her experience and the focus of her practice, Erin E. Murphy's participation in this action would benefit Plaintiff and would assist in ensuring a fair and efficient resolution of this matter.

E.   Whether the applicant has any pending disciplinary sanction actions or has ever been subject to disciplinary sanctions by any court or bar association.

Ms. Murphy does not have any pending disciplinary sanctions against her, nor has she ever been subject to any disciplinary sanctions by any court or bar admission.

WHEREFORE, we respectfully request that the Court admit Erin E. Murphy to appear pro hac vice in this action as counsel for Plaintiff National Shooting Sports Foundation, Inc.

DATED this 27th day of April, 2023.

CORR CRONIN LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE- 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Paul D. Clement *(pro hac vice forthcoming)*
Erin E. Murphy *(pro hac vice forthcoming)*
Matthew D. Rowen *(pro hac vice forthcoming)*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Ph: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com

*Attorneys for Plaintiff*

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE- 4

C**ORR** C**RONIN** LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have also served the foregoing with the complaint on all defendants when accomplishing service of process.

DATED this 27th day April, 2023.

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE- 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900