1  ROBERT W. FERGUSON
   *Attorney General*
2
   NOAH G. PURCELL, WSBA 43492
3    *Solicitor General*
   1125 Washington Street SE
4  PO Box 40100
   Olympia, WA 98504-0100
5  (360) 753-2536
   Noah.Purcell@atg.wa.gov
6

7

8  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF WASHINGTON**
9

10 | NATIONAL SHOOTING SPORTS FOUNDATION, INC., | NO. 2:23-cv-00113-MKD |
   |---|---|
   | Plaintiff, | NOTICE OF APPEARANCE |
   | v. | |
   | ROBERT W. FERGUSON, Attorney General of the State of Washington, | |
   | Defendant. | |

16  TO:      National Shooting Sports Foundation, Plaintiff;

17  AND TO:  Steven W. Fogg, Attorney for Plaintiff;

18  AND TO:  Clerk of the Court.

19      YOU AND EACH OF YOU will please take notice that Robert Ferguson, in

20  his official capacity as Attorney General of the State of Washington; by and through

21  his attorney, Solicitor General NOAH G. PURCELL, hereby enters his appearance

22  in the above-entitled action and requests that notice of any and all further

NOTICE OF APPEARANCE
NO. 2:23-cv-00113-MKD

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1 | proceedings in said action be served upon the undersigned counsel at the address
2 | stated below.
3 |   DATED this 28th day of April, 2023.

      ROBERT W. FERGUSON
      *Attorney General*

      *s/ Noah G. Purcell*
      NOAH G. PURCELL, WSBA 43492
      *Solicitor General*
      1125 Washington Street SE
      PO Box 40100
      Olympia, WA  98504-0100
      (360) 753-2536
      Noah.Purcell@atg.wa.gov

      *Attorney for Defendant Robert W. Ferguson*

NOTICE OF APPEARANCE
NO. 2:23-cv-00113-MKD

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

# CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 28th day of April, 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
LEENA VANDERWOOD
*Legal Assistant*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 570-3411
Leena.Vanderwood@atg.wa.gov

NOTICE OF APPEARANCE
NO. 2:23-cv-00113-MKD

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200