ROBERT W. FERGUSON
 *Attorney General*

TERA M. HEINTZ, WSBA 54921
 *Deputy Solicitor General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 664-3027
Tera.Heintz@atg.wa.gov

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, Attorney General of the State of Washington,<br><br>Defendant. | NO. 2:23-cv-00113-MKD<br><br>NOTICE OF APPEARANCE |

TO:         National Shooting Sports Foundation, Plaintiff;

AND TO:  Steven W. Fogg, Attorney for Plaintiff;

AND TO:  Clerk of the Court.

YOU AND EACH OF YOU will please take notice that Robert Ferguson, in his official capacity as Attorney General of the State of Washington; by and through his attorney, Deputy Solicitor General TERA M. HEINTZ, hereby enters her appearance in the above-entitled action and requests that notice of any and all

NOTICE OF APPEARANCE
NO. 2:23-cv-00113-MKD

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1 | further proceedings in said action be served upon the undersigned counsel at the
2 | address stated below.

3 | DATED this 28th day of April, 2023.

ROBERT W. FERGUSON
*Attorney General*

NOAH G. PURCELL, WSBA 43492
*Solicitor General*

 *s/ Tera M. Heintz*
TERA M. HEINTZ, WSBA 54921
  *Deputy Solicitor General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 664-3027
Tera.Heintz@atg.wa.gov

*Attorney for Defendant Robert W. Ferguson*

NOTICE OF APPEARANCE
NO. 2:23-cv-00113-MKD

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 28th day of April, 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
LEENA VANDERWOOD
*Legal Assistant*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 570-3411
Leena.Vanderwood@atg.wa.gov

NOTICE OF APPEARANCE
NO. 2:23-cv-00113-MKD

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200