Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>Defendant. | No. 2:23-cv-00113-MKD<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff National Shooting Sports Foundation, Inc. makes the following disclosure:

National Shooting Sports Foundation, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT - 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  DATED this 28th day of April, 2023.

2                                      CORR CRONIN LLP

4   *s/ Steven W. Fogg*
    Steven W. Fogg, WSBA No. 23528
5   CORR CRONIN LLP
    1015 Second Avenue, Floor 10
6   Seattle, Washington  98104-1001
7   Ph: (206) 625-8600 | Fax: (206) 625-0900
    sfogg@corrcronin.com

9   Paul D. Clement (*pro hac vice pending*)
    Erin E. Murphy (*pro hac vice pending*)
10  Matthew D. Rowen (*pro hac vice pending*)
    Mariel A. Brookins (*pro hac vice pending*)
11  CLEMENT & MURPHY, PLLC
    706 Duke Street
12  Alexandria, VA 22314
13  Ph: (202) 742-8900
    paul.clement@clementmurphy.com
14  erin.murphy@clementmurphy.com
    matthew.rowen@clementmurphy.com
15  mariel.brookins@clementmurphy.com

16  *Attorneys for Plaintiff*

PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on (Date), I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED at Seattle, Washington on 28th day of April, 2023.

*s/ Megan Johnston*
Megan Johnston, Legal Assistant
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625-8600
Email: mjohnston@corrcronin.com

PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900