Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>Defendant. | No. 2:23-cv-00113-MKD<br><br>JOINT MOTION TO EXCEED PAGE LIMITS AND EXTEND DEADLINES FOR MOTION FOR PRELIMINARY INJUNCTION AND RELATED BRIEFING<br><br>06/01/2023<br>Without Oral Argument |

Plaintiff National Shooting Sports Foundation ("NSSF") challenges the constitutionality of Washington's new "public nuisance" law, SB 5078, and argues that SB 5078 is preempted by federal law. Plaintiff NSSF and Defendant Attorney General Robert Ferguson (collectively, the "Parties") bring this joint motion regarding Plaintiff's planned motion for a preliminary injunction.

Plaintiff intends to file a Motion for Preliminary Injunction in this matter and Defendant intends to oppose it. The Parties anticipate needing more than the 10 pages allowed under LCR 7(f)(2)–(3) to adequately address the legal standard for seeking a preliminary injunction. The Parties jointly request, pursuant to LCR

JOINT MOTION TO EXCEED
PAGE LIMITS AND EXTEND
DEADLINES - 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

7(f)(5), that the Court expand the page limits for Plaintiff's Motion for Preliminary Injunction, Defendant's Response, and Plaintiff's Reply, for the reasons and in the manner set forth below.

Plaintiffs' Motion (and subsequent briefing) will involve a preliminary examination of the merits of Plaintiffs' claims. SB 5078 regulates the selling, manufacturing, and advertising of firearms and related products. Under SB 5078, those activities may violate Washington law if that conduct is found to "contribute to a public nuisance." §2(3). Because the law was recently enacted, there is no controlling precedent applying it.

Plaintiffs have challenged SB 5078 on multiple independent grounds (preemption; violations of the Commerce Clause, First Amendment, Second Amendment, and Fourteenth Amendment) and intend to move for a preliminary injunction on all grounds. The 10 pages allowed by LCivR 7(f) is not adequate to brief Plaintiff's likelihood of success on the merits along with the remaining preliminary injunction factors. Defendant will likewise need adequate space to adequately address these issues and respond to Plaintiff's arguments.

Accordingly, the Parties have conferred and jointly submit that good cause exists to modify the page limits as indicated below, and respectfully ask the Court to grant the following page limits:

- Plaintiff's Motion for Preliminary Injunction: 30 pages
- Defendant's Response: 30 pages
- Plaintiff's Reply: 15 pages

Pursuant to LCR 7(c)(2)(B) and LCR 7(d)(2)(B), a response shall normally be filed within 14 days after the filing of a nondispositive motion, and a reply shall normally be filed within 7 days after the filing of the response. The Parties have

JOINT MOTION TO EXCEED
PAGE LIMITS AND EXTEND
DEADLINES - 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

conferred and jointly request that the Court extend the time for the Parties to file response and reply briefs, as detailed below:

- Defendant's Response to be due 28 days after the filing of Plaintiff's Motion for Preliminary Injunction;
- Plaintiff's Reply to be due 14 days after the filing of Defendant's Response.

For the foregoing reasons, the Parties respectfully request that the Court grant their joint motion.

DATED this 2nd day of May, 2023.

CORR CRONIN LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com

Paul D. Clement (*pro hac vice pending*)
Erin E. Murphy (*pro hac vice pending*)
Matthew D. Rowen (*pro hac vice pending*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Ph: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com

*Attorneys for Plaintiff*

JOINT MOTION TO EXCEED
PAGE LIMITS AND EXTEND
DEADLINES - 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ROBERT W. FERGUSON
  *Attorney General*

*s/ Emma Grunberg (email approval)*
Noah G. Purcell, WSBA No. 43492
Emma Grunberg, WSBA No. 54659
Tera M. Heintz, WSBA No. 54921
P.O. Box 40100
Olympia, WA 98504-0100
Ph: (360) 753-6200
noah.purcell@atg.wa.gov
emma.grunberg@atg.wa.gov
tera.heintz@atg.wa.gov

JOINT MOTION TO EXCEED
PAGE LIMITS AND EXTEND
DEADLINES - 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

I hereby certify that on (Date), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED at Seattle, Washington on 2nd day of May, 2023.

/ *Megan Johnston*
Megan Johnston, Legal Assistant
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625-8600
Email: mjohnston@corrcronin.com

JOINT MOTION TO EXCEED
PAGE LIMITS AND EXTEND
DEADLINES - 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900