Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>          Defendant. | No. 2:23-cv-00113-MKD<br><br>ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITS AND EXTEND DEADLINES FOR MOTION FOR PRELIMINARY INJUNCTION AND RELATED BRIEFING<br><br>[PROPOSED] |

This matter came before the Court on the parties' Joint Motion to Exceed Page Limits and Extend Deadlines for Motion for Preliminary Injunction and Related Briefing ("Joint Motion"). The Court having considered the parties' Joint Motion and the record on file herein, now, therefore,

IT IS HEREBY ORDERED that:

1.      The Joint Motion to Exceed Page Limits and Extend Deadlines for Motion for Preliminary Injunction and Related Briefing is GRANTED;

2.      Page Limits on the briefing in support of and opposition to Plaintiff's Motion for Preliminary Injunction are extended to:

ORDER GRANTING JOINT
MOTION TO EXCEED PAGE LIMITS AND
EXTEND DEADLINES - 1

1          •          Plaintiff's Motion for Preliminary Injunction: 30 pages;

2          •          Defendant's Response: 30 pages; and

3          •          Plaintiff's Reply: 15 pages.

4          3.          The briefing schedule for Plaintiff's Motion for Preliminary Injunction

5    are extended to:

6          •          Defendant's Response to be due 28 days after the filing of

7                      Plaintiff's Motion for Preliminary Injunction;

8          •          Plaintiff's Reply to be due 14 days after the filing of Defendant's

9                      Response.

10          IT IS SO ORDERED.

11          DATED this ___ day of May, 2023.

12

13                                        _____
                                          THE HONORABLE MARY K. DIMKE
14                                        UNITED STATES DISTRICT JUDGE

15    Presented by:

16    CORR CRONIN LLP

17

18    *s/ Steven W. Fogg*
      Steven W. Fogg, WSBA No. 23528
19    CORR CRONIN LLP
      1015 Second Avenue, Floor 10
20    Seattle, Washington 98104-1001
      Ph: (206) 625-8600 | Fax: (206) 625-0900
21    sfogg@corrcronin.com

22

23

24

25

ORDER GRANTING JOINT
MOTION TO EXCEED PAGE LIMITS AND
EXTEND DEADLINES - 2

Paul D. Clement *(pro hac vice pending)*
Erin E. Murphy *(pro hac vice pending)*
Matthew D. Rowen *(pro hac vice pending)*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Ph: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com

*Attorneys for Plaintiff*


ROBERT W. FERGUSON
   Attorney General


*s/ Emma Grunberg (email approval)*
Noah G. Purcell, WSBA No. 43492
Emma Grunberg, WSBA No. 54659
Tera M. Heintz, WSBA No. 54921
P.O. Box 40100
Olympia, WA 98504-0100
Ph: (360) 753-6200
noah.purcell@atg.wa.gov
emma.grunberg@atg.wa.gov
tera.heintz@atg.wa.gov

*Attorneys for Defendant*

ORDER GRANTING JOINT
MOTION TO EXCEED PAGE LIMITS AND
EXTEND DEADLINES - 3

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

4

I hereby certify that on (Date), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

5

6

7

DATED at Seattle, Washington on 2nd day of May, 2023.

8

9

10

11

12

13

*/ Megan Johnston*

Megan Johnston, Legal Assistant
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625-8600
Email: mjohnston@corrcronin.com

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING JOINT
MOTION TO EXCEED PAGE LIMITS AND
EXTEND DEADLINES - 4