FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington, <br><br> Defendant. | No. 2:23-CV-00113-MKD <br><br> ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITS AND EXTEND DEADLINES FOR MOTION FOR PRELIMINARY INJUNCTION AND RELATED BRIEFING <br><br> **ECF No. 13** |

Before the Court is the parties' Joint Motion to Exceed Page Limits and Extend Deadlines for Motion for Preliminary Injunction and Related Briefing, ECF No. 14. Plaintiffs represent that they intend to file a Motion for Preliminary Injunction. The parties jointly request expanded page limits for briefing and an extended briefing schedule. The Court has reviewed the record and the motion and finds good cause to grant the request. *See* LCivR 7(c)-(d), (f).

Accordingly, **IT IS HEREBY ORDERED**:

ORDER - 1

1. The parties' Joint Motion to Exceed Page Limits and Extend Deadlines for Motion for Preliminary Injunction and Related Briefing, **ECF No. 13**, is **GRANTED.**

2. Plaintiffs' Motion for Preliminary Injunction shall not exceed **30 pages.**

3. Defendants shall have **28 days** from the filing of Plaintiffs' Motion for Preliminary Injunction to file a Response. The Response shall not exceed **30 pages.**

4. Plaintiffs shall have **14 days** from the filing of Defendants' Response to file a Reply. The Reply shall not exceed **15 pages.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to the parties.

DATED May 3, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2