Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>Defendant. | No. 2:23-cv-00113-MKD<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>[PROPOSED] |

This matter comes before the Court on Plaintiff's Motion for Preliminary Injunction. The Court has considered Plaintiff's Motion and hereby GRANTS Plaintiff's Motion. It is hereby ordered as follows:

The Court GRANTS Plaintiff's Motion for Preliminary Injunction.

DATED this ___ day of July, 2023.

_____
THE HONORABLE MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION - 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

CORR CRONIN LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com

Paul D. Clement *(pro hac vice pending)*
Erin E. Murphy *(pro hac vice pending)*
Matthew D. Rowen *(pro hac vice pending)*
Mariel A. Brookins *(pro hac vice pending)*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Ph: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com
mariel.brookins@clementmurphy.com

*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

I hereby certify that on (Date), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED at Seattle, Washington on 4th day of May, 2023.

*s/ Megan Johnston*
Megan Johnston, Legal Assistant
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625-8600
Email: mjohnston@corrcronin.com

ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION - 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900