ROBERT W. FERGUSON
  *Attorney General*

EMMA GRUNBERG, WSBA 54659
  *Deputy Solicitor General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(206) 326 5488
Emma.Grunberg@atg.wa.gov

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington, <br><br> Defendant. | NO. 2:23-cv-00113-MKD <br><br> STIPULATION AND ORDER EXTENDING DEADLINE TO ANSWER <br><br> Without Oral Argument |

**I.    STIPULATION**

The Parties, by and through their respective attorneys of record, hereby stipulate to the following:

1.    Under Federal Rule of Civil Procedure 12(a) Defendant's current date for filing and serving a response to Plaintiff's complaint is May 18, 2023.

2.    Plaintiff has filed a motion for a preliminary injunction (ECF No. 17), and the parties have conferred regarding that motion and agreed to a

STIPULATION AND ORDER
EXTENDING DEADLINE TO ANSWER
NO. 2:23-cv-00113-MKD

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  briefing schedule and an extension of page limits, which the court has granted

2  (*see* ECF No. 14).

3      3.    It would not prejudice Plaintiff to extend Defendant's deadline to

4  respond to the complaint until after the motion for preliminary injunction is heard

5  by this Court. Accordingly, the Parties stipulate that Defendant may answer, or

6  otherwise respond to Plaintiff's complaint, no later than 21 calendar days after

7  the date on which Plaintiff's motion for preliminary injunction is ruled on by this

8  Court.

9      DATED this 9th day of May, 2023.

ROBERT W. FERGUSON
*Attorney General*

NOAH G. PURCELL, WSBA 43492
*Solicitor General*

 s/ *Emma Grunberg*
EMMA GRUNBERG, WSBA 54659
TERA M. HEINTZ, WSBA 54921
*Deputy Solicitors General*
ALEXIA DIORIO, WSBA 57280
SARAH E. SMITH, WSBA 55770
*Assistant Attorneys General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Noah.Purcell@atg.wa.gov
Emma.Grunberg@atg.wa.gov
Tera.Heintz@atg.wa.gov
Alexia.Diorio@atg.wa.gov
Sarah.E.Smith@atg.wa.gov

*Attorneys for Defendant Robert W. Ferguson*

STIPULATION AND ORDER
EXTENDING DEADLINE TO ANSWER
NO. 2:23-cv-00113-MKD

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1

2  CORR CRONIN LLP

3  *s/ Steven W. Fogg*
   STEVEN W. FOGG, WSBA No. 23528
4  1015 Second Avenue, Floor 10
   Seattle, WA 98104-1001
5  (206) 625-8600
   sfogg@corrcronin.com

6
   CLEMENT & MURPHY PLLC
7  Paul D. Clement
   Erin E. Murphy
8  Matthew D. Rowen
   Mariel A. Brookins
9  706 Duke Street
   Alexandria, VA 22314
10 (202) 742-8900
   paul.clement@clementmurphy.com
11 erin.murphy@clementmurphy.com
   matthew.rowen@clementmurphy.com
12 mariel.brookins@clementmurphy.com

13 *Attorneys for Plaintiff*

14

15

16

17

18

19

20

21

22

STIPULATION AND ORDER
EXTENDING DEADLINE TO ANSWER
NO. 2:23-cv-00113-MKD

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## II. ORDER

IT IS HEREBY ORDERED:

1. The stipulation of the parties is APPROVED AND ADOPTED. Defendant's deadline for responding to Plaintiff's complaint (ECF No. 1) under Federal Rule of Civil Procedure 12 is extended to 21 calendar days after a ruling on Plaintiff's motion for preliminary injunction.

DATED this _____ day of _____, 2023.

_____
The Honorable Mary K. Dimke
United States District Judge

STIPULATION AND ORDER
EXTENDING DEADLINE TO ANSWER
NO. 2:23-CV-00113-MKD

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 9th day of May, 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
LEENA VANDERWOOD
  *Legal Assistant*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 570-3411
Leena.Vanderwood@atg.wa.gov

STIPULATION AND ORDER
EXTENDING DEADLINE TO ANSWER
NO. 2:23-CV-00113-MKD

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200