1 ZACHARY J. PEKELIS, WSBA #44557
2 KAI A. SMITH, WSBA #54749
  PACIFICA LAW GROUP LLP
3 1191 2nd Avenue, Suite 2000
  Seattle, WA 98101-3404
4 (206) 245-1700

5

6

7

8       UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF WASHINGTON
9

10 | NATIONAL SHOOTING SPORTS | No. 2:23-cv-00113-MKD |
11 | FOUNDATION, INC., | |
12 |     Plaintiffs, | NOTICE OF APPEARANCE FOR PROPOSED |
13 | v. | INTERVENOR-DEFENDANT ALLIANCE FOR GUN |
14 | ROBERT W. FERGUSON, | RESPONSIBILITY |
15 | ATTORNEY GENERAL OF THE STATE OF WASHINGTON, | |
16 | | |
17 |     Defendant. | |

18

19     TO: CLERK OF THE COURT

20     AND TO: All Parties of Record

21     PLEASE TAKE NOTICE that Proposed Intervenor-Defendant Alliance for

22 Gun Responsibility, without waiving any defenses or objections, hereby enters its

24 appearance through the undersigned attorneys. You are hereby notified that service

25 of all further pleadings, notices, documents or other papers, exclusive of process,

NOTICE OF APPEARANCE
Case No. 2:23-cv-00113-MKD - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

may be had upon it by serving the undersigned attorneys of record at the address stated below.

DATED this 18th day of May, 2023.

PACIFICA LAW GROUP LLP

By: *s/ Zachary J. Pekelis*
Zachary J. Pekelis, WSBA # 44557

By: *s/ Kai A. Smith*
Kai A. Smith, WSBA # 54749

*Attorneys for Proposed Intervenor-Defendant Alliance for Gun Responsibility*

NOTICE OF APPEARANCE
Case No. 2:23-cv-00113-MKD - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

On the 18th day of May, 2023, I caused to be served, via ECF electronic service, a true copy of the foregoing Notice of Appearance upon all counsel registered for e-service.

DATED this 18th day of May, 2023.

_____
Erica Knerr

NOTICE OF APPEARANCE
Case No. 2:23-cv-00113-MKD - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750