ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA  98101-3404
(206) 245-1700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>                    Defendant. | No.  2:23-cv-00113-MKD<br><br>MOTION TO EXPEDITE ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE AS DEFENDANT<br><br>**NOTED ON MOTION CALENDAR:**<br>May 30, 2023<br>Without Oral Argument |

Proposed Intervenor-Defendant Alliance for Gun Responsibility ("Alliance") respectfully requests that this Court expedite consideration of its unopposed Motion to Intervene and decide the motion on May 30, 2023.

Concurrently with this Motion, the Alliance filed a Motion to Intervene in this case. Defendant Robert Ferguson does not oppose the Motion to Intervene. Plaintiff also does not oppose the Motion to Intervene with the "understanding that the

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  Alliance's proposed intervention will not result in an imbalance in pages or argument

2  time for each side."

3      Given that the Motion to Intervene is unopposed, and consistent with Cora

4  Vargas's May 23, 2023 email to counsel, the Alliance moves to expedite

5  consideration of its Motion to Intervene. Plaintiff and State Defendant do not oppose

6  this Motion to Expedite.

7

8   DATED this 24th day of May, 2023.

9

10                          PACIFICA LAW GROUP LLP

11                          s/ Kai A. Smith
                            ZACHARY J. PEKELIS, WSBA #44557
12                          KAI A. SMITH, WSBA #54749
                            1191 2nd Avenue, Suite 2000
13                          Seattle, WA  98101-3404
                            (206) 245-1700
14                          Zach.Pekelis@PacificaLawGroup.com
                            Kai.Smith@PacificaLawGroup.com
15

16                          Attorneys for Proposed Intervenor-
                            Defendant Alliance for Gun
17                          Responsibility

18

19

20

21

22

24

25

MOTION TO EXPEDITE
MOTION TO INTERVENE
Case No. 2:23-cv-00113-MKD - 2

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

On the 24th day of May, 2023, I caused to be served, via ECF electronic service, a true copy of the foregoing Motion to Expedite upon all counsel registered for e-service.

DATED this 24th day of May, 2023.

_____
Erica Knerr

MOTION TO EXPEDITE
MOTION TO INTERVENE
Case No. 2:23-cv-00113-MKD - 3

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750