ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA  98101-3404
(206) 245-1700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>　　　　　　　　Defendant. | No.  2:23-cv-00113-MKD<br><br>[PROPOSED] ORDER GRANTING ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO EXPEDITE MOTION TO INTERVENE AS DEFENDANT<br><br>**NOTED ON MOTION CALENDAR:**<br>May 30, 2023<br>Without Oral Argument |

THIS MATTER came before the Court on Proposed Intervenor-Defendant Alliance for Gun Responsibility's (the "Alliance's") Motion to Expedite Motion to Intervene As Defendant ("Motion to Expedite"). Having considered the Motion to Expedite and the other pleadings and papers on file in this matter, the Court hereby **ORDERS** as follows:

1. The Alliance's Motion to Expedite is **GRANTED**; and

[PROP] ORDER GRANTING ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO EXPEDITE MOTION TO INTERVENE AS DEFENDANT - 1
Case No. 2:23-cv-00113-MKD

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

2. The Alliance's Motion to Intervene As Defendant will be considered on Tuesday, May 30, 2023.

IT IS SO ORDERED this ___ day of May, 2023.

                                             HONORABLE MARY K. DIMKE
                                             USDC JUDGE

Presented by:

PACIFICA LAW GROUP LLP

By *s/ Kai A. Smith*
  Kai A. Smith, WSBA #54749
  Zachary J. Pekelis, WSBA # 44557

*Attorneys for Proposed Intervenor-Defendant Alliance for Gun Responsibility*

[PROP] ORDER GRANTING ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO EXPEDITE MOTION TO INTERVENE AS DEFENDANT - 2
Case No. 2:23-cv-00113-MKD

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750