ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA  98101-3404
(206) 245-1700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>Defendant. | No.  2:23-cv-00113-MKD<br><br>DECLARATION OF RENEE HOPKINS IN SUPPORT OF ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE<br><br>**NOTED ON MOTION CALENDAR:**<br>May 30, 2023<br>Without Oral Argument |

1. I am over the age of 18, am competent to testify, and offer this declaration based on my personal knowledge.

2. I am the Chief Executive Officer of the Alliance for Gun Responsibility ("Alliance"). The Alliance is a nonprofit organization based in Seattle, Washington, that is dedicated to ending gun violence and promoting a culture of gun ownership that balances  rights with responsibilities. The Alliance collaborates with experts, civil leaders, and citizens at the local and national level

DECL. OF HOPKINS ISO
ALLIANCE MOTION TO INTERVENE
Case No. 2:23-cv-00113-MKD - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

to identify and advocate for evidence-based solutions to the crisis of gun violence. The Alliance then promotes those solutions at the local, regional, and state levels.

3. The Alliance has successfully led statewide coalitions to pass several landmark ballot measures to improve Washington's firearm laws. Those measures include Initiative Measure 594, which required background checks for all gun sales, closing a loophole that had allowed sales by "private sellers" at gun shows, on the internet, and in other situations without background checks. They also include Initiative Measure 1491, which allowed courts to issue Extreme Risk Protections Orders (ERPOs) at the request of law-enforcement officers, family members, and others to keep firearms out of the hands of someone deemed a danger to themselves or others. And in 2018, the Alliance successfully led the campaign – through a political committee we established, Safe Schools Safe Communities – for Initiative Measure 1639, which established requirements for firearm safety training, adopted a 10-day waiting period to purchase a semi-automatic assault rifle, and raised the age for purchase of semi-automatic rifles from 18 to 21.

4. The Alliance successfully intervened to defend the legality of both I-594 and I-1639.

5. The Alliance has also worked with the Washington legislature to pass common-sense firearm laws. For example the Alliance spent over six years working to pass what became Engrossed Senate Bill 5078 ("ESSB 5078"), a law regulating large-capacity magazines that was signed into law on March 23, 2022 and went into effect on July 1, 2022. The Alliance has intervened in two lawsuits challenging the legality of ESSB 5078. That same session, the Alliance

DECL. OF HOPKINS ISO
ALLIANCE MOTION TO INTERVENE
Case No. 2:23-cv-00113-MKD - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

successfully advocated for five other vital gun violence prevention bills, including HB 1630 (which prohibited open carry of firearms at public meetings of law government entities), and HB 1705 (which restricted ghost guns – unserialized and untraceable firearms).

6. During the most recent session, the Alliance worked with the legislature to pass Substitute House Bill 1240 ("SHB 1240"), a law regulating assault weapons. SHB 1240 was signed into law on April 25, 2023, marking the culmination of over seven years of work by the Alliance to pass this straightforward and necessary firearm law. The Alliance currently has motions to intervene pending in three different litigation matters challenging the legality of SHB 1240.

7. The Alliance also has spent more than five years working on firearm industry accountability measures. Most recently, the Alliance worked to enact restrictions on firearm industry members who divert firearms to individuals who pose a risk to themselves or others. These restrictions were ultimately contained in Substitute Senate Bill 5078 ("SB 5078"). The Alliance actively assisted in policy research and development, assisted in drafting proposed bill language, and recruited experts to provide analysis of and legislative testimony on the diversion of firearms from the legal market. Furthermore, the Alliance was the primary organizer of public support for the passage of SB 5078, developing fact-sheets, policy analysis, and other advocacy content for its website, email lists, social media, and other forums for public engagement. Among other efforts, the Alliance coordinated thousands of advocates in support of the bill and tens of thousands of communications made directly to legislators. Alliance supporters were a major

DECL. OF HOPKINS ISO
ALLIANCE MOTION TO INTERVENE
Case No. 2:23-cv-00113-MKD - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1 presence at the state capitol during the legislative session (easily recognizable in
2 our orange t-shirts). The Alliance also organized testimony in support of SB 5078
3 from law enforcement, survivors, advocates, and policy experts. Alliance board
4 members also testified in support of the bill.

5   8.   After this considerable investment and hard work, the Washington
6 Legislature passed SB 5078, and on April 25, 2023, Governor Jay Inslee signed the
7 bill into law. I and other members of the Alliance were in attendance at the signing
8 ceremony.

10 I declare under penalty of perjury that the foregoing is true and correct.
11 Executed on this __22nd__ day of May, 2023 at __Seattle, WA__.

14 _Renée Hopkins_
   Renée Hopkins, CEO
15 Alliance for Gun Responsibility

DECL. OF HOPKINS ISO
ALLIANCE MOTION TO INTERVENE
Case No. 2:23-cv-00113-MKD - 4

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

On the 24th day of May, 2023, I caused to be served, via ECF electronic service, a true copy of the foregoing Declaration in Support of Motion to Intervene upon all counsel registered for e-service.

DATED this 24th day of May, 2023.

_____
Erica Knerr

DECL. OF HOPKINS ISO
ALLIANCE MOTION TO INTERVENE
Case No. 2:23-cv-00113-MKD - 5

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750