ROBERT W. FERGUSON
  *Attorney General*

NOAH G. PURCELL, WSBA 43492
  *Solicitor General*

EMMA GRUNBERG, WSBA 54659
TERA M. HEINTZ, WSBA 54921
  *Deputy Solicitors General*
ALEXIA DIORIO, WSBA 57280
SARAH E. SMITH, WSBA 55770
JOSEPH D. EHLE, WSBA 52549
  *Assistant Attorneys General*
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, Attorney General of the State of Washington,<br><br>Defendant. | NO. 2:23-cv-00113-MKD<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S 12(b)(1) AND 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>JULY 27, 2023<br>Without Oral Argument |

This matter comes before the Court on Defendant Attorney General Robert W. Ferguson's Motion to Dismiss. The Court has considered the parties' briefing; the relevant portions of the record, including the Plaintiff's Complaint and the documents incorporated by reference therein; and the applicable law.

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
NO. 2:23-cv-00113-MKD

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1    It is hereby ORDERED that Defendant's Motion to Dismiss is GRANTED. Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE; or, in the alternative,

It is hereby ORDERED that Defendant's Motion to Dismiss is GRANTED IN PART AND DENIED IN PART. Count One (Preemption) of Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

IT SO ORDERED this _____ day of _____ 2023.

_____
THE HONORABLE MARY K. DIMKE
United States District Judge

Presented by:

ROBERT W. FERGUSON
*Attorney General*

NOAH G. PURCELL, WSBA 43492
  *Solicitor General*

 s/ *Emma Grunberg*
EMMA GRUNBERG, WSBA 54659
TERA M. HEINTZ, WSBA 54921
  *Deputy Solicitors General*
ALEXIA DIORIO, WSBA 57280
SARAH E. SMITH, WSBA 55770
JOSEPH D. EHLE, WSBA 52549
  *Assistant Attorneys General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
NO. 2:23-cv-00113-MKD

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  Noah.Purcell@atg.wa.gov
   Emma.Grunberg@atg.wa.gov
2  Tera.Heintz@atg.wa.gov
   Alexia.Diorio@atg.wa.gov
3  Sarah.E.Smith@atg.wa.gov
   Joseph.Ehle@atg.wa.gov
4  *Attorneys for Defendant Robert W. Ferguson*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
NO. 2:23-cv-00113-MKD

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 1st day of June, 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
LEENA VANDERWOOD
 *Legal Assistant*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 570-3411
Leena.Vanderwood@atg.wa.gov

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS NO. 2:23-cv-00113-MKD

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200