ROBERT W. FERGUSON
  *Attorney General*

NOAH G. PURCELL, WSBA 43492
  *Solicitor General*

EMMA GRUNBERG, WSBA 54659
TERA M. HEINTZ, WSBA 54921
  *Deputy Solicitors General*
ALEXIA DIORIO, WSBA 57280
SARAH E. SMITH, WSBA 55770
JOSEPH D. EHLE, WSBA 52549
  *Assistant Attorneys General*
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington, <br><br> Defendant. | NO. 2:23-cv-00113-MKD <br><br> [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION <br><br> July 27, 2023 at 10:00 a.m. <br> With Oral Argument |

This matter comes before the Court on Plaintiff's Motion for Preliminary Injunction. The Court has considered the parties' briefing; the relevant portions of the record; and the applicable law.

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
NO. 2:23-cv-00113-MKD

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

It is hereby ORDERED that Plaintiff's Motion for Preliminary Injunction is DENIED.

IT SO ORDERED this _____ day of _____ 2023.

_____
THE HONORABLE MARY K. DIMKE
United States District Judge

Presented by:

ROBERT W. FERGUSON
*Attorney General*

NOAH G. PURCELL, WSBA 43492
  *Solicitor General*

*s/ Emma Grunberg*
EMMA GRUNBERG, WSBA 54659
TERA M. HEINTZ, WSBA 54921
  *Deputy Solicitors General*
ALEXIA DIORIO, WSBA 57280
SARAH E. SMITH, WSBA 55770
JOSEPH D. EHLE, WSBA 52549
  *Assistant Attorneys General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200
Noah.Purcell@atg.wa.gov
Emma.Grunberg@atg.wa.gov
Tera.Heintz@atg.wa.gov
Alexia.Diorio@atg.wa.gov
Sarah.E.Smith@atg.wa.gov
Joseph.Ehle@atg.wa.gov
*Attorneys for Defendant Robert W. Ferguson*

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-cv-00113-MKD

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 1st day of June, 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
LEENA VANDERWOOD
 *Legal Assistant*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 570-3411
Leena.Vanderwood@atg.wa.gov

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
NO. 2:23-cv-00113-MKD

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200