# Exhibit 1

# RYAN BUSSE

440 Lake Hills Ln, Kalispell, MT 59901 · 406.253.0381
www.ryanbusseauthor.com
montanabusse@gmail.com · linkedin.com/ryan-busse · Twitter @ryandbusse · Instagram @ryanbusseauthor

## SPEAKER · FIREARMS INDUSTRY EXPERT · AUTHOR

**FIREARMS INDUSTRY AND GUN POLICY EXPERIENCE**

### GUN INDUSTRY CAREER

- **25-year sales and marketing executive** leader with extensive industry connections and knowledge
- Pioneered industry-changing dealer direct sales method
- Responsible for worldwide sales efforts
- Built one of the firearms industry's **most respected worldwide sales** teams from ground up.
- Developed and managed multi-million-dollar budgets
- Deep and thorough understanding of all **competitive industry sales channels, marketing programs, and distribution methods**
- **Recognized multiple times by industry peers** as one of three finalists for Industry Person of the Year (highest personal award in the shooting industry)
- **Expert on gun industry sales and marketing histories** and current firearms industry trajectory

### WRITING AND SPEAKING

- Wrote critically acclaimed first-ever firearms industry personal memoir: **Gunfight – My Battle Against The Industry That Radicalized America (2021)**
- Regular contributor to **The Atlantic, The Bulwark, The Guardian**, and others
- Guest on more than 60 national podcasts
- Regular guest policy expert on **CNN, MSNBC, PBS, NPR, ABC, CBS**, and many others
- Keynote speaker

### POLICY ADVISOR

- Senior Policy Advisor to **Giffords** (2020-current)
- Briefed **United States Senate** Democratic Caucus (2022)
- Advisor to **Biden for President** campaign – Hunting and Outdoor issues (2020)
- Testified before **Joint Economic Committee** (2022)
- Testified before **House Oversight and Reform Committee** (2022)

**See another notable policy, podcast, cable news, and national publication updates at www.ryanbusseauthor.com**

**FIREARMS INDUSTRY AND CONSERVATION ORGANIZATION LEADERSHIP EXPERIENCE**

**Kimber** July 1995-Sept 2020, Kalispell, Montana & Yonkers, New York
kimberamerica.com
VICE PRESIDENT, SALES            EMPLOYEES: 560
**Overall worldwide sales authority, providing strategic leadership and direction of the most successful and pioneering dealer-direct sales model in the outdoor sporting goods industry. Lead projects, people and processes that build brand, drive innovation and retain competitive positioning.**

- Created a highly successful, stand-alone sales operation and direct sales model producing exceptional employee work satisfaction, high efficiency and repeatable YOY sales results
- Produced consistent revenue growth by as much as 23% YOY
- Optimized operations and strategically cut costs during economic downturn, holding gross margins without increasing sales expense

## EDUCATION

**Bachelor of Science, History and Political Science**, 1992
**Bethany College / Lindsborg, KS**

**Professional Marketing and Sales Management Certification,** 2006
**Rutgers University – School of Business / Camden, NJ**

2