# Exhibit 1



# CRIME REPORT 2022

## Seattle Police Department

Release Date: February 2023

Website: www.seattle.gov/police

Follow Us

   



## TABLE OF CONTENTS

ACKNOWLEDGEMENTS _____ 3

CRIME_____ 4

    Overview _____ 4

    Rates _____ 5

    Seasonality _____ 6

    Violent Crime _____ 6

    Gun Violence _____ 8

    Property Crime _____ 12

BIAS _____ 14

ARRESTS _____ 15

COMPUTER-AIDED DISPATCHED EVENTS_____ 17

    Response Time _____ 18

    Repeat Locations _____ 19

COMMUNITY SURVEYS _____ 20

    Seattle University Public Safety Survey _____ 20

    Zencity Survey _____ 20

### Dashboard Links

Arrest Dashboard

Bias Dashboard

CAD Dashboard

Crime Dashboard

MCPP Dashboard

Trust & Safety Dashboard

## ACKNOWLEDGEMENTS

The Seattle Police Department (SPD) would like to acknowledge the victims, families and communities impacted by the events contained within this report. The SPD recognizes that these data represent much more than facts and figures and shares this information and analysis to promote transparency, community dialogue, and the critical partnerships needed to address public safety.

The following report contains dynamic data, which are impacted by delayed reporting, classification changes and investigative updates. The SPD does its best to ensure that these data are statistically stable, to yield the most accurate results. For the most up-to-date data, please visit our interactive dashboards via the SPD website, which are updated on a reoccurring basis.

We would like to thank the various members of the SPD that contributed to this report, including the Communications Center, Officers in the field, Data Center, Investigators, and the analytic teams, for their prowess and committed diligence to the data and the lives they impact.

Sincerely,

SPD Data-Driven Team

## CRIME

### Overview

Overall citywide crime increased by four percent (1,834) compared to 2021. The percentages may appear lower but reported crime for 2021 was at an all-time high. 2022 totals have now exceeded that with 49,577 reported violent and property crimes. Aggravated Assault and Motor Vehicle Theft were significantly high in 2022 when compared to a five-year weighted average.

**Citywide Crime Comparison Table**

| OFFENSE CATEGORY | OFFENSE | 2022 | 2021 | AMT CHANGE | % CHANGE |
|---|---|---|---|---|---|
| VIOLENT | HOMICIDE | 52 | 42 | 10 | 24% |
| | RAPE | 281 | 270 | 11 | 4% |
| | ROBBERY | 1,760 | 1,755 | 5 | 0% |
| | AGGRAVATED ASSAULT | 3,498 | 3,326 | 172 | 5% |
| **VIOLENT TOTAL** | | **5,591** | **5,393** | **198** | **4%** |
| PROPERTY | ARSON | 181 | 224 | -43 | -19% |
| | BURGLARY | 8,657 | 9,826 | -1,169 | -12% |
| | LARCENY-THEFT | 28,228 | 26,976 | 1,252 | 5% |
| | MOTOR VEHICLE THEFT | 6,920 | 5,324 | 1,596 | 30% |
| **PROPERTY TOTAL** | | **43,986** | **42,350** | **1,636** | **4%** |
| **GRAND TOTAL** | | **49,577** | **47,743** | **1,834** | **4%** |

*"Crime increased by four percent in 2022 compared to 2021."*



## Rates

Crime rates are calculated based upon the Office of Financial Management (OFM) population totals for the City of Seattle. Rates confer an advantage over totals because they represent the number of crime incidents relative to population size. While crime rates are not a proxy for understanding how likely any given person is to be a *victim* of a crime, they allow statements to be made about how much crime takes place within the city's population.

The violent crime rate for the City of Seattle increased from 729 per 100,000 in 2021 to 736 per 100,000 in 2022. Property crime rates increased slightly from 5,730 to 5,784 per 100,000 for 2022.

### *"The violent crime rate reached a 15-year high in 2022."*

**Violent Crime Rate**



**Property Crime Rate**



## Seasonality

The fourth quarter of 2022 yeilded a downward trend compared to previous quarters and the prior year. Notable reductions were observed in Aggravated Assualt and Larceny-Theft.

**Citywide Crime by Month**



*"Crime decreased during the fourth quarter of 2022."*

## Violent Crime

Violent Crime increased by four percent (198). Increases came from Homicides (up 24%) and Aggravated Assaults (up five percent).

- Homicide totals were at 52 in 2022, which is the second highest total recorded after 2020 (53).
- Aggravated Assault totals continue to be the highest reported in the last 10 years. Shootings and shots fired events live within this category.

SPD conducted 60 new homicide investigations in 2022. Fifty-two of those incidents met the Federal Bureau of Investigation's (FBI) National Incident-Based Reporting System (NIBRS) definition of Criminal Homicide, which includes Murder and Nonnegligent Manslaughter and Negligent Manslaughter. Other types of investigations include officer-involved shootings (OIS), justifiable homicide, and delayed deaths where the act of violence occurred in a prior year. For more information visit SPD Use of Force Reporting and Investigation Manual.

**FBI NIBRS-based Criminal Homicide Summary (N=52)**

There were 52 homicide incidents with 55 victims in 2022. Of those, 73% (38) died from gun violence, 13% (7) from knives, six percent (3) by blunt force, four percent (2) unknown at time of the report, two percent (1) by body force, and two percent (1) with a vehicle.

Forty-five percent (25) of victims were White, 35% (19) were Black or African American, 13% (7) were Asian/Pacific Islander, four percent (2) were American Indian/Alaska Native, and four percent (2) were Unknown at time of the report. There was a 127% (14) increase in White victims and a 27% (7) decrease in Black or African American victims in 2022 when compared to 2021.

Thirty-seven percent (17) of victims were in the 25-34 age group followed by 22% (10) in the 35-49 age group. The 20-24 age group saw a 55% (5) reduction compared to 2021 totals. In 2022, homicides with a homeless nexus increased by 11 incidents compared to 2021. Homicides with a domestic violence nexus increased by four incidents compared to 2021.



## Gun Violence[1]

Shooting and Shots Fired events were at an all-time high in 2022. 2021 was the previous all-time high on record, followed by 2020.



*"Gun violence reached a 11-year high in 2022."*

In 2022, there were 739 verified criminal shootings and shots fired citywide. This represents a 19% (119) increase compared to 2021, a 69% (303) increase compared to 2020 and 125% (410) increase compared to pre-pandemic totals in 2019.

In 2022, there were 39 fatal shootings and 157 non-fatal shootings. This represents a 13% (22) increase in overall shootings (fatal and non-fatal) compared to 2021, a 62% (75) increase compared to 2020, and a 104% (100) increase compared to 2019. There was a 22% (97) increase in evidentiary shots fired (without injury) compared to 2021, a 72% (228) increase compared to 2020, and a 133% (310) increase compared to 2019, based on ballistic evidence and eyewitness testimony.



---

[1] *Shootings and Shots fired events include non-injury firearm-related incidents (Shots Fired) and Shootings which are firearm-related incidents that resulted in injury or death at the time of the incident. Self-inflicted and Officer-involved shootings are not included. Counts are based on distinct count of Report and do not represent the number of victims.*

## Shootings & Shots Fired by Neighborhood

In descending order, the three neighborhoods with the overall largest shootings and shots fired increases compared to the previous year, are Chinatown/International District (West), Brighton/Dunlap (South), and Northgate (North).

**Citywide Shootings and Shots Fired by Density**



*"Gun violence was more concentrated in 2022 compared to 2021."*

## Shootings & Shots Fired Victim Demographics

In 2022, there were 196 shootings with 219 victims identified at the time of the event. This is a five percent (10) increase in victims from 2021, a 43% (66) increase from 2020 and a 101% (110) increase from 2019 victim totals.

The bar graph below shows the total victims by race. In 2022, 42% (93) of shooting victims were Black or African American which was a 15% reduction (16) compared to 2021, 37% (82) were White, which had the biggest increase over last year at 67% (33), 11% (23) had no race listed at the time of reporting, nine percent (19) were Asian/Pacific Islander, and one percent (2) were American Indian or Alaska Native.

The population pyramid below the bar graph shows the distribution of shooting victims by age group and sex. Female victims represented 10% (21) of the total victims while males were 90% (198) of the total victims identified at the time of the event. Sixty-two percent (63) of victims were in the 25-34 age group, followed by 31% (61) in the 35-49 age group, which had a 42% (18) increase over 2021. The 20-24 age group made up 12% (20) of victims and had a 49% (22) decrease over 2021.



## Shootings and Shots Fired Investigation Findings

Sixteen percent of overall shootings and shots fired events contained a homeless nexus. In addition, 16% of shootings and shots fired events involved uncooperative subjects. The percent of nightlife-related shootings and shots fired nearly doubled in 2022 compared to 2021. There were 3,883 total casing recovered in 2022, an increase of 1,033 recovered casings compared to 2021.

## Firearms Taken into Custody

A total of 1,349 firearms were taken into custody by SPD in 2022. Firearms taken into custody are not all related to criminal activity and may also include surrenders, forfeitures, found property and can be temporarily or permanently in custody. Of the 1,349 firearms in SPD possession, five percent (66) were identified as privately-made, un-serialized firearms.



*"SPD received its second highest number of firearms on record in 2022."*

## Property Crime

Property Crime increased by four percent (1,636) compared to 2021. Increases were primarily from Motor Vehicle Theft (30%), which were the highest reported in 15 years. A general increase was observed across the City, in addition to the noted increase in <u>TikTok-inspired motor vehicle thefts</u> of Hyundai and Kia.

**Top 10 Stolen Vehicle Makes**

| Rank | 2021 | 2022 |
|------|------|------|
| 1 | Honda | Ford |
| 2 | Ford | Honda |
| 3 | Toyota | Toyota |
| 4 | Chevrolet | Chevrolet |
| 5 | Subaru | Hyundai |
| 6 | Nissan | Kia |
| 7 | Dodge | Subaru |
| 8 | GMC | GMC |
| 9 | Mazda | Nissan |
| 10 | Volkswagen | Dodge |





*"Hyundai & Kia joined the top 10 most stolen vehicle makes in 2022."*

Northgate, Roosevelt/Ravenna, Queen Anne and Capitol Hill had the highest neighborhood concentrations for motor vehicle theft in 2022. While Northgate, Ballard North, Queen Anne, Capitol Hill, Central Area/Squire Park and North Beacon Hill experienced the largest neighborhood increases from the prior year. Sixty-nine percent of stolen vehicles were recovered in the city.

*"Approximately 70% of stolen vehicles were recovered within the city limits in 2022."*

*"Motor vehicle theft reached a 15-year high in 2022."*

### Motor Vehicle Theft by Neighborhood



**2022 Motor Vehicle Thefts by Neighborhood**

**2021 to 2022 Change in Motor Vehicle Theft Reports by Neighborhood**

## BIAS

To enforce the federal, state, and local malicious harassment laws, SPD's Bias Crimes Coordinator tracks bias-based incidents/crime throughout the city.

**Citywide Bias Category Table**

| BIAS | 2022 | 2021 | AMT CHANGE | % CHANGE |
|---|---|---|---|---|
| HATE CRIME | 121 | 140 | -19 | -14% |
| BIAS INCIDENT | 304 | 369 | -65 | -18% |
| CRIME WITH BIAS ELEMENTS | 455 | 435 | 20 | 5% |
| GRAND TOTAL | 880 | 944 | -64 | -7% |

- The total reported bias incidents/crime decreased by 7% (64) in 2022 compared to 2021.
- Bias incidents decreased by 18% (65) and hate crimes decreased by 14% (19) compared to 2021.

### *"Total bias incidents/crimes decreased by seven percent in 2022."*

## Specific Bias Category

There was a significant decrease in certain bias categories in 2022. Specifically, there was a 25% (11) decrease in bias crimes involving religion, a 17% (110) decrease in bias crimes involving race/ethnicity/ancestry group, and a 6% (2) decrease in bias crimes involving gender identity compared to 2021. However, bias crimes involving homelessness in 2022 increased 229% (16) over 2021.



*"Bias incidents/crimes involving homelessness increased 229% in 2022."*

## ARRESTS

An arrest occurs when an individual is physically restrained by law enforcement, based on probable cause that a crime has been committed. Arrest reports are person-based reports and can include other crimes from prior dates and locations, e.g., warrants. Not all arrests result in a detention or booking. For more information, please visit the SPD Arrest Manual.



- A total of 10,596 arrest reports were written in 2022, a 15% (1,421) increase over 2021.
- Community-generated calls resulted in 7,493 arrests in 2022, a six percent (434) increase compared to 2021.
- Officer-generated calls resulted in 3,033 arrests, a 46% (961) increase from 2021.

*"Arrest reports resulting from officer-generated calls for service increased 46% in 2022."*

**Arrestees**



- A total of 7,753 distinct individuals were arrested in 2022, an 18% (1,174) increase over 2021.

- Among the total distinct arrestees, 21% (1,630) were arrested at least twice in 2022.

*"Twenty-one percent of arrestees were arrested more than once in 2022."*

## COMPUTER-AIDED DISPATCHED EVENTS

The top community-generated computer-aided dispatch (CAD) events in 2022 were classified as General Disturbances, Suspicious Circumstances and Traffic-related. The top officer-generated CAD events in 2022 were Premise Checks, Traffic and Directed Patrol.



### 2022 CAD Events by Final Clearance Type



## Community-generated vs. Officer-generated

- SPD handled 341,178 CAD events at all priority levels in 2022; a one percent (4,720) increase from 2021.

- Twenty-five percent (85,545) of calls were officer-generated; 75% (255,633) were community-generated.

- There was a six percent (5,158) increase from 2021 in officer-generated events, while community-generated calls remained at the same level compared to 2021.

**Community-generated vs. Officer-generated CAD Events by Year**



*"Three-quarters of police responses were reactionary in 2022."*

**Response Time**

- There was no significant change in priority one response time in 2022 compared to 2021.

- The 2022 median response time for dispatched CAD events, was 7.2 minutes, with an average response time 10.3 minutes.

- The histogram below shows the 2022 distribution for priority one response times. Based on the skewness of the data, the median is relied on as a more representative measure than the mean (average); similar to that of household median income.



- In 2022, officers responded to 49% (21,829) of priority one CAD events within 7 minutes, a 3% increase compared to 2021.



*"Priority one response time was approximately seven minutes in 2022."*

## Repeat Locations

The top three dispatched locations in 2022 were shopping plazas containing retail businesses.

Number four and five were an apartment complex and tow lot, respectively.

| Address | Place Name | Events |
|---|---|---|
| 3820 RAINIER AV S | Rainier Valley Square | 681 |
| 302 NE NORTHGATE WY | Northgate Mall | 643 |
| 2600 SW BARTON ST | Westwood Village | 518 |
| 308 4 AV S | Addison Apartments | 496 |
| 12220 Aurora AV N | Lincoln Towing | 448 |

*"The top five dispatched locations accounted for nearly 3,000 police responses alone in 2022."*

## COMMUNITY SURVEYS

### Seattle University Public Safety Survey

Seattle University, in partnership with SPD, conducted its eighth annual public safety survey from October 15 through November 30, 2022. The survey collects data at the neighborhood level using SPD's Micro-Community Policing Plan (MCPP) defined neighborhoods. At the citywide level, Seattle University identified the following top public safety concerns among 10,331 survey respondents:



| Seattle – Citywide (2022 *N*=10,331) |
| :---: |
| 2022 Top Public Safety Concerns |
| 1 – Property Crime |
| 2 – Police Capacity |
| 3 – Homelessness |
| 4 – Traffic Safety |
| 5 – Community & Public Safety Capacity |

The full report of 2022 survey findings will be released by Seattle University in 2023. Visit Micro-Community Policing Plans for more information on the partnership and past reports.

> *"Property crime and homelessness were in the top three cited public safety concerns among both community surveys in 2022."*

### Zencity Survey

The Blockwise survey by Zencity measures community members' sense of safety and trust in police and identifies top safety concerns. Residents are surveyed through ads on various digital platforms. In total, the survey collected data from 9,450 respondents in 2022.

To garner perceptions of trust and safety, the survey asks residents the following questions:

- When it comes to the threat of crime, how safe do you feel in your neighborhood? Please indicate on a scale of 0 (not safe at all) to 10 (completely safe).

- How much do you agree with this statement? The police in my neighborhood treat local residents with respect.

- How much do you agree with this statement? The police in my neighborhood listen to and take into account the concerns of local residents.

In May 2022, citywide perception of safety reached its high and perception of trust reached its low for the year, although there was minimal variation in trust and safety scores throughout the year.



To understand residents' top safety concerns, the survey asks, "What is the number one issue or problem on your block or in your neighborhood that you would like the police to deal with? Please be specific." From the open-ended responses, residents' top safety concerns for 2022 were Theft, Burglary, and Break-ins (23%), Homelessness (21%), and Drugs (17%).

Blockwise survey results are published monthly on the Trust & Safety Dashboard.



# Exhibit 2

Click HERE for an explanation of the data.

## WASHINGTON

## FFL BURGLARIES, ROBBERIES, & LARCENIES, 2017 - 2021



| Total Theft Incidents | Total # of Firearms Involved |
|---|---|
| 94 | 605 |

| Average # of Firearms Involved per Theft Incident | Median # of Firearms Involved per Theft Incident |
|---|---|
| 6 | 2 |



### Total # of Incidents and Firearms Involved by Theft Year



### Total # of Incidents and Firearms Involved by Theft Type



### % of Thefts by Number of Firearms Stolen



### Average and Median # of Firearms Involved per Theft Incident by Theft Type



### Firearms Stolen by Weapon Type

| Weapon Type | Total # Firearms Involved | % of Total |
|---|---|---|
| PISTOL | 411 | 67.9% |
| RIFLE | 105 | 17.4% |
| REVOLVER | 58 | 9.6% |
| SHOTGUN | 19 | 3.1% |
| RECEIVER/FRAME | 5 | 0.8% |
| DERRINGER | 4 | 0.7% |
| SILENCER | 3 | 0.5% |
| **Total** | **605** | **100.0%** |

### Thefts and Firearms Stolen by FFL Type

| FFL Type | Total Incidents | % Total Incidents | Total # Firearms Involved | % Total Firearms Involved |
|---|---|---|---|---|
| 01 | 51 | 54.3% | 353 | 58.3% |
| 02 | 27 | 28.7% | 157 | 26.0% |
| 03 | 2 | 2.1% | 2 | 0.3% |
| 07 | 13 | 13.8% | 91 | 15.0% |
| 08 | 1 | 1.1% | 2 | 0.3% |
| **Total** | **94** | **100.0%** | **605** | **100.0%** |

## RECOVERED FIREARMS ASSOCIATED WITH ALL FFL BURGLARIES, ROBBERIES, & LARCENIES WITHIN STATE, 2017 - 2021

| Total Theft Incidents w/ at Least 1 Recovered Firearm | Total # of Recovered Firearms | Average # of Firearms Recovered per Theft Incident w/ at Least 1 Recovered Firearm | Median # of Firearms Recovered per Theft Incident w/ at Least 1 Recovered Firearm |
|---|---|---|---|
| 102 | 352 | 3 | 1 |

**Total # of Theft Incidents Involving at Least 1 Recovered Firearm by Theft Type**



**Average and Median # of Firearms Recovered per Theft Incident Involving at Least 1 Recovered Firearm by Theft Type**



**% Total of Recovered Firearms by Time-to-Recovery Grouping**



**Recovered Firearms by Possessor Age**

| Possessor Age Grouping | # of Recovered Firearms | % of Total Recovered Firearms w/ Possessor Age Determined |
|---|---|---|
| 17 and below | 22 | 10.48% |
| 18-24 | 52 | 24.76% |
| 25-34 | 73 | 34.76% |
| 35 and older | 63 | 30.00% |
| **Total** | **210** | **100.00%** |

**% Total of Recovered Firearms by Theft-to-Recovery Location**



**Distance Between FFL Theft Location and Recovery Location**

| Distance (Miles) from FFL Theft to Recovery Location | # of Recovered Firearms | % of Total Recovered Firearms w/ Distance Measured |
|---|---|---|
| (A) 0-10 | 82 | 42.93% |
| (B) 11-25 | 53 | 27.75% |
| (C) 26-50 | 28 | 14.66% |
| (D) 51-100 | 8 | 4.19% |
| (E) 101-200 | 9 | 4.71% |
| (G) More than 300 | 11 | 5.76% |
| **Total** | **191** | **100.00%** |

**Top Recovery Cities Associated with Theft State**



## CRIME GUNS RECOVERED AND TRACED, 2017 - 2021

| Traced Crime Guns | Traced Crime Guns to a Known Purchaser | Median TTC (Years) | Median Age of Possessor |
|---|---|---|---|
| **27,715** | **20,885** | **4.3** | **31** |

### Top Recovery Cities

| Recovery City | # of Recovered Crime Guns |
|---|---|
| SEATTLE | 2,635 |
| SPOKANE | 2,045 |
| TACOMA | 1,367 |
| YAKIMA | 986 |
| KENT | 857 |
| **Total** | **7,890** |

### Top Source States

| Source State | # of Recovered Crime Guns |
|---|---|
| WA | 15,254 |
| OR | 1,193 |
| ID | 669 |
| CA | 508 |
| MT | 413 |
| **Total** | **18,037** |

### Top Source Cities

| Source City | Source State | # of Recovered Crime Guns |
|---|---|---|
| SPOKANE | WA | 1,102 |
| TACOMA | WA | 1,047 |
| FEDERAL WAY | WA | 720 |
| YAKIMA | WA | 706 |
| RENTON | WA | 684 |
| **Total** | | **4,259** |

### Crime Guns Traced to a Known Purchaser by Year



| 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| 4010 | 4089 | 4183 | 4253 | 4350 |

### Crime Guns by TTC Grouping



LESS THAN 1 YEAR 3636 (17.5%)
1-3 YEARS 3916 (18.8%)
MORE THAN 3 YE... 13249 (63.7%)

### Crime Guns by Possessor Age

| Possessor Age Group | # of Recovered Firearms | % of Total Recovered Firearms w/ Possessor Age Determined |
|---|---|---|
| 17 and below | 414 | 2.3% |
| 18-21 | 1,334 | 7.4% |
| 22-24 | 1,599 | 8.9% |
| 25-34 | 5,597 | 31.1% |
| 35-44 | 4,196 | 23.3% |
| 45-54 | 2,386 | 13.3% |
| 55-64 | 1,340 | 7.4% |
| 65 and Over | 1,125 | 6.3% |
| **Total** | **17,991** | **100.0%** |

### Crime Guns by FFL-to-Recovery Location

| Distance (Miles) from FFL to Recovery Location | # of Recovered Firearms | % of Total Recovered Firearms w/ Distance Measured |
|---|---|---|
| 0 - 10 | 6,258 | 34.4% |
| 11 - 25 | 3,442 | 18.9% |
| 26 - 50 | 1,942 | 10.7% |
| 51 - 100 | 1,307 | 7.2% |
| 101 - 200 | 1,365 | 7.5% |
| 201 - 300 | 700 | 3.8% |
| More than 300 | 3,188 | 17.5% |
| **Total** | **18,202** | **100.0%** |

### Crime Guns by Possessor Gender



Female 8.2%
Male 91.8%

### Crime Guns by Purchaser/Possessor Grouping when Purchaser is Known



Purchaser and Possessor are Same Individual 2708 (13.0%)
Purchaser Known, Possessor Unknown 6807 (32.6%)
Purchaser and Possessor are Different 11365 (54.4%)

## CRIME GUNS SOURCED FROM THIS STATE, 2017 - 2021

| Traced Crime Guns | Traced Crime Guns to a Known Purchaser | Median TTC (Years) | Median Age of Purchaser |
|---|---|---|---|
| 25,316 | 22,659 | 4.6 | 32 |

### Crime Guns Traced to a Known Purchaser by Year



| Year | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| | 4271 | 4499 | 4450 | 4624 | 4815 |

### Top Recovery States

| Recovery State | Recovered Crime Guns |
|---|---|
| WA | 15,254 |
| CA | 1,981 |
| OR | 1,205 |
| TX | 357 |
| ID | 309 |
| **Total** | **19,106** |

### Top Recovery Cities

| Recovery City/State | Recovered Crime Guns |
|---|---|
| SEATTLE, WA | 2,061 |
| SPOKANE, WA | 1,224 |
| TACOMA, WA | 1,116 |
| YAKIMA, WA | 791 |
| KENT, WA | 669 |
| **Total** | **5,861** |

### Crime Guns by Source-to-Recovery Location



INTERNA... 656 (2.9%)
INTERSTATE 6701 (29.6%)
INTRASTATE 15253 (67.5%)

### Crime Guns by TTC Grouping



LESS THAN 1 YEAR 3718 (16.5%)
1-3 YEARS 4163 (18.5%)
MORE THAN 3 YE... 14660 (65.0%)

### Crime Guns by Purchaser Age

| Purchaser Age Group | # of Recovered Firearms | % of Total Recovered Firearms w/ Purchaser Age Determined |
|---|---|---|
| 18-21 | 1,204 | 5.5% |
| 22-24 | 3,045 | 13.8% |
| 25-34 | 6,914 | 31.4% |
| 35-44 | 4,170 | 19.0% |
| 45-54 | 3,194 | 14.5% |
| 55-64 | 2,153 | 9.8% |
| 65 and Over | 1,311 | 6.0% |
| **Total** | **21,991** | **100.0%** |

### Crime Guns by Purchaser-to-FFL Location

| Distance (Miles) from Purchaser's Known Residence to FFL Location | # of Recovered Firearms | % of Total Recovered Firearms w/ Distance Measured |
|---|---|---|
| 0 - 10 | 13,535 | 64.3% |
| 11 - 25 | 4,487 | 21.3% |
| 26 - 50 | 1,683 | 8.0% |
| 51 - 100 | 668 | 3.2% |
| 101 - 200 | 396 | 1.9% |
| 201 - 300 | 174 | 0.8% |
| More than 300 | 113 | 0.5% |
| **Total** | **21,056** | **100.0%** |

### Crime Guns by Purchaser Gender



Female 14.9%
Male 85.1%

### Crime Guns by Purchaser/Possessor Grouping when Purchaser is Known



Purchaser and Possessor are Same Individual 2905 (12.8%)
Purchaser and Possessor are Different 12448 (54.9%)
Purchaser Known, Possessor Unknown 7301 (32.2%)

## RECOVERED CRIME GUN CHARACTERISTICS, 2017 - 2021

| Most Frequently Traced Crime Gun Type | Most Frequently Traced Crime Gun Caliber | Most Frequently Traced Crime Gun Make-Type-Caliber | Suspected PMFs Recovered and Traced |
|---|---|---|---|
| **PISTOL** | **9** | **GLC-P-9** | **294** |

**Most Common Types of Crime Guns Recovered and Traced**

| Weapon Description | 2017 | % Change 2017-2018 | 2018 | % Change 2018-2019 | 2019 | % Change 2019-2020 | 2020 | % Change 2020-2021 | 2021 | % Change 2017-2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PISTOL | 2,917 | 8.6 % | 3,169 | 4.9 % | 3,323 | 2.0 % | 3,388 | 4.0 % | 3,522 | 20.7 % | 16,319 |
| RIFLE | 1,029 | -10.9 % | 917 | 9.6 % | 1,005 | -2.3 % | 982 | -4.2 % | 941 | -8.6 % | 4,874 |
| REVOLVER | 805 | -16.3 % | 674 | 5.2 % | 709 | -16.2 % | 594 | -8.4 % | 544 | -32.4 % | 3,326 |
| SHOTGUN | 608 | -24.2 % | 461 | 18.7 % | 547 | -0.4 % | 545 | -2.2 % | 533 | -12.3 % | 2,694 |
| **Total** | **5,359** | **-2.6 %** | **5,221** | **7.0 %** | **5,584** | **-1.3 %** | **5,509** | **0.6 %** | **5,540** | **3.4 %** | **27,213** |

**Top Crime Gun Calibers**

| Caliber | # of Recovered Crime Guns |
|---|---|
| 9 | 7,560 |
| 22 | 3,656 |
| 40 | 2,366 |
| 45 | 2,241 |
| 12 | 2,125 |
| 380 | 2,008 |
| 38 | 1,161 |
| 357 | 833 |
| 762 | 575 |
| ZZ | 536 |
| **Total** | **23,061** |

**Top Crime Gun Type-Caliber Combinations**

| Weapon Type-Caliber | # of Recovered Crime Guns |
|---|---|
| P-9 | 7,428 |
| P-40 | 2,330 |
| S-12 | 2,118 |
| P-45 | 2,096 |
| P-380 | 2,004 |
| R-22 | 1,520 |
| P-22 | 1,257 |
| PR-38 | 1,073 |
| PR-22 | 796 |
| PR-357 | 778 |
| **Total** | **21,400** |

**Top Crime Gun Make-Type-Caliber Combinations**

| Make-Weapon Type-Caliber | # of Recovered Crime Guns |
|---|---|
| GLC-P-9 | 1,545 |
| SW-P-9 | 1,073 |
| SR-P-9 | 798 |
| TAS-P-9 | 772 |
| GLC-P-40 | 749 |
| SW-P-40 | 566 |
| SW-PR-38 | 485 |
| SR-P-380 | 484 |
| MOS-S-12 | 455 |
| IMC-P-9 | 445 |
| **Total** | **7,372** |

**Top Recovery Cities for Suspected PMF Traces**



| City | Value |
|---|---|
| SEATTLE | 53 |
| EDMONDS | 35 |
| SPOKANE | 31 |
| TACOMA | 25 |
| RENTON | 16 |
| BELLEVUE | 8 |
| EVERETT | 7 |
| SPOKANE VALLEY | 7 |
| ARLINGTON | 6 |
| KENT | 6 |
| MARYSVILLE | 6 |

## BALLISTIC EVIDENCE IN NIBIN, 2017 - 2021

**Total Casings and Test Fires**

32,439

**Casings and Test Fires with NIBIN Leads**

6,683

**Lead Rate**

20.6%

**Total Casings and Test Fires by Year**



**Total Casings and Test Fires with Leads by Year**



## RECOVERED PISTOLS IN NIBIN, 2017 - 2021

**Total Pistols**

14,129

**Pistols with Leads**

1,232

**Lead Rate**

8.7%

**Median TTFS (Years)**

3.0

**Total Pistols by Year**



**Total Pistols with Leads by Year**

