# Exhibit 1

**RESUME**

**GREGORY T. GUNDLACH, PH.D., J.D.**

Coggin Distinguished Professor
Coggin College of Business
University of North Florida
Jacksonville, FL 32224-2675
Ggundlac@unf.edu
(904) 620-1341 (Office)
(904) 620-2782  (Fax)

Senior Research Fellow
American Antitrust Institute
2919 Ellicott Street, NW
Washington, DC  20008

Gundlach & Associates
3764 Ponte Vedra Blvd.
Jacksonville Beach, FL
(904) 891-9111 (Cell)

**Table of Contents**

BIOGRAPHY ........................................................................................................................... 1
PROFESSIONAL OBJECTIVES ............................................................................................. 5
EDUCATION ............................................................................................................................ 5
POSITIONS ............................................................................................................................... 5
RESEARCH ............................................................................................................................... 7
LEADERSHIP AND RESPONSIBILITIES ........................................................................... 31
PROFESSIONAL CONSULTATIONS ................................................................................... 49
TEACHING .............................................................................................................................. 62
SERVICES ............................................................................................................................... 64
HONORS .................................................................................................................................. 65
AFFILIATIONS ....................................................................................................................... 67
REFERENCES ......................................................................................................................... 67

# BIOGRAPHY

**Gregory T. Gundlach**.  A faculty member of the Coggin College of Business, Gregory T. Gundlach is the Coggin Distinguished Professor of Marketing in the Department of Marketing and Logistics at the University of North Florida.  He also serves as a Director and Senior Fellow at the American Antitrust Institute, an independent nonprofit Washington D.C. based education, research and advocacy organization focusing on the effects of business practices on competition and their implications for public policy.  Before coming to the University of North Florida, Professor Gundlach was the John Berry, Sr. Professor of Business at the University of Notre Dame where he was a faculty member since 1987.  Professor Gundlach received his Bachelor of Science degree in 1979, his Master of Business Administration in 1981, his Doctor of Jurisprudence (law) in 1985, and his Doctor of Philosophy in Marketing in 1987.  All four degrees are from the University of Tennessee, Knoxville.

Professor Gundlach's research interests are interdisciplinary and focus on the intersection of marketing and public policy. His research investigates both vertical (e.g., supply chain/ distribution/retailing/consumer) and horizontal (e.g., competition/cooperation) business

1

relationships and marketing practices with particular emphasis on how such associations are managed and governed, their performance, and the nature of business and public policy implications that may result. His research has appeared in numerous academic publications including the *Journal of Marketing Research, Journal of Marketing, Marketing Science, Journal of the Academy of Marketing Science, Journal of Supply Chain Management, Journal of Public Policy & Marketing, Journal of Retailing, Journal of Business Research, Journal of Business Logistics, Journal of Business Venturing, Antitrust Bulletin, European Competition Law & Practice, New York University Law Review* and the *University of Pittsburgh Law Review*, among others. Professor Gundlach was recognized in 2018 as the "most prolific contributor" to the *Journal of Public Policy & Marketing* over the past 35 years based on published articles.[1] The *Journal of Public Policy & Marketing* is considered the leading public policy journal in business. Professor Gundlach has also been recognized as among the *Top 50 Scholars in Marketing* based on average annual citations in the "top three" journals.[2]

Professor Gundlach's published books and research monographs examine the interplay between marketing and society. His new research monograph (with researcher Alex Loff and PhD candidate Riley T. Krotz) *Competitive Exclusion in Category Captain Arrangements* (2019) examines the antitrust analysis of competitive exclusion that can arise where leading suppliers (i.e., category captains) become involved in the category management decisions of retailers and the types of safeguards managers may rely upon to address these concerns. His recent research monograph (with PhD candidate Riley T. Krotz) *Resale Price Maintenance After Leegin: The Curious Case of Contact Lenses* (2016) addresses antitrust questions surrounding the use of resale price maintenance by members of the contact lens industry following the Supreme Court's decision in *Leegin Creative Leather Products v. PSKS.* His book (with William Wilkie and Lauren Block and other members of the field) *Explorations of Marketing in Society* (2007) provides original content and readings for those who wish to explore marketing in society including its contributions to public policy. His book with Paul Bloom, the *Handbook of Marketing and Society* (2001) addresses the impact of marketing practices on society including public policy.

Among his scholarly activities involving marketing and public policy, Professor Gundlach is working with other scholars to examine the role of business and marketing theory and research for enhancing public policy involving competition. Since 2002 and in his capacity as Senior

---

[1] Deutsch, Ashley, Scot Burton and Craig Andrews (2018), "Thirty-five Years of Contributions to the Journal of Public Policy & Marketing: An Analysis of Research Topics, Citation Analyses, and Authors' and Institutions' Contributions to JPP&M," *Marketing and Public Policy Conference*, American Marketing Association (cited as the most prolific author in JPP&M 1982-2016). Sprott, David E., and Anthony D. Miyazaki (2002), "Two Decades of Contributions to Marketing and Public Policy: An Analysis of Research Published in *Journal of Public Policy & Marketing*," *Journal of Public Policy & Marketing,* 21 (1), 105-125 (cited as one of the most prolific contributors over the past 20 years)

[2] Helm, Amanda E., David Hunt and Mark B. Houston (2003), "Citation Frequency of Research Published in the Top Three Marketing Journals: Ranking of The Impact of Articles, Scholars and Institutions," American Marketing Association, Chicago, IL.

Fellow with the *American Antitrust Institute* (AAI) Professor Gundlach has co-chaired AAI's annual international interdisciplinary symposium and roundtable on the implications of business and marketing theory and practices for competition policy and antitrust. Overviews and select articles from each of the events have appeared in special issues of the *Antitrust Bulletin* and select publications including the *Journal of Public Policy & Marketing*. Together these articles include nearly 3000 pages of contribution to antitrust thought and practice.

- 2002: Marketing Competitive Conduct & Antitrust Policy
- 2003: Antitrust and Category Captains
- 2004: Combining Horizontal and Vertical Analysis in Antitrust
- 2005: Complexity, Networks & the Modernization of Antitrust
- 2006: The Future of Aftermarkets in Systems Competition
- 2007: Buyer Power and Antitrust
- 2008: RPM and Antitrust
- 2009: Systems Competition and Antitrust
- 2010: Prediction and Antitrust
- 2011: Strategic Pricing and Challenges for Antitrust Enforcement
- 2012: Multi-channel Distribution and Antitrust
- 2013: Antitrust as an Interdisciplinary Field
- 2014: Inefficiency of Efficiency in Antitrust
- 2015: Entrepreneurship and Antitrust
- 2016: Non-price Effects of Mergers
- 2017: Antitrust Remedies: A Multidisciplinary Approach

Professor Gundlach has served as Vice President of Marketing for the American Marketing Association's Academic Council. He also is past Associate (Developmental) Editor for the *Journal of Public Policy & Marketing* where he oversaw a 600% increase over the prior 20 years in the number of articles published on competition policy and antitrust. He is a member of the Advisory Board for the *Antitrust Bulletin* and currently, or has been, a member of the Editorial Review Boards of the *Journal of Marketing, Journal of Retailing, Journal of Public Policy & Marketing, Journal of the Academy of Marketing Science, Journal of Macromarketing, Journal of Consumer Affairs,* and the *Antitrust Bulletin*.

Professor Gundlach has provided counsel and other expertise on marketing and public policy related issues to a variety of governmental agencies, trade associations and companies. Clients and institutions he has provided counsel or other expertise to include Starbucks, AT&T, Miller Brewing, Brown & Williamson, Conwood Inc., Dazbog Coffee, NAACP, Lorillard, RJ Reynolds, Caliber Learning Systems, Kinko's, Hills Pet Products, ProFoot, Inc., A&P, the California Department of Justice, Federal Trade Commission, the Bureau of Alcohol, Tobacco and Firearms, the U.S. Senate, the U.S. General Accounting Office, U.S. Department of Agriculture, California State Senate, the cities of Boston, Los Angeles, San Francisco and New York, among others. As part of this work, Professor Gundlach has formally testified before the U.S. Senate Small Business Committee, the Federal Trade Commission, and the California State Senate on the nature and effects of marketing practices.

As a basis for informing his scholarship, consultative engagements by Professor Gundlach focus on novel public policy questions involving marketing.  In this respect, Professor Gundlach has provided counsel and forensic research and testimony in disputes involving companies such as Starbucks, Kraft, AT&T, Wal-Mart, Blockbuster, Netflix, United States Tobacco, Dr. Scholls, A&P and members of the firearms industry and others.  Two of these cases have been heard by the Supreme Court.  This includes *Leegin Creative Leather Products v. PSKS,* a case that involved the analysis of vertical price fixing arrangements between suppliers and retailers.  Decided by the Supreme Court in 2007, the case has been identified as one of the most important and potentially impactful marketing-related cases before the Court in over a decade.  Professor Gundlach also provided counsel and forensic research and testimony for Conwood Co. in their suit against rival United States Tobacco Co. (*U.S. Tobacco v. Conwood*).  Ultimately decided by the Supreme Court, the case resulted in a $1.05 billion jury award – reportedly at that date the largest antitrust jury verdict in U.S. history.   The case involved novel questions surrounding the use of slotting allowances and fees and category management, two areas of research by Professor Gundlach.  In his consultative role, Professor Gundlach has also, and continues, to work to assist advocacy organizations in their efforts to increase firearm safety and curb the diversion and unlawful trafficking of firearms through the study of legal and illegal channels of distribution and competition in the sale of firearms.   In this role, Professor Gundlach provided forensic research and counsel in the first lawsuit to find that the marketing and distribution practices of handgun manufacturers and distributors created a nuisance and thereby harmed the public (*NAACP v. AcuSport et al*).

## PROFESSIONAL OBJECTIVES

To conduct impactful research and engage in dedicated instruction at a university possessing a strong commitment to scholarly achievement.   To serve as an academic resource to leaders in business and public policy. To provide conscientious service to the disciplines of marketing and law.

<u>Primary research interests</u>:  Managerial and public policy issues in interorganizational exchange and competition, marketing channel and distribution management, vertical trade practices, and retail management and practices.

<u>Primary teaching interests</u>: Strategic marketing management. Relationship marketing. Principles of marketing. Public policy and marketing

## EDUCATION

| | |
|---|---|
| Ph.D. | University of Tennessee, College of Business Administration, Knoxville, Tennessee, 1987<br>Major:  Marketing<br>Minor:  Public Policy (Law) |
| J.D. | University of Tennessee, College of Law, Knoxville, Tennessee, 1985 |
| M.B.A. | University of Tennessee, College of Business Administration, Knoxville, Tennessee, 1981<br>Concentration:  Marketing |
| B.S. | University of Tennessee, College of Business Administration, Knoxville, Tennessee, 1979<br>Major:  General Business |

## POSITIONS

| | |
|---|---|
| 2007-present | <u>Coggin Distinguished Professor of Marketing</u>, Coggin School of Business, University of North Florida, Jacksonville, FL |
| 2003-present | <u>Professor of Marketing</u>, Coggin School of Business, University of North Florida, Jacksonville, FL |

| | |
|---|---|
| 2012-present | Director, American Antitrust Institute, Washington, D.C. |
| 2001-present | Senior Research Fellow, American Antitrust Institute, Washington, D.C. |
| 2006-2007 | Chairperson (Interim) Department of Marketing & Logistics, Coggin School of Business, University of North Florida, Jacksonville, FL |
| 2003-2006 | Visiting Eminent Scholar of Wholesaling, Coggin School of Business, University of North Florida, Jacksonville, FL |
| 2001-2004 | John W. Berry, Sr., Professor of Business, Department of Marketing, Mendoza College of Business, University of Notre Dame, Notre Dame, Indiana |
| 2000-2001 | Professor, Department of Marketing, University of Notre Dame, Notre Dame, Indiana |
| 1994-2000 | Associate Professor, Department of Marketing, University of Notre Dame, Notre Dame, Indiana |
| 1997 | Visiting Professor, Notre Dame Australia International Program, University of Notre Dame Australia, Fremantle, Western Australia |
| 1988-1994 | Assistant Professor, Department of Marketing, University of Notre Dame, Notre Dame, Indiana |
| 1987 -1988 | Instructor, Department of Marketing, University of Notre Dame, Notre Dame, Indiana. |
| 1981-1987 | Teaching Assistant, Department of Marketing, University of Tennessee, Knoxville. |
| 1985 | Researcher, Stouffer and Caudwell P.C., Knoxville, TN |
| 1984 | Researcher, Federal Trade Commission, Office of Policy Planning, Washington, D.C. |
| 1984 | Researcher, Henkel, Hackett, Edge and Fleming P.C., Atlanta, GA. |
| 1983 | Research Assistant, Department of Marketing, University of Tennessee, Professor David J. Barnaby. |

1981          <u>Research Assistant</u>, Department of Management, University of Tennessee, Professor John Thiel.

1980-         <u>Marketing Intern</u>, Levi Strauss and Co., San Francisco, California.
1981

1979-         <u>Researcher</u>, Technical Assistance Center, U.S. Government, Knoxville, Tennessee.
1980

# RESEARCH

<u>Books, Edited Volumes, Special Sections and Proceedings</u>

Gregory T. Gundlach, Alex Loff, and Riley T. Krotz (2019), "Competitive Exclusion in Category Captain Arrangements," (research monograph).

Gregory T. Gundlach and Diana M. Moss (2018), "Non-Price Effects of Mergers," Special Issue of the Antitrust Bulletin, 62 (2).

Gregory T. Gundlach and Diana M. Moss (2016), "Entrepreneurship and Antitrust" Special Issue of the Antitrust Bulletin, 61 (4).

Gregory T. Gundlach and Riley T. Krotz (2016), Resale Price Maintenance After Leegin: The Curious Case of Contact Lens," (research monograph).

Gregory T. Gundlach and Diana M. Moss (2015), "The Role of Efficiencies in Antitrust Law: Introduction and Overview," Special Issue (2-part) of the Antitrust Bulletin, 60 (2).

Gregory T. Gundlach (2015), "Tribute to American Antitrust Institute President Albert Foer" Special Issue of the Antitrust Bulletin, 60 (2).

Gregory T. Gundlach, Diana Moss & Albert Foer (2014), "Antitrust as a Multidisciplinary Field," Special Issue of the Antitrust Bulletin, 59 (4).

Gregory T. Gundlach and Albert Foer (2013), "Antitrust Challenges of Multichannel Distribution and Shopper Marketing," Special Issue of the Antitrust Bulletin, 58 (1).

Moss, Diana, Gregory T. Gundlach and Albert Foer (2011), "Systems Competition and Challenges to Antitrust Thinking," Special Issue of the <u>Antitrust Bulletin</u>, 56 (1).

Gundlach, Gregory T. (2010), "Antitrust Analysis of Resale Price Maintenance After *Leegin (part II)*," Special Issue of the <u>Antitrust Bulletin</u>, 55 (2).

Gundlach, Gregory T. (2010), "Antitrust Analysis of Resale Price Maintenance After *Leegin (part I)*," Special Issue of the <u>Antitrust Bulletin</u>, 55 (1).

Mentzer, John and Gregory T. Gundlach (2010), "Exploring the Relationship Between Marketing and Supply Chain Management," Special Issue of the <u>Journal of the Academy of Marketing Science</u>, 38 (1).

Gundlach, Gregory T. and Albert Foer (2008), "<u>American Antitrust Institute's Symposium on Buyer Power</u>, Special Issue of the <u>Antitrust Bulletin</u>, 53 (2).

Gundlach, Gregory T. (2007), "The American Marketing Association's New Definition of Marketing:  Perspectives on its Implications for Scholarship and the Role and Responsibility of Marketing in Society," Special Section of the <u>Journal of Public Policy & Marketing</u>, 26 (3).

Gundlach, Gregory T. and Albert Foer (2007), "The Future of Aftermarkets in Systems Competition," Special Issue of the <u>Antitrust Bulletin</u>, 52 (1).

Gundlach, Gregory T., Lauren G. Block and William L. Wilkie (2007), <u>Explorations of Marketing in Society</u>, Mason, OH:  Thomson (in collaboration with the American Marketing Association).

Gundlach, Gregory T. and Albert Foer (2006) "<u>Complexity, Networks and the Modernization of Antitrust:  The American Antitrust Institute's Invitational Roundtable</u>," Special Issue of the <u>Antitrust Bulletin</u>, 51 (1), Spring.

Gundlach, Gregory T. and Albert Foer (2004), "<u>Combining Horizontal and Vertical Analysis in Antitrust:  The American Antitrust Institute's Roundtable on the Implications of the Work of Robert L. Steiner</u>," Special Issue of the <u>Antitrust Bulletin</u>, XLIX (4), Winter.

Gundlach, Gregory T. (2002), <u>Bringing Marketing Insight to Bear on Antitrust Policy and Competitive Conduct</u>, Special Section of the <u>Journal of Public Policy & Marketing</u>, 21 (2), Chicago, IL: AMA

Bloom, Paul N. and Gregory T. Gundlach (2001), <u>Handbook of Marketing and Society</u>, Los Angeles, CA:  SAGE.

Gundlach, Gregory T. (2001), <u>Competition Policy and Antitrust</u>, Special Issue of the <u>Journal of Public Policy & Marketing</u>, 20 (1), Chicago, IL: AMA.

Gregory T. Gundlach and Patrick E. Murphy (2000), <u>Significant Marketing Contributions</u>, AMA Summer Educators' Conference Proceedings, Chicago, IL: AMA.

8

Gregory T. Gundlach, William L. Wilkie, and Patrick E. Murphy, (1999), <u>Marketing and Public Policy</u> Conference Proceedings, Chicago, IL: AMA.

<u>Publications in Journals</u>

Gregory T. Gundlach and Riley T. Krotz (2022), "Modernizing Competition Policy and Law: The Impact of Marketing Developments on the Legal Treatment of Price Maintenance in the United States, the European Union, and China," <u>Journal of Public Policy & Marketing</u>, 41 (3), 221-236.

Gregory T. Gundlach and Riley T. Krotz (2022), "Insights From Supply Chain Management: Implications for Competition Policy and Antitrust Law," <u>CPI Antitrust Chronicle</u>, April 2022.

J. Craig Andrews, Scot Burton, Gregory T. Gundlach, Ronald Paul Hill, Jeremy Kees, Richard G. Netemeyer, Kristen L. Walker (2021), "What Exactly Is Marketing and Public Policy? Insights for JPPM Researchers," <u>Journal of Public Policy & Marketing</u>, 41 (1), 10-33.

Gregory T. Gundlach and Riley T. Krotz (2019), "Resale Price Maintenance: Implications of Marketing Trends for the Colgate Doctrine and the *Leegin* Factors," <u>Journal of Public Policy & Marketing</u>, 39 (1), 48-61.

Gregory T. Gundlach, Robert Frankel, and Riley T. Krotz (2019), "Competition Policy and Antitrust Law: Implications of Developments in Supply Chain Management," 55 (2) <u>Journal of Supply Chain Management</u>, 47-67.

Gregory T. Gundlach and Diana M. Moss (2018), "Nonprice Effects of Mergers: Introduction and Overview," 63 <u>Antitrust Bulletin</u> 155-168.

Gregory T. Gundlach, Kenneth Manning and Joseph P. Cannon (2017), "Resale Price Maintenance after *Leegin*: Behavioral, Evolutionary, and Institutional Insights for Advancing the Free Rider Thesis," 36 <u>Journal of Public Policy & Marketing</u> 196-212.

Gregory T. Gundlach and Diana M. Moss (2016), "Entrepreneurship and Antitrust: Introduction and Overview," 61 <u>Antitrust Bulletin</u> 471.

Gregory T. Gundlach and Diana M. Moss (2015), "The Role of Efficiencies in Antitrust Law: Introduction and Overview, 60 <u>Antitrust Bulletin</u> 91-102.

Gregory T. Gundlach, Diana Moss & Albert Foer (2014), "Antitrust as a Multidisciplinary Field: Introduction and Overview of the Symposium," 59 <u>Antitrust Bulletin</u> 687-693.

Ravi S. Achrol & Gregory T. Gundlach (2014), "Network Organization and Systems Competition:  A Marketing Analysis," 59 Antitrust Bulletin 743-768.

Gregory T. Gundlach (2014), "'What's Past is Prologue:' Reflections on an Experience at the Federal Trade Commission, 33 Journal of Public Policy & Marketing 220-224.

Gregory T. Gundlach and Albert Foer (2013), "Overview:  Multichannel Distribution and Antitrust," 58 Antitrust Bulletin 1-18.

Gregory T. Gundlach and Alex Loff (2013), "Dual Distribution in Antitrust:  Insights from Business Research and Practice," 58 Antitrust Bulletin 69-106.

Gregory T. Gundlach (2013), "Distribution:  Is Free Riding Bad After All?," 4 Journal of European Competition Law & Practice 96-101 (November 28, 2012 advance access online).

Gregory T. Gundlach, Kenneth Manning and Joseph P. Cannon (2011), "Resale Price Maintenance and Free Riding:  Insights from Multi-channel Research," Academy of Marketing Science Review, 1(1), 18-31.

Gregory T. Gundlach and Diana Moss (2011), "Systems Competition and Challenges to Antitrust Thinking:  An Introduction," Special Issue of the Antitrust Bulletin, Antitrust Bulletin 56 (1), 1-11.

Gregory T. Gundlach, Joseph P. Cannon and Kenneth Manning (2010), "Free Riding and Resale Price Maintenance:  Insights from Marketing Research and Practice," Antitrust Bulletin, 55 (2), 381-422.

Gregory T. Gundlach, (2010), "Overview of the Special Issues: Antitrust Analysis of Resale Price Maintenance After Leegin," Special Issue (Part II) of the Antitrust Bulletin, 55 (2), 271-276.

Gilliland, David F., Daniel C. Bello and Gregory T. Gundlach (2010), "Control-based Governance and Relative Dependence," Journal of the Academy of Marketing Science, 38, 441-455.

Gundlach, Gregory T. (2010), "Overview and contents of the Special Issues:  Antitrust Analysis of Resale Price Maintenance After Leegin," Special Issue (Part I) of the Antitrust Bulletin, 55 (1), 1-24.

Gundlach, Gregory T. and Joseph P. Cannon (2010), "'Trust But Verify'? The Performance Implications of Verification Strategies in Trusting Relationships," Journal of the Academy of Marketing Science, 38, 399-417.

10

Gundlach, Gregory T., William L. Wilkie and Kevin D. Bradford (2010), Countermarketing and Demarketing Against Product Diversion:   Forensic Research in the Gun Industry," Journal of Public Policy & Marketing, 29 (1), 103-122.

Mentzer, John and Gregory T. Gundlach (2010), "Exploring the Relationship Between Marketing and Supply Chain Management:  Introduction to the Special Issue," Special Issue of the Journal of the Academy of Marketing Science, 38 (1), 1-4.

Gundlach, Gregory T. and William L. Wilkie (2010), "Stakeholder Marketing:  Why 'Stakeholder' was omitted from AMA's Official 2007 Definition of Marketing, and Why The Future is Bright for Stakeholder Marketing,"  Stakeholder Marketing, Special Issue of the Journal of Public Policy & Marketing, 29 (1), 89-92.

Gregory T. Gundlach and William L. Wilkie (2009), AMA's New Definition of Marketing:  Perspective and Commentary on the 2007 Revision, Journal of Public Policy & Marketing, 28 (2), 259-264.

Gundlach, Gregory T. and Albert Foer (2008), "Buyer Power in Antitrust: An Overview of the American Antitrust Institute's Symposium on Buyer Power," Special Issue of the Antitrust Bulletin,  53 (2), 233-240.

Frankel, Robert, Yemisi A. Bolumole, Reham A. Eltantawy and Antony Paulraj (2008), "The Domain and Scope of Supply Chain Management's Foundational Disciplines- Insights and Issues to Advance Research," Journal of Business Logistics, 29 (1), 1-30.

Gundlach, Gregory T. (2008), "The American Marketing Association's 2004 Definition of Marketing:  Perspectives on its Implications for Scholarship and the Role and Responsibility of Marketing in Society," Journal of Public Policy & Marketing, 26 (3), pp. 243-250

Gundlach, Gregory T. and Albert Foer (2007), "The Future of Aftermarkets in Systems Competition: an Overview of the American Antitrust Institute's Invitational Symposium," Special Issue of the Antitrust Bulletin, 52 (1), 1-16.

Gundlach, Gregory T. (2007), "Aftermarkets, Systems and Antitrust: a Primer," Antitrust Bulletin, 52 (1), 17-30.

Ashutosh Dixit, Naresh K. Malhotra, Gregory T. Gundlach, and Fred C. Allvine (2006), "Aggressive and Predatory Pricing:  Insights and Empirical Examination in the Airline Industry " Journal of Public Policy & Marketing, 25 (2), Fall, 172-187.

Gundlach, Gregory T., Yemisi A. Bolumole, Reham A. Eltantawy and Robert Frankel (2006) "The Changing Landscape of Supply Chain Management, Marketing Channels of

Distribution, Logistics and Purchasing," Journal of Business and Industrial Management, 21 (7), 428 - 438.

Gundlach, Gregory T., "Complexity Science and Antitrust?" (2006), Antitrust Bulletin, 51 (1), Spring, 17-30.

Gundlach, Gregory T. and Albert Foer (2006), "Complexity, Networks and the Modernization of Antitrust: The American Antitrust Institute's Roundtable on the Science of Complexity and Antitrust," Antitrust Bulletin, 51 (1), Spring, 1-15.

Bradford, Kevin D., Gregory T. Gundlach and William L. Wilkie (2005), "Countermarketing in the Courts: The Case of Marketing Channels and Firearm Diversion," Journal of Public Policy & Marketing, 24(2), 284-298.

Gundlach, Gregory T. and Albert Foer (2004), "Combining Horizontal and Vertical Analysis in Antitrust: The American Antitrust Institute's Roundtable on the Implications of the Work of Robert L. Steiner," Antitrust Bulletin, XLIX (4), 821-840.

Desrochers, Debra, Gregory T. Gundlach and Albert Foer (2003), "Analysis of Antitrust Challenges to Category Captain Arrangements," Journal of Public Policy and Marketing, 22(2), 201-215.

Gundlach, Gregory T. and Joan M. Phillips (2003), "What do Business Schools Teach about Antitrust?: Contributions and Challenges of Marketing to Antitrust", New York University Law Review, 47(1), 51-66.

Gundlach, Gregory T. and Joan M. Phillips (2002), "Marketing in Antitrust: Contributions and Challenges," Journal of Public Policy & Marketing, 21(2), 250-253.

Gundlach, Gregory T. (2002), "Research Workshop and Conference on Marketing, Competitive Conduct, and Antitrust Policy," Journal of Public Policy & Marketing, 21(2), 224-226.

Wilkie, William L., Debra M. Desrochers and Gregory T. Gundlach (2002), "Marketing Research and Public Policy: The Case of Slotting Fees," Journal of Public Policy & Marketing, 21(2), 275-288.

Gundlach, Gregory T., Joan M. Phillips and Debra M. Desrochers (2002), "Antitrust and Marketing: A Primer and Call to Research," Journal of Public Policy & Marketing, 21(2), 232-236.

Gundlach, Gregory T. (2001), "Competition Policy and Antitrust Law: Introduction to the Special Issue," Journal of Public Policy & Marketing, 20 (1), 1-2.

12

Gundlach, Gregory T. (2001), "Choice as the Focus of Antitrust: A Marketing Perspective," University of Pittsburgh Law Review, 62 (3), 527-533.

Bloom, Paul N., Gregory T. Gundlach, and Joseph P. Cannon (2000), "Slotting Allowances and Fees:  Schools of Thought and the Views of Practicing Managers," Journal of Marketing, 64(2), 92-108.

Cannon, Joseph E., Gregory T. Gundlach, and Ravi S. Achrol (2000), "Contracts, Norms and Plural Form Governance," with Ravi S. Achrol, Journal of the Academy of Marketing Science, 28 (2), 180-194.

Dant, P. Rajiv and Gregory T. Gundlach (1999), "The Challenge of Autonomy and Dependence in Franchised Channels of Distribution," Journal of Business Venturing, 14, 35-67.

Achrol, Ravi S. and Gregory T. Gundlach (1999), "Legal and Social Safeguards Against Opportunism in Exchange," Journal of Retailing, 75 (1), 107-124.

Wilkie, William L., Carl F. Mela, and Gregory T. Gundlach (1998), "Does 'Bait and Switch' Really Benefit Consumers?  Advancing the Discussion…," Marketing Science, 17, No. 3, 290-293.

Cannon, Joseph P., Gregory T. Gundlach and Narakesari Narayandas (1998), "The Nature of Trust and its Impact on Relationship Management Activities: An Approach to Effective Customer-Supplier Partnering," NAMA Journal, 34(4), 10-11, 21-23.

Wilkie, William L., Carl F. Mela, and Gregory T. Gundlach (1998), "Does 'Bait and Switch' Really Benefit Consumers?," Marketing Science, 17,  No. 3, 273-282.

Gundlach, Gregory T. and Joseph P. Guiltinan (1998), "A Marketing Perspective on Predatory Pricing," Antitrust Bulletin, XLII (3-4), 883-916.

Gundlach, Gregory T. and Paul N. Bloom (1998), "Slotting Allowances and the Retail Sale of Alcohol Beverages," Journal of Public Policy & Marketing, 17 (2), 173-184.

Gundlach, Gregory T. (1996), "Exchange Relationships and the Efficiency Interests of the Law," Journal of Public Policy & Marketing, 15 (2), 185-202.

Guiltinan, Joseph P. and Gregory T. Gundlach (1996), "Aggressive and Predatory Pricing: A Framework for Analysis," Journal of Marketing, 60 (3), 87-102.

Gundlach, Gregory T. (1995), "Price Predation:  Legal Limits and Antitrust Considerations," Journal of Public Policy & Marketing, 14 (November), 278-289.

Gundlach, Gregory T., Ravi S. Achrol and John T. Mentzer (1995), "The Structure of Commitment in Exchange," Journal of Marketing, 59 (January), 78-92.

Gundlach, Gregory T. (1994), "Exchange Governance: The Role of Legal and Nonlegal Approaches Across the Exchange Process" Journal of Public Policy & Marketing, 13 (November), 246-258.

Gundlach, Gregory T. and Ernest R. Cadotte (1994), "Exchange Interdependence and Interfirm Interaction:  Research in a Simulated Channel Setting," Journal of Marketing Research, 31 (Fall), 516-532.

Mohr, Jakki J., Gregory T. Gundlach and Robert Spekman (1994), "Legal Ramifications of Strategic Alliances; Legal Ambiguity Muddies the Waters for Collaborative Ventures," Marketing Management, 3 (2), 38-46.

Gundlach, Gregory T. and Patrick E. Murphy (1993), "Ethical and Legal Foundations of Relational Marketing Exchanges," Journal of Marketing, 57 (October), 35-46.

Gundlach, Gregory T. and Ravi S. Achrol (1993), "Governance in Exchange:  Contract Law and Its Alternatives," Journal of Public Policy & Marketing, 12 (November), 141-155.

Gundlach, Gregory T. and Paul N. Bloom (1993), "The Essential Facility Doctrine:  Legal Limits and Antitrust Considerations," Journal of Public Policy & Marketing, 12 (November), 156-169.

Gundlach, Gregory T. and Jakki J. Mohr (1992), "Collaborative Relationships:  Legal Limits and Antitrust Considerations," Journal of Public Policy & Marketing, 11 (November), 101-114.

Gundlach, Gregory T., Ann R. Root and Patrick E. Murphy (1991), "Corporate Political Action:  The Erosion of the Political Speech Doctrine," Journal of Business Research, 24 (June), 331-346.

Gundlach, Gregory T. (1990), "Predatory Practices in Competitive Interaction:  Legal Limits and Antitrust Considerations," Journal of Public Policy & Marketing, 9, 129-153.

Publications in Books

Gundlach, Gregory T. and Rachel Paul (2019), "Resale Price Maintenance after *Leegin*: Marketing Literatures for Future Research," in Handbook of Research on Distribution Channels, Charles A. Engene, James R. Brown and Rajiv P. Dant, editors, Elgar Publishing, 424-438.

Gundlach, Gregory T. and Joan M. Phillips (2015), "Brands and Brand Management: Insights from Marketing for Antitrust," in Brands, Competition Law and Intellectual Property, Deven R. Desai, Ioannis Lianos and Spencer Weber Waller Editors, Cambridge University Press, July, 113-127.

Gundlach, Gregory T. (2010), "The Larger Context of Marketing:  *Tribute and Commentary on the Contributions of Professor Shelby Hunt to a System's Perspective of Marketing and Antitrust Public Policy,"* Marketing Legends, Sage Publishing.

Gundlach, Gregory T. (Contributor) (2008), "Buyer Power," The Next Antitrust Agenda: The American Antitrust Institute's Transition Report on Competition Policy to the 44th President of the United States, Vandeplas Publishing.

Gundlach, Gregory T., Lauren Block and William L. Wilkie (2006), "Preface and Introduction," Explorations of Marketing in Society, Mason, OH:  Thompson.

Gundlach, Gregory T. "Whither "Marketing"? Commentary on the American Marketing Association's New Definition of Marketing" (2006), in Jagdish N. Sheth and Rajendra S. Sisodia Does Marketing Need Reform?  Fresh Perspectives on the Future, Armonk, NY: M. E. Sharpe, pp. 105-108.

Gundlach, Gregory T. (2001), "Marketing and Modern Antitrust Thought," in Bloom, Paul N. and Gregory T. Gundlach, Handbook of Marketing and Society, Los Angeles, CA: SAGE, 34-50.

Bloom, Paul N. and Gregory T. Gundlach (2001), "Introduction," in Bloom, Paul N. and Gregory T. Gundlach, Handbook of Marketing and Society, Los Angeles, CA:  SAGE, xiii - xxii.

Gundlach, Gregory T. and Patrick E. Murphy (1993), "Exchange: Ethical and Legal Foundations," in Marketing Exchange Theory II, Franklin S. Houston (ed.), 189-210.

Gundlach, Gregory T. and William L. Wilkie (1990) "The Marketing Literature in Public Policy:  1970-1988," Marketing and Advertising Regulation - Federal Trade Commission in the 1990's, Patrick E. Murphy and William L. Wilkie (eds.), Notre Dame, IN:  Notre Dame Press, 329-344.


Research Institute Publications

Diana Moss, Gregory T. Gundlach and Riley T. Krotz (2021), "Market Power and Digital Business Ecosystems:  Assessing the Impact of Economic and Business Complexity on Competition Analysis and Remedies," American Antitrust Institute, Omidyar Network.

Bloom, Paul N., Gregory T. Gundlach and Joseph P. Cannon (1999), "Slotting Allowances and Fees:  Schools of Thought and the Views of Practicing Managers," <u>Marketing Science Institute</u>, Report No. 99-106.

## Book Reviews

Gundlach, Gregory T. (1993), "Book Review, <u>Antitrust Economics on Trial: A Dialogue on the New Laissez-Faire</u>," Walter Adams and James W. Brock (1991), Princeton:  Princeton University Press, <u>Journal of Public Policy & Marketing</u>, 12 (1), 139-140.

## Publications in Newsletters

J. Craig Andrews, Scot Burton, Gregory T. Gundlach, Ronald Paul Hill, Jeremy Kees, Richard G. Netemeyer and Kristen L. Walker (2021), What Exactly is Marketing and Public Policy," January 4, 2021, American Marketing Association Website, available at <u>https://www.ama.org/2021/01/04/what-exactly-is-marketing-and-public-policy/</u>.

Foer, Albert A., Gregory Gundlach, Norman Hawker and Lawrence J. White (2002), Business Schools, Competition and Antitrust, <u>FTC Watch</u>, No. 594, September 9, 2002.

Gundlach, Gregory T. (2005), "Slotting Fees – Fees Charged by Grocery Retailers for Shelf Space:  Are They Stifling Competition?  In-store Marketing Institute Website, P-O-P Times, March 2005.  Reprint of written testimony before Hearing of the California State Senate Standing Committee on Business, Professions and Economic Development, February 9, 2005,

## Conference Publications

Gundlach, Gregory T. and Riley T. Krotz (2022), "Anticompetitive Challenges in American's Food Retail Industry:  The Power of Category Captains," <u>Reforming America's Food Retail Markets</u>, New Haven.

Gundlach, Gregory T. (2005), "The American Marketing Association's New Definition of Marketing: Perspectives on its Implications for Scholarship and the Role and Responsibility of Marketing in Society," <u>2005 AMA Marketing and Public Policy Conference</u>, Washington D.C

Debra M. Desrochers and Gregory T. Gundlach (2004), "The Role of Category Captains: Insights from the Field" <u>2004 AMA Marketing and Public Policy Conference</u>

Gregory T. Gundlach, Elizabeth S. Moore, William L. Wilkie, (2004) "The Marketing / Consumer Nexus: Exploring the Phenomenon of 'Product Downsizing," 2003 AMA Marketing and Public Policy Conference.

Gundlach, Gregory T. and Debra M. Desrochers (2003), "Toward Understanding the Competitive and Antitrust Implications of Category Captaincy through Category Management," 2003 Marketing & Public Policy Conference.

Gundlach, Gregory T. and Joan M. Phillips (2003), "Marketing's Potential Contributions to Antitrust: Goals and Process," 2003 AMA Marketing & Public Policy Conference, Washington, D.C.

Gundlach, Gregory T. and Kevin Bradford (2003), "Safeguarding Distribution Channels Against Diversion: A Marketing Based Framework," 2003 Marketing & Public Policy Conference, Washington, D.C.

Gundlach, Gregory T. and Joan Phillips (2002), "Marketing in Antitrust: Contributions and Challenges," 2002 Marketing and Public Policy Conference, Atlanta GA.

Gundlach, Gregory T. and Kevin Bradford (2002), "Distribution Safeguards Against the Diversion of Firearms: An Analysis and Inter-Industry Comparison," 2002 Marketing and Public Policy Conference, Atlanta GA.

Gundlach, Gregory T., Debra Desrocher and William L. Wilkie (2002), "Slotting Allowances and Fees: Practice, Influences and Trends," 2002 Marketing and Public Policy Conference Atlanta GA.

Gundlach, Gregory T. (2000), "Choice as the Focus of Antitrust," An Agenda for Antitrust in the 21st Century, American Antitrust Institute, Washington, D.C.

Gundlach, Gregory T. (2000), "Slotting Allowances and Fees: Current Policy Perspectives and Emerging Research Developments," Marketing and Public Policy Conference, Washington, D.C.

Achrol, Ravi S. and Gregory T. Gundlach (1997), "Strategic Alliances: Organizational Effectiveness and Evolutionary Performance," 1997 Australia New Zealand Marketing Educators' Conference, Monash University.

Murphy, Patrick E. and Gregory T. Gundlach (1997), "A Typology of Trust in Business," 1997 AMA Special Conference on Relationship Marketing, American Marketing Association.

Gundlach, Gregory T. and Paul Bloom (1997), "Slotting Allowances and the Retail Sale of Alcohol Beverages," 1997 AMA Marketing and Public Policy Conference, American Marketing Association, 48-49.

Gundlach, Gregory T. and Joseph P. Cannon (1996), "'Trust But Verify': Trust and Information Strategies in Supplier Relationships," 12th IMP Conference, Postfach Karisruhe, IMP.

Etzel, Michael J., Ravi S. Achrol and Gregory T. Gundlach (1996), "Franchise Goals and Franchisor Services: Implications of Life-cycle Evolution and Environmental Conditions," 10th Society of Franchising Conference, Society of Franchising.

Gundlach, Gregory T. and Ravi S. Achrol (1995), "Strategic Marketing Alliances: Effectiveness Dimensions and Life-Cycle Performance," 1995 AMA Winter Marketing Educators' Conference, Chicago, IL: American Marketing Association, 86.

Gundlach, Gregory T.   (1994), "Price Predation:  Legal Limits and Antitrust Considerations," in Debra J. Ringold (ed.), 1994 AMA Marketing and Public Policy Conference, Chicago, IL: American Marketing Association, 70.

Robicheaux, Robert A., Gregory T. Gundlach and James Coleman (1994), "Micro Level Analysis of Channel Relationships: A Public Policy Framework," in Debra J. Ringold (ed.), 1994 AMA Marketing and Public Policy Conference, Chicago, IL: American Marketing Association, 69.

Gundlach, Gregory T. and Ravi S. Achrol (1993), "Environmental Determinants of Density in Exchange Networks," in David W. Cravens and Peter R. Dickson (eds.), 1993 AMA Summer Marketing Educators' Conference, Chicago, IL: American Marketing Association, 82-83.

Gundlach, Gregory T. and Ravi S. Achrol (1993), "Exchange Governance:  Contract Law and Its Alternatives," in Mary J. Sheffett (ed.), 1993 AMA Marketing and Public Policy Conference, Chicago, IL: American Marketing Association.

Gundlach, Gregory T. and Paul N. Bloom (1993), "The Essential Facility Doctrine:  Legal Limits and Antitrust Implications," in Mary Jane Sheffett (ed.), 1993 AMA Marketing and Public Policy Conference, Chicago, IL: American Marketing Association.

Achrol, Ravi S. and Gregory T. Gundlach (1993), "Strategic Marketing Alliances: Dimensions and Determinants of Effectiveness," in Third Biennial High Technology Management Conference, University of Colorado.

Gundlach, Gregory T. and Ravi S. Achrol (1992) "Exchange Governance:  Exploring Plural Forms," in Robert P. Leone and V. Kumar (eds.) <u>1992 AMA Summer Marketing Educators' Conference</u>, Chicago, IL:  American Marketing Association, 536.

Gundlach, Gregory T. and Jakki Mohr (1992) "Collaborative Relationships:  Legal Limits and Antitrust Considerations," in Paul N. Bloom and Richard G. Starr, Jr. (eds.) <u>1992 AMA Marketing and Public Policy Conference</u>, Chicago, IL:  American Marketing Association, 78.

Gundlach, Gregory T. and Ravi S. Achrol (1991), "An Experimental Assessment of the Impact of Market Channel Uncertainty on Exchange Structure and Relational Interaction in Market Channels," in Mary Gilly and F. Robert Dwyer (eds.) <u>1991 AMA Summer Marketing Educators' Conference</u>, Chicago, IL:  American Marketing Association, 131-132.

Gundlach, Gregory T. and Ravi S. Achrol (1991), "A Network Conceptualization of Market Channel Dependence," in Terry Childers and Scott MacKenzie (eds.) <u>1991 AMA Winter Marketing Educators' Conference</u>, Chicago, IL:  American Marketing Association, 1-12.

Gundlach, Gregory T., Ann R. Root and Patrick E. Murphy (1991), "A Framework for Analyzing the Marketing Implications of Mergers and Acquisitions," in Terry Childers and Scott MacKenzie (eds.) <u>1991 AMA Winter Marketing Educators' Conference</u>, Chicago, IL:  American Marketing Association, 189-190.

Gundlach, Gregory T. and William L. Wilkie (1991), "The Marketing Literature in Consumer Policy:  1970-1989," in Robert N. Mayer (ed.), <u>1991 Association for Consumer Interest:  Enhancing Consumer Choice</u>, ACCI, 551-560.

Gundlach, Gregory T. and William L. Wilkie (1990), "An Overview of Public Policy Research in Marketing," in William Bearden et al. (eds.) <u>1990 AMA Summer Marketing Educators' Conference</u>, Chicago, IL:  American Marketing Association, 388.

Cadotte, Ernest R., Alan B. Flashner and Gregory T. Gundlach (1990), "A Strategic Marketing Simulation:  An Application," in Barry Berman et al. (eds.) <u>1990 AMA Microcomputers in Marketing Education Conference</u>, Chicago, IL:  American Marketing Association, 239.

Gundlach, Gregory T. (1990) "Predation:  Legal Limits and Antitrust Considerations," in David Lichtenthal et al. (eds.) <u>1990 AMA Winter Marketing Educators' Conference</u>, Chicago, IL:  American Marketing Association, 35.

Gundlach, Gregory T. and Patrick E. Murphy (1990) "Ethical and Legal Foundations of Exchange," in David Lichtenthal et al. (eds.) <u>1990 AMA Winter Marketing Educators' Conference</u>, Chicago, IL:  American Marketing Association, 34.

<u>Unpublished Studies</u>

Gregory T. Gundlach, Kenneth C. Manning and Joseph P. Cannon, *Will Leegin Lead to an Increase in Resale Price Maintenance?  An Examination of Published Reports and Opinions* (2009) available from the author.

<u>Conference and Meeting Presentations</u>

Diana Moss, Gregory T. Gundlach and Riley T. Krotz, "Market Power and Digital Business Ecosystems:  Assessing the Impact of Economic and Business Complexity on Competition Analysis and Remedies," <u>2022 AMA Marketing and Public Policy Conference</u>, Austin.
.

J. Craig Andrews, Scot Burton, Gregory T. Gundlach, Ronald Paul Hill, Jeremy Kees, Richard G. Netemeyer, Kristen L. Walker, "What Exactly Is Marketing and Public Policy?  Insights for JPPM Researchers," <u>2022 AMA Marketing and Public Policy Conference</u>, Austin.

Riley T. Krotz & Gregory T. Gundlach, "Anticompetitive Challenges in America's Food Retail Industry: The Power of Category Captains," 2022 Reforming America's Food Retail Markets; Sponsored by the Thurman Arnold Project, the Information Society project, and the Yale Sustainable Food Program, Yale Law School, March 22, 2022.

Riley T. Krotz & Gregory T. Gundlach (2021), "Competitive Exclusion in Retail Category Captain Arrangements," oral presentation, AMA Marketing + Public Policy Conference, Virtual.

Riley T. Krotz & Gregory T. Gundlach (2020), "Re-Envisioning Retail Theories: Vertical Restraints and Resale Price Maintenance," oral presentation, AMA Marketing + Public Policy Conference, Marina Del Rey, CA (Virtual).

Gregory T. Gundlach and Riley T. Krotz (2019), "Business Insights for Merger Review and Enforcement," 2019 American Antitrust Institute 20th Annual Policy Conference, Washington DC.

Gregory T. Gundlach (2019), Commentary on the "Organization for Competitive Markets: Competition Policy in the Mexican Grocery Retail Industry, 2019," Ministry of Economy, Mexico City.

Gregory T. Gundlach (2018), "Resale Price Maintenance:  Marketing Literatures for Future Research," American Marketing Association Winter Educators Conference

20

Gregory T. Gundlach (2017) Antitrust Remedies:  A Multidisciplinary Approach, 2017 American Antitrust Institute Annual Symposium

Gregory T. Gundlach (2016), "Introduction and Overview:  Non-Price Effects of Mergers," American Antitrust Institute Invitational Symposium, Washington DC.

Gregory T. Gundlach (2015), "Overview and Introduction:  Entrepreneurship and Antitrust," American Antitrust Institute Invitational Symposium, Washington DC.

Gregory T. Gundlach (2015), "Resale Price Maintenance," Marketing and Public Policy Conference, Washington DC.

Gregory T. Gundlach (2014), "Overview and Introduction:  Efficiency in Antitrust," American Antitrust Institute Invitational Symposium, Washington DC.

Gregory T. Gundlach (2013), "Overview and Introduction:  Antitrust as a Multidisciplinary Field," American Antitrust Institute Invitational Symposium, Washington DC.

Ravi S. Achrol & Gregory T. Gundlach (2013), "Marketing Networks and Antitrust," American Antitrust Institute Invitational Symposium, Washington DC.

Gregory T. Gundlach (2012), "Multichannel Distribution and Antitrust" American Antitrust Institute.  Annual Invitational Symposium.

Gundlach, Gregory T. (2012), "Multi-Channel Shopping, Marketing and Competition:  Emerging Implications for Marketing and Public Policy" 2012 AMA Winter Educators' Conference.

Gundlach, Gregory T (2011), Call to Research:  Resale Price Maintenance After the Supreme Court's Decision in Leegin, 2011 AMA Marketing and Public Policy Conference, Doctoral Consortium.

Gundlach, Gregory T. (2011), Looking Back, Looking Forward:  The Pros and Cons of Using Simulations for Interorganizational Marketing Research, 2011 AMA Winter Educators' Conference.

Gundlach, Gregory T. (2010), Multi-channel Research:  Insights for Resale Price Maintenance, 2010 AMA Summer Educators Conference.

Cannon, Joseph, Gregory T. Gundlach and Kenneth Manning (2010), Resale Price Maintenance:  Schools of Thoughts and the Views of Practicing Managers, 2010 ISBM Conference.

Gundlach, Gregory T. (2009), Resale Price Maintenance After Leegin:  Updates, Insights and Research Directions, 2009 Marketing & Public Policy Conference

Gundlach, Gregory T. (2009), The AMA's Redefinition of Marketing:  Why the Redefinition and What It Means for the Future, 2009 AMA Winter Educator's Conference.

Gundlach, Gregory T.  (2008), "Redefining Marketing:  From Shareholder to Stakeholder," Stakeholder Marketing Conference, Boston University and Aspen Institute.

Gundlach, Gregory T. (2008), "The Next  Antitrust Agenda:  Verticality Regains Relevance - Comments on AAI's Transition Report to the Next Administration, Price and Nonprice Intrabrand Competition Restraints ," 2008 American Antitrust Institute Annual Conference, Washington D.C.

Gundlach, Gregory T. (2008), "Resale Price Maintenance:  The Supreme Court's Decision in Leegin and Its Implications for Marketing Scholarship and Practice, 2008 AMA Marketing & Public Policy Conference, Philadelphia PA.

Gundlach, Gregory T. (2007), "Forensic Research in Marketing," 2007 AMA Summer Educators' Conference, Washington, D.C.

Gundlach, Gregory T. (2007), "Introduction and overview," The American Antitrust Institute's Symposium on Buyer Power, Washington D.C.

Gundlach, Gregory T. (2007), "Aftermarkets," The Future of Monopoly and Monopolization, American Antitrust Institute 8th Annual Conference, Washington D.C.

Gundlach, Gregory T. (2007), Countermarketing and Demarketing Against the Diversion of Firearms:  Research in the Firearm Industry, 2007 MacroMarketing/ISMD Conference, Washington D.C.

Meeting Gundlach, Gregory T. (2006), "The Importance and Future of Industrial Distribution Research, Symposium on Supply Chain Management and Industrial Distribution," Society for Marketing Advances, Nashville, TN.

Gundlach, Gregory T. (2006), "Strategic Considerations for Understanding the Antitrust Implications of Systems Competition," Systems Competition Workshop, American Antitrust Institute, Northeastern University, Boston, February 9-10, 2006

Gundlach, Gregory T. (2006), "Aftermarkets, Systems and Antitrust, American Antitrust Institute's Symposium on the Future of Aftermarkets in Systems Competition, Washington DC.

Gundlach, Gregory T. (2006) "Exploring the Related Fields of Supply Chain

Management, Marketing Channels, Logistics and Purchasing (and marketing): Observations and Questions for the Future," Academy of Marketing Science Conference.

Gundlach, Gregory T. (2006), "Product Diversion: Forensic Research in the Firearm Industry,"American Marketing Association Marketing & Public Policy Conference

Gundlach, Gregory T. (2006) "Explorations of Marketing in Society: A New Initiative and Resource," American Marketing Association Marketing & Public Policy Conference

Gundlach, Gregory T. (2005), "Complexity Science and Antitrust?," The American Antitrust Institute Invitational Roundtable on the Science of Complexity and Antitrust, Washington DC.

Gundlach, Gregory T. "Whither "Marketing"? Commentary on the American Marketing Association's New Definition of Marketing." Sixth Annual Conference in International Business Research, University of North Florida, February 9-10, 2005.

Gundlach, Gregory T. (2005), "Marketing and Society: Marketing and Public Policy Research," Policy Research in Today's Marketing Environment: Lessons from the Experts, 2005 AMA Marketing and Public Policy Conference, Washington D.C.

Gundlach, Gregory T. (2004), Society for Marketing Advances Doctoral Consortium, "Scholarship and Publishing," Southern Marketing Association, Tampa, Florida

Gundlach, Gregory T. (2003), Meet the Editors of AMA Journals, 2003, AMA Summer Educators Conference, Chicago, IL.

Gundlach, Gregory T. and Kevin Bradford (2003), Safeguarding against the Diversion of Unsafe Products: Experience from Firearm Industry", Integrating Social Responsibility with Marketing Strategy, Boston University, Boston, MA

Gundlach, Gregory T. (2003), "Slotting Allowances and Fees", in Award Winning and Highly Cited Articles, 2003 AMA Summer Educator Conference, Chicago, IL.

Gundlach, Gregory (2003), "Exploring the 4 Eras of Marketing Thought: Implications and Issues for Scholarship in Our Field," Midwest Marketing Camp, Columbus, OH.

Gundlach, Gregory T. and Joan M. Phillips (2003), "Marketing's Potential Contributions to Antitrust: Goals and Process," Midwest Marketing Camp, Ohio State University, Columbus, OH.

Gundlach, Gregory T. and Debra M. Desrochers (2003), "Toward Understanding the Competitive and Antitrust Implications of Category Captaincy within Category Management," Midwest Marketing Camp, Ohio State University, Columbus, OH.

23

Gundlach, Gregory T. and Kevin Bradford (2003), "Countermarketing Against Diversion," Midwest Marketing Camp, Columbus, OH.

Gundlach, Gregory T. (2003), "Implications of the 4 Eras of Marketing: Scholarship," 2003 AMA Summer Marketing Educators' Conference, Chicago, IL

Gilliland, David F., Daniel C. Bello and Gregory T. Gundlach (2003), "Performance Implications of Governance Processes in Distribution Channels: Moderating Effects of Exchange Characteristics," 2003 AMA Winter Educators' Conference, Orlando, FL.

Gundlach, Gregory (2003), "Social Marketing and Competition," Innovation in Social Marketing Conference, Newport Beach, CA.

Gundlach, Gregory T. (2002), "Experiences with Marketplace and Computer Simulations," 2002 American Marketing Association Summer Educators' Conference, San Diego, CA

Gundlach, Gregory T. and Joan Phillips (2002), "Marketing in Antitrust: Contributions and Challenges," 2002 Midwest Marketing Camp, Champaign Urbana, IL

Gundlach, Gregory T. and Kevin Bradford (2002), "Distribution Safeguards Against the Diversion of Firearms: An Analysis and Inter-Industry Comparison," 2002 Midwest Marketing Camp, Champaign Urbana, IL

Gundlach, Gregory T., Debra Desrocher and William L. Wilkie (2002), "Slotting Allowances and Fees: Practice, Influences and Trends," 2002 Midwest Marketing Camp, Champaign Urbana, IL

Gundlach, Gregory T. (2002), "Publishing Public Policy Research: Journals and Their Editors," 2002 Marketing and Public Policy Conference, Atlanta GA.

Gundlach, Gregory T. (2002), "Marketing and Public Policy Research," 2002 Marketing and Public Policy Conference, Atlanta GA.

"Marketing in Antitrust: Contributions and Challenges," Workshop and Conference on Marketing Competitive Conduct and Antitrust Policy (2002), University of Notre Dame, Notre Dame, IN.

Gundlach, Gregory T. (2000), "Choice as the Focus of Antitrust," An Agenda for Antitrust in the 21st Century, Annual Conference of the American Antitrust Institute, American Antitrust Institute, Washington, D.C.

"How Antitrust Could Benefit from Marketing Thought," (2000), Midwest Marketing Camp, University of Wisconsin, Madison, WI.

Gundlach, Gregory T. and Paul N. Bloom (2000) "Slotting Allowances and Fees: Current Policy Perspectives and Emerging Research Developments," 2000 Marketing and Public Policy Conference, American Marketing Association.

"Emerging Views, Conflicts and Challenges on Slotting Allowances:  A National Study," 1999 AMA Winter Marketing Educators' Conference, St. Petersburg, FL, February 20-23.

"Slotting Fees: Perspectives and Evidence," 1998 AMA Summer Marketing Educators' Conference, Boston, MA, August 15-18.

"The Use of Simulations in Marketing Education," 1998 AMA Summer Marketing Educators' Conference, Boston, MA, August 15-18.

"Governance and Inter-Firm Learning," 1998 AMA Marketing Educators' Conference, Austin, TX, February 21-24.

"Emerging Perspectives on Research in Marketing and Public Policy," 1998 Public Policy and Marketing Conference, Washington, D.C., June 5-6.

"The Use and Value of Research in Public Policy and Marketing: Evidence, Issues, and Opportunities," 1998 AMA Marketing Educators' Conference, Austin, TX, February 21-24.

"Relationship Marketing and Learning," 1998 AMA Marketing Educators' Conference, Austin, TX, February 21-24.

"Slotting Fees:  Empirical Findings," 1997 Independent Baker's Association Annual Meeting, June 10, Washington D.C.

"An Exploratory Investigation of the Nature, Practice and Effects of Slotting Practices," 1997 Meeting of the Slotting Allowance Coalition, April 22, Washington, D.C.

"Issues of Trust in Customer Supplier Partnering," with Joseph P. Cannon and Das Narayandas (1997), NAMA's 33rd Annual Conference, Ft. Lauderdale, FL, April 27-30.

"The Role of Slotting Fees in the Evolution of Channel Relationships," with Paul N. Bloom and Joseph P. Cannon (1997), Marketing Science Institute, Too Much or Too Little? Managing Product Assortment from Production to Point of Purchase, March 13-14, Scottsdale, AZ.

"Relationship Marketing:  Future Directions," 1997 AMA Winter Educators' Conference, Relationship Marketing Special Interest Group, St. Petersburg, FL.

"The Strategic Use of Governance (Control) Mechanisms in Management Channel Relationships: Issues and Opportunities," 1996 AMA Summer Educators' Conference, Channels and Distribution Management Special Interest Group, San Diego, CA.

"'Trust But Verify': Trust and Information Strategies in Supplier Relationships," with Joseph P. Cannon, 1996 Relationship Marketing Conference, Atlanta, GA.

"Slotting Allowances: Past and Future," 1996 Public Policy & Marketing Conference, May 17-18, Washington, D.C.

"Research Opportunities in Public Policy," 1994 AMA Summer Marketing Educators' Conference, August 6-9, San Francisco, CA.

"Governance in Exchange: Public Policy Implications of Research in Marketing," 1993 Marketing and Public Policy Conference, June 4-6, East Lansing, MI.

Gundlach, Gregory T., John T. Mentzer and Ravi S. Achrol (1993), "The Structure of Pledged Commitments in Exchange," in Rajan Varadarajan and Bernard Jaworski (eds.), 1993 AMA Summer Marketing Educators' Conference, Chicago, IL: American Marketing Association.

"The Effect of Market Environment on Franchising Goals and Franchisor Services," authored by Ravi S. Achrol and Michael J. Etzel, 1993 AMA Winter Marketing Educators' Conference, February 22-23, Newport Beach, CA.

"On the Use of Simulations in Marketing Education: Experiences From the Field," 1992 AMA Summer Marketing Educators' Conference, August 8-11, Chicago, IL.

"Exchange Risk: Bridging the Political Economy and Transaction Cost Frameworks in Market Channel Research," with Ravi S. Achrol and Tom Mentzer, Customer Relationship Management: Theory and Practice 1992, April 9-11, Atlanta, GA.

"Market Channel Power Conditions and Interfirm Strategies of Communication," with Ernest R. Cadotte, 1992 AMA Winter Marketing Educators' Conference, February 15-18, San Antonio, TX.

"Enhancing the Effectiveness of Franchise Systems: Franchise Goals and Franchisor Services," authored by Ravi S. Achrol and Michael J. Etzel, 1992 Society of Franchising Conference, February 1-2, Palm Springs, CA.

"Issues in Relational Exchange Research," Relational Exchange Research in Marketing, 1991 Academy of Marketing Science Conference, May 29-June 1, Miami, FL.

"Issues in the Measurement of Dependence," Behavioral Channels Research - Part II, <u>1990 AMA Winter Marketing Educators' Conference</u>, February 24-27, Scottsdale, AZ.

"A Network Conceptualization of Dependence," The Environment of Marketing Channels: Its Impact on Franchise Distribution Systems, <u>Society of Franchising 1990</u>, International Franchise Association, February 22-24, Scottsdale, AZ.

"Interdependence in Market Channel Relationships: Implications for Research," Behavioral Channels Research - Part I, <u>1989 AMA Winter Marketing Educators' Conference</u>, February 12-15, St. Petersburg, FL.

<u>Invited Presentations and Panel Participation</u>

Gundlach, Gregory T. (2009), "Competition Policy and Antitrust," Stepping Forward in the Marketing & Society Field, Consortium, 2009 Marketing & Public Policy Conference

Gundlach, Gregory T. (2009), FTC Workshop on Resale Price Maintenance. Federal Trade Commission, Washington, D.C.

"Scholarship and Publishing," Doctoral Consortium, 2004 Southern Marketing Association, Tampa, Florida

"Developing the Customer Service Relationship Through Relationship Marketing," National Paper Trade Association 2004 Annual Management Conference, Orlando, FL

Demarketing and Countermarketing: Experiences from the Firearm Industry, 2004 Scholar in Residence, University of Tennessee.

Marketing Perspectives on Antitrust, 2004 Scholar in Residence, University of Tennessee.

"Competition in Domestic Markets," Organization for Competitive Markets, 2003 Food and Agricultural Conference, Kansas City, KS.

Countermarketing Against Prohibited Customers: Experiences from the Firearms Industry (2003), Partners in Progress, Colorado State University.

Scholarship and Publishing (2003), Partners in Progress, Colorado State University.

"Managerial Views of Slotting Allowances and Fees and Regulatory Update," (2000), Presentation to the Long Company, Chicago, IL.

"Managerial Views of Slotting Allowances and Fees," (2000), presentation to the International Bakers' Association, June 13, Washington, DC.

"Federal Trade Commission Workshop on Slotting Allowances," (2000), Roundtable participant, Federal Trade Commission, May 31-June 1, Washington, D.C.

"Federal Trade Commission Workshop on Slotting Allowances," (2000), panel participation, Federal Trade Commission, May 31, Washington, D.C.

"Slotting Allowances and Fees in the Alcohol Beverage Industry," (2000), presentation to the National Alcohol Beverage Control Association Annual Symposium on Alcohol Beverage Law, March 8-9, 2000, Alexandria, VA.

"Slotting Allowances and Fees: Implications and Policy in the Candy Industry," (1999), presentation to the Candy Manufacturers Association, November 12, Chicago, IL.

"Slotting Allowances and Fees: Practical Description and Theoretical Underpinnings," (1999), seminar to the Food and Rural Economics Division, Economic Research Service, USDA, October 20, Washington D.C.

"Publishing in Business Journals" (1999), Annual Meeting, Academy of Legal Studies in Business Conference, August 4, St. Louis.

"Relationship Marketing" (1998), Annual Meeting, National Structured Settlements Trade Association, May 1, Miami, FL.

"Research Interests in Marketing" (1997), College of Business Administration, Lecture, University of Western Australia, October 29, Perth, AU.

"Relationship Marketing" (1995), Panel Participant, Michiana Chapter AMA, November 16, South Bend, IN.

"Weir Trucking," 1995 Emerging Business Forum, Panel Participant, University of Notre Dame, September 27, Notre Dame, IN.

"Ethics and Distribution/Relationship Marketing," 1995 American Marketing Association Faculty Consortium on Ethics and Social Responsibility, Hofstra University, June 23-26, New York, NY.

"Marketing and Public Policy," 1995 American Marketing Association Doctoral Symposium on Public Policy, May 21, Atlanta, GA.

"Using Dynamic Simulations," (1992) Brownbags for Excellence in Teaching, Kevin Misiewicz (Chair), University of Notre Dame, October 30, Notre Dame, IN.

28

"Simulation in Business Education," (1992), <u>Faculty Visit/Forum</u>, Ecole de Hautes Etudes Commerciales, Catholic University of Lille, France, Joseph P. Guiltinan (Chair), University of Notre Dame, September 14-15, Notre Dame, IN.

"The Use of Simulation for Exchange Research," (1992), <u>Doctoral Lecture</u>, Bob Dwyer (Chair), University of Cincinnati, April 30-May 1, Cincinnati, OH.

<u>Media Appearances and Popular Press Quotation (partial list as of 2000 – stopped tracking after)</u>

Wall Street Journal, Pereira, Joseph "Price-Fixing Makes Comeback After Supreme Court Ruling," August 18, 2008, p. A1,

Dayton Daily News (2000), "Shelf Fees Raise Prices on Produce," September 17, p.8A

Dow Jones Newswires (2000), "Senate, Regulators Eye Slotting Fees Grocers Charge," Jerry Guidera, September 13.

Forbes (2000), "Chewed Up, Spat Out," May 29, pp. 72-75

Kiplinger Letter (1999), "Slotting Fees."

Notre Dame Magazine (1999), "Paid Admission to the Shelf," Fall.

Dow Jones Business News (1999), "U.S. Mulls Charges Against Spice Maker Over Alleged Slotting Deals," October 27.

CNN Interactive (1999), "Senate Panel Examining Grocery Shelf Fees," September 14.

Associated Press (1999), "Business Owners Criticize Slotting Fees," Darlene Superville, Washington AP.

Associated Press (1999), "Senate Panel Examining Grocery Industry," Darlene Superville, Washington AP.

Advertising Age (1999), "Senators Berate Industry Abuse of Slotting Fees: Testimony: Shelf-Space Payments Hurt Small Businesses, Consumers," Ira Teinowitz, September 20, p3.

Houston Chronicle (1999), "Grocery Practices May Harm Stores," Jim Barlow, September 26, Jim Barlow column.

Columbus Dispatch (1999), "Stores Demanding Pay to Display Products on Shelves, Panel Told," Roger K. Lowe, p1H.

San Diego Union-Tribune (1999), "Are Slotting Fees' Fair? Senate Panel Investigates; Practice Involves Paying Grocers for Shelf-Space," Associate Press, p. C-1.

St. Louis Dispatch (1999), "Congress Looks at the Selling of Shelf-Space," Nahal Toosi, p. C1.

Selling Power (1998), "Divide and Conquer," 18(8), p. 101.

CBS Evening National News (1997), "Report on Slotting Allowances," August 16.

Selling Power (1997), "Fast Flexible," 17(7), p. 27.

## Funded Research Projects and Proposals

"Resale Price Maintenance and Internet Retailing," (2009) Funded by the American Antitrust Institute.

"Trust in Longer-term Exchange Relationships," (1996) with Joseph Cannon and Das Naranyandas, funded by the National Account Management Association.

"The Role of Slotting Fees in the Evolution of Channel Relationships," (1996) with Paul Bloom and Joseph Cannon, funded by the Marketing Science Institute.

## Research Grants

Mendoza College of Business and College of Business, University of Notre Dame, 1997-2003.

National Account Management Association, 1996.

Center for Research in Business, Ford Motor Company, 1996.

Marketing Science Institute, 1996.

Center for Research in Business, Ford Motor Company, 1990 - 1995.

Jesse Jones Database Fund, 1989.

Center for Research in Business, Ford Motor Company, 1988 - 1989.

# LEADERSHIP AND RESPONSIBILITIES

Association Leadership

Director, American Antitrust Institute, 2012-present

Vice President of Marketing, Executive Committee, Academic Council, American Marketing Association, 2000-2002.

Director, At large, Marketing and Society, AMA Special Interest Group, 2000-2003.

Past Chair, Marketing and Society, AMA Special Interest Group, 1998.

Chair, Marketing and Society, AMA Special Interest Group, 1997.

Chair Elect, Marketing and Society, AMA Special Interest Group, 1996.

Fellowships

Senior Research Fellow, American Antitrust Institute, 2005-present

Advisory Board

Advisory Board, Antitrust Bulletin, 2005 to present.

Board member, American Antitrust Institute, 2000-present.

Advisory Board, 1998 AMA Doctoral Special Interest Group.

Editorships

Editor, Gundlach, Gregory T., Lauren G. Block and William L. Wilkie (2007), Explorations of Marketing in Society, Mason, OH:  Thomson (in collaboration with the American Marketing Association).

Editor, Bloom, Paul N. and Gregory T. Gundlach (2001), Handbook of Marketing and Society, Los Angeles, CA:  SAGE

Editor (with Patrick E. Murphy) (2000), <u>Significant Marketing Contributions</u>, AMA Summer Educators' Conference Proceedings, Chicago, IL: AMA.

Editor (with William L. Wilkie, and Patrick E. Murphy), (1999), <u>Marketing and Public Policy</u> Conference Proceedings, Chicago, IL: AMA

Associate Editor (2001-2005), <u>Journal of Public Policy & Marketing</u>,.

Legal Developments Editor (1998-2001), <u>Journal of Public Policy & Marketing.</u>

Book Review Editor (1995-1998), <u>Journal of Public Policy & Marketing.</u>

Guest Editor

Guest Editor (with Diana Moss) (2017), "Non-Price Effects of Mergers," Special Issue of the Antitrust Bulletin, forthcoming

Guest Editor (with Diana Moss) (2016), "Entrepreneurship and Antitrust," Special Issue of the Antitrust Bulletin, forthcoming

Guest Editor (2015), "Tribute to American Antitrust Institute President Albert Foer" Special Issue of the Antitrust Bulletin, 60 (2).

Guest Editor (with Diana Moss & Albert Foer) (2015), "Antitrust as a Multidisciplinary Field," Special Issue of the Antitrust Bulletin, 59 (4).

Guest Editor (with Albert Foer) (2013), "Antitrust Challenges of Multichannel Distribution and Shopper Marketing," Special Issue of the Antitrust Bulletin, 58 (1).

Guest Editor (with Diana Moss and Albert Foer  (2011), "Systems Competition and Challenges to Antitrust Thinking," Special Issue of the <u>Antitrust Bulletin</u>, <u>Antitrust Bulletin</u> 56 (1).

Guest Editor (2010), "Antitrust Analysis of Resale Price Maintenance After *Leegin (part II)*," Special Issue of the <u>Antitrust Bulletin</u>, 55 (2).

Guest Editor (2010), "Antitrust Analysis of Resale Price Maintenance After *Leegin (part I)*," Special Issue of the <u>Antitrust Bulletin</u>, 55 (1).

Guest Editor (with John Mentzer) (2010), "Exploring the Relationship Between Marketing and Supply Chain Management," Special Issue of the <u>Journal of the Academy of Marketing Science</u>, 38 (1).

Guest Editor (with Albert Foer) (2008), <u>Antitrust Bulletin</u>, "<u>American Antitrust Institute's Symposium on Buyer Power,</u>" 53 (2).

Guest Editor (with Albert Foer) (2007), <u>Antitrust Bulletin</u>, Special Issue on "The Future of Aftermarkets in Systems Competition," 52 (1).

Guest Editor , Gundlach, Gregory T. and John T. Mentzer (2007), "Special Issue on Marketing and Supply Chain Management," <u>Journal of the Academy of Marketing Science</u>, forthcoming

Guest Editor (2007), "Special Section on The American Marketing Association's New Definition of Marketing:  Perspectives on its Implications for Scholarship and the Role and Responsibility of Marketing in Society," <u>Journal of Public Policy & Marketing</u>, 26 (3).

Guest Editor (with Albert Foer) (2006), <u>Antitrust Bulletin,</u> Special Issue on "Complexity, Networks and the Modernization of Antitrust," 51 (spring)

Guest Editor (with Albert Foer) (2004), <u>Antitrust Bulletin</u>, Special Issue on "Combining Horizontal and Vertical Analysis in Antitrust:  The American Antitrust Institute's Roundtable on the Implications of the Work of Robert L. Steiner," XLIX (4), Winter.

Guest Editor, (2002), <u>Journal of Public Policy & Marketing,</u> Special Section on "Bringing Marketing Insight to Bear on Antitrust Policy and Competitive Conduct," 21 (2), Chicago, IL: AMA .

Guest Editor, (2001) <u>Journal of Public Policy & Marketing</u>, Special Issue on "Competition Policy and Antitrust," 20 (1), Chicago, IL: AMA.

<u>Editorial Board</u>

<u>Journal of Marketing</u>, 1997-2005. 2008-2010.

<u>Journal of Public Policy & Marketing</u>, 1992-2005, 2006-present

<u>Journal of Retailing</u>, 1994-present.

<u>Journal of the Academy of Marketing Science</u>, 1996-present.

<u>Journal of Macromarketing</u>, 2003-present.

Journal of Business Research 2000.

Advances in Business Marketing and Purchasing, 1992.

Book Review, Journal of Public Policy & Marketing, 1992-1995.

Journal Reviewer

Sloan Management Review

American Management Review

Journal of Marketing Research

International Journal of Research in Marketing

International Business Review

Journal of Marketing

Journal of Marketing/Marketing Science Institute "Special Issue" (1998)

Journal of the Academy of Marketing Science

Journal of Marketing Channels

Journal of Business Research

Journal of Personal Selling and Sales Management

Journal of Teaching in International Business

Conference Chair and Co-Chair

2014 American Antitrust Institute's Symposium: Efficiency and Antitrust, with Albert Foer and Diana Moss, American Antitrust Institute, National Press Club, Washington D.C.

2013 Responsible Procurement, Buyer Power & Firearm Violence. Invitational Symposium hosted by UNF Coggin College of Business and the Educational Fund to Stop Gun Violence, November 22, 2013.

2013 Responsible Procurement, Buyer Power & Firearm Violence. Invitational Symposium hosted by UNF Coggin College of Business and the Educational Fund to Stop Gun Violence, November 22, 2013.

<u>2013 American Antitrust Institute's Symposium:  Antitrust as an Interdisciplinary Field</u>, with Albert Foer and Diana Moss, American Antitrust Institute, National Press Club, Washington D.C.

<u>2012 American Antitrust Institute's Symposium:  Strategic Pricing:  Challenges for Antitrust Enforcement</u>, with Albert Foer and Diana Moss, American Antitrust Institute, National Press Club, Washington D.C.

<u>2011 American Antitrust Institute's Symposium:  Antitrust Challenges of Multichannel Distribution in the Age of the Internet</u>, with Albert Foer and Diana Moss, American Antitrust Institute, National Press Club, Washington D.C.

<u>2010 American Antitrust Institute's Symposium on Prediction in Antitrust</u>, with Albert Foer and Diana Moss, American Antitrust Institute, National Press Club, Washington D.C.

<u>2009 American Antitrust Institute's Symposium on Systems Competition</u>, with Albert Foer and Diana Moss, American Antitrust Institute, National Press Club, Washington D.C.

<u>2007 American Antitrust Institute's Symposium on Buyer Power</u>, with Albert Foer, American Antitrust Institute, National Press Club, Washington D. C.

Interdisciplinary Roundtable on Firearms Diversion and Trafficking, (2006), with Stephen Teret and Josh Horwitz, John Hopkins School of Public Health, Baltimore, MD.

<u>2006 American Antitrust Institute's Symposium on Aftermarkets, Systems and Antitrust</u> (2006), with Albert Foer, American Antitrust Institute, National Press Club, Washington, D.C.

<u>2005 American Antitrust Institute's Invitational Roundtable on Complexity, Networks and the Modernization of Antitrust</u> (2005), with Albert Foer, American Antitrust Institute, National Press Club, Washington, D.C.

<u>2004 American Antitrust Institute's Roundtable on Combining Horizontal and Vertical Analysis in Antitrust:  Implications of the Work of Robert L. Steiner</u>, with Albert Foer, American Antitrust Institute and the Journal of Public Policy & Marketing, National Press Club, Washington, D.C.

<u>2003 American Antitrust Institute's Roundtable on Antitrust and Category Captains</u> (2003), with Albert Foer, American Antitrust Institute, National Press Club, Washington, D.C.

<u>2002 American Antitrust Institute's Workshop and Conference on Marketing Competitive Conduct and Antitrust Policy</u> (2002), American Antitrust Institute and Journal of Public Policy & Marketing, University of Notre Dame, Notre Dame, IN.

<u>2000 AMA Summer Marketing Educators' Conference</u>, with Patrick E. Murphy, Chicago, IL.

<u>1999 Marketing and Public Policy Conference</u>, with William L. Wilkie and Patrick E. Murphy, Notre Dame, IN.

<u>Conference Committee Chair</u>

Marketing and Public Policy Committee, 2001-2003

<u>Conference Committee</u>

<u>Marketing and Public Policy Conference</u>, 1999-2005.

<u>Conference Program Committee</u>

<u>2011 Marketing and Public Policy Conference</u>

<u>2010 Marketing and Public Policy Conference</u>

<u>2009 Marketing and Public Policy Conference</u>,

<u>2008 Marketing and Public Policy Conference</u>,

<u>2007 Marketing and Public Policy Conference</u>,

<u>2006 Marketing and Public Policy Conference</u>, Washington, D.C.

<u>2005 Marketing and Public Policy Conference</u>, Washington, D.C.

<u>2004 Marketing and Public Policy Conference</u>, Salt Lake City, UT.

<u>2003 Marketing and Public Policy Conference</u>, Washington, D.C.

<u>1998 Marketing and Public Policy Conference</u>, Washington, D.C.

<u>1997 Marketing and Public Policy Conference</u>, Boston, MA.

36

1996 Marketing and Public Policy Conference, Washington, D.C.

1995 Marketing and Public Policy Conference, Atlanta, GA.

1994 Marketing and Public Policy Conference, Washington D.C.


Conference Track Chair

2011 AMA Summer Educators Conference, Interorganizational Issues, San Francisco, CA.

2007 AMA Summer Educators' Conference, Career Session Track (Plenary), Washington, DC.

2007 AMA Winter Marketing Educators' Conference, Special Session, San Diego, CA

2004 AMA Winter Marketing Educators' Conference, "Marketing and Society," Scottsdale, AZ.

2000 Relationship Marketing Conference, "Channel Partnering, Supply-Chain Management and Business Networks," June, Atlanta.

1999 AMA Winter Marketing Educators' Conference, "Ethical and Societal Issues in Customer Relationships," St. Petersburg, FL.

1997 AMA Summer Marketing Educators' Conference, "Marketing Channel Relationships," Chicago, IL.

1997 AMA Winter Marketing Educators' Conference, "Marketing and Society," St. Petersburg, FL.

1996 Relationship Marketing Conference, "Channel Relationships," Atlanta, GA.

1995 Academy of Marketing Science Conference, "Macromarketing and Public Policy," Orlando, FL.

1994 AMA Summer Marketing Educators' Conference, "Public Policy," with William L. Wilkie, August 6-9, San Francisco, CA.


Conference Special Session Organizer

"Business Perspective on Efficiency," 2014 American Antitrust Institute's Symposium: Antitrust and Efficency, with Albert Foer and Diana Moss, American Antitrust Institute,

National Press Club, Washington D.C.

"Marketing and Antitrust," 2013 American Antitrust Institute's Symposium:  Antitrust as an Interdisciplinary Field, with Albert Foer and Diana Moss, American Antitrust Institute, National Press Club, Washington D.C.

"Forensic Research in Marketing," <u>2011 AMS Annual Conference</u>, Coral Gables, FL.

"Multi-channel Research:  Insights for Resale Price Maintenance," <u>2010 AMA Summer Educators Conference.</u>

"Resale Price Maintenance after *Leegin*:  Update, Insight and Directions for Research , <u>2009 AMA Marketing & Public Policy Conference</u>, Washington DC.

"Resale Price Maintenance:  The Supreme Court's Decision in *Leegin* and Its Implications for Marketing Scholarship and Practice, <u>2008 AMA Marketing & Public Policy Conference</u>, Philadelphia PA.

"The American Marketing Association's New Definition of Marketing:  Perspectives on its Implications for Scholarship and the Role and Responsibility of Marketing in Society," <u>2007 AMA Summer Educators' Conference (Plenary Session)</u>, Washington D.C.

"Forensic Research in Marketing," <u>2007 AMA Summer Educators' Conference</u>, Washington D.C.

"Forensic Practice in Marketing," <u>2007 AMA Summer Educators' Conference</u>, Washington D.C.

"The American Marketing Association's New Definition of Marketing:  Perspectives on its Implications for Scholarship and the Role and Responsibility of Marketing in Society," <u>2006 AMA Winter Educators' Conference</u>, St. Petersburg, FL.

"Explorations of Marketing in Society:  Perspectives and a New Educational Resource, <u>2006 AMA Winter Educators' Conference,</u> St. Petersburg, FL.

"The American Marketing Association's New Definition of Marketing: Perspectives on its Implications for Scholarship and the Role and Responsibility of Marketing in Society, <u>2005 AMA Marketing and Public Policy Conference</u>, Washington D.C

"Toward an Understanding of the Competitive and Antitrust Implications of Category Captains in Category Management," <u>2003 AMA Marketing and Public Policy Conference</u>, Washington, D.C.

"Slotting Allowances and Fees: Current Policy Perspectives and Research Directions," <u>2000 Public Policy & Marketing Conference</u>, Washington, D.C.

"Slotting Allowances:  Past and Future," <u>1996 Public Policy & Marketing Conference</u>, Washington, D.C.

"Relationship Marketing:  Academic Perspectives," Plenary Session, <u>1995 Academy of Marketing Science Conference</u>, Orlando, FL.

"Governance in Exchange:  Public Policy Implications of Research in Marketing," <u>1993 AMA Marketing and Public Policy Conference</u>, East Lansing, MI.

"On the Use of Simulations in Marketing Education:  Experiences From the Field," <u>1992 AMA Summer Marketing Educators' Conference</u>, Chicago, IL.

"Relational Exchange Research in Marketing," <u>1991 Academy of Marketing Science Conference</u>, Miami, FL.


<u>Conference Session Chair</u>

"Business Perspective on Efficiency," <u>2014 American Antitrust Institute's Symposium: Antitrust and Efiicency</u>, with Albert Foer and Diana Moss, American Antitrust Institute, National Press Club, Washington D.C.

"Marketing and Antitrust," 2013 American Antitrust Institute's Symposium:  Antitrust as an Interdisciplinary Field, with Albert Foer and Diana Moss, American Antitrust Institute, National Press Club, Washington D.C.

"Forensic Research in Marketing," <u>2011 AMS Annual Conference</u>, Coral Gables, FL.

"Multi-channel Research:  Insights for Resale Price Maintenance," 2010 AMA Summer Educators Conference, Boston MA.

"Consumers Consuming Less," 2010 AMA Markleting & Public Policy Conference, Denver, CO.

"Resale Price Maintenance after *Leegin*:  Update, Insight and Directions for Research , <u>2009 AMA Marketing & Public Policy Conference</u>, Washington DC.

 "Resale Price Maintenance:  The Supreme Court's Decision in *Leegin* and Its Implications for Marketing Scholarship and Practice, 2008 AMA Marketing & Public Policy Conference, Philadelphia PA.

 "Legal Issues: Descriptive and Proscriptive Perspectives," 2008 Winter Marketing Educators' Conference: *Marketing the Organization and Its Products and Services,* Austin, Texas, February 15-18, 2008.

 "Emerging Policy Issues," 2007 Marketing and Public Policy Conference, Washington D.C.

"Aftermarkets," 2006 American Antitrust Institute's Conference:  "The Intellectual Property (IP) Grab:  The Struggle Between Intellectual Property Rights and Antitrust," Washington DC.

"The American Marketing Association's New Definition of Marketing:  Perspectives on its Implications for Scholarship and the Role and Responsibility of Marketing in Society," 2006 AMA Winter Educators' Conference, St. Petersburg, FL.

Explorations of Marketing in Society:  Perspectives and a New Educational Resource, 2006 AMA Winter Educators' Conference, St. Petersburg, FL.

 "Perspectives on the Application of Complexity Science to Competition and Business Strategy," 2005 American Antitrust Institute's Invitational Roundtable on Complexity, Networks and the Modernization of Antitrust , Washington, D.C.

"Perspectives on the Application of Complexity Science to Business Management and Marketing Strategy," 2005 American Antitrust Institute's Invitational Roundtable on Complexity, Networks and the Modernization of Antitrust, Washington, D.C.

"Translations:  Implications of Complexity Science for Competition Policy and Antitrust," 2005 American Antitrust Institute's Invitational Roundtable on Complexity, Networks and the Modernization of Antitrust, Washington, D.C.

Sessions, 2004 American Antitrust Institute's Roundtable on Combining Horizontal and Vertical Analysis in Antitrust:  Implications of the Work of Robert L. Steiner, Washington, D.C.

"Category Management and Captains," 2003 American Antitrust Institute's Roundtable on Antitrust and Category Captains, Washington, D.C.

"Antitrust Developments," 2003 American Antitrust Institute's Roundtable on Antitrust and Category Captains, Washington, D.C.

"Antitrust Guidelines and Roundtable Discussion," 2003 American Antitrust Institute's Roundtable on Antitrust and Category Captains, Washington, D.C.

"Marketing Strategy," <u>2004 AMA Marketing and Public Policy Conference</u>, Salt Lake City, Utah.

"Legal Issues in Marketing:  Mergers, Intellectual Marketing and Privacy," <u>2004 AMA Winter Marketing Educators' Conference</u>, Scottsdale, AZ.

 "Moderating and Mediating Effects in Interorganizational Research," <u>2003 AMA Winter Marketing Educators' Conference</u>, Orlando, FL.

"Identifying Opportunities for Research in Marketing on Other Business Disciplines on Antitrust/Charting a Course for Future Research in Marketing and Other Business Disciplines on Antitrust," <u>Workshop and Conference on Marketing Competitive Conduct and Antitrust Policy</u> (2002), University of Notre Dame, Notre Dame, IN.

"Stakeholder Views on the Role of Marketing and Other Business Disciplines in Antitrust," <u>Workshop and Conference on Marketing Competitive Conduct and Antitrust Policy</u> (2002), University of Notre Dame, Notre Dame, IN.

"Perspectives on Antitrust From Law, Economics, Marketing and Strategic Management," <u>Workshop and Conference on Marketing Competitive Conduct and Antitrust Policy</u> (2002), University of Notre Dame, Notre Dame, IN.

"A Primer on Antitrust," <u>Workshop and Conference on Marketing Competitive Conduct and Antitrust Policy</u> (2002), University of Notre Dame, Notre Dame, IN.

"Strategies for Managing Effective Channel Relationships," <u>2001 AMA Winter Educators' Conference</u>, Scottsdale, AZ.

"Legal and Regulatory Issues in Marketing," <u>2001 AMA Winter Educators' Conference</u>, Scottsdale, AZ.

"Internet Marketing:  Promoting Possibilities and Preventing Pitfalls," <u>1999 AMA Summer Educators' Conference</u>, San Francisco.

"Channel Conflict: Contemporary and Broadened Perspectives," <u>1999 AMA Summer Educators' Conference</u>, San Francisco.

"Project Updates on Two Significant Issues in Marketing and Society," <u>1999 AMA Winter Educators' Conference</u>, St. Petersburg, FL.

"The Use of Simulation in Marketing Education," <u>1998 AMA Summer Educators' Conference</u>, Boston, MA.

"Governance of Market Channel Relationships," <u>1997 AMA Special Conference on Relationship Marketing</u>, Dublin, Ireland.

"Slotting Allowances:  Past and Future," <u>1996 Public Policy & Marketing Conference</u>, Washington, D.C.

"The Effects of Friendship, Market Orientation and Selling Strategies on Relational Performance," <u>1996 AMA Summer Educator's Conference</u>, San Diego, CA.

"Relationship Marketing:  Academic Perspectives," <u>1995 Academy of Marketing Science</u>, Orlando, FL.

"On the Use of Simulations in Marketing Education:  Experiences From the Field," <u>1992 AMA Summer Marketing Educators' Conference</u>, Chicago, IL.

"Economic Analysis of Franchising Strategy," <u>1992 Society of Franchising</u>, Palm Springs, CA.

"Relational Exchange Research in Marketing," <u>1991 Academy of Marketing Science Conference</u>, Miami, FL.

"Using Computers in Marketing Curriculum I," <u>1991 AMA Microcomputers in Marketing Education Conference</u>, New Orleans, LA.

"Current Franchising Research Findings, Needs and Prospects," <u>1991 AMA Winter Marketing Educators' Conference</u>, Orlando, FL.

"Market Channels Management," <u>1991 Academy of Marketing Science Conference</u>, Miami, FL.


<u>Conference Session Discussant and Session Discussion Leader</u>

Gundlach, Gregory T. (2011), Looking Back, Looking Forward:  The Pros and Cons of Using Simulations for Interorganizational Marketing Research, 2011 AMA Winter Educators' Conference.

Aftermarkets, 2006 American Antitrust Institute's Conference:  "The Intellectual Property (IP) Grab:  The Struggle Between Intellectual Property Rights and Antitrust," June 21, 2006 in Washington DC.

Issues in Regulatory Policy and Practice, <u>2006 AMA Marketing & Public Policy Conference</u>

Perspectives on Competition and Social Welfare, <u>2006 AMA Winter Educators' Conference</u>, St. Petersburg, FL.

Legal, Regulatory, and Societal Implications of Marketing Initiatives and Practices, <u>2005 AMA Summer Educators Conference</u>, San Francisco, CA

Roundtable Discussion, <u>2005 American Antitrust Institute's Invitational Roundtable on Complexity, Networks and the Modernization of Antitrust</u> , Washington, D.C.

Trust, Loyalty, and Interfirm Governance, 2005 Academy of Marketing Science, Tampa, FL.

Roundtable Discussion, <u>2004 American Antitrust Institute's Roundtable on Combining Horizontal and Vertical Analysis in Antitrust:  Implications of the Work of Robert L. Steiner</u>, Washington, D.C.

Roundtable Discussion, <u>2003 American Antitrust Institute's Roundtable on Antitrust and Category Captains</u>, Washington, D.C.

Using the Consumer Information Processing Paradigm in Public Policy Research, <u>2002 Marketing and Public Policy Conference</u>.

"The Language of Law and the Language of Business," <u>2001 Midwest Antitrust Colloquium</u>, Chicago, IL.

"Strategies for Managing Effective Channel Relationships," <u>2001 AMA Marketing Educators' Conference</u>, Scottsdale, AZ.

"Economics of Retailer's Price Setting," <u>2000 Conference on the American Consumer and the Changing Structure of the Food System</u>, Economic Research Services, U.S. Department of Agriculture, Washington DC.

"Building and Testing Relationships Between Sellers and Buyers," <u>1998 AMA Summer Educators' Conference</u>, Boston, MA.

"Relationship Governance in Industrial Markets," <u>1997 AMA Special Conference</u>, Dublin, Ireland.

"Antitrust Issues," <u>1996 Marketing and Public Policy Conference</u>, Washington, D.C.

"Strategic Alliances," <u>1995 AMA Summer Marketing Educators' Conference</u>, Washington, D.C.

"Coalitions and Alliances," <u>1995 Marketing and Public Policy Conference</u>, Atlanta, GA.

"Legal Liability and Marketing," <u>1995 AMA Winter Marketing Educators' Conference</u>, La Jolla, CA.

"Long-term Buyer-Supplier Relationships," <u>1994 Relationship Marketing Conference</u>, Atlanta, GA.

"Marketing Channel Relationships," <u>1994 Academy of Marketing Science Conference</u>, Nashville, TN.

"Social Implications From Business Practices," <u>1994 AMA Winter Marketing Educators' Conference</u>, St. Petersburg, FL.

"New Frameworks for Understanding Franchising," <u>1993 Society of Franchising</u>, San Francisco, CA.

"Session" <u>1992 Academy of Marketing Science Conference</u>, San Diego, CA.

"Economic Analysis of Franchising Strategy," <u>1992 Society of Franchising Conference</u>, Palm Springs, CA.

"Trust and Cooperative Behavior in Channels," <u>1991 AMA Summer Educators' Conference</u>, San Diego, CA.

"Using Computers in Marketing Curriculum I," <u>1991 AMA Microcomputers in Marketing Education Conference</u>, New Orleans, LA.

"Student Papers," <u>1991 Decision Science Institute (Western)</u>, Lihue, Kauai, HI.


<u>Conference Reviewer</u>

<u>2015 AMA Marketing and Public Policy Conference</u>

<u>2015 Academy of Marketing Science Annual Conference</u>

<u>2015 AMA Summer Marketing Educators' Conference</u>

<u>2015 AMA Winter Marketing Educators' Conference</u>

<u>2014 AMA Marketing and Public Policy Conference</u>

<u>2014 Academy of Marketing Science Annual Conference</u>

<u>2014 AMA Summer Marketing Educators' Conference</u>

2014 AMA Winter Marketing Educators' Conference

2013 AMA Marketing and Public Policy Conference

2013 Academy of Marketing Science Annual Conference

2013 AMA Summer Marketing Educators' Conference

2013 AMA Winter Marketing Educators' Conference

2012 AMA Marketing and Public Policy Conference

2012 Academy of Marketing Science Annual Conference

2012 AMA Summer Marketing Educators' Conference

2012 AMA Winter Marketing Educators' Conference

2011 AMA Marketing and Public Policy Conference

2011 Academy of Marketing Science Annual Conference

2011 AMA Summer Marketing Educators' Conference

2011 AMA Winter Marketing Educators' Conference

2010 AMA Marketing and Public Policy Conference

2010 Academy of Marketing Science Annual Conference

2010 AMA Summer Marketing Educators' Conference

2010 AMA Winter Marketing Educators' Conference

2009 AMA Winter Marketing Educators' Conference

2009 AMA Marketing and Public Policy Conference

2009 Academy of Marketing Science Annual Conference

2009 AMA Summer Marketing Educators' Conference

2009 AMA Winter Marketing Educators' Conference

2008 AMA Marketing and Public Policy Conference

2008 Academy of Marketing Science Annual Conference

2008 AMA Summer Marketing Educators' Conference

2008 AMA Winter Marketing Educators' Conference

2007 AMA Winter Marketing Educators' Conference

2007 Academy of Marketing Science Annual Conference

2007 AMA Summer Marketing Educators' Conference

2007 AMA Marketing and Public Policy Conference

2006 AMA Marketing and Public Policy Conference

2006 Academy of Marketing Science Annual Conference

2006 AMA Summer Marketing Educators' Conference

2006 AMA Marketing and Public Policy Conference

2005 Academy of Marketing Science Annual Conference

2005 AMA Summer Marketing Educators' Conference

2005 AMA Marketing and Public Policy Conference

2005 AMA Winter Marketing Educators' Conference

2004 Academy of Marketing Science Annual Conference

2004 AMA Summer Marketing Educators' Conference

2004 AMA Marketing and Public Policy Conference

2004 AMA Winter Marketing Educators' Conference

2003 AMA Summer Marketing Educators' Conference

2003 AMA Marketing and Public Policy Conference

2003 AMA Winter Marketing Educators' Conference

2002 AMA Summer Educators' Conference

2002 Marketing and Public Policy Conference

2002 Academy of Marketing Science Annual Conference

2002 AMA Winter Marketing Educators' Conference

2001 AMA Summer Educators' Conference

2001 Academy of Marketing Science Annual Conference

2001 Marketing and Public Policy Conference

2001 AMA Winter Marketing Educators' Conference

2000 AMA Summer Marketing Educators' Conference, Chicago, IL.

2000 AMA Winter Marketing Educators' Conference, San Antonio, TX.

2000 Academy of Marketing Science Annual Conference and Faculty Consortium, Montreal, Canada.

2000 Marketing and Public Policy Conference, Washington, D.C.

1999 Academy of Marketing Science Annual Conference and Faculty Consortium, Coral Gables, FL.

1999 John A. Howard AMA Doctoral Dissertation Competition.

1999 AMA Summer Educators' Conference, San Francisco, CA.

1998 AMA Winter Marketing Educators' Conference, Austin, TX.

1997 Macromarketing Conference, Norway.

1997 AMA Summer Marketing Educators Conference, Chicago IL.

1997 Southern Marketing Association Conference.

1997 Society of Franchising Conference, Honolulu, HI.

<u>1997 Relationship Marketing Conference</u>, Dublin, Ireland.

<u>1997 Marketing and Public Policy Conference</u>, Boston, MA.

<u>1996 Marketing and Public Policy Conference</u>, Washington, D.C.

<u>1996 Academy of Marketing Science Conference</u>, Phoenix, AZ.

<u>1996 AMA Winter Marketing Educators' Conference</u>, Hilton Head Island, SC.

<u>1995 AMA Research Conference on Ethics and Social Responsibility in Marketing</u>, Long Island, NY.

<u>1995 Marketing and Public Policy Conference</u>, Atlanta, GA.

<u>1995 AMA Summer Marketing Educators' Conference</u>, Washington, D.C.

<u>1995 AMA Winter Marketing Educators' Conference</u>, La Jolla, CA.

<u>1994 AMA Summer Marketing Educators' Conference</u>, San Francisco, CA.

<u>1994 AMA Winter Marketing Educators' Conference</u>, St. Petersburg, FL.

<u>1994 Marketing and Public Policy Conference</u>, Washington, D.C.

<u>1994 Society of Franchising Conference</u>, Las Vegas, NV

<u>1994 Relationship Marketing Conference</u>, Atlanta, GA.

<u>1993 Southern Marketing Association Conference</u>, Atlanta, GA.

<u>1993 AMA Summer Marketing Educators' Conference</u>, Boston, MA.

<u>1993 Marketing and Public Policy Conference</u>, East Lansing, MI.

<u>1993 Society of Franchising Conference</u>, San Francisco, CA.

<u>1993 AMA Winter Marketing Educators' Conference</u>, Newport Beach, CA.

<u>1992 Southern Marketing Association Conference</u>, Atlanta, GA.

<u>1992 Academy of Marketing Science Conference</u>, San Diego, CA.

1992 Society of Franchising Conference, Palm Springs, CA.

1992 AMA International Collegiate Conference, New Orleans, LA.

1992 Marketing and Public Policy Conference, Washington D.C.

1992 Academy of Marketing Science, Dissertation competition.

1991 AMA Summer Marketing Educators' Conference, San Diego, CA.

1991 Southern Marketing Association Conference, Orlando, FL.

1991 AMA Microcomputers in Marketing Education Conference, New Orleans, LA.

1991 Academy of Marketing Science Conference, Miami, FL.

"Marketing and Public Policy:  Issues for the 1990's," 1990 American Marketing Association Workshop, Washington D.C.

Textbook/Software Reviewer

(1998) Services Marketing, McGraw Hill.

(1995) Franchising:  Contemporary Issues and Research, Haworth Press, Inc.

(1994) Marketing Mistakes, John Wiley & Sons, Inc.

(1993) Strategic Market Management, John Wiley & Sons, Inc.

(1991) The Market Place, Irwin, Homewood, IL.

Miscellaneous Service

Contributor, (1991) Great Ideas for Teaching Marketing, South-Western Publishing Co.

Project Advisor, (1990) The Sports Management Institute, The Universities of Southern California, Notre Dame and North Carolina.

# PROFESSIONAL CONSULTATIONS

Legislative and Regulatory Agency Testimony

Gundlach, Gregory T. (2009), Resale Price Maintenance After Leegin:  Topics and Questions for Research, FTC Hearings on Resale Price Maintenance:  Empirical Evidence on the Effects of Resale Price Maintenance, Oral and Written Testimony before the Federal Trade Commission, May 20, 2009.

Gundlach, Gregory T. (2005), "Competitive Implications of Slotting Allowances and Fees:  Implications for Senate Bill 582:  Retailers Disclosures," Oral and written testimony before Hearing of the California State Senate Standing Committee on Business, Professions and Economic Development, April 25, 2005.

Gundlach, Gregory T. (2005), "Slotting Fees – Fees Charged by Grocery Retailers for Shelf Space:  Are They Stifling Competition?  Oral and written testimony before Hearing of the California State Senate Standing Committee on Business, Professions and Economic Development, February 9, 2005.

Gundlach, Gregory T. (2000), "Slotting Allowances and Fees: Research Status, Emerging Insights and Future Directions."  Oral and written testimony before the United States Senate, Committee on Small Business, Hearing on "Slotting Fees:  Are Family Farmers Battling to Stay on the Farm and in the Grocery Store."

Gundlach, Gregory T. (2000), "Managerial Views of Slotting Allowances and Fees," Federal Trade Commission.  Workshop on Slotting Allowance and Fees.

Gundlach, Gregory T. (1999), "Slotting: Fair for Small Business & Consumers?" Oral and written testimony before the United States Senate, Committee on Small Business.  Hearing on "Slotting: Fair for Small Business & Consumers?"

Gundlach, Gregory T. (1994), "The Nature and Probable Effect of Slotting Allowance Practices in the Retail Sale of Alcohol Beverages," written comment to proposed rulemaking, Federal Alcohol Administration Act on Tied-House, Exclusive Outlets, Commercial Bribery, and Consignment Sale, Bureau of Alcohol, Tobacco and Firearms, Department of Treasury, U.S. Government.

Legislative and Regulatory Agency Testimony (other roles)

Co-developed testimony for Tod Cohen, Vice President and Deputy General Counsel, Government Relations, EBay for Hearing before the United States Senate, Committee on the Judiciary, Subcommittee on Antitrust, competition Policy and Consumer Rights, "The Discount Pricing Consumer Protection Act: Do We Need to Restore the Ban on Vertical Price Fixing?," May 19, 2009.

Co-developed testimony for Tod Cohen, Vice President and Deputy General Counsel, Government Relations, EBay for Hearing before 111th Congress, Subcommittee on Courts and Competition Policy of the House Committee on the Judiciary, "Bye Bye Bargains? Retail Price Fixing, the Leegin Decision, and its Impact on Consumer Prices," April 28, 2009.

<u>Litigation/Arbitration Consultation</u>

Carolina Beverage et al. v. FIJI Water Company.  Case No. 19STCV32342, Superior Court of the State of California, County of Los Angeles, Central District. (deposition and trial)

       Ms. Kristen Walker-Probst, Esquire
       Mr. Ronal David, Esquire
       Womble Bond Dickenson
       6400 Spectrum Center Drive, Suite 1700
       Irvine, California, 92618

In re:  Great Atlantic and Pacific Tea Company v. Pepsico, Inc.; Bottling Group, LLC (d/b/a Pepsi Beverages Company). Case No. 15-23007 (RDD), United States Bankruptcy Court Southern District of New York.

       Mr. David Crapo, Esquire
       Gibbons P.C.
       One Gateway Center
       Newark, New Jersey  07102

JBHA, Inc. v. South of Tenth Business Center Unit Owners Association et al. Case No. 1-14-CV-267850, Superior Court of the State of California, County of Santa Clara, Unlimited Jurisdiction. (deposition)

       Mr. Jerome Bellotti, Esquire
       Hartsayker, Stratman, Williams-Abrego
       1 Almaden Bvld., Suite 400
       San Jose, CA  95113

In re Contact Lens Litigation, Case No. 3:15-md-2626-J-20JRK, United States District Court, Middle District of Florida, Jacksonville Division (expert report)

       Mr. Christopher L. Lebsock, Esquire
       Hausfeld, LLP
       600 Montgomery Street, Suite 3200
       San Francisco, CA  94111

ProFoot, Inc. V. Bayer Healthcare, LLC, Civil Action No.: 11-7079 (AET)(LHG), United States District Court, District of New Jersey (expert reports and deposition)

> Mr. Jason Spiro, Esquire
> Spiro Harrison, LLC
> 830 Morris Turnpike, 2nd Floor
> Short Hills, NJ 07078

Tracy rifle and Pistol LLC v. Kamala D. Harris, Attorney General of California, 2:14-cv-02626-TLN-KJN (TEMP), U.S. District Court for the Eastern District of California (expert report and deposition).

> Mr. Nelson R. Richards, Esquire
> Deputy Attorney General
> 2250 Mariposa Mall, Room 5090
> Fresno, CA 93721

Dazbog Coffee Franchising LLC v. Genessee A. Finnegan and Javagen, LLC, before the American Arbitration Association, Case Number: 77 114 00003 14, Arbiter: Sandra I. Rothenberg (expert report, deposition and testimony).

> Mr. Harold R. Bruno, III, Esquire
> Robinson Waters & O'Dorisio, P.C.
> 1099 18th Street, Suite 2600
> Denver, CO 80202

Brenda Hicks v. Walgreen Co., Circuit Court of the 17th Judicial Circuit, Broward County, Florida (expert report).

> Mr. Christopher I. Pezon, Esquire
> Steinger, Iscoe, Greene & McAfee, P.A.
> 2400 East Commercial Blvd.
> Suite 900
> Fort Lauderdale, Florida 33308

Amanda M. Mann; Mann's Roofing and Waterproofing, LLC Fraud Investigation (December 19, 2012) (expert report).

> Mr. Mark Barnett, Esquire
> Fallgatter, Farmand & Catlin, P.A.
> 200 East Forsyth St.
> Jacksonville, FL 32202

Kraft Foods Global, Inc. v. Starbucks. Arbitration before JAMS, Arbitration No.

1340008345 (expert report, depositions and testimony).

    Mr. Aaron Panner, Esquire
    Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
    1615 M Street, N.W., Suite 400
    Washington DC  20036

In Re:  Online DVD Rental Antitrust Litigation.  Master File No. 4:09-md-2029 PJH, MDL No. 2029, U.S. District Court, Northern District of California, Oakland Division (expert reports and depositions)

    Mr. Robert Abrams, Esquire
    Howrey, LLP
    1299 Pennsylvania Ave, NW
    Washington DC  20004-2402

    Mr. Paul Alexander, Esquire
    Howrey, LLP
    1950 University Avenue, 4th Floor
    San Francisco, CA  94303

    Mr. Peter Barille, Esquire
    Howrey, LLP
    1299 Pennsylvania Ave, NW
    Washington DC  20004-2402

    Jonathan M. Jagher, Esq.
    Spector Roseman Kodroff & Willis, P.C.
    1818 Market Street, Suite 2500
    Philadelphia, PA  19103

    Mr. Matthew W. Ruan
    Berman DeValerio
    Once California Street, Suite 900
    San Francisco, CA  94111

Leegin Creative Leather Products, Inc. v. PSKS, Inc. DBA Kay's Kloset…Kay's Shoes, No. 06-480, U.S. Supreme Court, Morris, Laing, Evans, Brock & Kennedy, Witchita, KS. Ken Petersen, Robert Coykendall and Will Wohlford (expert report, deposition).*

    Mr. Ken M. Peterson, Esquire
    Morris, Laing, Evans, Brock & Kennedy
    300 North Mead, Suite 200
    Wichita, Kansas  67202-2722

316.262.6226

Robert W. Coykendall, Esquire
Morris, Laing, Evans, Brock & Kennedy
300 North Mead, Suite 200
Wichita, Kansas  67202-2722
316.262.6226

Mr. Will Wohlford, Esquire
Morris, Laing, Evans, Brock & Kennedy
300 North Mead, Suite 200
Wichita, Kansas  67202-2722
316.262.6226

SDMS vs. Siemens Medical Solutions Case No. CV2005-051908, Superior Court of
Arizona, Maricopa County, Gammage & Burnham, Phoenix, AZ., James Craft
(declaration).*

Mr. James A. Craft, Esquire
Gammage & Burnham LLP
Two North Central, 18th Floor
Phoenix, Arizona 85004
602.256.0566

Nancy Spahr and Barbara Treadway v. Leegin Creative Leather Products, Inc., Case no.
2:07-cv-187, United States District Court, Eastern District of Tennessee at Greenville,
Ball & Scott, Knoxville, TN., Gordon Ball, (expert report).*

Mr. Gordon Ball, Esquire
Ball & Scott
550 Main Avenue, Suite 750
Knoxville, TN  37902
866.429.6706

Layman v. Pioneer Hi-Bred International, Inc., Case No. 2004-399-II, Circuit Court for
Sevier County, Tennessee.  Ball & Scott, Knoxville, TN., Gordon Ball (expert report).*

Mr. Gordon Ball, Esquire
Ball & Scott
550 Main Avenue, Suite 750
Knoxville, TN  37902
866.429.6706

Gerald T. Raines v. Pharmacia Corporation, Circuit Court for Cocke County, Tennessee

54

at Newport, Ball & Scott, Knoxville, TN., Gordon Ball (expert report).*

Mr. Gordon Ball, Esquire
Ball & Scott
550 Main Avenue, Suite 750
Knoxville, TN  37902
866.429.6706

Hall v. Leegin Creative Leather Products, Inc., Case No. 04CV 1668, Eighteenth Judicial District, District Court, Sedgwick County, Kansas Civil Department Morris, Laing, Evans, Brock & Kennedy, Robert W. Coykendall, Ken Peterson, Will Wohlford and Nix Paterson & Roach, Neil Smith (expert report and deposition).

Robert W. Coykendall, Esquire
Morris, Laing, Evans, Brock & Kennedy
300 North Mead, Suite 200
Wichita, Kansas  67202-2722
316.262.6226

Mr. Ken M. Peterson, Esquire
Morris, Laing, Evans, Brock & Kennedy
300 North Mead, Suite 200
Wichita, Kansas  67202-2722
316.262.6226

Mr. Will Wohlford, Esquire
Morris, Laing, Evans, Brock & Kennedy
300 North Mead, Suite 200
Wichita, Kansas  67202-2722
316.262.6226

Mr. D. Neil Smith, Esquire
Nix Patterson & Roach, LLP
205 Linda Drive
Daingerfield, TX  75638
903.645.5389

PMH Research Associates, LLC and Circulosure, LLC v. Life Extension Foundation Buyers club, Inc., Case No. 32 147 Y 00638 04, American Arbitration Association, Wiggin and Nourie, P.A., Richard B. McNamara (expert report).*

Mr. Richard B. McNamara, Esquire
670 N. Commerical Street, Suite 305
P.O. Box 808

Manchester, NH 03105-0808
603.623.2211

NAACP v. Accusport et al, U.S. District Court, Eastern District of New York, Richards, Watson & Gershon, Sayre Weaver, Coalition to Stop Gun Violence/Educational Fund to Stop Gun Violence Joshua Horowitz,  and Elisa Barnes (expert report, deposition and trial testimony).*

Ms. Sayre Weaver, Esquire
Richards, Watson & Gershon
1 Civic Center Circle,
P. O. Box 1059
Brea, California
714.990.0901

Mr. Joshua Horowitz, Esquire
Coalition to Stop Gun Violence/Educational Fund to Stop Gun Violence
1424 L Street NW, Suite 2-1
Washington, DC  20005
202.408.0061

Ms. Elisa Barnes, Esquire
305 N. Broadway
New York, NY  10013
212.693.2330

El Aguila Food Products, Inc. et al. v. Gruma Corporation, et al. (Civil Action No. G-01-434), U.S. District Court, Southern District of Texas, Galveston District (2002), Eastham, Watson, Dale & Forney, Houston, Texas (Thomas Stanley) (expert report, deposition and trial testimony).*

Mr. Thomas M. Stanley, Esquire
Eastham, Watson, Dale & Forney, LLP
The Niels Esperson Building
808 Travis - Twentieth Floor
Houston, TX 77002-5679
713.225.0905

People et al. v. Arcadia Machine & Tool (and other defendants), San Francisco and Los Angeles Superior Courts (2002), Brady Center Against Gun Violence, Brian Siebel and Daniel Vice, Lieff, Cabraser, Heimann & Bernstein, Robert Nelson (disclosure, declaration and deposition).*

Mr. Brian J. Siebel, Esquire

56

Brady Center Against Gun Violence
Legal Action Project
1250 Eye Street, NW, Suite 802, Washington, DC 20005
202.289.7319

Mr. Daniel R. Vice, Esquire
Brady Center Against Gun Violence
Legal Action Project
1250 Eye Street, NW, Suite 802, Washington, DC 20005
202.289.7319

Mr. Robert Nelson, Esquire
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA  94111-9333
415.956.1008

U.S. v. Philip Morris Inc. et al., (Civil Action No. 99-CV-02496), U.S. District Court, District of Columbia (2002), Kirkland and Ellis, Ken Bass (expert report and deposition).*

Mr. Kenneth Bass, Esquire
Kirkland and Ellis
655 15th Street N. W.
Washington, DC  20005-5793
202.879.5014

American Phytotherapy Research Laboratory and Basic Research, LLC v. National Physique Concepts, Inc. dba Performance Biomedical Laboratory, (and other defendants), U.S. District Court, District of Utah (2001), Pate, Pierce & Baird, Salt Lake City, UT (declarations).*

Mr. A. John Pate, Esquire
Pate, Pierce & Baird
175 South Main Street, Suite 1250
Salt Lake City, UT  84111
801.530.0330

City of Boston v. Smith & Wesson et al. (Civil Action No. 99-2590C), Superior Court Department of the Trial Court, Commonwealth of Massachusetts (2001), disclosure and declaration, Brady Center Against Gun Violence, Washington DC, Brian Siebel and Daniel Vice  and Lieff, Cabraser, Heimann & Bernstein, San Francisco, CA., Robert Nelson (disclosure and declaration)*

Mr. Brian J. Siebel, Esquire

57

Brady Center Against Gun Violence
Legal Action Project
1250 Eye Street, NW, Suite 802, Washington, DC 20005
202.289.7319

Mr. Daniel R. Vice, Esquire
Brady Center Against Gun Violence
Legal Action Project
1250 Eye Street, NW, Suite 802, Washington, DC 20005
202.289.7319

Mr. Robert Nelson, Esquire
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA  94111-9333
415.956.1008

R.J. Reynolds v. Phillip Morris (Civil Action No. 1:99CV00232), U.S. District Court, Middle District of North Carolina, (2000-2001), Cravath, Swaine and Moore, New York, NY. Ron Rolfe (expert report and depositions)*

Mr. Ronald S. Rolfe, Esquire
Cravath, Swaine and Moore
Worldwide Plaza, 825 Eighth Ave
New York, NY  10019-7475
212.474.1714

Brown and Williamson Tobacco Corp. and BWT Direct v. George E. Patalli, et al. (Civil Action No. 7750 (LAP)) U.S. District Court for the Southern District of New York (2000-2001) expert report and depositions, Covington and Burling, Washington D.C. Laurence Silverman (expert report and deposition)*

Mr. Laurence A. Silverman, Esquire
Covington & Burling
1330 Avenue of the Americas
New York, NY 10019
212.841.1092

Conwood Company, L.P., Conwood Sales Company, L.P. v. United States Tobacco Company, United States Tobacco Sales and Marketing Company  Inc., United States Tobacco Manufacturing Company Inc. and UST, Inc. (Civil Action No. 5:98 CV-108R) United States District Court for the Western District of Kentucky at Paducah (1999-2000), expert reports, depositions and trial testimony, Kellogg, Huber, Hansen, Todd & Evans,

Washington, D.C. Michael Guzman and Mark Hansen (expert reports, depositions and trial testimony) *

    Mr. Michael J. Guzman, Esquire
    Kellogg, Huber, Hansen, Todd, Evans & Figel
    Sumner Square
    1615 M. Street, N.W.
    Suite 400
    202.326.7910

    Mr.  Steven F. Benz, Esquire
    Kellogg, Huber, Hansen, Todd, Evans & Figel
    Sumner Square
    1615 M. Street, N.W.
    Suite 400
    202.326.7929

    Mr. Mark C. Hansen, Esquire
    Kellogg, Huber, Hansen, Todd, Evans & Figel
    Sumner Square
    1615 M. Street, N.W.
    Suite 400
    202.326.7904

Caliber Learning Systems v. Macmillan Publishing (1999), Bose, McKinney & Evans L.L.P. Indianapolis, IN. Robert Clemens (expert report and deposition testimony).*

    Mr. Robert Clemens, Esquire
    Bose, McKinney & Evans LLP
    2700 First Indiana Plaza
    135 North Pennsylvania Street
    Indianapolis, IN  46204
    317.684.5163

Subhash Patel, dba C. Kay's Hallmark Shop, and Hira's Pharmacy v. Hallmark Marketing (Case No. 95-534625-CZ), (1995), Ray, Shecter, Mirer and Vocht, Detroit, MI., Lynn Shecter (deposition testimony).*

    Ms. Lynn Shecter
    Roy, Shecter, Mirer & Vocht P.C.
    1400 Woodward Ave., Suite 205
    Bloomfield Hills, MI 48304-3972
    248.540.7660

* indicates testimony under protective order or non disclosure agreement

Legislative and Regulatory Agency Consultation (nontestifying)

U.S. Senate, Committee on Small Business (1999-2002).  Counsel to the Committee's Task Force investigating the effects of slotting fees and category management on small business.

U.S. Federal Trade Commission (2000-2001).  Counsel to the FTC's Task Force investigating the effects of slotting fees and category management on competition.

U.S. Department of Agriculture (2000-2001).  Counsel to the Economic Research Service Task Force studying the nature of slotting fee practices in the perishable products industry.

U.S. General Accounting Office (2001).  Counsel to investigatory group studying slotting fees.

U.S. Senate, Judiciary Committee, Subcommittee on Antitrust (2000).  Counsel to staff investigation of the competitive effects of slotting fees.

Litigation Consultation (nontestifying role)

AT&T Mobility v. The Phone Card Warehouse.  Case No.: 6:08-CV-1909-ORL-18GJKU.S. District Court, Middle District of Florida, Orlando Division.

Mr. Aaron Panner, Esquire
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington DC  20036

Insignia Systems, Inc. and State of Minnesota, by its Attorney General Lori Swanson v. News America Marketing In-Store, Inc. and Albertson's, Inc., Case no 0:04cv-04213 (JRT-AJB), United States District Court, District of Minnesota, Kelley Drye & Warren LLP, Richard Donovan.

Mr. Richard Donovan, Esquire
Kelley Drye & Warren
101 Park Avenue
New York, NY  10178
212.808.7756

Leegin Creative Leather Products, Inc. v. PSKS, Inc. DBA Kay's Kloset…Kay's Shoes, No. 06-480, U.S. Supreme Court, Morris, Laing, Evans, Brock & Kennedy, Robert W. Coykendall.

> Mr. Robert W. Coykendall
> Morris, Laing, Evans, Brock & Kennedy
> 300 North Mead, Suite 200
> Wichita, Kansas  67202-2722
> 316.262.6226

Ileto v. Glock, Kiesel, Boucher & Larson LLP, Beverly Hills, CA, Raymond P. Boucher.

> Mr. Raymond P. Boucher, Esquire
> 8648 Wilshire Boulevard
> Beverly Hills, CA  90211-2910
> 310.854.4444

Johnson, et al. v. Bushmaster Firearms, Inc, et al. Luvera Law Firm, Seattle WA, Andrew Hoyal.

> Mr. Andrew Hoyal
> Colombia Center
> 701 5th Ave Suite 6700
> Seattle, WA  98104
> 206.467.6090

In re:  FTC Weight Loss Advertising Workshop, Stephin Nagin

> Mr. Stephin Nagin
> **Nagin**, Gallop, & Figueredo.
> 18001 Old Cutler Road, Ste. 556
> Miami, FL  33157-6416
> 305.854.5353

In re: Carnival Cruise Line, Princess P&O and Royal Caribbean, (2002) Patton Boggs, Washington, DC. Garret Rasmussen.

> Mr. Garret Rasmussen, Esquire
> 2550 M Street, NW
> Washington, DC  20037
> 202.457.6055

In re: General Mills and Pillsbury, (2001) Federal Trade Commission, Washington DC.

Mr. M. Sean Royall
Federal Trade Commission
Washington, DC
202.326.3663

Mr. William R. Vigdor
Federal Trade Commission
Washington, DC
202.326.3663

In re: Nestle, Inc. and Ralston Purina, (2001) Patton Boggs, Washington, DC. Garret Rasmussen.

Mr. Garret Rasmussen, Esquire
2550 M Street, NW
Washington, DC  20037
202.457.6055

FTC v. H.J. Heinz Company et al. (2000) (Civil Action No. 1:00CU01688) U.S. District Court, District of Columbia, Federal Trade Commission.

Other Consultations

Ebay, Inc.

Briggs & Stratton

Hill's Pet Products, Inc., Kansas City, Kansas

Kinko's, Inc., Knoxville, Tennessee

# TEACHING

Courses Taught

Principles of Marketing (all levels)

Relationship Marketing (all levels)

Strategic Marketing Management (all levels)

Public Policy and Marketing (competition policy) (undergraduates)

Business Consulting (graduate)

<u>Guest Lecturer and Faculty</u>

2011 AMA Marketing and Public Policy Doctoral Consortium, Faculty

2006 SMA Doctoral Consortium, Faculty

2005 AMA Doctoral Student Special Interest Group, Faculty

2004 Society for Marketing Advances Doctoral Consortium, Southern Marketing Association, Tampa, Florida.

University of Tennessee, Doctoral Program, 2004.

2003 AMA Doctoral Consortium, Faculty.

University of Notre Dame Executive MBA program - Strategic Marketing (2002).

University of Notre Dame Executive Programs - Strategic Marketing Management Program (Bayer, Inc.) (1997-present).

Sinto Program for Understanding American Business and Society Programs for Japanese Managers, Notre Dame (1998-2000).

The Notre Dame Council on International Business Development - Exchange School Summer Program (1995-2000).

University of Notre Dame Executive Programs - Strategic Marketing Management Program (Allied Signal, Inc.) (1995).

University of Cincinnati, <u>Doctoral Lecture</u>, 1992.

University of Notre Dame Executive Programs - Strategic Marketing Management Program (International Food Manufacturers Association, Quaker Oats Co.) (1991-1994) .

University of Notre Dame Executive Programs - Marketing Territory Managers Program (International Food Manufacturers Association) (1991-1994) .

# SERVICES

University and College

Chief Negotiator, UFF-UNF (2018-2022)

Presidential Professor Committee (Selection committee 2014 to 2020)

Assistant Vice President for Research (Search committee 2012-13)

Organizer, Sharing Scholarship Series (2002 – 2013)

College Strategic planning committee 2010-2016

College Continuous Improvement Committee 2019-2021

College Bylaws Committee (2008-2011, 2022)

College Graduate Curriculum Committee (2008-2011)

Department Curriculum Committee (2008-2013)

Department Promotion and Tenure Committee (annually)

Department of Marketing and Logistics Retreat Facilitator 2008, 2009

MBA Advisory Committee (2008-)

Departmental Chair, (2006-2007)

Ex Officio member, Marketing Search Committee (2005-2007)

College Committee on Research (2001-2003).

College Committee on Information Technology (2001-2003).

University Committee on the Washington Program (2001-2003).

College Council (2000-2003).

Director, Notre Dame Australia International Program (1997).

Faculty Senate (1994-1997) University of Notre Dame, Notre Dame, Indiana.

College Steering Committee on Diversity (1995-1997).

College Steering Committee on Information Technology (1992-1997).

College Committee on New Building Dedication (1994)

College Advisory Committee on New Building (1994)

Departmental Committee on Appointments and Promotions (1994-2017).

Assistant Volunteer Track and Field Coach (1987-present)


# HONORS

Publication Recognition and Awards

American Marketing Association's Retail & Pricing Special Interest Group, 2022 Best Retail and Pricing Paper Award, Gundlach, Gregory T. and Riley T. Krotz (2020, "Resale Price Maintenance: Implications of Marketing Trends for the Colgate Doctrine and the Leegin Factors," Journal of Public Policy & Marketing, 39(1) 48-61. https://journals.sagepub.com/doi/full/10.1177/0743915618821315

2012 Finalist for Journal of Public Policy & Marketing, Thomas C. Kinnear Article Award, Gundlach, Gregory T., William L. Wilkie and Kevin D. Bradford (2010), Countermarketing and Demarketing Against Product Diversion:   Forensic Research in the Gun Industry," Journal of Public Policy & Marketing, 29 (1), 103-122.

Recognized as "Top 50 Scholars in Marketing," Helm, Amanda E., David Hunt and Mark B. Houston (2003), "Citation Frequency of Research Published in the Top Three Marketing Journals: Ranking of The Impact of Articles, Scholars and Institutions," American Marketing Association, Chicago, IL.

Recognized as "Most Prolific Contributors to the Journal of Public Policy & Marketing over its 20 Year History," Sprott, David E., and Anthony D. Miyazaki (2002), "Two Decades of Contributions to Marketing and Public Policy: An Analysis of Research Published in *Journal of Public Policy & Marketing," Journal of Public Policy & Marketing,* 21 (1), 105-125.

2002 Finalist for <u>Journal of Public Policy & Marketing</u>, Thomas C. Kinnear Article Award, Gundlach, Gregory T. and Paul N. Bloom, "Slotting Allowances and the Retail Sale of Alcohol Beverages," <u>Journal of Public Policy & Marketing</u>.

1997 Citation of Excellence, Highest Quality Rating, <u>ANBAR Electronic Intelligence</u>. Guiltinan, Joseph P. and Gregory T. Gundlach (1996), "Aggressive and Predatory Pricing: A Framework for Analysis," <u>Journal of Marketing</u>, 60 (3), 87-102.

1997 Finalist for <u>Fifth Annual 1993-1995 Journal of Public Policy & Marketing</u> "Best" article award. Gundlach, Gregory T. and Ravi S. Achrol (1993), "Governance in Exchange: Contract Law and Its Alternatives," <u>Journal of Public Policy & Marketing</u>, 12 (November), 141-155.

1996 Finalist for <u>Fourth Annual 1992-1994 Journal of Public Policy & Marketing</u> "Best" article award.  Gundlach, Gregory T. (1994), "Exchange Governance:  The Role of Legal and Nonlegal Approaches," <u>Journal of Public Policy & Marketing</u>, 13 (November), 246-258.

1995 Finalist for <u>Third Annual 1991-1993 Journal of Public Policy & Marketing</u> "Best" article award. Gundlach, Gregory T. and Ravi S. Achrol (1993), "Governance in Exchange: Contract Law and Its Alternatives," <u>Journal of Public Policy & Marketing</u>, 12 (November), 141-155.


<u>Other Awards</u>

2001    Kaneb Teaching Award, University of Notre Dame

1986    AMA Doctoral Consortium Fellow, Department of Marketing, University of Tennessee.

1986    Walter Melville Bonham Dissertation Fellow, College of Business Administration, University of Tennessee.

1986    AMA Teaching Recognition Award, Tennessee Chapter.

1983 -   College of Business Fellow, College of Business Administration, University of
1986    Tennessee.

1982    H. Lockett Scholarship, College of Law, University of Tennessee.

1981    L. Henley Award for Outstanding Scholarship and Athletic Achievement, University of Tennessee.

## AFFILIATIONS

American Marketing Association

American Antitrust Institute

Academy of Marketing Science

## REFERENCES

Furnished upon request.

# Exhibit 2

**Potential Safeguards Against Diversion**

| Marketing Channel Management Framework | Gun Shows | Straw Purchases and Multiple Sales | Theft | Nonstore and Nonstocking Dealers | Unlicensed Sellters, Scofflaws, and Unscrupulous or Corrupt FFLs |
|---|---|---|---|---|---|
| Data and Information Systems<br>• Data<br>• Information Systems | Background checks for all gun show sales | Mandatory record keeping of purchases sufficient to monitor multiple sales | Mandatory inventory tracking plan, including electronic recording of information | Access to information about the nature of premise, location, hours of operation, and merchandising configurations | Access to distributor and dealer licenses and permits |
| | Maintenance and access to information concerning gun show sales | Access to information about multiple sales | Access to information about inventory tracking procedures and operations | Photographs of distributor and dealer premises | Maintenance and access to information about the nature of hiring practices, qualifications, and training for employees |
| | | | Mandatory reporting procedures for shortages and lost or stolen firearms | | Mandatory retention/reporting of BATF trace requests |
| Relationship Management<br>• Selection<br>• Management<br>• Modification/termination | Require all firearms transactions at gun shows to go through FFLs | Training on the identification and deterrence of straw man purchase and multiple purchase scenarios | Require distributors and dealers to have inventory management and security plan | Require distributors and dealers to have firearms as their primary business | Certification of compliance with state and local law and licensing provisions |
| | Strict control of firearms at gun shows including inventory and display | Restrictions on multiple sales (e.g., limiting purchases to one per month per buyer) | Restricted access to firearms and background checks of employees | Require dealers to maintain a retail place of business | Verification of FFL status before firearm transfer |
| | Monitoring and compliance inspections | Monitoring and compliance inspection | Guidelines and training on inventory management and safe storage | Minimum product line and inventory levels for distributors and dealers | Background check on all employees |
| | | | Mandatory liability insurance | Monitoring and compliance inspections | Mandatory training on laws and regulations |
| | | | Monitoring and compliance inspections | Monitoring and compliance inspections | Monitoring and compliance inspections |
| | | | Use of secure carriers and no discerning shipment labels | | Termination of distributors and dealers who violate the law or fail to comply with safeguard requirements |

**Potential Safeguards Against Diversion (Continued)**

| Marketing Channel Management Framework | Gun Shows | Straw Purchases and Multiple Sales | Theft | Nonstore and Nonstocking Dealers | Unlicensed Sellters, Scofflaws, and Unscrupulous or Corrupt FFLs |
|---|---|---|---|---|---|
| Structure<br>• Channel length<br>• Channel width<br>• Number and type of channels | No sales to distributors and dealers who sell at gun shows | Reduce the nuber of intermediateries overall | Reduce the number of intermediaries overall | No sales to distributors and dealers who do not operate from a commercial premise | No sales to people with known criminal indictments or high levels of crime guns |
| | | Sales only through direct channels | Sales only through direct channels | Sales to only stocking dealers | Sales through direct channels |
| | | Sales only through exclusive and selective channels | Sales only through exclusive and selective channels | No sales to Internet Dealers | Take on role of intermediary |
| | | | | | No dealer-to-dealer transfers |
| Governance<br>• Corporate<br>• Contractual<br>• Administered | Authorized distributors and dealers | Authorized distributors and dealers | Authorized distributors and dealers | Authorized distributors and dealers | Corporate-owned distributors and dealers |
| | Distrubutor agreements | Distrubutor agreements | Distrubutor agreements | Distrubutor agreements | Distrubutor agreements |
| | Code of conduct for distributors and dealers | Code of conduct for distributors and dealers | Code of conduct for distributors and dealers | Code of conduct for distributors and dealers | Code of conduct for distributors and dealers |

*As the potential safeguards for these two columns are equivalent, they have been continued here