ROBERT W. FERGUSON
  *Attorney General*

EMMA GRUNBERG, WSBA 54659
  *Deputy Solicitor General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(206) 326 5488
Emma.Grunberg@atg.wa.gov

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, Attorney General of the State of Washington,<br><br>Defendant. | 2:23-cv-00113-MKD<br><br>DECLARATION OF ERIC M. PETERS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

I, Eric M. Peters, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am a Senior Investigator in the Consumer Protection Division of the Washington State Attorney General's Office. I have over ten years of professional investigative experience specializing in Internet-related investigations.

DECLARATION OF ERIC M. PETERS
NO. 2:23-cv-00113-MKD

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

3. The webpages attached as exhibits were captured using PageVault, except when otherwise noted. PageVault is computer software that captures an image of a website as it appeared on the date of capture. This image is turned into a PDF (Portable Document Format file). PageVault captures overlap, so some information may appear to be repeated. This is to ensure that no information is missing or cut off at page breaks. As part of the capture, the PageVault software also records information relating to the webpage captured, including webpage title, capture URL, and the date of the capture.

4. On Thursday, May 18, 2023, I captured a webpage from the website https://beretta.com. The URL of the page I captured was https://www.beretta.com/en-us/deals-and-promotions/. Attached as **Exhibit 1** is a true and correct copy of the aforementioned web capture.

5. On Thursday, May 18, 2023, I captured a webpage from the website https://beretta.com. The URL of the page I captured was https://www.beretta.com/en-us/new-york-gallery/. Attached as **Exhibit 2** is a true and correct copy of the aforementioned web capture.

6. On Thursday, May 18, 2023, I captured a webpage from the Internet Archive (https://web.archive.org) which was a cached version of the URL https://www.beretta.com/en-us/new-york-gallery/ as it appeared on January 25, 2020. The URL of the page I captured was http://web.archive.org/web/20200125193052/http://www.beretta.com/en-us/store/new-york-gallery/. Attached as **Exhibit 3** is a true and correct copy of the aforementioned web capture.

DECLARATION OF ERIC M. PETERS
NO. 2:23-cv-00113-MKD

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  7. On Thursday, May 18, 2023, I navigated to the dealer locator section
2  of Beretta's website (https://www.beretta.com/en-us/dealer-locations/) and
3  captured all fifty-five (55) dealers listed as being located in New York State. At
4  the time of capture these dealers were shown on the following specific URLs:

- https://www.beretta.com/en-us/dealer-locations/?pg=118
- https://www.beretta.com/en-us/dealer-locations/?pg=119
- https://www.beretta.com/en-us/dealer-locations/?pg=120
- https://www.beretta.com/en-us/dealer-locations/?pg=121
- https://www.beretta.com/en-us/dealer-locations/?pg=122
- https://www.beretta.com/en-us/dealer-locations/?pg=123
- https://www.beretta.com/en-us/dealer-locations/?pg=124

Attached as **Exhibit 4** is a true and correct copy of the aforementioned web captures.

8. On Thursday, May 18, 2023, I visited Beretta's YouTube Channel, https://www.youtube.com/@BerettaCommunity, and accessed a video posted five days earlier entitled *Take a Look at the Features of the New Beretta 80X Cheetah*. The URL of this YouTube video was https://www.youtube.com/watch?v=uKwUBFvR-40. I took a screen capture of this page. Attached as **Exhibit 5** is a true and correct copy of the aforementioned web capture.

9. On Thursday, May 18, 2023, I visited Beretta's Twitter account, https://twitter.com/Beretta_USA, and captured a Tweet posted on May 15, 2023. The URL of this Tweet was https://twitter.com/Beretta_USA/status/165824640

DECLARATION OF ERIC M. PETERS
NO. 2:23-cv-00113-MKD

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

2982420481?cxt=HHwWgoCx_aqUo4MuAAAA. Attached as **Exhibit 6** is a true and correct copy of the aforementioned web capture.

10. On Thursday, May 18, 2023, I visited Beretta's Facebook page at https://www.facebook.com/BERETTAusa/ and captured seven (7) recent posts from the page's timeline originally posted on the following dates:

- April 13, 2023
- April 19, 2023
- April 20, 2023
- April 22, 2023
- April 24, 2023
- April 28, 2023
- April 29, 2023

Attached as **Exhibit 7** is a true and correct copy of the aforementioned web captures.

11. On Thursday, May 18, 2023, I visited the website of a New York State based firearms dealer (https://sugarbusharmory.com) and captured the page displaying the Beretta products available for purchase. The URL of the page I captured was https://sugarbusharmory.com/product-manufacturer/beretta-usa. Attached as **Exhibit 8** is a true and correct copy of the aforementioned web capture.

12. On Thursday, May 18, 2023, I visited the website of a New York State based firearms dealer (https://www.timsgunsny.com) and captured the first

DECLARATION OF ERIC M. PETERS
NO. 2:23-cv-00113-MKD

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1   page displaying the Beretta handguns available for purchase. The URL of the

2   page I captured was https://www.timsgunsny.com/department/handguns?manuf

3   acturer=32&page=1. Attached as **Exhibit 9** is a true and correct copy of the

4   aforementioned web capture.

5         13.   On Thursday, May 18, 2023, I visited the website of a New York

6   State based firearms dealer (https://www.jthagency.com) and captured the first

7   page of "New Shotguns & Rifles." The URL of the page I captured was

8   https://www.jthagency.com/product-category/shotguns-and-rifles/new-

9   shotguns-rifles/. Attached as **Exhibit 10** is a true and correct copy of the

10  aforementioned web capture.

11        14.   On Thursday, May 18, 2023, I visited the website of a New York

12  State based firearms dealer (https://calamityjanesfirearms.com) and captured

13  the inventory page. The URL of the page I captured was

14  https://calamityjanesfirearms.com/inventory. Attached as **Exhibit 11** is a true

15  and correct copy of the aforementioned web capture.

16        15.   On Monday, May 22, 2023, I visited the website of a New York

17  State based firearms dealer (https://rjw-sales.com). I captured a page showing all

18  Beretta handguns available for purchase (https://rjw-sales.com/department/

19  handguns?manufacturer=32&page=1) and a page showing all Beretta shotguns

20  (https://rjw-sales.com/department/shotguns?manufacturer=32&page=1)

21  available for purchase. Attached as **Exhibit 12** is a true and correct copy of the

22  aforementioned web captures.

DECLARATION OF ERIC M. PETERS
NO. 2:23-cv-00113-MKD

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1    16.    On Thursday, May 18, 2023, I visited https://www.smith-wesson.com and captured the pop-up that appeared on that page. Attached as **Exhibit 13** is a true and correct copy of the aforementioned web capture.

17.    On Thursday, May 18, 2023, I visited the "Dealer Locator" page on the Smith & Wesson website, https://www.smith-wesson.com. I searched for dealers located near Syracuse, NY and captured the results. The URL I captured was https://www.smith-wesson.com/dealer-locator. Attached as **Exhibit 14** is a true and correct copy of the aforementioned web capture.

18.    On Thursday, May 18, 2023, I captured a webpage from the website https://www.smith-wesson.com. The URL of the page I captured was https://www.smith-wesson.com/customer-service/catalogs. Attached as **Exhibit 15** is a true and correct copy of the aforementioned web capture.

19.    On Monday, May 22, 2023, I downloaded the "2021 Catalog" from the Smith & Wesson website (https://smith-wesson.com), which was available as a PDF file at the URL https://www.smith-wesson.com/customer-service/catalogs. Attached as **Exhibit 16** is a true and correct copy of this document.

20.    On Monday, May 22, 2023, I downloaded the "2022 Catalog" from the Smith & Wesson website (https://smith-wesson.com), which was available as a PDF file at the URL https://www.smith-wesson.com/customer-service/catalogs. Attached as **Exhibit 17** is a true and correct copy of this document.

21. On Monday, May 22, 2023, I downloaded the "2023 Catalog" from the Smith & Wesson website (https://smith-wesson.com), which was available as a PDF file at the URL https://www.smith-wesson.com/customer-service/catalogs. Attached as **Exhibit 18** is a true and correct copy of this document.

22. On Thursday, May 18, 2023, I visited Smith & Wesson's YouTube Channel located at https://www.youtube.com/user/SmithWessonCorp. I captured this page. Attached as **Exhibit 19** is a true and correct copy of the aforementioned web capture.

23. On Thursday, May 18, 2023, I visited Smith & Wesson's YouTube Channel, https://www.youtube.com/user/SmithWessonCorp, and navigated to the "Videos" tab which shows videos uploaded by the account. I took a screen capture of the most recently uploaded videos on this page. The URL of the page I captured was https://www.youtube.com/@SmithAndWessonInc/videos. Attached as **Exhibit 20** is a true and correct copy of the aforementioned web capture.

24. On Thursday, May 18, 2023, I visited Smith & Wesson's YouTube Channel, https://www.youtube.com/user/SmithWessonCorp, and accessed a video posted two days earlier entitled *NEW: Performance Center® M&P®10MM M2.0™ with 5.6″ barrel*. The URL of this YouTube video was https://www.youtube.com/watch?v=TorqXfoFDOs. I took a screen capture of

DECLARATION OF ERIC M. PETERS
NO. 2:23-cv-00113-MKD

7

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  this page. Attached as **Exhibit 21** is a true and correct copy of the aforementioned
2  web capture.
3      25.    On Thursday, May 18, 2023, I visited Smith & Wesson's Facebook
4  page at https://www.facebook.com/SmithandWessonInc and captured five (5)
5  recent posts from the page's timeline originally posted on the following dates:
6        • May 17, 2023
7        • May 1, 2023
8        • April 22, 2023
9        • April 21, 2023
10       • April 13, 2023
11 Attached as **Exhibit 22** is a true and correct copy of the aforementioned web
12 captures.
13     26.    On Thursday, May 18, 2023, I visited the website of a New York
14 State based firearms dealer (https://www.timsgunsny.com) and captured the first
15 page displaying the Smith & Wesson handguns available for purchase. The URL
16 of the page I captured was https://www.timsgunsny.com/department/handguns?
17 manufacturer=308&page=1. Attached as **Exhibit 23** is a true and correct copy of
18 the aforementioned web capture.
19     27.    On Thursday, May 18, 2023, I visited the website of a New York
20 State based firearms dealer (https://ajsarchery.com) and captured the following
21 URL: https://ajsarchery.com/the-gun-shop/brands/smith-wesson/. Attached as
22 **Exhibit 24** is a true and correct copy of the aforementioned web capture.

DECLARATION OF ERIC M. PETERS
NO. 2:23-cv-00113-MKD

8

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

28. On Thursday, May 18, 2023, I visited the website of a New York State based firearms dealer (https://www.jbars-firearms.com/). I captured this page. Attached as **Exhibit 25** is a true and correct copy of the aforementioned web capture.

29. On Monday, May 22, 2023, I visited the website of a New York State based firearms dealer (https://louiesgunshop.com) and navigated to the "Featured Guns" page. The URL I captured was https://louiesgunshop.com/featured-guns. Attached as **Exhibit 26** is a true and correct copy of the aforementioned web capture.

30. On Monday, May 22, 2023, I visited the website of a New York State based firearms dealer (https://louiesgunshop.com) and navigated to the "Products" page. The URL I captured was https://louiesgunshop.com/products. Attached as **Exhibit 27** is a true and correct copy of the aforementioned web capture.

31. On Monday, May 22, 2023, I visited the website of a New York State based firearms dealer (https://www.butternutcreekarmory.com). On this website I navigated to the firearms section and captured the first page of firearms after first filtering by manufacturers Beretta and Smith & Wesson. The URL of the page I captured https://www.butternutcreekarmory.com/firearms?___SID=U&manufacturer%5B0%5D=Beretta&manufacturer%5B1%5D=SWSC%2FSMITH+%26+WESSON+INC. Attached as **Exhibit 28** is a true and correct copy of the aforementioned web capture.

DECLARATION OF ERIC M. PETERS
NO. 2:23-cv-00113-MKD

9

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

32.     On Monday, May 22, 2023, I visited the website of a New York State based firearms dealer (https://rjw-sales.com). I captured a page showing all Smith & Wesson handguns available for purchase. The URL of that page was https://rjw-sales.com/department/handguns?manufacturer=308&page=1. Attached as **Exhibit 29** is a true and correct copy of the aforementioned web capture.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 30TH day of May, 2023, at TACOMA, Washington.

ERIC M. PETERS
AGO Senior Investigator/Analyst

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 1st day of June, 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
LEENA VANDERWOOD
*Legal Assistant*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 570-3411
Leena.Vanderwood@atg.wa.gov

DECLARATION OF ERIC M. PETERS
NO. 2:23-cv-00113-MKD

11

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200