# Exhibit 1



| | |
|---|---|
| Document title: | DEALS & PROMOTIONS |
| Capture URL: | https://www.beretta.com/en-us/deals-and-promotions/ |
| Page loaded at (UTC): | Thu, 18 May 2023 18:31:54 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:32:40 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 8dvftESfpLUD1A71Tpi75H |
| User: | wag-epeters |

FREE SHIPPING ON ORDERS OVER $95

COUNTRY: UNITED STATES

CUSTOMER SERVICE    SIGN IN | REGISTER

 **BERETTA**

FIREARMS    GUN ACCESSORIES    CLOTHING    GUN CASES    MILITARY & LE    COMPANY    SALE

Search Beretta    🔍    0 🛒

EXCLUSIVE OFFER

# DEALS & PROMOTIONS

Find the latest rebate promotions on firearms and take advantage of the best deals on gun accessories, gear, apparel, and so much more.

---

## $75 - BACK -
WHEN YOU BUY ANY PX4 STORM
FEBRUARY 1 - MAY 31, 2023

**LEARN MORE**

## $75 - BACK -
WHEN YOU BUY TOMCAT OR BOBCAT
FEBRUARY 1 - MAY 31, 2023

**LEARN MORE**

## $75 - BACK -
90 SERIES RIMFIRE PISTOLS
FEBRUARY 1 - MAY 31, 2023

**LEARN MORE**

## $50 - BACK -
WHEN YOU BUY APX A1 FS OR CARRY
FEBRUARY 1 - MAY 31, 2023

**LEARN MORE**

---

 **BERETTA**

**FOLLOW US**
f · 📷 · ▶ · 🐦 · 📌

© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy
Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User
Submissions | Site Map

**FIREARMS**
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty
Activation

**CUSTOMER SERVICE**
Returns
Order History
Contact Us

**COMPANY**
Galleries
Careers
Team Beretta
Affiliate Program
Deals & Promotions
Blog

**STAY INFORMED**

**SIGN UP FOR NEWS & UPDATES**

---

Document title: DEALS &amp; PROMOTIONS
Capture URL: https://www.beretta.com/en-us/deals-and-promotions/
Capture timestamp (UTC): Thu, 18 May 2023 18:32:40 GMT



# DEALS & PROMOTIONS

Find the latest rebate promotions on firearms and take advantage of the best deals on gun accessories, gear, apparel, and so much more.

EXCLUSIVE OFFER ◄

**$75**
**- BACK -**

WHEN YOU BUY ANY PX4 STORM
FEBRUARY 1 - MAY 31, 2023

LEARN MORE

**$75**
**- BACK -**

WHEN YOU BUY TOMCAT OR BOBCAT
FEBRUARY 1 - MAY 31, 2023

LEARN MORE

**$75**
**- BACK -**

90 SERIES RIMFIRE PISTOLS
FEBRUARY 1 - MAY 31, 2023

LEARN MORE

**$50**
**- BACK -**

WHEN YOU BUY APX A1 FS OR CARRY
FEBRUARY 1 - MAY 31, 2023

LEARN MORE

 BERETTA

**FOLLOW US**


© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy
Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User
Submissions | Site Map

**FIREARMS**
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty
Activation

**CUSTOMER
SERVICE**
Returns
Order History
Contact Us

**COMPANY**
Galleries
Careers
Team Beretta
Affiliate Program
Deals &
Promotions
Blog
Events
Sitemap

# STAY INFORMED

SIGN UP FOR NEWS &
UPDATES

**ALSO OF INTEREST**
Firearms    Bags & Cases    Accessories for Handguns

# Exhibit 2



Document title:            New York Gallery - GALLERY

Capture URL:               https://www.beretta.com/en-us/new-york-gallery/

Page loaded at (UTC):      Thu, 18 May 2023 18:02:51 GMT

Capture timestamp (UTC):   Thu, 18 May 2023 18:03:52 GMT

Capture tool:              10.20.33

Collection server IP:      3.90.170.83

Browser engine:            Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                           Gecko) Chrome/108.0.5359.215 Safari/537.36

Operating system:          Windows_NT (Node 16.17.1)

PDF length:                4

Capture ID:                eKRQDy3txPGhYYTeVTQKMB

User:                      wag-epeters

CUSTOMER SERVICE    SIGN IN | REGISTER



COUNTRY: UNITED STATES

FIREARMS    GUN ACCESSORIES    CLOTHING    GUN CASES    MILITARY & LE    COMPANY    SALE

Search Beretta



EXCLUSIVE OFFER

# BERETTA GALLERY - NEW YORK

Established in the heart of New York's Madison Avenue in 1995, the façade of the flagship Beretta Gallery has undergone a complete facelift for the new Millennium. Modeled after the Beretta home in Gardone Val Trompia, and embodying the traditional values of its residents, the stone for the New York Gallery's new hand-chiseled, white and gray façade was extracted from local quarries and delivered from Italy to the United States.

In addition to an entire floor dedicated to the full line of long guns, including one-of-a-kind, hand-made premium shotguns and express rifles, within the impressive three-story Gallery passionate sportsmen will also find an extensive book selection filled with important works by the best writers and photographers of hunting and outdoors subjects.

Please note that, due to New York City laws, the New York Gallery does not carry handguns.

| | |
|---|---|
| **Address:** | 718 Madison Avenue - New York, NY -10065, U.S.A |
| **Telephone:** | +1 212 319-3235 |
| **Fax:** | +1 212 888-0653 |
| **Store hours:** | Tuesday - Saturday: 10:00 AM – 5:00 PM<br>Sunday & Monday closed. |

## Book an appointment with a member of the Beretta Gallery staff



Appointment with Clothing Specialist ⓘ
Free

Appointment with Firearm Specialist ⓘ
Free

Appointment with Gunsmithing Speci... ⓘ
1 hour
Free

## Select time

‹  ›  May 2023

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

Select a service and date to see available times.

## Add your details

Name *

Email *

Address (optional)

Phone number (optional)

Please let us know if you have any special requests. Thank you.

Notes (optional)

Book

718 Madison Ave, New York, 10065, United States | 212-319-3235 | https://berettagalleryusa.com/
Terms and Conditions | The Policies and Practices of New York Gallery apply to the use of your data

Powered by Microsoft Bookings
© 2023 Microsoft

EXCLUSIVE OFFER

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

EXCLUSIVE OFFER

### Add your details

Name *

Email *

Address (optional)

Phone number (optional)

Please let us know if you have any special requests. Thank you.

Notes (optional)

**Book**

718 Madison Ave, New York, 10065, United States | 212-319-3235 | https://berettagalleryusa.com/
Terms and Conditions | The Policies and Practices of New York Gallery apply to the use of your data

Powered by Microsoft Bookings
© 2023 Microsoft



**BERETTA GALLERY**

**FIREARMS**
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty Activation

**CUSTOMER SERVICE**
Returns
Order History
Contact Us

**COMPANY**
Galleries
Careers
Team Beretta
Affiliate Program
Deals & Promotions
Blog
Events
Sitemap

**STAY INFORMED**

SIGN UP FOR NEWS & UPDATES

© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User Submissions | Site Map

**ALSO OF INTEREST**
Dealer Locator    Find a Service Center    BERETTA GALLERY

# Exhibit 3



| | |
|---|---|
| Document title: | Beretta Galleries |
| Capture URL: | http://web.archive.org/web/20200125193052/http://www.beretta.com/en-us/store/new-york-gallery/ |
| Page loaded at (UTC): | Thu, 18 May 2023 18:13:10 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:15:24 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | fZMAWB8DaK5c2tGQFdLgDc |
| User: | wag-epeters |

PDF REFERENCE #:          n2rPBwet4vD9SgDu7P12V5

http://www.beretta.com/en-us/store/new-york-gallery/




LANGUAGE  ENGLISH ▼    COUNTRY  UNITED STATES ▼

CALL 1 (800) 929-2901    CUSTOMER SERVICE

FREE SHIPPING ON PURCHASES OVER $75  |   NEWLY ADDED ITEMS ›

# BERETTA
## GALLERY

Search Beretta 🔍

MEN   WOMEN   FIREARMS   GUN ACCESSORIES   HOLSTERS   GEAR   BAGS   SHOP BY   LE & MILITARY   WINTER SALE   SALE



Home | Gallery | New York

# New York Gallery

### OUR WORLD

- Since 1526
- Community
- ▸ Gallery
  - ▸ New York
  - Dallas
  - Memphis
  - Buenos Aires
  - Paris
  - Milano
  - London
  - Moscow
- Customer Service
- Premium World
- **BERETTA DEFENSE TECHNOLOGIES**



Established in the heart of New York's Madison Avenue in 1995, the façade of the flagship Beretta Gallery has undergone a complete facelift for the new Millennium. Modeled after the Beretta home in Gardone Val Trompia, and embodying the traditional values of its residents, the stone for the New York Gallery's new hand-chiseled, white and gray façade was extracted from local quarries and delivered from Italy to the United States.

In addition to an entire floor dedicated to the full line of long guns, including one-of-a-kind, hand-made premium shotguns and express rifles, within the impressive three-story Gallery passionate sportsmen will also find an extensive book selection filled with important works by the best writers and photographers of hunting and outdoors subjects.

Please note that, due to New York City laws, the New York Gallery does not carry handguns.

| | |
|---|---|
| Address: | 718 Madison Avenue - New York, NY -10065, U.S.A. |
| Telephone: | +1 212 319-3235 |
| Fax: | +1 212 888-0653 |
| Store hours: | Monday - Saturday: 10:00am – 6:00pm<br>Sunday closed |


| | |
|---|---|
| Telephone: | +1 212 319-3235 |
| Fax: | +1 212 888-0653 |
| Store hours: | Monday - Saturday: 10:00am – 6:00pm |
| | Sunday closed. |

# New York Gallery Gallery

Tweet    >  Share

  

  

  

  

  



Document title: Beretta Galleries
Capture URL: http://web.archive.org/web/20200125193052/http://www.beretta.com/en-us/store/new-york-gallery/
Capture timestamp (UTC): Thu, 18 May 2023 18:15:24 GMT





## New York Gallery

  

  

  

 BACK

   

# New York Gallery

  

  

  

BACK



**HOLSTERS**

SHOP NOW



**MAGAZINES**

SHOP NOW



**SAFETY GEAR**

SHOP NOW



**CHOKE TUBES**

SHOP NOW

**STORE**
Gallery
Find a Dealer
Shop Online

**FIREARMS**
By Product
By Activity
Warranty Activation

**PREMIUM WORLD**

**COLLECTIONS**
Our Collections
Segments
Technologies

**WORLD OF BERETTA**
Since 1526
Community
Media Center
CA Transparency in Supply Chains Act

**BDT**
Defense & Law Enforcement
Multinational Structure



Beretta USA Corp. – 17601 Beretta Drive – Accokeek, MD 20607 (U.S) | Fabbrica d'Armi Pietro Beretta S.p.A. (Italy) VAT 01541040174 | Site Map | Terms & Conditions | Privacy Policy

# Exhibit 4



| | |
|---|---|
| Document title: | Beretta Dealer Locator |
| Capture URL: | https://www.beretta.com/en-us/dealer-locations/?pg=118 |
| Page loaded at (UTC): | Thu, 18 May 2023 17:54:37 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 17:56:44 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | uWwTtzwEYhX2stpEdVVnDJ |
| User: | wag-epeters |

PDF REFERENCE #:        8yW8PJ9dZkAdwdZWZmfaAC

# BERETTA

FIREARMS    GUN ACCESSORIES    CLOTHING    GUN CASES    MILITARY & LE    COMPANY    SALE

Search Beretta 🔍    🛒 0

# Find a Location

Locate a Beretta dealer near you to get a first-hand look at our line of firearms, accessories and apparel.

Search by:

⦿ City, State ◯ Zip Code

City: [                    ]

State: [ -- ALL -- ]  [ 25 mile ]

[ CLEAR ]    [ SEARCH BERETTA ]



‹  115  116  117  118  119  120  121  of 192  ›

## Maccabee Arms LTD

| | |
|---|---|
| State: | NV |
| City: | RENO |
| Address: | 2105 Kietzke LN |
| ZIP/Postal Code: | 89502 |
| Email: | sharon@maccabeearms.com |
| Phone: | 7753842969 |
| URL: | https://www.maccabeearms.com/ |

Directions | Map | Store Details



## MARK FORE & STRIKE

| | |
|---|---|
| State: | NV |
| City: | RENO |
| Address: | 490 KIETZKE LN |
| ZIP/Postal Code: | 89502 |
| Email: | MarkForeStr@sbcglobal.net |
| Phone: | |
| URL: | |

Directions | Map | Store Details

## CROW SHOOTING SUPPLY

| | |
|---|---|
| State: | NV |
| City: | RENO |
| Address: | 4900 AMPERE DR |
| ZIP/Postal Code: | 89502 |
| Email: | Trevor.McGlone@crowshootingsupply.com |
| Phone: | |
| URL: | |

Directions | Map | Store Details



## C-A-L RANCH STORES

| | |
|---|---|
| State: | NV |
| City: | CARSON CITY |
| Address: | 2035 N CARSON ST |
| ZIP/Postal Code: | 89701 |
| Email: | cmann@calranch.com |
| Phone: | 2085352656 |
| URL: | |

Directions | Map | Store Details



## SPORTSMANS WAREHOUSE 229

| | |
|---|---|
| State: | NV |
| City: | CARSON CITY |
| Address: | 1443 S. CARSON ST. |
| ZIP/Postal Code: | 89701 |
| Email: | 229-huntingasst@sportsmans.com |
| Phone: | |
| URL: | |

Directions | Map | Store Details

## FORBES 37 ENTERPRISE

| | |
|---|---|
| State: | NV |
| City: | CARSON CITY |
| Address: | 3590 ARROWHEAD DRIVE |
| ZIP/Postal Code: | 89706 |
| Email: | vntforbes37@att.net |
| Phone: | 7757728204 |
| URL: | |

Directions | Map | Store Details

## SPORTSMANS WAREHOUSE 229

State: NV
City: CARSON CITY
Address: 1443 S. CARSON ST.
ZIP/Postal Code: 89701
Email: 229-huntingasst@sportsmans.com
Phone:
URL:

Directions | Map | Store Details

## FORBES 37 ENTERPRISE

State: NV
City: CARSON CITY
Address: 3590 ARROWHEAD DRIVE
ZIP/Postal Code: 89706
Email: vntforbes37@att.net
Phone: 7757728204
URL:

Directions | Map | Store Details

### FORBES 37 ENTERPRISES LLC

State: NV
City: CARSON CITY
Address: 3590 ARROWHEAD DR
ZIP/Postal Code: 89706
Email: vntforbes37@att.net
Phone: 775772
URL:

Directions | Map | Store Details



### CAL RANCH STORES ELKO CS

State: NV
City: ELKO
Address: 2430 MOUNTAIN CITY HIGHWAY
ZIP/Postal Code: 89801
Email: cmann@calranch.com
Phone:
URL:

Directions | Map | Store Details



## GUN WORLD LLC

State: NV
City: ELKO
Address: 2516 NOODLE LANE
ZIP/Postal Code: 89801
Email:
Phone:
URL:

Directions | Map | Store Details



## Beretta Gallery New York

State: NY
City: NEW YORK
Address: 718 MADISON AVENUE
ZIP/Postal Code: 10065
Email:
Phone: 2123193235
URL:

Directions | Map | Store Details

   BERETTA

FOLLOW US

**FIREARMS**
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty Activation

**CUSTOMER SERVICE**
Returns
Order History
Contact Us

**COMPANY**
Galleries
Careers
Team Beretta
Affiliate Program
Deals & Promotions
Blog
Events
Sitemap

**STAY INFORMED**

SIGN UP FOR NEWS & UPDATES

© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User Submissions | Site Map

**ALSO OF INTEREST**

BERETTA GALLERY - MEMPHIS

BERETTA GALLERY - NEW YORK    Find a Service Center

Document title: Beretta Dealer Locator
Capture URL: https://www.beretta.com/en-us/dealer-locations/?pg=118
Capture timestamp (UTC): Thu, 18 May 2023 17:56:44 GMT

Page 2 of 2



| | |
|---|---|
| Document title: | Beretta Dealer Locator |
| Capture URL: | https://www.beretta.com/en-us/dealer-locations/?pg=119 |
| Page loaded at (UTC): | Thu, 18 May 2023 17:56:50 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 17:57:31 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 89WUsN1pdozmMcj1qcsFyG |
| User: | wag-epeters |

 SIGN IN | REGISTER

CUSTOMER SERVICE

# B E R E T T A

FIREARMS    GUN ACCESSORIES    CLOTHING    GUN CASES    MILITARY & LE    COMPANY    SALE



## Find a Location

Locate a Beretta dealer near you to get a first-hand look at our line of firearms, accessories and apparel.

Search by:

◉ City, State  ○ Zip Code

City: [                    ]

State: [ -- ALL -- ]  [ 25 mile ]



[ CLEAR ]    [ SEARCH BERETTA ]

EXCLUSIVE OFFER

‹ 116  117  118  **119**  120  121  122  of 192 ›

---

## DAVIS SHOOTING SPORTS

State: NY
City: GOSHEN
Address: 1230 PULASKI HWY
ZIP/Postal Code: 10924
Email: davissport@att.net
Phone:
URL:

Directions | Map | Store Details



## SAFARI SPECIALIST INC

State: NY
City: MIDDLETOWN
Address: 562 NEW VERNON ROAD
ZIP/Postal Code: 10940
Email: truelife@citlink.net
Phone: 8457331313
URL: https://www.truelifetaxidermy.com/

Directions | Map | Store Details



## DAVIS SPORT SHOP

State: NY
City: SLOATSBURG
Address: 120 ROUTE 17
ZIP/Postal Code: 10974
Email: davissportshop2198@gmail.com
Phone: 8457532198
URL: https://www.davissport.com/

Directions | Map | Store Details



## COLISEUM GUN TRADERS

State: NY
City: UNIONDALE
Address: 1180 HEMPSTEAD TPKE
ZIP/Postal Code: 11553
Email: cgtltd@optiline.net
Phone: 5164813593
URL:

Directions | Map | Store Details



## COLISEUM GUN TRADERS

State: NY
City: UNIONDALE
Address: 1180 HEMPSTEAD TURNPIKE
ZIP/Postal Code: 11553
Email: cgtltd@optiline.net
Phone: 5164813593
URL:

Directions | Map | Store Details

## COLISEUM GUN TRADERS

State: NY
City: UNIONDALE
Address: 1180 HEMPSTEAD TURNPIKE
ZIP/Postal Code: 11553
Email: andrew_chernoff@optonline.net
Phone: 5164813593
URL: https://www.coliseumguns.com/

Directions | Map | Store Details

**FULL-LINE DEALER**

## COLISEUM GUN TRADERS

| | |
|---|---|
| State: | NY |
| City: | UNIONDALE |
| Address: | 1180 HEMPSTEAD TURNPIKE |
| ZIP/Postal Code: | 11553 |
| Email: | cgtltd@optionline.net |
| Phone: | 5164813593 |
| URL: | |

Directions | Map | Store Details



**FULL-LINE DEALER**

**FULL-LINE DEALER**

## COLISEUM GUN TRADERS

| | |
|---|---|
| State: | NY |
| City: | UNIONDALE |
| Address: | 1180 HEMPSTEAD TURNPIKE |
| ZIP/Postal Code: | 11553 |
| Email: | andrew_chernoff@optonline.net |
| Phone: | 5164813593 |
| URL: | https://www.coliseumguns.com/ |

Directions | Map | Store Details

EXCLUSIVE OFFER

## SOUTH SHORE SPORTSMAN

| | |
|---|---|
| State: | NY |
| City: | MERRICK |
| Address: | 9 LANSDOWNE AVE |
| ZIP/Postal Code: | 11566 |
| Email: | info@sportsmanli.com |
| Phone: | 5169920004 |
| URL: | https://www.sportsmanli.com/ |

Directions | Map | Store Details



**FULL-LINE DEALER**

## LI OUTDOORSMAN INC

| | |
|---|---|
| State: | NY |
| City: | ROCKVILLE CENTRE |
| Address: | 434 SUNRISE HWY |
| ZIP/Postal Code: | 11570 |
| Email: | robertlioutdoorsman@gmail.com |
| Phone: | 5166785554 |
| URL: | https://www.lioutdoorsman.com/ |

Directions | Map | Store Details



**FULL-LINE DEALER**

## BENSONS GUN SHOP INC

| | |
|---|---|
| State: | NY |
| City: | CORAM |
| Address: | 53 MIDDLE COUNTRY ROAD |
| ZIP/Postal Code: | 11727 |
| Email: | bensonsgunshop@yahoo.com |
| Phone: | 6317270065 |
| URL: | https://www.bensonsgunshop.com/ |

Directions | Map | Store Details



**FULL-LINE DEALER**

## ATLANTIC TACTICAL (NY)

| | |
|---|---|
| State: | NY |
| City: | FARMINGDALE |
| Address: | 238 ROUTE 109 |
| ZIP/Postal Code: | 11735 |
| Email: | John.Tusinski@atlantictactical.com |
| Phone: | 347448 |
| URL: | |

Directions | Map | Store Details



**LAW ENFORCEMENT**

‹ 116 117 118 **119** 120 121 122 of 192 ›



**FIREMS**
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty Activation

**CUSTOMER SERVICE**
Returns
Order History
Contact Us

**COMPANY**
Galleries
Careers
Team Beretta
Affiliate Program
Deals & Promotions
Blog
Events
Sitemap

**STAY INFORMED**

SIGN UP FOR NEWS & UPDATES

FOLLOW US


© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User Submissions | Site Map

**ALSO OF INTEREST**

BERETTA GALLERY - MEMPHIS

BERETTA GALLERY - NEW YORK    Find a Service Center





| | |
|---|---|
| Document title: | Beretta Dealer Locator |
| Capture URL: | https://www.beretta.com/en-us/dealer-locations/?pg=120 |
| Page loaded at (UTC): | Thu, 18 May 2023 17:57:37 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 17:58:15 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | x3Xrctg37adwv1w2QKGVst |
| User: | wag-epeters |

CUSTOMER SERVICE    SIGN IN | REGISTER

COUNTRY: UNITED STATES


# BERETTA

FIREARMS    GUN ACCESSORIES    CLOTHING    GUN CASES    MILITARY & LE    COMPANY    SALE

Search Beretta 🔍    🛒 0

## Find a Location

Locate a Beretta dealer near you to get a first-hand look at our line of firearms, accessories and apparel.

Search by:

◉ City, State   ○ Zip Code

City: [_____]

State: [ -- ALL -- ]   [ 25 mile ]

[ CLEAR ]   [ SEARCH BERETTA ]



EXCLUSIVE OFFER

‹ 117 118 119 **120** 121 122 123 of 192 ›

### CAMP SITE SPORT SHOP

| | |
|---|---|
| State: | NY |
| City: | HUNTINGTON STATION |
| Address: | 1877 NEW YORK AVENUE |
| ZIP/Postal Code: | 11746 |
| Email: | jonathan@campsitesportshop.com |
| Phone: | 6312714969 |
| URL: | |

Directions | Map | Store Details



### SOUTH SHORE SHOOTING RANGE

| | |
|---|---|
| State: | NY |
| City: | ISLIP |
| Address: | 130 FREEMAN AVE |
| ZIP/Postal Code: | 11751 |
| Email: | info@sportsmanli.com |
| Phone: | |
| URL: | |

Directions | Map | Store Details



### SOUTH SHORE SHOOTING RANGE

| | |
|---|---|
| State: | NY |
| City: | ISLIP |
| Address: | 130 FREEMAN AVE |
| ZIP/Postal Code: | 11751 |
| Email: | |
| Phone: | |
| URL: | |

Directions | Map | Store Details



### HUNTER SPORTS

| | |
|---|---|
| State: | NY |
| City: | MASSAPEQUA |
| Address: | 4166 SUNRISE HIGHWAY |
| ZIP/Postal Code: | 11758 |
| Email: | mark@huntersports.com |
| Phone: | 5167997923 |
| URL: | |

Directions | Map | Store Details



### HUNTER SPORTS SHOOTING GROUNDS

| | |
|---|---|
| State: | NY |
| City: | YAPANK |
| Address: | 165 GERARD ROAD |
| ZIP/Postal Code: | 11980 |
| Email: | |
| Phone: | |
| URL: | |

### GUNS INC

| | |
|---|---|
| State: | NY |
| City: | CASTLETON ON HUDSON |
| Address: | 1940 ROUTE 9 |
| ZIP/Postal Code: | 12033 |
| Email: | capgungrp@gmail.com |
| Phone: | 5184778113 |
| URL: | |

Directions | Map | Store Details

## HUNTER SPORTS SHOOTING GROUNDS

| | |
|---|---|
| State: | NY |
| City: | YAPANK |
| Address: | 165 GERARD ROAD |
| ZIP/Postal Code: | 11980 |
| Email: | |
| Phone: | |
| URL: | |

Directions | Map | Store Details



## GUNS INC

| | |
|---|---|
| State: | NY |
| City: | CASTLETON ON HUDSON |
| Address: | 1940 ROUTE 9 |
| ZIP/Postal Code: | 12033 |
| Email: | capgungrp@gmail.com |
| Phone: | 5184778113 |
| URL: | |

Directions | Map | Store Details

## AMERICAN TRADE GOODS INC

| | |
|---|---|
| State: | NY |
| City: | COHOES |
| Address: | 1213 NEW LOUDON RD |
| ZIP/Postal Code: | 12047 |
| Email: | capgungrp@gmail.com |
| Phone: | 518220 |
| URL: | |

Directions | Map | Store Details

## RUNNINGS

| | |
|---|---|
| State: | NY |
| City: | GLOVERSVILLE |
| Address: | 233 5TH AVE EXT |
| ZIP/Postal Code: | 12078 |
| Email: | info@runnings.com |
| Phone: | 5075329566 |
| URL: | |

Directions | Map | Store Details



## UNCLE SAM OUTFITTERS INC.

| | |
|---|---|
| State: | NY |
| City: | TROY |
| Address: | 828 HOOSICK RD UNIT 4 |
| ZIP/Postal Code: | 12180 |
| Email: | unclesamoutfitters@gmail.com |
| Phone: | 518271 |
| URL: | |

Directions | Map | Store Details



## AMERICAN SHOOTERS SUPPLY DEALER

| | |
|---|---|
| State: | NY |
| City: | ALBANY |
| Address: | 1702 CENTRAL AVENUE |
| ZIP/Postal Code: | 12205 |
| Email: | capgungrp@gmail.com |
| Phone: | 5184781076 |
| URL: | |

Directions | Map | Store Details

117  118  119  120  121  122  123  of 192



**FOLLOW US**

   

© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User Submissions | Site Map

**FIREARMS**
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty Activation

**CUSTOMER SERVICE**
Returns
Order History
Contact Us

**COMPANY**
Galleries
Careers
Team Beretta
Affiliate Program
Deals & Promotions
Blog
Events
Sitemap

**STAY INFORMED**

SIGN UP FOR NEWS & UPDATES

**ALSO OF INTEREST**

BERETTA GALLERY - MEMPHIS

BERETTA GALLERY - NEW YORK    Find a Service Center

Document title: Beretta Dealer Locator
Capture URL: https://www.beretta.com/en-us/dealer-locations/?pg=120
Capture timestamp (UTC): Thu, 18 May 2023 17:58:15 GMT



| | |
|---|---|
| Document title: | Beretta Dealer Locator |
| Capture URL: | https://www.beretta.com/en-us/dealer-locations/?pg=121 |
| Page loaded at (UTC): | Thu, 18 May 2023 17:58:19 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 17:58:56 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | kgxK75ZiUqbg4LWU6zBxGU |
| User: | wag-epeters |



COUNTRY: UNITED STATES ⌄    CUSTOMER SERVICE    SIGN IN | REGISTER

FIREARMS    GUN ACCESSORIES    CLOTHING    GUN CASES    MILITARY & LE    COMPANY    SALE    [Search Beretta] 🔍    🛒 0

# Find a Location

Locate a Beretta dealer near you to get a first-hand look at our line of firearms, accessories and apparel.



Search by:

◉ City, State   ○ Zip Code

City: [_____]

State: [-- ALL -- ⌄]  [25 mile ⌄]

[CLEAR]   [SEARCH BERETTA]

‹ 118 119 120 **121** 122 123 124 of 192 ›

## B&D GUN SMOKE LLC

State: NY
City: SCHENECTADY
Address: 141 W CAMPBELL RD
ZIP/Postal Code: 12306
Email: dleon@planetfitness.com
Phone: 5183770006
URL:

Directions | Map | Store Details



## TEN MILE RIVER PRESERVE

State: NY
City: DOVER PLAINS
Address: 266 BERKSHIRE ROAD
ZIP/Postal Code: 12522
Email: info@tmrp.org
Phone:
URL: https://www.tmrp.org/

Directions | Map | Store Details



## TEN MILE RIVER

State: NY
City: DOVER PLAINS
Address: 266 BERKSHIRE ROAD
ZIP/Postal Code: 12522
Email: jmuncey@aol.com
Phone: 8458773560
URL: https://www.tmrp.org/

Directions | Map | Store Details

## ORVIS SANDANONA

State: NY
City: MILLBROOK
Address: 3047 SHARON TURNPIKE ROAD
ZIP/Postal Code: 12545
Email: longp@orvis.com
Phone:
URL:

Directions | Map | Store Details



## BRITISH SPORTING ARMS

State: NY
City: MILLBROOK
Address: 3684 RT. 44
ZIP/Postal Code: 12545
Email: bsportingarms@optimum.net

## TRI COUNTY SPORTING GOODS DEALER

State: NY
City: PATTERSON
Address: 2656 RTE 22
ZIP/Postal Code: 12563

EXCLUSIVE OFFER ▲

## BRITISH SPORTING ARMS

| | |
|---|---|
| State: | NY |
| City: | MILLBROOK |
| Address: | 3684 RT. 44 |
| ZIP/Postal Code: | 12545 |
| Email: | bsportingarms@optimum.net |
| Phone: | 8456778303 |
| URL: | https://www.bsaltd.com/ |

Directions | Map | Store Details



## TRI COUNTY SPORTING GOODS DEALER

| | |
|---|---|
| State: | NY |
| City: | PATTERSON |
| Address: | 2656 RTE 22 |
| ZIP/Postal Code: | 12563 |
| Email: | tricountysportny@aol.com |
| Phone: | 845878 |
| URL: | |

Directions | Map | Store Details



## MASHOMACK FISH & GAME PRESERVE CLUB INC

| | |
|---|---|
| State: | NY |
| City: | PINE PLAINS |
| Address: | 7435 RT 82 |
| ZIP/Postal Code: | 12567 |
| Email: | |
| Phone: | |
| URL: | |

Directions | Map | Store Details



## QUATTROS HUNTING SUPPLIES

| | |
|---|---|
| State: | NY |
| City: | PLEASANT VALLEY |
| Address: | 2251 RT 44 |
| ZIP/Postal Code: | 12569 |
| Email: | jaq618@aol.com |
| Phone: | 8456358846 |
| URL: | |

Directions | Map | Store Details



## THRUWAY SPORTING GOODS

| | |
|---|---|
| State: | NY |
| City: | WALDEN |
| Address: | 78 OAK STREET |
| ZIP/Postal Code: | 12586 |
| Email: | sports@shopthruway.com |
| Phone: | 8457781400 |
| URL: | |

Directions | Map | Store Details



## CALAMITY JANES FIREARMS & FINE SHOES LLC

| | |
|---|---|
| State: | NY |
| City: | HUDSON FALLS |
| Address: | 1120 DIX AVE |
| ZIP/Postal Code: | 12839 |
| Email: | CALAMITYJANESS18@GMAIL.COM |
| Phone: | 518832 |
| URL: | www.calamityjanesfirearms.com |

Directions | Map | Store Details



118  119  120  **121** 122  123  124  of 192



## FIREARMS
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty Activation

## CUSTOMER SERVICE
Returns
Order History
Contact Us

## COMPANY
Galleries
Careers
Team Beretta
Affiliate Program
Deals & Promotions
Blog
Events
Sitemap

## STAY INFORMED

SIGN UP FOR NEWS & UPDATES

**FOLLOW US**

© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User Submissions | Site Map

## ALSO OF INTEREST
BERETTA GALLERY - MEMPHIS

Document title: Beretta Dealer Locator
Capture URL: https://www.beretta.com/en-us/dealer-locations/?pg=121
Capture timestamp (UTC): Thu, 18 May 2023 17:58:56 GMT

**DEALER**

City: MILLBROOK
Address: 3684 RT. 44
ZIP/Postal Code: 12545
Email: bsportingarms@optimum.net
Phone: 8456778303
URL: https://www.bsaltd.com/

Directions | Map | Store Details



State: NY
City: PATTERSON
Address: 2656 RTE 22
ZIP/Postal Code: 12563
Email: tricountysportny@aol.com
Phone: 845878
URL:

Directions | Map | Store Details



## MASHOMACK FISH & GAME PRESERVE CLUB INC

State: NY
City: PINE PLAINS
Address: 7435 RT 82
ZIP/Postal Code: 12567
Email:
Phone:
URL:

Directions | Map | Store Details



## QUATTROS HUNTING SUPPLIES

State: NY
City: PLEASANT VALLEY
Address: 2251 RT 44
ZIP/Postal Code: 12569
Email: jaq618@aol.com
Phone: 8456358846
URL:

Directions | Map | Store Details



## THRUWAY SPORTING GOODS

State: NY
City: WALDEN
Address: 78 OAK STREET
ZIP/Postal Code: 12586
Email: sports@shopthruway.com
Phone: 8457781400
URL:

Directions | Map | Store Details

## CALAMITY JANES FIREARMS & FINE SHOES LLC

State: NY
City: HUDSON FALLS
Address: 1120 DIX AVE
ZIP/Postal Code: 12839
Email: CALAMITYJANESS18@GMAIL.COM
Phone: 518832
URL: www.calamityjanesfirearms.com

Directions | Map | Store Details

BERETTA

**FOLLOW US**

**FIREARMS**
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty Activation

**CUSTOMER SERVICE**
Returns
Order History
Contact Us

**COMPANY**
Galleries
Careers
Team Beretta
Affiliate Program
Deals & Promotions
Blog
Events
Sitemap

**STAY INFORMED**

SIGN UP FOR NEWS & UPDATES

© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User Submissions | Site Map

**ALSO OF INTEREST**

BERETTA GALLERY - MEMPHIS

BERETTA GALLERY - NEW YORK    Find a Service Center

Document title: Beretta Dealer Locator
Capture URL: https://www.beretta.com/en-us/dealer-locations/?pg=121
Capture timestamp (UTC): Thu, 18 May 2023 17:58:56 GMT

Page 3 of 3



| | |
|---|---|
| Document title: | Beretta Dealer Locator |
| Capture URL: | https://www.beretta.com/en-us/dealer-locations/?pg=122 |
| Page loaded at (UTC): | Thu, 18 May 2023 17:59:01 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 17:59:31 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | chEgFJMEUXjrwVpVL7CvRJ |
| User: | wag-epeters |

 **BERETTA**

FIREARMS    GUN ACCESSORIES    CLOTHING    GUN CASES    MILITARY & LE    COMPANY    SALE

Search Beretta 🔍    🛒 0

# Find a Location

Locate a Beretta dealer near you to get a first-hand look at our line of firearms, accessories and apparel.



Search by:

◉ City, State ○ Zip Code

City: [            ]

State: [ -- ALL - ]  [ 25 mile ]

[ CLEAR ]    [ SEARCH BERETTA ]

‹ 119 120 121 **122** 123 124 125 of 192 ›

## RUNNINGS

State: NY
City: PLATTSBURGH
Address: 57 CENTRE DR
ZIP/Postal Code: 12901
Email: info@runnings.com
Phone:
URL:

Directions | Map | Store Details



## RUNNINGS

State: NY
City: MALONE
Address: 230 W MAIN STREET
ZIP/Postal Code: 12953
Email: info@runnings.com
Phone:
URL:

Directions | Map | Store Details



## BASS PRO 22

State: NY
City: AUBURN
Address: 1579 CLARK STREET ROAD
ZIP/Postal Code: 13022
Email:
Phone:
URL:

Directions | Map | Store Details

## RUNNINGS

State: NY
City: CLAY
Address: 3949 STATE HWY 31
ZIP/Postal Code: 13041
Email: info@runnings.com
Phone: 5075329566
URL:

Directions | Map | Store Details



## EVANCHAK TIMOTHY D

State: NY
City: ELBRIDGE
Address: 1404 ROUTE 5
ZIP/Postal Code: 13060
Email: timoevanchu@gmail.com

## FER SHOOTING SPORTS INC

State: NY
City: MARCY
Address: 9446 RIVER ROAD
ZIP/Postal Code: 13403
Email: remaika@aol.com

## EVANCHAK TIMOTHY D

State: NY
City: ELBRIDGE
Address: 1404 ROUTE 5
ZIP/Postal Code: 13060
Email: timsgunsny@gmail.com
Phone: 3156895301
URL: https://www.timsgunsny.com/

Directions | Map | Store Details



## FER SHOOTING SPORTS INC

State: NY
City: MARCY
Address: 9446 RIVER ROAD
ZIP/Postal Code: 13403
Email: rnmajka@aol.com
Phone: 3154045024
URL:

Directions | Map | Store Details



## FER SHOOTING SPORTS INC RANGE CS

State: NY
City: MARCY
Address: 9446 RIVER RD
ZIP/Postal Code: 13403
Email: rnmajka@aol.com
Phone: 315404
URL:

Directions | Map | Store Details

## RUNNINGS DIST CS

State: NY
City: ROME
Address: 5865 SUCCESS DR
ZIP/Postal Code: 13440
Email: info@runnings.com
Phone:
URL:

Directions | Map | Store Details



## RUNNINGS

State: NY
City: ROME
Address: 5949 ROME TABERG ROAD
ZIP/Postal Code: 13440
Email: info@runnings.com
Phone: 5075329566
URL:

Directions | Map | Store Details



## VERNON NATIONAL SHOOTING PRESERVE

State: NY
City: VERNON CENTER
Address: 3291 BURNS ROAD
ZIP/Postal Code: 13477
Email: ronacee@aol.com
Phone:
URL:

Directions | Map | Store Details



‹ 119 120 121 122 123 124 125 of 192 ›



**FIREARMS**
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty
Activation

**CUSTOMER SERVICE**
Returns
Order History
Contact Us

**COMPANY**
Galleries
Careers
Team Beretta
Affiliate Program
Deals & Promotions
Blog
Events
Sitemap

**STAY INFORMED**

SIGN UP FOR NEWS & UPDATES

**FOLLOW US**


© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User Submissions | Site Map

**ALSO OF INTEREST**
BERETTA GALLERY - MEMPHIS

## EVANCHAK TIMOTHY D

State: NY
City: ELBRIDGE
Address: 1404 ROUTE 5
ZIP/Postal Code: 13060
Email: timsgunsny@gmail.com
Phone: 3156895301
URL: https://www.timsgunsny.com/

Directions | Map | Store Details



## FER SHOOTING SPORTS INC

State: NY
City: MARCY
Address: 9446 RIVER ROAD
ZIP/Postal Code: 13403
Email: rnmajka@aol.com
Phone: 3154045024
URL:

Directions | Map | Store Details



## FER SHOOTING SPORTS INC RANGE CS

State: NY
City: MARCY
Address: 9446 RIVER RD
ZIP/Postal Code: 13403
Email: rnmajka@aol.com
Phone: 315404
URL:

Directions | Map | Store Details

## RUNNINGS DIST CS

State: NY
City: ROME
Address: 5865 SUCCESS DR
ZIP/Postal Code: 13440
Email: info@runnings.com
Phone:
URL:

Directions | Map | Store Details



## RUNNINGS

State: NY
City: ROME
Address: 5949 ROME TABERG ROAD
ZIP/Postal Code: 13440
Email: info@runnings.com
Phone: 5075329566
URL:

Directions | Map | Store Details



## VERNON NATIONAL SHOOTING PRESERVE

State: NY
City: VERNON CENTER
Address: 3291 BURNS ROAD
ZIP/Postal Code: 13477
Email: ronacee@aol.com
Phone:
URL:

Directions | Map | Store Details



‹ 119  120  121  **122**  123  124  125  of 192 ›



FOLLOW US
   

**FIREARMS**
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty Activation

**CUSTOMER SERVICE**
Returns
Order History
Contact Us

**COMPANY**
Galleries
Careers
Team Beretta
Affiliate Program
Deals & Promotions
Blog
Events
Sitemap

**STAY INFORMED**



© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User Submissions | Site Map

**ALSO OF INTEREST**

BERETTA GALLERY - MEMPHIS

BERETTA GALLERY - NEW YORK    Find a Service Center

Document title: Beretta Dealer Locator
Capture URL: https://www.beretta.com/en-us/dealer-locations/?pg=122
Capture timestamp (UTC): Thu, 18 May 2023 17:59:31 GMT



| | |
|---|---|
| Document title: | Beretta Dealer Locator |
| Capture URL: | https://www.beretta.com/en-us/dealer-locations/?pg=123 |
| Page loaded at (UTC): | Thu, 18 May 2023 17:59:40 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:00:15 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 9PGNqE2FyQLZ5n3opmqUw1 |
| User: | wag-epeters |

Case 2:23-cv-00113-MKD    ECF No. 37-1    filed 06/01/23    PageID.581    Page 37 of 100



# BERETTA

FIREARMS   GUN ACCESSORIES   CLOTHING   GUN CASES   MILITARY & LE   COMPANY   SALE

Search Beretta 🔍    🛒 0

## Find a Location

Locate a Beretta dealer near you to get a first-hand look at our line of firearms, accessories and apparel.



Search by:

◉ City, State  ○ Zip Code

City: [_____]

State: [-- ALL -- ▾]  [25 mile ▾]

**CLEAR**    **SEARCH BERETTA**

EXCLUSIVE OFFER

‹ 120 121 122 123 124 125 126 of 192 ›

### BASS PRO 71 UTICA CS

| | |
|---|---|
| State: | NY |
| City: | UTICA |
| Address: | 710 HORATIO ST |
| ZIP/Postal Code: | 13502 |
| Email: | |
| Phone: | |
| URL: | |

Directions | Map | Store Details

### RUNNINGS

| | |
|---|---|
| State: | NY |
| City: | WATERTOWN |
| Address: | 21082 PIONEER PLAZA DRIVE |
| ZIP/Postal Code: | 13601 |
| Email: | info@runnings.com |
| Phone: | |
| URL: | |

Directions | Map | Store Details



### MAYHOODS SPORTING GOODS

| | |
|---|---|
| State: | NY |
| City: | NORWICH |
| Address: | 5217 STATE HWY 12 |
| ZIP/Postal Code: | 13815 |
| Email: | maysport@frontiernet.net |
| Phone: | 6073342001 |
| URL: | https://www.mayhoods.com/ |

Directions | Map | Store Details



### SUGARBUSH ARMORY LLC

| | |
|---|---|
| State: | NY |
| City: | ATTICA |
| Address: | 1427 MAXON RD |
| ZIP/Postal Code: | 14011 |
| Email: | freedom@sugarbusharmory.com |
| Phone: | 5853565874 |
| URL: | https://www.sugarbusharmory.com/ |

Directions | Map | Store Details



### JOHNSON'S COUNTRY STORE

| | |
|---|---|
| State: | NY |
| City: | LOCKPORT |
| Address: | 6221 ROBINSON RD |
| ZIP/Postal Code: | 14094 |
| Email: | johnsoncs@aol.com |
| Phone: | 7164349411 |
| URL: | |

Directions | Map | Store Details

### RUNNINGS

| | |
|---|---|
| State: | NY |
| City: | LOCKPORT |
| Address: | 5789 S TRANSIT ROAD |
| ZIP/Postal Code: | 14094 |
| Email: | info@runnings.com |
| Phone: | |
| URL: | |

Directions | Map | Store Details



## JOHNSON'S COUNTRY STORE

| | |
|---|---|
| State: | NY |
| City: | LOCKPORT |
| Address: | 6221 ROBINSON RD |
| ZIP/Postal Code: | 14094 |
| Email: | johnsoncs@aol.com |
| Phone: | 7164349411 |
| URL: | |

Directions | Map | Store Details



## RUNNINGS

| | |
|---|---|
| State: | NY |
| City: | LOCKPORT |
| Address: | 5789 S TRANSIT ROAD |
| ZIP/Postal Code: | 14094 |
| Email: | info@runnings.com |
| Phone: | |
| URL: | |

Directions | Map | Store Details

## CABELA'S 058

| | |
|---|---|
| State: | NY |
| City: | CHEEKTOWAGA |
| Address: | 2003 WALDEN AVE |
| ZIP/Postal Code: | 14225 |
| Email: | |
| Phone: | |
| URL: | |

Directions | Map | Store Details

## RUNNINGS

| | |
|---|---|
| State: | NY |
| City: | BROCKPORT |
| Address: | 4828 LAKE ROAD |
| ZIP/Postal Code: | 14420 |
| Email: | info@runnings.com |
| Phone: | |
| URL: | |

Directions | Map | Store Details



## RUNNINGS

| | |
|---|---|
| State: | NY |
| City: | CANANDAIGUA |
| Address: | 3191 CR #10 |
| ZIP/Postal Code: | 14424 |
| Email: | info@runnings.com |
| Phone: | 5075329566 |
| URL: | |

Directions | Map | Store Details



## JTH AGENCY

| | |
|---|---|
| State: | NY |
| City: | PITTSFORD |
| Address: | 50 STATE STREET |
| ZIP/Postal Code: | 14534 |
| Email: | jth@jthagency.com |
| Phone: | 5853813511 |
| URL: | |

Directions | Map | Store Details

‹ 120 121 122 **123** 124 125 126 of 192 ›

 BERETTA

FOLLOW US





**FIREMS**
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty Activation

**CUSTOMER SERVICE**
Returns
Order History
Contact Us

**COMPANY**
Galleries
Careers
Team Beretta
Affiliate Program
Deals & Promotions
Blog
Events
Sitemap

**STAY INFORMED**

SIGN UP FOR NEWS & UPDATES

© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User Submissions | Site Map

**ALSO OF INTEREST**

BERETTA GALLERY - MEMPHIS

BERETTA GALLERY - NEW YORK    Find a Service Center

Document title: Beretta Dealer Locator
Capture URL: https://www.beretta.com/en-us/dealer-locations/?pg=123
Capture timestamp (UTC): Thu, 18 May 2023 18:00:15 GMT



| | |
|---|---|
| Document title: | Beretta Dealer Locator |
| Capture URL: | https://www.beretta.com/en-us/dealer-locations/?pg=124 |
| Page loaded at (UTC): | Thu, 18 May 2023 18:00:21 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:02:02 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | ihD11HQhUJBLXKdUekBKWU |
| User: | wag-epeters |

CUSTOMER SERVICE    SIGN IN | REGISTER

COUNTRY: UNITED STATES

# BERETTA

FIREARMS    GUN ACCESSORIES    CLOTHING    GUN CASES    MILITARY & LE    COMPANY    SALE

Search Beretta



EXCLUSIVE OFFER

## Find a Location

Locate a Beretta dealer near you to get a first-hand look at our line of firearms, accessories and apparel.

Search by:

● City, State  ○ Zip Code

City: [          ]

State: [ -- ALL -- ]  [ 25 mile ]

**CLEAR**    **SEARCH BERETTA**

‹ 121 122 123 124 125 126 127 of 192

### JTH AGENCY

| | |
|---|---|
| State: | NY |
| City: | PITTSFORD |
| Address: | 50 STATE STREET |
| ZIP/Postal Code: | 14534 |
| Email: | jth@jthagency.com |
| Phone: | 5853813511 |
| URL: | https://www.jthagency.com/ |

Directions | Map | Store Details

### BLACK WING SHTG CTR

| | |
|---|---|
| State: | OH |
| City: | DELAWARE |
| Address: | 3722 MARYSVILLE ROAD |
| ZIP/Postal Code: | 43015 |
| Email: | buyer@blackwingsc.com |
| Phone: | 7403637555 |
| URL: | https://www.blackwingsc.com/ |

Directions | Map | Store Details

### BLACK WING SHTG CTR

| | |
|---|---|
| State: | OH |
| City: | DELAWARE |
| Address: | 3722 MARYSVILLE ROAD |
| ZIP/Postal Code: | 43015 |
| Email: | buyer@blackwingsc.com |
| Phone: | 7403637555 |
| URL: | https://www.blackwingsc.com/ |

Directions | Map | Store Details



### VANCE OUTDOORS

| | |
|---|---|
| State: | OH |
| City: | HEBRON |
| Address: | 150 ARROWHEAD BLVD |
| ZIP/Postal Code: | 43025 |
| Email: | tvance@vanceoutdoors.com |
| Phone: | 6144717353 |
| URL: | https://www.vanceoutdoors.com/ |

Directions | Map | Store Details



### VANCE OUTDOORS INC.

| | |
|---|---|
| State: | OH |
| City: | HEBRON |
| Address: | 150 ARROWHEAD BLVD |
| ZIP/Postal Code: | 43025 |
| Email: | |

### RANGE USA - LEWIS CENTER CS

| | |
|---|---|
| State: | OH |
| City: | LEWIS CENTER |
| Address: | 99 ORANGE POINT DR. |
| ZIP/Postal Code: | 43035 |
| Email: | |

## VANCE OUTDOORS INC.

|  |  |
|---|---|
| State: | OH |
| City: | HEBRON |
| Address: | 150 ARROWHEAD BLVD |
| ZIP/Postal Code: | 43025 |
| Email: | |
| Phone: | |
| URL: | |

Directions | Map | Store Details



## RANGE USA - LEWIS CENTER CS

|  |  |
|---|---|
| State: | OH |
| City: | LEWIS CENTER |
| Address: | 99 ORANGE POINT DR. |
| ZIP/Postal Code: | 43035 |
| Email: | |
| Phone: | |
| URL: | rangeusa.com |

Directions | Map | Store Details



## AIMHI INC CS

|  |  |
|---|---|
| State: | OH |
| City: | NEW ALBANY |
| Address: | 10299 JOHNSTOWN RD. |
| ZIP/Postal Code: | 43054 |
| Email: | SALES@GOAIMHI.COM |
| Phone: | 614939 |
| URL: | goaimhi.com |

Directions | Map | Store Details



## AMCHAR WHOLESALE INC

|  |  |
|---|---|
| State: | NY |
| City: | ROCHESTER |
| Address: | 100 AIRPARK DRIVE |
| ZIP/Postal Code: | 14624 |
| Email: | |
| Phone: | 7163283951 |
| URL: | |

Directions | Map | Store Details



## WHITETAIL LLC

|  |  |
|---|---|
| State: | NY |
| City: | OLEAN |
| Address: | DBA WHITETAIL COUNTRY SPORTS WORLD |
| ZIP/Postal Code: | 14760 |
| Email: | whitetailcountry@verizon.net |
| Phone: | |
| URL: | |

Directions | Map | Store Details



## HESSELSONS

|  |  |
|---|---|
| State: | NY |
| City: | ELMIRA HEIGHTS |
| Address: | 163 EAST 14TH STREET |
| ZIP/Postal Code: | 14903 |
| Email: | info@hesselsons.com |
| Phone: | 6077334665 |
| URL: | |

Directions | Map | Store Details



‹   121   122   123   124   125   126   127   of 192   ›



FOLLOW US



© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy
Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User
Submissions | Site Map

**FIREMS**
Pistols
Shotguns
Rifles
User Manuals
Dealer Locator
Warranty
Activation

**CUSTOMER SERVICE**
Returns
Order History
Contact Us

**COMPANY**
Galleries
Careers
Team Beretta
Affiliate Program
Deals & Promotions
Blog
Events
Sitemap

**STAY INFORMED**

SIGN UP FOR NEWS & UPDATES

**ALSO OF INTEREST**

BERETTA GALLERY - MEMPHIS

BERETTA GALLERY - NEW YORK   Find a Service Center

# Exhibit 5



| | |
|---|---|
| Document title: | Take a Look at the Features of the New Beretta 80X Cheetah - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=uKwUBFvR-40 |
| Page loaded at (UTC): | Thu, 18 May 2023 18:27:08 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:29:02 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | ckuYevwRNcHBcR9svSMShv |
| User: | wag-epeters |



## Take a Look at the Features of the New Beretta 80X Cheetah

Beretta
110K subscribers

[Subscribe]    👍 371 👎    Share    Save    •••

4,480 views  May 13, 2023

The Beretta 80X Cheetah reimagines the legendary platform, with a new sleek design and enhanced features. Ergonomically redesigned for modern day carry, the 80X Cheetah includes a smaller Vertec style grip profile, the X-treme S Double/Single trigger, skeletonized hammer, a 13+1 round capacity, and comes optics-ready out of the box.

Show less

License    Creative Commons Attribution license (reuse allowed)

53 Comments    Sort by

  Add a comment...

 **Larry Frye** 4 days ago
Nice to see Beretta getting more active on YouTube.
👍 14  👎    Reply

 **Rb889** 2 days ago
Glad to see one of the classics brought back in a modern format. However, like most, I'm not getting into 380, I can't justify getting a weaker and more expensive cartridge when everything else is in 9mm. I would love to see a 9mm variant of the 80X, or a shrunk down 92 variant with the same dimensions. Not sure what kind of design changes that would entail, but it would definitely be popular. I love the size, controls, and features, just not the cartridge.
👍 2  👎    Reply

 **Mike Skidmore** 5 days ago
Great .. I like hand guns with an external hammer yet.. It can be costly to add an optic to the older model guns.  Nice to see a Modern version .
👍 3  👎    Reply

 **Zeke Anderson** 4 days ago
Love that Beretta came out with this beauty again. Unfortunately the gun store I work at is not going to carry this firearm. They dislike Beretta. I asked to special order one they said no. So I am gonna go to our competition and buy one. See sig ,smith and now Springfield gives points to how many you sell so the salesman get free stuff.
👍 5  👎    Reply
  ⌄ 1 reply

 **monax 3 x** 5 days ago
It is really very beautiful and perfect and almost the most complete handgun I have ever seen
👍  👎    Reply

 **Duke's Sport Shop** 2 days ago (edited)
Great video! Now make more as we can't keep them in stock! 😅
👍  👎    Reply

 **Aaron Mast** 3 days ago
looks dope if they have an option thats not vertec i would pick one up

 New Beretta 80X Cheetah 2023 | Most Powerful Gun So Far us
The Rifles Regiment
2.7K views • 3 weeks ago
2:16

 The NEW Single Action Only Beretta 92 Xi
TFBTV Show Time
127K views • 4 months ago
3:23

 5 Common Pistol Shooting Mistakes We See At Classes
Tactical Hyve ✓
2.4M views • 2 years ago
13:38

 The Beretta Cheetah Series: Fun Size Duty Pistols
Lucky Gunner Ammo
263K views • 1 year ago
14:49

 Présentation FNX45 CIVILIAN GBB FN HERSTAL AIRSOFT
DG Gear – unboxing, présentations ...
249 views • 2 weeks ago
1:28

 The Beretta PX4 Storm is an Underrated Gem for Conceale...
Gunscom
11K views • 2 weeks ago
11:00

 How to use a Beretta M9/92/96 in under 60 seconds
Gunghis_Kahn ✓
760K views • 1 year ago
1:00

 Introducing the Beretta 92XI
Beretta
188K views • 3 weeks ago
1:27

 How an AR-15 Works
Matt Rittman ✓
8.9M views • 9 months ago
8:34

 Rusty Italian Rifle Restoration: 80 Years Hidden in a Wall
Backyard Ballistics ✓
6.7M views • 1 year ago
18:31

 Introducing the Beretta SO Sparviere 'Rocky' Shotgun
Beretta
4.1K views • 4 months ago
1:20

 New Beretta 80X Cheetah SHOT Show 2023
Gunscom
27K views • 3 months ago
2:20

 Massad Ayoob - Can Training Be Used Against You In Court?...
Wilson Combat
55K views • 4 days ago
New
9:19

 Anatomy of a Headshot
Dark Science ✓
23M views • 2 years ago
6:56

 M1Carbine v Mini 14
Gun News & Reviews
373K views • 3 years ago
28:55

 Beretta APX A1 Burris FastFire 3 Bundle
Beretta
5.2K views • 4 months ago
0:29

 Tests et avis du Beretta 92X Performance en 9mm
sylvain l'armurier
19K views • 2 years ago
13:35

# Exhibit 6



| | |
|---|---|
| Document title: | BERETTA on Twitter: "The new Beretta 80X Cheetah pairs perfectly with Norma's NXD .380 ammo. #Beretta #80XCheetah #NormaPrecision #NXD #NormaAmmo #ThePerfectPair https://t.co/mctd1VInmf" / Twitter |
| Capture URL: | https://twitter.com/Beretta_USA/status/1658246402982420481?cxt=HHwWgoCx_aqUo4MuAAAA |
| Page loaded at (UTC): | Thu, 18 May 2023 18:30:40 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:30:59 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | ttvuoRow2849p7KWPmAvCy |
| User: | wag-epeters |

PDF REFERENCE #:          gqY3EZVs7fwn2KKQ7nbKMn



Tweet

Search Twitter

# Explore

Settings

**BERETTA**
@Beretta_USA

The new Beretta 80X Cheetah pairs perfectly with Norma's NXD .380 ammo.

#Beretta #80XCheetah #NormaPrecision #NXD #NormaAmmo #ThePerfectPair

11:02 PM · May 15, 2023 · **18K** Views

**55** Retweets **3** Quotes **476** Likes **3** Bookmarks

**cbak22** @cbak22 · May 15
I got that Norma in the 9 all the time!

BERETTA

1 2 135

Show replies

**Neal Davis (That/Guy)** @NealDav80449822 · May 15
Sexy!

60

**FRANK NESCI** @FRANKNESCI · May 16
crack...anyone hear that?

57

Show more replies

See what's happening

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**BERETTA**
@Beretta_USA
Follow
The Official Twitter account of #Beretta USA.

**What's happening**

MLB · LIVE
**Rays at Mets**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

# Exhibit 7



| | |
|---|---|
| Document title: | (1) BERETTA \| Facebook |
| Capture URL: | https://www.facebook.com/BERETTAusa/ |
| Page loaded at (UTC): | Thu, 18 May 2023 18:17:37 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:20:04 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | eau573BZeVvZwYGaXzEAq5 |
| User: | wag-epeters |





**BERETTA's Post**

BERETTA
April 29 at 8:48 PM ·

A new frontier for the 92. The new 92XI offers a premium H-Series Cerakote® finish that is highly durable.

895 62 comments 55 shares

Like Comment Share

Most relevant

**Aaron F Dixon**
You're really tempting my wallet with this one BERETTA
Like Reply 2w

Top fan
**John Lacaria**

Like Reply 2w

**David Jones**

Like Reply 2w

**Gabe Killman**
I'd really like to see a full sized frame option, and not those adaptive grips. The Vertec grip is okay, but that traditional 92 grip is perfection!
Like Reply 2w

Write a comment...

| | |
|---|---|
| Document title: | BERETTA \| Facebook |
| Capture URL: | https://www.facebook.com/BERETTAusa/ |
| Page loaded at (UTC): | Thu, 18 May 2023 18:17:37 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:20:33 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | kSNv7QfobnniY3EqMhQpDx |
| User: | wag-epeters |





**BERETTA's Post**

**BERETTA**
April 28 at 7:25 PM ·

The 92XI brings the long-awaited frame mounted safety to the standard 92 family of products, as well as a single action only variant and various ergonomic enhancements.

373 · 43 comments 13 shares

Like · Comment · Share

Most relevant

**Jim Hill**
Love it!

Like Reply 2w · 3

**Chase Wright**
If we wanted a 1911, we would buy a 1911.
G series master race!
Like Reply 2w · 3
5 Replies

**Joshua Martindale**
I'll stick with my 92fs M9 replica that I got in 2012. I had a choice between a 92fs Italian made or a USA made M9 replica. I chose the M9 because it was $20 cheaper. 😊
Like Reply 2w

Top fan
**MoJoe Fallen**
I need that catalog!
Like Reply 2w

**Devon Kieft**
Nice that they're investing so heavily in the 92 line. Thought they were going to phase them out for awhile there in the late 2010's.
Like Reply 2w

**Robert Hinrichs**
I just bought the 92x and wish I had waited for this. Oh well, I tossed a G decocker only kit in mine and I love it.
Like Reply 2w · 3

Write a comment...

| | |
|---|---|
| Document title: | BERETTA | Facebook |
| Capture URL: | https://www.facebook.com/BERETTAusa/ |
| Page loaded at (UTC): | Thu, 18 May 2023 18:17:37 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:21:20 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | d1H5k6oXJGZrQggRjDcXUK |
| User: | wag-epeters |





**BERETTA's Post**

**BERETTA**
April 24 at 10:40 PM ·

Introducing the next evolution of the 90 Series – the 92Xi. The 92Xi brings the long-awaited frame mounted safety to the standard 92 family of products, as well as a single action only variant and various ergonomic enhancements. Featuring a flat trigger profile for consistent engagement, a lightweight skeletonized hammer, Vertec style frame built for comfort, heavily-checkered frame, fiber optic front sight for faster sight acquisition, and the option for MRDS optics mounting makes this a high performing, reliable choice for personal defense and competition.

1K 129 comments 96 shares

Like Comment Share

Most relevant

Top fan
**James Rea**
I got mine a couple months ago. I really like it.

Like Reply 3w 3

1 Reply

Top fan
**MoJoe Fallen**
Love mine!

Like Reply 3w 3

Author
**BERETTA**
🙌

Like Reply 3w

Top fan
**Mitchell Kirkman**
I've got one of the standard XI's. I do enjoy it and like it but the accessory rail won't accommodate a Surefire X300. Looks like too much material left on the front face of the trigger guard. Other than that it's a great version. Wish the included mags were a little better quality, followers seem to want to stick in them sometimes. Great handgun though.

Like Reply 3w 2

Top fan
**Daniel Greifemberg**
Sweet ! You guys gotta stop releasing great guns! I have no more room in safe!

Write a comment...

Document title: BERETTA | Facebook
Capture URL: https://www.facebook.com/BERETTAusa/
Capture timestamp (UTC): Thu, 18 May 2023 18:21:20 GMT

| | |
|---|---|
| Document title: | BERETTA | Facebook |
| Capture URL: | https://www.facebook.com/BERETTAusa/ |
| Page loaded at (UTC): | Thu, 18 May 2023 18:17:37 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:22:10 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 4BHxCARby8jCBwWdj8JQvr |
| User: | wag-epeters |

PDF REFERENCE #:        w7UNnoBnXt9i9ktK5vGxgR





BERETTA's Post

BERETTA
April 22 at 10:31 PM ·

Proven. Modern. Reliable. All in one dependable bundle.

The Beretta M9A4 represents the pinnacle of the Beretta M9 series of pistols while the Steiner MPS Micro Pistol Sight brings battle-proven durability and mil-spec ruggedness in an all-metal construction.

722 · 98 comments 47 shares

Like Comment Share

Most relevant

Francisc R. Varga

Like Reply 3w · 7

Joshua Brennan

Like Reply 3w · 2

Author
BERETTA
Joshua Brennan 🙌
Like Reply 3w

Jason Cannon

Like Reply 3w · 4

1 Reply

Lance Jones
I want
Like Reply 3w

Shane Schultz
love optics on rifles but never used one on a handgun. I guess I feel its unnecessary for threats within 10ft.
Like Reply 3w

6 Replies

Richard Shirley
Love this one

Write a comment...

Beretta | Plain Lightwei... $47.60 $119.00
Beretta | Wood Flannel... $35.60 $89.00

Page transparency

Add your business to Fa...

Privacy · Terms · Advertising · Ad Choices

• Vertec-style frame with interchangeable grip panels... See more

| | |
|---|---|
| Document title: | BERETTA \| Facebook |
| Capture URL: | https://www.facebook.com/BERETTAusa/ |
| Page loaded at (UTC): | Thu, 18 May 2023 18:17:37 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:22:35 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | jYEYmCnFqrFjToyPdvvaYn |
| User: | wag-epeters |

PDF REFERENCE #:          tDaNJJBBJWnRNU9mnu3ux5





**BERETTA's Post**

BERETTA
April 20 at 9:02 PM ·

The NEW Beretta A300 Ultima Sporting offers an enlarged loading port, extended bolt release and bolt handle make operating the gun easy and intuitive.

219 · 5 comments 8 shares

Like Comment Share

Most relevant

**John Arrowood**
The a300 rocked my turkey this year!

Like Reply 3w

Author
**BERETTA**
**John Arrowood** Congrats!
Like Reply 3w

**Craig Stefanisko**
I wish that it had a "real" adjustable comb, instead of just a blacked out silhouette of one!
Like Reply 3w

**Zsolt Zambo**
A 300

Like Reply See translation 3w

Top fan
**Claudio Ferreira**
Para caça de marrecas
Like Reply See translation 3w

Write a comment...

Document title: BERETTA | Facebook
Capture URL: https://www.facebook.com/BERETTAusa/
Capture timestamp (UTC): Thu, 18 May 2023 18:22:35 GMT

| | |
|---|---|
| Document title: | BERETTA \| Facebook |
| Capture URL: | https://www.facebook.com/BERETTAusa/ |
| Page loaded at (UTC): | Thu, 18 May 2023 18:17:37 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:23:05 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | qsP8CvbwQZpK81BQoUTBQn |
| User: | wag-epeters |



**BERETTA's Post**

**BERETTA**
April 19 at 9:13 PM · 🌐

Beretta's Kick-Off® recoil reduction system provides enhanced stability, comfort, and control for faster follow up shots.

👍 3.7K                                              46 comments  99 shares

👍 Like                💬 Comment              ↗ Share

Most relevant ▾

**Steve Clark**
I should start with his elbows lane a lot higher 😄
Like    Reply    4w        👍😄 3
↳ 1 Reply

**Carlos Robes**
I like sports
Like    Reply    3w

**Makhoba Sbonelo**
Nice sport
Like    Reply    3w

**Ali Shaban**
Hydraulic system reduces the reflection in a way u won't feel that u shooting which is bad
Like    Reply    3w

**Bienvenu Kounnou**
C'est combien
Like    Reply    See translation    3w

**Philippe Guilbert**
😊👍
Like    Reply    3w

**Γιώργος Γαλετάκης**
👍
Like    Reply    3w

**Idinei Lumertz**
🤗
Like    Reply    4w

**Matt Nowak**
JUNK HAD ONE DID NOT LIKE IT====BENELLI BETTER
Like    Reply    3w        👍 2
↳ 2 Replies

**Alain Robert**
Les fusil c'est comme toutes choses tu aime ou pas moi j'ai le même que lui et je jure que par ce fusil là pourtant j'ai posséder plusieurs marques pour chasser exclusivement remington browning savage benelli et je préfère le beret ta pour la chasse tout est fait après ce fusil pour mettre le tireur à l'aise
Like    Reply    See translation    3w

**حبيب الطرودي**
pistole beretta più belle del mondo,

Write a comment...



Document title:              BERETTA | Facebook

Capture URL:                 https://www.facebook.com/BERETTAusa/

Page loaded at (UTC):        Thu, 18 May 2023 18:17:37 GMT

Capture timestamp (UTC):     Thu, 18 May 2023 18:24:03 GMT

Capture tool:                10.20.33

Collection server IP:        3.90.170.83

Browser engine:              Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                             Gecko) Chrome/108.0.5359.215 Safari/537.36

Operating system:            Windows_NT (Node 16.17.1)

PDF length:                  2

Capture ID:                  iF6aQhTDfYc6CyNBvUtwdU

User:                        wag-epeters



April 14

Learn More

April 13

Learn More

April 13

Learn More

April 12

Learn More

April 10

Learn More

April 9

Learn More

**BERETTA's Post**

**BERETTA**
April 13 ·

Norma Precision and Beretta have teamed up to offer this one of kind packaged deal! Click the link to find out more: http://bit.ly/41d9P0z

695 · 18 comments 24 shares

Like Comment Share

Most relevant

Top fan
**William Barnette**
Wow! That's a great deal and a good idea!
Like Reply 4w

Top fan
**Gerard Trippitelli**
Beretta, pls get this gun and the PX4 Storm Compact on the California approved list. Please
Like Reply 4w

Top fan
**Michael Callari**
**Gerard Trippitelli** Wasn't the CA pistol list overturned in court recently?
Like Reply 4w

Top fan
**Gerard Trippitelli**
**Michael Callari** I'll check
Like Reply 4w

Top fan
**Gerard Trippitelli**
**Michael Callari** Ninth Circuit over ruled the decision so the approved list still is in effect
Like Reply 4w

Most Relevant is selected, so some replies may have been filtered out.

**Cody Beem**
Make an 80x in 9mm!!
Like Reply 4w

Top fan
**Sergio De La Fuente**
She's a beaut.
Like Reply 4w

**Kevin McCartney**
is the 80x in black and in the bronze available. I am an FFL and NONE of the Wholsalers have them or seem to know anything about them.
Like Reply 4w

**J. Kent Eckles**
**Kevin McCartney** Beretta is on record saying they'd ship April 1st or 15th.
Like Reply 4w

Write a comment...

# Exhibit 8



| | |
|---|---|
| Document title: | Beretta Usa \| Sugarbush Armory LLC |
| Capture URL: | https://sugarbusharmory.com/product-manufacturer/beretta-usa |
| Page loaded at (UTC): | Thu, 18 May 2023 18:38:46 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:40:35 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 27 |
| Capture ID: | t7qBaueJuhabqYGQNZ5puN |
| User: | wag-epeters |



SHOP | ABOUT US | EVENTS/RAFFLES | GALLERY | OUR TEAM | TRANSFERS | FUNDRAISERS | GUNSMITH | TRAINING

# BERETTA USA



## 890 PRODUCTS FOUND



**FILTER PRODUCTS**

Sort By
Relevance

Show
100

1  2  3  ⏭

Selected

Manufacturer: Beretta Usa

☐ Hide out of stock

Category +
Brand +
Price +
Accessories +
Action +
Action Type +
Application +
Approved +
Barrel Description +
Barrel Finish +
Barrel Length +
Barrel Length In Inches +
Barrel Length Range +
Barrel Type +
Belt Size +
Bristle Type +
Caliber +
Caliber Or Gauge +
Capacity +
Chamber +
Checkering +
Choke Configuration +
Choke Size +

Beretta USA J40AW18L A400 Xplor Action 12 Gauge 28...

Brand  Beretta Usa
SKU  J40AW18L
UPC  082442733302

**$1,812.99**

☐ Select   COMPARE

**ADD TO CART**

**ADD TO WISHLIST**

Beretta USA J40AK18L A400 Xplor Action 12 Gauge 28...

Brand  Beretta Usa
SKU  J40AK18L
UPC  082442733319

**$1,900.99**

☐ Select   COMPARE

**ADD TO CART**

**ADD TO WISHLIST**

Beretta USA J40AW16 A400 Xplor Action 12 Gauge 26"...

Brand  Beretta Usa
SKU  J40AW16
UPC  082442707686

~~$1,787.99~~

**$1,699.00**

Beretta USA J40AY26 A400 Xplor Action 20 Gauge 26"...

Brand  Beretta Usa
SKU  J40AY26
UPC  082442582276

**$1,875.99**



Brand  **Beretta Usa**
SKU  J40AW...
UPC  082442707686

~~$1,787.99~~

$1,699.00

Brand  **Beretta Usa**
SKU  ...
UPC  082442582276

$1,875.99

☐ Select  COMPARE          ☐ Select  COMPARE

**ADD TO CART**          **ADD TO CART**

**ADD TO WISHLIST**          **ADD TO WISHLIST**

Beretta USA J131T18C 1301 Tactical 12 Gauge 18.50"...

Brand  **Beretta Usa**
SKU  J131T18C
UPC  082442894126

~~$1,259.00~~

$1,218.99

Beretta USA J30TJ10C A300 Outlander Sporting RL 12...

Brand  **Beretta Usa**
SKU
UPC  082442901350

$1,006.99

☐ Select  COMPARE          ☐ Select  COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**          **ADD TO WISHLIST**

Beretta USA J40AN26 A400 Upland 20 Gauge 26" 2+1 3...

Brand  **Beretta Usa**
SKU  J40AN26
UPC  082442923772

$1,937.99

Beretta USA J40AC24 A400 Lite Compact 20 Gauge 24"...

Brand  **Beretta Usa**
SKU  J40AC24
UPC  082442885001

~~$1,520.00~~

$1,425.99



Brand **Beretta Usa**
SKU J40AN26
UPC 082442923772

$1,937.99

Brand **Beretta Usa**
SKU J40AN20
UPC 082442885001

$~~1,520.00~~

$1,425.99

☐ Select   COMPARE

**ADD TO CART**

**ADD TO WISHLIST**

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

---

Beretta USA J40AC26 A400 Lite Compact 20 Gauge 26"...

Brand **Beretta Usa**
SKU J40AC26
UPC 082442885018

$~~1,520.00~~

$1,425.99

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

Beretta USA 1301 Comp semi-auto shotgun 12G 21" 5+...

Brand **Beretta Usa**
SKU J131C11N
UPC 082442884745

$~~1,369.00~~

$1,349.00

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

---

Beretta USA J9A4F10 96A1 40 S&W 4.90" 12+1 Black ...

Brand **Beretta Usa**
SKU J9A4F10
UPC 082442111100

$812.99

Beretta USA J9A4F11 96A1 40 S&W 4.90" 10+1 Black ...

Brand **Beretta Usa**
SKU J9A4F11
UPC 082442111117

$812.99



Beretta Usa
SKU J30A4F18
UPC 082442111100

$812.99

☐ Select   COMPARE

**ADD TO CART**

**ADD TO WISHLIST**

Beretta Usa
SKU J30A4F18
UPC 082442111117

$812.99

☐ Select   COMPARE

**ADD TO CART**

**ADD TO WISHLIST**

NO IMAGE

Beretta USA J30TT18 A300
Outlander 12 Gauge 28" 3+...

Brand   Beretta Usa
SKU
UPC   082442189406

$731.99

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

Beretta USA J30TA18 A300
Outlander 12 Gauge 28" 3+...

Brand   Beretta Usa
SKU   J30TA18
UPC   082442189390

~~$899.00~~

$831.99

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

Beretta USA J40AW18 A400
Xplor Action 12 Gauge 28"...

Brand   Beretta Usa
SKU   J40AW18
UPC   082442707709

$1,787.99

Beretta USA J40AA26 A400
Xplor Action 20 Gauge 26"...

Brand   Beretta Usa
SKU   J40AA26
UPC   082442582252

$1,787.99



Brand   Beretta Usa
SKU   J40AA26
UPC   082442707709        UPC   082442702252

$1,787.99        $1,787.99

☐ Select   COMPARE        ☐ Select   COMPARE

**OUT OF STOCK**        **ADD TO CART**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**        **ADD TO WISHLIST**

Beretta USA J40AA28 A400        Beretta USA J40AY28 A400 Xplor
Xplor Action 20 Gauge 28"...        Action 20 Gauge 28"...

Brand   Beretta Usa        Brand   Beretta Usa
SKU   J40AA28        SKU   J40AY28
UPC   082442582269        UPC   082442582351

$1,787.99        $1,875.99

☐ Select   COMPARE        ☐ Select   COMPARE

**ADD TO CART**        **ADD TO CART**

**ADD TO WISHLIST**        **ADD TO WISHLIST**

BERETTA A400 XPLOR        Beretta USA J131T18G 1301
SHOTGUN 28G BRNZ 26        Tactical 12 Gauge 18.50"...

Brand   Beretta Usa        Brand   Beretta Usa
SKU   J40AA86        SKU   J131T18G
UPC   082442709116        UPC   082442894188

$1,787.99        $~~1,359.00~~

$1,306.99



SKU J40rA00
UPC 082442709116

$1,787.99

SKU J1311100
UPC 082442894188

$1,359.00

$1,306.99

Select COMPARE

ADD TO CART

Select COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST

ADD TO WISHLIST

BERETTA A300 OUTLND SPT 12
30 MCV

Brand Beretta Usa
SKU
UPC 082442893662

$1,006.99

Beretta USA J30TT14 A300
Outlander 12 Gauge 24" 3+...

Brand Beretta Usa
SKU
UPC 082442901343

$731.99

Select COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST

Select COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST

Beretta USA J42XD18L A400
Xtreme Plus 12 Gauge 28"...

Brand Beretta Usa
SKU J42XD18L
UPC 082442893723

$1,950.99

Beretta USA J686FN8 686 Silver
Pigeon I 410 Gauge ...

Brand Beretta Usa
SKU J686FN8
UPC 082442915166

$2,399.00

Select COMPARE

Select COMPARE



SKU    J42KB10L
UPC    082442893723

SKU    J80B1N8
UPC    082442915166

$1,950.99

$2,399.00

☐ Select    COMPARE

☐ Select    COMPARE

ADD TO CART

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST

ADD TO WISHLIST

Beretta USA 1301 Comp Semi-
Auto Shotgun 12 Gauge 2...

Beretta USA J40AN28 A400
Upland 20 Gauge 28" 2+1 3...

Brand    **Beretta Usa**
SKU    J131C14PRO
UPC    082442916200

Brand    **Beretta Usa**
SKU    J40AN28
UPC    082442923789

$1,629.00

$1,937.99

☐ Select    COMPARE

☐ Select    COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO CART

ADD TO WISHLIST

ADD TO WISHLIST

Beretta USA M9 Semi-Auto Pistol
.22 LR 5.30" 10+1 ...

Beretta USA JXF9F20 Px4 Storm
Full Size 9mm Luger ...

Brand    **Beretta Usa**
SKU    J90A1M9F18
UPC    082442736389

Brand    **Beretta Usa**
SKU    JXF9F20
UPC    082442817286

~~$469.00~~

$662.99

$424.99

☐ Select    COMPARE

☐ Select    COMPARE

~~$469.00~~
$424.99

$662.99

☐ Select    COMPARE

**ADD TO CART**

**ADD TO WISHLIST**

☐ Select    COMPARE

**ADD TO CART**

**ADD TO WISHLIST**





Beretta USA JXF9F21 Px4 Storm
Full Size 9mm Luger ...

Beretta USA J90A1M9A1F19 M9
22 LR 4.90" 15+1 Blac...

Brand  **Beretta Usa**
SKU  JXF9F21
UPC  082442818191

Brand  **Beretta Usa**
SKU  J90A1M9A1F19
UPC  082442736372

$662.99

~~$489.00~~

$486.99





☐ Select    COMPARE

**ADD TO CART**

**ADD TO WISHLIST**

☐ Select    COMPARE

**ADD TO CART**

**ADD TO WISHLIST**





Beretta USA J92M9A0M M9
9mm Luger 4.90" 15+1 Blac...

Beretta USA J92M9A0 M9 9mm
Luger 4.90" 10+1 Black...

Brand  **Beretta Usa**
SKU  J92M9A0M
UPC  082442816371

Brand  **Beretta Usa**
SKU  J92M9A0
UPC  082442816838

$737.99

$737.99

☐ Select    COMPARE

**OUT OF STOCK**
NOTIFY WHEN IN STOCK

☐ Select    COMPARE

**OUT OF STOCK**
NOTIFY WHEN IN STOCK

$737.99                                    $737.99



☐ Select    COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



☐ Select    COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA JAXF920 APX 9mm Luger 4.25" 10+1 Matt...**

Brand   **Beretta Usa**
SKU     JS92F300M
UPC     082442874234

**$525.00**

☐ Select    COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA JAXF921 APX 9mm Luger 4.25" 17+1 Matt...**

Brand   **Beretta Usa**
SKU     JAXF921
UPC     082442874241

**$525.00**

☐ Select    COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA JS92F300M 92FS Italy 9mm Luger 4.90" 1...**

Brand   **Beretta Usa**
SKU     JS92F300M
UPC     082442818986

**$700.99**

☐ Select    COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**



**Beretta USA JXF9F20CA Px4 Storm Full Size "CA Comp...**

Brand   **Beretta Usa**
SKU     JXF9F20CA
UPC     082442885674

~~$659.00~~

**$654.99**

☐ Select    COMPARE

**ADD TO CART**

☐ Select    COMPARE                          ☐ Select    COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**                     **ADD TO CART**

**ADD TO WISHLIST**                          **ADD TO WISHLIST**



**Beretta USA JXF9G20CA Px4**
**Storm Full Size "CA Comp...**

Brand   **Beretta Usa**
SKU    JXF9G20CA
UPC    082442885681

**$662.99**



**Beretta USA J131C14N 1301**
**Comp 12 Gauge 24" 5+1 3"...**

Brand   **Beretta Usa**
SKU    J131C14N
UPC    082442884752

**$1,400.99**

☐ Select    COMPARE                          ☐ Select    COMPARE

**ADD TO CART**                              **OUT OF STOCK**
                                             **NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**                          **ADD TO WISHLIST**



**Beretta 92FS Semi-Auto Pistol**
**9mm Luger 4.90" 10+1...**

Brand   **Beretta Usa**
SKU    JS92F300
UPC    082442027104

~~$700.99~~

**$678.00**



**Beretta USA J40CJ10 A400 Xcel**
**Sporting 12 Gauge 30...**

Brand   **Beretta Usa**
SKU    J40CJ10
UPC    082442169408

~~$1,699.00~~

**$1,687.99**

☐ Select    COMPARE                          ☐ Select    COMPARE

**OUT OF STOCK**                             **OUT OF STOCK**
**NOTIFY WHEN IN STOCK**                     **NOTIFY WHEN IN STOCK**

$678.00

☐ Select   COMPARE



**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

☐ Select   COMPARE



**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J40CK12 A400 Xcel Sporting 12 Gauge 32...**

Brand   Beretta Usa
SKU
UPC   082442169439

$1,793.99

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J40CQ12 A400 Xcel Parallel Target 12 G...**

Brand   Beretta Usa
SKU   J40CQ12
UPC   082442196817

~~$1,799.00~~

$1,793.99

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J40CP18 A400 Xcel Parallel Target 12 G...**

Brand   Beretta Usa
SKU   J40CP18
UPC   082442196824

~~$1,799.00~~

$1,793.99

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**



**Beretta USA J40AK16 A400 Xplor Action 12 Gauge 26"...**

Brand   Beretta Usa
SKU   J40AK16
UPC   082442707693

$1,875.99

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J40AK18 A400 Xplor Action 12 Gauge 28"...**

Brand   **Beretta Usa**
SKU   **J40AK18**
UPC   082442707716

### $1,875.99



**Beretta USA J40AA88 A400 Xplor Action 28 Gauge 28"...**

Brand   **Beretta Usa**
SKU   **J40AA88**
UPC   082442709109

### $1,787.99

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J40CK10 A400 Xcel Sporting 12 Gauge 30...**

Brand   **Beretta Usa**
SKU   **J40CK10**
UPC   082442169422

~~$1,799.00~~

### $1,793.99



**Beretta USA J92M9A0CA M9 *CA Compliant 9mm Luger 4...**

Brand   **Beretta Usa**
SKU   **J92M9A0CA**
UPC   082442884967

### $737.99

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

☐ Select   COMPARE

**ADD TO CART**

$1,793.99

☐ Select  COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

☐ Select  COMPARE

**ADD TO CART**

**ADD TO WISHLIST**







Beretta USA J131T18F 1301
Tactical 12 Gauge 18.50"...

Brand  **Beretta Usa**
SKU
UPC   082442894157

~~$1,306.99~~

$1,298.00

☐ Select  COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



Beretta USA J131T18M 1301
Tactical 12 Gauge 18.50"...

Brand  **Beretta Usa**
SKU   **J131T18M**
UPC   082442894218

~~$1,359.00~~

$1,306.99

☐ Select  COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



Beretta USA J42XD16 A400
Xtreme Plus 12 Gauge 26" ...

Brand  **Beretta Usa**
SKU   **J42XD16**
UPC   082442893709

$1,900.99

☐ Select  COMPARE

**ADD TO CART**



Beretta USA J42XD18 A400
Xtreme Plus 12 Gauge 28" ...

Brand  **Beretta Usa**
SKU   **J42XD18**
UPC   082442893716

$1,900.99

☐ Select  COMPARE

**ADD TO CART**



☐ Select    COMPARE

**ADD TO CART**

**ADD TO WISHLIST**

☐ Select    COMPARE

**ADD TO CART**

**ADD TO WISHLIST**

**Beretta USA J40AN16 A400 Upland 12 Gauge 26" 2+1 3...**

Brand   **Beretta Usa**
SKU     J40AN16
UPC     082442894102

**$1,937.99**

☐ Select    COMPARE

**OUT OF STOCK NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

**Beretta USA J40AN18 A400 Upland Semi-Auto 12 Gauge...**

Brand   **Beretta Usa**
SKU     J40AN18
UPC     082442894119

**$1,937.99**

☐ Select    COMPARE

**OUT OF STOCK NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J92G9LTTM 92G Elite LTT 9mm Luger 4.70...**

Brand   **Beretta Usa**
SKU     J92G9LTTM
UPC     082442868912

~~$1,149.00~~

**$1,049.00**

☐ Select    COMPARE

**OUT OF STOCK NOTIFY WHEN IN STOCK**

**Beretta USA 92X Performance semi-auto pistol 9mm L...**

Brand   **Beretta Usa**
SKU     J92XR20
UPC     082442915715

~~$1,629.00~~

**$1,593.99**

☐ Select    COMPARE

**OUT OF STOCK NOTIFY WHEN IN STOCK**

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



Beretta USA J92XR21 92X
Performance 9mm Luger 4.90...

Brand   **Beretta Usa**
SKU   J92XR21
UPC   082442915708

~~$1,629.00~~

$1,529.00

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

Beretta USA J686FJ8V 686 Silver
Pigeon I 12 Gauge ...

Brand   **Beretta Usa**
SKU   J686FJ8V
UPC   082442915067

$2,498.99

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



Beretta USA J686FK8V 686
Vittoria Silver Pigeon I ...

Brand   **Beretta Usa**
SKU   J686FK8V
UPC   082442915104

$2,399.00

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

ADD TO WISHLIST

Beretta USA J686FN6 686 Silver
Pigeon I 410 Gauge ...

Brand   **Beretta Usa**
SKU   J686FN6
UPC   082442915159

$2,349.00

☐ Select   COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

ADD TO WISHLIST

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST



Beretta USA J686SJ0 686 Silver
Pigeon I 12 Gauge 3...

Brand   **Beretta Usa**
SKU     J686SJ0
UPC     082442915197

**$2,623.99**

Select   COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST

Beretta USA J686SJ2 686 Silver
Pigeon I 12 Gauge 3...

Brand   **Beretta Usa**
SKU     J686SJ2
UPC     082442915227

**$2,623.99**

Select   COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST

Beretta USA J92FR920 92X Full
Size 9mm Luger 4.70"...

Brand   **Beretta Usa**
SKU
UPC     082442907574

**$718.99**

Select   COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST

Beretta USA J92FR921 92X Full
Size 9mm Luger 4.70"...

Brand   **Beretta Usa**
SKU     J92FR921
UPC     082442907581

**$718.99**

Select   COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST

NOTIFY WHEN IN STOCK

ADD TO WISHLIST

NOTIFY WHEN IN STOCK

ADD TO WISHLIST



**Beretta USA J92FR920G 92X Full Size 9mm Luger 4.70...**

Brand **Beretta Usa**
SKU **J92FR920G**
UPC **082442907635**

**$718.99**

☐ Select    COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST



**Beretta USA J92FR921G 92X Full Size 9mm Luger 4.70...**

Brand **Beretta Usa**
SKU **J92FR921G**
UPC **082442907642**

**$718.99**

☐ Select    COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST



**Beretta USA J92QR920 92X Centurion 9mm Luger 4.25"...**

Brand **Beretta Usa**
SKU **J92QR920**
UPC **082442907451**

~~$729.00~~

**$718.99**

☐ Select    COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST



**Beretta USA J92QR921 92X Centurion 9mm Luger 4.25"...**

Brand **Beretta Usa**
SKU **J92QR921**
UPC **082442907468**

**$718.99**

☐ Select    COMPARE

OUT OF STOCK
NOTIFY WHEN IN STOCK

ADD TO WISHLIST

ADD TO WISHLIST

ADD TO WISHLIST



**Beretta USA J92QR920G 92X Centurion 9mm Luger 4.25...**

Brand **Beretta Usa**
SKU   J92QR920G
UPC   082442907512

**$718.99**

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J92QR921G 92X Centurion 9mm Luger 4.25...**

Brand **Beretta Usa**
SKU   J92QR921G
UPC   082442907529

**$718.99**

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J686SK0 686 Silver Pigeon I 20 Gauge 3...**

Brand **Beretta Usa**
SKU   J686SK0
UPC   082442915241

**$2,623.99**

☐ Select   COMPARE

**ADD TO CART**

**ADD TO WISHLIST**



**Beretta USA J90A1M9F19 M9 22 LR 5.30" 15+1 Black ...**

Brand **Beretta Usa**
SKU   J90A1M9F19
UPC   082442736396

**$486.99**

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

ADD TO WISHLIST

ADD TO WISHLIST



**Beretta USA J40CS10 A400 Xcel Multitarget 12 Gauge...**

Brand   **Beretta Usa**
SKU   J40CS10
UPC   082442838038

**$3,112.99**

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA A400 Xcel Multitarget Semi-Auto Shotgu...**

Brand   **Beretta Usa**
SKU   J40CT10
UPC   082442794792

**$3,099.00**

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA A400 Xcel Multitarget KO Semi-Auto Sho...**

Brand   **Beretta Usa**
SKU   J40CT12
UPC   082442837956

**$3,099.00**

☐ Select   COMPARE

**ADD TO CART
FOR BEST PRICE**

**ADD TO WISHLIST**



**Beretta USA JXF4F21 Px4 Storm Full Size 40 S&W 4" ...**

Brand   **Beretta Usa**
SKU   JXF4F21
UPC   082442818207

**$675.99**

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**







**Beretta USA J212500 21A Bobcat 22 LR 2.40" 7+1 Sta...**

Brand   Beretta Usa
SKU   J212500
UPC   082442188744

**$606.99**

☐ Select   COMPARE

**ADD TO CART**

**ADD TO WISHLIST**



**Beretta USA JXC9GEL Px4 Storm Compact Carry 9mm Lu...**

Brand   Beretta Usa
SKU   JXC9GEL
UPC   082442864686

~~$919.00~~

**$900.99**

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA JXF4F20CA Px4 Storm Full Size *CA Comp...**

Brand   Beretta Usa
SKU   JXF4F20CA
UPC   082442885698

**$662.99**

☐ Select   COMPARE

**ADD TO CART**

**ADD TO WISHLIST**



**Beretta USA JXF5F25 Px4 Storm Full Size 45 ACP 4.1...**

Brand   Beretta Usa
SKU   JXF5F25
UPC   082442819754

~~$759.00~~

**$749.00**

☐ Select   COMPARE

**ADD TO CART**

**ADD TO WISHLIST**





**BERRETTA PX4 STORM
COMPACT PISTOL 9 MM 3.27"**

Brand  Beretta Usa
SKU  JXC9F20
UPC  082442153667

**$675.99**

☐  Select    COMPARE

**ADD TO CART**

**ADD TO WISHLIST**



**Beretta USA J40CK18 A400 Xcel
Sporting 12 Gauge 28...**

Brand  Beretta Usa
SKU  J40CK18
UPC  082442169415

~~$1,799.00~~

**$1,793.99**

☐  Select    COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA JXC4F21 Px4 Storm
Compact 40 S&W 3.27"...**

Brand  Beretta Usa
SKU  JXC4F21
UPC  082442154732

**$654.99**

☐  Select    COMPARE

**ADD TO CART**

**ADD TO WISHLIST**



**Beretta USA JXC4F20 Px4 Storm
Compact 40 S&W 3.27"...**

Brand  Beretta Usa
SKU  JXC4F20
UPC  082442154688

**$662.99**

☐  Select    COMPARE

**ADD TO CART**

**ADD TO WISHLIST**



NO IMAGE



**Beretta USA J92M9A3M0 M9A3 Italy Type F 9mm Luger ...**

Brand **Beretta Usa**
SKU **J92M9A3M0**
UPC **082442894683**

~~$1,100.00~~

$1,018.99

☐ Select  COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J42XV18 A400 Xtreme Plus 12 Gauge 28" ...**

Brand **Beretta Usa**
SKU **J42XV18**
UPC **082442893785**

$1,829.00

☐ Select  COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J42XZ16 A400 Xtreme Plus 12 Gauge 26" ...**

Brand **Beretta Usa**
SKU **J42XZ16**
UPC **082442893877**

$2,025.99

☐ Select  COMPARE

**ADD TO CART**

**ADD TO WISHLIST**



**Beretta USA J42XZ18 A400 Xtreme Plus 12 Gauge 28" ...**

Brand **Beretta Usa**
SKU **J42XZ18**
UPC **082442893884**

$2,025.99

☐ Select  COMPARE

**ADD TO CART**

**ADD TO WISHLIST**







**Beretta USA J92F700CA 92FS Brigadier *CA Compliant...**

Brand  **Beretta Usa**
SKU   J92F700CA
UPC   082442884974

### $850.99

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA JS92M9A1CA M9A1 *CA Compliant 9mm Luge...**

Brand  **Beretta Usa**
SKU   JS92M9A1CA
UPC   082442884950

### $843.99

☐ Select   COMPARE

**ADD TO CART**

**ADD TO WISHLIST**



**Beretta USA JAXN9220 APX Carry 9mm Luger 3" 6+1,8+...**

Brand  **Beretta Usa**
SKU
UPC   082442901664

### $398.00

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA JAXN92006 APX Carry 9mm Luger 3.07" 6+...**

Brand  **Beretta Usa**
SKU
UPC   082442915326

### ~~$429.00~~

### $398.00

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J686SJ0L 686 Silver Pigeon I 12 Gauge ...**

Brand **Beretta Usa**
SKU J686SJ0L
UPC 082442915210

**$2,499.00**

☐ Select  COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J686SJ2L 686 Silver Pigeon I 12 Gauge ...**

Brand **Beretta Usa**
SKU J686SJ2L
UPC 082442915234

**$2,499.00**

☐ Select  COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA J92CR921 92X Compact with Rail 9mm Lug...**

Brand **Beretta Usa**
SKU J92CR921
UPC 082442907345

**$718.99**

☐ Select  COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA JXF4F20 Px4 Storm Full Size 40 S&W 4" ...**

Brand **Beretta Usa**
SKU JXF4F20
UPC 082442817293

~~$659.00~~

**$654.99**

☐ Select  COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**







**Beretta USA J90A192FSRF1 92FSR Suppressor Ready Ki...**

Brand   Beretta Usa
SKU    J90A192FSRF1
UPC    082442874500

~~$559.00~~

$499.00

☐ Select   COMPARE

**ADD TO CART**

**ADD TO WISHLIST**



**Beretta A300 Outlander Turkey semi automatic shotg...**

Brand   Beretta Usa
SKU
UPC    082442868585

$843.99

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA JXS9F21 Px4 Storm Sub-Compact 9mm Luge...**

Brand   Beretta Usa
SKU    JXS9F21
UPC    082442819730

$618.99

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



**Beretta USA JXC9F21 Px4 Storm Compact 9mm Luger 3....**

Brand   Beretta Usa
SKU    JXC9F21
UPC    082442154282

~~$659.00~~

$654.99

☐ Select   COMPARE

**OUT OF STOCK
NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

**1**  2  3  ▶▶







**ADD TO CART**

**ADD TO WISHLIST**

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**



Beretta USA JXS9F21 Px4 Storm
Sub-Compact 9mm Luge...

Brand **Beretta Usa**
SKU  JXS9F21
UPC  082442819730

$618.99



Beretta USA JXC9F21 Px4 Storm
Compact 9mm Luger 3....

Brand **Beretta Usa**
SKU  JXC9F21
UPC  082442154282

~~$659.00~~

$654.99

☐ Select  COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

☐ Select  COMPARE

**OUT OF STOCK**
**NOTIFY WHEN IN STOCK**

**ADD TO WISHLIST**

**1**  2  3  ▶▶







## CONTACT US

📍 2065 Clinton St Rd. Attica, NY 14011

📞 (585) 708 - 4348

✉ Sales@sugarbusharmory.com

f SugarbushArmoryLLC

## OPERATING HOURS

| | |
|---|---|
| MONDAYS | 10 AM - 8 PM |
| TUESDAYS | 10 AM - 8 PM |
| WEDNESDAYS | 10 AM - 8 PM |
| THURSDAYS | 10 AM - 8 PM |
| FRIDAYS | 10 AM - 8 PM |
| SATURDAYS | 9 AM - 5 PM |
| SUNDAYS | 9 AM - 5 PM |

## MY ACCOUNT

- My Account
- My Wishlist
- Sign In
- Track My Order

## SHOPPING

- Popular
- Top Sellers
- Manufacturers
- Gift Card

## INFORMATION

- Privacy Policy
- Terms & Conditions
- Contact Us

© 2023 Sugarbush Armory

# Exhibit 9



| | |
|---|---|
| Document title: | Handguns | Tims Guns And Shooting Supplies, LLC |
| Capture URL: | https://www.timsgunsny.com/department/handguns?manufacturer=32&page=1 |
| Page loaded at (UTC): | Thu, 18 May 2023 18:57:34 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 18:58:01 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 6zNWdZ81iTtHZFBQgLhr5Y |
| User: | wag-epeters |

# Tims Guns And Shooting Supplies, LLC

My Account   

Search...

## Handguns

Filter ⌄

Showing 1 - 24 of 69    ‹    **1**    ›


### Beretta
92FS Inox
9mm

Available In Store
UPC: 082442868844

$895.95

DETAILS    ADD TO CART


### Beretta
21 Bobcat
.22 LR

Available In Store
UPC: 082442188744

$649.00

DETAILS    ADD TO CART


### Beretta
M9A4
9mm

ITEM: 1272224
UPC: 082442969817

$1,437.50

DETAILS    ADD TO CART

### Beretta
M9A4
9mm

ITEM: 1272223
UPC: 082442969794

$1,437.50

DETAILS    ADD TO CART


### Beretta
M9A4
9mm

ITEM: 1252286
UPC: 082442969800

$1,437.50

DETAILS    ADD TO CART


### Beretta
PMXs
9mm

ITEM: 1228370
UPC: 082442971636

$1,637.50

DETAILS    ADD TO CART


### Beretta
21A Bobcat Covert
.22 LR

ITEM: 1227557
UPC: 0082442967424

$625.00

DETAILS    ADD TO CART


### Beretta
3032 Tomcat Covert
.32 ACP

ITEM: 1227556
UPC: 0082442967431

$625.00

DETAILS    ADD TO CART


### Beretta
3032 Tomcat Covert
.32 ACP

ITEM: 1227561

$625.00


### Beretta
21A Bobcat Covert
.22 LR

ITEM: 1227559

$625.00


### Beretta
21A Bobcat
.22 LR

ITEM: 1227495

$625.00


### Beretta
21A Bobcat
.22 LR

ITEM: 1227497

$625.00






Beretta
3032 Tomcat Covert
.32 ACP

ITEM: 1227561
UPC: 0082442967417
$625.00

DETAILS    ADD TO CART

Beretta
21A Bobcat Covert
.22 LR

ITEM: 1227559
UPC: 0082442967448
$625.00

DETAILS    ADD TO CART

Beretta
21A Bobcat
.22 LR

ITEM: 1227495
UPC: 082442967424
$625.00

DETAILS    ADD TO CART

Beretta
21A Bobcat
.22 LR

ITEM: 1227497
UPC: 082442967448
$625.00

DETAILS    ADD TO CART

Beretta
3032
.32 ACP

ITEM: 1227496
UPC: 082442967431
$625.00

DETAILS    ADD TO CART

Beretta
3032
.32 ACP

ITEM: 1227494
UPC: 082442967417
$625.00

DETAILS    ADD TO CART

Beretta
92Xi
9mm

ITEM: 1219952
UPC: 082442937892
$898.75

DETAILS    ADD TO CART

Beretta
92Xi
9mm

ITEM: 1219944
UPC: 082442937885
$898.75

DETAILS    ADD TO CART

Beretta
APX A1 Carry
9mm

ITEM: 1219929
UPC: 082442969350
$337.50

DETAILS    ADD TO CART

Beretta
APX A1 Carry
9mm

ITEM: 1219928
UPC: 082442969343
$337.50

DETAILS    ADD TO CART

Beretta
APX A1 Carry
9mm

ITEM: 1219927
UPC: 082442969336
$337.50

DETAILS    ADD TO CART

Beretta
92Xi
9mm

ITEM: 1219934
UPC: 082442937878
$898.75

DETAILS    ADD TO CART

Beretta
APX A1 Carry
9mm

ITEM: 1219930
UPC: 082442969367
$337.50

DETAILS    ADD TO CART

Beretta
21A Bobcat Covert
.22 LR

ITEM: 1216452
UPC: 082442959764
$625.00

DETAILS    ADD TO CART

Beretta
APX
9mm

ITEM: 1175303
UPC: 082442974279
$623.75

DETAILS    ADD TO CART

Beretta
APX
9mm

ITEM: 1175302
UPC: 082442974446
$623.75

DETAILS    ADD TO CART



**Beretta**
3032
.32 ACP

ITEM: 1227496
UPC: 082442967431

$625.00

DETAILS — ADD TO CART

**Beretta**
3032
.32 ACP

ITEM: 1227494
UPC: 082442967417

$625.00

DETAILS — ADD TO CART

**Beretta**
92Xi
9mm

ITEM: 1219952
UPC: 082442937892

$898.75

DETAILS — ADD TO CART

**Beretta**
92Xi
9mm

ITEM: 1219944
UPC: 082442937885

$898.75

DETAILS — ADD TO CART

**Beretta**
APX A1 Carry
9mm

ITEM: 1219929
UPC: 082442969350

$337.50

DETAILS — ADD TO CART

**Beretta**
APX A1 Carry
9mm

ITEM: 1219928
UPC: 082442969343

$337.50

DETAILS — ADD TO CART

**Beretta**
APX A1 Carry
9mm

ITEM: 1219927
UPC: 082442969336

$337.50

DETAILS — ADD TO CART

**Beretta**
92Xi
9mm

ITEM: 1219934
UPC: 082442937878

$898.75

DETAILS — ADD TO CART

**Beretta**
APX A1 Carry
9mm

ITEM: 1219930
UPC: 082442969367

$337.50

DETAILS — ADD TO CART

**Beretta**
21A Bobcat Covert
.22 LR

ITEM: 1216452
UPC: 082442959764

$625.00

DETAILS — ADD TO CART

**Beretta**
APX
9mm

ITEM: 1175303
UPC: 082442974279

$623.75

DETAILS — ADD TO CART

**Beretta**
APX
9mm

ITEM: 1175302
UPC: 082442974446

$623.75

DETAILS — ADD TO CART

Showing 1 - 24 of 69    ‹   1   ›

Contact Us
Store Policies
My Account





© 2023 Tims Guns And Shooting Supplies, LLC
Login

Exhibit 10



| | |
|---|---|
| Document title: | New Shotguns & Rifles Archives \| JTH Agency |
| Capture URL: | https://www.jthagency.com/product-category/shotguns-and-rifles/new-shotguns-rifles/ |
| Page loaded at (UTC): | Thu, 18 May 2023 19:00:28 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 19:00:59 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 8nwTCpmHK3phUhukek4W2U |
| User: | wag-epeters |



COVID-19 Response    Contact Us    News and Events    About Us    Brands We Carry    Links

### J.T.H. AGENCY
EST. 1989

New Shotguns & Rifles    Previously Owned Guns    Shooting Apparel and Accessories ⌄    Apparel and Accessories ⌄

Contact Us

## New Shotguns & Rifles

Home / Shotguns and Rifles / New Shotguns & Rifles

Showing 1–12 of 93 results

Sort by latest ⌄     



New Shotguns & Rifles

**Beretta "NEW" 486 Paralello 20ga. 30" barrel side x side.**

Call for Price



New Shotguns & Rifles

**Beretta A-400 Xtreme Plus 12ga. 28" Optifade Timber cam**

Call for Price



New Shotguns & Rifles

**Beretta 686 Silver Pigeon I 12ga. 30" Sporting Clays gun**

Call for Price



New Shotguns & Rifles

**Browning BT-99 Plus 12ga. 34" Single barrel Trap**

Call for Price



New Shotguns & Rifles

**Browning 725 20ga. 32" Sporting Clays gun**

Call for Price



New Shotguns & Rifles

**Browning 725 20ga. 30" Sporting Clays gun**

Call for Price







### Give us a call

Toll free: 1-877-453-0927

Local: 1-585-381-3511

Search products…    Search

### Filter by Shotgun Type

Field (17)    Side-by-Side (1)

Skeet (50)    Sporting (81)

Trap (31)

### Brands

Any Brand ⌄

### View More Products

All Shotguns and Rifles

New Shotguns & Rifles

Previously Owned Guns

Shooting Apparel and Accessories

Gun Cases

Shooting Accessories

Shooting Bags

Shooting Gloves

Shotgun Accessories


New Shotguns & Rifles | Previously Owned Guns | Shooting Apparil and Accessories | Apparil and Accessories

Contact Us



New Shotguns & Rifles

Beretta "NEW" DT-11 12ga. 32" Black Edition Sporting Clays gun

Call for Price



New Shotguns & Rifles

Beretta DT-11L Lusso Grade 12ga. 32" Sporting Clays gun

Call for Price



SOLD

New Shotguns & Rifles

Caesar Guerini Revenant 20ga./ 28ga. with 28 inch combo set

Call for Price



New Shotguns & Rifles

Browning 725 28ga. 32" Sporting Clays gun

Call for Price



New Shotguns & Rifles

Beretta "NEW" A-300 12ga. 30" Sporting Clays gun

Call for Price



SOLD

New Shotguns & Rifles

Krieghoff K-80 12ga. 32"/34" Symphony Grade Trap Special Comb set

Call for Price

        

1 | 2 | 3 | 4 | ... | 6 | 7 | 8 | →

## Phone and E-mail

Toll free: 1-877-453-0927

Local: 1-585-381-3511

Fax: 1-585-381-2857

E-mail us here.

## Store Hours

Please note, we will be closed the week of November 7. We will be back open on November 15.

**Sunday – Monday**
Closed
**Tuesday – Friday**
10:00am – 6:00pm
**Saturday**
9:30am – 4:00pm

## Directions



## Stay up to date

Email Address

First Name

Last Name

Subscribe


Beretta "NEW" DT-11 12ga. 32" Black Edition Sporting Clays gun

Call for Price

Beretta DT-11L Lusso Grade 12ga. 32" Sporting Clays gun

Call for Price

Caesar Guerini Revenant 20ga./ 28ga. with 28 inch combo set

Call for Price






SOLD

New Shotguns & Rifles

Browning 725 28ga. 32" Sporting Clays gun

Call for Price

New Shotguns & Rifles

Beretta "NEW" A-300 12ga. 30" Sporting Clays gun

Call for Price

New Shotguns & Rifles

Krieghoff K-80 12ga. 32"/34" Symphony Grade Trap Special Comb set

Call for Price



| 1 | 2 | 3 | 4 | … | 6 | 7 | 8 | → |

## Phone and E-mail

Toll free: 1-877-453-0927

Local: 1-585-381-3511

Fax: 1-585-381-2857

E-mail us here.

## Store Hours

Please note, we will be closed the week of November 7. We will be back open on November 15.

Sunday – Monday
Closed
Tuesday – Friday
10:00am – 6:00pm
Saturday
9:30am – 4:00pm

Appointments available at all times.

## Directions



## Stay up to date

Email Address

First Name

Last Name

Subscribe

Copyright © 2023 JTH Agency | Powered by Astra WordPress Theme