# Exhibit 11



| | |
|---|---|
| Document title: | Inventory |
| Capture URL: | https://calamityjanesfirearms.com/inventory |
| Page loaded at (UTC): | Thu, 18 May 2023 19:16:36 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 19:18:00 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | oPmYBFBkvF5MRqbTGy4zH1 |
| User: | wag-epeters |

# Firearms







http://www.beretta.com/en-us/

           

# Ammunition







<https://www.hornady.com/ammunition/>

       



We have over 1000 firearms on display and more than 500 ammunition choices. If you can't find what you're looking for, we will try our best to order it. We appreciate the opportunity to sell you the gun of your dreams!

## Mercantile

### Optics and Mounts



### Hunting Supplies



### Muzzleloader Supplies



Holsters, Bags and Cases    Targets and Range    Cleaning Products

Document title: Inventory
Capture URL: https://calamityjanesfirearms.com/inventory
Capture timestamp (UTC): Thu, 18 May 2023 19:18:00 GMT

https://www.ppu-usa.com/





We have over 1000 firearms on display and more than 500 ammunition choices. If you can't find what you're looking for, we will try our best to order it. We appreciate the opportunity to sell you the gun of your dreams!

## Mercantile

### Optics and Mounts



### Hunting Supplies



### Muzzleloader Supplies



### Holsters, Bags and Cases



### Targets and Range Equipment



### Cleaning Products



Copyright © 2023 Calamity Jane's Firearms and Fine Shoes - All Rights Reserved.

# Exhibit 12



| | |
|---|---|
| Document title: | Handguns \| RJW SALES LLC |
| Capture URL: | https://rjw-sales.com/department/handguns?manufacturer=32&page=1 |
| Page loaded at (UTC): | Mon, 22 May 2023 19:22:46 GMT |
| Capture timestamp (UTC): | Mon, 22 May 2023 19:23:35 GMT |
| Capture tool: | 10.20.35 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 5Lnmwb1nJBiUPz4EMokFxy |
| User: | wag-epeters |





| | |
|---|---|
| Document title: | Shotguns \| RJW SALES LLC |
| Capture URL: | https://rjw-sales.com/department/shotguns?manufacturer=32&page=1 |
| Page loaded at (UTC): | Mon, 22 May 2023 19:26:48 GMT |
| Capture timestamp (UTC): | Mon, 22 May 2023 19:27:19 GMT |
| Capture tool: | 10.20.35 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | mpyp8YRi2CJDPUuX6FqBSn |
| User: | wag-epeters |

PDF REFERENCE #:        nbLmQpxjnPZonuZrVDj19Q



TEXT IS BEST 607-206-7830

My Account 0

Search...

Browse

Rifles

- Black Powder
- Bolt Action
- Break-Open
- Combos
- Firearms
- Lever Action
- Lower Receivers
- Other
- Pump Action
- Receivers
- Semi-Automatic
- Single Shot
- Tactical

# Shotguns

Filter

Showing 1 - 1 of 1

Category: Select...

Manufacturer: Beretta

Caliber: Select...

Available In Store

New York Compliant

Beretta
A300 Ultima Turkey
12 Gauge

Available In Store
UPC: 082442959788

$899.00

DETAILS | ADD TO CART

Showing 1 - 1 of 1

Contact Us
Store Policies
My Account

© 2023 RJW SALES LLC
Login

Document title: Shotguns | RJW SALES LLC
Capture URL: https://rjw-sales.com/department/shotguns?manufacturer=32&page=1
Capture timestamp (UTC): Mon, 22 May 2023 19:27:19 GMT

# Exhibit 13



| | |
|---|---|
| Document title: | Smith & Wesson \| Pistols, Revolvers, and Rifles |
| Capture URL: | https://www.smith-wesson.com/ |
| Page loaded at (UTC): | Thu, 18 May 2023 19:18:48 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 19:20:50 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | sX1RakYPtAT6cMbp7Gjxho |
| User: | wag-epeters |



# Exhibit 14



Document title:                    Dealer Locator | Smith & Wesson

Capture URL:                       https://www.smith-wesson.com/dealer-locator

Page loaded at (UTC):              Thu, 18 May 2023 19:23:45 GMT

Capture timestamp (UTC):           Thu, 18 May 2023 19:32:30 GMT

Capture tool:                      10.20.33

Collection server IP:              3.90.170.83

Browser engine:                    Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                                   Gecko) Chrome/108.0.5359.215 Safari/537.36

Operating system:                  Windows_NT (Node 16.17.1)

PDF length:                        2

Capture ID:                        jxhT8VBLgHTBeQbPW6nSQe

User:                              wag-epeters

PDF REFERENCE #:        bQCBE6WiYaDgEqUGc7Pott



JOB OPPORTUNITIES AT OUR MARYVILLE, TN HEADQUARTERS WILL BE POSTED ON OUR CAREERS SITE **VIEW JOBS**

# Dealer Locator

Syracuse, NY, USA

FIND A DEALER

**58** **THE FIRING PIN LLC** 90 Mi.
8240 Buffalo Rd
Bergen, NY 14416
(585) 494-0333

AMERICAN GUARDIANS
RANGE ON SITE

**59** **SCHULTHEIS SPORTING GOODS INC.** 91 Mi.
8 Main Street
Arkport, NY 14807
(607) 295-7485

**60** **FOX COUNTRY GUN AND TACKLE** 96 Mi.
176 McGraw Rd
Amsterdam, NY 12010
(518) 389-5211

AMERICAN GUARDIANS

LOAD MORE

## JOIN OUR COMMUNITY

Get the latest news and updates on products, news, and events

Email

Email Address

SUBSCRIBE →

Required to accept terms and conditions.

I agree to Terms & Conditions and Privacy Policy

GUN FINDER LOCATE DEALER

Document title: Dealer Locator | Smith & Wesson
Capture URL: https://www.smith-wesson.com/dealer-locator
Capture timestamp (UTC): Thu, 18 May 2023 19:32:30 GMT

# Exhibit 15



Document title:              Smith & Wesson Catalogs | Smith & Wesson

Capture URL:                 https://www.smith-wesson.com/customer-service/catalogs

Page loaded at (UTC):        Thu, 18 May 2023 19:36:02 GMT

Capture timestamp (UTC):     Thu, 18 May 2023 19:36:59 GMT

Capture tool:                10.20.33

Collection server IP:        3.90.170.83

Browser engine:              Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                             Gecko) Chrome/108.0.5359.215 Safari/537.36

Operating system:            Windows_NT (Node 16.17.1)

PDF length:                  2

Capture ID:                  iEExwDNY3Vmo6gxc6s3jiU

User:                        wag-epeters

PDF REFERENCE #:        gKbyhpGgQmf6tgxUwnP435



PRODUCTS    PURPOSE    SUPPORT    COMMUNITY

# SMITH & WESSON CATALOGS

**2023 CATALOG**



**2022 CATALOG**



**2021 CATALOG**



**M&P22 Compact Accessory**

**M&P10 Accessory Book**

**M&P M2.0 CATALOG**



**M&P SHIELD® Accessory Book**

**THE GOVERNOR™ Brochure**

**M&P Inside Out Brochure**



**Handcuffs Catalog**



# Exhibit 16



Smith&Wesson®

2021



# BEHIND EVERY GUN WE BUILD IS YOU.

## Table of Contents

**SMITH & WESSON® SPOTLIGHT** ...........................................2 - 27

### PISTOLS



M&P Shield® Plus ............................................. 30
M&P Shield® M2.0® ....................................... 31 - 32
M&P Shield® EZ® ........................................... 32 - 33
M&P® M2.0® Full, Compact, Subcompact ... 36 - 39
M&P Shield® Original Series ............................ 42
M&P® Bodyguard® 380 .................................. 42
M&P®22 Compact .......................................... 42
M&P®15 Pistols .............................................. 43
SD™ & SDVE™ .............................................. 44
SW1911® ...................................................... 45
Model 41 ...................................................... 45
SW22 Victory® .............................................. 46

### REVOLVERS



Small  |  J-Frame ......................................... 50 - 52
Medium  |  K-Frame ........................................ 52
Medium  |  L-Frame ..................................... 53 - 54
Large  |  N-Frame ....................................... 55 - 56
Extra Large  |  X-Frame .................................. 57
S&W® Governor® ........................................... 58

### RIFLES

M&P15 Sport II ............................................. 66
M&P15 ......................................................... 67
M&P10 ......................................................... 67
M&P15-22 ................................................. 68-69

### SERVICES & ACCESSORIES

Custom Engraving ...................................... 72 - 73
Performance Center® Custom Services ........ 74 - 75
Licensed Products ...................................... 76 - 77
Magazines / Trademark Information ............. 78 - 79

Availability of products, specifications, and terms stated in this publication are subject to change without notice. Descriptive, typographical, or photographical errors are subject to correction without notice. Certain firearms and accessories may be prohibited or restricted by state or local laws, regulations and ordinances.

# EMPOWERING AMERICANS™ SINCE 1852.

As promised by the Declaration of Independence and granted by the Bill of Rights, Americans have been empowered with the freedom and self-reliance to write their stories as they pursue their goals and dreams. For nearly 250 years in the cities, towns and remote corners of our country each story joins the millions of stories that weave the fabric of the American experience.

American gun owners are the everyday heroes who have accepted responsibility for the security of their families and themselves. Theirs are the stories of men and women armed with the discipline, knowledge and skill to guide those they love to choose what is right and always be prepared for whatever comes to face them.

For each, gun ownership is a personal decision and commitment that strengthens them with the confidence to go where they need to go and do what they need to do. Theirs is the independence and freedom to live each day to its fullest and then gather each night, secure in their homes.

These are stories of the American spirit of Independence to be passed on to sons and daughters who will write tomorrow's stories – every day.



# GUN**SMARTS**™

YOUR ON-DEMAND GUIDE TO FIREARMS TIPS, FUNDAMENTALS, SAFETY, AND PROTECTION.

**"The GUNSMARTS™ series is a great way to get more comfortable and proficient with your gun. You'll have more fun and be safer by watching these videos."**

*- Ryan Gresham, Gun Talk Media*

## SAFETY - DISCIPLINE - SKILL - CONFIDENCE.

To gain skill and confidence, you need more than just a reliable firearm. That's why we developed Smith & Wesson® GUNSMARTS™, your video resource for information on firearms training for gun owners and gun buyers.

GUNSMARTS™ is designed for both seasoned gun owners honing their skills as well as giving new shooters the skills they need to become confident, responsible members of the firearms community. Hosted by firearms experts, GUNSMARTS™ videos cover all the basic firearms safety and shooting fundamentals.

It's through shooting programs like GUNSMARTS™ that Smith & Wesson® is helping gun buyers choose the right firearm, learn gun safety, develop their skills, and share the lifelong enjoyment of the shooting sports. The videos are waiting for you at **smith-wesson.com/gunsmarts**.

6

7

# NEW SHIELD™ PLUS

## Our most comfortable high capacity micro-compact ever.

With either a standard 10+1 round or 13+1 extended 9mm magazine, the new Shield™ Plus is the next generation in everyday carry. It features an 18-degree grip angle for a more natural point of aim and better recoil management, plus the new flat trigger allows for consistent finger placement for accurate, repeatable, comfortable shooting.

**M&P®9 Shield™ Plus**
SKU 13246 | Pg. 30

**Performance Center®** | SKU 13253 | Pg. 30
**M&P®9 Shield™ Plus**

# WHAT YOU CARRY CARRIES YOU.



# CONFIDENCE COMES IN SMALL PACKAGES.

Step by step you're closer to your training goal. Rotten weather or an extended workday won't deter you. Nothing will. Keep the pace - your way.

10

# M&P SHIELD® EZ®



The Shield™ EZ® name says it all – easy-to-rack, easy-to-load, and easy to shoot, in a perfect size for nightstand, concealed carry or a day at the range.

**Performance Center®** | SKU 13228 | Pg. 33
**M&P®9 Shield™ EZ®**

**M&P®380 Shield™ EZ®** | SKU 11663 | Pg. 32

# M&P® BODYGUARD®

When it comes to lightweight, size and concealability the .75" wide Bodyguard® 380 with its integrated Crimson Trace® Laser sets the standard for comfortable concealed carry in pocket or purse.




**M&P® Bodyguard® 380** | SKU 10048 | Pg. 42
With Integrated Laser

**M&P® Bodyguard® 380** | SKU 109381 | Pg. 42

11



# SECURITY IS A FEELING THEY SHOULD NEVER OUTGROW.

Nothing is more important than safety and security. For those we love, we will always be their first responder, guiding and shaping their lives to choose what's right, and be prepared if things go wrong.

12

# M&P® M2.0™ SERIES

**Performance Center®**
**M&P® M2.0™**
SKU 11833 | Pg. 36

**M&P®9 M2.0™**
SKU 11989 | Pg. 36

**M&P®9 M2.0™**
**Compact**
SKU 11683 | Pg. 38

**M&P®9 M2.0™**
**Subcompact**
SKU 12481 | Pg. 39

The M&P® M2.0™ series is the second generation of our M&P® polymer handguns. They feature an improved trigger, enhanced grip texture and interchangeable palmswell grip inserts to accommodate a variety of users. The low barrel bore axis and optimal 18-degree grip angle provides a natural point-of-aim and reduces muzzle rise for faster aim recovery. Available in a range of sizes, there's an M&P® M2.0™ that will fit your needs.

13



# 9-1-1 WHEN YOU HAVE MINUTES.
## THE SECOND AMENDMENT WHEN YOU DON'T.

What you get out of anything usually depends on how much you put in. Getting things done means being prepared for the unexpected. Things break; and when they do, you need to fix them. That means not only having all the right tools, but also the skill and experience to use them – well.

14

# M&P®15 PISTOL SERIES

**M&P®15 Pistol**  |  SKU 13320  |  Pg. 43

**M&P®15-22 Pistol**  |  SKU 13321  |  Pg.43

The M&P® Pistol is a compact high-performance package that's designed to overcome challenges for those who can't use a traditional MSR because of physical limitations. A perfect solution for those looking for a home defense or modern-day pistol for personal protection. The 15-22 version features the same controls in a 22LR caliber for plinking and training.

15

# NO PHONES. NO TEXTS. NO APPS. JUST SOME STRAIGHT SHOOTING.

In a world of smart phones, social media and video games, pure teaching moments are hard to find. Times change, but an afternoon at the range will always be the perfect place for honing skills and sharing thoughts.

16



# M&P® RIFLE SERIES

**Performance Center®**
**M&P® 10 6.5 Creedmoor**
SKU 10057 | Pg. 67

**Performance Center®**
**M&P® 15 Competition**
SKU 11515 | Pg. 67

**M&P® 15-22 Sport™**
SKU 10208
Pg. 68

**M&P® 15 Sport™ II**
SKU 10202
Pg. 66

M&P® Rifles are engineered for a wide variety of recreational and sport shooting applications. These rifles are as versatile as they are reliable. Lightweight and rugged, they embody the ideal combination of form and function.

17



# EXPAND YOUR APPRECIATION FOR THE CLASSICS.

"What goes around comes around" still holds true today. The great classics of the 50's will always be, well, classic. Nothing fancy, they're just simple, reliable and crafted to live forever – in style.

18

# SMALL FRAME REVOLVERS

**Performance Center®** | SKU 12643 | Pg. 50
**Model 442**

**Model 642 Airweight®** | SKU 103810 | Pg. 50

Smith & Wesson® small "J-Frame" revolvers have had our customers' back since 1950. Designed to fire a full power round, it's no surprise it has become the most popular, small-frame, defense revolver on the market.

19



# GENERATION ME.

For those who find themselves returning to the things that have proudly stood the test of time, the full line of Smith & Wesson® revolvers will always catch your eye. Their storied history strongly suggests the best is yet to come.

# MEDIUM & LARGE FRAME REVOLVERS

**Model 329PD** | SKU 163414 | Pg. 55

**Model 686** | SKU 164222 | Pg. 53

**Model 66 Combat Magnum™** | SKU 10061 | Pg. 52

Smith & Wesson® medium "K-Frame" and large "L-Frame" revolvers are built to suit the demands of the most serious firearms enthusiast. The "L-Frame" is built for continuous Magnum® usage. The "K-Frame" is built for the 38 S&W Special cartridge and has been a favorite of military and police as well as target shooters and enthusiasts.

20

21

# EXTRA LARGE FRAME REVOLVERS



Model 460XVR™  |  SKU 163460  |  Pg. 57

Performance Center®  |  SKU 11623  |  Pg. 57
Model S&W500™

## BECAUSE NATURE CAN BE TOUGHER THAN SHE LOOKS.

The outdoor experience is there for all who learn the skills and master the tools to explore the world's wild places. It is with these skills that we gain the confidence to be comfortable with nature and ourselves, boundless spaces to discover, understand and be "in the moment."

Smith & Wesson® "X-Frame" revolvers are designed for the hardcore firearms enthusiast and avid hunter. These are the world's most powerful production handguns. Built on the massive "X-Frame" they deliver maximum power for serious handgun hunters and outdoor enthusiasts drawn to the added challenge.

22

23

# NOTHING TIGHTENS UP A GROUP MORE THAN **MEETING AT THE RANGE.**

The opportunity for a smile and a friendly jab at your buddies always makes for a perfect day. Nothing crowns a weekend like getting together for some friendly competition, honing skills and building relationships.



# SW1911™

Precision, accuracy and performance are built into Smith & Wesson's SW1911™. For the firearms enthusiast who values quality and craftsmanship, nothing beats the SW1911™ line-up for personal protection and serious competitive shooting.

**Performance Center®** | SKU 170343 | Pg. 45
**SW1911™**

**SW1911 E-Series™** | SKU 108485 | Pg. 45

# SW22 VICTORY®



Here's the feel of a large-caliber competition handgun in a quieter, low-recoil 22LR target pistol you can shoot all day. Comfortable to shoot and extremely accurate it's perfect for either serious competition or an afternoon with friends for some casual plinking.

**Performance Center®** | SKU 12081 | Pg. 46
**SW22 Victory®**

**SW22 Victory®** | SKU 108490 | Pg. 46

# SMITH & WESSON®
# CLASSIC SERIES™

| Model 29 | SKU 150145 | Pg. 55 | Model 10 | SKU 150786 | Pg. 52 | Model 36 | SKU 150184 | Pg. 51 |
| S&W® Classic | | | S&W® Classic | | | S&W® Classic | | |

## SOME THINGS DON'T CHANGE – THEY DON'T HAVE TO.

The tools tell only part of the story. The know-how behind using them is another. The more worn they look, the better they seem to perform – like those go-to people in your life that always seem to have the right answers.

Own a piece of history with our Classic Series™ revolvers. These are modern versions of the collectible classics that made Smith & Wesson® famous. Each is based on handguns known for their legendary performance then enhanced with modern features to make them the timeless best of yesterday and today.



# PREPARE FOR THE WORST WHILE ALWAYS EXPECTING THE BEST.

The world can be a hard place where nobody knows what tomorrow may bring.
When and how you prepare for it is something only you can decide. And when you do,
Smith & Wesson® is there with a complete family of personal defense pistols designed
to fit a wide range of lifestyles.

**Performance Center®** | SKU 13253 | Pg. 30
**M&P®9 Shield™ Plus**

# PISTOLS

**PAGES 30 - 47**

M&P Shield® Plus

M&P Shield® M2.0™

M&P Shield® EZ®

M&P® M2.0™ Full, Compact, Subcompact

M&P Shield® Original Series

M&P® Bodyguard® 380

M&P®22 Compact

M&P®15 Pistols

SD™ & SDVE™

SW1911™

Model 41

SW22 Victory®

28    29

## M&P SHIELD® PLUS PISTOLS



**M&P®9 SHIELD™ PLUS**
SKU: 13246
9mm
13 & 10 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*

**M&P®9 SHIELD™ PLUS**
SKU: 13247
9mm
10 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*
*10 LB TRIGGER*



**M&P®9 SHIELD™ PLUS**
SKU: 13248
9mm
13 & 10 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*



**M&P®9 SHIELD™ PLUS**
SKU: 13249
9mm
10 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*
*10 LB TRIGGER*



**M&P®9 SHIELD™ PLUS**
SKU: 13250
9mm
13 & 10 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*
*NIGHT SIGHTS · 3 MAGAZINES INCLUDED*



**PERFORMANCE CENTER®**
**M&P®9 SHIELD™ PLUS **
SKU: 13254
9mm
13 & 10 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY · FIBER OPTIC SIGHTS*

### EVERYDAY CARRY KIT

**PERFORMANCE CENTER®**
**M&P®9 SHIELD™ PLUS EVERYDAY CARRY KIT**
SKU: 13255
13 & 10 Round Magazines – 9mm
3.1" Barrel
*PORTED BARREL & SLIDE*
*MANUAL THUMB SAFETY · FIBER OPTIC SIGHTS*
KIT INCLUDES:
- Performance Center® M&P®9 SHIELD™ PLUS Pistol
- M&P® Oasis Liner Lock Folding Knife
- M&P® Delta Force CS LED Flashlight
- Performance Center Branded Discreet Gun Portfolio





**PERFORMANCE CENTER®**
**M&P®9 SHIELD™ PLUS **
SKU: 13252 **
9mm
13 & 10 Round Magazines
4.0" Barrel
*NO THUMB SAFETY · FIBER OPTIC SIGHTS*



**PERFORMANCE CENTER®**
**M&P®9 SHIELD™ PLUS **
SKU: 13251 **
9mm
13 & 10 Round Magazines
4.0" Barrel
*NO THUMB SAFETY · FIBER OPTIC SIGHTS*
*OPTIC READY SLIDE*

**PERFORMANCE CENTER®**
**M&P®9 SHIELD™ PLUS **
SKU: 13253 **
9mm
13 & 10 Round Magazines
4.0" Barrel
*NO THUMB SAFETY · FIBER OPTIC SIGHTS*
*OPTIC READY SLIDE · PORTED BARREL & SLIDE*

30

## M&P SHIELD® M2.0™ PISTOLS



**M&P®9 SHIELD™ M2.0™**
9mm
8 & 7 Round Magazines
3.1" Barrel
SKU: 11806
SKU: 11807 – 10lb Trigger, MA Compliant
*MANUAL THUMB SAFETY*



**M&P®9 SHIELD™ M2.0™**
SKU: 11808
9mm
8 & 7 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*

**M&P®9 SHIELD™ M2.0™**
SKU: 11810
9mm
8 & 7 Round Magazines
3.1" Barrel
*NO THUMB SAFETY · TRITIUM NIGHT SIGHTS*
*3 MAGAZINES INCLUDED*



**M&P®9 SHIELD™ M2.0™**
9mm
8 & 7 Round Magazines
3.1" Barrel
SKU: 11671
SKU: 12468 – 10lb Trigger, MA Compliant
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® INTEGRATED RED LASER*



**M&P®9 SHIELD™ M2.0™**
SKU: 11901
9mm
8 & 7 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® INTEGRATED GREEN LASER*



**M&P®9 SHIELD™ M2.0™**
SKU: 11811
9mm · 8 & 7 Round Magazines · 3.1" Barrel
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® LASERGUARD® PRO*
*GREEN LASER / LIGHT COMBO*

**M&P®40 SHIELD™ M2.0™**
SKU: 11812
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*



**M&P®40 SHIELD™ M2.0™**
SKU: 11814
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*



**M&P®40 SHIELD™ M2.0™**
SKU: 11816
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*NO THUMB SAFETY · TRITIUM NIGHT SIGHTS*
*3 MAGAZINES INCLUDED*



**M&P®45 SHIELD™ M2.0™**
45 AUTO
7 & 6 Round Magazines
3.3" Barrel
SKU: 180022
SKU: 11704 – 10lb Trigger, MA Compliant
*MANUAL THUMB SAFETY*



**M&P®45 SHIELD™ M2.0™**
SKU: 11531
45 AUTO
7 & 6 Round Magazines
3.3" Barrel
*NO THUMB SAFETY*



**M&P®45 SHIELD™ M2.0™**
SKU: 11726
45 AUTO
7 & 6 Round Magazines
3.3" Barrel
*NO THUMB SAFETY*
*TRITIUM NIGHT SIGHTS*
*3 MAGAZINES INCLUDED*



**M&P®45 SHIELD™ M2.0™**
SKU: 12087
45 AUTO
7 & 6 Round Magazines
3.3" Barrel
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® INTEGRATED RED LASER*



**PERFORMANCE CENTER®**
**M&P®9 SHIELD™ M2.0™**
SKU: 11867 **
9mm · 8 & 7 Round Magazines
3.1" Barrel
*PORTED BARREL & SLIDE*
*MANUAL THUMB SAFETY · FIBER OPTIC SIGHTS*

### EVERYDAY CARRY KIT

**PERFORMANCE CENTER®**
**M&P®9 SHIELD™ M2.0™ EVERYDAY CARRY KIT**
SKU: 12471
9mm · 3.1" Barrel
8 and 7 Round Magazines
*PORTED BARREL & SLIDE*
*MANUAL THUMB SAFETY*
*FIBER OPTIC SIGHTS*

KIT INCLUDES:
- Performance Center® M&P®9 SHIELD™ PLUS Pistol
- M&P® Oasis Liner Lock Folding Knife
- M&P® Delta Force CS LED Flashlight
- Performance Center Branded Discreet Gun Portfolio



31

**M&P SHIELD® M2.0® and M&P SHIELD® EZ® PISTOLS**
**M&P SHIELD® EZ® PISTOLS**


PERFORMANCE CENTER®
M&P®40 SHIELD™ M2.0™
SKU: 11869 **
9mm · 8 & 7 Round Magazines
3.1" Barrel
PORTED BARREL & SLIDE
MANUAL THUMB SAFETY · TRITIUM NIGHT SIGHTS

PERFORMANCE CENTER®
M&P®40 SHIELD™ M2.0™
SKU: 11868 **
40 S&W · 7 & 6 Round Magazines
3.1" Barrel
PORTED BARREL & SLIDE
MANUAL THUMB SAFETY · FIBER OPTIC SIGHTS

PERFORMANCE CENTER®
M&P®45 SHIELD™ M2.0™
SKU: 12473 **
45 AUTO · 7 & 6 Round Magazines
3.3" Barrel
PORTED BARREL & SLIDE
MANUAL THUMB SAFETY · TRITIUM NIGHT SIGHTS

PERFORMANCE CENTER®
M&P®45 SHIELD™ M2.0™
SKU: 11788 **
45 AUTO · 7 & 6 Round Magazines
3.3" Barrel
PORTED BARREL & SLIDE
NO THUMB SAFETY · FIBER OPTIC SIGHTS


M&P®380 SHIELD™ EZ® M2.0™
SKU: 12719 **
380 AUTO · 8+1 Rounds
3.8" Barrel
GOLD BARREL, TRIGGER AND GRIP SAFETY
MANUAL THUMB SAFETY
HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS


M&P®380 SHIELD™ EZ® M2.0™
SKU: 12718 **
380 AUTO · 8+1 Rounds
3.8" Barrel
SILVER BARREL, TRIGGER AND GRIP SAFETY
MANUAL THUMB SAFETY
HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS

M&P®380 SHIELD™ EZ® M2.0™
SKU: 12717 **
380 AUTO · 8+1 Rounds
3.8" Barrel
BLACK BARREL, TRIGGER AND GRIP SAFETY
MANUAL THUMB SAFETY
HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS


PERFORMANCE CENTER®
M&P®45 SHIELD™ M2.0™
SKU: 12474 **
45 AUTO · 7 & 6 Round Magazines
3.3" Barrel
PORTED BARREL & SLIDE
NO THUMB SAFETY · TRITIUM NIGHT SIGHTS

M&P®9 SHIELD™ M2.0™
SKU: 11787 **
9mm · 8 & 7 Round Magazines
4.0" Barrel
FIBER OPTIC SIGHTS

M&P®9 SHIELD™ M2.0™
SKU: 11788 **
9mm · 8 & 7 Round Magazines
4.0" Barrel
OPTICS READY SLIDE
FIBER OPTIC SIGHTS · 4 MOA RED DOT SIGHT

M&P®9 SHIELD™ M2.0™
SKU: 11788 **
9mm · 8 & 7 Round Magazines
4.0" Barrel
PORTED BARREL & SLIDE · OPTICS READY SLIDE
FIBER OPTIC SIGHTS · 4 MOA RED DOT SIGHT

M&P®9 SHIELD™ EZ®
SKU: 12436
9mm
8+1 Rounds
3.675" Barrel
MANUAL THUMB SAFETY

M&P®9 SHIELD™ EZ®
SKU: 12437
9mm
8+1 Rounds
3.675" Barrel
NO THUMB SAFETY

M&P®9 SHIELD™ EZ®
SKU: 12438
9mm
8+1 Rounds
3.675" Barrel
MANUAL THUMB SAFETY
CRIMSON TRACE® RED LASERGUARD® 

M&P®9 SHIELD™ EZ®
SKU: 12439
9mm
8+1 Rounds
3.675" Barrel
NO THUMB SAFETY
CRIMSON TRACE® RED LASERGUARD®


PERFORMANCE CENTER®
M&P®40 SHIELD™ M2.0™
SKU: 11796 **
40 S&W · 7 & 6 Round Magazines
4.0" Barrel
FIBER OPTIC SIGHTS

PERFORMANCE CENTER®
M&P®40 SHIELD™ M2.0™
SKU: 11797 **
40 S&W · 7 & 6 Round Magazines
4.0" Barrel
OPTICS READY SLIDE
FIBER OPTIC SIGHTS · 4 MOA RED DOT SIGHT

PERFORMANCE CENTER®
M&P®40 SHIELD™ M2.0™
SKU: 11798 **
40 S&W · 7 & 6 Round Magazines
4.0" Barrel
PORTED BARREL & SLIDE · OPTICS READY SLIDE
FIBER OPTIC SIGHTS · 4 MOA RED DOT SIGHT

PERFORMANCE CENTER®
M&P®45 SHIELD™ M2.0™
SKU: 11864 **
45 AUTO · 7 & 6 Round Magazines
4.0" Barrel
FIBER OPTIC SIGHTS

M&P®9 SHIELD™ EZ®
SKU: 13001
9mm
8+1 Rounds
3.675" Barrel
MANUAL THUMB SAFETY
TRUGLO® TRITIUM PRO NIGHT SIGHTS

M&P®9 SHIELD™ EZ®
SKU: 13002
9mm
8+1 Rounds
3.675" Barrel
NO THUMB SAFETY
TRUGLO® TRITIUM PRO NIGHT SIGHTS

PERFORMANCE CENTER®
M&P®9 SHIELD™ EZ®
SKU: 13223
9mm
8+1 Rounds · 3.825" Ported Barrel
BLACK BARREL, TRIGGER AND GRIP SAFETY
HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS

PERFORMANCE CENTER®
M&P®9 SHIELD™ EZ®
SKU: 13224
9mm
8+1 Rounds · 3.825" Ported Barrel
NO THUMB SAFETY
BLACK BARREL, TRIGGER AND GRIP SAFETY
HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS



PERFORMANCE CENTER®
M&P®45 SHIELD™ M2.0™
SKU: 11865 **
45 AUTO · 7 & 6 Round Magazines
4.0" Barrel
OPTICS READY SLIDE
FIBER OPTIC SIGHTS · 4 MOA RED DOT SIGHT

PERFORMANCE CENTER®
M&P®45 SHIELD™ M2.0™
SKU: 11866 **
45 AUTO · 7 & 6 Round Magazines
4.0" Barrel
PORTED BARREL & SLIDE · OPTICS READY SLIDE
FIBER OPTIC SIGHTS · 4 MOA RED DOT SIGHT

 
M&P®380 SHIELD™ EZ®
SKU: 11663
380 AUTO
8+1 Rounds
3.675" Barrel
MANUAL THUMB SAFETY


M&P®380 SHIELD™ EZ®
SKU: 180023
380 AUTO
8+1 Rounds
3.675" Barrel
NO THUMB SAFETY


PERFORMANCE CENTER®
M&P®9 SHIELD™ EZ®
SKU: 13225
9mm
8+1 Rounds · 3.825" Ported Barrel
SILVER BARREL, TRIGGER AND GRIP SAFETY
HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS


PERFORMANCE CENTER®
M&P®9 SHIELD™ EZ®
SKU: 13226
9mm
8+1 Rounds · 3.825" Ported Barrel
MANUAL THUMB SAFETY
SILVER BARREL, TRIGGER AND GRIP SAFETY
HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS


PERFORMANCE CENTER®
M&P®9 SHIELD™ EZ®
SKU: 13227
9mm
8+1 Rounds · 3.825" Ported Barrel
MANUAL THUMB SAFETY
GOLD BARREL, TRIGGER AND GRIP SAFETY
HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS


PERFORMANCE CENTER®
M&P®9 SHIELD™ M2.0™
SKU: 13228
9mm
8+1 Rounds · 3.825" Ported Barrel
NO THUMB SAFETY
GOLD BARREL, TRIGGER AND GRIP SAFETY
HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS



## M&P SHIELD® PLUS, M&P SHIELD® M2.0®, M&P SHIELD® EZ® PISTOLS

| Model | SKU | Caliber and Magazine Capacity | Action | Barrel Length (in) | Overall Length (in) | Height (in) | Weight (Ounces) | Weight (Grams) |
|---|---|---|---|---|---|---|---|---|
| M&P® SHIELD™ PLUS | 13246 | 13 & 10 | | 3.1 | 6.1 | 4.6 | 20.2 | 572.7 |
| M&P® SHIELD™ PLUS | 13247 | 10 | | 3.1 | 6.1 | 4.6 | 17.9 | 507.5 |
| M&P® SHIELD™ PLUS | 13248 | 13 & 10 | | 3.1 | 6.1 | 4.6 | 17.9 | 507.5 |
| M&P® SHIELD™ PLUS | 13249 | 10 | | 3.1 | 6.1 | 4.6 | 17.9 | 507.5 |
| M&P® SHIELD™ PLUS | 13250 | 13 & 10 | | 3.1 | 6.1 | 4.6 | 20.2 | 572.7 |
| M&P® SHIELD™ PLUS | 13252 | 13 & 10 | | 4.0 | 7.0 | 4.6 | 23.8 | 674.7 |
| M&P® SHIELD™ PLUS | 13251 | 13 & 10 | | 4.0 | 7.0 | 4.6 | 22.6 | 640.7 |
| M&P® SHIELD™ PLUS | 13253 | 13 & 10 | | 4.0 | 7.0 | 4.6 | 22.4 | 635.0 |
| M&P® SHIELD™ PLUS | 13254 | 13 & 10 | | 3.1 | 7.9 | 6.1 | 20.2 | 572.7 |
| M&P® SHIELD™ PLUS | 13255 | 13 & 10 | | 3.1 | 7.9 | 6.1 | 20.2 | 572.7 |

| Model | SKU | Caliber | Barrel Length (in) | Overall Length (in) | Height (in) | Weight (Ounces) |
|---|---|---|---|---|---|---|
| M&P® SHIELD™ M2.0™ | 11806 | 8 & 7 | 3.1 | 6.1 | 4.6 | 18.8 |
| M&P® SHIELD™ M2.0™ | 11807 | 8 & 7 | 3.1 | 6.1 | 4.6 | 18.8 |
| M&P® SHIELD™ M2.0™ | 11808 | 8 & 7 | 3.1 | 6.1 | 4.6 | 18.3 |
| M&P® SHIELD™ M2.0™ | 11810 | 8 & 7 | 3.1 | 6.1 | 4.6 | 20.6 |
| M&P® SHIELD™ M2.0™ | 11671 | 8 & 7 | 3.1 | 6.1 | 4.6 | 21.3 |
| M&P® SHIELD™ M2.0™ | 12468 | 8 & 7 | 3.1 | 6.1 | 4.6 | 21.3 |
| M&P® SHIELD™ M2.0™ | 11901 | 8 & 7 | 3.1 | 6.1 | 4.6 | 21.3 |
| M&P® SHIELD™ M2.0™ | 11811 | 8 & 7 | 3.1 | 6.1 | 4.6 | 21.3 |
| M&P® SHIELD™ M2.0™ | 11812 | 7 & 6 | 3.1 | 7.9 | 6.1 | 20.5 |
| M&P® SHIELD™ M2.0™ | 11814 | 7 & 6 | 3.1 | 7.9 | 6.1 | 20.5 |
| M&P® SHIELD™ M2.0™ | 11816 | 7 & 6 | 3.1 | 7.9 | 6.1 | 20.4 |
| M&P® SHIELD™ M2.0™ | 180022 | | 7 & 6 | 3.3 | 8.4 | 6.4 |
| M&P® SHIELD™ M2.0™ | 11704 | 7 & 6 | 3.3 | 8.4 | 6.4 | 21.2 |
| M&P® SHIELD™ M2.0™ | 11531 | 7 & 6 | 3.3 | 8.4 | 6.4 | 21.2 |
| M&P® SHIELD™ M2.0™ | 11726 | 7 & 6 | 3.3 | 8.4 | 6.4 | 21.2 |
| M&P® SHIELD™ M2.0™ | 12087 | 7 & 6 | 3.3 | 8.4 | 6.4 | 21.2 |
| PC M&P® SHIELD™ M2.0™ | 11867 | 8 & 7 | 3.1 | 7.9 | 6.1 | 20.4 |
| PC M&P® SHIELD™ M2.0™ | 11869 | 8 & 7 | 3.1 | 7.9 | 6.1 | 20.4 |
| PC M&P® SHIELD™ M2.0™ Everyday Carry Kit | 12471 | 8 & 7 | 3.1 | 7.9 | 6.1 | 19.7 |

## M&P SHIELD® M2.0®, M&P SHIELD® EZ® PISTOLS

| Model | SKU | Caliber | Barrel Length (in) | Overall Length (in) | Height (in) | Weight (Ounces) |
|---|---|---|---|---|---|---|
| PC M&P® SHIELD™ M2.0™ | 11868 | 45 &/AM | 3.1 | 7.9 | 6.1 | 15.5 | 20.1 |
| PC M&P® SHIELD™ M2.0™ | 11870 | 45 &/AM | 3.1 | 7.9 | 6.1 | 15.5 | 20.1 |
| PC M&P® SHIELD™ M2.0™ | 12473 | 7 & 6 | 3.3 | 8.4 | 6.45 | 22.5 |
| PC M&P® SHIELD™ M2.0™ | 12474 | 7 & 6 | 3.3 | 8.4 | 6.45 | 22.5 |
| PC M&P® SHIELD™ M2.0™ | 11785 | 8 & 7 | 4.0 | 10.2 | 7.0 | 19.9 |
| PC M&P® SHIELD™ M2.0™ | 11786 | 8 & 7 | 4.0 | 10.2 | 7.0 | 19.9 |
| PC M&P® SHIELD™ M2.0™ | 11795 | 7 & 6 | 4.0 | 10.2 | 7.0 | 21.4 |
| PC M&P® SHIELD™ M2.0™ | 11796 | 7 & 6 | 4.0 | 10.2 | 7.0 | 21.4 |
| PC M&P® SHIELD™ M2.0™ | 11797 | 7 & 6 | 4.0 | 10.2 | 7.0 | 21.3 |
| PC M&P® SHIELD™ M2.0™ | 11798 | 7 & 6 | 4.0 | 10.2 | 7.0 | 21.3 |
| PC M&P® SHIELD™ M2.0™ | 11864 | 7 & 6 | 4.0 | 10.2 | 7.125 | 24.4 |
| PC M&P® SHIELD™ M2.0™ | 11865 | 7 & 6 | 4.0 | 10.2 | 7.125 | 18.1 |
| PC M&P® SHIELD™ M2.0™ | 11866 | 7 & 6 | 4.0 | 10.2 | 7.125 | 18.1 |

| Model | SKU | Caliber and Magazine Capacity | Action | Barrel Length (in) | Overall Length (in) | Height (in) | Weight (Ounces) | Weight (Grams) |
|---|---|---|---|---|---|---|---|---|
| M&P®380 SHIELD™ EZ® | 11663 | 8 | 3.68 | 9.3 | 6.7 | 17.0 | 5.0 | 12.7 | 18.3 | 518.8 |
| M&P®380 SHIELD™ EZ® | 180023 | 8 | 3.68 | 9.3 | 6.7 | 17.0 | 5.0 | 12.7 | 18.3 | 518.8 |
| M&P®380 SHIELD™ EZ® | 12717 | 8 | 3.8 | 9.7 | 6.9 | 17.5 | | 18.5 | 524.5 |
| M&P®380 SHIELD™ EZ® | 12718 | 8 | 3.8 | 9.7 | 6.9 | 17.5 | | 18.5 | 524.5 |
| M&P®380 SHIELD™ EZ® | 12719 | 8 | 3.8 | 9.7 | 6.9 | 17.5 | | 18.5 | 524.5 |
| M&P®9 SHIELD™ EZ® | 12436 | 8 | 3.68 | 9.3 | 6.9 | 17.5 | 5.05 | 12.8 | 23.8 | 675.0 |
| M&P®9 SHIELD™ EZ® | 12437 | 8 | 3.68 | 9.3 | 6.9 | 17.5 | 5.05 | 12.8 | 23.7 | 671.3 |
| M&P®9 SHIELD™ EZ® | 12438 | 8 | 3.68 | 9.3 | 6.9 | 17.5 | 5.05 | 12.8 | 23.4 | 663.0 |
| M&P®9 SHIELD™ EZ® | 12439 | 8 | 3.68 | 9.3 | 6.9 | 17.5 | 5.05 | 12.8 | 23.4 | 663.0 |
| M&P®9 SHIELD™ EZ® | 13001 | 8 | 3.8 | 9.7 | 7.0 | 18.0 | 5.05 | 12.8 | 23.3 | 660.6 |
| M&P®9 SHIELD™ EZ® | 13002 | 8 | 3.8 | 9.7 | 7.0 | 18.0 | 5.05 | 12.8 | 23.4 | 663.0 |
| M&P®9 SHIELD™ EZ® | 13223 | 8 | 3.83 | 9.7 | 7.0 | 17.8 | | 23.0 | 652.1 |
| M&P®9 SHIELD™ EZ® | 13224 | 8 | 3.83 | 9.7 | 7.0 | 17.8 | | 22.9 | 649.2 |
| M&P®9 SHIELD™ EZ® | 13225 | 8 | 3.83 | 9.7 | 7.0 | 17.8 | | 23.1 | 654.9 |
| M&P®9 SHIELD™ EZ® | 13226 | 8 | 3.83 | 9.7 | 7.0 | 17.8 | | 23.0 | 652.1 |
| M&P®9 SHIELD™ EZ® | 13227 | 8 | 3.83 | 9.7 | 7.0 | 17.8 | | 23.0 | 652.1 |
| M&P®9 SHIELD™ EZ® | 13228 | 8 | 3.83 | 9.7 | 7.0 | 17.8 | | 23.0 | 652.1 |

## M&P® M2.0™ FULL SIZE PISTOLS



**M&P®9 M2.0™**
9mm · 4.25" Barrel
NO THUMB SAFETY
SKU: 11521 - 17+1 Rounds
11758 - 15+1 Rounds
11761 - 10+1 Rounds
11763 - 10+1 Rounds, 10 lb Trigger, MA Compliant



**M&P®9 M2.0™**
SKU: 11524
9mm · 17+1 Rounds
4.25" Barrel
MANUAL THUMB SAFETY

**M&P®9 M2.0™**
SKU: 11989
9mm · 17+1 Rounds
5.0" Barrel
NO THUMB SAFETY
FLAT DARK EARTH FINISH

**M&P®9 M2.0™**
SKU: 11537
9mm · 17+1 Rounds · 5.0" Barrel
MANUAL THUMB SAFETY
TACTILE LOADED CHAMBER
INDICATOR – TLCI
FLAT DARK EARTH FINISH



**M&P®9 M2.0™**
SKU: 11767
9mm · 17+1 Rounds
4.25" Barrel
TRUGLO® TFX™ SIGHTS
(fiber optic/night sights)
FLAT DARK EARTH FINISH



**M&P®9 M2.0™**
SKU: 11770
9mm · 17+1 Rounds
4.625" Threaded Barrel
NO THUMB SAFETY
SUPPRESSOR HEIGHT SIGHTS



PERFORMANCE CENTER®
**M&P®9 M2.0™ – PRO SERIES®**
SKU: 11818 **
9mm · 17+1 Rounds
4.25" Barrel
NO THUMB SAFETY
FIBER OPTIC SIGHTS



PERFORMANCE CENTER®
**M&P®9 M2.0™ – PRO SERIES®**
SKU: 11820 **
9mm · 17+1 Rounds
5.0" Barrel
NO THUMB SAFETY
FIBER OPTIC SIGHTS



PERFORMANCE CENTER®
**M&P®9 M2.0™**
SKU: 11822 **
9mm · 17+1 Rounds
4.25" Barrel
PORTED SLIDE & BARREL
FIBER OPTIC SIGHTS
NO THUMB SAFETY

PERFORMANCE CENTER®
**M&P®9 M2.0™**
SKU: 11824 **
9mm · 17+1 Rounds
5.0" Barrel
PORTED SLIDE & BARREL
FIBER OPTIC SIGHTS
NO THUMB SAFETY

PERFORMANCE CENTER®
**M&P®9 M2.0™ – PRO SERIES®**
SKU: 11826 **
9mm · 17+1 Rounds
4.25" Barrel
NO THUMB SAFETY
WHITE DOT SIGHTS
SLIDE CUT FOR OPTICS

PERFORMANCE CENTER®
**M&P®9 M2.0™ – PRO SERIES®**
SKU: 11828 **
9mm · 17+1 Rounds
5.0" Barrel
NO THUMB SAFETY
WHITE DOT SIGHTS
SLIDE CUT FOR OPTICS



PERFORMANCE CENTER®
**M&P®9 M2.0™**
SKU: 12470 **
9mm · 17+1 Rounds · 5.0" Barrel
NO THUMB SAFETY · WHITE DOT SIGHTS
SLIDE CUT FOR OPTICS
PORTED BARREL & SLIDE
CRIMSON TRACE® RED DOT OPTIC INCLUDED



PERFORMANCE CENTER®
**M&P®9 M2.0™**
SKU: 11831 **
9mm · 17+1 Rounds
4.25" Barrel
NO THUMB SAFETY · WHITE DOT SIGHTS
SLIDE CUT FOR OPTICS
PORTED BARREL & SLIDE

PERFORMANCE CENTER®
**M&P®9 M2.0™**
SKU: 11833 **
9mm · 17+1 Rounds
5.0" Barrel
NO THUMB SAFETY · WHITE DOT SIGHTS
PORTED BARREL & SLIDE



CARRY & RANGE KIT INCLUDES:
CALDWELL
– TAC OPS HOLSTER
TAC OPS MAG HOLSTER
– MAGULLA UPLULA™
MAG LOADER
– 3 MAGAZINES
INCLUDED

**M&P®9 M2.0™ CARRY & RANGE KIT**
4.25" Barrel · NO THUMB SAFETY
SKU: 11765 - 9mm · 17+1 Rounds
12487 - 9mm · 10+1 Rounds
SKU: 11766 - 40 S&W
15+1 Rounds

## M&P® M2.0™ FULL SIZE PISTOLS



**M&P®40 M2.0™**
40 S&W · 4.25" Barrel
NO THUMB SAFETY
SKU: 11522 - 15+1 Rounds
11762 - 10+1 Rounds

**M&P®40 M2.0™**
SKU: 11525
40 S&W · 15+1 Rounds
4.25" Barrel
MANUAL THUMB SAFETY



**M&P®40 M2.0™**
SKU: 11595
40 S&W · 15+1 Rounds
5.0" Barrel
TACTILE LOADED CHAMBER
INDICATOR – TLCI
FLAT DARK EARTH FINISH



PERFORMANCE CENTER®
**M&P®40 M2.0™ – PRO SERIES®**
SKU: 11819 **
40 S&W · 15+1 Rounds
4.25" Barrel
NO THUMB SAFETY
FIBER OPTIC SIGHTS



PERFORMANCE CENTER®
**M&P®40 M2.0™ – PRO SERIES®**
SKU: 11821 **
PRO SERIES®
40 S&W · 15+1 Rounds
5.0" Barrel
NO THUMB SAFETY
FIBER OPTIC SIGHTS



PERFORMANCE CENTER®
**M&P®40 M2.0™**
SKU: 11823 **
40 S&W · 15+1 Rounds
4.25" Barrel
PORTED SLIDE & BARREL
FIBER OPTIC SIGHTS
NO THUMB SAFETY



PERFORMANCE CENTER®
**M&P®40 M2.0™**
SKU: 11825 **
40 S&W · 15+1 Rounds
5.0" Barrel
PORTED SLIDE & BARREL
FIBER OPTIC SIGHTS
NO THUMB SAFETY

PERFORMANCE CENTER®
**M&P®40 M2.0™ – PRO SERIES®**
SKU: 11827 **
40 S&W · 15+1 Rounds
4.25" Barrel
NO THUMB SAFETY
WHITE DOT SIGHTS
SLIDE CUT FOR OPTICS

PERFORMANCE CENTER®
**M&P®40 M2.0™ – PRO SERIES®**
SKU: 11829 **
40 S&W · 15+1 Rounds
5.0" Barrel
NO THUMB SAFETY
WHITE DOT SIGHTS
SLIDE CUT FOR OPTICS

PERFORMANCE CENTER®
**M&P®40 M2.0™**
SKU: 11832 **
40 S&W · 15+1 Rounds
4.25" Barrel
NO THUMB SAFETY · WHITE DOT SIGHTS
SLIDE CUT FOR OPTICS
PORTED BARREL & SLIDE

PERFORMANCE CENTER®
**M&P®40 M2.0™ – PRO SERIES®**
SKU: 11834 **
40 S&W · 15+1 Rounds
5.0" Barrel
NO THUMB SAFETY · WHITE DOT SIGHTS
SLIDE CUT FOR OPTICS
PORTED BARREL & SLIDE



PERFORMANCE CENTER®
**M&P®45 M2.0™**
SKU: 11771
45 AUTO · 10+1 Rounds
5.6" Barrel
MANUAL THUMB SAFETY
OPTIC HEIGHT: WHITE DOT SIGHTS
LIGHTENING CUTS IN SLIDE



**M&P®45 M2.0™**
45 AUTO
4.6" Barrel
NO THUMB SAFETY
SKU: 11526
45 AUTO · 10+1 Rounds
4.6" Barrel
MANUAL THUMB SAFETY
13007 - 10+1 Rounds, 10 lb Trigger, MA Compliant

**M&P®45 M2.0™**
SKU: 11523 - 10+1 Rounds



**M&P®45 M2.0™**
SKU: 11771
45 AUTO · 10+1 Rounds
5.125" Threaded Barrel
NO THUMB SAFETY
SUPPRESSOR HEIGHT SIGHTS



**M&P®45 M2.0™**
SKU: 11769
45 AUTO · 10+1 Rounds
4.6" Barrel
NO THUMB SAFETY
TRUGLO® TFX™ SIGHTS
(fiber optic/night sights)
FLAT DARK EARTH FINISH

## M&P® M2.0™ COMPACT PISTOLS



**M&P®9 M2.0™ COMPACT**
SKU: 11683
9mm – 10+1 Rounds
4.0" Barrel
*NO THUMB SAFETY*



**M&P®9 M2.0™ COMPACT**
9mm – 10+1 Rounds
SKU: 11685
9mm – 15+1 Rounds
SKU: 12464
        12466 – 10 lb Trigger, MA Compliant
*NO THUMB SAFETY*



**M&P®9 M2.0™ COMPACT**
SKU: 12465
9mm – 15+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*

**M&P®9 M2.0™ COMPACT**
SKU: 12486
9mm – 10+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*



**M&P®9 M2.0™ COMPACT**
SKU: 12458
9mm – 10+1 Rounds
4.0" Barrel
*NO THUMB SAFETY*
*FLAT DARK EARTH FINISH*



**M&P®9 M2.0™ COMPACT**
SKU: 12459
9mm – 15+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*
*FLAT DARK EARTH FINISH*



**M&P®9 M2.0™ COMPACT**
SKU: 13111
9mm – 10+1 Rounds
4.625" Barrel
*SUPPRESSOR HEIGHT SIGHTS*
*THREADED BARREL*



**M&P®9 M2.0™ COMPACT**
SKU: 13112
9mm – 10+1 Rounds
4.625" Barrel
*NO THUMB SAFETY*
*SUPPRESSOR HEIGHT SIGHTS*
*THREADED BARREL*

**NEW**


**M&P®9 M2.0™ COMPACT**
SKU: 13143
9mm – 15+1 Rounds
4.0" Barrel
*NO THUMB SAFETY*

**NEW**


**M&P®9 M2.0™ COMPACT**
SKU: 13144
9mm – 15+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*



**M&P®9 M2.0™ COMPACT**
9mm – 3.6" Barrel
SKU: 11688 – 15+1 Rounds
13008 – 10+1 Rounds, 10 lb Trigger, MA Compliant
*NO THUMB SAFETY*



**M&P®9 M2.0™ COMPACT**
SKU: 11694
9mm – 15+1 Rounds
3.6" Barrel
*MANUAL THUMB SAFETY*



**M&P®40 M2.0™ COMPACT**
SKU: 11684
40 S&W – 13+1 Rounds
4.0" Barrel
*NO THUMB SAFETY*



**M&P®40 M2.0™ COMPACT**
SKU: 11687
40 S&W – 13+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*



**M&P®40 M2.0™ COMPACT**
SKU: 11691
40 S&W – 13+1 Rounds
3.6" Barrel
*NO THUMB SAFETY*



**M&P®40 M2.0™ COMPACT**
SKU: 11695
40 S&W – 13+1 Rounds
3.6" Barrel
*MANUAL THUMB SAFETY*

38

## M&P® M2.0™ COMPACT and SUBCOMPACT PISTOLS



**M&P®45 M2.0™ COMPACT**
SKU: 12106
45 AUTO – 10+1 Rounds
4.0" Barrel
*NO THUMB SAFETY*



**M&P®45 M2.0™ COMPACT**
SKU: 12105
45 AUTO – 10+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*



**M&P®9 M2.0™ SUBCOMPACT**
SKU: 12481
9mm – 12+1 Rounds
3.6" Barrel
*MANUAL THUMB SAFETY*

**M&P®9 M2.0™ SUBCOMPACT**
9mm – 3.6" Barrel
*MANUAL THUMB SAFETY*
SKU: 12482 – 12+1 Rounds
SKU: 13010 – 10+1 Rounds, 10 lb Trigger, MA Compliant

### M&P® M2.0™ FULL SIZE PISTOLS - 9mm

| Model | SKU Number | 9mm | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Height (in) | Height (cm) | Barrel Thread (in) | Ounces | Grams | Number of Magazines |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P®9 M2.0™ | 11521 | 17 | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.8 | 788.1 | 2 |
| M&P®9 M2.0™ | 11758 | 15 | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.6 | 782.5 | 2 |
| M&P®9 M2.0™ | 11761 | 10 | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.2 | 771.1 | 2 |
| M&P®9 M2.0™ | 11763 | 10 | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.7 | 785.3 | 2 |
| M&P®9 M2.0™ | 11524 | 17 | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 28.0 | 793.8 | 2 |
| M&P®9 M2.0™ | 11989 | 17 | 5.0 | 12.7 | 8.25 | 21.0 | 5.5 | 14.0 | | 29.7 | 842.0 | 2 |
| M&P®9 M2.0™ | 11537 | 17 | 5.0 | 12.7 | 8.25 | 21.0 | 5.5 | 14.0 | | 29.8 | 844.8 | 2 |
| M&P®9 M2.0™ | 11767 | 17 | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.8 | 788.1 | 2 |
| M&P®9 M2.0™ | 11770 | 17 | 4.625 | 11.7 | 7.9 | 20.1 | 5.5 | 14.0 | 1/2x28 | 28.5 | 808.0 | 2 |
| M&P®9 M2.0™ | 11765 | 17 | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.8 | 788.1 | 3 |
| M&P®9 M2.0™ | 12487 | 10 | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.5 | 779.6 | 3 |
| M&P®9 M2.0™ | 11818 | 17 | 4.25 | 10.8 | 7.5 | 19.1 | | | | 28.0 | 793.8 | 2 |
| M&P®9 M2.0™ | 11820 | 17 | 5.0 | 12.7 | 8.5 | 21.6 | | | | 30.0 | 850.5 | 2 |
| M&P®9 M2.0™ | 11822 | 17 | 4.25 | 10.8 | 7.5 | 19.1 | | | | 28.0 | 793.8 | 2 |
| M&P®9 M2.0™ | 11824 | 17 | 5.0 | 12.7 | 8.5 | 21.6 | | | | 30.0 | 850.5 | 2 |
| M&P®9 M2.0™ | 11826 | 17 | 4.25 | 10.8 | 7.5 | 19.1 | | | | 27.2 | 771.1 | 2 |
| M&P®9 M2.0™ | 11828 | 17 | 5.0 | 12.7 | 8.5 | 21.6 | | | | 29.0 | 822.2 | 2 |
| M&P®9 M2.0™ | 12470 | 17 | 5.0 | 12.7 | 8.5 | 21.6 | | | | 28.6 | 810.8 | 2 |
| M&P®9 M2.0™ | 11831 | 17 | 4.25 | 10.8 | 7.5 | 19.1 | | | | 27.8 | 825.0 | 2 |
| M&P®9 M2.0™ | 11833 | 17 | 5.0 | 12.7 | 8.5 | 21.6 | | | | 29.1 | 825.0 | 2 |

Additional table columns (feature indicators) for each row: Sights (White Dot, TRUGLO® TFX™, Fiber Optic, Suppressor Height), Grips (Polymer, Interchangeable), Polymer Frame Finish (Black, Flat Dark Earth), Slide Material (Stainless Steel), Slide Finish (Black, Flat Dark Earth, Armornite®), Barrel Material (Stainless Steel), Barrel Finish (Silver - High Bright, Black / Armornite®), Other Features (Thumb Safety, TLD, 10 lb. Trigger Pull - MA COMPLIANT, Carry & Range Kit, PC Tuned Action, Audible Trigger Reset, Optics Ready Slide, CT Red Dot Included, Ported Barrel & Slide, Lightening Cuts in Slide, PC Red Kit Included, Adjustable Trigger Stop).

39

## M&P® M2.0™ FULL SIZE PISTOLS - 40 S&W and 45 AUTO

| Model | SKU Number | 40 S&W | 45 AUTO | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Height (in) | Height (cm) | Barrel Thread (in) | Ounces | Grams | Number of Magazines |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P®40 M2.0™ | 11522 | 15 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 28.9 | 819.3 | 2 |
| M&P®40 M2.0™ | 11762 | 10 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 28.9 | 819.3 | 2 |
| M&P®40 M2.0™ | 11525 | 15 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 28.9 | 827.8 | 2 |
| M&P®40 M2.0™ | 11585 | 15 | | 5.0 | 12.7 | 8.25 | 21.0 | 5.5 | 14.0 | | 30.2 | 856.2 | 2 |
| M&P®40 M2.0™ | 11766 | 15 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 28.9 | 819.3 | 3 |
| M&P®40 M2.0™ | 11819 | 15 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 29.1 | 825.0 | 2 |
| M&P®40 M2.0™ | 11821 | 15 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 30.4 | 861.8 | 2 |
| M&P®40 M2.0™ | 11823 | 15 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 28.0 | 793.8 | 2 |
| M&P®40 M2.0™ | 11825 | 15 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 30.0 | 850.5 | 2 |
| M&P®40 M2.0™ | 11827 | 15 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 27.2 | 771.1 | 2 |
| M&P®40 M2.0™ | 11829 | 15 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 29.0 | 822.2 | 2 |
| M&P®40 M2.0™ | 11832 | 15 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 27.8 | 825.0 | 2 |
| M&P®40 M2.0™ | 11834 | 15 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 29.1 | 825.0 | 2 |
| M&P®40 M2.0™ | 11710 | 15 | | 5.0 | 14.2 | 9.9 | 20.6 | | | | 30.7 | 870.3 | 2 |
| M&P®40 M2.0™ | 11523 | 10 | | 4.6 | 11.7 | 7.9 | 20.1 | 5.5 | 14.0 | | 29.9 | 844.8 | 2 |
| M&P®40 M2.0™ | 13007 | 10 | | 4.6 | 11.7 | 7.9 | 20.1 | 5.5 | 14.0 | | 26.8 | 759.8 | 2 |
| M&P®40 M2.0™ | 11526 | 10 | | 4.6 | 11.7 | 7.9 | 20.1 | 5.5 | 14.0 | | 29.9 | 844.8 | 2 |
| M&P®45 M2.0™ | 11769 | | 10 | 4.6 | 11.7 | 7.9 | 20.1 | 5.5 | 14.0 | | 29.9 | 847.7 | 2 |
| M&P®45 M2.0™ | 11771 | | 10 | 5.125 | 13.0 | 8.6 | 21.8 | 5.5 | 14.0 | .578x28 | 30.5 | 864.7 | 2 |

## M&P® M2.0™ COMPACT & SUBCOMPACT PISTOLS - 9 mm, 40 S&W and 45 AUTO

| Model | SKU | 9mm | 40 S&W | 45 AUTO | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Height (in) | Height (cm) | Ounces | Grams | Number of Magazines |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P®9 M2.0™ Compact | 11688 | 15 | | | 3.6 | 9.1 | 6.8 | 17.3 | 5.0 | 12.7 | 25.9 | 734.3 | 2 |
| M&P®9 M2.0™ Compact | 13008 | 10 | | | 3.6 | 9.1 | 6.8 | 17.3 | 5.0 | 12.7 | 23.1 | 654.9 | 2 |
| M&P®9 M2.0™ Compact | 11694 | 15 | | | 3.6 | 9.1 | 6.8 | 17.3 | 5.0 | 12.7 | 25.9 | 734.3 | 2 |
| M&P®9 M2.0™ Compact | 11691 | | 13 | | 3.6 | 9.1 | 6.8 | 17.3 | 5.0 | 12.7 | 25.7 | 756.9 | 2 |
| M&P®40 M2.0™ Compact | 11695 | | 13 | | 3.6 | 9.1 | 6.8 | 17.3 | 5.0 | 12.7 | 26.8 | 759.8 | 2 |
| M&P®9 M2.0™ Compact | 11683 | 15 | | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 27.0 | 765.5 | 2 |
| M&P®9 M2.0™ Compact | 11686 | 15 | | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 27.2 | 771.1 | 2 |
| M&P®9 M2.0™ Compact | 12464 | 15 | | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 26.3 | 745.6 | 2 |
| M&P®9 M2.0™ Compact | 12465 | 10 | | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 26.3 | 754.1 | 2 |
| M&P®9 M2.0™ Compact | 12466 | 10 | | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 27.0 | 765.5 | 2 |
| M&P®9 M2.0™ Compact | 12458 | 15 | | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 26.8 | 759.8 | 2 |
| M&P®9 M2.0™ Compact | 12459 | 15 | | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 27.1 | 768.3 | 2 |
| M&P®9 M2.0™ Compact | 13111 | 15 | | | 4.625 | 11.8 | 7.25 | 18.4 | 5.0 | 12.7 | 27.6 | 783.0 | 2 |
| M&P®9 M2.0™ Compact | 13112 | 10 | | | 4.625 | 11.8 | 7.25 | 18.4 | 5.0 | 12.7 | 27.6 | 783.0 | 2 |
| M&P®9 M2.0™ Compact | 13143 | 15 | | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 25.8 | 731.4 | 2 |
| M&P®9 M2.0™ Compact | 13144 | 10 | | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 26.0 | 737.1 | 2 |
| M&P®40 M2.0™ Compact | 11687 | | 13 | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 28.2 | 799.5 | 2 |
| M&P®40 M2.0™ Compact | 11684 | | 13 | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 25.4 | 720.1 | 2 |
| M&P®45 M2.0™ Compact | 12105 | | | 10 | 4.0 | 10.2 | 7.25 | 18.4 | 5.6 | 14.2 | 28.2 | 799.5 | 2 |
| M&P®45 M2.0™ Compact | 12106 | | | 10 | 4.0 | 10.2 | 7.25 | 18.4 | 5.6 | 14.2 | 28.2 | 799.5 | 2 |
| M&P®9 M2.0™ SubCompact | 12481 | 12 | | | 3.6 | 9.1 | 6.6 | 16.8 | 4.98 | 12.6 | 25.0 | 708.8 | 2 |
| M&P®9 M2.0™ SubCompact | 12482 | 12 | | | 3.6 | 9.1 | 6.6 | 16.8 | 4.98 | 12.6 | 25.3 | 717.3 | 2 |
| M&P®9 M2.0™ SubCompact | 13010 | 10 | | | 3.6 | 9.1 | 6.6 | 16.8 | 4.98 | 12.6 | 25.3 | 717.3 | 2 |

## M&P SHIELD® ORIGINAL SERIES, M&P® BODYGUARD® & M&P®22 COMPACT PISTOLS



**M&P®9 SHIELD™**
SKU: 187021
9mm
8 & 7 Round Magazines
3.1" Barrel
MANUAL THUMB SAFETY
TACTILE LOADED CHAMBER INDICATOR
CA COMPLIANT



**M&P®9 SHIELD™**
SKU: 11905
9mm
8 & 7 Round Magazines
3.1" Barrel
MANUAL THUMB SAFETY · HI-VIZ® SIGHTS
TACTILE LOADED CHAMBER INDICATOR
CA COMPLIANT



**M&P®40 SHIELD™**
SKU: 187020
40 S&W
7 & 6 Round Magazines
3.1" Barrel
MANUAL THUMB SAFETY
TACTILE LOADED CHAMBER INDICATOR
CA COMPLIANT

**M&P®40 SHIELD™**
SKU: 11906
40 S&W
7 & 6 Round Magazines
3.1" Barrel
MANUAL THUMB SAFETY · HI-VIZ® SIGHTS
TACTILE LOADED CHAMBER INDICATOR
CA COMPLIANT



**MODEL BG380**
SKU: 10048
380 AUTO · 6+1 Rounds
2.75" Barrel
MANUAL THUMB SAFETY
CRIMSON TRACE® INTEGRATED RED LASER



**MODEL BG380**
SKU: 109381
380 AUTO · 6+1 Rounds
2.75" Barrel
MANUAL THUMB SAFETY
NO LASER MODEL



**MODEL BG380**
SKU: 10110
380 AUTO · 6+1 Rounds
2.75" Barrel
MANUAL THUMB SAFETY
NO LASER MODEL
MACHINE ENGRAVING



**M&P®22 COMPACT**
SKU: 108390
22 LR · 10+1 Rounds
3.6" Barrel
MANUAL THUMB SAFETY



**M&P®9 M2.0™ COMPACT**
SUPPRESSOR READY
SKU: 10242
22 LR · 10+1 Rounds
3.6" Threaded Barrel – 3/8 x 24 – 2A
THUMB SAFETY
CERAKOTE® FLAT DARK EARTH FRAME
ADAPTER KIT INCLUDED
ADAPTER CONVERTS BARREL THREADS TO 1/2 X28



**M&P®9 M2.0™ COMPACT**
SUPPRESSOR READY
SKU: 10199
22 LR · 10+1 Rounds
3.6" Threaded Barrel – 3/8" x 24 – 2A
MANUAL THUMB SAFETY
ADAPTER KIT INCLUDED
ADAPTER CONVERTS BARREL THREADS TO 1/2 X28

## M&P® BRACE PISTOLS



**M&P®15 Brace Pistol**
SKU: 13320
5.56mm NATO / 223 REM
30+1 Rounds
7.5" Barrel
ADJUSTABLE ARM BRACE WITH STRAP
S&W® FLAT FACE TRIGGER
BLAST DIVERTER



**M&P®15-22 Brace Pistol**
SKU: 13321
22 LR
325+1 Rounds
8.0" Barrel
ADJUSTABLE ARM BRACE WITH STRAP
FUNCTIONING CHARGING HANDLE

### M&P SHIELD® ORIGINAL SERIES, M&P® BODYGUARD and M&P22 COMPACT PISTOLS

| Model and SKU | | Caliber & Magazine Capacity | | | | Measurements | | | | | Weight | | Sights | | | | | Grips | | | Polymer Frame Finish | Slide Material | | | Slide Finish | | Barrel Material | | Barrel Finish | | Other Features | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | SKU Number | 380 AUTO | 9mm | 40 S&W | 22 LR | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Overall Height (in) | Overall Height (cm) | Ounces | Grams | Black Ramp Front Sight | Adj. Black Rear Sight | Fiber Optic | White Dot | Adjustable Rear Sight | Polymer – Black | Black | Flat Dark Earth | Black | Stainless Steel | Aluminum Alloy | Black | Ammonite® | Matte Silver | Stainless Steel | Carbon Steel | Black / Armornite® | Thumb Safety | TLCI | Crimson Trace® Integrated Laser | No Laser Version | Machine Engraved | Threaded Barrel / Adapter Kit Included | Number of Magazines |
| M&P® SHIELD™ | 187021 | | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 21.0 | 595.4 | | | • | | | • | | | • | | | • | | | • | | | | • | | • | | | | | | | 2 |
| M&P®9 SHIELD™ | 11905 | | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 20.9 | 592.5 | | | | | • | | | | • | | | • | | | • | | | | • | | • | | | | | | | 2 |
| M&P®40 SHIELD™ | 187020 | | | 7 & 6 | | 3.1 | 7.9 | 6.1 | 15.5 | 20.6 | 584.0 | | | • | | | • | | | • | | | • | | | • | | | | • | | • | | | | | | | 2 |
| M&P®40 SHIELD™ | 11906 | | | 7 & 6 | | 3.1 | 7.9 | 6.1 | 15.5 | 20.6 | 584.0 | | | | | • | | | | • | | | • | | | • | | | | • | | • | | | | | | | 2 |
| BG380 | 109381 | 6 | | | | 2.75 | 7.0 | 5.25 | 13.3 | 11.9 | 337.4 | | • | • | | | | | | | | | • | | • | • | | | | | • | • | | | • | | | 2 |
| BG380 | 10048 | 6 | | | | 2.75 | 7.0 | 5.25 | 13.3 | 11.1 | 314.7 | | • | • | | | | | | | | | • | | • | • | | | | | • | • | | • | | | | 2 |
| BG380 | 10110 | 6 | | | | 2.75 | 7.0 | 5.25 | 13.3 | 12.1 | 343.0 | | • | • | | | | | | | | | • | | • | • | | | | | • | • | | | • | • | | 2 |
| M&P®22 COMPACT | 108390 | | | | 10 | 3.6 | 9.0 | 6.67 | 16.9 | 16.9 | 479.1 | | | | | • | | • | | • | | | • | | | | | • | | • | | • | | | | | | 2 |
| M&P®22 COMPACT | 10199 | | | | 10 | 3.6 | 9.0 | 6.67 | 16.9 | 16.5 | 467.8 | | | | | • | | • | | • | | | • | | | | | • | | • | | • | | | | | • | 2 |
| M&P®22 COMPACT | 10242 | | | | 10 | 3.3 | 9.0 | 6.67 | 16.9 | 17.4 | 493.3 | | | | | • | | • | | | • | | • | | | | | • | | • | | • | | | | | • | 2 |

### M&P®15 and M&P®15-22 BRACE PISTOLS

| Model | SKU | Caliber/ Mag Cap | | Measurements | | | | | | | | Weight | | Grips | Receiver Material | | Barrel Material | | Barrel Finish | Receiver Finish | Other Features | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5.56mm NATO / 223 REM | 22 LR | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Overall Height (in) | Overall Height (cm) | Rifling | Pounds | Grams | Polymer – Black | Magpul® MOE SL® | 7075 Aluminum | Polymer | 4140 Steel | Carbon Steel | Black | Ammonite® | Black | Magpul® M-LOK Slide | M&P® Free-Float Handguard | SB Tactical SBA3® Adjustable Arm Brace | QD Sling Swivel | Patented Grip Inserts | Chromed Firing Pin | Forged, Integral Trigger Guard | Threaded Barrel | Blast Diverter | Flash Suppressor |
| M&P®15 Brace Pistol | 13320 | 30 | | 7.5 | 19.1 | 23.5 | 59.7 | 7.0 | 17.8 | 1:7" | 5.5 | 2494.8 | • | | • | | | • | | • | • | • | • | • | • | | • | • | • | • | |
| M&P®15-22 Brace Pistol | 13321 | | 25 | 8.0 | 20.3 | 22.8 | 57.9 | 7.0 | 17.8 | 1:15" | 3.4 | 1519.6 | | • | | • | | • | • | • | | • | | | | • | | | | | |

## SMITH & WESSON® SD™ and SDVE™ SELF DEFENSE PISTOLS



**MODEL SD™9 VE**
SKU: 223900
9mm
16+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*



**MODEL SD™9 VE**
SKU: 123900
9mm
10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*



**MODEL SD™9 VE**
SKU: 123902
9mm – 10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*10 LB TRIGGER – MA COMPLIANT*

**MODEL SD™9 VE**
SKU: 123903
9mm – 10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR – TLCI*
*CA COMPLIANT*

**MODEL SD™9 VE**
SKU: 11907
9mm
10+1 Rounds
4.0" Barrel
*HI-VIZ® SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR – TLCI*
*CA COMPLIANT*



**MODEL SD™9**
SKU: 11995
9mm
16+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*GRAY FRAME FINISH*



**MODEL SD™9**
SKU: 11998
9mm
16+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*FLAT DARK EARTH FRAME FINISH*



**MODEL SD™40 VE**
SKU: 223400
40 S&W
14+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*



**MODEL SD™40 VE**
SKU: 123400
40 S&W
10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*



**MODEL SD™40 VE**
SKU: 123403
40 S&W
10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR – TLCI*
*CA COMPLIANT*



**MODEL SD™40 VE**
SKU: 11908
40 S&W
10+1 Rounds
4.0" Barrel
*HI-VIZ® SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR – TLCI*
*CA COMPLIANT*



**MODEL SD™40**
SKU: 11996
40 S&W
14+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*GRAY FRAME FINISH*



**MODEL SD™40**
SKU: 11999
40 S&W
14+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*FLAT DARK EARTH FRAME FINISH*

44

## SMITH & WESSON® SW1911™ and MODEL 41 PISTOLS



**MODEL SW1911 SC**
SKU: 108483
45 AUTO
8+1 and 7+1 Rounds
4.25" Barrel
*ROUND BUTT, SCANDIUM ALLOY FRAME*
*TRITIUM NIGHT SIGHTS*



**MODEL SW1911 SC**
SKU: 108485
45 AUTO
8+1 and 7+1 Rounds
4.25" Barrel
*ROUND BUTT, SCANDIUM ALLOY FRAME*
*TRITIUM NIGHT SIGHTS – TWO-TONE FINISH*

**MODEL SW1911 TA**
SKU: 108411
45 AUTO
8+1 Rounds
5.0" Barrel
*TACTICAL RAIL*
*TRITIUM NIGHT SIGHTS*



**MODEL SW1911**
SKU: 108482
45 AUTO
8+1 Rounds
5.0" Barrel
*WHITE DOT SIGHTS*



**MODEL SW1911 SC**
SKU: 10270 ★
45 AUTO
8+1 Rounds
5.0" Barrel
*MAHOGANY*
*PRESENTATION CASE*
*INCLUDED*



PERFORMANCE CENTER®
**MODEL SW1911**
SKU: 178020 – PRO SERIES®
45 AUTO – 7+1 Rounds
3.0" Barrel
*OVERSIZED EXTERNAL EXTRACTOR*
*FULL-LENGTH GUIDE ROD*
*SUB COMPACT FRAME*



PERFORMANCE CENTER®
**MODEL SW1911**
SKU: 178011 – PRO SERIES®
45 AUTO – 8+1 Rounds
5.0" Barrel
*AMBIDEXTROUS THUMB SAFETY*
*FULL-LENGTH GUIDE ROD*
*PRECISION CROWNED MUZZLE*
*HAND POLISHED FEED RAMP*
*30 LPI FRONT STRAP CHECKERING*



PERFORMANCE CENTER®
**MODEL SW1911**
SKU: 170344
45 AUTO – 8+1 Rounds
4.25" Barrel
*PC TUNED ACTION – ROUND BUTT FRAME*
*POLISHED FEED RAMP – FULL-LENGTH GUIDE ROD*
*THROATED BARREL – PRECISION CROWNED MUZZLE*
*SPHERICAL BARREL BUSHING*
*LIGHTENING CUTS IN SLIDE*



PERFORMANCE CENTER®
**MODEL SW1911**
SKU: 170343
45 AUTO – 8+1 Rounds
5.0" Barrel
*PC TUNED ACTION – POLISHED FEED RAMP*
*FULL-LENGTH GUIDE ROD*
*THROATED BARREL – PRECISION CROWNED MUZZLE*
*SPHERICAL BARREL BUSHING*
*LIGHTENING CUTS IN SLIDE*



PERFORMANCE CENTER®
**MODEL SW1911**
SKU: 178053 – PRO SERIES®
9mm – 8+1 Rounds
3.0" Barrel
*OVERSIZED EXTERNAL EXTRACTOR*
*FULL-LENGTH GUIDE ROD*
*SUB COMPACT FRAME*



PERFORMANCE CENTER®
**MODEL SW1911**
SKU: 178047 – PRO SERIES®
9mm – 10+1 Rounds
5.0" Barrel
*ADJUSTABLE REAR SIGHT*
*FULL-LENGTH GUIDE ROD*
*PRECISION CROWNED MUZZLE*
*STONED HAMMER & SEAR*



PERFORMANCE CENTER®
**MODEL SW1911**
SKU: 178017 – PRO SERIES®
9mm – 10+1 Rounds
5.0" Barrel
*FIXED REAR SIGHT*
*FULL-LENGTH GUIDE ROD*
*PRECISION CROWNED MUZZLE*
*STONED HAMMER & SEAR*



**MODEL 41**
SKU: 130511
22 LR
10+1 Rounds
5.5" Barrel



**MODEL 41**
SKU: 130512
22 LR
10+1 Rounds
7.0" Barrel



PERFORMANCE CENTER®
**MODEL 41**
SKU: 178031
22 LR – 10+1 Rounds
5.5" Barrel
*INTEGRAL PICATINNY-STYLE RAIL*
*CUTOUT, INTERCHANGEABLE FRONT SIGHT*

45

## SMITH & WESSON® SW22 VICTORY® and MODEL 41 PISTOLS



**MODEL SW22 VICTORY®**
SKU: 108490
22 LR - 10+1 Rounds
5.5" Barrel
FIBER OPTIC SIGHTS
PICATINNY-STYLE RAIL INCLUDED



**MODEL SW22 VICTORY®**
SKU: 10201
22 LR - 10+1 Rounds
5.5" Threaded Barrel
FIBER OPTIC SIGHTS
PICATINNY-STYLE RAIL INCLUDED
BARREL THREADS - 1/2 X 28



**MODEL SW22 VICTORY®**
SKU: 10297
22 LR - 10+1 Rounds
5.5" Barrel
FIBER OPTIC SIGHTS
PICATINNY-STYLE RAIL INCLUDED
KRYPTEK™ HIGHLANDER™ FINISH



**MODEL SW22 VICTORY®**
TARGET MODEL
SKU: 11536
22 LR - 10+1 Rounds
5.5" Barrel
PICATINNY-STYLE RAIL INCLUDED
BLACK BLADE TARGET GRIPS
TARGET THUMBREST GRIPS INCLUDED

**PERFORMANCE CENTER®**
MODEL SW22 VICTORY®
MODEL - 12078 - TARGET MODEL
22 LR - 10+1 Rounds
6.0" Fluted Barrel
FIBER OPTIC SIGHTS
PICATINNY-STYLE RAIL INCLUDED



**PERFORMANCE CENTER®**
MODEL SW22 VICTORY®
SKU: 12079 - TARGET MODEL
22 LR - 10+1 Rounds
6.0" Fluted Barrel
FIBER OPTIC SIGHTS
PICATINNY-STYLE RAIL INCLUDED
RED DOT SIGHT - 6 MOA DOT*



**PERFORMANCE CENTER®**
MODEL SW22 VICTORY®
SKU: 12080 - TARGET MODEL
22 LR - 10+1 Rounds
6.0" Carbon Fiber Barrel
PICATINNY-STYLE RAIL INCLUDED



**PERFORMANCE CENTER®**
MODEL SW22 VICTORY®
SKU: 12081 - TARGET MODEL
22 LR - 10+1 Rounds
6.0" Carbon Fiber Barrel
PICATINNY-STYLE RAIL INCLUDED
RED DOT SIGHT - 6 MOA DOT*

| MODEL | SKU | 22 LR | Blowback | Single Action | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Ounces | Grams | Fiber Optic | Black Blade | Partridge | Custom Removable | Adjustable Fiber Optic | Square Notch Black Blade | Adjustable | Wood Laminate | Textured Thumb Rest | Tandemkross™ "Halaygra" | Textured Polymer | Stainless Steel | Carbon Steel | Stainless Steel | Carbon Steel | Blued | Matte Silver | Kryptek™ Highlander™ Camo | Kryptek™ Highlander™ Camo | Blued | Matte Silver | Thumb Safety | Adjustable Trigger Stop | Picatinny-Style Rail | Threaded Barrel | Fluted Barrel | Carbon Fiber Barrel | Custom Muzzle Brake | Polished Feed Ramp | Red Dot Sight Included | Full-Length Guide Rod | Precision Crowned Muzzle | Extended Magazine Release | Flat Face Adj Trigger |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW22 VICTORY® | 108490 | 10 | • | • | 5.5 | 14.0 | 9.2 | 23.4 | 37.1 | 1051.8 | • | | | | | | | | | | • | • | | | • | | | • | | | • | | | | | | | | | | | | |
| SW22 VICTORY® | 10201 | 10 | • | • | 5.5 | 14.0 | 9.2 | 23.4 | 37.0 | 1049.0 | • | | | | | | | | | | • | • | | | • | | | • | | | • | | | • | | | | | | | | |
| SW22 VICTORY® | 10297 | 10 | • | • | 5.5 | 14.0 | 9.2 | 23.4 | 37.3 | 1507.5 | • | | | | | | | | | | • | • | | | • | | | | • | • | | | | | | | | | | | | | |
| SW22 VICTORY® | 11536 | 10 | • | • | 5.5 | 14.0 | 9.2 | 23.4 | 37.3 | | | • | | | | | | | • | | | • | | | • | | | • | | | • | | | | | | | • | | | | | |
| SW22 VICTORY® | 12078 | 10 | • | • | 6.0 | 15.2 | 11.25 | 28.6 | 37.6 | 1066.0 | • | | | | | | | | | | • | | • | | | • | | • | | | • | | • | | • | | • | • | | • | • | • |
| SW22 VICTORY® | 12079 | 10 | • | • | 6.0 | 15.2 | 11.25 | 28.6 | 38.0 | 1077.3 | • | | | | | | | | | | • | | • | | | • | | • | | | • | | • | | • | | • | • | • | • | • | • |
| SW22 VICTORY® | 12080 | 10 | • | • | 6.0 | 15.2 | 11.25 | 28.6 | 33.0 | 935.6 | • | | | | | | | | | | • | | • | | | • | | • | | | • | | • | | | • | • | • | | • | • | • |
| SW22 VICTORY® | 12081 | 10 | • | • | 6.0 | 15.2 | 11.25 | 28.6 | 33.0 | 935.6 | • | | | | | | | | | | • | | • | | | • | | • | | | • | | • | | | • | • | • | • | • | • | • |
| 41 | 130511 | 10 | • | | 5.5 | 13.9 | 10.5 | 26.7 | 44.5 | 1281.6 | | • | | • | | | | • | | | | | | • | | • | | | | | | | | | | | | | | | | | |
| 41 | 130512 | 10 | • | | 7.0 | 17.8 | 12.0 | 30.5 | 46.0 | 1287.2 | | • | | • | | | | • | | | | | | • | | • | | | | | | | | | | | | | | | | | |
| 41 | 170031 | 10 | • | | 5.5 | 13.9 | 10.5 | 26.7 | 42.6 | 1207.7 | | • | | • | | | | • | | | | | | • | | • | | | | | | | | | | | | | | | | | |

46    * Optic specifications are subject to change.

## SMITH & WESSON® SW1911™ and SD® & SDVE® SELF DEFENSE PISTOLS

| MODEL | SKU | 45 ACP | 9mm | 40 S&W | Single Action | Striker Fire | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Ounces | Grams | Hi-VIZ® Fiber Optic | Night Sight | White Dot | Night Sight | White 2-Dot | Hi-VIZ® 2-Dot Red | Polymer | Wood Laminate | Stainless Steel | Scandium Alloy | Polymer | Stainless Steel | Matte Silver | Grey | Flat Dark Earth | Black | Matte Silver | Thumb Safety | T.O. | 10 lb. Trigger Pull | Picatinny-Style Rail | Grip Safety |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW1911 | 108483 | 7 & 8 | | | • | | 4.25 | 10.8 | 7.95 | 20.2 | 29.5 | 836.3 | • | | | | | | • | | • | | | | • | | | | • | • | | | | |
| SW1911 | 108485 | 7 & 8 | | | • | | 4.25 | 10.8 | 7.95 | 20.2 | 29.5 | 836.3 | | | • | | | | • | | • | | | | • | | | | • | • | | | | |
| SW1911 | 108411 | | 8 | | • | | 5.0 | 12.7 | 8.7 | 22.1 | 41.0 | 1162.4 | • | | | | | | • | | • | | | | • | | | | • | • | | | | |
| SW1911 | 108482 | | 8 | | • | | 5.0 | 12.7 | 8.7 | 22.1 | 39.6 | 1122.7 | | | • | | | | • | | • | | | | • | | | | • | • | | | | |
| SD®9 | 11995 | | 16 | | | • | 4.0 | 10.2 | 7.2 | 18.3 | 22.3 | 632.2 | | | | | • | | | | | | • | | | | • | | | | | | • | |
| SD®9 | 11998 | | 16 | | | • | 4.0 | 10.2 | 7.2 | 18.3 | 23.2 | 657.7 | | | | | • | | | | | | • | | | | • | | | | | | • | |
| SD®40 | 11996 | | | 14 | | • | 4.0 | 10.2 | 7.2 | 18.3 | 22.3 | 632.2 | | | | | • | | | | | | • | | | | • | | | | | | • | |
| SD®40 | 11999 | | | 14 | | • | 4.0 | 10.2 | 7.2 | 18.3 | 22.9 | 649.2 | | | | | • | | | | | | • | | | | • | | | | | | • | |
| SD®9 VE | 223000 | | 16 | | | • | 4.0 | 10.2 | 7.2 | 18.3 | 22.8 | 646.4 | | | | | | • | | | | | • | | | | • | | | | | | • | |
| SD®9 VE | 123900 | | 10 | | | • | 4.0 | 10.2 | 7.2 | 18.3 | 22.7 | 643.5 | | | | | | • | | | | | • | | | | • | | | | | | • | |
| SD®9 VE | 123901 | | 10 | | | • | 4.0 | 10.2 | 7.2 | 18.3 | 23.1 | 654.9 | | | | | | • | | | | | • | | | | | • | | | | | • | |
| SD®9 VE | 123903 | | 10 | | | • | 4.0 | 10.2 | 7.2 | 18.3 | 23.2 | 657.7 | | | | | | • | | | | | • | | | • | | | | | | | • | |
| SD®9 VE | 11907 | | 10 | | | • | 4.0 | 10.2 | 7.2 | 18.3 | 23.2 | 657.7 | | | | | | • | | | | | • | | | | • | | | | | | • | |
| SD®40 VE | 223400 | | | 14 | | • | 4.0 | 10.2 | 7.2 | 18.3 | 22.6 | 640.7 | | | | | | • | | | | | • | | | | • | | | | | | • | |
| SD®40 VE | 123400 | | | 10 | | • | 4.0 | 10.2 | 7.2 | 18.3 | 22.4 | 635.0 | | | | | | • | | | | | • | | | | • | | | | | | • | |
| SD®40 VE | 123403 | | | 10 | | • | 4.0 | 10.2 | 7.2 | 18.3 | 23.1 | 654.9 | | | | | | • | | | | | • | | | • | | | | | | | • | |
| SD®40 VE | 11908 | | | 10 | | • | 4.0 | 10.2 | 7.2 | 18.3 | 23.1 | 654.9 | | | | | | • | | | | | • | | | | • | | | | | | • | |

| MODEL | SKU | Full Size | Sub Compact | 9mm | 45 AUTO | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Ounces | Grams | Black Front | Black Overmold | White Dot Overmold | HorseX™ Fiber Optic | Custom Removable | Fixed | Adjustable | Fiber Optic | Custom Wood | G10 Custom Wood | Carbon Steel | Scandium Alloy | Stainless Steel | Carbon Steel | Blue | Two-Tone | Matte Black | Matte Silver | Integral Picatinny-Style Rail | Manual Thumb Safety | Precision Button-Rifled Barrel | Adjustable Trigger Stop | PC Tuned Action | Polished Feed Ramp | Full-Length Guide Rod | Threaded Barrel | Precision Crowned Muzzle | Spherical Barrel Bushing | Extended Magazine Well | Oversized Externals | Speed Hammer & Sear | Lightning Cuts in Slide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW1911 | 170344 | • | | | • | 4.25 | 10.8 | 7.9 | 20.2 | 29.4 | 833.5 | • | | | | | | | | | | • | | | | | | | | | | | | | | | | | | | | | | |
| SW1911 | 170343 | • | | | • | 5.0 | 12.7 | 8.7 | 22.1 | 40.5 | 1148.2 | • | | | | | | | | | | • | | | | | | | | | • | | | | | | | | | | | | |
| SW1911 | 178053 | | • | 8 | | 3.0 | 7.6 | 6.9 | 17.5 | 26.0 | 737.1 | | | • | | | | | | | | | • | | | | • | | | | • | | | | | | | | | | | | |
| SW1911 | 178020 | | • | | 3.0 | 7.6 | 6.9 | 17.5 | 25.0 | 708.8 | | | • | | | | | | | | | • | | | | • | | | | | | | | | | | | | | | | |
| SW1911 | 170047 | | • | 10 | | 5.0 | 12.7 | 8.7 | 22.1 | 41.1 | 1165.2 | • | | | | | | | | | | • | | | | • | | | | • | | | | | | | | | | | | |
| SW1911 | 178017 | | • | 10 | | 5.0 | 12.7 | 8.7 | 22.1 | 40.9 | 1159.5 | • | | | | | | | | | | • | | | | • | | | | • | | | | | | | | | | | | |
| SW1911 | 178011 | | | 8 | | 5.0 | 12.7 | 8.7 | 22.1 | 38.2 | 1083.0 | | | • | | | | | | | | • | | | | • | | | | | | | | | | | | | | | | |

47



# SMITH & WESSON®, THE NAME SAYS REVOLVER.

When you're behind a Smith & Wesson® revolver, you're behind 169 years of reliability and accuracy. That's why we keep making these beauties. Since 1852 the Smith & Wesson® promise has and always will remain the same — firearms you can count on when only the best will do.

# REVOLVERS

**PAGES 50 - 63**

Small | J-Frame

Medium | K-Frame

Medium | L-Frame

Large | N-Frame

Extra Large | X-Frame

S&W® Governor®

**Model 329PD** | SKU 163414 | Pg. 55

48

49

## SMALL (J) FRAME REVOLVERS



**MODEL 43C**
SKU: 103043
22 LR – 8 Rounds
1.88" Barrel
ALUMINUM ALLOY FRAME
XS® FRONT NIGHT SIGHT
INTERNAL HAMMER - NO INTERNAL LOCK



**MODEL 317 KIT GUN™**
SKU: 160221
22 LR – 8 Rounds
3.0" Barrel
ALUMINUM ALLOY FRAME
EXTERNAL HAMMER
HI-VIZ® GREEN FRONT SIGHT




**MODEL 63**
SKU: 162634
22 LR – 8 Rounds
3.0" Barrel
STAINLESS STEEL FRAME
EXTERNAL HAMMER
HI-VIZ® RED FRONT SIGHT




**MODEL 351C**
SKU: 103351
22 WMR – 7 Rounds
1.88" Barrel
ALUMINUM ALLOY FRAME
XS® FRONT NIGHT SIGHT
INTERNAL HAMMER - NO INTERNAL LOCK



**MODEL BG38**
38 S&W Special +P
5 Rounds – 1.9" Barrel
CRIMSON TRACE® INTEGRATED RED LASER
SKU: 12056
SKU: 12058 – 10 LB TRIGGER – MA COMPLIANT

**MODEL BG38**
SKU: 103039
38 S&W Special +P
5 Rounds
1.9" Barrel
NO LASER MODEL



**MODEL 36**
CLASSIC SERIES
SKU: 150184
38 S&W Special +P
5 Rounds – 1.88" Barrel
CLASSIC STYLE THUMBPIECE
COLOR CASE HARDENED TRIGGER & HAMMER



**MODEL 637**
SKU: 163050
38 S&W Special +P
5 Rounds – 1.88" Barrel
ALUMINUM ALLOY FRAME
EXTERNAL HAMMER

---



**MODEL 351 PD**
SKU: 160228
22 WMR – 7 Rounds
1.88" Barrel
ALUMINUM ALLOY FRAME
HI-VIZ® FRONT SIGHT
EXTERNAL HAMMER

**MODEL 442**
38 S&W Special +P
5 Rounds – 1.88" Barrel
ALUMINUM ALLOY FRAME
INTERNAL HAMMER
SKU: 162810
SKU: 150544– NO INTERNAL LOCK



**MODEL 642**
38 S&W Special +P
5 Rounds
1.88" Barrel
ALUMINUM ALLOY FRAME
INTERNAL HAMMER
SKU: 163810
SKU: 103810 – NO INTERNAL LOCK



**MODEL 642**
SKU: 150466
38 S&W Special +P
5 Rounds
1.88" Barrel
ALUMINUM ALLOY FRAME
INTERNAL HAMMER
PINK SYNTHETIC GRIP / BLACK GRIP INCLUDED

**MODEL 637 CT**
SKU: 163052
38 S&W Special +P
5 Rounds – 1.88" Barrel
ALUMINUM ALLOY FRAME
EXTERNAL HAMMER
CRIMSON TRACE® RED LASERGRIPS®



PERFORMANCE CENTER®
**MODEL 637**
SKU: 170349
38 S&W Special +P
5 Rounds – 1.88" Barrel
PC TUNED ACTION - CUSTOM WOOD GRIP
EXTERNAL HAMMER



**MODEL 638**
SKU: 163070
38 S&W Special +P
5 Rounds – 1.88" Barrel
ALUMINUM ALLOY FRAME
SHROUDED HAMMER



**MODEL 60**
SKU: 162420
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
STAINLESS STEEL FRAME
EXTERNAL HAMMER

---



**MODEL 642 CT**
38 S&W Special +P
5 Rounds
1.88" Barrel
ALUMINUM ALLOY FRAME
INTERNAL HAMMER
CRIMSON TRACE® RED LASERGRIPS®
SKU: 163811
SKU: 150972 – NO INTERNAL LOCK



**MODEL 642 LS**
LADYSMITH™
SKU: 163808
38 S&W Special +P
5 Rounds
1.88" Barrel
ALUMINUM ALLOY FRAME
INTERNAL HAMMER



PERFORMANCE CENTER®
**MODEL 442**
SKU: 178041 – PRO SERIES®
38 S&W Special +P
5 Rounds – 1.88" Barrel
NO INTERNAL LOCK
CYLINDER CUT FOR MOONCLIPS
INTERNAL HAMMER



PERFORMANCE CENTER®
**MODEL 642**
SKU: 178042 – PRO SERIES®
38 S&W Special +P
5 Rounds – 1.88" Barrel
NO INTERNAL LOCK
CYLINDER CUT FOR MOONCLIPS
INTERNAL HAMMER



**MODEL 60**
SKU: 162430
357 Magnum / 38 S&W Special +P
5 Rounds – 3.0" Barrel
STAINLESS STEEL FRAME
EXTERNAL HAMMER



**MODEL 60 LS**
LADYSMITH™
SKU: 162414
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
STAINLESS STEEL FRAME
INTERNAL HAMMER



**MODEL 640**
SKU: 163690
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
STAINLESS STEEL FRAME
INTERNAL HAMMER

PERFORMANCE CENTER®
**MODEL 640 – PRO SERIES®**
SKU: 178044
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
NO INTERNAL LOCK - TRITIUM NIGHT SIGHTS
CYLINDER CUT FOR MOONCLIPS
INTERNAL HAMMER

---



PERFORMANCE CENTER®
**MODEL 442**
SKU: 12643
38 S&W Special +P
5 Rounds – 1.88" Barrel
PC TUNED ACTION - NO INTERNAL LOCK
CRIMSON TRACE® RED LASERGRIPS®
INTERNAL HAMMER



PERFORMANCE CENTER®
**MODEL 642**
SKU: 170348
38 S&W Special +P
5 Rounds – 1.88" Barrel
PC TUNED ACTION
CUSTOM WOOD GRIP
INTERNAL HAMMER



PERFORMANCE CENTER®
**MODEL 642**
SKU: 10186
38 S&W Special +P
5 Rounds – 1.88" Barrel
PC TUNED ACTION - NO INTERNAL LOCK
HIGH BRIGHT, POLISHED CYLINDER FLUTES,
THUMBPIECE AND SIDE PLATE SCREWS
CUSTOM GRIP - INTERNAL HAMMER
CYLINDER CUT FOR MOONCLIPS



**MODEL 442**
SKU: 150785 *
38 S&W Special +P
5 Rounds
1.88" Barrel
MAHOGANY PRESENTATION CASE INCLUDED

**MODEL 640**
SKU: 150784
357 Magnum / 38 S&W Special +P
5 Rounds
2.13" Barrel
MACHINE ENGRAVED
MAHOGANY PRESENTATION
CASE INCLUDED



PERFORMANCE CENTER®
**MODEL 60 – PRO SERIES®**
SKU: 178013
357 Magnum / 38 S&W Special +P
5 Rounds – 3.0" Barrel
FRONT NIGHT SIGHT
OVERSIZED LAMINATE GRIP
EXTERNAL HAMMER

## SMALL (J) FRAME REVOLVERS



**MODEL M&P®340**
SKU: 103072
357 Magnum /
38 S&W Special +P
5 Rounds – 1.88" Barrel
NO INTERNAL LOCK · SCANDIUM ALLOY FRAME
FRONT NIGHT SIGHT · INTERNAL HAMMER



**MODEL 340 PD**
SKU: 163062
357 Magnum / 38 S&W Special +P
5 Rounds – 1.88" Barrel
SCANDIUM ALLOY FRAME
HI-VIZ® GREEN FRONT SIGHT
INTERNAL HAMMER



**MODEL 340 PD**
SKU: 103061
357 Magnum / 38 S&W Special +P
5 Rounds – 1.88" Barrel
SCANDIUM ALLOY FRAME
NO INTERNAL LOCK
INTERNAL HAMMER



**MODEL 360 PD**
SKU: 163064
357 Magnum / 38 S&W Special +P
5 Rounds – 1.88" Barrel
SCANDIUM ALLOY FRAME
HI-VIZ® RED FRONT SIGHT
EXTERNAL HAMMER

## MEDIUM (K) FRAME REVOLVERS



**MODEL 617**
SKU: 160584
22 LR
10 Rounds
4.13" Barrel

**MODEL 617**
SKU: 160578
22 LR
10 Rounds
6.0" Barrel

**MODEL 648**
SKU: 12460
22 WMR
8 Rounds
6.0" Barrel

**MODEL 66 COMBAT MAGNUM**
SKU: 10061
357 Magnum / 38 S&W Special +P
8 Rounds
2.75" Barrel
BLACK THUMB PIECE AND EXTRACTOR

**MODEL 66 COMBAT MAGNUM**
SKU: 162662
357 Magnum / 38 S&W Special +P
6 Rounds
4.25" Barrel
BLACK THUMB PIECE AND EXTRACTOR



**MODEL 48**
SKU: 150717
22 Magnum
8 Rounds – 6 Rounds
CLASSIC SERIES
COLOR CASE HARDENED TRIGGER & HAMMER



**MODEL 48**
SKU: 150718
22 Magnum
6.0" Barrel – 6 Rounds
CLASSIC SERIES
COLOR CASE HARDENED TRIGGER & HAMMER

**MODEL 17 MASTERPIECE™**
CLASSIC SERIES
SKU: 150477
22 LR
6.0" Barrel – 6 Rounds
CLASSIC STYLE THUMBPIECE
COLOR CASE HARDENED TRIGGER & HAMMER



**MODEL 10**
CLASSIC SERIES
SKU: 150786
38 S&W Special +P
4.0" Barrel – 6 Rounds
CLASSIC STYLE THUMBPIECE
COLOR CASE HARDENED TRIGGER & HAMMER



**MODEL 19**
CLASSIC SERIES
SKU: 12040
357 Magnum / 38 S&W Special +P
4.25" Barrel – 6 Rounds
CLASSIC SERIES
COLOR CASE HARDENED TRIGGER & HAMMER



**PERFORMANCE CENTER®**
**MODEL 19 Carry Comp®**
SKU: 12039
357 Magnum / 38 S&W Special +P
6 Rounds – 3.0" Barrel
PC TUNED ACTION
POWERPORT™ VENTED BARREL
OVERTRAVEL TRIGGER STOP

## MEDIUM (L) FRAME REVOLVERS



**MODEL 686**
SKU: 164222
357 Magnum / 38 S&W Special +P
6 Rounds
4.13" Barrel

**MODEL 686**
SKU: 164224
357 Magnum / 38 S&W Special +P
6 Rounds
6.0" Barrel

**MODEL 686 PLUS**
SKU: 164192
357 Magnum / 38 S&W Special +P
7 Rounds
2.5" Barrel

**MODEL 686 PLUS**
SKU: 164300
357 Magnum / 38 S&W Special +P
7 Rounds
3.0" Barrel

**MODEL 686 PLUS**
SKU: 164194
357 Magnum / 38 S&W Special +P
7 Rounds
4.13" Barrel

**MODEL 686 PLUS**
SKU: 164198
357 Magnum / 38 S&W Special +P
7 Rounds
6.0" Barrel

**MODEL 686 PLUS**
SKU: 150853
357 Magnum / 38 S&W Special +P
7 Rounds
3.0" Barrel
3-5-7 MAGNUM SERIES CUSTOM WOOD GRIP

**MODEL 686 PLUS**
SKU: 150854
357 Magnum / 38 S&W Special +P
7 Rounds
5.0" Barrel
3-5-7 MAGNUM SERIES CUSTOM WOOD GRIP



**MODEL 686 PLUS**
SKU: 150855
357 Magnum / 38 S&W Special +P
7 Rounds
7.0" Barrel
3-5-7 MAGNUM SERIES CUSTOM WOOD GRIP



**MODEL 686 PLUS DELUXE**
SKU: 150713
357 Magnum / 38 S&W Special +P
7 Rounds
3.0" Barrel
TEXTURED WOOD GRIP

**MODEL 686 PLUS DELUXE**
SKU: 150712
357 Magnum / 38 S&W Special +P
7 Rounds
6.0" Barrel
TEXTURED WOOD GRIP

**MODEL 69 COMBAT MAGNUM**
SKU: 10064
44 Magnum / 44 Special
7 Rounds
2.75" Barrel
BLACK THUMB PIECE AND EX-
TRACTOR



**MODEL 69 COMBAT MAGNUM**
SKU: 162069
44 Magnum / 44 Special
5 Rounds
4.25" Barrel
BLACK THUMB PIECE AND EXTRACTOR



**MODEL 586**
CLASSIC SERIES
SKU: 150909
357 Magnum / 38 S&W Special +P
6 Rounds
4.0" Barrel
CLASSIC STYLE THUMBPIECE
COLOR CASE HARDENED TRIGGER & HAMMER

**MODEL 586**
CLASSIC SERIES
SKU: 150908
357 Magnum / 38 S&W Special +P
6 Rounds
6.0" Barrel
CLASSIC STYLE THUMBPIECE
COLOR CASE HARDENED TRIGGER & HAMMER

## MEDIUM (L) FRAME REVOLVERS



**PERFORMANCE CENTER®**
**MODEL 986**
SKU: 10227
9mm
7 Rounds – 2.5" Barrel
*PC TUNED ACTION*
*OVERTRAVEL TRIGGER STOP*
*TITANIUM ALLOY CYLINDER · BOSSED MAINSPRING*



**PERFORMANCE CENTER®**
**MODEL 686 PLUS**
SKU: 170346
357 Magnum / 38 S&W Special +P
7 Rounds – 2.5" Barrel
*PC TUNED ACTION*
*OVERTRAVEL TRIGGER STOP*
*CHAMFERED CHARGE HOLES · BOSSED MAINSPRING*

**PERFORMANCE CENTER®**
**MODEL 586 L-COMP**
SKU: 170170
357 Magnum / 38 S&W Special +P
7 Rounds – 3.0" Ported, Full Lug Barrel
*PC TUNED ACTION · TRITIUM FRONT NIGHT SIGHT*
*CYLINDER CUT FOR MOON CLIPS*
*TRIGGER WITH TRIGGER STOP*



**PERFORMANCE CENTER®**
**MODEL 686 SSR – PRO SERIES®**
SKU: 178012
357 Magnum / 38 S&W Special +P
6 Rounds – 4.0" Barrel
*BOSSED MAINSPRING*
*CHAMFERED CHARGE HOLES*



**PERFORMANCE CENTER®**
**MODEL 686 PLUS – PRO SERIES®**
SKU: 178038
357 Magnum / 38 S&W Special +P
7 Rounds – 5.0" Barrel
*CYLINDER CUT FOR MOON CLIPS*
*CHAMFERED CHARGE HOLES*



**PERFORMANCE CENTER®**
**MODEL 986 – PRO SERIES®**
SKU: 178055
9mm
7 Rounds – 5.0" Barrel
*TITANIUM ALLOY CYLINDER*
*BOSSED MAINSPRING*



**PERFORMANCE CENTER®**
**MODEL 686**
SKU 11759
357 Magnum / 38 S&W Special +P
6 Rounds – 4.0" Barrel
*PC TUNED ACTION · VENTED RIB BARREL*
*OVERTRAVEL TRIGGER STOP*
*PC SPEED RELEASE THUMBPIECE*




**PERFORMANCE CENTER®**
**MODEL 686 PLUS**
SKU 11760
357 Magnum / 38 S&W Special +P
7 Rounds – 5.0" Barrel
*PC TUNED ACTION · VENTED RIB BARREL*
*OVERTRAVEL TRIGGER STOP*
*PC SPEED RELEASE THUMBPIECE*



**PERFORMANCE CENTER®**
**MODEL 686 COMPETITOR**
SKU: 170319
357 Magnum / 38 S&W Special +P
6 Rounds
6.0" Weighted Barrel
*PC TUNED ACTION · INTEGRAL SIGHT RAIL*
*CHROMED TRIGGER WITH TRIGGER STOP*
*ADJUSTABLE BARREL WEIGHTS*

## LARGE (N) FRAME REVOLVERS



**MODEL 610**
SKU: 12463
10mm AUTO / 40 S&W
6 Rounds
4.0" Barrel
*INCLUDES MOON CLIPS*



**MODEL 610**
SKU: 12462
10mm AUTO / 40 S&W
6 Rounds
6.5" Barrel
*INCLUDES MOON CLIPS*



**MODEL 629 DELUXE**
SKU: 150715
44 Magnum / 44 Special
6 Rounds
3.0" Barrel
*TEXTURED WOOD GRIP*



**MODEL 629 DELUXE**
SKU: 150714
44 Magnum / 44 Special
6 Rounds
6.5" Barrel
*TEXTURED WOOD GRIP*




**MODEL 329 PD**
SKU: 163414
44 Magnum / 44 Special
6 Rounds
4.13" Barrel
*SCANDIUM ALLOY FRAME · TITANIUM ALLOY CYLINDER*
*TEXTURED WOOD GRIP · SYNTHETIC GRIPS INCLUDED*

**MODEL 629**
SKU: 163603
44 Magnum / 44 Special
6 Rounds
4.13" Barrel

**MODEL 629**
SKU: 163606
44 Magnum / 44 Special
6 Rounds
6.0" Barrel

**MODEL 629 CLASSIC**
SKU: 163636
44 Magnum / 44 Special
6 Rounds
5.0" Barrel



**MODEL 629 CLASSIC**
SKU: 163638
44 Magnum / 44 Special
6 Rounds
6.5" Barrel

**MODEL 27**
CLASSIC SERIES
SKU: 150339
357 Magnum / 38 S&W Special +P
4.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*

**MODEL 27**
CLASSIC SERIES
SKU: 150341
357 Magnum / 38 S&W Special +P
6.5" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*

**MODEL 57**
CLASSIC SERIES
SKU: 150481
41 Magnum
6.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 25**
CLASSIC SERIES
SKU: 150256
45 Colt
6.5" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 29**
CLASSIC SERIES
SKU: 150783
44 Magnum / 44 Special
6 Rounds
4.0" Barrel
*MACHINE ENGRAVED*
*MAHOGANY PRESENTATION CASE INCLUDED*

**MODEL 29**
CLASSIC SERIES
SKU: 150254
44 Magnum / 44 Special
4.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 29**
CLASSIC SERIES
SKU: 150145
44 Magnum / 44 Special
6.5" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*
*SHIPS WITH MAHOGANY PRESENTATION CASE*







## LARGE (N) FRAME REVOLVERS



**PERFORMANCE CENTER®**

**MODEL 627 – PRO SERIES®**
SKU 178014
357 Magnum / 38 S&W Special +P
8 Rounds · 4.0˝ Barrel
BOSSED MAINSPRING · CHAMFERED CHARGE HOLES
CYLINDER CUT FOR MOON CLIPS

**PERFORMANCE CENTER®**

**MODEL 627**
SKU 170133
357 Magnum / 38 S&W Special +P
8 Rounds · 2.63˝ Barrel
PC TUNED ACTION · BALL DETENT LOCK-UP
CYLINDER CUT FOR MOON CLIPS



**PERFORMANCE CENTER®**

**MODEL 627**
SKU 170210
357 Magnum / 38 S&W Special +P
8 Rounds · 5.0˝ Barrel
PC TUNED ACTION
CHROMED TRIGGER WITH TRIGGER STOP
CYLINDER CUT FOR MOON CLIPS

**MODEL 929**
SKU 170341
9mm
8 Rounds · 6.5˝ Barrel
REMOVABLE COMPENSATOR
CHROMED TRIGGER WITH TRIGGER STOP



**PERFORMANCE CENTER®**

**MODEL 327**
SKU 170245
357 Magnum / 38 S&W Special +P
8 Rounds · 2.0˝ Barrel
PC TUNED ACTION · SCANDIUM ALLOY FRAME
TITANIUM ALLOY CYLINDER & SHROUD
CYLINDER CUT FOR MOON CLIPS · TEARDROP HAMMER

**PERFORMANCE CENTER®**

**MODEL 627 V-COMP**
SKU 170296
357 Magnum / 38 S&W Special +P
8 Rounds · 5.0˝ Barrel
PC TUNED ACTION · REMOVABLE COMPENSATOR
CHROMED TRIGGER WITH TRIGGER STOP
CYLINDER CUT FOR MOON CLIPS



*Optic & Light
Not Included*

**MODEL
M&P®R8**
SKU: 170292

357 Magnum / 38 S&W Special +P
8 Rounds
5.0˝ Barrel
PC TUNED ACTION · SCANDIUM ALLOY FRAME
PICATINNY-STYLE TOP AND EQUIPMENT RAIL
CYLINDER CUT FOR MOON CLIPS

*Optic & Light
Not Included*

**MODEL
327 TRR8**
SKU: 170269

357 Magnum / 38 S&W Special +P
8 Rounds
5.0˝ Barrel
PC TUNED ACTION · SCANDIUM ALLOY FRAME
REMOVABLE TOP AND EQUIPMENT RAIL
CYLINDER CUT FOR MOON CLIPS



**PERFORMANCE CENTER®**

**MODEL 629**
SKU 170135
44 Magnum / 44 Special
6 Rounds
2.63˝ Barrel
PC TUNED ACTION
CHROMED TRIGGER WITH TRIGGER STOP
BALL DETENT LOCK-UP



**PERFORMANCE CENTER®**

**MODEL 629 COMPETITOR**
SKU 170320
44 Magnum / 44 Special
6.0˝ Weighted Barrel
PC TUNED ACTION
CHROMED TRIGGER WITH TRIGGER STOP
INTEGRAL SIGHT RAIL · ADJUSTABLE BARREL WEIGHT



**PERFORMANCE CENTER®**

**MODEL 629 STEALTH HUNTER**
SKU 170323
44 Magnum / 44 Special
6 Rounds
7.5˝ Barrel
PC TUNED ACTION
MAG-NA-PORT® PORTED BARREL
PC TRIGGER WITH TRIGGER STOP

**PERFORMANCE CENTER®**

**MODEL 629 MAGNUM HUNTER**
SKU 170318
44 Magnum / 44 Special
6 Rounds
7.5˝ Barrel
PC TUNED ACTION
MUZZLE BRAKE · CHROMED TRIGGER WITH TRIGGER STOP
UTG 4.7˝ COMP RED/GREEN OPTIC INCLUDED
GUN RUG INCLUDED

*Optic Specifications are
subject to Change*

## EXTRA LARGE (X) FRAME REVOLVERS



**MODEL 460V**
SKU: 163509
460 S&W Magnum
5 Rounds
5.0˝ Barrel
INTERCHANGEABLE COMPENSATOR



**MODEL 460 XVR™**
SKU: 163460
460 S&W Magnum
5 Rounds
8.38˝ Barrel
INTERCHANGEABLE COMPENSATOR

**MODEL S&W500™**
SKU: 163504
500 S&W Magnum
5 Rounds
4.0˝ Barrel
INTERCHANGEABLE COMPENSATOR



**MODEL S&W500™**
SKU: 163500
500 S&W Magnum
5 Rounds
8.38˝ Barrel
FIXED COMPENSATOR



**MODEL S&W500™**
SKU: 163501
500 S&W Magnum
5 Rounds
8.38˝ Barrel
INTERCHANGEABLE COMPENSATOR
HI-VIZ® RED FRONT SIGHT

**PERFORMANCE CENTER®**

**MODEL 460 XVR™**
SKU 170350
460 S&W Magnum
5 Rounds · 3.5˝ Barrel
PC TUNED ACTION
CHROMED TRIGGER · HI-VIZ® FRONT SIGHT
UNFLUTED CYLINDER · GUN RUG INCLUDED



**PERFORMANCE CENTER®**

**MODEL S&W500™**
SKU 11623
500 S&W Magnum
5 Rounds · 3.5˝ Barrel
PC TUNED ACTION
CHROMED TRIGGER WITH TRIGGER STOP
UNFLUTED CYLINDER · GUN RUG INCLUDED



**PERFORMANCE CENTER®**

**MODEL S&W500™**
SKU 170299
500 S&W Magnum
5 Rounds · 7.5˝ Barrel
PC TUNED ACTION
CHROMED TRIGGER WITH TRIGGER STOP · MUZZLE BRAKE
GUN RUG INCLUDED



**PERFORMANCE CENTER®**

**MODEL 460 XVR™**
SKU 11626
460 S&W Magnum
5 Rounds · 7.5˝ Barrel
PC TUNED ACTION
CHROMED TRIGGER · HI-VIZ® GREEN FRONT SIGHT
MUZZLE BRAKE · INTEGRAL SCOPE BASE
GUN RUG & SLING INCLUDED



**PERFORMANCE CENTER®**

**MODEL 460 XVR™**
SKU 170262
460 S&W Magnum
5 Rounds
10.5˝ Barrel
PC TUNED ACTION
CHROMED TRIGGER · MUZZLE BRAKE
GUN RUG & SLING INCLUDED · HI-VIZ® GREEN FRONT SIGHT



**PERFORMANCE CENTER®**

**MODEL S&W500™**
SKU 170231
500 S&W Magnum
5 Rounds · 10.5˝ Barrel
PC TUNED ACTION · GUN RUG & SLING INCLUDED
CHROMED TRIGGER WITH TRIGGER STOP · MUZZLE BRAKE



*Scope
Not Included*

**PERFORMANCE CENTER®**

**MODEL 460 XVR™**
SKU 170339
460 S&W Magnum
5 Rounds · 14.0˝ Barrel
PC TUNED ACTION
CHROMED TRIGGER · MUZZLE BRAKE
BI-POD INCLUDED
GUN RUG & SLING INCLUDED

## S&W® GOVERNOR® REVOLVERS



**MODEL S&W® GOVERNOR®**
SKU: 162410
410 2-1/2" Shotshell/45 Auto/45 Colt
6 Rounds
2.75" Barrel
*TRITIUM FRONT NIGHT SIGHT*

**MODEL S&W® GOVERNOR®**
SKU: 160410
410 2-1/2" Shotshell/45 Auto/45 Colt
6 Rounds
2.75" Barrel
*BLACK BLADE FRONT SIGHT*

## EXTRA LARGE (X) FRAME and S&W® GOVERNOR® REVOLVERS

| MODEL | SKU | Frame Size | | Caliber | | | Action | | Measurements | | | | Weight | | Front Sights | | | | | Rear Sights | | Grips | | Frame Material | Cylinder Material | Barrel Material | Finish | | | | Other Features | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Extra Large (X) Frame | Governor® Frame | 500 S&W Magnum | 460 S&W Magnum | 410/2-1/2 Shotshell, 45 Colt/45 Auto | Single Action/Double Action | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Ounces | Grams | Red Ramp | Hi-VIZ® Fiber Optic | Interchangeable | Tritium Night Sight | Black Blade | Integral | Adjustable | Adjustable White Outline | Black Synthetic | Scandium Alloy | Stainless Steel | Stainless Steel | Stainless Steel | Satin Stainless | Matte Silver | Matte Black | Interchangeable Compensator | Moon Clips Included | Ported Compensator |
| S&W500™ | 163500 | • | | 5 | | | • | 8.38 | 21.3 | 15.0 | 38.1 | 71.0 | 2012.9 | • | | | | | | • | | • | • | | | • | • | | | • | | |
| S&W500™ | 163504 | • | | 5 | | | • | 4.0 | 10.2 | 10.25 | 26.0 | 55.4 | 1570.8 | • | | | | | | • | | • | • | | | • | • | | | • | | |
| S&W500™ | 163501 | • | | 5 | | | • | 8.38 | 21.3 | 15.0 | 38.1 | 99.1 | 1959.0 | • | • | • | | | | • | | • | • | | | • | • | | | • | | |
| 460 XVR™ | 163460 | • | | 5 | | | • | 8.38 | 21.3 | 15.0 | 38.1 | 72.0 | 2041.2 | • | • | • | | | | • | | • | • | | | • | • | | | • | | |
| 460V | 163465 | • | | 5 | | | • | 5.0 | 12.7 | 11.25 | 28.6 | 60.4 | 1712.3 | • | | | | | | • | | • | • | | | • | • | | | • | | |
| GOVERNOR® | 162410 | | • | | | 6 | • | 2.75 | 7.0 | 8.5 | 21.6 | 29.9 | 847.7 | | | | • | | | • | | • | • | • | | | | | • | | | • |
| GOVERNOR® | 160410 | | • | | | 6 | • | 2.75 | 7.0 | 8.5 | 21.6 | 30.2 | 856.2 | | | | | • | | • | | • | • | • | | | | | • | | | • |

## SMALL (J) FRAME REVOLVERS

| MODEL | SKU | Caliber/Round Capacity | | | | | | | Action | | Measurements | | | | Weight | | Front Sights | | | | | Rear Sights | | | | Grips | | | | | | Frame Material | | | | Cylinder Material | Barrel Material | Finish | | | | Features | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 22 LR | 22 Magnum | 38 S&W Special +P | 357 Magnum/38 S&W Special +P | Single Action/Double Action | Double Action Only | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (mm) | Ounces | Grams | XS® Sights™ | Hi-VIZ® Fiber Optic | Integral | Black Blade | Red Ramp | Integral | Adjustable | Integral U-Notch | Black Polymer | Pink Polymer | Flat Dark Earth Polymer | Wood | Crimson Trace® Lasergrip® | Stainless Steel | Scandium Alloy | Aluminum Alloy | Stainless Steel | Carbon Steel | Aluminum Alloy | Titanium Alloy | Stainless Steel | Stainless Steel | Carbon Steel | Matte Black | Matte Silver | Satin Stainless | Blue | Internal Hammer | External Hammer | Shrouded Hammer | No Internal Lock | Classic Series Features | Laserpath® |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43C | 103043 | 8 | | | | | • | 1.88 | 4.8 | 6.25 | 15.9 | 11.4 | 323.2 | WD | | | | | | | • | | | | | | | | • | | | • | | | • | | | | • | | | • | | • |
| 351C | 103351 | | 7 | | | | • | 1.88 | 4.8 | 6.25 | 15.9 | 11.4 | 323.2 | WD | | | | | | | • | | | | | | | | • | | | • | | | • | | | | • | | | • | | |
| 351PD | 160228 | | 7 | | | | • | 1.88 | 4.8 | 6.19 | 15.7 | 11.4 | 323.2 | | • | | | | | | • | | | | | | | | • | | | • | | | • | | | | • | | | • | | |
| 63 | 162634 | 8 | | | | • | | 3.0 | 7.6 | 7.25 | 18.4 | 25.0 | 708.8 | | | | • | | | | • | | | • | | • | | | | | • | | | • | | | • | | | | • | | | |
| 317 Kit Gun™ | 160221 | 8 | | | | • | | 3.0 | 7.6 | 7.19 | 18.3 | 11.8 | 334.5 | | | | • | | | | • | | | • | | • | | | | | • | | | • | | | • | | | | • | | | |
| 642 LS | 163808 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | • | | | | | • | | • | | | • | | | • | | | • | | | | • | | | |
| 442 | 162810 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | • | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 442 | 150544 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | • | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 637 | 163050 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.5 | 411.1 | | | • | | | • | | • | | | | | • | | • | | | • | | | • | | | | • | | | | • | | | |
| 637 CT | 163052 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | | | | | • | | • | • | | | • | | | • | | | | • | | | | • | | | |
| 36 | 150184 | | | 5 | | | • | 1.88 | 4.8 | 6.94 | 17.6 | 19.6 | 556.7 | | | • | | | • | | • | | | | | CARBON STEEL | | | | | | • | | | • | | | • | | | • | |
| 638 | 163070 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | • | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 642 | 163810 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | • | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 642 | 150466 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | • | | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 642 | 103810 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.4 | 408.2 | | | • | | | • | | • | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 642 CT | 163811 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 15.4 | 436.6 | | | • | | | • | | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 642 CT | 150972 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 15.5 | 439.4 | | | • | | | • | | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 60 | 162420 | | | | 5 | • | | 2.13 | 5.4 | 6.6 | 16.7 | 21.5 | 609.5 | | | • | | | • | | • | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 60 | 162430 | | | | 5 | • | | 3.0 | 7.6 | 7.5 | 19.1 | 23.6 | 669.1 | | | • | | | • | | • | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 60 LS | 162414 | | | | 5 | • | | 2.13 | 5.4 | 6.6 | 16.7 | 22.0 | 623.7 | | | • | | | • | | • | | | | | • | | • | | | • | | | • | | | | • | | | |
| 640 | 163690 | | | | 5 | | • | 2.13 | 5.4 | 6.6 | 16.7 | 22.4 | 635.0 | | | • | | | • | | • | | | | | • | | | • | | | • | | | • | | | | • | | | |
| M&P®340 | 103072 | | | | 5 | | • | 1.88 | 4.8 | 6.31 | 16.0 | 13.3 | NS | | | | | | • | | | • | | | | • | | | • | | | • | | | • | | | | • | | | |
| 340 PD | 163062 | | | | 5 | | • | 1.88 | 4.8 | 6.31 | 16.0 | 11.8 | 334.5 | | • | | | | • | | • | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 340 PD | 163066 | | | | 5 | | • | 1.88 | 4.8 | 6.31 | 16.0 | 11.7 | 331.7 | | | • | | | • | • | | | | | | • | | | • | | | • | | | • | | | | • | | | |
| 360 PD | 163064 | | | | 5 | | • | 1.88 | 4.8 | 6.31 | 16.0 | 11.8 | 334.5 | | • | | | | • | | • | | | | | • | | | • | | | • | | | • | | | | • | | | |

## MEDIUM (K & L) FRAME REVOLVERS

| MODEL | SKU | Frame Size | | Caliber / Round Capacity | | | | | Action | Measurements | | | | Weight | | Front Sights | | | | | Rear Sights | | | Grips | | | | Frame Material | | Cylinder Material | | Barrel Material | | Finish | | | Other Features | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Medium (K) Frame | Medium (L) Frame | 22 LR | 22 WMR | 38 S&W Special +P | 357 Magnum/38 S&W Special +P | 44 Magnum/44 Special | Single Action/Double Action | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Ounces | Grams | Red Ramp | Integral Ramp | Black Blade | Pinridge | Integral | Adjustable | Adjustable White Outline | Black Polymer | 3-5-7 Textured Wood | Wood with Medallion | Textured Wood | Stainless Steel | Carbon Steel | Stainless Steel | Carbon Steel | Stainless Steel | Carbon Steel | Satin Stainless | Matte Silver | Blue | Unfluted Cylinder | Classic Style Thumbpiece | Full Lug Barrel | Color Case Hardened Trigger | Color Case Hardened Hammer |
| 617 | 160584 | • | | | | | | | • | 4.13 | 10.5 | 9.13 | 23.2 | 40.2 | 1139.7 | | | | | • | | | | | | | • | | • | | • | | | | | | | | | | |
| 617 | 160578 | • | | | | | | | • | 6.0 | 15.2 | 11.13 | 28.3 | 46.1 | 1306.9 | | | | | • | | | | | | | • | | • | | • | | | | | | | | | | |
| 648 | 12460 | • | | | • | | | | • | 6.0 | 15.2 | 11.13 | 28.3 | 46.6 | 1321.1 | | | | | • | | | | | | | • | | • | | • | | | | | | | | | | |
| 66 | 10061 | • | | | | | • | | • | 2.75 | 7.0 | 7.8 | 19.8 | 33.1 | 938.4 | • | | | | | | | | | | | • | | • | | • | | | | | | | | | | |
| 66 Combat Magnum | 162882 | • | | | | | • | | • | 4.25 | 10.8 | 9.6 | 24.6 | 36.9 | 1046.1 | • | | | | | | | | | | | • | | • | | • | | | | | | | | | | |
| 48 | 150717 | | • | | • | | | | • | 4.0 | 10.2 | 9.25 | 23.5 | 38.6 | 1094.3 | | | | | | • | | | | | • | | • | | • | | • | | | | | | | | | |
| 48 | 150718 | | • | | • | | | | • | 6.0 | 15.2 | 11.25 | 28.6 | 40.6 | 1151.0 | | | | | | • | | | | | • | | • | | • | | • | | | | | | | | | |
| 17 Masterpiece | 150477 | • | | • | | | | | • | 6.0 | 15.2 | 11.25 | 28.6 | 40.6 | 1151.0 | | | | | | • | | | | | • | | • | | • | | • | | | | | | | | | |
| 10 | 150786 | • | | | | • | | | • | 4.0 | 10.2 | 8.87 | 22.5 | 34.6 | 980.0 | | • | | | | | | | | | | • | | • | | • | | | | | | | | | | |
| 19 | 12040 | • | | | | | • | | • | 4.25 | 10.8 | 9.67 | 24.5 | 37.4 | 1060.3 | • | | | | | | | | | | | • | | • | | • | | | | | | | | | | |
| 686 | 164222 | | • | | | | • | | • | 4.13 | 10.5 | 9.56 | 24.3 | 40.3 | 1142.5 | • | | | | | | | | | | • | | • | | • | | • | | | | | | | | | |
| 686 | 164224 | | • | | | | • | | • | 6.0 | 15.2 | 11.56 | 29.3 | 45.3 | 1284.3 | • | | | | | | | | | | • | | • | | • | | • | | | | | | | | | |
| 686 PLUS | 164192 | | • | | | | • | | • | 2.5 | 6.4 | 7.5 | 19.1 | 34.5 | 978.1 | • | | | | | | | | | | • | | • | | • | | • | | | | | | | | | |
| 686 PLUS | 164300 | | • | | | | • | | • | 3.0 | 7.6 | 8.18 | 20.8 | 35.8 | 1014.9 | • | | | | | | | | | | • | | • | | • | | • | | | | | | | | | |
| 686 PLUS | 164194 | | • | | | | • | | • | 4.13 | 10.5 | 9.56 | 24.3 | 39.2 | 1111.3 | • | | | | | | | | | | • | | • | | • | | • | | | | | | | | | |
| 686 PLUS | 164195 | | • | | | | • | | • | 6.0 | 15.2 | 11.94 | 30.3 | 44.3 | 1255.9 | • | | | | | | | | | | • | | • | | • | | • | | | | | | | | | |
| 686 Deluxe | 150713 | | • | | | | • | | • | 3.0 | 7.6 | 8.2 | 20.8 | 36.0 | 1020.6 | | | | • | | | | | | | | • | | • | | • | | | | | | | | | • | |
| 686 Deluxe | 150712 | | • | | | | • | | • | 6.0 | 15.2 | 11.94 | 30.3 | 45.4 | 1287.1 | | | | • | | | | | | | | • | | • | | • | | | | | | | | | • | |
| 686 PLUS | 150853 | | • | | | | • | | • | 3.0 | 7.6 | 8.2 | 20.8 | 36.6 | 1037.6 | • | | | | | | | | | | • | | • | | • | | • | | | | | | | | | |
| 686 PLUS | 150854 | | • | | | | • | | • | 4.2 | 10.7 | 9.6 | 24.5 | 42.4 | 1207.7 | • | | | | | | | | | | • | | • | | • | | • | | | | | | | | | |
| 686 PLUS | 150855 | | • | | | | • | | • | 7.0 | 17.8 | 12.3 | 31.1 | 48.2 | 1366.5 | • | | | | | | | | | | • | | • | | • | | • | | | | | | | | | |
| 69 Combat Magnum | 162069 | | • | | | | | • | • | 4.25 | 10.8 | 9.6 | 24.4 | 37.4 | 1060.3 | • | | | | | | | | | | • | | • | | • | | • | | | | | | | | | |
| 69 | 10064 | | • | | | | | • | • | 2.75 | 7.0 | 7.8 | 19.8 | 34.2 | 969.6 | • | | | | | | | | | | • | | • | | • | | • | | | | | | | | | |
| 586 | 150909 | | • | | | | • | | • | 4.0 | 10.2 | 9.25 | 23.5 | 42.1 | 1193.5 | • | | | | | | | | | | | • | | • | | • | | | • | | • | • | • | • | • |
| 586 | 150908 | | • | | | | • | | • | 6.0 | 15.2 | 11.25 | 28.6 | 47.0 | 1332.4 | • | | | | | | | | | | | • | | • | | • | | | • | | • | • | • | • | • |

## LARGE (N) FRAME REVOLVERS

| MODEL | SKU | Frame Size | Caliber | | | | | Action | Measurements | | | | Weight | | Front Sights | | | | Rear Sights | | | Grips | | | | | Frame Material | | Cylinder Material | | Barrel Material | | Finish | | | Other Features | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Large (N) Frame | 10mm AUTO / 40 S&W | 357 Magnum / 38 S&W Special +P | 44 Magnum / 44 Special | 41 Magnum | 45 Colt | Single Action/Double Action | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Ounces | Grams | Red Ramp | Hi-VIZ® Fiber Optic | Interchangeable | Partridge | Black Blade | Adjustable | Adjustable White Outline | Black Synthetic | Textured Wood | Wood with Medallion | Stainless Steel | Scandium Alloy | Carbon Steel | Titanium Alloy | Stainless Steel | Carbon Steel | Stainless Steel | Carbon Steel | Satin Stainless | Matte Black | Blue | Moon Clips Included | Classic Style Thumbpiece | Service Barrel | Serrated, Color Case Hardened Trigger | Color Case Hardened Hammer | Mahogany Presentation Case |
| 610 | 12463 | • | • | | | | | • | 4.0 | 10.2 | 9.5 | 24.1 | 42.6 | 1207.7 | | | | • | | • | | | • | | • | | | | • | | • | | • | | | | • | | | | | |
| 610 | 12462 | • | • | | | | | • | 6.5 | 16.5 | 12.0 | 30.5 | 50.1 | 1420.3 | | | | • | | • | | | • | | • | | | | • | | • | | • | | | | • | | | | | |
| 629 Deluxe | 150715 | • | | | • | | | • | 3.0 | 7.6 | 6.83 | 17.3 | 40.2 | 1139.7 | • | | | | | • | | | | • | • | | | | • | | • | | • | | | | | | | | | |
| 629 Deluxe | 150714 | • | | | • | | | • | 6.5 | 16.5 | 11.63 | 29.5 | 50.7 | 1437.3 | • | | | | | • | | | | • | • | | | | • | | • | | • | | | | | | | | | |
| 329 PD | 163414 | • | | | • | | | • | 4.13 | 10.5 | 9.5 | 24.1 | 26.3 | 745.6 | | • | | | | • | | | • | | | • | • | | | | • | | | • | | | | | | | | |
| 629 | 163603 | • | | | • | | | • | 4.13 | 10.5 | 9.63 | 24.4 | 42.6 | 1213.4 | | | | • | | • | | | | • | • | | | | • | | • | | • | | | | | | | | | |
| 629 | 163606 | • | | | • | | | • | 6.5 | 16.5 | 12.0 | 30.5 | 49.3 | 1312.6 | | | | • | | • | | | | • | • | | | | • | | • | | • | | | | | | | | | |
| 629 Classic | 163638 | • | | | • | | | • | 6.5 | 16.5 | 12.0 | 30.5 | 49.3 | 1397.7 | • | | | | | • | | | | • | • | | | | • | | • | | • | | | | | | | | | |
| 629 Classic | 163636 | • | | | • | | | • | 5.0 | 12.7 | 16.5 | 26.7 | 45.6 | 1292.6 | • | | | | | • | | | | • | • | | | | • | | • | | • | | | | | | | | | |
| 27 | 150339 | • | | • | | | | • | 4.0 | 10.2 | 9.25 | 23.3 | 41.9 | 1199.2 | | | | • | | • | | | | • | | • | | | | • | | • | | | • | | | | | • | • |
| 27 | 150341 | • | | • | | | | • | 6.5 | 16.5 | 12.0 | 30.5 | 46.6 | 1321.1 | | | | • | | • | | | | • | | • | | | | • | | • | | | • | | | | | • | • |
| 57 | 150481 | • | | | | • | | • | 6.0 | 15.2 | 11.3 | 29.2 | 40.1 | 1362.6 | | | | • | | • | | | | • | | • | | | | • | | • | | | • | | | | | • | • |
| 29 | 150254 | • | | | • | | | • | 4.0 | 10.2 | 9.25 | 23.3 | 43.8 | 1244.6 | | | | • | | • | | | | • | | • | | | | • | | • | | | • | | | | | • | • |
| 29 | 150145 | • | | | • | | | • | 6.5 | 16.5 | 12.0 | 30.5 | 46.3 | 1313.3 | | | | • | | • | | | | • | | • | | | | • | | • | | | • | | | | | • | • |
| 25 | 150256 | • | | | | | • | • | 6.5 | 16.5 | 12.0 | 30.5 | 42.0 | 1190.7 | | | | • | | • | | | | • | | • | | | | • | | • | | | • | | | | | • | • |

## PERFORMANCE CENTER® REVOLVERS

| Model | SKU | Frame Size | | | | | Caliber/Capacity | | | | | | | Action | | Measurements | | | | Weight | | Front Sights | | | | | | | | Rear Sights | | | | Grips | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Small Frame - J | Medium Frame - K | Medium Frame - L | Large Frame - N | Extra Large Frame - X | 38 S&W Special # | 357 Magnum/38 S&W Special # | 9mm | 44 Magnum/44 Special | 45 Auto | 500 S&W Magnum | 460 S&W Magnum | Single Action/Double Action | Double Action Only | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Ounces | Grams | Integral | Red Ramp | Tritium Night Sight | Orange Glow Blade / Interchang. | Patridge / Interchangeable | Gold Bead / Interchangeable | Hi-VIZ® Fiber Optic | Orange Ramp | Fixed | Adjustable | Tritium Night Sight | Adjustable V-Notch | Synthetic | Wood | Crimson Trace® Lasergrip® |
| 442 | 178041 | • | | | | | 5 | | | | | | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | • | | | | | | | | • | | | | • | | |
| 642 | 178042 | • | | | | | 5 | | | | | | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.5 | 411.1 | • | | | | | | | | • | | | | • | | |
| 442 | 12843 | • | | | | | 5 | | | | | | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 15.0 | 425.3 | • | | | | | | | | • | | | | | | • |
| 642 | 178348 | • | | | | | 5 | | | | | | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.5 | 411.1 | • | | | | | | | | • | | | | | | • |
| 642 | 10186 | • | | | | | 5 | | | | | | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.5 | 411.1 | • | | | | | | | | • | | | | | | • |
| 637 | 178349 | • | | | | | 5 | | | | | | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.3 | 405.4 | • | | | | | | | | • | | | | | | • |
| 60 | 178013 | • | | | | | | 5 | | | | | | | • | 3.0 | 7.6 | 8.70 | 22.1 | 22.8 | 646.4 | | • | | | | | | | | • | | | | • | |
| 640 | 178044 | • | | | | | | 5 | | | | | | | • | 2.13 | 5.4 | 6.60 | 16.8 | 22.4 | 635.0 | | • | | | | | | | | • | | | | • | |
| 19 Carry Comp | 12039 | | • | | | | | 6 | | | | | | • | | 3.0 | 7.6 | | | 34.5 | 978.1 | | | • | | | | | | | • | | | | • | |
| 686 SSR | 178012 | | | • | | | | 6 | | | | | | • | | 4.0 | 10.2 | 9.5 | 24.1 | 38.5 | 1091.5 | | • | | | | | | | | • | | | | • | |
| 686 | 178038 | | | • | | | | 7 | | | | | | • | | 5.0 | 12.7 | 10.63 | 27.0 | 37.0 | 1083.0 | | • | | | | | | | | • | | | | • | |
| 986 | 178055 | | | • | | | | | 7 | | | | | • | | 5.0 | 12.7 | 10.63 | 27.0 | 35.0 | 992.3 | | | | | • | | | | | • | | | | • | |
| 986 | 10227 | | | • | | | | | 7 | | | | | • | | 2.5 | 6.4 | 7.5 | 19.1 | 31.7 | 898.7 | | | | | • | | | | | • | | | | • | |
| 686 Plus | 178346 | | | • | | | | 7 | | | | | | • | | 2.5 | 6.4 | 7.5 | 19.1 | 34.1 | 966.9 | | • | | | | | | | | • | | | | • | |
| 586 L-Comp | 170170 | | | • | | | | 7 | | | | | | • | | 3.0 | 7.6 | 8.0 | 20.3 | 36.2 | 1026.3 | | • | | | | | | | | • | | | | • | |
| 686 | 11759 | | | • | | | | 6 | | | | | | • | | 4.0 | 10.2 | 9.5 | 24.1 | 37.8 | 1071.6 | | • | | | | | | | | • | | | | • | |
| 686 Plus | 11760 | | | • | | | | 7 | | | | | | • | | 5.0 | 12.7 | 10.6 | 26.9 | 38.4 | 1088.6 | | • | | | | | | | | • | | | | • | |
| 686 Competition | 170319 | | | • | | | | 6 | | | | | | • | | 6.0 | 15.2 | 11.5 | 29.2 | 55.4 | 1570.6 | | | | | • | | | | | • | | | | • | |
| 627 | 178014 | | | | • | | | 8 | | | | | | • | | 4.0 | 10.2 | 9.5 | 24.1 | 40.7 | 1153.8 | | | | | • | | | | | • | | | | • | |
| 627 | 170133 | | | | • | | | 8 | | | | | | • | | 2.63 | 6.7 | 7.63 | 19.4 | 37.8 | 1071.6 | | • | | | | | | | | • | | | | • | |
| 627 | 170210 | | | | • | | | 8 | | | | | | • | | 5.0 | 12.7 | 10.5 | 26.7 | 43.8 | 1236.1 | | | | | • | | | | | • | | | | • | |
| 929 | 170341 | | | | • | | | | 8 | | | | | • | | 6.5 | 16.5 | 12.3 | 31.1 | 44.1 | 1250.2 | | | | | | • | | | | • | | | | • | |
| 327 | 170245 | | | | • | | | 8 | | | | | | • | | 2.0 | 5.1 | 7.0 | 17.8 | 23.2 | 657.7 | | • | | | | | | | | • | | | | • | |
| 627 V-Comp | 170296 | | | | • | | | 8 | | | | | | • | | 5.0 | 12.7 | 10.0 | 25.4 | 46.7 | 1323.9 | | | | | | • | | | | • | | | | • | |
| M&P R8 | 170292 | | | | • | | | 8 | | | | | | • | | 5.0 | 12.7 | 10.5 | 26.7 | 35.9 | 1017.8 | | | | | | | | | | • | | | | • | |
| TRR8 | 170269 | | | | • | | | 8 | | | | | | • | | 5.0 | 12.7 | 10.5 | 26.7 | 35.2 | 997.9 | | | • | | | | | | | • | | | | • | |
| 629 | 170135 | | | | • | | | | | | 6 | | | • | | 2.63 | 6.7 | 7.83 | 19.4 | 37.5 | 1063.1 | | • | | | | | | | | • | | | | • | |
| 629 | 170320 | | | | • | | | | | | 6 | | | • | | 6.0 | 15.2 | 11.3 | 28.7 | 57.2 | 1621.6 | | • | | | | | | | | • | | | | • | |
| 629 Stealth Hunter | 170323 | | | | • | | | | | | 6 | | | • | | 7.5 | 19.1 | 12.9 | 32.8 | 52.2 | 1564.9 | | | | | | | • | | | • | | | • | | |
| 629 Magnum Hunter | 170318 | | | | • | | | | | | 6 | | | • | | 7.5 | 19.1 | 14.0 | 35.6 | 61.9 | 1754.9 | | | | | | | • | | | • | | | • | | |
| S&W500™ | 11623 | | | | | • | | | | | | | 5 | | • | | 3.5 | 8.9 | 9.9 | 25.1 | 56.8 | 1610.3 | | | | | | | • | | | • | | | • | | |
| S&W500™ | 170299 | | | | | • | | | | | | | 5 | | • | | 7.5 | 19.1 | 15.0 | 38.1 | 69.9 | 1981.7 | | | | | | | • | | | • | | | • | | |
| S&W500™ | 170231 | | | | | • | | | | | | | 5 | | • | | 10.5 | 26.7 | 18.0 | 45.7 | 79.6 | 2256.7 | | | | | | | • | | | • | | | • | | |
| 460XVR™ | 170350 | | | | | • | | | | | | | | 5 | • | | 3.5 | 8.9 | 10.0 | 25.4 | 59.2 | 1678.3 | | | | | | | • | | | • | | | • | | |
| 460XVR™ | 11626 | | | | | • | | | | | | | | 5 | • | | 7.5 | 19.1 | 15.2 | 38.6 | 77.8 | 2205.6 | | | | | | | • | | | • | | | • | | |
| 460XVR™ | 170262 | | | | | • | | | | | | | | 5 | • | | 10.5 | 26.7 | 18.0 | 45.7 | 99.1 | 2809.5 | | | | | | | • | | | • | | | • | | |
| 460XVR™ | 170339 | | | | | • | | | | | | | | 5 | • | | 14.0 | 35.6 | 21.5 | 54.6 | 79.6 | 2256.7 | | | | | | | • | | | • | | | • | | |

CHART IS CONTINUED ON NEXT PAGE →

## PERFORMANCE CENTER® REVOLVERS

| Model | SKU | Frame Material | | | | Cylinder Material | | | Barrel Material | | Finish | | | | Features |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Aluminum Alloy | Scandium Alloy | Carbon Steel | Stainless Steel | Carbon Steel | Stainless Steel | Titanium Alloy | Carbon Steel | Stainless Steel | Matte Black | Matte Silver | Two-Tone | Satin Stainless | (see column headers in image) |
| 442 | 178041 | • | | | | | | | • | | • | | | | |
| 642 | 178042 | • | | | | | • | | | • | | • | | | |
| 442 | 12843 | • | | | | | • | | | • | • | | | | |
| 642 | 178348 | | • | | | | | | | • | | • | | • | |
| 642 | 10186 | • | | | | | • | | | • | | • | | | |
| 637 | 178349 | • | | | | | • | | | • | | • | | | |
| 60 | 178013 | | | • | | | • | | | • | | | | • | |
| 640 | 178044 | | | | • | | • | | | • | | | | • | |
| 19 Carry Comp | 12039 | | • | | | | | | • | | • | | | | |
| 686 SSR | 178012 | | | | • | | • | | | • | | | | • | |
| 686 | 178038 | | | | • | | • | | | • | | | | • | |
| 986 | 178055 | | | | • | | • | | | • | | | | • | |
| 986 | 10227 | | | | • | | • | | | • | | | | • | |
| 686 Plus | 178346 | | | | • | | • | | | • | | | | • | |
| 586 L-Comp | 170170 | | | • | | • | | | • | | • | | | | |
| 686 | 11759 | | | | • | | • | | | • | | | | • | |
| 686 Plus | 11760 | | | | • | | • | | | • | | | | • | |
| 686 Competition | 170319 | | | | • | | • | | | • | | | | • | |
| 627 | 178014 | | | | • | | • | | | • | | | | • | |
| 627 | 170133 | | | | • | | • | | | • | | | | • | |
| 627 | 170210 | | | | • | | • | | | • | | | | • | |
| 929 | 170341 | | | | • | | • | | | • | • | | | | |
| 327 | 170245 | | • | | | | | | • | | • | | | | |
| 627 V-Comp | 170296 | | | | • | | • | | | • | | | | • | |
| M&P R8 | 170292 | | • | | | | • | | | • | • | | | | |
| TRR8 | 170269 | | • | | | | • | | | • | • | | | | |
| 629 | 170135 | | | | • | | • | | | • | | | | • | |
| 629 | 170320 | | | | • | | • | | | • | | | | • | |
| 629 Stealth Hunter | 170323 | | | | • | | • | | | • | • | | | | |
| 629 Magnum Hunter | 170318 | | | | • | | • | | | • | • | | | | |
| S&W500™ | 11623 | | | | • | | • | | | • | | | • | | |
| S&W500™ | 170299 | | | | • | | • | | | • | | | • | | |
| S&W500™ | 170231 | | | | • | | • | | | • | | | | • | |
| 460XVR™ | 170350 | | | | • | | • | | | • | | | • | | |
| 460XVR™ | 11626 | | | | • | | • | | | • | | | • | | |
| 460XVR™ | 170262 | | | | • | | • | | | • | | | | • | |
| 460XVR™ | 170339 | | | | • | | • | | | • | | | | • | |



# RIFLES

## PAGES 66 - 71

M&P®15 Sport™ II

M&P®15

M&P®10

M&P®15-22

## YOU HAVE TO EARN THE NICKNAME "BULLSEYE."

The Modern Sporting Rifle (MSR) has become the most popular rifle in the United States today. Smith & Wesson's full line of M&P® rifles offer today's firearms enthusiast the performance and rugged reliability they demand. You'll find competition grade performance in the DNA of every rifle we build to make a day on the range or in the field take on a whole new meaning.

**M&P®15 Sport™ II**
SKU 10202
Pg. 66

64

65

## M&P®15 SPORT™ II RIFLES



**M&P®15 SPORT™ II**
SKU: 10202
5.56 mm NATO / 223 REM
30 Round PMAG®
16" Threaded Barrel, 1 in 9", 6 Groove

6-POSITION STOCK
MAGPUL® MBUS® REAR SIGHT
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR



**M&P®15 SPORT™ II**
SKU: 10203
5.56 mm NATO / 223 REM
10 Rounds
16" Barrel, 1 in 9", 6 Groove

FIXED STOCK
MAGPUL® MBUS® REAR SIGHT
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR

**M&P®15 SPORT™ II**
SKU: 11616
5.56 mm NATO / 223 REM
10 Rounds
16" Threaded Barrel, 1 in 9", 6 Groove

6-POSITION STOCK
MAGPUL® MBUS® REAR SIGHT
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR

*OPTICS READY*

**M&P®15 SPORT™ II**
SKU: 10159
5.56 mm NATO / 223 REM
30 Round PMAG®
16" Threaded Barrel, 1 in 9", 6 Groove

GAS BLOCK WITH PICATINNY-STYLE RAIL
6-POSITION STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR



**M&P®15 SPORT™ II M-LOK®**
SKU: 10305
5.56 mm NATO / 223 REM
30 Round PMAG®
16" Threaded Barrel, 1 in 9", 6 Groove

MAGPUL® MOE®M-LOK®
CARBINE-LENGTH HANDGUARD
MAGPUL® MBUS® REAR SIGHT
6-POSITION STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR

**M&P®15 SPORT™ II**
SKU: 12024
5.56 mm NATO / 223 REM
30 Round PMAG®
16" Threaded Barrel, 1 in 9", 6 Groove

*OPTICS READY*

GAS BLOCK WITH PICATINNY-STYLE RAIL
MAGPUL®MOE® M-LOK®
CARBINE-LENGTH HANDGUARD
6-POSITION STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR



**M&P®15 SPORT™ II**
SKU: 12001 – CA Compliant
5.56 mm NATO / 223 REM
10 Rounds
16" Barrel, 1 in 9", 6 Groove

FIXED STOCK
MAGPUL® MBUS® REAR SIGHT
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR
CA COMPLIANT



**M&P®15 SPORT™ II M-LOK®**
SKU: 12055 – CA Compliant
5.56 mm NATO / 223 REM
10 Rounds
16" Threaded Barrel, 1 in 9", 6 Groove

*OPTICS READY*

GAS BLOCK WITH PICATINNY-STYLE RAIL
FIXED STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR
CA COMPLIANT

Due to variations in state and local laws, not all products or product configurations
may be purchased or possessed in all areas. Contact your local firearms dealer to
determine availability.



**M&P®15 SPORT™ II**
SKU: 12936
5.56 mm NATO / 223 REM
30 Round PMAG®
16" Threaded Barrel, 1 in 9", 6 Groove

CRIMSON TRACE®
RED/GREEN DOT OPTIC INCLUDED
GAS BLOCK WITH PICATINNY-STYLE RAIL
6-POSITION STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR



**M&P®15 SPORT™ II**
SKU: 12939
5.56 mm NATO / 223 REM
30 Round PMAG®
16" Threaded Barrel, 1 in 9", 6 Groove

*OPTICS READY*

CRIMSON TRACE®
RED/GREEN DOT OPTIC INCLUDED
GAS BLOCK WITH PICATINNY-STYLE RAIL
6-POSITION STOCK
MAGPUL® MOE® M-LOK®
CARBINE-LENGTH HANDGUARD
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR



**M&P®15 SPORT™ II**
SKU: 12938 – CA Compliant
5.56 mm NATO / 223 REM
10 Rounds
16" Threaded Barrel, 1 in 9", 6 Groove

*OPTICS READY*

CRIMSON TRACE®
RED/GREEN DOT OPTIC INCLUDED
GAS BLOCK WITH PICATINNY-STYLE RAIL
FIXED STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR
CA COMPLIANT

## M&P®15 and M&P®10 RIFLES



*MID LENGTH GAS SYSTEM*

**M&P®15T**
SKU: 11600
5.56 mm NATO / 223 REM
30 Round PMAG®
16" Lightweight, Threaded Barrel
1 in 8", SR Rifling

MAGPUL® MBUS® SIGHTS
13" M&P® SLIM, MODULAR FREE-FLOAT
HANDGUARD WITH M-LOK® SLOTS
FORGED, INTEGRAL TRIGGER GUARD
PATENTED S&W® FLASH SUPPRESSOR
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL – INTERIOR & EXTERIOR
2" M-LOK® ALUMINUM RAIL PANEL



*OPTICS READY*

PERFORMANCE CENTER®
**M&P®15T**
SKU: 11515
5.56mm / 223 REM
30 Round PMAG®
18.0" Barrel - 1 in 8", SR Rifling

– 2-STAGE MATCH TRIGGER
– VLTOR® I-MOD ADJUSTABLE STOCK
– 2" ALUMINUM ACCESSORY
RAIL PANEL
– 15" TROY® ALPHA® M-LOK®
FREE-FLOAT HANDGUARD



*OPTICS READY*
*MID LENGTH GAS SYSTEM*

**M&P®10 SPORT™ II**
SKU: 11532
7.62mm x 51 NATO
20 Round PMAG®
16" Threaded Barrel
1 in 10", SR Rifling

AMBIDEXTROUS MAGAZINE CATCH,
BOLT CATCH AND SAFETY SELECTOR
A2 FLASH SUPPRESSOR
GAS BLOCK WITH PICATINNY-STYLE RAIL
9310 STEEL BOLT
6-POSITION STOCK
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR
CHROMED FIRING PIN



*OPTICS READY*
*MID LENGTH GAS SYSTEM*

**M&P®10**
SKU: 811308
7.62mm x 51 NATO
20 Round PMAG®
18" Lightweight, Threaded Barrel
1 in 10", SR Rifling

AMBIDEXTROUS MAGAZINE CATCH,
BOLT CATCH AND SAFETY SELECTOR
PATENTED S&W® FLASH SUPPRESSOR
GAS BLOCK with PICATINNY-STYLE RAIL
9310 STEEL BOLT
6-POSITION STOCK
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR
CHROMED FIRING PIN



*OPTICS READY*
*MID LENGTH GAS SYSTEM*

**M&P®10**
SKU: 811311
7.62mm x 51 NATO
10 Round Magazine
18" Lightweight, Threaded Barrel
1 in 10", SR Rifling

AMBIDEXTROUS MAGAZINE CATCH,
BOLT CATCH AND SAFETY SELECTOR
PATENTED S&W® FLASH SUPPRESSOR
9310 STEEL BOLT
6-POSITION STOCK
ARMORNITE® FINISH ON BARREL
– INTERIOR & EXTERIOR
CHROMED FIRING PIN




*OPTICS READY*

PERFORMANCE CENTER®
**M&P®10 CREEDMOOR**
SKU: 10057
6.5 Creedmoor
10 Rounds
20.0" Threaded Barrel
1 in 8", SR Rifling

– 2-STAGE MATCH TRIGGER
– MAGPUL® MOE® RIFLE STOCK
– 2" ALUMINUM ACCESSORY
RAIL PANEL
– 15" TROY® ALPHA® M-LOK®
FREE-FLOAT HANDGUARD
– AMBIDEXTROUS SELECTOR LEVER
AND MAGAZINE RELEASE

Due to variations in state and local laws, not all products or product configurations may be purchased or possessed in all areas.
Contact your local firearms dealer to determine availability.

## M&P® 15-22 SPORT® RIFLES



**M&P® 15-22 SPORT™**
SKU: 10208
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



**M&P® 15-22 SPORT™**
SKU: 10206
22 LR
10 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



**M&P® 15-22 SPORT™**
SKU: 10207
22 LR
10 Round Magazine
16.5" Barrel
1 in 15", 6 Groove

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
MAGPUL® M-LOK® SLOTS
FIXED STOCK
2" M-LOK® POLYMER RAIL PANEL



**M&P® 15-22 SPORT™**
SKU: 10212
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove
MUDDY GIRL® CAMO FINISH

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



**M&P® 15-22 SPORT™**
SKU: 12066
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove
ROBIN'S EGG BLUE
PLATINUM FINISH

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



**M&P® 15-22 SPORT™**
SKU: 10211
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove
KRYPTEK® HIGHLANDER™ FINISH

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



*FLAT DARK EARTH FINISHED COMPONENTS*

**M&P® 15-22 SPORT™ MOE SL®**
SKU: 10210
22 LR - 25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove
FLAT DARK EARTH
FINISHED COMPONENTS

2-STAGE MATCH TRIGGER
MAGPUL® MOE® RIFLE STOCK
2" ALUMINUM ACCESSORY
RAIL PANEL
15" TROY® ALPHA® M-LOK®
FREE-FLOAT HANDGUARD
AMBIDEXTROUS SELECTOR LEVER
AND MAGAZINE RELEASE



**M&P® 15-22 SPORT™ MOE SL®**
SKU: 10213
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
MAGPUL® M-LOK® SLOTS
MAGPUL® M-LOK® 6-POSITION STOCK
MAGPUL® MOE SL® GRIP
MAGPUL® M-LOK® RAIL COVERS - TYPE 2
2" M-LOK® POLYMER RAIL PANEL

**PERFORMANCE CENTER®**

**M&P® 15-22 SPORT™**
SKU: 10205
22 LR
10 Rounds
18.0" Threaded, Fluted Barrel

2-STAGE MATCH TRIGGER
MAGPUL® MBUS® SIGHTS
VLTOR® ADJUSTABLE STOCK
HOGUE® GRIP

**PERFORMANCE CENTER®**

**M&P® 15-22 SPORT™**
SKU: 11507
22 LR
10 Rounds
18.0" Fluted Barrel

2-STAGE MATCH TRIGGER
MAGPUL® MBUS® SIGHTS
VLTOR® FIXED STOCK
HOGUE® GRIP
CT, MA, NJ COMPLIANT







*OPTICS READY*

**M&P® 15-22 SPORT™ OR**
SKU: 12722
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

M&P® RED/GREEN DOT OPTIC INCLUDED
M&P® SLIM HANDGUARD WITH
MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



*OPTICS READY*

**M&P® 15-22 SPORT™ OR**
SKU: 12723
22 LR
10 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

M&P® RED/GREEN DOT OPTIC INCLUDED
M&P® SLIM HANDGUARD WITH
MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL

*OPTICS READY*

**M&P® 15-22 SPORT™ OR**
SKU: 12724
22 LR
10 Round Magazine
16.5" Barrel
1 in 15", 6 Groove

M&P® RED/GREEN DOT OPTIC INCLUDED
M&P® SLIM HANDGUARD WITH
MAGPUL® M-LOK® SLOTS
FIXED STOCK
2" M-LOK® POLYMER RAIL PANEL

Prior to purchasing, contact your local law enforcement agency to verify that this product may be legally purchased and possessed in your state.

## M&P®15 MODERN SPORTING RIFLES

| Model | SKU | Caliber/Magazine Capacity (5.56 mm NATO/.223 REM) | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Threaded Barrel | Barrel Twist (in) | Grooves | Pounds | Grams |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P®15 SPORT™ II | 10202 | 30 | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.42 | 2912.1 |
| M&P®15 SPORT™ II | 11616 | 30 | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.33 | 2871.3 |
| M&P®15 SPORT™ II | 10203 | 30 | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.82 | 3093.6 |
| M&P®15 SPORT™ II | 12001 | 10 | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.8 | 3034.6 |
| M&P®15 SPORT™ II | 10159 | 30 | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.51 | 2953.0 |
| M&P®15 SPORT™ II | 12055 | 10 | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.60 | 2993.8 |
| M&P®15 SPORT™ II | 10305 | 30 | 16 | 40.6 | 33.5 | 85.1 | • | 1 in 9 | 6 | 6.79 | 3079.9 |
| M&P®15 SPORT™ II | 12024 | 30 | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.36 | 2886.0 |
| M&P®15 SPORT™ II OR | 12936 | 30 | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.91 | 3134.4 |
| M&P®15 SPORT™ II OR | 12938 | 10 | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 7.15 | 3243.2 |
| M&P®15 SPORT™ II OR | 12939 | 30 | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.85 | 3107.2 |
| M&P®15T w/M-LOK® | 11600 | 30 | 16 | 40.6 | 32.0 | 81.3 | • | 1 in 8 | 5R | 6.71 | 3043.7 |
| M&P®15 Competition | 11515 | 30 | 18.0 | 45.7 | 38.5 | 97.8 | | 1 in 8 | 5R | 7.4 | 3356.6 |

## M&P®10 MODERN SPORTING RIFLES

| Model | SKU | Caliber/Magazine Capacity (308 WIN/7.62mmx51mm) (6.5 Creedmoor) | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Threaded Barrel | Barrel Twist (in) | Grooves | Pounds | Grams |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P®10 SPORT™ | 11532 | 20 | 16 | 40.6 | 34.0 | 86.4 | • | 1 in 10 | 5R | 8.03 | 3643.0 |
| M&P®10 | 811308 | 20 | 18.0 | 45.7 | 37.6 | 95.5 | • | 1 in 10 | 5R | 7.72 | 3501.8 |
| M&P®10 | 811311 | 10 | 18.0 | 45.7 | 37.6 | 95.5 | • | 1 in 10 | 5R | 8.06 | 3656.0 |
| M&P®10 CREEDMOOR | 10057 | 10 | 20.00 | 50.8 | 39.5 | 100.3 | • | 1 in 8 | 5R | 9.1 | 4127.4 |

## M&P®15-22 SPORT™ RIFLES

| Model | SKU | Caliber/Magazine Capacity (.22 LR) | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Threaded Barrel | Barrel Twist (in) | Grooves | Pounds | Grams |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P®15-22 SPORT™ | 10206 | 10 | 16.5 | 41.9 | 30.7 | 77.9 | • | 1 in 15 | 6 | 4.68 | 2122.8 |
| M&P®15-22 SPORT™ | 10207 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | • | 1 in 15 | 6 | 4.71 | 2136.5 |
| M&P®15-22 SPORT™ | 10208 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | • | 1 in 15 | 6 | 4.84 | 2195.4 |
| M&P®15-22 SPORT™ MOE SL® | 10210 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | • | 1 in 15 | 6 | 4.94 | 2240.8 |
| M&P®15-22 SPORT™ MOE SL® | 10213 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | • | 1 in 15 | 6 | 4.94 | 2240.8 |
| M&P®15-22 SPORT™ | 10211 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | • | 1 in 15 | 6 | 4.81 | 2181.8 |
| M&P®15-22 SPORT™ | 10212 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | • | 1 in 15 | 6 | 4.50 | 2040.0 |
| M&P®15-22 SPORT™ | 12066 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | • | 1 in 15 | 6 | 4.59 | 2082.0 |
| M&P®15-22 SPORT™ OR | 12722 | 25 | 16.5 | 41.9 | 31.6 | 80.3 | • | 1 in 15 | 6 | 5.06 | 2293.5 |
| M&P®15-22 SPORT™ OR | 12723 | 10 | 16.5 | 41.9 | 31.6 | 80.3 | • | 1 in 15 | 6 | 5.22 | 2370.5 |
| M&P®15-22 SPORT™ OR | 12724 | 25 | 16.5 | 41.9 | 31.6 | 80.3 | • | 1 in 15 | 6 | 5.18 | 2350.0 |
| M&P®15-22 SPORT™ OR | 10205 | 10 | 18.0 | 45.7 | 32.5 | 82.6 | • | 1 in 15 | 6 | 5.6 | 2540.2 |
| M&P®15-22 SPORT™ | 11507 | 10 | 18.0 | 45.7 | 37.3 | 94.7 | • | 1 in 15 | 6 | 5.6 | 2540.2 |



# CUSTOM ENGRAVING

Most Smith & Wesson® firearms or classic firearms can be custom engraved to create a masterful work of art. The application of precious metals, as well as the art of embellishment, results in a one-of-a-kind piece that reflects not only the skill and vision of the master engraver, but also the artistic expression of the owner. Call 1-800-331-0852 for more information.



# PERFORMANCE CENTER® CUSTOM SERVICES



**M&P® PISTOL
ACTION PACKAGE**
(EXCLUDES M&P® M2.0® PISTOLS)
· Polish Ramp
· Tuned Action
· Install PC Sear
· Test Fire for Function
· $120



**OUTDOOR REVOLVER PACKAGE**
LARGE N-FRAME
· Recessed Crowned Muzzle (excludes tapered barrels)
· Reset Barrel & Cylinder Gap
· Chamfer Charge Holes
· Install 20X Lighter Mainspring
· Polish Rebound & Spring
· Adjust for Crisp Single Action Pull
· Test Fire for Function
· $200



**COMBAT REVOLVER PACKAGE
(MEDIUM / LARGE FRAME)**
· Glass Bead Finish
· PC Tuned Action
· Trigger Stop
· Chamfer Charge Holes
· Test Fire for Function
· $265 Stainless / $325 Carbon



**ADDITIONAL SERVICES**
· Dehorning for Carry & Refinish    $195.
· Mag Well Extension    $95.
· Mag Well & Backstrap Combo    $175.
· Action Package    $175.
· Ambidextrous Safety    $130.



**MASTER REVOLVER ACTION PACKAGE**
· Trigger Stop          · Chamfer Charge Holes
· Polish Rebound Spring, Yoke, Hammer Stud and
  Barrel Bosses
· Detail Lockwork Surfaces
· Stone Hammer & Trigger Contact Areas
· Test Fire for Function
· $165

**FINISHING REVOLVERS**
· High Bright Polish (Blue/Stainless)    $275.
· Standard Polish & Blue    $220.
· Glass Bead Blue & Stainless Steel    $175.

**FINISHING PISTOLS**
· High Bright Polish    $275.
· Bead Blast Stainless (Slide)    $110
· Bead Blast & Blue (Frame)    $110
· Bead Blast Stainless (Frame)    $110
· Bead Blast & Blue (Entire)    $170
· Bead Blast Stainless (Entire)    $170
· Anodize – Aluminum Frame    $150
  (3rd Generation & Newer)

*Smith & Wesson® Performance Center® gunsmithing services prices subject to change without notice.*

74

75



MEN'S FOOTWEAR



DECORATIVE GRIPS



BLUE GUNS, PROF. MARKET



FINE LEATHER LADIES CONCEALED CARRY
HANDBAGS, MEN'S WALLETS & BELTS



DECORATIVE TIN SIGNS



INDUSTRIAL EYEWEAR, PROF. MARKET



KNIVES, FLASHLIGHTS, EYE & HEARING
PROTECTION AND RANGE BAGS



AIRSOFT GUNS & ACCESSORIES



MEN'S WATCHES, PEPPER SPRAY



MEN'S & LADIES TEES, LONG SLEEVE
SHIRTS, HATS AND FLEECE

# LICENSED PRODUCTS

Surround yourself with the finest apparel and accessories offered by our authorized licensed partners.

To learn more about our extensive collection of products, please visit  https://www.smith-wesson.com/licensees

76

77

# SPARE MAGAZINES

| M&P® M2.0™ Full Size Pistols | | MSRP |
|---|---|---|
| 194420000 | 9mm, Full Size, 10 Round | $41.82 |
| 194400000 | 9mm, Full Size, 17 Round | $41.82 |
| 3000247 | 9mm, Full Size, 15 Round | $41.82 |
| 3007345 | 9mm, Full Size, 17 Round, Brown Base | $49.37 |
| 194410000 | 40 S&W, Full Size, 10 Round | $41.82 |
| 194390000 | 40 S&W, Full Size, 15 Round | $41.82 |
| 3007346 | 40 S&W, Full Size, 15 Round, Brown Base | $49.37 |
| 194690000 | 45 AUTO, Full Size, 10 Round, Black Base | $41.82 |
| 194700000 | 45 AUTO, Full Size, 10 Round, Brown Base | $41.82 |
| 194770000 | 45 AUTO, Full Size, 14 Round, Brown Base | $49.37 |
| 194760000 | 45 AUTO, Full Size, 14 Round, Black Base | $41.82 |

| M&P® M2.0™ Compact Pistols | | MSRP |
|---|---|---|
| 3008590 | 9mm, Compact, 15 Round | $41.82 |
| 3011499 | 9mm, Compact, 10 Round | $41.99 |
| 3008591 | 40 S&W, Compact, 13 Round, | $41.82 |

| M&P® M2.0™ Subcompact Pistols | | MSRP |
|---|---|---|
| 194530000 | 9mm, Compact, Finger Rest, 12 Round | $41.82 |
| 194540000 | 9mm, Compact, 12 Round | $41.82 |
| 194550000 | 40 S&W, Compact, Finger Rest, 10 Round | $41.82 |
| 194560000 | 40 S&W, Compact, 12 Round | $41.82 |
| 194910000 | 45 AUTO, Compact, 8 Round, Black Base | $41.82 |
| 194920000 | 45 AUTO, Compact, 8 Rd, Finger Rest, Black | $41.82 |

| M&P SHIELD® M2.0™ Pistols | | MSRP |
|---|---|---|
| 3009876 | 9mm, 8 Round, M2.0™ Texture | $37.95 |
| 199350000 | 9mm, 7 Round | $37.95 |
| 3009877 | 40 S&W, 7 Round, M2.0™ Texture | $37.95 |
| 199330000 | 40 S&W, 6 Round | $37.95 |
| 3005566 | 45 AUTO, 6 Round | $37.95 |
| 3005567 | 45 AUTO, 7 Round, M2.0™ Texture | $37.95 |

| M&P®9 SHIELD™ EZ® Pistols | | MSRP |
|---|---|---|
| 3012704 | 9mm, 8 Round | $34.99 |

| M&P®380 SHIELD™ EZ® Pistols | | MSRP |
|---|---|---|
| 3008882 | 380 AUTO, 8 Round | $29.95 |

| M&P® Full Size & Compact Pistols | | MSRP |
|---|---|---|
| 194420000 | 9mm, Full Size, 10 Round | $41.82 |
| 194400000 | 9mm, Full Size, 17 Round | $41.82 |
| 194530000 | 9mm, Compact, Finger Rest, 12 Round | $41.82 |
| 194540000 | 9mm, Compact, 12 Round | $41.82 |
| 194630000 | 9mm, Compact, Finger Rest, 10 Round | $41.82 |
| 194560000 | 9mm, Compact, 10 Round | $41.82 |
| 3000247 | 9mm, Full Size, 15 Round | $41.82 |
| 3007345 | 9mm, Full Size, 17 Round, Brown Base | $49.37 |
| 194410000 | 40 S&W, Full Size, 10 Round | $41.82 |
| 194390000 | 40 S&W, Full Size, 15 Round | $41.82 |
| 194550000 | 40 S&W, Compact, Finger Rest, 10 Round | $41.82 |
| 194560000 | 40 S&W, Compact, 10 Round | $41.82 |
| 3007346 | 40 S&W, Full Size, 15 Round, Brown Base | $49.37 |
| 194690000 | 45 AUTO, Full Size, 10 Round, Black Base | $41.82 |
| 194700000 | 45 AUTO, Full Size, 10 Round, Brown Base | $41.82 |
| 194770000 | 45 AUTO, Full Size, 14 Round, Brown Base | $49.37 |
| 194760000 | 45 AUTO, Full Size, 14 Round, Black Base | $41.82 |
| 194910000 | 45 AUTO, Compact, 8 Round, Black Base | $41.82 |
| 194920000 | 45 AUTO, Compact, 8 Rd, Finger Rest, Black | $41.82 |

| M&P SHIELD® Pistols | | MSRP |
|---|---|---|
| 199340000 | 40 S&W, 7 Round | $37.95 |
| 199330000 | 40 S&W, 6 Round | $37.95 |
| 199360000 | 9mm, 8 Round | $37.95 |
| 199350000 | 9mm, 7 Round | $37.95 |

| M&P®22 COMPACT Pistols | | MSRP |
|---|---|---|
| 3000898 | 22 LR, 10 Round | $32.00 |

| M&P®22 Full Size Pistols | | MSRP |
|---|---|---|
| 422500000 | 22 LR, 10 Round | $32.00 |
| 422510000 | 22 LR, 12 Round | $32.00 |

| M&P®BODYGUARD® Pistols | | MSRP |
|---|---|---|
| 199300000 | 380 AUTO, 6 Round | $21.43 |

| SW1911 Pistols | | MSRP |
|---|---|---|
| 191100000 | 45 Auto, 8 Round | $32.30 |

| SD™ & SDVE™ Self Defense Series Pistols | | MSRP |
|---|---|---|
| 199250000 | 9mm, 16 Round | $41.82 |
| 199260000 | 9mm, 10 Round | $41.82 |
| 199270000 | 40 S&W, 14 Round | $41.82 |
| 199280000 | 40 S&W, 10 Round | $41.82 |

| SW22 Victory® Series Pistols | | MSRP |
|---|---|---|
| 3001520 | 22 LR, 10 Round | $32.00 |

| Model 41 Pistols | | MSRP |
|---|---|---|
| 190500000 | 22 LR, 10 Round | $28.36 |

| M&P® 15 Rifle - 5.56 mm NATO | | MSRP |
|---|---|---|
| 3001439 | 223/5.56 mm NATO, 5 Round | $34.00 |
| 3001765 | 223/5.56 mm NATO, 10 Round | $34.00 |

| M&P® 15-22 Rifle - 22 LR | | MSRP |
|---|---|---|
| 199200000 | 25 Round, Black | $24.00 |
| 199290000 | 25 Round, Flat Dark Earth | $24.00 |
| 199230000 | 10 Round, Black - Long | $24.00 |
| 199240000 | 10 Round, Black - Short | $24.00 |

| M&P® 10 Rifle - 308 Win | | MSRP |
|---|---|---|
| 432180000 | 5 Round, Black | $38.00 |
| 432170000 | 10 Round, Black | $38.00 |



smith-wesson.com

/smithwessoninc

/smithwessoninc

/smithwessoninc

/smithwessoninc

THE TRADEMARKS IDENTIFIED IN THIS CATALOG ARE OWNED BY SMITH & WESSON INC., OR BY THEIR RESPECTIVE OWNERS, INCLUDING:

CRIMSON TRACE®, LASERGUARD®, AND LASERGRIPS® ARE REGISTERED TRADEMARKS OF CRIMSON TRACE CORPORATION.

MAGLULA LPLULA® IS A TRADEMARK OF MAGLULA LTD.

MAGPUL®, MBUS®, M-LOK®, MOE®, MOE SL®, MVG®, AND PMAG® ARE TRADEMARKS OF MAGPUL INDUSTRIES CORP.

ALPHA RAIL®, BATTLERAIL® ARE TRADEMARKS OF TROY INDUSTRIES, INC.

HIVIZ® IS A REGISTERED TRADEMARK OF NORTH PASS LTD.

XS® IS A REGISTERED TRADEMARK OF XS SIGHT SYSTEMS, INC.

VLTOR® IS A REGISTERED TRADEMARK OF VLTOR WEAPON SYSTEMS.

HOGUE® AND OVERMOLDED® ARE REGISTERED TRADEMARKS OF HOGUE GRIPS (AARON HOGUE AND PATRICK HOGUE)

KRYPTEK® HIGHLANDER™ ARE TRADEMARKS OF KRYPTEK OUTDOOR GROUP, LLC.

MUDDY GIRL® IS A REGISTERED TRADEMARK OF MOON SHINE, LP.

PRO-SERIES® IS A REGISTERED TRADEMARK OF H-S PRECISION, INC.

MAG-NA-PORT® IS A REGISTERED TRADEMARK OF MAG-NA-PORT ARMS INTERNATIONAL, INC.

VORTEX® (FOR FLASH SUPPRESSORS), AND SMITH ENTERPRISES, INC.® ARE REGISTERED TRADEMARKS OF SMITH ENTERPRISE, INC.

DIAMONDBACK® AND VORTEX® (FOR FIREARM SIGHTS) ARE REGISTERED TRADEMARKS OF SHELTERED WINGS, INC.

TANDEMKROSS® IS A REGISTERED TRADEMARK OF TANDEM KROSS, LLC.

TRUGLO® AND TFX® ARE REGISTERED TRADEMARKS OF TRUGLO, INC.



© 2021 Smith & Wesson Inc.  All Rights Reserved        SMITH-WESSON.COM        NASDAQ : SWBI