# Exhibit 17





2

# Table of Contents

**SMITH & WESSON® SPOTLIGHT**...........................................2 - 29

## PISTOLS



M&P Shield® Plus............................... 32
M&P Shield® M2.0™ ........................ 32 - 34
M&P Shield® EZ® ........................... 34 - 35
M&P® M2.0™ Full, Compact, Subcompact... 38 - 43
M&P Shield® Original Series ................... 45
M&P® Bodyguard® 380 ....................... 45
M&P®22 Compact ............................ 45
S&W® CSX™ ................................ 47
SW22 Victory® .............................. 47
Model 41.................................... 47
SW1911™ ................................... 48
SD™ & SDVE™ ............................... 49

## REVOLVERS



Small  |  J-Frame.......................... 54 - 56
Medium  |  K-Frame ........................... 56
Medium  |  L-Frame ........................ 57 - 58
Large  |  N-Frame ......................... 59 - 60
Extra Large  |  X-Frame...................... 61
S&W® Governor®.............................62

## RIFLES



VOLUNTEER™ SERIES.................70-71
SPORT™ II SERIES ....................71-72
15-22 SPORT SERIES................. 72-73
M&P®12 SHOTGUN.................... 73

## SERVICES & ACCESSORIES

Custom Engraving ........................ 76 - 77
Performance Center® Custom Services ........... 78 - 79
Licensed Products ....................... 80 - 81
Magazines / Trademark Information .......... 82 - 83

Availability of products, specifications, and terms stated in this publication are subject to change without notice. Descriptive, typographical, or photographical errors are subject to correction without notice. Certain firearms and accessories may be prohibited or restricted by state or local laws, regulations and ordinances.

# EMPOWERING AMERICANS™ SINCE 1852.

As promised by the Declaration of Independence and granted by the Bill of Rights, Americans have been empowered with the freedom and self-reliance to write their stories as they pursue their goals and dreams. For nearly 250 years in the cities, towns and remote corners of our country each story joins the millions of stories that weave the fabric of the American experience.

American gun owners are the everyday heroes who have accepted responsibility for the security of their families and themselves. Theirs are the stories of men and women armed with the discipline, knowledge and skill to guide those they love to choose what is right and always be prepared for whatever comes to face them.

For each, gun ownership is a personal decision and commitment that strengthens them with the confidence to go where they need to go and do what they need to do. Theirs is the independence and freedom to live each day to its fullest and then gather each night, secure in their homes.

These are stories of the American spirit of Independence to be passed on to sons and daughters who will write tomorrow's stories – every day.

4







**S&W® CSX™** | Pg. 47

**SHIELD™ PLUS OPTICS READY** | Pg. 32

**SHIELD™ EZ®** | Pg. 34

**M&P® M2.0™ OPTICS READY** | Pg. 38 - 42

**M&P® 10мм OPTICS READY** | Pg. 38

**M&P® 12 SHOTGUN** | Pg. 73

**VOLUNTEER™ RIFLES** | Pg. 70-71



# NEW SHIELD™ PLUS

## Our most comfortable high capacity micro-compact ever.

The new Shield™ Plus micro-carry is as customizable as it is comfortable. Chambered in 9mm with 13+1 and 10+1 round magazines or in new 30 Super Carry with 16 +1 and 13+1 options, even capacity adapts to your needs. An 18-degree grip angle creates natural point of aim for superior recoil management. A new flat trigger promotes more consistent finger placement for repetitive shooting accuracy.  It all comes together in the next generation of everyday carry

**S&W® Shield™ Plus Optics Ready**
SKU 13473  |  Pg. 32

**Performance Center®**  |  SKU 13253  |  Pg. 32
**M&P®9 Shield™ Plus**

9



# CONFIDENCE COMES IN SMALL PACKAGES.

Step by step you're closer to your training goal. Rotten weather or an extended workday won't deter you.
Nothing will. Keep the pace - your way.

10

# SHIELD™ EZ®



The Shield™ EZ® name says it all — easy-to-rack, easy-to-load, and easy to shoot, in a perfect size for nightstand, concealed carry or a day at the range.

**Performance Center®**
**M&P®9 Shield™ EZ®**
SKU 13228  |  Pg. 35

**M&P®380 Shield™ EZ®**
SKU 11663  |  Pg. 34

**S&W® Shield™ EZ®**
SKU 13459  |  Pg. 34

# M&P® BODYGUARD®

When it comes to lightweight, size and concealability the .75" wide Bodyguard® 380 with its integrated Crimson Trace® Laser sets the standard for comfortable concealed carry in pocket or purse.





**M&P® Bodyguard® 380**  |  SKU 10048  |  Pg. 45
With Integrated Laser

**M&P® Bodyguard® 380**  |  SKU 109381  |  Pg. 45

11

# SECURITY IS A FEELING THEY SHOULD NEVER OUTGROW.

Nothing is more important than safety and security. For those we love, we will always be their first responder, guiding and shaping their lives to choose what's right, and be prepared if things go wrong.

# M&P® M2.0™ SERIES



**Performance Center® M&P® M2.0™**
SKU 11833 | Pg. 38

**M&P®9 M2.0™ OR**
SKU 13564 | Pg. 38

**M&P®9 M2.0™ Compact OR**
SKU 13563 | Pg. 42

**M&P®9 M2.0™ Subcompact**
SKU 12481 | Pg. 43

Meet the next generation of M&P® polymer handguns – the new M&P® M2.0™ series, featuring advanced customization with standard optic ready slides and interchangeable palmswell grips to accommodate a variety of shooters. The enhanced grip texture and improved trigger enable sure and accurate shooting. The low barrel bore axis and 18-degree grip angle provides a natural point-of-aim with reduced muzzle rise for faster aim recovery. Available in a range of sizes, there's an enhanced M&P® 2.0™ ready for you



# 9-1-1 WHEN YOU HAVE MINUTES.
# THE SECOND AMENDMENT WHEN YOU DON'T.

What you get out of anything usually depends on how much you put in. Getting things done means being prepared for the unexpected. Things break; and when they do, you need to fix them. That means not only having all the right tools, but also the skill and experience to use them – well.

14

# M&P® 12 SHOTGUN



**M&P®12 Shotgun** | SKU 12490 | Pg. 73

The innovative M&P® 12 shotgun combines reliability and versatility with exceptional ability to maneuver in tight spaces. Ambidextrous controls and a picatinny rail enable customized performance. The push of a button selects your choice or combination of standard 2 ¾", 3" magnum, or mini 12-gauge shells.  Load and unload assist makes changing easy while M&P® M2.0™ grips optimize trigger reach and minimize recoil. It's home protection, perfected your way.

# NO PHONES. NO TEXTS. NO APPS.
# JUST SOME STRAIGHT SHOOTING.

In a world of smart phones, social media and video games, pure teaching moments are hard to find. Times change, but an afternoon at the range will always be the perfect place for honing skills and sharing thoughts.

16

# MODERN SPORTING RIFLES



Smith & Wesson®
**M&P®15 VOLUNTEER™ XV PRO**
SKU 13515 | Pg. 70

Smith & Wesson®
**M&P®15 VOLUNTEER™ XV**
SKU 13507 | Pg. 70

**M&P®15 Sport™ II**
SKU 10202
Pg. 71

**M&P®15-22 Sport™**
SKU 10208
Pg. 72

The **NEW VOLUNTEER RIFLES** are designed for uncompromised performance and enhanced ergonomics with B5 and BCM furniture options. Precision engineered with a Primary Weapons Systems muzzle break, flat trigger design, and accurate 5R rifling. Everything you need out of the box from Smith & Wesson®.



# EXPAND YOUR APPRECIATION FOR THE CLASSICS.

"What goes around comes around" still holds true today. The great classics of the 50's will always be, well, classic. Nothing fancy, they're just simple, reliable and crafted to live forever – in style.

# SMALL FRAME REVOLVERS



**Performance Center**®  |  SKU 12643  |  Pg. 54
**Model 442**

**Model 642 Airweight**®  |  SKU 103810  |  Pg. 54

Smith & Wesson® small "J-Frame" revolvers have had our customers' back since 1950. Designed to fire a full power round, it's no surprise it has become the most popular, small-frame, defense revolver on the market.



# GENERATION ME.

For those who find themselves returning to the things that have proudly stood the test of time, the full line of Smith & Wesson® revolvers will always catch your eye. Their storied history strongly suggests the best is yet to come.

# MEDIUM & LARGE FRAME REVOLVERS



**Model 329PD** | SKU 163414 | Pg. 59

**Model 686** | SKU 164222 | Pg. 57

**Model 66 Combat** | SKU 10061 | Pg. 56
**Magnum**™

Smith & Wesson® medium "K-Frame" and large "L-Frame" revolvers are built to suit the demands of the most serious firearms enthusiast. The "L-Frame" is built for continuous Magnum® usage. The "K-Frame" is built for the 38 S&W Special cartridge and has been a favorite of military and police as well as target shooters and enthusiasts.



# BECAUSE NATURE CAN BE TOUGHER THAN SHE LOOKS.

The outdoor experience is there for all who learn the skills and master the tools to explore the world's wild places. It is with these skills that we gain the confidence to be comfortable with nature and ourselves, boundless spaces to discover, understand and be "in the moment."

# EXTRA LARGE FRAME REVOLVERS

**Model 460XVR**™ | SKU 163460 | Pg. 61

**Performance Center**® | SKU 11623 | Pg. 61
**Model S&W500**™

Smith & Wesson® "X-Frame" revolvers are designed for the hardcore firearms enthusiast and avid hunter. These are the world's most powerful production handguns. Built on the massive "X-Frame" they deliver maximum power for serious handgun hunters and outdoor enthusiasts drawn to the added challenge.

23



# WHAT SECURITY FEELS LIKE

There are those who accept what is and those who make protection a priority.
Forging an independent path depends on making the right choice. We've got your back.

# S&W® CSX™ PISTOL



**S&W® CSX™** | SKU 12615 | Pg. 47

**METAL MEETS 2022.** The New CSX Micro-9 pistol brings the feel of all metal and 12+1 capacity. Our flat faced trigger ensures consistent finger placement for accuracy and repeatability. CSX – the ultimate in everyday carry.



# NOTHING TIGHTENS UP A GROUP MORE THAN MEETING AT THE RANGE.

The opportunity for a smile and a friendly jab at your buddies always makes for a perfect day. Nothing crowns a weekend like getting together for some friendly competition, honing skills and building relationships.

# SW1911™



Precision, accuracy and performance are built into Smith & Wesson's SW1911™. For the firearms enthusiast who values quality and craftsmanship, nothing beats the SW1911™ line-up for personal protection and serious competitive shooting.

**Performance Center®**  |  SKU 170343  |  Pg. 48
**SW1911™**

**SW1911 E-Series™**  |  SKU 108485  |  Pg. 48

# SW22 VICTORY®



Here's the feel of a large-caliber competition handgun in a quieter, low-recoil 22LR target pistol you can shoot all day. Comfortable to shoot and extremely accurate it's perfect for either serious competition or an afternoon with friends for some casual plinking.

**Performance Center®**  |  SKU 12081  |  Pg. 47
**SW22 Victory®**

**SW22 Victory®**  |  SKU 108490  |  Pg. 47

27



# SOME THINGS DON'T CHANGE - THEY DON'T HAVE TO.

The tools tell only part of the story. The know-how behind using them is another. The more worn they look, the better they seem to perform — like those go-to people in your life that always seem to have the right answers.

28

# SMITH & WESSON®
# CLASSIC SERIES™



**Model 29** | SKU 150145 | Pg. 59
**S&W® Classic**

**Model 10** | SKU 150786 | Pg. 56
**S&W® Classic**

**Model 36** | SKU 150184 | Pg. 55
**S&W® Classic**

Own a piece of history with our Classic Series™ revolvers. These are modern versions of the collectible classics that made Smith & Wesson® famous. Each is based on handguns known for their legendary performance then enhanced with modern features to make them the timeless best of yesterday and today.

29



# PISTOLS



*Optic Not Included*

**M&P®9 Shield™ Plus Optics Ready**
SKU 13534  |  Pg. 32

**PAGES 32 - 49**

M&P Shield® Plus

M&P Shield® M2.0™

M&P Shield® EZ®

M&P® M2.0™ Full, Compact, Subcompact

M&P Shield® Original Series

M&P® Bodyguard® 380

M&P®22 Compact

S&W® CSX™

SW22 Victory®

Model 41

SW1911™

SD™ & SDVE™

## S&W® SHIELD™ and  M&P SHIELD® PLUS PISTOLS



**NEW**

S&W® SHIELD™ PLUS OR
SKU: 13473
30 Super Carry®
16 & 13 Round Magazines
3.1" Barrel
*OPTICS READY*
*MANUAL THUMB SAFETY*



**NEW**

S&W® SHIELD™ PLUS OR
SKU: 13474
30 Super Carry®
16 & 13 Round Magazines
3.1" Barrel
*OPTICS READY*
*NO THUMB SAFETY*



**NEW**

M&P®9 SHIELD™ PLUS OR
9mm
3.1" Barrel
*OPTICS READY*
*MANUAL THUMB SAFETY*
SKU: 13536 – 13+1 and 10+1 Magazines
SKU: 13559 – *10 ROUND MAGAZINE*



**NEW**

M&P®9 SHIELD™ PLUS OR
9mm
3.1" Barrel
*OPTICS READY*
*NO THUMB SAFETY*
SKU: 13534 – 13+1 and 10+1 Magazines
SKU: 13558 – *10 ROUND MAGAZINE*



M&P®9 SHIELD™ PLUS
9mm
13 & 10 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*
SKU: 13246
SKU: 13247 – *10 ROUND MAGAZINE , 10 LB TRIGGER*



M&P®9 SHIELD™ PLUS
9mm
13 & 10 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*
SKU: 13248
SKU: 13249 – *10 ROUND MAGAZINE , 10 LB TRIGGER*



M&P®9 SHIELD™ PLUS
SKU: 13250
9mm
13 & 10 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*
*NIGHT SIGHTS · 3 MAGAZINES INCLUDED*





**PERFORMANCE CENTER®**

M&P®9 SHIELD™ PLUS **
SKU: 13254
9mm
13 & 10 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY · FIBER OPTIC SIGHTS*



**PERFORMANCE CENTER®**

M&P®9 SHIELD™ PLUS **
SKU: 13252 **
9mm
13 & 10 Round Magazines
4.0" Barrel
*NO THUMB SAFETY · FIBER OPTIC SIGHTS*



**PERFORMANCE CENTER®**

M&P®9 SHIELD™ PLUS **
SKU: 13251 **
9mm
13 & 10 Round Magazines
4.0" Barrel
*NO THUMB SAFETY · FIBER OPTIC SIGHTS*
*OPTIC READY SLIDE*

**PERFORMANCE CENTER®**

M&P®9 SHIELD™ PLUS **
SKU: 13253 **
9mm
13 & 10 Round Magazines
4.0" Barrel
*NO THUMB SAFETY · FIBER OPTIC SIGHTS*
*OPTIC READY SLIDE · PORTED BARREL & SLIDE*

## EVERYDAY CARRY KIT

**PERFORMANCE CENTER®**

M&P®9 SHIELD™ PLUS EVERYDAY CARRY KIT
SKU: 13255
13 & 10 Round Magazines – 9mm
3.1" Barrel
*PORTED BARREL & SLIDE*
*MANUAL THUMB SAFETY · FIBER OPTIC SIGHTS*
KIT INCLUDES:
· Performance Center® M&P®9 SHIELD™ PLUS Pistol
· M&P® Oasis Liner Lock Folding Knife
· M&P® Delta Force CS LED Flashlight
· Performance Center Branded Discreet Gun Portfolio



## EVERYDAY CARRY KIT

**PERFORMANCE CENTER®**

M&P®9 SHIELD™ M2.0™ EVERYDAY CARRY KIT
SKU: 12471
9mm · 3.1" Barrel
8 and 7 Round Magazines
*PORTED BARREL & SLIDE*
*MANUAL THUMB SAFETY*
*FIBER OPTIC SIGHTS*

KIT INCLUDES:
· Performance Center® M&P®9 SHIELD™ PLUS Pistol
· M&P® Oasis Liner Lock Folding Knife
· M&P® Delta Force CS LED Flashlight
· Performance Center Branded Discreet Gun Portfolio



*** PERFORMANCE CENTER CLEANING KIT INCLUDED*

32

# M&P SHIELD® M2.0™ PISTOLS



**M&P®9 SHIELD™ M2.0™**
9mm
8 & 7 Round Magazines
3.1" Barrel
SKU: 11806
SKU: 11807 – 10lb Trigger, MA Compliant
*MANUAL THUMB SAFETY*

**M&P®9 SHIELD™ M2.0™**
SKU: 11808
9mm
8 & 7 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*

**M&P®9 SHIELD™ M2.0™**
SKU: 11810
9mm
8 & 7 Round Magazines
3.1" Barrel
*NO THUMB SAFETY · TRITIUM NIGHT SIGHTS*
*3 MAGAZINES INCLUDED*



**M&P®9 SHIELD™ M2.0™**
9mm
8 & 7 Round Magazines
3.1" Barrel
SKU: 11671
SKU: 12468 – 10lb Trigger, MA Compliant
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® INTEGRATED RED LASER* 



**M&P®9 SHIELD™ M2.0™**
SKU: 11901
9mm
8 & 7 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® INTEGRATED GREEN LASER*



**M&P®9 SHIELD™ M2.0™**
SKU: 11811
9mm · 8 & 7 Round Magazines · 3.1" Barrel
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® LASERGUARD® PRO*
*GREEN LASER / LIGHT COMBO*



**M&P®40 SHIELD™ M2.0™**
SKU: 11812
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*

**M&P®40 SHIELD™ M2.0™**
SKU: 11814
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*



**M&P®40 SHIELD™ M2.0™**
SKU: 11816
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*NO THUMB SAFETY · TRITIUM NIGHT SIGHTS*
*3 MAGAZINES INCLUDED*



**M&P®45 SHIELD™ M2.0™**
45 AUTO
7 & 6 Round Magazines
3.3" Barrel
SKU: 180022
SKU: 11704 – 10lb Trigger, MA Compliant
*MANUAL THUMB SAFETY*



**M&P®45 SHIELD™ M2.0™**
SKU: 11531
45 AUTO
7 & 6 Round Magazines
3.3" Barrel
*NO THUMB SAFETY*



**M&P®45 SHIELD™ M2.0™**
SKU: 11726
45 AUTO
7 & 6 Round Magazines
3.3" Barrel
*NO THUMB SAFETY*
*TRITIUM NIGHT SIGHTS*
*3 MAGAZINES INCLUDED*



**M&P®45 SHIELD™ M2.0™**
SKU: 12087
45 AUTO
7 & 6 Round Magazines
3.3" Barrel
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® INTEGRATED RED LASER*



**PERFORMANCE CENTER®**
**M&P®9 SHIELD™ M2.0™**
SKU: 11867 **
9mm · 8 & 7 Round Magazines
3.1" Barrel
*PORTED BARREL & SLIDE*
*MANUAL THUMB SAFETY · FIBER OPTIC SIGHTS*



**PERFORMANCE CENTER®**
**M&P®9 SHIELD™ M2.0™**
SKU: 11869 **
9mm · 8 & 7 Round Magazines
3.1" Barrel
*PORTED BARREL & SLIDE*
*MANUAL THUMB SAFETY · TRITIUM NIGHT SIGHTS*



**PERFORMANCE CENTER®**
**M&P®40 SHIELD™ M2.0™**
SKU: 11868 **
40 S&W · 7 & 6 Round Magazines
3.1" Barrel
*PORTED BARREL & SLIDE*
*MANUAL THUMB SAFETY · FIBER OPTIC SIGHTS*
*** PERFORMANCE CENTER CLEANING KIT INCLUDED*

33

## M&P SHIELD® M2.0™ and M&P SHIELD® EZ® PISTOLS





**PERFORMANCE CENTER®**
M&P®9 SHIELD™ M2.0™
SKU: 11788 **
9mm · 8 & 7 Round Magazines
4.0" Barrel
*PORTED BARREL & SLIDE · OPTICS READY SLIDE*
*FIBER OPTIC SIGHTS · 4 MOA RED DOT SIGHT*

**PERFORMANCE CENTER®**
M&P®40 SHIELD™ M2.0™
SKU: 11796 **
40 S&W · 7 & 6 Round Magazines
4.0" Barrel
*FIBER OPTIC SIGHTS*



**PERFORMANCE CENTER®**
M&P®40 SHIELD™ M2.0™
SKU: 11797 **
40 S&W · 7 & 6 Round Magazines
4.0" Barrel
*OPTICS READY SLIDE*
*FIBER OPTIC SIGHTS · 4 MOA RED DOT SIGHT*



**PERFORMANCE CENTER®**
M&P®40 SHIELD™ M2.0™
SKU: 11798 **
40 S&W · 7 & 6 Round Magazines
4.0" Barrel
*PORTED BARREL & SLIDE · OPTICS READY SLIDE*
*FIBER OPTIC SIGHTS · 4 MOA RED DOT SIGHT*



**PERFORMANCE CENTER®**
M&P®45 SHIELD™ M2.0™
SKU: 11864 **
45 AUTO · 7 & 6 Round Magazines
4.0" Barrel
*FIBER OPTIC SIGHTS*



**PERFORMANCE CENTER®**
M&P®45 SHIELD™ M2.0™
SKU: 11865 **
45 AUTO · 7 & 6 Round Magazines
4.0" Barrel
*OPTICS READY SLIDE*
*FIBER OPTIC SIGHTS · 4 MOA RED DOT SIGHT*



**PERFORMANCE CENTER®**
M&P®45 SHIELD™ M2.0™
SKU: 11866 **
45 AUTO · 7 & 6 Round Magazines
4.0" Barrel
*PORTED BARREL & SLIDE · OPTICS READY SLIDE*
*FIBER OPTIC SIGHTS · 4 MOA RED DOT SIGHT*



**NEW**
S&W® SHIELD™ EZ®
SKU: 13458
30 Super Carry™
10 Round Magazines
3.675" Barrel
*MANUAL THUMB SAFETY*



**NEW**
S&W® SHIELD™ EZ®
SKU: 13459
30 Super Carry™
10 Round Magazines
3.675" Barrel
*NO THUMB SAFETY*



M&P®380 SHIELD™ EZ®
SKU: 11663
380 AUTO
8+1 Rounds
3.675" Barrel
*MANUAL THUMB SAFETY*



M&P®380 SHIELD™ EZ®
SKU: 180023
380 AUTO
8+1 Rounds
3.675" Barrel
*NO THUMB SAFETY*



**PERFORMANCE CENTER®**
M&P®380 SHIELD™ EZ® M2.0™
SKU: 12719 **
380 AUTO · 8+1 Rounds
3.8" Barrel
*GOLD BARREL, TRIGGER AND GRIP SAFETY*
*MANUAL THUMB SAFETY*
*HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS*



**PERFORMANCE CENTER®**
M&P®380 SHIELD™ EZ® M2.0™
SKU: 12718 **
380 AUTO · 8+1 Rounds
3.8" Barrel
*SILVER BARREL, TRIGGER AND GRIP SAFETY*
*MANUAL THUMB SAFETY*
*HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS*



**PERFORMANCE CENTER®**
M&P®380 SHIELD™ EZ® M2.0™
SKU: 12717 **
380 AUTO · 8+1 Rounds
3.8" Barrel
*BLACK BARREL, TRIGGER AND GRIP SAFETY*
*MANUAL THUMB SAFETY*
*HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS*



*** PERFORMANCE CENTER CLEANING KIT INCLUDED*

## M&P SHIELD® EZ® PISTOLS



**M&P®9 SHIELD™ EZ®**
SKU: 12436
9mm
8+1 Rounds
3.675" Barrel
*MANUAL THUMB SAFETY*



**M&P®9 SHIELD™ EZ®**
SKU: 12437
9mm
8+1 Rounds
3.675" Barrel
*NO THUMB SAFETY*



**M&P®9 SHIELD™ EZ®**
SKU: 12438
9mm
8+1 Rounds
3.675" Barrel
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® RED LASERGUARD®*





**M&P®9 SHIELD™ EZ®**
SKU: 13001
9mm
8+1 Rounds
3.675" Barrel
*MANUAL THUMB SAFETY*
*TRUGLO® TRITIUM PRO NIGHT SIGHTS*



**M&P®9 SHIELD™ EZ®**
SKU: 13002
9mm
8+1 Rounds
3.675" Barrel
*NO THUMB SAFETY*
*TRUGLO® TRITIUM PRO NIGHT SIGHTS*



**PERFORMANCE CENTER®**

**M&P®9 SHIELD™ EZ®**
SKU: 13223
9mm
8+1 Rounds · 3.825" Ported Barrel
*MANUAL THUMB SAFETY*
*BLACK BARREL, TRIGGER AND GRIP SAFETY*
*HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS*



**PERFORMANCE CENTER®**

**M&P®9 SHIELD™ EZ®**
SKU: 13224
9mm
8+1 Rounds · 3.825" Ported Barrel
*NO THUMB SAFETY*
*BLACK BARREL, TRIGGER AND GRIP SAFETY*
*HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS*



**PERFORMANCE CENTER®**

**M&P®9 SHIELD™ EZ®**
SKU: 13225 **
9mm
8+1 Rounds · 3.825" Ported Barrel
*MANUAL THUMB SAFETY*
*SILVER BARREL, TRIGGER AND GRIP SAFETY*
*HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS*



**PERFORMANCE CENTER®**

**M&P®9 SHIELD™ EZ®**
SKU: 13226 **
9mm
8+1 Rounds · 3.825" Ported Barrel
*NO THUMB SAFETY*
*SILVER BARREL, TRIGGER AND GRIP SAFETY*
*HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS*



**PERFORMANCE CENTER®**

**M&P®9 SHIELD™ EZ®**
SKU: 13227 **
9mm
8+1 Rounds · 3.825" Ported Barrel
*MANUAL THUMB SAFETY*
*GOLD BARREL, TRIGGER AND GRIP SAFETY*
*HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS*



**PERFORMANCE CENTER®**

**M&P®9 SHIELD™ M2.0™**
SKU: 13228 **
9mm
8+1 Rounds · 3.825" Ported Barrel
*NO THUMB SAFETY*
*GOLD BARREL, TRIGGER AND GRIP SAFETY*
*HI-VIZ® LITEWAVE H3™ TRITIUM/LITEPIPE SIGHTS*

*** PERFORMANCE CENTER CLEANING KIT INCLUDED*

## M&P SHIELD® PLUS and S&W® SHIELD™ PLUS

| Model | SKU | 9mm | 30 Super Carry | 380 AUTO | Striker Fire | Internal Hammer Fire | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Height (in) | Height (cm) | Ounces | Grams | White Dot | Fiber Optic | TRUGLO®Pro Night Sights | Night Sights | CT Integral Red | Black (Frame) | Stainless Steel (Slide) | Black (Slide Finish) | Armornite® | Stainless Steel (Barrel) | Black - Armornite | Gold - TiN Coated | Silver - High Bright | Thumb Safety | 10 lb Trigger | Grip Safety | PC Tuned Action | Audible Trigger Reset | Lightening Cuts in Slide | Ported Barrel & Slide | Optic Ready Slide | Red Dot Optic Included | Flat Faced Trigger | PC Tool Kit | Number of Magazines |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S&W® SHIELD™ PLUS OR | 13473 | | 16 & 13 | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 19.3 | 547.2 | • | | | | | • | • | • | • | • | • | | | • | | | | | | | • | | | | 2 |
| S&W® SHIELD™ PLUS OR | 13474 | | 16 & 13 | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 19.3 | 547.2 | | | | • | | • | • | • | • | • | • | | | | | | | | | | • | • | | | 2 |
| M&P®9 SHIELD™ PLUS OR | 13536 | 13 & 10 | | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 19.9 | 564.2 | | | • | | | • | • | • | • | • | • | | | • | | | | | | | • | | | | 2 |
| M&P®9 SHIELD™ PLUS OR | 13534 | 13 & 10 | | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 19.3 | 547.2 | | | • | | | • | • | • | • | • | • | | | | | | | | | | • | • | | | 2 |
| M&P®9 SHIELD™ PLUS OR | 13559 | 10 | | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 19.4 | 550.0 | | | • | | | • | • | • | • | • | • | | | • | | | | | | | • | | • | | 2 |
| M&P®9 SHIELD™ PLUS OR | 13558 | 10 | | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 19.3 | 547.2 | | | • | | | • | • | • | • | • | • | | | | | | | | | | • | • | • | | 2 |
| M&P®9 SHIELD™ PLUS | 13246 | 13 & 10 | | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.2 | 572.7 | • | | | | | • | • | • | • | • | • | | | • | | | | | | | | | | | 2 |
| M&P®9 SHIELD™ PLUS | 13247 | 10 | | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 17.9 | 507.5 | • | | | | | • | • | • | • | • | • | | | • | • | | | | | | | | | | 2 |
| M&P®9 SHIELD™ PLUS | 13248 | 13 & 10 | | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 17.9 | 507.5 | • | | | | | • | • | • | • | • | • | | | | | | | | | | | | | | 2 |
| M&P®9 SHIELD™ PLUS | 13249 | 10 | | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 17.9 | 507.5 | • | | | | | • | • | • | • | • | • | | | | | | | | • | | | | | | 2 |
| M&P®9 SHIELD™ PLUS | 13250 | 13 & 10 | | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.2 | 572.7 | • | | | | | • | • | • | • | • | • | | | | | | | | | | | | | | 3 |
| M&P®9 SHIELD™ PLUS | 13252 | 13 & 10 | | | • | | 4.0 | 10.2 | 7.0 | 17.8 | 5.1 | 13.0 | 23.8 | 674.7 | • | | | | | • | • | • | • | • | • | | | | | | | | | | | | | | 2 |
| M&P®9 SHIELD™ PLUS | 13251 | 13 & 10 | | | • | | 4.0 | 10.2 | 7.0 | 17.8 | 5.1 | 13.0 | 22.6 | 640.7 | • | | | | | • | • | • | • | • | • | | | | | | | | | | | | | | 2 |
| M&P®9 SHIELD™ PLUS | 13253 | 13 & 10 | | | • | | 4.0 | 10.2 | 7.0 | 17.8 | 5.1 | 13.0 | 22.4 | 635.0 | • | | | | | • | • | • | • | • | • | | | | | | | | | | | | • | • | 2 |
| M&P®9 SHIELD™ PLUS | 13254 | 13 & 10 | | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.2 | 572.7 | • | | | | | • | • | • | • | • | • | | | • | | | | | | | | | • | | 2 |
| M&P®9 SHIELD™ PLUS | 13255 | 13 & 10 | | | • | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.2 | 572.7 | • | | | | | • | • | • | • | • | • | | | • | | | | | | | | | • | | 2 |
| S&W® SHIELD™ EZ® | 13458 | 10 | | | | • | 3.68 | 9.3 | 6.8 | 17.3 | 5.2 | 13.2 | 23.6 | 669.1 | • | | | | | • | • | • | • | • | • | | | • | | • | | | | | | | | | 2 |
| S&W® SHIELD™ EZ® | 13459 | 10 | | | | • | 3.68 | 9.3 | 6.8 | 17.3 | 5.2 | 13.2 | 23.6 | 669.1 | • | | | | | • | • | • | • | • | • | | | | | • | | | | | | | | | 2 |
| M&P®380 SHIELD™ EZ® | 11663 | | | 8 | | • | 3.68 | 9.3 | 6.7 | 17.0 | 5.0 | 12.7 | 18.3 | 518.8 | • | | | | | • | • | • | • | • | • | | | • | | • | | | | | | | | | 2 |
| M&P®380 SHIELD™ EZ® | 180023 | | | 8 | | • | 3.68 | 9.3 | 6.7 | 17.0 | 5.0 | 12.7 | 18.3 | 518.8 | • | | | | | • | • | • | • | • | • | | | | | • | | | | | | | | | 2 |
| M&P®380 SHIELD™ EZ® | 12717 | | | 8 | | • | 3.8 | 9.7 | 6.9 | 17.5 | | | 18.5 | 524.5 | | | • | | | • | • | | • | • | | • | | • | | • | | | | | | | • | • | 2 |
| M&P®380 SHIELD™ EZ® | 12718 | | | 8 | | • | 3.8 | 9.7 | 6.9 | 17.5 | | | 18.5 | 524.5 | • | | • | | | • | • | | • | • | | • | | • | | • | | | | | | | • | • | 2 |
| M&P®380 SHIELD™ EZ® | 12719 | | | 8 | | • | 3.8 | 9.7 | 6.9 | 17.5 | | | 18.5 | 524.5 | | | • | | | • | • | | • | • | | • | | • | | • | | | | | | | • | • | 2 |
| M&P®9 SHIELD™ EZ® | 12436 | 8 | | | | • | 3.68 | 9.3 | 6.8 | 17.3 | 5.05 | 12.8 | 23.8 | 675.0 | • | | | | | • | • | • | • | • | • | | | • | | • | | | | | | | | | 2 |
| M&P®9 SHIELD™ EZ® | 12437 | 8 | | | | • | 3.68 | 9.3 | 6.8 | 17.3 | 5.05 | 12.8 | 23.7 | 671.3 | • | | | | | • | • | • | • | • | • | | | | | • | | | | | | | | | 2 |
| M&P®9 SHIELD™ EZ® | 12438 | 8 | | | | • | 3.68 | 9.3 | 6.8 | 17.3 | 5.05 | 12.8 | 23.2 | 656.8 | | | | | • | • | • | • | • | • | • | | | • | | • | | | | | | | | | 2 |
| M&P®9 SHIELD™ EZ® | 13001 | 8 | | | | • | 3.68 | 9.3 | 6.8 | 17.3 | 5.05 | 12.8 | 23.3 | 660.6 | | | • | | | • | • | • | • | • | • | | | • | | • | | | | | | | | | 2 |
| M&P®9 SHIELD™ EZ® | 13002 | 8 | | | | • | 3.68 | 9.3 | 6.8 | 17.3 | 5.05 | 12.8 | 23.1 | 654.9 | • | | | | | • | • | • | • | • | • | | | | | • | | | | | | | | | 2 |
| M&P®9 SHIELD™ EZ® | 13223 | 8 | | | | • | 3.83 | 9.7 | 7.0 | 17.8 | | | 23.0 | 652.1 | • | | • | | | • | • | • | | • | | • | | • | | • | | | | | | | • | • | 2 |
| M&P®9 SHIELD™ EZ® | 13224 | 8 | | | | • | 3.83 | 9.7 | 7.0 | 17.8 | | | 22.9 | 649.2 | • | | | | | • | • | • | | • | | • | | | | • | | | | | | | • | • | 2 |
| M&P®9 SHIELD™ EZ® | 13225 | 8 | | | | • | 3.83 | 9.7 | 7.0 | 17.8 | | | 23.1 | 654.9 | • | | • | | | • | • | • | | • | | • | | • | | • | | | | | | | • | • | 2 |
| M&P®9 SHIELD™ EZ® | 13226 | 8 | | | | • | 3.83 | 9.7 | 7.0 | 17.8 | | | 22.9 | 649.2 | • | | | | | • | • | • | | • | | • | | | | • | | | | | | | • | • | 2 |
| M&P®9 SHIELD™ EZ® | 13227 | 8 | | | | • | 3.83 | 9.7 | 7.0 | 17.8 | | | 23.0 | 652.1 | • | | • | | | • | • | • | | • | | • | | • | | • | | | | | | | • | • | 2 |
| M&P®9 SHIELD™ EZ® | 13228 | 8 | | | | • | 3.83 | 9.7 | 7.0 | 17.8 | | | 23.0 | 652.1 | • | | | | | • | • | • | | • | | • | | | | • | | | | | | | • | • | 2 |

## M&P SHIELD® M2.0™

| Model | SKU | 9mm | 40 S&W | 45 AUTO | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Height (in) | Height (cm) | Ounces | Grams | Fiber Optic | White Dot | Night Sights | Polymer | Black (Frame Finish) | Stainless Steel (Slide Material) | Black - Armornite® (Slide Finish) | Stainless Steel (Barrel Material) | Black - Armornite® (Barrel Finish) | Gold - TiN Coated | Silver - High Bright | CT Integral Red | CT Integral Green | Laserguard® Pro Green | PC Tuned Action | Audible Trigger Reset | Optics Ready/Slide | Red Dot Optic - 4 MOA | Ported Barrel & Slide | Flat Face Trigger | Lightening Cuts - Slide | Ported Barrel | Thumb Safety | 10# Trigger | MA Compliant | PC Tool Kit | Adjustable Trigger Stop | Number of Magazines |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P9 SHIELD™ M2.0™ | 11806 | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.8 | 589.7 | | • | | • | • | • | • | • | • | | | | | | | | | | | | | | • | | | | | 2 |
| M&P9 SHIELD™ M2.0™ | 11807 | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.8 | 589.7 | | • | | • | • | • | • | • | • | | | | | | | | | | | | | | • | • | • | | | 2 |
| M&P9 SHIELD™ M2.0™ | 11808 | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.8 | 589.7 | | • | | • | • | • | • | • | • | | | | | | | | | | | | | | | | | | | 2 |
| M&P9 SHIELD™ M2.0™ | 11810 | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.6 | 584.0 | | | • | • | • | • | • | • | • | | | | | | | | | | | | | | | | | | | 2 |
| M&P9 SHIELD™ M2.0™ | 11671 | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 21.3 | 603.9 | | • | | • | • | • | • | • | • | | | • | | | | | | | | | | | • | | | | | 2 |
| M&P9 SHIELD™ M2.0™ | 12468 | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 21.3 | 603.9 | | • | | • | • | • | • | • | • | | | • | | | | | | | | | | | • | • | • | | | 2 |
| M&P9 SHIELD™ M2.0™ | 11901 | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 21.2 | 601.0 | | • | | • | • | • | • | • | • | | | | • | | | | | | | | | | • | | | | | 2 |
| M&P9 SHIELD™ M2.0™ | 11811 | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 22.4 | 635.0 | | • | | • | • | • | • | • | • | | | | | • | | | | | | | | | • | | | | | 2 |
| M&P40 SHIELD™ M2.0™ | 11812 | | 7 & 6 | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.5 | 581.2 | | • | | • | • | • | • | • | • | | | | | | | | | | | | | | • | | | | | 2 |
| M&P40 SHIELD™ M2.0™ | 11814 | | 7 & 6 | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.4 | 578.3 | | • | | • | • | • | • | • | • | | | | | | | | | | | | | | | | | | | 2 |
| M&P40 SHIELD™ M2.0™ | 11816 | | 7 & 6 | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.4 | 578.3 | | | • | • | • | • | • | • | • | | | | | | | | | | | | | | | | | | | 2 |
| M&P45 SHIELD™ M2.0™ | 180022 | | | 7 & 6 | 3.3 | 8.4 | 6.45 | 16.4 | 4.6 | 11.7 | 23.1 | 654.9 | | • | | • | • | • | • | • | • | | | | | | | | | | | | | | • | | | | | 2 |
| M&P45 SHIELD™ M2.0™ | 11704 | | | 7 & 6 | 3.3 | 8.4 | 6.45 | 16.4 | 4.6 | 11.7 | 23.2 | 657.7 | | • | | • | • | • | • | • | • | | | | | | | | | | | | | | • | • | • | | | 2 |
| M&P45 SHIELD™ M2.0™ | 11531 | | | 7 & 6 | 3.3 | 8.4 | 6.45 | 16.4 | 4.6 | 11.7 | 22.9 | 649.2 | | • | | • | • | • | • | • | • | | | | | | | | | | | | | | | | | | | 2 |
| M&P45 SHIELD™ M2.0™ | 11726 | | | 7 & 6 | 3.3 | 8.4 | 6.45 | 16.4 | 4.6 | 11.7 | 22.7 | 643.5 | | | • | • | • | • | • | • | • | | | | | | | | | | | | | | | | | | | 2 |
| M&P45 SHIELD™ M2.0™ | 12087 | | | 7 & 6 | 3.3 | 8.4 | 6.45 | 16.4 | 4.6 | 11.7 | 23.2 | 657.7 | | • | | • | • | • | • | • | • | | | | | • | | | | | | | | | • | | | | | 2 |
| PC M&P9 SHIELD™ M2.0™ | 11867 | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 20.4 | 457.3 | • | | | • | • | • | • | • | • | | | | | | • | | | | | • | | | • | | | • | | 2 |
| PC M&P9 SHIELD™ M2.0™ Everyday Carry Kit | 12471 | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 4.6 | 11.7 | 19.7 | 558.5 | • | | | • | • | • | • | • | • | | | | | | • | | | | | • | | | • | | | • | | 2 |
| PC M&P9 SHIELD™ M2.0™ | 11787 | 8 & 7 | | | 4.0 | 10.2 | 7.0 | 17.8 | 5.125 | 13.0 | 20.9 | 592.5 | • | | | • | • | • | • | • | • | | | | | | • | | | | | • | | | | | | • | | 2 |
| PC M&P9 SHIELD™ M2.0™ | 11786 | 8 & 7 | | | 4.0 | 10.2 | 7.0 | 17.8 | 5.125 | 13.0 | 19.9 | 564.2 | • | | | • | • | • | • | • | • | | | | | | • | | • | • | | | | | | | | | • | | 2 |
| PC M&P9 SHIELD™ M2.0™ | 11788 | 8 & 7 | | | 4.0 | 10.2 | 7.0 | 17.8 | 5.125 | 13.0 | 21.8 | 618.0 | • | | | • | • | • | • | • | • | | | | | | • | | | | | • | | | | | | • | | 2 |
| PC M&P40 SHIELD™ M2.0™ | 11796 | | 7 & 6 | | 4.0 | 10.2 | 7.0 | 17.8 | 5.125 | 13.0 | 22.4 | 635.0 | • | | | • | • | • | • | • | • | | | | | | • | | | | | | | | | | | • | | 2 |
| PC M&P40 SHIELD™ M2.0™ | 11797 | | 7 & 6 | | 4.0 | 10.2 | 7.0 | 17.8 | 5.125 | 13.0 | 21.8 | 618.0 | • | | | • | • | • | • | • | • | | | | | | • | | | | | • | | | | | | • | | 2 |
| PC M&P40 SHIELD™ M2.0™ | 11798 | | 7 & 6 | | 4.0 | 10.2 | 7.0 | 17.8 | 5.125 | 13.0 | 21.3 | 603.9 | • | | | • | • | • | • | • | • | | | | | | • | | • | • | | | | | | | | | • | | 2 |
| PC M&P45 SHIELD™ M2.0™ | 11864 | | | 7 & 6 | 4.0 | 10.2 | 7.125 | 18.1 | 5.375 | 13.7 | 24.8 | 703.1 | • | | | • | • | • | • | • | • | | | | | | • | | | | | | | | | | | • | | 2 |
| PC M&P45 SHIELD™ M2.0™ | 11865 | | | 7 & 6 | 4.0 | 10.2 | 7.125 | 18.1 | 5.375 | 13.7 | 23.8 | 674.7 | • | | | • | • | • | • | • | • | | | | | | • | | | | | • | | | | | | • | | 2 |
| PC M&P45 SHIELD™ M2.0™ | 11866 | | | 7 & 6 | 4.0 | 10.2 | 7.125 | 18.1 | 5.375 | 13.7 | 23.6 | 669.1 | • | | | • | • | • | • | • | • | | | | | | • | | • | • | | | | | | | | | • | | 2 |

## M&P® M2.0™ FULL SIZE PISTOLS



**NEW**

M&P®10MM M2.0™ OR
SKU: 13387
10mm AUTO · 15+1 Rounds
4.6" Barrel
*OPTICS READY SLIDE*
*FLAT-FACED TRIGGER*
*NO THUMB SAFETY*



**NEW**

M&P®10MM M2.0™ OR
SKU: 13388
10mm AUTO · 15+1 Rounds
4.6" Barrel
*OPTICS READY SLIDE*
*FLAT-FACED TRIGGER*
*MANUAL THUMB SAFETY*



**NEW**

M&P®10MM M2.0™ OR
SKU: 13389
10mm AUTO · 15+1 Rounds
4.0" Barrel
*OPTICS READY SLIDE*
*FLAT-FACED TRIGGER*
*NO THUMB SAFETY*



**NEW**

M&P®10MM M2.0™ OR
SKU: 13390
10mm AUTO · 15+1 Rounds
4.0" Barrel
*OPTICS READY SLIDE*
*FLAT-FACED TRIGGER*
*MANUAL THUMB SAFETY*



**NEW**

M&P®9 M2.0™ OR
SKU: 13564
9mm · 17+1 Rounds
4.25" Barrel
*OPTICS READY SLIDE*
*FLAT-FACED TRIGGER*
*NO THUMB SAFETY*



**NEW**

M&P®9 M2.0™ OR
SKU: 13567
9mm · 17+1 Rounds
4.25" Barrel
*OPTICS READY SLIDE*
*FLAT-FACED TRIGGER*
*MANUAL THUMB SAFETY*



**NEW**

M&P®9 M2.0™ OR
SKU: 13585
9mm · 17+1 Rounds
**4.625" Threaded Barrel**
*OPTICS READY SLIDE*
*FLAT-FACED TRIGGER*
*NO THUMB SAFETY*



M&P®9 M2.0™
9mm · 4.25" Barrel
*NO THUMB SAFETY*
SKU: 11521 – 17+1 Rounds
11758 – 15+1 Rounds
11761 – 10+1 Rounds
11763 – 10+1 Rounds, 10 lb Trigger, MA Compliant



M&P®9 M2.0™
SKU: 11524
9mm · 17+1 Rounds
4.25" Barrel
*MANUAL THUMB SAFETY*



M&P®9 M2.0™
SKU: 11770
9mm · 17+1 Rounds
**4.625" Threaded Barrel**
*NO THUMB SAFETY*
*SUPPRESSOR HEIGHT SIGHTS*



**PERFORMANCE CENTER®**

M&P®9 M2.0™ – PRO SERIES®
SKU: 11818 **
9mm · 17+1 Rounds
4.25" Barrel
*NO THUMB SAFETY*
*FIBER OPTIC SIGHTS*



**PERFORMANCE CENTER®**

M&P®9 M2.0™ – PRO SERIES®
SKU: 11820 **
9mm · 17+1 Rounds
5.0" Barrel
*NO THUMB SAFETY*
*FIBER OPTIC SIGHTS*



**PERFORMANCE CENTER®**

M&P®9 M2.0™
SKU: 11822 **
9mm · 17+1 Rounds
4.25" Barrel
*PORTED SLIDE & BARREL*
*FIBER OPTIC SIGHTS*
*NO THUMB SAFETY*



**PERFORMANCE CENTER®**

M&P®9 M2.0™ – PRO SERIES®
SKU: 11826 **
9mm · 17+1 Rounds
4.25" Barrel
*NO THUMB SAFETY*
*WHITE DOT SIGHTS*
*SLIDE CUT FOR OPTICS*



**PERFORMANCE CENTER®**

M&P®9 M2.0™
SKU: 12470 **
9mm · 17+1 Rounds · 5.0" Barrel
*NO THUMB SAFETY · WHITE DOT SIGHTS*
*SLIDE CUT FOR OPTICS*
*PORTED BARREL & SLIDE*
*CRIMSON TRACE® RED DOT OPTIC INCLUDED*

**PERFORMANCE CENTER®**

M&P®9 M2.0™
SKU: 11831 **
9mm · 17+1 Rounds
4.25" Barrel
*NO THUMB SAFETY · WHITE DOT SIGHTS*
*SLIDE CUT FOR OPTICS*
*PORTED BARREL & SLIDE*

## M&P® M2.0™ FULL SIZE PISTOLS



**PERFORMANCE CENTER®**

**M&P®9 M2.0™**
SKU: 11833 **
9mm · 17+1 Rounds
5.0" Barrel
*NO THUMB SAFETY · WHITE DOT SIGHTS*
*SLIDE CUT FOR OPTICS*
*PORTED BARREL & SLIDE*

**M&P®40 M2.0™**
40 S&W · 4.25" Barrel
*NO THUMB SAFETY*
SKU: 11522 – 15+1 Rounds



**PERFORMANCE CENTER®**

**M&P®40 M2.0™ – PRO SERIES®**
SKU: 11819 **
40 S&W · 15+1 Rounds
4.25" Barrel
*NO THUMB SAFETY*
*FIBER OPTIC SIGHTS*



**PERFORMANCE CENTER®**

**M&P®40 M2.0™**
SKU: 11823 **
40 S&W · 15+1 Rounds
4.25" Barrel
*PORTED SLIDE & BARREL*
*FIBER OPTIC SIGHTS*
*NO THUMB SAFETY*



**PERFORMANCE CENTER®**

**M&P®40 M2.0™**
SKU: 11825 **
40 S&W · 15+1 Rounds
5.0" Barrel
*PORTED SLIDE & BARREL*
*FIBER OPTIC SIGHTS*
*NO THUMB SAFETY*



**PERFORMANCE CENTER®**

**M&P®40 M2.0™ – PRO SERIES®**
SKU: 11832 **
40 S&W · 15+1 Rounds
4.25" Barrel
*NO THUMB SAFETY · WHITE DOT SIGHTS*
*SLIDE CUT FOR OPTICS*
*PORTED BARREL & SLIDE*



**PERFORMANCE CENTER®**

**M&P®40 M2.0™ – PRO SERIES®**
SKU: 11834 **
40 S&W · 15+1 Rounds
5.0" Barrel
*NO THUMB SAFETY · WHITE DOT SIGHTS*
*SLIDE CUT FOR OPTICS*
*PORTED BARREL & SLIDE*



**PERFORMANCE CENTER®**

**M&P®45 M2.0™**
SKU: 11710 **
45 AUTO · 10+1 Rounds
5.6" Barrel
*MANUAL THUMB SAFETY*
*OPTIC HEIGHT, WHITE DOT SIGHTS*
*LIGHTENING CUTS IN SLIDE*



**M&P®45 M2.0™**
45 AUTO
4.6" Barrel
*NO THUMB SAFETY*
SKU: 11523 – 10+1 Rounds



**M&P®45 M2.0™**
SKU: 11526
45 AUTO · 10+1 Rounds
4.6" Barrel
*MANUAL THUMB SAFETY*

**M&P®45 M2.0™**
SKU: 11771
45 AUTO · 10+1 Rounds
**5.125" Threaded Barrel**
*NO THUMB SAFETY*
*SUPPRESSOR HEIGHT SIGHTS*



**M&P®45 M2.0™**
SKU: 11769
45 AUTO · 10+1 Rounds
4.6" Barrel
*NO THUMB SAFETY*
*TRUGLO® TFX™ SIGHTS*
*(fiber optic/night sights)*
*FLAT DARK EARTH FINISH*



CARRY & RANGE KIT INCLUDES:
CALDWELL® TAC OPS HOLSTER
  CALDWELL® TAC OPS MAG HOLSTER
· MAGLULA UPLULA™ MAG LOADER
· 3 MAGAZINES INCLUDED

**M&P®9 M2.0™ CARRY & RANGE KIT**
4.25" Barrel · *NO THUMB SAFETY*

SKU: 11765 – 9mm · 17+1 Rounds
     12487 – 9mm · 10+1 Rounds
SKU: 11766 – 40 S&W · 15+1 Rounds

*** PERFORMANCE CENTER CLEANING KIT INCLUDED**

39

## M&P® M2.0™ FULL SIZE PISTOLS - 9mm & 10mm

| Model | SKU Number | 9mm | 10mm AUTO | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Height (in) | Height (cm) | Barrel Thread (in) | Ounces | Grams | White Dot | TRUGLO® TFX™ | Fiber Optic | Suppressor Height | Polymer | Interchangeable | Black (PFF) | Flat Dark Earth (PFF) | Stainless Steel (Slide Mat) | Black (Slide Finish) | Flat Dark Earth (Slide Finish) | Armornite® (Slide Finish) | Stainless Steel (Barrel Mat) | Silver – High Bright | Black / Armornite® (Barrel Finish) | Thumb Safety | TLCI | 10 lb. Trigger Pull - MA COMPLIANT | Carry & Range Kit | PC Tuned Action | Flat Faced Trigger | Audible Trigger Reset | Optics Ready Slide | CT Red Dot Included | Ported Barrel & Slide | Threaded Barrel | PC Tool Kit Included | Adjustable Trigger Stop | Number of Magazines |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P® 10MM M2.0™ | 13387 | | 15 | 4.6 | 11.7 | 7.9 | 20.1 | 5.6 | 14.2 | 1:10 | 29.3 | 830.7 | | | | • | • | • | • | | • | | | • | | | • | | | | | | • | • | • | | | | | | 2 |
| M&P® 10MM M2.0™ | 13388 | | 15 | 4.6 | 11.7 | 7.9 | 20.1 | 5.6 | 14.2 | 1:10 | 29.3 | 830.7 | • | | | | • | • | • | | • | | | • | | | • | | | | | | • | • | | | | | | | 2 |
| M&P® 10MM M2.0™ | 13389 | | 15 | 4.0 | 10.2 | 7.2 | 18.3 | 5.6 | 14.2 | 1:10 | 27.8 | 788.1 | • | | | | • | • | • | | • | | | • | | | • | | | | | | • | • | | | | | | | 2 |
| M&P® 10MM M2.0™ | 13390 | | 15 | 4.0 | 10.2 | 7.2 | 18.3 | 5.6 | 14.2 | 1:10 | 28.5 | 808.0 | • | | | | • | • | • | | • | | | • | | | • | | | | | | • | • | | | | | | | 2 |
| M&P® 9 M2.0™ OR | 13564 | 17 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | 1:10 | 44.7 | 1267.2 | • | | | | • | • | • | | • | | | • | | | • | | | | | | • | • | • | • | | | | | 2 |
| M&P® 9 M2.0™ OR | 13567 | 17 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | 1:10 | 44.8 | 1270.1 | • | | | | • | • | • | | • | | | • | | | • | | | | | | • | • | • | • | | | | | 2 |
| M&P® 9 M2.0™ OR | 13585 | 17 | | 4.625 | 11.7 | 7.9 | 20.1 | 5.7 | 14.5 | 1:10 | 28.3 | 802.3 | • | | | | • | • | • | | • | | | • | | | • | | | | | | • | • | • | | | • | | | 2 |
| M&P® 9 M2.0™ | 11521 | 17 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.8 | 788.1 | • | | | | • | • | • | | • | • | | | | | • | | | | | | | | | | | | | 2 |
| M&P® 9 M2.0™ | 11758 | 15 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.6 | 782.5 | • | | | | • | • | • | | • | • | | | | | • | | | | | | | | | | | | | 2 |
| M&P® 9 M2.0™ | 11761 | 10 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.2 | 771.1 | • | | | | • | • | • | | • | • | | | | | • | | | | | | | | | | | | | 2 |
| M&P® 9 M2.0™ | 11763 | 10 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.7 | 785.3 | • | | | | • | • | • | | • | • | | | | | • | | | • | | | | | | | | | | 2 |
| M&P® 9 M2.0™ | 11524 | 17 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 28.0 | 793.8 | • | | | | • | • | • | | • | • | | | | | • | • | | | | | | | | | | | | 2 |
| M&P® 9 M2.0™ | 11989 | 17 | | 5.0 | 12.7 | 8.25 | 21.0 | 5.5 | 14.0 | | 29.7 | 842.0 | • | | | | • | • | | • | • | | • | | | • | | | | | | | | | | | | | 2 |
| M&P® 9 M2.0™ | 11537 | 17 | | 5.0 | 12.7 | 8.25 | 21.0 | 5.5 | 14.0 | | 29.8 | 844.8 | • | | | | • | • | | • | • | | • | | | • | • | • | | | | | | | | | | | 2 |
| M&P® 9 M2.0™ | 11767 | 17 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.8 | 788.1 | | • | | | • | • | • | | • | • | | | | | • | | | | | | | | | | | | | 2 |
| M&P® 9 M2.0™ | 11770 | 17 | | 4.625 | 11.7 | 7.9 | 20.1 | 5.5 | 14.0 | 1/2x28 | 28.5 | 808.0 | • | | | • | • | • | • | | • | • | | | | | • | | | | | | | | | • | | | 2 |
| M&P® 9 M2.0™ | 11765 | 17 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.8 | 788.1 | • | | | | • | • | • | | • | • | | | | | • | | | | | | | • | • | | | | 3 |
| M&P® 9 M2.0™ | 12487 | 10 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 27.5 | 779.6 | • | | | | • | • | • | | • | • | | | | | • | | | | | | | • | • | | | | 3 |
| M&P® 9 M2.0™ | 11818 | 17 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 28.0 | 783.8 | | • | | | • | • | • | | • | • | | | | | • | | | | | | | • | | | | • | 2 |
| M&P® 9 M2.0™ | 11820 | 17 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 30.0 | 850.5 | | • | | | • | • | • | | • | • | | | | | • | | | | | | | • | | | | • | 2 |
| M&P® 9 M2.0™ | 11822 | 17 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 28.0 | 783.8 | | • | | | • | • | • | | • | • | | | | | • | | | | | | | • | | • | | • | 2 |
| M&P® 9 M2.0™ | 11824 | 17 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 30.0 | 850.5 | | • | | | • | • | • | | • | • | | | | | • | | | | | | | • | | • | | • | 2 |
| M&P® 9 M2.0™ | 11826 | 17 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 27.2 | 771.1 | • | | | | • | • | • | | • | • | | | | | • | | | | | | | • | | | • | • | 2 |
| M&P® 9 M2.0™ | 11828 | 17 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 29.0 | 822.2 | • | | | | • | • | • | | • | • | | | | | • | | | | | | | • | | | • | • | 2 |
| M&P® 9 M2.0™ | 12470 | 17 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 28.6 | 810.8 | • | | | | • | • | • | | • | • | | | | | • | | | | | | | • | • | | | • | 2 |
| M&P® 9 M2.0™ | 11831 | 17 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 27.8 | 825.0 | • | | | | • | • | • | | • | • | | | | | • | | | | | | | • | • | • | • | • | 2 |
| M&P® 9 M2.0™ | 11833 | 17 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 29.1 | 825.0 | • | | | | • | • | • | | • | • | | | | | • | | | | | | | • | • | • | | • | 2 |

# M&P® M2.0™ FULL SIZE PISTOLS

| Model | SKU Number | 40 S&W | 45 AUTO | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Height (in) | Height (cm) | Barrel Thread (in) | Ounces | Grams | White Dot | TRUGLO® TFX™ | Fiber Optic | Suppressor Height | Polymer | Interchangeable | Black (frame) | Flat Dark Earth (frame) | Stainless Steel (slide) | Black (slide finish) | Flat Dark Earth (slide finish) | Armornite® | Stainless Steel (barrel) | Silver – High Bright | Black / Armornite® | Thumb Safety | TLCI | 10 lb. Trigger Pull – MA COMPLIANT | Carry & Range Kit | PC Tuned Action | Audible Trigger Reset | Optics Ready Slide | CT Red Dot Included | Ported Barrel & Slide | Lightning Cuts in Slide | PC Tool Kit Included | Adjustable Trigger Stop | Number of Magazines |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P40 M2.0™ | 11522 | 15 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 28.9 | 819.3 | • | | | | • | • | • | | | • | | • | | | • | | | | | | | | | | | | | 2 |
| M&P40 M2.0™ | 11762 | 10 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 28.9 | 819.3 | • | | | | • | • | • | | | • | | • | | | • | | | | | | | | | | | | | 2 |
| M&P40 M2.0™ | 11525 | 15 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 29.2 | 827.8 | • | | | | • | • | • | | | • | | • | | | • | • | | | | | | | | | | | | 2 |
| M&P40 M2.0™ | 11595 | 15 | | 5.0 | 12.7 | 8.25 | 21.0 | 5.5 | 14.0 | | 30.2 | 856.2 | • | | | | • | • | • | | | • | • | • | | | • | • | • | | | | | | | | | | 2 |
| M&P40 M2.0™ | 11766 | 15 | | 4.25 | 10.8 | 7.4 | 18.8 | 5.5 | 14.0 | | 28.9 | 819.3 | • | | | | • | • | • | | | • | | • | | | • | | | | | • | | | | | | | 3 |
| M&P40 M2.0™ | 11819 | 15 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 29.1 | 825.0 | | | | • | • | • | • | | | • | | • | | | • | | | | | | • | • | | | | • | 2 |
| M&P40 M2.0™ | 11821 | 15 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 30.4 | 861.8 | | | | • | • | • | • | | | • | | • | | | • | | | | | | • | • | | | | • | 2 |
| M&P40 M2.0™ | 11823 | 15 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 28.0 | 783.8 | | | | • | • | • | • | | | • | | • | | | • | | | | | | • | • | | • | • | • | 2 |
| M&P40 M2.0™ | 11825 | 15 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 30.0 | 850.5 | | | | • | • | • | • | | | • | | • | | | • | | | | | | • | • | | • | • | • | 2 |
| M&P40 M2.0™ | 11827 | 15 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 27.2 | 771.1 | • | | | | • | • | • | | | • | | • | | | • | | | | | | • | • | • | | • | • | 2 |
| M&P40 M2.0™ | 11829 | 15 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 29.0 | 822.2 | • | | | | • | • | • | | | • | | • | | | • | | | | | | • | • | | • | • | • | 2 |
| M&P40 M2.0™ | 11832 | 15 | | 4.25 | 10.8 | 7.5 | 19.1 | | | | 27.8 | 788.0 | • | | | | • | • | • | | | • | | • | | | • | | | | | | • | • | • | • | • | • | 2 |
| M&P40 M2.0™ | 11834 | 15 | | 5.0 | 12.7 | 8.5 | 21.6 | | | | 29.1 | 825.0 | • | | | | • | • | • | | | • | | • | | | • | | | | | | • | • | | • | • | • | 2 |
| M&P45 M2.0™ | 11710 | | 10 | 5.6 | 14.2 | 8.9 | 22.6 | | | | 30.7 | 870.3 | • | | | | • | • | • | | | • | | • | | | • | | | | | | • | • | • | • | • | • | 2 |
| M&P45 M2.0™ | 11523 | | 10 | 4.6 | 11.7 | 7.9 | 20.1 | 5.5 | 14.0 | | 29.8 | 844.8 | • | | | | • | • | • | | | • | | • | | | • | | | | | | | | | | | | 2 |
| M&P45 M2.0™ | 13007 | | 10 | 4.6 | 11.7 | 7.9 | 20.1 | 5.5 | 14.0 | | 26.8 | 759.8 | • | | | | • | • | • | | | • | | • | | | • | | | | | • | | | | | | | 2 |
| M&P45 M2.0™ | 11526 | | 10 | 4.6 | 11.7 | 7.9 | 20.1 | 5.5 | 14.0 | | 29.8 | 844.8 | • | | | | • | • | • | | | • | | • | | | • | • | | | | | | | | | | | 2 |
| M&P45 M2.0™ | 11769 | | 10 | 4.6 | 11.7 | 7.9 | 20.1 | 5.5 | 14.0 | | 29.9 | 847.7 | | • | | | • | • | • | | | • | | • | | • | • | | | | | | | | | | | | 2 |
| M&P45 M2.0™ | 11771 | | 10 | 5.125 | 13.0 | 8.6 | 21.8 | 5.5 | 14.0 | .578x28 | 30.5 | 864.7 | • | | | • | • | • | • | | | • | | • | | | • | | | | | | | | | | | | 2 |

## M&P® M2.0™ COMPACT SIZE PISTOLS



**M&P®9 M2.0™ COMPACT OR**
SKU: 13563
9mm – 15+1 Rounds
4.0" Barrel
*OPTICS READY SLIDE*
*FLAT-FACED TRIGGER*
*NO THUMB SAFETY*



**M&P®9 M2.0™ COMPACT OR**
SKU: 13568
9mm – 15+1 Rounds
4.0" Barrel
*OPTICS READY SLIDE*
*FLAT-FACED TRIGGER*
*MANUAL THUMB SAFETY*



**M&P®9 M2.0™ COMPACT**
SKU: 11683
9mm – 15+1 Rounds
4.0" Barrel
*NO THUMB SAFETY*



**M&P®9 M2.0™ COMPACT**
9mm – 10+1 Rounds
4.0" Barrel
SKU: 12464
    12466 – 10 lb Trigger, MA Compliant
*NO THUMB SAFETY*



**M&P®9 M2.0™ COMPACT**
SKU: 11686
9mm – 15+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*



**M&P®9 M2.0™ COMPACT**
SKU: 12465
9mm – 15+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*



**M&P®9 M2.0™ COMPACT**
SKU: 12458
9mm – 15+1 Rounds
4.0" Barrel
*NO THUMB SAFETY*
*FLAT DARK EARTH FINISH*



**M&P®9 M2.0™ COMPACT**
SKU: 12459
9mm – 15+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*
*FLAT DARK EARTH FINISH*



**M&P®9 M2.0™ COMPACT**
SKU: 13111
9mm – 15+1 Rounds
4.625" Barrel
*NO THUMB SAFETY*
*SUPPRESSOR HEIGHT SIGHTS*
*THREADED BARREL*



**M&P®9 M2.0™ COMPACT**
SKU: 13112
9mm – 10+1 Rounds
4.625" Barrel
*NO THUMB SAFETY*
*SUPPRESSOR HEIGHT SIGHTS*
*THREADED BARREL*

## M&P® M2.0™ COMPACT SIZE PISTOLS



**M&P®9 M2.0™ COMPACT**
9mm · 3.6" Barrel
*NO THUMB SAFETY*
SKU: 11688 ~ 15+1 Rounds
13008 ~ 10+1 Rounds, 10 lb Trigger, MA Compliant



**M&P®9 M2.0™ COMPACT**
SKU: 11694
9mm · 15+1 Rounds
3.6" Barrel
*MANUAL THUMB SAFETY*



**M&P®40 M2.0™ COMPACT**
SKU: 11684
40 S&W · 13 +1 Rounds
4.0" Barrel
*NO THUMB SAFETY*



**M&P®40 M2.0™ COMPACT**
SKU: 11687
40 S&W · 13 +1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*



**M&P®40 M2.0™ COMPACT**
SKU: 11691
40 S&W · 13+1 Rounds
3.6" Barrel
*NO THUMB SAFETY*



**M&P®40 M2.0™ COMPACT**
SKU: 11695
40 S&W · 13+1 Rounds
3.6" Barrel
*MANUAL THUMB SAFETY*



**M&P®45 M2.0™ COMPACT**
SKU: 12106
45 AUTO · 10 +1 Rounds
4.0" Barrel
*NO THUMB SAFETY*



**M&P®45 M2.0™ COMPACT**
SKU: 12105
45 AUTO · 10 +1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*



**M&P®9 M2.0™ SUBCOMPACT**
SKU: 12481
9mm · 12+1 Rounds
3.6" Barrel
*NO THUMB SAFETY*



**M&P®9 M2.0™ SUBCOMPACT**
9mm · 3.6" Barrel
*MANUAL THUMB SAFETY*
SKU: 12482 ~ 12+1 Rounds
SKU: 13010 ~ 10+1 Rounds, 10 lb Trigger, MA Compliant

## M&P® M2.0™ COMPACT & SUBCOMPACT PISTOLS - 9 mm, 40 S&W and 45 AUTO

| Model | SKU | 9mm | 40 S&W | 45 AUTO | Striker Fire | Internal Hammer Fire | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Height (in) | Height (cm) | Ounces | Grams | White Dot | Suppressor Height | TRUGLO*Pro Night Sights | Polymer | Interchangeable | Black (Frame) | Flat Dark Earth (Slide Mat.) | Stainless Steel (Slide Mat.) | Black (Slide Fin.) | Flat Dark Earth (Slide Fin.) | Armornite® (Slide Fin.) | Stainless Steel (Barrel Mat.) | Black (Barrel Fin.) | Armornite® (Barrel Fin.) | Thumb Safety | TLCI | Front Serrations | Flat Faced Trigger | Optics Ready Slide | Grip Safety | CT Rail Master® | 10 Lb Trigger - MA Compliant | Number of Magazines |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P 9 M2.0™ Compact | 11688 | 15 | | | • | | 3.6 | 9.1 | 6.8 | 17.3 | 5.0 | 12.7 | 25.9 | 734.3 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | | 2 |
| M&P 9 M2.0™ Compact | 13008 | 10 | | | • | | 3.6 | 9.1 | 6.8 | 17.3 | 5.0 | 12.7 | 23.1 | 654.9 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | | 2 |
| M&P 9 M2.0™ Compact | 11694 | 15 | | | • | | 3.6 | 9.1 | 6.8 | 17.3 | 5.0 | 12.7 | 25.9 | 734.3 | • | | | • | • | • | | • | | • | | • | | • | | | | | | | | • | | 2 |
| M&P 40 M2.0™ Compact | 11691 | | 13 | | • | | 3.6 | 9.1 | 6.8 | 17.3 | 5.0 | 12.7 | 26.7 | 756.9 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | | 2 |
| M&P 40 M2.0™ Compact | 11695 | | 13 | | • | | 3.6 | 9.1 | 6.8 | 17.3 | 5.0 | 12.7 | 26.8 | 759.8 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | | 2 |
| M&P 9 M2.0™ Compact OR | 13563 | 15 | | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 25.8 | 731.4 | • | • | | • | • | • | | • | | • | | • | | • | | | | • | • | • | | | | 2 |
| M&P 9 M2.0™ Compact OR | 13568 | 15 | | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 26.4 | 748.4 | • | • | | • | • | • | | • | | • | | • | | • | | | | • | • | • | | | | 2 |
| M&P 9 M2.0™ Compact | 11683 | 15 | | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 27.0 | 765.5 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | | 2 |
| M&P 9 M2.0™ Compact | 11686 | 15 | | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 27.2 | 771.1 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | | 2 |
| M&P 9 M2.0™ Compact | 12464 | 10 | | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 26.3 | 745.6 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | | 2 |
| M&P 9 M2.0™ Compact | 12465 | 10 | | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 26.6 | 754.1 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | | 2 |
| M&P 9 M2.0™ Compact | 12466 | 10 | | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 27.0 | 765.5 | • | | | • | • | • | | • | | • | | • | | • | | | | | | | | • | | 2 |
| M&P 9 M2.0™ Compact | 12458 | 15 | | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 26.8 | 759.8 | • | | | • | • | • | | | | | • | | • | | • | • | | | | | | | | 2 |
| M&P 9 M2.0™ Compact | 12459 | 15 | | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 27.1 | 768.3 | • | | | • | • | • | | | | | • | | • | | • | • | | | | | | | | 2 |
| M&P 9 M2.0™ Compact | 13111 | 15 | | | • | | 4.625 | 11.8 | 7.25 | 18.4 | 5.0 | 12.7 | 27.4 | 775.6 | • | • | | • | • | • | | • | | • | | • | | • | • | | | | | | | | 2 |
| M&P 9 M2.0™ Compact | 13112 | 10 | | | • | | 4.625 | 11.8 | 7.25 | 18.4 | 5.0 | 12.7 | 27.2 | 771.1 | • | • | | • | • | • | | • | | • | | • | | • | • | | | | | | | | 2 |
| M&P 9 M2.0™ Compact | 13143 | 15 | | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 25.8 | 731.4 | • | | | • | • | • | | • | | • | | • | | • | | | | • | • | | | | 2 |
| M&P 9 M2.0™ Compact | 13144 | 15 | | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 26.0 | 737.1 | • | | | • | • | • | | • | | • | | • | | • | | | | • | • | | | | 2 |
| M&P 40 M2.0™ Compact | 11687 | | 13 | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 28.2 | 799.5 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | 2 |
| M&P 40 M2.0™ Compact | 11684 | | 13 | | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.0 | 12.7 | 25.4 | 720.1 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | 2 |
| M&P 45 M2.0™ Compact | 12105 | | | 10 | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.6 | 14.2 | 28.2 | 799.5 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | 2 |
| M&P 45 M2.0™ Compact | 12106 | | | 10 | • | | 4.0 | 10.2 | 7.25 | 18.4 | 5.6 | 14.2 | 28.2 | 799.5 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | 2 |
| M&P 9 M2.0™ SubCompact | 12481 | 12 | | | • | | 3.6 | 9.1 | 6.6 | 16.8 | 4.98 | 12.6 | 25.0 | 708.8 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | | | 2 |
| M&P 9 M2.0™ SubCompact | 12482 | 12 | | | • | | 3.6 | 9.1 | 6.6 | 16.8 | 4.98 | 12.6 | 25.3 | 717.3 | • | | | • | • | • | | • | | • | | • | | • | • | | • | | | | | | 2 |
| M&P 9 M2.0™ SubCompact | 13010 | 10 | | | • | | 3.6 | 9.1 | 6.6 | 16.8 | 4.98 | 12.6 | 25.3 | 717.3 | • | | | • | • | • | | • | | • | | • | | • | • | | | | | | • | | 2 |

## M&P SHIELD® ORIGINAL SERIES, M&P® BODYGUARD® & M&P®22 COMPACT PISTOLS



**M&P®9 SHIELD™**
SKU: 187021
9mm
8 & 7 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*
*TACTILE LOADED CHAMBER INDICATOR*
*CA COMPLIANT*



**M&P®9 SHIELD™**
SKU: 11905
9mm
8 & 7 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY · HI-VIZ® SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR*
*CA COMPLIANT*



**M&P®40 SHIELD™**
SKU: 187020
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*
*TACTILE LOADED CHAMBER INDICATOR*
*CA COMPLIANT*



**M&P®40 SHIELD™**
SKU: 11906
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY · HI-VIZ® SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR*
*CA COMPLIANT*



**MODEL BG380**
SKU: 10048
380 AUTO – 6+1 Rounds
2.75" Barrel
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® INTEGRATED RED LASER*



**MODEL BG380**
SKU: 109381
380 AUTO – 6+1 Rounds
2.75" Barrel
*MANUAL THUMB SAFETY*
*NO LASER MODEL*



**MODEL BG380**
SKU: 10110
380 AUTO – 6+1 Rounds
2.75" Barrel
*MANUAL THUMB SAFETY*
*NO LASER MODEL*
*MACHINE ENGRAVING*



**M&P®22 COMPACT**
SKU: 108390
22 LR – 10+1 Rounds
3.6" Barrel
*MANUAL THUMB SAFETY*

**M&P®22 COMPACT**
SUPPRESSOR READY
SKU: 10242
22 LR – 10+1 Rounds
3.6" Threaded Barrel – 3/8 x 24 –2A
*MANUAL THUMB SAFETY*
*CERAKOTE® FLAT DARK EARTH FRAME*
*ADAPTER KIT INCLUDED*
*ADAPTER CONVERTS BARREL THREADS TO 1/2 X28*



**M&P®22 COMPACT**
SUPPRESSOR READY
SKU: 10199
22 LR – 10+1 Rounds
3.6" Threaded Barrel – 3/8" x 24 – 2A
*MANUAL THUMB SAFETY*
*ADAPTER KIT INCLUDED*
*ADAPTER CONVERTS BARREL THREADS TO 1/2 X28*

## M&P SHIELD® ORIGINAL SERIES, M&P® BODYGUARD and M&P22 COMPACT PISTOLS

| Model | SKU Number | 380 AUTO | 9mm | 40 S&W | 22 LR | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Ounces | Grams | Black Ramp Front Sight | Adj. Black Rear Sight | Fiber Optic | White Dot | Adjustable Rear Sight | Polymer – Black | Polymer – Flat Dark Earth | Black (Frame) | Flat Dark Earth (Frame) | Stainless Steel (Slide) | Aluminum Alloy (Slide) | Black (Slide Finish) | Armornite® (Slide Finish) | Matte Silver | Stainless Steel (Barrel) | Carbon Steel | Black / Armornite® | Black (Barrel Finish) | Thumb Safety | TLCI | Crimson Trace® Integrated Laser | No Laser Version | Machine Engraved | Threaded Barrel Adapter Kit Included | Number of Magazines |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P®9 SHIELD™ | 187021 | | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 21.0 | 595.4 | | | | • | | • | | • | | • | | • | | • | | | • | | • | • | | | | | 2 |
| M&P®9 SHIELD™ | 11905 | | 8 & 7 | | | 3.1 | 7.9 | 6.1 | 15.5 | 20.9 | 592.5 | | | • | | | • | | • | | • | | • | | • | | | • | | | | | | | | 2 |
| M&P®40 SHIELD™ | 187020 | | | 7 & 6 | | 3.1 | 7.9 | 6.1 | 15.5 | 20.6 | 584.0 | | | | • | | • | | • | | • | | • | | • | | | • | | • | • | | | | | 2 |
| M&P®40 SHIELD™ | 11906 | | | 7 & 6 | | 3.1 | 7.9 | 6.1 | 15.5 | 20.6 | 584.0 | | | | | • | • | | • | | • | | • | | • | | | • | | | | | | | | 2 |
| BG380 | 109381 | 6 | | | | 2.75 | 7.0 | 5.25 | 13.3 | 11.9 | 337.4 | • | • | | | | • | | • | | • | | • | | • | | | • | | | | • | | | | 2 |
| BG380 | 10048 | 6 | | | | 2.75 | 7.0 | 5.25 | 13.3 | 11.1 | 314.7 | • | • | | | | • | | • | | • | | • | | • | | | • | | | | | • | | | 2 |
| BG380 | 10110 | 6 | | | | 2.75 | 7.0 | 5.25 | 13.3 | 12.1 | 343.0 | • | • | | | | • | | • | | | | • | | | • | | • | | | | | | • | • | 2 |
| M&P®22 COMPACT | 108390 | | | | 10 | 3.6 | 9.0 | 6.67 | 16.9 | 16.9 | 479.1 | | | • | | • | • | | • | | | • | • | | | | • | | • | • | | | | | | 2 |
| M&P®22 COMPACT | 10199 | | | | 10 | 3.6 | 9.0 | 6.67 | 16.9 | 17.4 | 493.3 | | | | • | • | • | | • | | | • | • | | | | • | | • | • | | | | | • | 2 |
| M&P®22 COMPACT | 10242 | | | | 10 | 3.3 | 9.0 | 6.67 | 16.9 | 17.4 | 493.3 | | | | • | • | | • | | • | | • | • | | | | • | | • | • | | | | | • | 2 |

## SMITH & WESSON® CSX™ PISTOLS



**NEW**

MODEL CSX™
SKU: 12615
9mm – 12+1 and 10+1 Rounds
3.1" Barrel
ALUMINUM ALLOY FRAME
AMBIDEXTROUS SLIDE STOP, THUMB SAFETY AND
MAGAZINE RELEASE

| MODEL | SKU | 9mm | Single Action | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Ounces | Grams | Metal White Dot | Metal White 2-Dot | Interchangeable Backstraps | Aluminum Alloy | Stainless Steel | Matte Black (Slide/Barrel) | Matte Black (Frame Finish) | Ambidextrous Thumb Safety | Glare Reducing Serrations on Top of Slide | Interchangeable Backstraps | Textured Front Strap | Ambidextrous, Elongated Slide Stop | Chamfered Ejection Port | Flat Faced Trigger | External Hammer | Front & Rear Serrations | Exchangeable Magazine Release |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CSX™ | 12615 | 12&10 | • | 3.1 | 7.9 | 6.1 | 15.5 | 19.5 | 552.8 | • | • | • | • | | • | • | • | • | • | • | • | • | • | • | • | • |

## SMITH & WESSON® SW22 VICTORY® and MODEL 41 PISTOLS



**MODEL SW22 VICTORY®**
SKU: 108490
22 LR – 10+1 Rounds
5.5" Barrel
*FIBER OPTIC SIGHTS*
*PICATINNY-STYLE RAIL INCLUDED*



**MODEL SW22 VICTORY®**
SKU: 10201
22 LR – 10+1 Rounds
5.5" Threaded Barrel
*FIBER OPTIC SIGHTS*
*PICATINNY-STYLE RAIL INCLUDED*
*BARREL THREADS – 1/2 X 28*



**MODEL SW22 VICTORY®**
SKU: 10297
22 LR – 10+1 Rounds
5.5" Barrel
*FIBER OPTIC SIGHTS*
*PICATINNY-STYLE RAIL INCLUDED*
*KRYPTEK™ HIGHLANDER™ FINISH*



**MODEL SW22 VICTORY®**
TARGET MODEL
SKU: 11536
22 LR – 10+1 Rounds
5.5" Barrel
*PICATINNY-STYLE RAIL INCLUDED*
*BLACK BLADE TARGET SIGHTS*
*TARGET THUMBREST GRIPS INCLUDED*



**PERFORMANCE CENTER®**
**MODEL SW22 VICTORY®**
SKU: 12078 – TARGET MODEL
22 LR – 10+1 Rounds
6.0" Fluted Barrel
*FIBER OPTIC SIGHTS*
*PICATINNY-STYLE RAIL INCLUDED*



**PERFORMANCE CENTER®**
**MODEL SW22 VICTORY®**
SKU: 12079 – TARGET MODEL
22 LR – 10+1 Rounds
6.0" Fluted Barrel
*FIBER OPTIC SIGHTS*
*PICATINNY-STYLE RAIL INCLUDED*
*RED DOT SIGHT – 6 MOA DOT\**



**PERFORMANCE CENTER®**
**MODEL SW22 VICTORY®**
SKU: 12080 – TARGET MODEL
22 LR – 10+1 Rounds
6.0" Carbon Fiber Barrel
*PICATINNY-STYLE RAIL INCLUDED*



**PERFORMANCE CENTER®**
**MODEL SW22 VICTORY®**
SKU: 12081 – TARGET MODEL
22 LR – 10+1 Rounds
6.0" Carbon Fiber Barrel
*PICATINNY-STYLE RAIL INCLUDED*
*RED DOT SIGHT – 6 MOA DOT\**



**MODEL 41**
SKU: 130511
22 LR
10+1 Rounds
5.5" Barrel



**MODEL 41**
SKU: 130512
22 LR
10+1 Rounds
7.0" Barrel



**PERFORMANCE CENTER®**
**MODEL 41**
SKU: 178031
22 LR · 10+1 Rounds
5.5" Barrel
*INTEGRAL PICATINNY-STYLE RAIL*
*CUTOUT, INTERCHANGEABLE FRONT SIGHT*

47

## SMITH & WESSON® SW1911™ and MODEL 41 PISTOLS



**MODEL SW1911 SC**
SKU: 108483
45 AUTO
8+1 and 7+1 Rounds
4.25" Barrel
*ROUND BUTT, SCANDIUM ALLOY FRAME*
*TRITIUM NIGHT SIGHTS*



**MODEL SW1911 SC**
SKU: 108485
45 AUTO
8+1 and 7+1 Rounds
4.25" Barrel
*ROUND BUTT, SCANDIUM ALLOY FRAME*
*TRITIUM NIGHT SIGHTS · TWO-TONE FINISH*



**MODEL SW1911 TA**
SKU: 108411
45 AUTO
8+1 Rounds
5.0" Barrel
*TACTICAL RAIL*
*TRITIUM NIGHT SIGHTS*



**MODEL SW1911**
SKU: 108482
45 AUTO
8+1 Rounds
5.0" Barrel
*WHITE DOT SIGHTS*



**MODEL SW1911 SC**
SKU: 10270 *
45 AUTO
8+1 Rounds
5.0" Barrel
MAHOGANY
PRESENTATION CASE
INCLUDED



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 178020 – PRO SERIES®
45 AUTO · 7+1 Rounds
3.0" Barrel
*OVERSIZED EXTERNAL EXTRACTOR*
*FULL-LENGTH GUIDE ROD*
*SUB COMPACT FRAME*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 178011 – PRO SERIES®
45 AUTO · 8+1 Rounds
5.0" Barrel
*AMBIDEXTROUS  THUMB SAFETYV*
*FULL-LENGTH GUIDE ROD*
*PRECISION CROWNED MUZZLE*
*HAND POLISHED FEED RAMP*
*30 LPI FRONT STRAP CHECKERING*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 170344
45 AUTO · 8+1 Rounds
4.25" Barrel
*PC TUNED ACTION · ROUND BUTT FRAME*
*POLISHED FEED RAMP · FULL-LENGTH GUIDE ROD*
*THROATED BARREL · PRECISION CROWNED MUZZLE*
*SPHERICAL BARREL BUSHING*
*LIGHTENING CUTS IN SLIDE*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 170343
45 AUTO · 8+1 Rounds
5.0" Barrel
*PC TUNED ACTION · POLISHED FEED RAMP*
*FULL-LENGTH GUIDE ROD*
*THROATED BARREL · PRECISION CROWNED MUZZLE*
*SPHERICAL BARREL BUSHING*
*LIGHTENING CUTS IN SLIDE*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 178053 – PRO SERIES®
9mm · 8+1 Rounds
3.0" Barrel
*OVERSIZED EXTERNAL EXTRACTOR*
*FULL-LENGTH GUIDE ROD*
*SUB COMPACT FRAME*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 178047 – PRO SERIES®
9mm · 10+1 Rounds
5.0" Barrel
*ADJUSTABLE REAR SIGHT*
*FULL-LENGTH GUIDE ROD*
*PRECISION CROWNED MUZZLE*
*STONED HAMMER & SEAR*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 178017 – PRO SERIES®
9mm · 10+1 Rounds
5.0" Barrel
*FIXED REAR SIGHT*
*FULL-LENGTH GUIDE ROD*
*PRECISION CROWNED MUZZLE*
*STONED HAMMER & SEAR*

*\*\* PERFORMANCE CENTER CLEANING KIT INCLUDED*

## SMITH & WESSON® SD™ and SDVE™ SELF DEFENSE PISTOLS



**MODEL SD™9 VE**
SKU: 223900
9mm
16+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*



**MODEL SD™9 VE**
SKU: 123900
9mm
10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*



**MODEL SD™9 VE**
SKU: 123902
9mm
10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*10 LB TRIGGER – MA COMPLIANT*



**MODEL SD™9 VE**
SKU: 123903
9mm – 10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR – TLCI*
*CA COMPLIANT*



**MODEL SD™9 VE**
SKU: 11907
9mm
10+1 Rounds
4.0" Barrel
*HI-VIZ® SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR – TLCI*
*CA COMPLIANT*



**MODEL SD™9**
SKU: 11995
9mm
16+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*GRAY FRAME FINISH*



**MODEL SD™9**
SKU: 11998
9mm
16+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*FLAT DARK EARTH FRAME FINISH*



**MODEL SD™40 VE**
SKU: 223400
40 S&W
14+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*



**MODEL SD™40 VE**
SKU: 123400
40 S&W
10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*



**MODEL SD™40 VE**
SKU: 123403
40 S&W
10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR – TLCI*
*CA COMPLIANT*



**MODEL SD™40 VE**
SKU: 11908
40 S&W
10+1 Rounds
4.0" Barrel
*HI-VIZ® SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR – TLCI*
*CA COMPLIANT*



**MODEL SD™40**
SKU: 11996
40 S&W
14+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*GRAY FRAME FINISH*



**MODEL SD™40**
SKU: 11999
40 S&W
14+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*FLAT DARK EARTH FRAME FINISH*

## SMITH & WESSON® SW22 VICTORY™ | MODEL 41 PISTOLS

| MODEL | SKU | Caliber/Magazine Capacity | Action | | Measurements | | | | Weight | | Front Sights | | | | Rear Sights | | | Grips | | | | Frame Material | | Slide/Barrel Material | | Frame Finish | | | Slide Finish | | | Features | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 22 LR | Blowback | Single Action | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Ounces | Grams | Fiber Optic | Black Blade | Partridge | Custom Removable | Adjustable Fiber Optic | Square Notch Black Blade | Adjustable | Wood Laminate | Textured Thumb Rest | TandemKross "hivegrips" | Textured Polymer | Stainless Steel | Carbon Steel | Stainless Steel | Carbon Steel | Blued | Matte Silver | Kryptek Highlander Camo | Kryptek Highlander Camo | Blued | Matte Silver | Thumb Safety | Adjustable Trigger Stop | Picatinny-Style Rail | Threaded Barrel | Fluted Barrel | Carbon Fiber Barrel | Custom Muzzle Brake | Polished Feed Ramp | Red Dot Sight Included | Full Length Guide Rod | Precision Crowned Muzzle | Chamfered Magazine Well | Extended Magazine Release | Flat Face Adj Trigger |
| SW22 VICTORY® | 108490 | 10 | • | | 5.5 | 14.0 | 9.2 | 23.4 | 37.1 | 1051.8 | • | | | | • | | | | | | • | • | | • | | | • | | | | | • | • | • | | | | | | | | | | | |
| SW22 VICTORY® | 10201 | 10 | • | | 5.5 | 14.0 | 9.2 | 23.4 | 37.0 | 1049.0 | • | | | | • | | | | | | • | • | | • | | | • | | | | | • | • | • | • | | | | | | | | | | |
| SW22 VICTORY® | 10297 | 10 | • | | 5.5 | 14.0 | 9.2 | 23.4 | 37.3 | 1507.5 | • | | | | • | | | | | | • | • | | • | | | • | • | • | | | • | • | • | | | | | | | | | | | |
| SW22 VICTORY® | 11536 | 10 | • | | 5.5 | 14.0 | 9.2 | 23.4 | 37.2 | 1054.6 | | | | | • | | | | | | • | • | | • | | | • | | | | | • | • | • | • | | | | | | | | | | |
| SW22 VICTORY® | 12078 | 10 | • | | 6.0 | 15.2 | 11.25 | 28.6 | 37.6 | 1066.0 | | | | | | | • | | • | "hivegrips" • | • | | • | | | • | | | | | • | • | • | • | • | • | | • | • | | | | • | • | • |
| SW22 VICTORY® | 12079 | 10 | • | | 6.0 | 15.2 | 11.25 | 28.6 | 38.0 | 1077.3 | | | | | | | • | | • | | • | | • | | | • | | | | | • | • | • | | • | • | | • | • | | | | • | • | • |
| SW22 VICTORY® | 12080 | 10 | • | | 6.0 | 15.2 | 11.25 | 28.6 | 33.0 | 935.6 | | | | | | | • | | • | | • | | • | | | • | | | | | • | • | • | • | • | | | • | • | • | | | • | • | • |
| SW22 VICTORY® | 12081 | 10 | • | | 6.0 | 15.2 | 11.25 | 28.6 | 33.0 | 935.6 | | | | | | | • | | • | | • | | • | | | • | | | | | • | • | • | • | • | • | | • | • | | | | • | • | • |
| 41 | 130511 | 10 | | • | 5.5 | 13.9 | 10.5 | 26.7 | 44.5 | 1261.6 | | | • | | | | | • | • | | | | • | | • | | • | • | | | • | | | • | • | | | | | | | | | | |
| 41 | 130512 | 10 | | • | 7.0 | 17.8 | 12.0 | 30.5 | 44.7 | 1267.2 | | | • | | | | | • | • | | | | • | | • | | • | • | | | • | | | • | • | | | | | | | | | | |
| 41 | 178031 | 10 | | • | 5.5 | 13.9 | 10.5 | 26.7 | 42.6 | 1207.7 | | | | • | | | • | • | | | | | • | | • | | • | • | | | • | | | • | | | | | | | | | • | • | • |

## SMITH & WESSON® SW1911™ and SD™ & SDVE™ SELF DEFENSE PISTOLS

| MODEL | SKU | Full Size | Sub Compact | 9mm | 45 AUTO | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall Length (cm) | Ounces | Grams | Black Post | Black Dovetail | White Dot Dovetail | Novak® Fiber Optic | Custom Removable | Fixed | Adjustable | Fiber Optic | Custom Wood | Synthetic | G10 Custom Wood | Carbon Steel (frame) | Scandium Alloy | Stainless Steel (frame) | Carbon Steel (bbl/slide) | Stainless Steel (bbl/slide) | Blue | Two-Tone | Matte Black | Matte Silver | Integral Picatinny-Style Rail | Manual Thumb Safety | Precision Button Rifled Barrel | Adjustable Trigger Stop | PC Tuned Action | Polished Feed Ramp | Full-Length Guide Rod | Throated Barrel | Precision Crowned Muzzle | Spherical Barrel Bushing | Extended Magazine Well | Oversized Extractor | Stoned Hammer & Sear | Lightening Cuts in Slide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW1911 | 170344 | • | | | 8 | 4.25 | 10.8 | 7.9 | 20.2 | 29.4 | 833.5 | | | • | | | • | | | | • | | | • | | | • | | • | | | | | • | | | • | • | • | • | • | • | | | • | • |
| SW1911 | 170343 | | | | 8 | 5.0 | 12.7 | 8.7 | 22.1 | 40.5 | 1148.2 | • | | | | | | • | | | • | | | | • | | • | | | | • | | | | | • | • | • | • | • | • | • | • | | |
| SW1911 | 178053 | | • | 8 | | 3.0 | 7.6 | 6.9 | 17.5 | 26.0 | 737.1 | | | • | | | • | | | | | • | | • | | | • | | | | • | | | | | • | | | • | | | | | • | |
| SW1911 | 178020 | | • | | 7 | 3.0 | 7.6 | 6.9 | 17.5 | 25.0 | 708.8 | | | • | | | • | | | | • | | | | • | | • | | | | | • | | | | | • | | | | | | | • | |
| SW1911 | 178047 | | | 10 | | 5.0 | 12.7 | 8.7 | 22.1 | 41.1 | 1165.2 | • | | | | | | • | | | • | | | | • | | • | | | | | • | | | | | • | • | • | • | | • | | • | |
| SW1911 | 178017 | | | 10 | | 5.0 | 12.7 | 8.7 | 22.1 | 40.9 | 1159.5 | | | • | | | | • | | | • | | | | • | | • | | | | | • | | | | | • | • | • | • | | • | | • | |
| SW1911 | 178011 | | | | 8 | 5.0 | 12.7 | 8.7 | 22.1 | 38.2 | 1083.0 | | | | • | | | | • | • | • | | | | • | | • | | | • | | | | | | • | • | | • | • | | • | | | |

| MODEL | SKU | 9mm | 40 S&W | 45 AUTO | Striker Fire | Single Action | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Ounces | Grams | HI-VIZ® Fiber Optic | Night Sight | White Dot | Night Sight | White 2-Dot | HI-VIZ® 2-Dot Red | Polymer | Wood Laminate | Stainless Steel | Scandium Alloy | Polymer | Stainless Steel | Black | Matte Silver | Gray | Flat Dark Earth | Black | Matte Silver | Thumb Safety | TLCI | 10 lb. Trigger Pull | Picatinny-Style Rail | Grip Safety |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW1911 | 108483 | | | 7 & 8 | | • | 4.25 | 10.8 | 7.95 | 20.2 | 29.5 | 836.3 | | • | | • | | | • | | • | | | • | | • | • | | | • | | • | | | | • |
| SW1911 | 108485 | | | 7 & 8 | | • | 4.25 | 10.8 | 7.95 | 20.2 | 29.5 | 836.3 | | • | | • | | | • | | • | | | • | | | | | | • | • | | | | • |
| SW1911 | 108411 | | | 8 | | • | 5.0 | 12.7 | 8.7 | 22.1 | 41.0 | 1162.4 | | • | | • | | | • | • | • | | | • | | • | | | | • | | | | • | • |
| SW1911 | 108482 | | | 8 | | • | 5.0 | 12.7 | 8.7 | 22.1 | 39.6 | 1122.7 | | | • | | • | | • | | • | | | • | | • | | | | • | | | | | • |
| SD™9 | 11995 | 16 | | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 22.3 | 632.2 | | | • | | • | | • | | | | • | | | | • | | | • | | | | • | |
| SD™9 | 11998 | 16 | | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 23.2 | 657.7 | | | • | | • | | • | | | | • | | | | | • | | • | | | | • | |
| SD™40 | 11996 | | 14 | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 23.2 | 632.2 | | | • | | • | | • | | | | • | | | | • | | | • | | | | • | |
| SD™40 | 11999 | | 14 | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 22.9 | 649.2 | | | • | | • | | • | | | | • | | | | | • | | • | | | | • | |
| SD™9 VE | 223900 | 16 | | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 22.8 | 646.4 | | | • | | • | | • | | | | • | | • | | | | • | | | | • | |
| SD™9 VE | 123900 | 10 | | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 22.7 | 643.5 | | | • | | • | | • | | | | • | | • | | | | • | | | | • | |
| SD™9 VE | 123902 | 10 | | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 23.1 | 654.9 | | | • | | • | | • | | | | • | | • | | | | • | | | • | | |
| SD™9 VE | 123903 | 10 | | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 23.2 | 657.7 | | | • | | • | | • | | | | • | | • | | | | • | | | | • | |
| SD™9 VE | 11907 | 10 | | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 23.2 | 657.7 | • | | | | | • | • | | | | • | | • | | | | • | | | | • | |
| SD™40 VE | 223400 | | 14 | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 22.6 | 640.7 | | | • | | • | | • | | | | • | | • | | | | • | | | | • | |
| SD™40 VE | 123400 | | 10 | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 22.4 | 635.0 | | | • | | • | | • | | | | • | | • | | | | • | | | | • | |
| SD™40 VE | 123403 | | 10 | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 23.1 | 654.9 | | | • | | • | | • | | | | • | | • | | | | • | | | | • | |
| SD™40 VE | 11908 | | 10 | | • | | 4.0 | 10.2 | 7.2 | 18.3 | 23.1 | 654.9 | • | | | | | • | • | | | | • | | • | | | | • | | | | • | |



# SMITH & WESSON®, THE NAME SAYS REVOLVER.

When you're behind a Smith & Wesson® revolver, you're behind 169 years of reliability and accuracy. That's why we keep making these beauties. Since 1852 the Smith & Wesson® promise has and always will remain the same – firearms you can count on when only the best will do.



# REVOLVERS

## PAGES 54 - 62

**Small | J-Frame**

**Medium | K-Frame**

**Medium | L-Frame**

**Large | N-Frame**

**Extra Large | X-Frame**

**S&W® Governor®**

**Model 329PD** | SKU 163414 | Pg. 59

## SMALL (J) FRAME REVOLVERS



**MODEL 43C**
SKU: 103043
22 LR ~ 8 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*XS® FRONT NIGHT SIGHT*
*INTERNAL HAMMER · NO INTERNAL LOCK*



**MODEL 317 KIT GUN™**
SKU: 160221
22 LR ~ 8 Rounds
3.0" Barrel
*ALUMINUM ALLOY FRAME*
*EXTERNAL HAMMER*
*HI-VIZ® GREEN FRONT SIGHT*

**MODEL 63**
SKU: 162634
22 LR ~ 8 Rounds
3.0" Barrel
*STAINLESS STEEL FRAME*
*EXTERNAL HAMMER*
*HI-VIZ® RED FRONT SIGHT*



**MODEL 351C**
SKU: 103351
22 WMR ~ 7 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*XS® FRONT NIGHT SIGHT*
*INTERNAL HAMMER · NO INTERNAL LOCK*

**MODEL 351 PD**
SKU: 160228
22 WMR ~ 7 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*HI-VIZ® FRONT SIGHT*
*EXTERNAL HAMMER*

**MODEL 442**
38 S&W Special +P
5 Rounds ~ 1.88" Barrel
*ALUMINUM ALLOY FRAME*
*INTERNAL HAMMER*
SKU: 162810
SKU: 150544–NO INTERNAL LOCK

**MODEL 642**
38 S&W Special +P
5 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*INTERNAL HAMMER*
SKU: 163810
SKU: 103810 – NO INTERNAL LOCK

**MODEL 642**
SKU: 150466
38 S&W Special +P
5 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*INTERNAL HAMMER*
*PINK SYNTHETIC GRIP / BLACK GRIP INCLUDED*



**MODEL 642 CT**
38 S&W Special +P
5 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*INTERNAL HAMMER*
*CRIMSON TRACE® RED LASERGRIPS®*
SKU: 163811
SKU: 150972 – NO INTERNAL LOCK

**MODEL 642 LS**
LADYSMITH™
SKU: 163808
38 S&W Special +P
5 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*INTERNAL HAMMER*



**PERFORMANCE CENTER®**

**MODEL 442**
SKU: 178041 – PRO SERIES®
38 S&W Special +P
5 Rounds ~ 1.88" Barrel
*NO INTERNAL LOCK*
*CYLINDER CUT FOR MOONCLIPS*
*INTERNAL HAMMER*



**PERFORMANCE CENTER®**

**MODEL 642**
SKU: 178042 – PRO SERIES®
38 S&W Special +P
5 Rounds ~ 1.88" Barrel
*NO INTERNAL LOCK*
*CYLINDER CUT FOR MOONCLIPS*
*INTERNAL HAMMER*



**PERFORMANCE CENTER®**

**MODEL 442**
SKU: 12643
38 S&W Special +P
5 Rounds ~ 1.88" Barrel
*PC TUNED ACTION · NO INTERNAL LOCK*
*CRIMSON TRACE® RED LASERGRIPS®*
*INTERNAL HAMMER*



**PERFORMANCE CENTER®**

**MODEL 642**
SKU: 170348
38 S&W Special +P
5 Rounds ~ 1.88" Barrel
*PC TUNED ACTION*
*CUSTOM WOOD GRIP*
*INTERNAL HAMMER*



**PERFORMANCE CENTER®**

**MODEL 642**
SKU: 10186
38 S&W Special +P
5 Rounds ~ 1.88" Barrel
*PC TUNED ACTION · NO INTERNAL LOCK*
*HIGH BRIGHT, POLISHED CYLINDER FLUTES,*
*THUMBPIECE AND SIDE PLATE SCREWS*
*CUSTOM GRIP · INTERNAL HAMMER*
*CYLINDER CUT FOR MOONCLIPS*

**MODEL 442**
SKU: 150785
38 S&W Special +P
5 Rounds
1.88" Barrel
*MACHINE ENGRAVED*
*MAHOGANY PRESENTATION CASE INCLUDED*

54

# SMALL (J) FRAME REVOLVERS



**MODEL BG38**
38 S&W Special +P
5 Rounds – 1.9" Barrel
*CRIMSON TRACE® INTEGRATED RED LASER*
SKU: 12056
SKU: 12058 – 10 LB TRIGGER – MA COMPLIANT 



**MODEL BG38**
SKU: 103039
38 S&W Special +P
5 Rounds
1.9" Barrel
*NO LASER MODEL*



**MODEL 637**
SKU: 163050
38 S&W Special +P
5 Rounds – 1.88" Barrel
*ALUMINUM ALLOY FRAME*
*EXTERNAL HAMMER*

**MODEL 637 CT**
SKU: 163052
38 S&W Special +P
5 Rounds – 1.88" Barrel
*ALUMINUM ALLOY FRAME*
*EXTERNAL HAMMER*
*CRIMSON TRACE® RED LASERGRIPS®*



**PERFORMANCE CENTER®**
**MODEL 637**
SKU: 170349
38 S&W Special +P
5 Rounds – 1.88" Barrel
*PC TUNED ACTION · CUSTOM WOOD GRIP*
*EXTERNAL HAMMER*

**MODEL 638**
SKU: 163070
38 S&W Special +P
5 Rounds – 1.88" Barrel
*ALUMINUM ALLOY FRAME*
*SHROUDED HAMMER*



**MODEL 60**
SKU: 162420
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
*STAINLESS STEEL FRAME*
*EXTERNAL HAMMER*



**MODEL 60**
SKU: 162430
357 Magnum / 38 S&W Special +P
5 Rounds – 3.0" Barrel
*STAINLESS STEEL FRAME*
*EXTERNAL HAMMER*



**MODEL 60 LS**
LADYSMITH™
SKU: 162414
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
*STAINLESS STEEL FRAME*
*EXTERNAL HAMMER*



**MODEL 640**
SKU: 163690
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
*STAINLESS STEEL FRAME*
*INTERNAL HAMMER*

**PERFORMANCE CENTER®**
**MODEL 640 – PRO SERIES®**
SKU: 178044
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
*NO INTERNAL LOCK · TRITIUM NIGHT SIGHTS*
*CYLINDER CUT FOR MOONCLIPS*
*INTERNAL HAMMER*



**MODEL 640**
SKU: 150784
357 Magnum / 38 S&W Special +P
5 Rounds
2.13" Barrel
MACHINE ENGRAVED
MAHOGANY PRESENTATION
CASE INCLUDED



**PERFORMANCE CENTER®**
**MODEL 60 – PRO SERIES®**
SKU: 178013
357 Magnum / 38 S&W Special +P
5 Rounds – 3.0" Barrel
*FRONT NIGHT SIGHT*
*OVERSIZED LAMINATE GRIP*
*EXTERNAL HAMMER*



**MODEL 36**
CLASSIC SERIES
SKU: 150184
38 S&W Special +P
5 Rounds – 1.88" Barrel
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*

55

## SMALL (J) FRAME REVOLVERS



**MODEL M&P®340**
SKU: 103072
357 Magnum /
38 S&W Special +P
5 Rounds · 1.88" Barrel
*NO INTERNAL LOCK · SCANDIUM ALLOY FRAME*
*FRONT NIGHT SIGHT · INTERNAL HAMMER*



**MODEL 340 PD**
SKU: 163062
357 Magnum / 38 S&W Special +P
5 Rounds ~ 1.88" Barrel
*SCANDIUM ALLOY FRAME*
*HI-VIZ® GREEN FRONT SIGHT*
*INTERNAL HAMMER*

**MODEL 340 PD**
SKU: 103061
357 Magnum / 38 S&W Special +P
5 Rounds ~ 1.88" Barrel
*SCANDIUM ALLOY FRAME*
*NO INTERNAL LOCK*
*INTERNAL HAMMER*

**MODEL 360 PD**
SKU: 163064
357 Magnum / 38 S&W Special +P
5 Rounds ~ 1.88" Barrel
*SCANDIUM ALLOY FRAME*
*HI-VIZ® RED FRONT SIGHT*
*EXTERNAL HAMMER*

## MEDIUM (K) FRAME REVOLVERS



**MODEL 617**
SKU: 160584
22 LR
10 Rounds
4.13" Barrel



**MODEL 617**
SKU: 160578
22 LR
10 Rounds
6.0" Barrel



**MODEL 648**
SKU: 12460
22 WMR
8 Rounds
6.0" Barrel



**MODEL 66 COMBAT MAGNUM**
SKU: 10061
357 Magnum / 38 S&W Special +P
6 Rounds
2.75" Barrel
*BLACK THUMB PIECE AND EXTRACTOR*



**MODEL 66 COMBAT MAGNUM**
SKU: 162662
357 Magnum / 38 S&W Special +P
6 Rounds
4.25" Barrel
*BLACK THUMB PIECE AND EXTRACTOR*



**MODEL 48**
CLASSIC SERIES
SKU: 150717
22 Magnum
4.0" Barrel ~ 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 48**
CLASSIC SERIES
SKU: 150718
22 Magnum
6.0" Barrel ~ 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 17 MASTERPIECE™**
CLASSIC SERIES
SKU: 150477
22 LR
6.0" Barrel ~ 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 10**
CLASSIC SERIES
SKU: 150786
38 S&W Special +P
4.0" Barrel ~ 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 19**
CLASSIC SERIES
SKU: 12040
357 Magnum / 38 S&W Special +P
4.25" Barrel ~ 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**PERFORMANCE CENTER®**
**MODEL 19 Carry Comp®**
SKU 12039
357 Magnum / 38 S&W Special +P
6 Rounds ~ 3.0" Barrel
*PC TUNED ACTION*
*POWERPORT™ VENTED BARREL*
*OVERTRAVEL TRIGGER STOP*

## MEDIUM (L) FRAME REVOLVERS



**MODEL 686**
SKU: 164222
357 Magnum / 38 S&W Special +P
6 Rounds
4.13" Barrel



**MODEL 686**
SKU: 164224
357 Magnum / 38 S&W Special +P
6 Rounds
6.0" Barrel



**MODEL 686 PLUS**
SKU: 164192
357 Magnum / 38 S&W Special +P
7 Rounds
2.5" Barrel



**MODEL 686 PLUS**
SKU: 164300
357 Magnum / 38 S&W Special +P
7 Rounds
3.0" Barrel



**MODEL 686 PLUS**
SKU: 164194
357 Magnum / 38 S&W Special +P
7 Rounds
4.13" Barrel



**MODEL 686 PLUS**
SKU: 164198
357 Magnum / 38 S&W Special +P
7 Rounds
6.0" Barrel



**MODEL 686 PLUS**
SKU: 150853
357 Magnum / 38 S&W Special +P
7 Rounds
3.0" Barrel
*3-5-7 MAGNUM SERIES CUSTOM WOOD GRIP*



**MODEL 686 PLUS**
SKU: 150854
357 Magnum / 38 S&W Special +P
7 Rounds
5.0" Barrel
*3-5-7 MAGNUM SERIES CUSTOM WOOD GRIP*



**MODEL 686 PLUS**
SKU: 150855
357 Magnum / 38 S&W Special +P
7 Rounds
7.0" Barrel
*3-5-7 MAGNUM SERIES CUSTOM WOOD GRIP*



**MODEL 686 PLUS DELUXE**
SKU: 150713
357 Magnum / 38 S&W Special +P
7 Rounds
3.0" Barrel
*TEXTURED WOOD GRIP*



**MODEL 686 PLUS DELUXE**
SKU: 150712
357 Magnum / 38 S&W Special +P
7 Rounds
6.0" Barrel
*TEXTURED WOOD GRIP*



**MODEL 69 COMBAT MAGNUM**
SKU: 10064
44 Magnum / 44 Special
5 Rounds
2.75" Barrel
*BLACK THUMB PIECE AND EX-TRACTOR*



**MODEL 69 COMBAT MAGNUM**
SKU: 162069
44 Magnum / 44 Special
5 Rounds
4.25" Barrel
*BLACK THUMB PIECE AND EXTRACTOR*



**MODEL 586**
CLASSIC SERIES
SKU: 150909
357 Magnum / 38 S&W Special +P
6 Rounds
4.0" Barrel
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 586**
CLASSIC SERIES
SKU: 150908
357 Magnum / 38 S&W Special +P
6 Rounds
6.0" Barrel
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*

## MEDIUM (L) FRAME REVOLVERS





**PERFORMANCE CENTER®**

### MODEL 986
SKU 10227
9mm
7 Rounds – 2.5" Barrel
*PC TUNED ACTION*
*OVERTRAVEL TRIGGER STOP*
*TITANIUM ALLOY CYLINDER · BOSSED MAINSPRING*



**PERFORMANCE CENTER®**

### MODEL 686 PLUS
SKU 170346
357 Magnum / 38 S&W Special +P
7 Rounds – 2.5" Barrel
*PC TUNED ACTION*
*OVERTRAVEL TRIGGER STOP*
*CHAMFERED CHARGE HOLES · BOSSED MAINSPRING*



**PERFORMANCE CENTER®**

### MODEL 586 L-COMP
SKU 170170
357 Magnum / 38 S&W Special +P
7 Rounds – 3.0" Ported, Full Lug Barrel
*PC TUNED ACTION · TRITIUM FRONT NIGHT SIGHT*
*CYLINDER CUT FOR MOON CLIPS*
*TRIGGER WITH TRIGGER STOP*



**PERFORMANCE CENTER®**

### MODEL 686 SSR – PRO SERIES®
SKU 178012
357 Magnum / 38 S&W Special +P
6 Rounds – 4.0" Barrel
*BOSSED MAINSPRING*
*CHAMFERED CHARGE HOLES*



**PERFORMANCE CENTER®**

### MODEL 686 PLUS – PRO SERIES®
SKU 178038
357 Magnum / 38 S&W Special +P
7 Rounds – 5.0" Barrel
*CYLINDER CUT FOR MOON CLIPS*
*CHAMFERED CHARGE HOLES*



**PERFORMANCE CENTER®**

### MODEL 986 – PRO SERIES®
SKU 178055
9mm
7 Rounds – 5.0" Barrel
*TITANIUM ALLOY CYLINDER*
*BOSSED MAINSPRING*



**PERFORMANCE CENTER®**

### MODEL 686
SKU 11759
357 Magnum / 38 S&W Special +P
6 Rounds – 4.0" Barrel
*PC TUNED ACTION · VENTED RIB BARREL*
*OVERTRAVEL TRIGGER STOP*
*PC SPEED RELEASE THUMBPIECE*



**PERFORMANCE CENTER®**

### MODEL 686 PLUS
SKU 11760
357 Magnum / 38 S&W Special +P
7 Rounds – 5.0" Barrel
*PC TUNED ACTION · VENTED RIB BARREL*
*OVERTRAVEL TRIGGER STOP*
*PC SPEED RELEASE THUMBPIECE*



**PERFORMANCE CENTER®**

### MODEL 686 COMPETITOR
SKU 170319
357 Magnum / 38 S&W Special +P
6 Rounds
6.0" Weighted Barrel
*PC TUNED ACTION · INTEGRAL SIGHT RAIL*
*CHROMED TRIGGER WITH TRIGGER STOP*
*ADJUSTABLE BARREL WEIGHTS*

## LARGE (N) FRAME REVOLVERS



**MODEL 610**
SKU: 12463
10mm AUTO / 40 S&W
6 Rounds
4.0" Barrel
*INCLUDES MOON CLIPS*



**MODEL 610**
SKU: 12462
10mm AUTO / 40 S&W
6 Rounds
6.5" Barrel
*INCLUDES MOON CLIPS*



**MODEL 629 DELUXE**
SKU: 150715
44 Magnum / 44 Special
6 Rounds
3.0" Barrel
*TEXTURED WOOD GRIP*



**MODEL 629 DELUXE**
SKU: 150714
44 Magnum / 44 Special
6 Rounds
6.5" Barrel
*TEXTURED WOOD GRIP*



**MODEL 329 PD**
SKU: 163414
44 Magnum / 44 Special
6 Rounds
4.13" Barrel
*SCANDIUM ALLOY FRAME · TITANIUM ALLOY CYLINDER*
*TEXTURED WOOD GRIP – SYNTHETIC GRIPS INCLUDED*



**MODEL 629**
SKU: 163603
44 Magnum / 44 Special
6 Rounds
4.13" Barrel

**MODEL 629**
SKU: 163606
44 Magnum / 44 Special
6 Rounds
6.0" Barrel



**MODEL 629 CLASSIC**
SKU: 163636
44 Magnum / 44 Special
6 Rounds
5.0" Barrel



**MODEL 629 CLASSIC**
SKU: 163638
44 Magnum / 44 Special
6 Rounds
6.5" Barrel



**MODEL 27**
CLASSIC SERIES
SKU: 150339
357 Magnum / 38 S&W Special +P
4.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*

**MODEL 27**
CLASSIC SERIES
SKU: 150341
357 Magnum / 38 S&W Special +P
6.5" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 57**
CLASSIC SERIES
SKU: 150481
41 Magnum
6.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 25**
CLASSIC SERIES
SKU: 150256
45 Colt
6.5" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 29**
SKU: 150783
44 Magnum / 44 Special
6 Rounds
4.0" Barrel
MACHINE ENGRAVED
MAHOGANY PRESENTATION CASE INCLUDED



**MODEL 29**
CLASSIC SERIES
SKU: 150254
44 Magnum / 44 Special
4.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 29**
CLASSIC SERIES
SKU: 150145
44 Magnum / 44 Special
6.5" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*
*SHIPS WITH MAHOGANY PRESENTATION CASE*

## LARGE (N) FRAME REVOLVERS



**PERFORMANCE CENTER®**

**MODEL 627 – PRO SERIES®**
SKU 178014
357 Magnum / 38 S&W Special +P
8 Rounds – 4.0" Barrel
*BOSSED MAINSPRING · CHAMFERED CHARGE HOLES*
*CYLINDER CUT FOR MOON CLIPS*

**PERFORMANCE CENTER®**

**MODEL 627**
SKU 170133
357 Magnum / 38 S&W Special +P
8 Rounds – 2.63" Barrel
*PC TUNED ACTION · BALL DETENT LOCK-UP*
*CYLINDER CUT FOR MOON CLIPS*

**PERFORMANCE CENTER®**

**MODEL 627**
SKU 170210
357 Magnum / 38 S&W Special +P
8 Rounds – 5.0" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER WITH TRIGGER STOP*
*CYLINDER CUT FOR MOON CLIPS*



**PERFORMANCE CENTER®**

**MODEL 929**
SKU 170341
9mm
8 Rounds – 6.5" Barrel
*PC TUNED ACTION · REMOVABLE COMPENSATOR*
*CHROMED TRIGGER WITH TRIGGER STOP*



**PERFORMANCE CENTER®**

**MODEL 327**
SKU 170245
357 Magnum / 38 S&W Special +P
8 Rounds – 2.0" Barrel
*PC TUNED ACTION · SCANDIUM ALLOY FRAME*
*TITANIUM ALLOY CYLINDER & SHROUD*
*CYLINDER CUT FOR MOON CLIPS · TEARDROP HAMMER*



**PERFORMANCE CENTER®**

**MODEL 627 V-COMP**
SKU 170296
357 Magnum / 38 S&W Special +P
8 Rounds – 5.0" Barrel
*PC TUNED ACTION · REMOVABLE COMPENSATOR*
*CHROMED TRIGGER WITH TRIGGER STOP*
*CYLINDER CUT FOR MOON CLIPS*



**MODEL M&P®R8**
SKU: 170292

*Optic & Light Not Included*

**PERFORMANCE CENTER®**

357 Magnum / 38 S&W Special +P
8 Rounds
5.0" Barrel
*PC TUNED ACTION · SCANDIUM ALLOY FRAME*
*PICATINNY-STYLE TOP AND EQUIPMENT RAIL*
*CYLINDER CUT FOR MOON CLIPS*



**MODEL 327 TRR8**
SKU: 170269

*Optic & Light Not Included*

**PERFORMANCE CENTER®**

357 Magnum / 38 S&W Special +P
8 Rounds
5.0" Barrel
*PC TUNED ACTION · SCANDIUM ALLOY FRAME*
*REMOVABLE TOP AND EQUIPMENT RAIL*
*CYLINDER CUT FOR MOON CLIPS*



**PERFORMANCE CENTER®**

**MODEL 629**
SKU 170135
44 Magnum / 44 Special
6 Rounds
2.63" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER WITH TRIGGER STOP*
*BALL DETENT LOCK-UP*



**PERFORMANCE CENTER®**

**MODEL 629 COMPETITOR**
SKU 170320
44 Magnum / 44 Special
6 Rounds
6.0" Weighted Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER WITH TRIGGER STOP*
*INTEGRAL SIGHT RAIL · ADJUSTABLE BARREL WEIGHT*



**PERFORMANCE CENTER®**

**MODEL 629 STEALTH HUNTER**
SKU 170323
44 Magnum / 44 Special
6 Rounds
7.5" Barrel
*PC TUNED ACTION*
*MAG-NA-PORT® PORTED BARREL*
*PC TRIGGER WITH TRIGGER STOP*



*Optic Specifications are subject to Change*

**PERFORMANCE CENTER®**

**MODEL 629 MAGNUM HUNTER**
SKU 170318
44 Magnum / 44 Special
6 Rounds
7.5" Barrel
*PC TUNED ACTION*
*MUZZLE BRAKE · CHROMED TRIGGER WITH TRIGGER STOP*
*UTG 4.7" COMP RED/GREEN OPTIC INCLUDED*
*GUN RUG INCLUDED*

## EXTRA LARGE (X) FRAME REVOLVERS



**MODEL 460V**
SKU: 163465
460 S&W Magnum
5 Rounds
5.0" Barrel
*INTERCHANGEABLE COMPENSATOR*



**MODEL 460 XVR™**
SKU: 163460
460 S&W Magnum
5 Rounds
8.38" Barrel
*INTERCHANGEABLE COMPENSATOR*



**MODEL S&W500™**
SKU: 163504
500 S&W Magnum
5 Rounds
4.0" Barrel
*INTERCHANGEABLE COMPENSATOR*



**MODEL S&W500™**
SKU: 163500
500 S&W Magnum
5 Rounds
8.38" Barrel
*FIXED COMPENSATOR*



**MODEL S&W500™**
SKU: 163501
500 S&W Magnum
5 Rounds
8.38" Barrel
*INTERCHANGEABLE COMPENSATOR*
*HI-VIZ® RED FRONT SIGHT*



**PERFORMANCE CENTER®**
**MODEL 460 XVR™**
SKU 170350
460 S&W Magnum
5 Rounds – 3.5" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER · HI-VIZ® FRONT SIGHT*
*UNFLUTED CYLINDER · GUN RUG INCLUDED*



**PERFORMANCE CENTER®**
**MODEL S&W500™**
SKU 11623
500 S&W Magnum
5 Rounds – 3.5" Barrel
*PC TUNED ACTION · HI-VIZ® FRONT SIGHT*
*CHROMED TRIGGER WITH TRIGGER STOP*
*UNFLUTED CYLINDER · GUN RUG INCLUDED*



**PERFORMANCE CENTER®**
**MODEL S&W500™**
SKU 170299
500 S&W Magnum
5 Rounds – 7.5" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER WITH TRIGGER STOP · MUZZLE BRAKE*
*GUN RUG INCLUDED*



**PERFORMANCE CENTER®**
**MODEL 460 XVR™**
SKU 11626
460 S&W Magnum
5 Rounds – 7.5" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER · HI-VIZ® GREEN FRONT SIGHT*
*MUZZLE BRAKE · INTEGRAL SCOPE BASE*
*GUN RUG AND SLING INCLUDED*



**PERFORMANCE CENTER®**
**MODEL 460 XVR™**
SKU 170262
460 S&W Magnum
5 Rounds
10.5" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER · MUZZLE BRAKE*
*GUN RUG & SLING INCLUDED · HI-VIZ® GREEN FRONT SIGHT*



**PERFORMANCE CENTER®**
**MODEL S&W500™**
SKU 170231
500 S&W Magnum
5 Rounds – 10.5" Barrel
*PC TUNED ACTION · GUN RUG & SLING INCLUDED*
*CHROMED TRIGGER WITH TRIGGER STOP · MUZZLE BRAKE*

*Scope*
*Not Included*

**PERFORMANCE CENTER®**
**MODEL 460 XVR™**
SKU 170339
460 S&W Magnum
5 Rounds – 14.0" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER · MUZZLE BRAKE*
*BI-POD INCLUDED*
*GUN RUG & SLING INCLUDED*

## S&W® GOVERNOR® REVOLVERS



**MODEL S&W® GOVERNOR®**
SKU: 162410
410 2-1/2" Shotshell/45 Auto/45 Colt
6 Rounds
2.75" Barrel
*TRITIUM FRONT NIGHT SIGHT*



**MODEL S&W® GOVERNOR®**
SKU: 160410
410 2-1/2" Shotshell/45 Auto/45 Colt
6 Rounds
2.75" Barrel
*BLACK BLADE FRONT SIGHT*

## EXTRA LARGE (X) FRAME and S&W® GOVERNOR® REVOLVERS

| MODEL | SKU | Extra Large (X) Frame | Governor® Frame | 500 S&W Magnum | 460 S&W Magnum | 410 2-1/2 Shotshell, 45 Colt, 45 Auto | Single Action/Double Action | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Ounces | Grams | Red Ramp | Hi-VIZ® Fiber Optic | Interchangeable | Tritium Night Sight | Black Blade | Integral | Adjustable | Adjustable White Outline | Black Synthetic | Stainless Steel (Frame) | Scandium Alloy | Stainless Steel (Cylinder) | Stainless Steel (Barrel) | Satin Stainless | Matte Silver | Matte Black | Interchangeable Compensator | Moon Clips Included | Ported Compensator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S&W500™ | 163500 | • | | 5 | | | • | 8.38 | 21.3 | 15.0 | 38.1 | 71.0 | 2012.9 | | | • | | | | | • | • | • | | | • | • | • | | | | | • |
| S&W500™ | 163504 | • | | 5 | | | • | 4.0 | 10.2 | 10.25 | 26.0 | 55.4 | 1570.6 | • | | | | | | • | • | • | • | | • | • | • | | | | • | | |
| S&W500™ | 163501 | • | | 5 | | | • | 8.38 | 21.3 | 15.0 | 38.1 | 69.1 | 1959.0 | • | • | | | | | • | | • | • | | • | • | • | | | | • | | |
| 460 XVR™ | 163460 | • | | | 5 | | • | 8.38 | 21.3 | 15.0 | 38.1 | 72.0 | 2041.2 | | | • | | | | • | | • | • | | • | • | • | | | | • | | |
| 460V | 163465 | • | | | 5 | | • | 5.0 | 12.7 | 11.25 | 28.6 | 60.4 | 1712.3 | • | | | | | | • | | • | • | | • | • | • | | | | • | | |
| GOVERNOR® | 162410 | | • | | | 6 | • | 2.75 | 7.0 | 8.5 | 21.6 | 29.9 | 847.7 | | | | • | | • | | | • | | | • | • | | | • | | • | |
| GOVERNOR® | 160410 | | • | | | 6 | • | 2.75 | 7.0 | 8.5 | 21.6 | 30.2 | 856.2 | | | | | • | • | | | • | | | • | • | | • | | | • | |

62

# SMALL (J) FRAME REVOLVERS

| MODEL | SKU | Caliber/Round Capacity | | | | Action | | Measurements | | | | Weight | | Front Sights | | | | | Rear Sights | | | Grips | | | | | Frame Material | | | Cylinder Material | | | | Barrel Material | | Finish | | | | Features | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 22 LR | 22 Magnum | 38 S&W Special +P | 357 Magnum/38 S&W Special +P | Single Action/Double Action | Double Action Only | Barrel Length (in) | Barrel Length (cm) | Overall Length (in) | Overall length (cm) | Ounces | Grams | XS0 Sights** | HI-VIZ® Fiber Optic | Integral | Black Blade | Red Ramp | Integral | Adjustable | Integral U-Notch | Black Polymer | Pink Polymer | Flat/Dark Earth Polymer | Wood | Crimson Trace® Lasergrips® | Stainless Steel | Scandium Alloy | Aluminum Alloy | Stainless Steel | Carbon Steel | Aluminum Alloy | Titanium Alloy | Stainless Steel | Carbon Steel | Matte Black | Matte Silver | Satin Stainless | Blue | Internal Hammer | External Hammer | Shrouded Hammer | No Internal Lock | Classic Series Features | LadySmith® |
| 43C | 103043 | 8 | | | | | • | 1.88 | 4.8 | 6.25 | 15.9 | 11.4 | 323.2 | WD | | | | | • | | • | • | | | | | | | • | | | • | | | | • | | | | • | | | | | |
| 351C | 103351 | | 7 | | | | • | 1.88 | 4.8 | 6.25 | 15.9 | 11.4 | 323.2 | WD | | | | | • | | • | • | | | | | | | • | | | • | | | | • | | | | • | | | | | |
| 351PD | 160228 | | 7 | | | • | | 1.88 | 4.8 | 6.19 | 15.7 | 11.4 | 323.2 | | | • | | | • | | | | | | • | | | | • | | | • | | | | • | | | | • | | | • | | |
| 63 | 162634 | 8 | | | | • | | 3.0 | 7.6 | 7.25 | 18.4 | 25.0 | 708.8 | | • | | | | | • | | • | | | | | • | | | • | | | | • | | | | • | | | • | | | | |
| 317 Kit Gun™ | 160221 | 8 | | | | • | | 3.0 | 7.6 | 7.19 | 18.3 | 11.8 | 334.5 | | • | | | | | • | | • | | | | | | | • | | | • | | | | • | | | | | • | | | |
| 642 LS | 163808 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | | | | | • | | | | • | • | | | | | | | • | | | • | | | | • |
| 442 | 162810 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | | • | | | | | | | • | | • | | | | | • | | | | • | | | | |
| 442 | 150544 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | | • | | | | | | | • | | • | | | | | • | | | | • | | | • | | |
| 637 | 163050 | | | 5 | | • | | 1.88 | 4.8 | 6.31 | 16.0 | 14.5 | 411.1 | | | • | | | • | | | • | | | | | | | • | • | | | | | | | | • | | | • | | | | |
| 637 CT | 163052 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 15.5 | 439.4 | | | • | | | • | | | | | | | • | | | • | • | | | | | | | | • | | | • | | | | |
| 638 | 163070 | | | 5 | | • | | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | | • | | | | | | | • | • | | | | | | | | • | | | | • | | | |
| 642 | 163810 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | | • | | | | | | | • | • | | | | | | | • | | | • | | | | | |
| 642 | 150466 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | | | • | | | • | | | | • | | | | | | • | • | | | | | | | • | | | • | | | | | |
| 642 | 163810 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.4 | 408.2 | | | • | | | • | | | • | | | | | | | • | • | | | | | | | • | | | • | | | • | | |
| 642 CT | 163811 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 15.4 | 436.6 | | | • | | | • | | | | | | | • | | | • | • | | | | | | | • | | | • | | | | |
| 642 CT | 150972 | | | 5 | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 15.5 | 439.4 | | | • | | | • | | | | | | | • | | | • | • | | | | | | | • | | | • | | | | |
| 60 | 162420 | | | | 5 | • | | 2.13 | 5.4 | 6.6 | 16.7 | 21.5 | 609.5 | | | • | | | • | | | • | | | | | • | | | • | | | | | | | | • | | | • | | | |
| 60 | 162430 | | | | 5 | • | | 3.0 | 7.6 | 7.5 | 19.1 | 23.6 | 669.1 | | | • | | | | • | | • | | | | | • | | | • | | | | | | | | • | | | • | | | |
| 60 LS | 162414 | | | | 5 | • | | 2.13 | 5.4 | 6.6 | 16.7 | 22.0 | 623.7 | | | • | | | • | | | | | | • | | • | | | • | | | | | | | | • | | | • | | | • |
| 640 | 163690 | | | | 5 | | • | 2.13 | 5.4 | 6.6 | 16.7 | 22.4 | 635.0 | | | • | | | • | | | • | | | | | • | | | • | | | | | | | | • | | • | | | | |
| M&P®340 | 103072 | | | | 5 | | • | 1.88 | 4.8 | 6.31 | 16.0 | 13.8 | 391.2 | NS | | | | | • | | | • | | | | | | • | | | | | • | | | • | | | • | | | | |
| 340 PD | 163062 | | | | 5 | | • | 1.88 | 4.8 | 6.31 | 16.0 | 11.8 | 334.5 | • | | | | | • | | | • | | | | | | • | | | | | • | | | • | • | | | • | | | | |
| 340 PD | 103061 | | | | 5 | | • | 1.88 | 4.8 | 6.31 | 16.0 | 11.7 | 331.7 | | | | • | • | • | | | • | | | | | | • | | | | | • | | | • | • | | | • | | | • | | |
| 360 PD | 163064 | | | | 5 | • | | 1.88 | 4.8 | 6.31 | 16.0 | 11.8 | 334.5 | • | | | | | • | | | • | | | | | | • | | | | | • | | | • | • | | | | • | | | | |
| 36 | 150184 | | | | 5 | • | | 1.88 | 4.8 | 6.94 | 17.6 | 19.6 | 556.7 | | | • | | | • | | | | | | • | | CARBON STEEL | | | | | | | | | | | | • | | • | | | • | |

## MEDIUM (K & L) FRAME REVOLVERS

| MODEL | SKU | Frame Size | | Caliber/Round Capacity | | | | | Action | Measurements | | | | Weight | | Front Sights | | | | Rear Sights | | | Grips | | | | Frame Material | | Cylinder Material | | Barrel Material | | Finish | | | Other Features | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Medium (K) Frame | Medium (L) Frame | 22 LR | 22 WMR | 38 S&W Special +P | 357 Magnum/38 S&W Special +P | 44 Magnum/44 Special | Single Action/Double Action | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Ounces | Grams | Red Ramp | Integral Ramp | Black Blade | Patridge | Integral | Adjustable | Adjustable White Outline | Black Polymer | 3-5-7 Textured Wood | Wood with Medallion | Textured Wood | Stainless Steel | Carbon Steel | Stainless Steel | Carbon Steel | Stainless Steel | Carbon Steel | Satin Stainless | Matte Silver | Blue | Unfluted Cylinder | Classic Style Thumbpiece | Full Lug Barrel | Color Case Hardened Trigger | Color Case Hardened Hammer |
| 617 | 160584 | • | | 10 | | | | | • | 4.13 | 10.5 | 9.13 | 23.2 | 40.2 | 1139.7 | | | | • | | • | | | | • | | • | | • | | • | | • | | | | | | | |
| 617 | 160578 | • | | 10 | | | | | • | 6.0 | 15.2 | 11.13 | 28.3 | 46.1 | 1306.9 | | | | • | | • | | | | • | | • | | • | | • | | • | | | | | | | |
| 648 | 12460 | • | | | 8 | | | | • | 6.0 | 15.2 | 11.13 | 28.3 | 46.6 | 1321.1 | | | | • | | • | | | | • | | • | | • | | • | | • | | | | | | | |
| 66 Combat Magnum | 10061 | • | | | | | 6 | | • | 2.75 | 7.0 | 7.8 | 19.8 | 33.1 | 938.4 | • | | | | | • | | | | • | | • | | • | | • | | | • | | | | | | |
| 66 Combat Magnum | 162662 | • | | | | | 6 | | • | 4.25 | 10.8 | 9.6 | 24.6 | 36.9 | 1046.1 | • | | | | | | • | | • | • | | • | | • | | • | | | • | | | | | | |
| 48 | 150717 | • | | | 6 | | | | • | 4.0 | 10.2 | 9.25 | 23.5 | 38.6 | 1094.3 | | • | | | | • | | | | • | | | • | | • | | • | | | • | | • | | • | • |
| 48 | 150718 | • | | | 6 | | | | • | 6.0 | 15.2 | 11.25 | 28.6 | 40.6 | 1151.0 | | • | | | | • | | | | • | | | • | | • | | • | | | • | | • | | • | • |
| 17 Masterpiece™ | 150477 | • | | 6 | | | | | • | 6.0 | 15.2 | 11.25 | 28.6 | 40.6 | 1151.0 | | • | | | | • | | | | • | | | • | | • | | • | | | • | | • | | • | • |
| 10 | 150786 | • | | | | 6 | | | • | 4.0 | 10.2 | 8.87 | 22.5 | 34.6 | 980.9 | | • | • | | • | | | | | • | | | • | | • | | • | | | • | | • | | • | • |
| 19 | 12040 | • | | | | | 6 | | • | 4.25 | 10.8 | 987. | 25.1 | 37.4 | 1060.3 | • | | | | | • | | | | • | | | • | | • | | • | | | • | | • | | • | • |
| 686 | 164222 | | • | | | | 6 | | • | 4.13 | 10.5 | 9.56 | 24.3 | 40.3 | 1142.5 | • | | | | | | • | | | • | | • | | • | | • | | • | | | | | | | |
| 686 | 164224 | | • | | | | 6 | | • | 6.0 | 15.2 | 11.94 | 30.3 | 45.3 | 1284.3 | • | | | | | | • | | | • | | • | | • | | • | | • | | | | | | | |
| 686 PLUS | 164192 | | • | | | | 7 | | • | 2.5 | 6.4 | 7.5 | 19.1 | 34.5 | 978.1 | • | | | | | | • | | | • | | • | | • | | • | | • | | | | | | | |
| 686 PLUS | 164300 | | • | | | | 7 | | • | 3.0 | 7.6 | 8.18 | 20.8 | 35.8 | 1014.9 | • | | | | | | • | | | • | | • | | • | | • | | • | | | | | | | |
| 686 PLUS | 164194 | | • | | | | 7 | | • | 4.13 | 10.5 | 9.56 | 24.3 | 39.2 | 1111.3 | • | | | | | | • | | | • | | • | | • | | • | | • | | | | | | | |
| 686 PLUS | 164198 | | • | | | | 7 | | • | 6.0 | 15.2 | 11.94 | 30.3 | 44.3 | 1255.9 | • | | | | | | • | | | • | | • | | • | | • | | • | | | | | | | |
| 686 Deluxe | 150713 | | • | | | | 7 | | • | 3.0 | 7.6 | 8.2 | 20.8 | 36.0 | 1020.6 | • | | | | | | • | | | | • | • | | • | | • | | • | | | | | • | | | |
| 686 Deluxe | 150712 | | • | | | | 7 | | • | 6.0 | 15.2 | 11.94 | 30.3 | 45.4 | 1287.1 | • | | | | | | • | | | | • | • | | • | | • | | • | | | | | • | | | |
| 686 PLUS | 150853 | | • | | | | 7 | | • | 3.0 | 7.6 | 8.25 | 20.9 | 36.6 | 1037.6 | • | | | | | | • | | • | | | | • | | • | | • | | • | | | | | • | | | |
| 686 PLUS | 150854 | | • | | | | 7 | | • | 5.0 | 12.7 | 10.25 | 26.0 | 42.6 | 1207.7 | • | | | | | | • | | • | | | | • | | • | | • | | • | | | | | • | | | |
| 686 PLUS | 150855 | | • | | | | 7 | | • | 7.0 | 17.8 | 12.3 | 31.1 | 48.2 | 1366.5 | • | | | | | | • | | • | | | | • | | • | | • | | • | | | | | • | | | |
| 69 Combat Magnum | 162069 | | • | | | | | 5 | • | 4.25 | 10.8 | 9.6 | 24.4 | 37.4 | 1060.3 | • | | | | | • | | | | • | | | • | | • | | • | | | • | | | | | | |
| 69 Combat Magnum | 10064 | | • | | | | | 5 | • | 2.75 | 7.0 | 7.8 | 19.8 | 34.2 | 969.6 | • | | | | | • | | | | • | | | • | | • | | • | | | • | | | | | | |
| 586 | 150909 | | • | | | | 6 | | • | 4.0 | 10.2 | 9.25 | 23.5 | 42.1 | 1193.5 | • | | | | | • | | | | • | | | • | | • | | • | | | • | | • | • | • | • |
| 586 | 150908 | | • | | | | 6 | | • | 6.0 | 15.2 | 11.25 | 28.6 | 47.0 | 1332.4 | • | | | | | • | | | | • | | | • | | • | | • | | | • | | • | • | • | • |

## LARGE (N) FRAME REVOLVERS

| MODEL | SKU | Large (N) Frame | 10mm AUTO / 40 S&W | 357 Magnum / 38 S&W Special +P | 44 Magnum/ 44 Special | 41 Magnum | 45 Colt | Single Action/Double Action | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Ounces | Grams | Red Ramp | HI-VIZ/0 Fiber Optic | Interchangeable | Patridge | Black Blade | Adjustable | Adjustable White Outline | Black Synthetic | Textured Wood | Wood with Medallion | Stainless Steel (Frame) | Scandium Alloy | Carbon Steel (Frame) | Stainless Steel (Cyl) | Titanium Alloy | Carbon Steel (Cyl) | Stainless Steel (Barrel) | Carbon Steel (Barrel) | Satin Stainless | Matte Black | Blue | Moon Clips Included | Classic Style Thumbpiece | Service Barrel | Serrated, Color Case Hardened Trigger | Color Case Hardened Hammer | Mahogany Presentation Case |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 610 | 12463 | • | • | | | | | • | 4.0 | 10.2 | 9.5 | 24.1 | 42.6 | 1207.7 | | | • | | • | • | | • | | | • | | | • | | | • | | • | | | • | | | | | |
| 610 | 12462 | • | • | | | | | • | 6.5 | 16.5 | 12.0 | 30.5 | 50.1 | 1420.3 | | | • | | • | • | | • | | | • | | | • | | | • | | • | | | • | | | | | |
| 629 Deluxe | 150715 | • | | | 6 | | | • | 3.0 | 7.6 | 6.83 | 17.3 | 40.2 | 1139.7 | • | | | | | • | | | | • | • | | | • | | | • | | • | | | | | | | | |
| 629 Deluxe | 150714 | • | | | 6 | | | • | 6.5 | 16.5 | 11.63 | 29.5 | 50.7 | 1437.3 | • | | | | | • | | | | • | • | | | • | | | • | | • | | | | | | | | |
| 329 PD | 163414 | • | | | 6 | | | • | 4.13 | 10.5 | 9.5 | 24.1 | 26.3 | 745.6 | | • | | | | | • | • | • | | | • | | | • | | • | | | • | | | | | | | |
| 629 | 163603 | • | | | 6 | | | • | 4.13 | 10.5 | 9.63 | 24.4 | 42.8 | 1213.4 | • | | | | | • | | • | | | • | | | • | | | • | | • | | | | | | | | |
| 629 | 163606 | • | | | 6 | | | • | 6.0 | 15.2 | 11.63 | 29.5 | 46.3 | 1312.6 | • | | | | | • | | • | | | • | | | • | | | • | | • | | | | | | | | |
| 629 Classic | 163638 | • | | | 6 | | | • | 6.5 | 16.5 | 12.0 | 30.5 | 49.3 | 1397.7 | | | • | | | • | | • | | | • | | | • | | | • | | • | | | | | | | | |
| 629 Classic | 163636 | • | | | 6 | | | • | 6.5 | 16.5 | 12.0 | 30.5 | 45.6 | 1292.8 | | | • | | | • | | • | | | • | | | • | | | • | | • | | | | | | | | |
| 27 | 150339 | • | | 6 | | | | • | 4.0 | 10.2 | 9.25 | 23.5 | 42.3 | 1199.2 | | | | • | • | • | | | | • | | | • | | | • | | | • | | | • | | • | • | |
| 27 | 150341 | • | | 6 | | | | • | 6.5 | 16.5 | 12.0 | 30.5 | 46.6 | 1321.1 | | | | • | • | • | | | | • | | | • | | | • | | | • | | | • | | • | • | |
| 57 | 150481 | • | | | | 6 | | • | 6.0 | 15.2 | 11.5 | 29.2 | 48.1 | 1363.6 | • | | | | | • | | | | • | | | • | | | • | | | • | | | • | | | | |
| 29 | 150254 | • | | | 6 | | | • | 4.0 | 10.2 | 9.25 | 23.5 | 43.9 | 1244.6 | • | | | | | • | | | | • | | | • | | | • | | | • | | | • | | | | |
| 29 | 150145 | • | | | 6 | | | • | 6.5 | 16.5 | 12.0 | 30.5 | 48.3 | 1369.3 | • | | | | | • | | | | • | | | • | | | • | | | • | | | • | | • | • | • |
| 25 | 150256 | • | | | | | 6 | • | 6.5 | 16.5 | 12.0 | 30.5 | 42.0 | 1190.7 | | | | • | • | • | | | | • | | | • | | | • | | | • | | | • | | • | • | |

## PERFORMANCE CENTER® REVOLVERS

| Model | SKU | Frame Size (J) | K | L | N | X | 38 S&W Spl +P | 357 Mag/38 Spl +P | 9mm | 44 Mag/44 Spl | 45 Auto | 500 S&W Mag | 460 S&W Mag | SA/DA | DAO | Bbl (in) | Bbl (cm) | OAL (in) | OAL (cm) | Oz | Grams | Front: Integral | Red Ramp | Tritium Night | Orange Glow | Patridge | Gold Bead | HI-VIZ | Orange Ramp | Rear: Fixed | Adjustable | Tritium Night | Adj V-Notch | Synthetic | Wood | Crimson Trace |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 442 | 178041 | • | | | | | 5 | | | | | | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.6 | 413.9 | • | | | | | | | | | • | | | • | | |
| 642 | 178042 | • | | | | | 5 | | | | | | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.5 | 411.1 | • | | | | | | | | | • | | | • | | |
| 442 | 12643 | • | | | | | 5 | | | | | | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 15.0 | 425.3 | • | | | | | | | | | • | | | | | • |
| 642 | 170348 | • | | | | | 5 | | | | | | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.5 | 411.1 | • | | | | | | | | | • | | | | • | |
| 642 | 10186 | • | | | | | 5 | | | | | | | | • | 1.88 | 4.8 | 6.31 | 16.0 | 14.5 | 411.1 | • | | | | | | | | | • | | | • | • | • |
| 637 | 170349 | • | | | | | 5 | | | | | | | • | | 1.88 | 4.8 | 6.31 | 16.0 | 14.3 | 405.4 | • | | | | | | | | | • | | | • | • | |
| 60 | 178013 | • | | | | | | 5 | | | | | | • | | 3.0 | 7.6 | 8.70 | 22.1 | 22.8 | 646.4 | | • | | | | | | | | • | | | • | • | |
| 640 | 178044 | • | | | | | | 5 | | | | | | | • | 2.13 | 5.4 | 6.63 | 16.8 | 22.4 | 635.0 | | • | | | | | | | | • | | | | • | |
| 19 Carry Comp | 12039 | | • | | | | | 6 | | | | | | • | | 3.0 | 7.6 | 8.0 | 20.3 | 34.5 | 978.1 | | • | | | | | | | | • | | | | • | |
| 686 SSR | 178012 | | | • | | | | 6 | | | | | | • | | 4.0 | 10.2 | 9.5 | 24.1 | 38.5 | 1091.5 | | | • | | | | | | | • | | | | • | |
| 686 | 178038 | | | • | | | | 7 | | | | | | • | | 5.0 | 12.7 | 10.63 | 27.0 | 38.2 | 1083.0 | | | | | • | | | | | • | | | • | | |
| 986 | 178055 | | | • | | | | | 7 | | | | | • | | 5.0 | 12.7 | 10.5 | 26.7 | 35.0 | 992.3 | | | | | • | | | | | • | | | • | | |
| 986 | 10227 | | | • | | | | | 7 | | | | | • | | 2.5 | 6.4 | 7.5 | 19.1 | 31.7 | 898.7 | | | • | | | | | | | • | | | | • | |
| 686 Plus | 170346 | | | • | | | | 7 | | | | | | • | | 2.5 | 6.4 | 7.5 | 19.1 | 34.1 | 966.7 | | | | | • | | | | | • | | | • | | |
| 586 L-Comp | 170170 | | | • | | | | 7 | | | | | | • | | 3.0 | 7.6 | 8.0 | 20.3 | 36.2 | 1026.3 | | | • | | | | | | | • | | | | • | |
| 686 | 11759 | | | • | | | | 6 | | | | | | • | | 4.0 | 10.2 | 9.5 | 24.1 | 37.8 | 1071.6 | | | | | | • | | | | • | | | • | | |
| 686 Plus | 11760 | | | • | | | | 7 | | | | | | • | | 5.0 | 12.7 | 10.6 | 26.9 | 38.4 | 1088.6 | | | | | | • | | | | • | | | • | | |
| 686 Competition | 170319 | | | • | | | | 6 | | | | | | • | | 6.0 | 15.2 | 11.5 | 29.2 | 55.4 | 1570.6 | | | | | • | | | | | • | | | | • | |
| 627 | 178014 | | | | • | | | 8 | | | | | | • | | 4.0 | 10.2 | 9.75 | 24.8 | 40.7 | 1153.8 | | | | | • | | | | | • | | | • | | |
| 627 | 170133 | | | | • | | | 8 | | | | | | • | | 2.63 | 6.7 | 7.63 | 19.4 | 37.8 | 1071.6 | | | | | • | | | | | • | | | | • | |
| 627 | 170210 | | | | • | | | 8 | | | | | | • | | 5.0 | 12.7 | 9.5 | 24.1 | 43.6 | 1236.1 | | | | | | • | | | | • | | | • | | |
| 929 | 170341 | | | | • | | | | 8 | | | | | • | | 6.5 | 16.5 | 12.3 | 31.1 | 44.1 | 1250.2 | | | | | • | | | | | • | | | • | | |
| 327 | 170245 | | | | • | | | 8 | | | | | | • | | 2.0 | 5.1 | 7.0 | 17.8 | 23.2 | 657.7 | | | • | | | | | | • | | | | • | | |
| 627 V-Comp | 170296 | | | | • | | | 8 | | | | | | • | | 5.0 | 12.7 | 11.0 | 27.9 | 46.7 | 1323.9 | | | | | • | | | | | • | | | | • | |
| M&P® R8 | 170292 | | | | • | | | 8 | | | | | | • | | 5.0 | 12.7 | 10.5 | 26.7 | 35.9 | 1017.8 | | | | | | | • | | | • | | | • | | • |
| TRR8 | 170269 | | | | • | | | 8 | | | | | | • | | 5.0 | 12.7 | 10.5 | 26.7 | 35.2 | 997.9 | | | | | | | • | | | • | | | • | | • |
| 629 | 170135 | | | | • | | | | | 6 | | | | • | | 2.63 | 6.7 | 7.63 | 19.4 | 37.5 | 1063.1 | | • | | | | | | | | • | | | • | • | |
| 629 | 170320 | | | | • | | | | | 6 | | | | • | | 6.0 | 15.2 | 11.3 | 28.7 | 57.2 | 1621.6 | | • | | | | | | | | • | | | | • | |
| 629 Stealth Hunter | 170323 | | | | • | | | | | 6 | | | | • | | 7.5 | 19.1 | 12.9 | 32.8 | 55.2 | 1564.9 | | | | | | | • | | | • | | | • | | |
| 629 Magnum® Hunter | 170318 | | | | • | | | | | 6 | | | | • | | 7.5 | 19.1 | 14.0 | 35.6 | 61.9 | 1754.9 | | | | | | | • | | | | | • | • | | |
| S&W500™ | 11623 | | | | | • | | | | | | 5 | | • | | 3.5 | 8.9 | 9.9 | 25.1 | 56.8 | 1610.3 | | | | | | | • | | | • | | | • | | |
| S&W500™ | 170299 | | | | | • | | | | | | 5 | | • | | 7.5 | 19.1 | 15.0 | 38.1 | 69.9 | 1981.7 | | | | | | | • | | | • | | | • | | |
| S&W500™ | 170231 | | | | | • | | | | | | 5 | | • | | 10.5 | 26.7 | 18.0 | 45.7 | 79.6 | 2256.7 | | | | | | | • | | | • | | | • | | |
| 460XVR™ | 170350 | | | | | • | | | | | | | 5 | • | | 3.5 | 8.9 | 10.0 | 25.4 | 59.2 | 1678.3 | | | | | | | | • | | • | | | • | | |
| 460XVR™ | 11626 | | | | | • | | | | | | | 5 | • | | 7.5 | 19.1 | 15.2 | 38.6 | 77.8 | 2205.6 | | | | | | | • | | | • | | | • | | |
| 460XVR™ | 170262 | | | | | • | | | | | | | 5 | • | | 10.5 | 26.7 | 18.0 | 45.7 | 99.1 | 2809.5 | | | • | | | | | | | • | | | • | | |
| 460XVR™ | 170339 | | | | | • | | | | | | | 5 | • | | 14.0 | 35.6 | 21.5 | 54.6 | 79.6 | 2256.7 | | | | | | | | • | | • | | | • | | |

CHART IS CONTINUED ON NEXT PAGE →

## PERFORMANCE CENTER® REVOLVERS

| Model | SKU | Aluminum Alloy | Scandium Alloy | Carbon Steel (Frame) | Stainless Steel (Frame) | Stainless Steel (Cyl) | Carbon Steel (Cyl) | Titanium Alloy | Stainless Steel (Barrel) | Carbon Steel (Barrel) | Matte Black | Matte Silver | Two-Tone | Satin Stainless | PC Tuned Action | Color Case Hardened Hammer | Chromed Teardrop Hammer | Overtravel Trigger Stop | Chromed Trigger w/ Overtravel Stop | High Bright Flutes, Thumbpiece and Side Plate Screws | Cylinder Cut for Moon Clips | Precision Crowned Barrel | Unfluted Cylinder | Chamfered Charge Holes | Ported, Full-Lug Barrel | PowerPort™ Vented Barrel | PC Speed Release Thumb Piece | Vented Rib Barrel | Mag-Na-Port® Ported Barrel | Adjustable Barrel Weights | Sight Rail or Scope Mount | Integral Sight Rail | Equipment Rail | Bossed Mainspring | No Internal Lock | Muzzle Brake | Barrel Compensator | Bi-Pod Included | UTG 4.7" Comp Red/Green Optic | Sling and Sling Swivels Included | Gun Rag Included |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 442 | 178041 | • | | | | | • | | | | • | • | | | | | | | | • | | | | | | | | | | | | | | | | • | | | | | | |
| 642 | 178042 | • | | | • | | • | | | | • | | | | | | | | | | | | | | | | | | | | | | | | | • | | | | | | |
| 442 | 12643 | • | | | • | | • | | | | • | | • | | • | | | | | • | | | | | | | | | | | | | | | | | | | | | | |
| 642 | 170348 | • | | | • | | • | | | | • | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 642 | 10186 | • | | | • | | • | | | | • | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 637 | 170349 | • | | | • | | • | | | | • | | | | • | • | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 60 | 178013 | | | • | • | | • | | | | | | | • | | | | | | | | | | | | | | | | | | | | | | • | | | | | | |
| 640 | 178044 | | | • | • | | • | | | | • | | | | | | | | | | | | | | | • | | | | | | | | | | | | | | | | |
| 19 Carry Comp | 12039 | | • | | | • | | | • | | • | | • | | • | • | | | | • | | | | | | | | | | • | | | | | | • | | | | | | |
| 686 SSR | 178012 | | | • | • | | • | | | | • | | | • | • | | | | | | | | | | | | • | | • | | | | | | | • | | | | | | |
| 686 | 178038 | | | • | • | | • | | | | • | | | | • | | | | | | | | | • | | • | | • | | | | | | | • | | | | | | |
| 986 | 178055 | | | • | • | | • | | | | • | | | | • | | | | | | | | | | | | • | | • | | | | | | | • | | | | | | |
| 986 | 10227 | | | • | • | | • | | | • | • | | | • | • | | • | | | | | • | | • | | • | | • | | | | | | | • | | | | | | |
| 686 Plus | 170346 | | | • | • | | • | | | | • | | | • | • | | | | | | | | | | | | • | | • | | | | | | | • | | | | | | |
| 586 L-Comp | 170170 | | • | | | • | | | • | | • | • | | • | • | • | | | | | | | | • | | • | | • | | | • | | | | | • | | | | | | |
| 686 | 11759 | | | • | • | | • | | | | • | | | • | • | | | | | | | • | | • | | • | | • | • | • | | | | | | • | | | | | | |
| 686 Plus | 11760 | | | • | • | | • | | | | • | | | • | • | | | | | | | • | | • | | • | | • | • | • | | | | | | • | | | | | | |
| 686 Competition | 170319 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | • | | | | • | | | • | | • | | | • | | | | | | |
| 627 | 178014 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | • | | • | | • | | | | | | | • | | | | | | |
| 627 | 170133 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | • | | • | | | | | | | | | • | | | | | | |
| 627 | 170210 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | • | | • | | | | | | | | | • | | | | | | |
| 929 | 170341 | | | • | | • | | | • | | • | | | • | • | | • | | | | | | | | | • | | • | | | • | | | | | • | | • | | | | |
| 327 | 170245 | | • | | | | • | | | • | • | | | • | • | | • | | | | | | | • | | | | | | | | | | | | • | | | | | | |
| 627 V-Comp | 170296 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | • | | • | | | | | | | | | • | | | | | | |
| M&P®R8 | 170292 | | • | | | • | | | • | | • | | • | | • | • | | • | | | | | | | | | | | | • | • | | • | | • | | | | | | |
| TRR8 | 170269 | | • | | | • | | | • | | • | | • | | • | • | | • | | | | | | | | | | | | • | • | | • | | • | | | | | | |
| 629 | 170135 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | • | | | | | | | | | | | • | | | | | | |
| 629 | 170320 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | • | | | | • | • | | | | | | • | | | | | | |
| 629 Stealth Hunter | 170323 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | | | | | • | | | • | | • | | • | | | | | | |
| 629 Magnum® Hunter | 170318 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | | | | | | | • | | • | | • | | • | | | • | | • | |
| S&W500™ | 11623 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | • | | | | | | | | | | • | | | | | | | • |
| S&W500™ | 170299 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | | | | | | | | • | | • | | • | | | | | | • |
| S&W500™ | 170231 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | | | | | | | • | | • | | • | | | | | • | • |
| 460XVR™ | 170350 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | • | | | | | | | | | | • | | | | | | | • |
| 460XVR™ | 11626 | | | • | • | | • | | | | | • | | • | • | | • | | | | | | | • | | | | | | • | | • | | • | | | | | | • |
| 460XVR™ | 170262 | | | • | • | | • | | | | | • | | • | • | | • | | | | | | | | | | | | | • | | • | | • | | | | | • | • |
| 460XVR™ | 170339 | | | • | • | | • | | | | • | | | • | • | | • | | | | | | | • | | | | | | • | • | | | | • | | | • | • | • |

67



# YOU HAVE TO EARN THE NICKNAME "BULLSEYE."

The new Volunteer ™ Series MSR platform features Smith & Wesson excellence perfected right out of the box. Each delivering the rugged performance of competition-ready, S&W precision plus the advantage of name-brand accessories from partners like Radian™, B5 Systems and Bravo Company. Equipped to excel and primed to compete, the Volunteer Series are ready to roll.



# RIFLES

**PAGES 70 - 73**

M&P®15 Sport™ II

M&P®15

M&P®10

M&P®15-22

**M&P®15 Volunteer XV**
SKU 13515
Pg. 70

## VOLUNTEER SERIES™ M&P®15 RIFLES



**NEW**

**M&P®15 VOLUNTEER XV**
SKU: 13507
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0" Threaded Barrel, 1 in 8", 5R

FLAT-FACED TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS BRAVO STOCK
B5 SYSTEMS P-GRIP 23
A2 MUZZLE DEVICE



**NEW**

**M&P®15 VOLUNTEER XV**
SKU: 13508
5.56 mm NATO / 223 REM
10 Rounds
16.0" Barrel, 1 in 8", 5R

FLAT-FACED TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS BRAVO FIXED STOCK
B5 SYSTEMS P-GRIP 23



**NEW**

**M&P®15 VOLUNTEER XV**
SKU: 13509
5.56 mm NATO / 223 REM
10 Rounds
16.0" Barrel, 1 in 8", 5R

FLAT-FACED TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS BRAVO FIXED  STOCK
B5 SYSTEMS P-GRIP 23
A2 MUZZLE DEVICE



*OPTICS READY*

**NEW**

**M&P®15 VOLUNTEER XV**
SKU: 13510
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0" Threaded Barrel, 1 in 8", 5R

FLAT-FACED TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS BRAVO STOCK
B5 SYSTEMS P-GRIP 23
A2 MUZZLE DEVICE
QD SLING SWIVEL ATTACHMENT
GAS BLOCK WITH RAIL



**NEW**

**M&P®15 VOLUNTEER XV**
SKU: 13511
5.56 mm NATO / 223 REM
10 Rounds
16.0" Barrel, 1 in 8", 5R

FLAT-FACED TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS BRAVO FIXED STOCK



*OPTICS READY*

**NEW**

**M&P®15 VOLUNTEER XV**
SKU: 13512
5.56 mm NATO / 223 REM
10 Rounds
16.0" Threaded Barrel, 1 in 8", 5R

OPTICS READY
FLAT-FACED TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS BRAVO FIXED STOCK
QD SLING SWIVEL ATTACHMENT
GAS BLOCK WITH RAIL



*OPTICS READY*

**NEW**

**M&P®15 VOLUNTEER XV**
SKU: 13513
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0" Threaded Barrel, 1 in 8", 5R

CRIMSON TRACE® RED DOT INCLUDED
FLAT-FACED TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS BRAVO STOCK
B5 SYSTEMS P-GRIP 23
A2 MUZZLE DEVICE
QD SLING SWIVEL ATTACHMENT
GAS BLOCK WITH RAIL



*OPTICS READY*

**NEW**

**M&P®15 VOLUNTEER XV**
SKU: 13514
5.56 mm NATO / 223 REM
10 Rounds
16.0" Threaded Barrel, 1 in 8", 5R

CRIMSON TRACE® RED DOT INCLUDED
FLAT-FACED TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS BRAVO STOCK
B5 SYSTEMS P-GRIP 23
QD SLING SWIVEL ATTACHMENT
GAS BLOCK WITH RAIL



*MID-LENGTH GAS SYSTEM*

**NEW**

**M&P®15 VOLUNTEER XV PRO**
SKU: 13515
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0" Threaded Barrel, 1 in 8", 5R

FLAT-FACED TRIGGER
M&P® ALUMINUM 13.5" FREE FLOT FOREND
B5 SYSTEMS ENHANCED SOPMOD STOCK
B5 SYSTEMS P-GRIP 23
RADIANS CHARGING HANDLE
WILLIAMS FLIP-UP SIGHTS



*CARBINE-LENGTH GAS SYSTEM*

**NEW**

**M&P®15 VOLUNTEER XV PRO**
SKU: 13516
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0" Barrel
Pinned & Welded PWS Compensator
1 in 8", 5R

FLAT-FACED TRIGGER
M&P® ALUMINUM 13.5˝ FREE FLOT FOREND
B5 SYSTEMS ENHANCED SOPMOD STOCK
B5 SYSTEMS P-GRIP 23
RADIANS CHARGING HANDLE
WILLIAMS FLIP-UP SIGHTS
PRIMARY WEAPONS SYSTEMS
   COMPENSATOR



*RIFLE-LENGTH GAS SYSTEM*
*DESIGNATED MARKSMAN RIFLE*

**NEW**

**M&P®15 VOLUNTEER XV DMR**
SKU: 13517
5.56 mm NATO / 223 REM
30 Round PMAG®
20.0" DMR Threaded  Barrel
1 in 8", 5R

FLAT-FACED TRIGGER
M&P® ALUMINUM 13.5˝ FREE FLOT FOREND
B5 SYSTEMS ENHANCED SOPMOD STOCK
B5 SYSTEMS P-GRIP 23
RADIANS CHARGING HANDLE
WILLIAMS FLIP-UP SIGHTS
PRIMARY WEAPONS SYSTEMS
   COMPENSATOR

## VOLUNTEER SERIES™ M&P®10 RIFLES



*OPTICS READY · MID LENGTH GAS SYSTEM*

**NEW**

**M&P®10 VOLUNTEER X**
SKU: 13520
308 WIN / 7.62mm x 51 NATO
20 Round PMAG®
16.0" Threaded  Barrel
1 in 10", 5R

AMBIDEXTROUS MAGAZINE CATCH,
  BOLT CATCH AND SAFETY SELECTOR
GAS BLOCK with PICATINNY–STYLE RAIL
FLAT–FACED TRIGGER
BCMGUNFIGHTER™ M–LOK® FOREND
B5 SYSTEMS ENHANCED SOPMOD STOCK
B5 SYSTEMS P–GRIP 23
RADIANS RAPTOR®–LT AMBIDEXTROUSCHARGING HANDLE
WILLIAMS FLIP–UP SIGHTS
PRIMARY WEAPONS SYSTEMS 762 MUZZLE BRAKE



*OPTICS READY · MID LENGTH GAS SYSTEM*

**NEW**

**M&P®10 VOLUNTEER X**
SKU: 13521
6.5 Creedmoor
20 Round PMAG®
16.0" Threaded  Barrel
1 in 8", 5R

AMBIDEXTROUS MAGAZINE CATCH,
  BOLT CATCH AND SAFETY SELECTOR
GAS BLOCK with PICATINNY–STYLE RAIL
FLAT–FACED TRIGGER
BCMGUNFIGHTER™ M–LOK® FOREND
B5 SYSTEMS ENHANCED SOPMOD STOCK
B5 SYSTEMS P–GRIP 23
RADIANS RAPTOR®–LT AMBIDEXTROUSCHARGING HANDLE
WILLIAMS FLIP–UP SIGHTS
PRIMARY WEAPONS SYSTEMS 762 MUZZLE BRAKE

## SPORT SERIES™ M&P®15 SPORT™ II RIFLES



**M&P®15 SPORT™ II**
SKU: 10202
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0" Threaded Barrel, 1 in 9", 6 Groove

6–POSITION STOCK
MAGPUL® MBUS® REAR SIGHT
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR



**M&P®15 SPORT™ II**
SKU: 10203
5.56 mm NATO / 223 REM
10 Rounds
16.0" Barrel, 1 in 9", 6 Groove

FIXED STOCK
MAGPUL® MBUS® REAR SIGHT
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR



**M&P®15 SPORT™ II**
SKU: 11616
5.56 mm NATO / 223 REM
10 Rounds
16.0" Threaded Barrel, 1 in 9", 6 Groove

6–POSITION STOCK
MAGPUL® MBUS® REAR SIGHT
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR



*OPTICS READY*

**M&P®15 SPORT™ II**
SKU: 10159
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0" Threaded Barrel, 1 in 9", 6 Groove

GAS BLOCK WITH PICATINNY–STYLE RAIL
6–POSITION STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR



**M&P®15 SPORT™ II**
SKU: 11667
7.62 x 39
28 Rounds
16.0" Threaded Barrel
1 in 10", 6 Groove

THREADED BARREL
A2 FLASH SUPPRESSOR
6–POSITION STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR



**M&P®15 SPORT™ II**
SKU: 12001 – CA Compliant
5.56 mm NATO / 223 REM
10 Rounds
16.0" Barrel, 1 in 9", 6 Groove

FIXED STOCK
MAGPUL® MBUS® REAR SIGHT
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR
CA COMPLIANT



*OPTICS READY*

**M&P®15 SPORT™ II M–LOK®**
SKU: 12055 – CA Compliant
5.56 mm NATO / 223 REM
10 Rounds
16.0" Threaded Barrel, 1 in 9", 6 Groove

GAS BLOCK WITH PICATINNY–STYLE RAIL
FIXED STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR
CA COMPLIANT



*OPTICS READY
MID LENGTH GAS SYSTEM*

**M&P®10 SPORT™ II**
SKU: 11532
308 WIN / 7.62mm x 51 NATO
20 Round PMAG®
16.0" Threaded Barrel
1 in 10", 5R Rifling

AMBIDEXTROUS MAGAZINE CATCH,
  BOLT CATCH AND SAFETY SELECTOR
A2 FLASH SUPPRESSOR
GAS BLOCK with PICATINNY–STYLE RAIL
9310 STEEL BOLT
6–POSITION STOCK
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR
CHROMED FIRING PIN



*OPTICS READY
MID LENGTH GAS SYSTEM*

**M&P®10 SPORT™ II**
SKU: 12606
6.5 Creedmoor
20 Round PMAG®
16.0" Threaded Barrel
1 in 8", 5 Grooves

AMBIDEXTROUS MAGAZINE CATCH,
  BOLT CATCH AND SAFETY SELECTOR
A2 FLASH SUPPRESSOR
GAS BLOCK with PICATINNY–STYLE RAIL
9310 STEEL BOLT
6–POSITION STOCK
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR
CHROMED FIRING PIN

## SPORT SERIES™ M&P®15 SPORT™ II RIFLES





**M&P®15 SPORT™ II**
SKU: 12936
5.56 mm NATO / 223 REM
30 Round PMAG®
16" Threaded Barrel, 1 in 9", 6 Groove

CRIMSON TRACE®
 RED/GREEN DOT OPTIC INCLUDED
GAS BLOCK WITH PICATINNY-STYLE RAIL
6-POSITION STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
 – INTERIOR & EXTERIOR



*OPTICS READY*

**M&P®15 SPORT™ II**
SKU: 12938 – CA Compliant
5.56 mm NATO / 223 REM
10 Rounds
16" Threaded Barrel, 1 in 9", 6 Groove

CRIMSON TRACE®
 RED/GREEN DOT OPTIC INCLUDED
GAS BLOCK WITH PICATINNY-STYLE RAIL
FIXED STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
 – INTERIOR & EXTERIOR
CA COMPLIANT

## SPORT SERIES™ M&P®15-22 SPORT™ RIFLES



**M&P®15-22 SPORT™**
SKU: 10208
22 LR · 1 in 15", 6 Groove
25 Round Magazine
16.5" Threaded Barrel

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
 MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



**M&P®15-22 SPORT™**
SKU: 10206
22 LR · 1 in 15", 6 Groove
10 Round Magazine
16.5" Threaded Barrel

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
 MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



**M&P®15-22 SPORT™**
SKU: 10207
22 LR · 1 in 15", 6 Groove
10 Round Magazine
16.5" Threaded Barrel

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
 MAGPUL® M-LOK® SLOTS
FIXED STOCK
2" M-LOK® POLYMER RAIL PANEL



**M&P®15-22 SPORT™ MOE SL®**
SKU: 10210
22 LR · 25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

*2-STAGE MATCH TRIGGER*
*MAGPUL® MOE® RIFLE STOCK*
*2" ALUMINUM ACCESSORY*
 *RAIL PANEL*
*15" TROY® ALPHA® M-LOK®*
 *FREE-FLOAT HANDGUARD*
*AMBIDEXTROUS SELECTOR LEVER*
 *AND MAGAZINE RELEASE*



**M&P®15-22 SPORT™ MOE SL®**
SKU: 10213
22 LR · 25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
 MAGPUL® M-LOK® SLOTS
MAGPUL® MOE SL® 6-POSITION STOCK
MAGPUL® MOE SL® GRIP
MAGPUL® M-LOK® RAIL COVERS – TYPE 2
2" M-LOK® POLYMER RAIL PANEL





*OPTICS READY*

**M&P®15-22 SPORT™ OR**
SKU: 12722
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

M&P® RED/GREEN DOT OPTIC INCLUDED
M&P® SLIM HANDGUARD WITH
 MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



*OPTICS READY*

**M&P®15-22 SPORT™ OR**
SKU: 12723
22 LR
10 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

M&P® RED/GREEN DOT OPTIC INCLUDED
M&P® SLIM HANDGUARD WITH
 MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



*OPTICS READY*

**M&P®15-22 SPORT™ OR**
SKU: 12724
22 LR
10 Round Magazine
16.5" Barrel
1 in 15", 6 Groove

M&P® RED/GREEN DOT OPTIC INCLUDED
M&P® SLIM HANDGUARD WITH
 MAGPUL® M-LOK® SLOTS
FIXED STOCK
2" M-LOK® POLYMER RAIL PANEL

## SPORT SERIES™ M&P®15-22 SPORT™ RIFLES







**M&P®15-22 SPORT™**
SKU: 10212
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove
MUDDY GIRL® CAMO FINISH

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
  MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL

**M&P®15-22 SPORT™**
SKU: 12066
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove
ROBIN'S EGG BLUE
  PLATINUM FINISH

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
  MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL

**M&P®15-22 SPORT™**
SKU: 10211
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove
KRYPTEK® HIGHLANDER™ FINISH

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
  MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL







**PERFORMANCE CENTER®**

**M&P®15-22 SPORT™**
SKU: 10205
22 LR
10 Rounds
18.0" Threaded, Fluted Barrel

2-STAGE MATCH TRIGGER
MAGPUL® MBUS® SIGHTS
VLTOR® ADJUSTABLE STOCK
HOGUE® GRIP

**PERFORMANCE CENTER®**

**M&P®15-22 SPORT™**
SKU: 11507
22 LR
10 Rounds
18.0" Fluted Barrel

2-STAGE MATCH TRIGGER
MAGPUL® MBUS® SIGHTS
VLTOR® FIXED STOCK
HOGUE® GRIP
CT, MA, NJ COMPLIANT

## M&P®12 SHOTGUN



**NEW**

**M&P®12 SHOTGUN**
SKU: 12490
12 Gauge
3.0˝ Chamber
Seven – 2-3/4˝ Shells Per Tube
Six – 3˝ Shells Per Tube
19.0˝ Barrel

RECIPROCATING COVER WITH RELEASE BUTTON
LOAD/UNLOAD ASSIST BUTTONS ON EACH MAGAZINE TUBE
PUSH BUTTON MAGAZINE TUBE SELECTOR
TWO INDEPENDENT MAGAZINE TUBES
TACTILE LOADED CHAMBER INDICATOR
M&P® GRIP WITH INTERCHANGEABLE PALMSWELL INSERTS
AMBIDEXTROUS SAFETY SELEECTOR

Prior to purchasing, contact your local law enforcement agency to verify that this product may be legally purchased and possessed in your state.

## M&P®15 SPORT SERIES™ RIFLES

| Model | SKU | 5.56 mm NATO/223 REM | 7.62 x 39mm | 308 WIN/7.62mm51mm | 6.5 Creedmoor | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Threaded Barrel | Barrel Twist (in) | Grooves | Pounds | Grams | Adjustable A2 Post | Folding Magpul® MBUS® | Folding Magpul® MBUS® | A2 Aperture | 6-Position Adjustable | Fixed | Magpul® MOE SL® | VLTOR® IMod Adjustable | Black | Armornite - Barrel | Carbon Steel | 4140 Steel | Aluminum Alloy | Carbine Length Gas System | Mid-Length Gas System | Rifle Length Gas System | Magpul® MOE® M-LOK® Carbine Length | 13" M&P® Slim Modular Free-Float | 15" M&P® Alpha Rail® Free-Float | 15" Troy® Alpha Rail® Free-Float | Gas Block - Picatinny Style Rail | Optics Ready | Threaded Barrel | A2 Flash Suppressor | Forged, Integral Trigger Guard | Forward Assist | CA Compliant | Crimson Trace® Red/Green Dot Optic | Chromed Firing Pin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P®15 SPORT™ II | 10202 | 30 | | | | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.42 | 2912.1 | • | | | | • | | | | • | • | | | • | • | | | | | | | | | • | • | • | • | • | | • |
| M&P®15 SPORT™ II | 11616 | 10 | | | | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.33 | 2871.3 | | • | | | • | | | | • | • | | | • | • | | | | | | | | | • | • | • | • | • | | • |
| M&P®15 SPORT™ II | 10203 | 10 | | | | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.82 | 3093.6 | | • | | | • | | | | • | | • | | • | • | | | | | | | | | • | • | • | • | • | | • |
| M&P®15 SPORT™ II | 12001 | 10 | | | | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.69 | 3034.6 | | • | | | • | | | | • | • | | | • | • | | | | | | | | | • | • | • | • | • | | • |
| M&P®15 SPORT™ II | 10159 | 30 | | | | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.51 | 2953.0 | | | • | | • | | | | • | | • | | • | • | | | | • | • | • | • | • | • | • | • | • | | • |
| M&P®15 SPORT™ II | 12055 | 10 | | | | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.60 | 2993.8 | | | • | | • | | | | • | • | | | • | • | | | | • | • | • | • | • | • | • | • | • | | • |
| M&P®15 SPORT™ II OR | 12936 | 30 | | | | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 6.91 | 3134.4 | | | • | | • | | | | • | • | | | • | • | | | | • | • | • | • | • | • | • | • | • | • | • |
| M&P®15 SPORT™ II OR | 12938 | 10 | | | | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 9 | 6 | 7.15 | 3243.2 | | | • | | • | | | | • | | • | | • | • | | | | • | • | • | • | • | • | • | • | • | • | • |
| M&P®15 SPORT™ II OR | 11667 | | 28 | | | 16 | 40.6 | 35.0 | 88.9 | • | 1 in 10 | 6 | 6.2 | 2812.3 | | | • | | • | | | | • | | • | | • | • | | | | • | • | • | • | • | • | • | • | • | • | • |
| M&P®10 SPORT™ | 11532 | | | 20 | | 16.0 | 40.6 | 34.0 | 86.4 | • | 1 in 10 | 5R | 8.03 | 3643.0 | | | • | | | | | | • | | • | | • | | | | | | | | | • | • | • | • | • | • | • | • |
| M&P®10 SPORT™ | 12606 | | | | 20 | 16.0 | 40.6 | 37.6 | 95.3 | • | 1 in 8 | 5 | | | | | • | | | • | • | • | • | | • | | • | | | | | | | | | • | • | • | • | • | • | • | • |

## M&P®15 VOLUNTEER SERIES™ RIFLES

| Model | SKU | 5.56 mm NATO | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Threaded Barrel | Barrel Twist (in) | Grooves | Pounds | Grams | Adjustable A2 Post | Folding Magpul® MBUS® | B5 Systems Bravo Adjustable Stock | B5 Systems Bravo Fixed Stock | Black | 4140 CMV Steel | 7075 T6 Aluminum | Optics Ready | A2 Flash Suppressor | Flat Faced Trigger | Gas Block | QD Sling Swivel Attachment Point | B5 Systems P-Grip 23 Pistol Grip | CA Grip | BCMGunfighter® Forend with M-LOK® | Forward Assist | Forged, Integral Trigger Guard | Chromed Firing Pin | Crimson Trace® Red Dot Sight Included |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P®15 | 13507 | 30 | 16.0 | 40.6 | 36.25 | 92.1 | • | 1:8 | 5R | 8.8 | 3991.7 | • | • | • | | • | • | • | | • | • | | • | • | | • | • | • | • | |
| M&P®15 | 13508 | 10 | 16.0 | 40.6 | 36.25 | 92.1 | • | 1:8 | 5R | 8.8 | 3991.7 | • | • | • | | • | • | • | | • | • | | • | • | | • | • | • | • | |
| M&P®15 | 13509 | 10 | 16.0 | 40.6 | 36.25 | 92.1 | • | 1:8 | 5R | 8.8 | 3991.7 | | • | • | | • | • | • | • | | • | • | | • | • | | • | • | • | • | |
| M&P®15 | 13510 | 30 | 16.0 | 40.6 | 36.25 | 92.1 | • | 1:8 | 5R | 8.8 | 3991.7 | | • | • | | • | • | • | • | | • | • | | • | • | | • | • | • | • | |
| M&P®15 | 13511 | 10 | 16.0 | 40.6 | 36.25 | 92.1 | • | 1:8 | 5R | 9.0 | 4082.4 | • | • | | • | • | • | • | | • | | | • | | • | • | | • | • | • | • |
| M&P®15 | 13512 | 10 | 16.0 | 40.6 | 36.25 | 92.1 | • | 1:8 | 5R | 8.8 | 3991.7 | • | • | • | | • | • | • | | • | • | | • | • | | • | • | • | • | |
| M&P®15 | 13513 | 30 | 16.0 | 40.6 | 36.25 | 92.1 | • | 1:8 | 5R | 9.0 | 4082.4 | | • | • | | • | • | • | • | | • | • | | • | • | | • | • | • | • | |

74

## M&P®15 VOLUNTEER SERIES™ RIFLES

| Model | SKU | 5.56 mm NATO | 308 WIN / 7.62mm NATO | 6.5 CREEDMOOR | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Threaded Barrel | Barrel Twist (in) | Grooves | Pounds | Grams |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P®15 | 13514 | 10 | | | 16.0 | 40.6 | 36.25 | 92.1 | • | 1:8 | 5R | 9.3 | 4218.6 |
| M&P®15 | 13515 | 30 | | | 16.0 | 40.6 | 36.25 | 92.1 | • | 1:8 | 5R | 6.8 | 3084.5 |
| M&P®15 | 13516 | 30 | | | 14.5 | 36.8 | 35.25 | 89.5 | • | 1:8 | 5R | 6.6 | 2993.8 |
| M&P®15 | 13517 | 30 | | | 20.0 | 50.8 | 40.7 | 103.4 | • | 1:8 | 5R | 8.1 | 3688.3 |
| M&P®10 | 13520 | | 20 | | 16.0 | 40.6 | 39.3 | 99.8 | • | 1:10 | 5R | 10.8 | 4898.9 |
| M&P®10 | 13521 | | | 20 | 16.0 | 40.6 | 39.3 | 99.8 | • | 1:8 | 5R | 10.8 | 4898.9 |

## M&P®15-22 SPORT SERIES™ RIFLES

| Model | SKU | 22 LR | Barrel Length (in) | Barrel Length (cm) | Overall length (in) | Overall length (cm) | Threaded Barrel | Barrel Twist (in) | Grooves | Pounds | Grams |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M&P®15-22 SPORT™ | 10206 | 10 | 16.5 | 41.9 | 30.7 | 77.9 | • | 1 in 15 | 6 | 4.68 | 2122.8 |
| M&P®15-22 SPORT™ | 10207 | 10 | 16.5 | 41.9 | 30.7 | 77.9 | | 1 in 15 | 6 | 4.71 | 2136.5 |
| M&P®15-22 SPORT™ | 10208 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | | 1 in 15 | 6 | 4.84 | 2195.4 |
| M&P®15-22 SPORT™ MOE SL® | 10210 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | • | 1 in 15 | 6 | 4.94 | 2240.8 |
| M&P®15-22 SPORT™ MOE SL® | 10213 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | | 1 in 15 | 6 | 4.93 | 2236.2 |
| M&P®15-22 SPORT™ | 10211 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | | 1 in 15 | 6 | 4.81 | 2181.8 |
| M&P®15-22 SPORT™ | 10212 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | | 1 in 15 | 6 | 4.85 | 2200.0 |
| M&P®15-22 SPORT™ | 12066 | 25 | 16.5 | 41.9 | 30.7 | 77.9 | | 1 in 15 | 6 | 4.59 | 2082.0 |
| M&P®15-22 SPORT™ OR | 12722 | 25 | 16.5 | 41.9 | 31.6 | 80.3 | • | 1 in 15 | 6 | 5.22 | 2370.0 |
| M&P®15-22 SPORT™ OR | 12723 | 10 | 16.5 | 41.9 | 31.6 | 80.3 | • | 1 in 15 | 6 | 5.06 | 2293.5 |
| M&P®15-22 SPORT™ OR | 12724 | 10 | 16.5 | 41.9 | 31.6 | 80.3 | • | 1 in 15 | 6 | 4.96 | 2248.2 |
| M&P®15-22 SPORT™ | 10205 | 10 | 18.0 | 45.7 | 32.5 | 82.6 | • | 1 in 15 | | 5.6 | 2540.2 |
| M&P®15-22 SPORT™ | 11507 | 10 | 18.0 | 45.7 | 37.3 | 94.7 | | 1 in 15 | | 5.6 | 2540.2 |

75





# CUSTOM ENGRAVING

Most Smith & Wesson® firearms or classic firearms can be custom engraved to create a masterful work of art. The application of precious metals, as well as the art of embellishment, results in a one-of-a-kind piece that reflects not only the skill and vision of the master engraver, but also the artistic expression of the owner. Call 1-800-331-0852 for more information.



78

# PERFORMANCE CENTER®
# CUSTOM SERVICES



### M&P® PISTOL ACTION PACKAGE

(EXCLUDES M&P® M2.0™ PISTOLS)
· Polish Ramp
· Tuned Action
· Install PC Sear
· Test Fire for Function
· $120



### OUTDOOR REVOLVER PACKAGE

LARGE N-FRAME
· Recessed Crowned Muzzle (excludes tapered barrels)
· Reset Barrel & Cylinder Gap
· Chamfer Charge Holes
· Install 20% Lighter Mainspring
· Polish Rebound & Spring
· Adjust for Crisp Single Action Pull
· Test Fire for Function
· $200



### COMBAT REVOLVER PACKAGE
(MEDIUM / LARGE FRAME)
· Glass Bead Finish
· PC Tuned Action
· Trigger Stop
· Chamfer Charge Holes
· Test Fire for Function
· $265 Stainless / $325 Carbon



### ADDITIONAL SERVICES

| Service | Price |
|---|---|
| · Dehorning for Carry & Refinish | $195. |
| · Mag Well Extension | $95. |
| · Mag Well & Backstrap Combo | $175. |
| · Action Package | $175. |
| · Ambidextrous Safety | $130. |



### MASTER REVOLVER ACTION PACKAGE
· Trigger Stop         · Chamfer Charge Holes
· Polish Rebound Spring, Yoke, Hammer Stud and Barrel Bosses
· Detail Lockwork Surfaces
· Stone Hammer & Trigger Contact Areas
· Test Fire for Function
· $165

### FINISHING REVOLVERS

| Finish | Price |
|---|---|
| · High Bright Polish (Blue/Stainless) | $275. |
| · Standard Polish & Blue | $220. |
| · Glass Bead Blue & Stainless Steel | $175. |

### FINISHING PISTOLS

| Finish | Price |
|---|---|
| · High Bright Polish | $275. |
| · Bead Blast Stainless (Slide) | $110 |
| · Bead Blast & Blue (Frame) | $110 |
| · Bead Blast Stainless (Frame) | $110 |
| · Bead Blast & Blue (Entire) | $170 |
| · Bead Blast Stainless (Entire) | $170 |
| · Anodize – Aluminum Frame (3rd Generation & Newer) | $150 |

*Smith & Wesson® Performance Center® gunsmithing services prices subject to change without notice.*



MEN'S FOOTWEAR



DECORATIVE GRIPS



BLUE GUNS, PROF. MARKET



FINE LEATHER LADIES CONCEALED CARRY
HANDBAGS, MEN'S WALLETS & BELTS



INDUSTRIAL EYEWEAR, PROF. MARKET



KNIVES, FLASHLIGHTS, EYE & HEARING
PROTECTION AND RANGE BAGS



AIRSOFT GUNS & ACCESSORIES



MEN'S WATCHES, PEPPER SPRAY



DECORATIVE TIN SIGNS



MEN'S & LADIES TEES, LONG SLEEVE
SHIRTS, HATS AND FLEECE

# LICENSED PRODUCTS

Surround yourself with the finest apparel and accessories offered by our authorized licensed partners.

To learn more about our extensive collection of products, please visit  https://www.smith-wesson.com/licensees

# SPARE MAGAZINES

## M&P® M2.0™ Full Size Pistols — MSRP

| | | |
|---|---|---|
| 194420000 | 9mm, Full Size, 10 Round | $42.00 |
| 194400000 | 9mm, Full Size, 17 Round | $42.00 |
| 3000247 | 9mm, Full Size, 15 Round | $42.00 |
| 3007345 | 9mm, Full Size, 17 Round, Brown Base | $49.00 |
| 194410000 | 40 S&W, Full Size, 10 Round | $42.00 |
| 194390000 | 40 S&W, Full Size, 15 Round | $42.00 |
| 3007346 | 40 S&W, Full Size, 15 Round, Brown Base | $49.00 |
| 194690000 | 45 AUTO, Full Size, 10 Round, Black Base | $42.00 |
| 194700000 | 45 AUTO, Full Size, 10 Round, Brown Base | $42.00 |
| 194770000 | 45 AUTO, Full Size, 14 Round, Brown Base | $49.00 |
| 194760000 | 45 AUTO, Full Size, 14 Round, Black Base | $49.00 |
| 3012992 | 10mm AUTO, Full Size, 15  Round | $42.00 |

## M&P® M2.0™ Compact Pistols — MSRP

| | | |
|---|---|---|
| 3008590 | 9mm, Compact, 15 Round | $42.00 |
| 3011499 | 9mm, Compact, 10 Round | $42.00 |
| 3008591 | 40 S&W, Compact, 13 Round, | $42.00 |

## M&P® M2.0™ Subcompact Pistols — MSRP

| | | |
|---|---|---|
| 194530000 | 9mm, Compact, Finger Rest, 12 Round | $42.00 |
| 194540000 | 9mm, Compact, 12 Round | $42.00 |
| 194550000 | 40 S&W, Compact, Finger Rest, 10 Round | $42.00 |
| 194560000 | 40 S&W, Compact, 10 Round | $42.00 |
| 194910000 | 45 AUTO, Compact, 8 Round, Black Base | $42.00 |
| 194920000 | 45 AUTO, Compact, 8 Rd, Finger Rest, Black | $42.00 |

## M&P SHIELD®  M2.0™ Pistols — MSRP

| | | |
|---|---|---|
| 3009876 | 9mm, 8 Round, M2.0™ Texture | $38.00 |
| 199350000 | 9mm, 7 Round | $38.00 |
| 3009877 | 40 S&W, 7 Round, M2.0™ Texture | $38.00 |
| 199330000 | 40 S&W, 6 Round | $38.00 |
| 3005566 | 45 AUTO, 6 Round | $38.00 |
| 3005567 | 45 AUTO, 7 Round, M2.0™ Texture | $38.00 |

## SHIELD®  Plus Pistols — MSRP

| | | |
|---|---|---|
| 3014410 | 9mm Luger, 10 Round | $41.00 |
| 3014411 | 9mm Luger, 13 Round | $41.00 |
| 3015320 | 30 Super Carry, 15 Round | $41.00 |
| 3015319 | 30 Super Carry, 12 Round | $41.00 |

## M&P SHIELD®  Pistols — MSRP

| | | |
|---|---|---|
| 199340000 | 40 S&W, 7 Round | $38.00 |
| 199330000 | 40 S&W, 6 Round | $38.00 |
| 199360000 | 9mm, 8 Round | $38.00 |
| 199350000 | 9mm, 7 Round | $38.00 |

## M&P®9 SHIELD™ EZ® Pistols — MSRP

| | | |
|---|---|---|
| 3012704 | 9mm, 8 Round | $35.00 |

## M&P®380 SHIELD™ EZ® Pistols — MSRP

| | | |
|---|---|---|
| 3008882 | 380 AUTO, 8 Round | $30.00 |

## S&W® SHIELD™ EZ® Pistols — MSRP

| | | |
|---|---|---|
| 3008882 | 30 Super Carry, 10 Round | $35.00 |

## M&P® Full Size & Compact Pistols — MSRP

| | | |
|---|---|---|
| 194420000 | 9mm, Full Size, 10 Round | $42.00 |
| 194400000 | 9mm, Full Size, 17 Round | $42.00 |
| 194530000 | 9mm, Compact, Finger Rest, 12 Round | $42.00 |
| 194540000 | 9mm, Compact, 12 Round | $42.00 |
| 194630000 | 9mm, Compact, Finger Rest, 10 Round | $42.00 |
| 194620000 | 9mm, Compact, 10 Round | $42.00 |
| 3000247 | 9mm, Full Size, 15 Round | $42.00 |
| 3007345 | 9mm, Full Size, 17 Round, Brown Base | $49.00 |
| 194410000 | 40 S&W, Full Size, 10 Round | $42.00 |
| 194390000 | 40 S&W, Full Size, 15 Round | $42.00 |
| 194550000 | 40 S&W, Compact, Finger Rest, 10 Round | $42.00 |
| 194560000 | 40 S&W, Compact, 10 Round | $42.00 |
| 3007346 | 40 S&W, Full Size, 15 Round, Brown Base | $49.00 |
| 194690000 | 45 AUTO, Full Size, 10 Round, Black Base | $42.00 |
| 194700000 | 45 AUTO, Full Size, 10 Round, Brown Base | $42.00 |
| 194770000 | 45 AUTO, Full Size, 14 Round, Brown Base | $49.00 |
| 194760000 | 45 AUTO, Full Size, 14 Round, Black Base | $49.00 |
| 194910000 | 45 AUTO, Compact, 8 Round, Black Base | $42.00 |
| 194920000 | 45 AUTO, Compact, 8 Rd, Finger Rest, Black | $42.00 |

## M&P®22 COMPACT Pistols — MSRP

| | | |
|---|---|---|
| 3000898 | 22 LR, 10 Round | $32.00 |

## M&P®22 Full Size Pistols — MSRP

| | | |
|---|---|---|
| 422500000 | 22 LR, 10 Round | $32.00 |
| 422510000 | 22 LR, 12 Round | $32.00 |

## M&P® BODYGUARD® Pistols — MSRP

| | | |
|---|---|---|
| 199300000 | 380 AUTO, 6 Round | $21.00 |

## SW1911 Pistols — MSRP

| | | |
|---|---|---|
| 191100000 | 45 Auto, 8 Round | $32.00 |

## SD™ & SDVE™ Self Defense Series Pistols — MSRP

| | | |
|---|---|---|
| 199250000 | 9mm, 16 Round | $42.00 |
| 199260000 | 9mm, 10 Round | $42.00 |
| 199270000 | 40 S&W, 14 Round | $42.00 |
| 199280000 | 40 S&W, 10 Round | $42.00 |

## SW22 Victory® Series Pistols — MSRP

| | | |
|---|---|---|
| 3001520 | 22 LR, 10 Round | $32.00 |

## Model 41 Pistols — MSRP

| | | |
|---|---|---|
| 190500000 | 22 LR, 10 Round | $28.00 |

## M&P® 15 Rifle - 5.56 mm NATO — MSRP

| | | |
|---|---|---|
| 3001439 | 223/5.56 mm NATO, 5 Round | $34.00 |
| 3001765 | 223/5.56 mm NATO, 10 Round | $34.00 |

## M&P® 15-22 Rifle - 22 LR — MSRP

| | | |
|---|---|---|
| 199220000 | 25 Round, Black | $24.00 |
| 199290000 | 25 Round, Flat Dark Earth | $24.00 |
| 199230000 | 10 Round, Black - Long | $24.00 |
| 199240000 | 10 Round, Black - Short | $24.00 |

## M&P® 10 Rifle - 308 Win — MSRP

| | | |
|---|---|---|
| 432180000 | 5 Round, Black | $38.00 |
| 432170000 | 10 Round, Black | $38.00 |

## S&W® CSX™ Pistol - 9mm Luger — MSRP

| | | |
|---|---|---|
| 432180000 | 10 Round | $42.00 |



smith-wesson.com

/smithwessoninc

/smithwessoninc

/smithwessoninc

/smithwessoninc

**THE TRADEMARKS IDENTIFIED IN THIS CATALOG ARE OWNED BY SMITH & WESSON INC., OR BY THEIR RESPECTIVE OWNERS, INCLUDING:**

CRIMSON TRACE®, LASERGUARD®, AND LASERGRIPS® ARE REGISTERED TRADEMARKS OF CRIMSON TRACE CORPORATION.

MAGLULA UPLULA™ IS A TRADEMARK OF MAGLULA LTD.

MAGPUL®, MBUS®, M-LOK®, MOE®, MOE SL®, MVG®, AND PMAG® ARE TRADEMARKS OF MAGPUL INDUSTRIES CORP.

ALPHA RAIL®, BATTLERAIL® ARE TRADEMARKS OF TROY INDUSTRIES, INC.

HIVIZ® IS A REGISTERED TRADEMARK OF NORTH PASS LTD.

XS® IS A REGISTERED TRADEMARK OF XS SIGHT SYSTEMS, INC.

VLTOR® IS A REGISTERED TRADEMARK OF VLTOR WEAPON SYSTEMS.

HOGUE® AND OVERMOLDED® ARE REGISTERED TRADEMARKS OF HOGUE GRIPS (AARON HOGUE AND PATRICK HOGUE).

KRYPTEK® HIGHLANDER™ ARE TRADEMARKS OF KRYPTEK OUTDOOR GROUP, LLC.

MUDDY GIRL® IS A REGISTERED TRADEMARK OF MOON SHINE, LP.

PRO-SERIES® IS A REGISTERED TRADEMARK OF H-S PRECISION, INC.

MAG-NA-PORT® IS A REGISTERED TRADEMARK OF MAG-NA-PORT ARMS INTERNATIONAL, INC.

VORTEX® (FOR FLASH SUPPRESSORS), AND SMITH ENTERPRISES, INC® ARE REGISTERED TRADEMARKS OF SMITH ENTERPRISE, INC.

DIAMONDBACK® and VORTEX® (FOR FIREARM SIGHTS), ARE REGISTERED TRADEMARKS OF SHELTERED WINGS, INC.

TANDEMKROSS® IS A REGISTERED TRADEMARK OF TANDEM KROSS, LLC

TRUGLO® AND TFX® ARE REGISTERED TRADEMARKS OF TRUGLO, INC.

WGS® IS A REGISTERED TRADEMARK OF WILLIAMS GUN SIGHTS

RAPTOR® IS A REGISTERED TRADEMARK OF RADIAN WEAPONS

BCMGUNFIGHTER IS A REGISTERED TRADEMARK OF BCM RIFLE COMPANY



© 2022 Smith & Wesson Inc.  All Rights Reserved      SMITH-WESSON.COM      NASDAQ : SWBI

REV05042022



Exhibit 18







smith-wesson.com

/smithwessoninc

/smithwessoninc

/smithwessoninc

/smithwessoninc

## THE TRADEMARKS IDENTIFIED IN THIS CATALOG ARE OWNED BY SMITH & WESSON INC., OR BY THEIR RESPECTIVE OWNERS, INCLUDING:

CRIMSON TRACE®, CT®, LASERGUARD®, AND LASERGRIPS® ARE REGISTERED TRADEMARKS OF CRIMSON TRACE CORPORATION
CALDWELL® IS A REGISTERED TRADEMARK OF AOB PRODUCTS COMPANY
CERAKOTE® IS A REGISTERED TRADEMARK OF NIC INDUSTRIES, INC.
MAGLULA® AND UPLULA® ARE REGISTERED TRADEMARKS OF MAGLULA LTD.
MAGPUL®, MBUS®, M-LOK®, MOE®, MOE SL®, MVG®, AND PMAG® ARE REGISTERED TRADEMARKS OF MAGPUL INDUSTRIES CORP.
ALPHA RAIL® AND BATTLERAIL® ARE REGISTERED TRADEMARKS OF TROY INDUSTRIES, INC.
HIVIZ® AND LITEWAVE H3® ARE REGISTERED TRADEMARKS OF HIVIZ LLC.
XS® IS A REGISTERED TRADEMARK OF XS SIGHT SYSTEMS, INC.
VLTOR® IS A REGISTERED TRADEMARK OF ABRAMS AIRBORNE MANUFACTURING, INC.
HOGUE® AND OVERMOLDED® ARE REGISTERED TRADEMARKS OF HOGUE, LLC.
KRYPTEK® AND HIGHLANDER® ARE REGISTERED TRADEMARKS OF KRYPTEK OUTDOOR GROUP, LLC.
MUDDY GIRL® IS A REGISTERED TRADEMARK OF MUDDY GIRL HOLDINGS, LLC.
PRO-SERIES® IS A REGISTERED TRADEMARK OF H-S PRECISION, INC.
MAG-NA-PORT® IS A REGISTERED TRADEMARK OF MAG-NA-PORT INTERNATIONAL INC.
MAG-NA-PORT® IS A REGISTERED TRADEMARK OF MAG-NA-PORT INTERNATIONAL INC.
VORTEX® (FOR FLASH SUPPRESSORS), AND SMITH ENTERPRISE, INC® ARE REGISTERED TRADEMARKS OF SMITH ENTERPRISE, INC.
DIAMONDBACK® AND VORTEX® (FOR FIREARM SIGHTS) ARE REGISTERED TRADEMARKS OF SHELTERED WINGS, INC.
TANDEMKROSS® IS A REGISTERED TRADEMARK OF TANDEM KROSS, LLC
TRUGLO® IS A REGISTERED TRADEMARK OF GOOD SPORTSMAN MARKETING, LLC.
TRIJICON® IS A REGISTERED TRADEMARK OF TRIJICON, INC.
NIKON® IS A REGISTERED TRADEMARK OF NIKON CORPORATION
HOLOSUN® IS A REGISTERED TRADEMARK OF HOLOSUN TECHNOLOGIES, INC.
INSIGHT® IS A REGISTERED TRADEMARK OF L-3 COMMUNICATIONS CORPORATION
DOCTER® IS A REGISTERED TRADEMARK OF DOCTER OPTICS GMBH
LEUPOLD® AND DELTAPOINT® ARE REGISTERED TRADEMARKS OF LEUPOLD & STEVENS, INC.
RADIAN® IS A REGISTERED TRADEMARK AND RAPTOR™ IS A TRADEMARK OF AXTS INC.
C-MORE SYSTEMS® IS A REGISTERED TRADEMARK AND C-MORE® IS A TRADEMARK OF C-MORE SYSTEMS.
WGS® IS A REGISTERED TRADEMARK AND WILLIAMS™ IS A TRADEMARK OF WILLIAMS GUN SIGHT COMPANY
JPOINT™ IS A TRADEMARK OF JP ENTERPRISES
BCMGUNFIGHTER™ AND BRAVO COMPANY™ ARE TRADEMARKS OF BRAVO COMPANY MFG, INC.
PRIMARY WEAPONS SYSTEMS™ AND PWS™ ARE TRADEMARKS OF PRIMARY WEAPONS SYSTEMS, INC.
B5 SYSTEMS™ AND B5™ ARE TRADEMARKS OF B5 SYSTEMS, INC.



EMPOWERING AMERICANS™



# Table of Contents

## SMITH & WESSON® SPOTLIGHT ............................................. 2-9

## PISTOLS

M&P Shield® Plus ............................... 10 - 11
M&P Shield® M2.0™ ............................. 12
M&P Shield® EZ® ............................... 13 - 14
M&P® M2.0™ Full, Compact, Subcompact .... 15 - 18
M&P® 5.7 & S&W® CSX™ ........................ 19
M&P Shield® Original Series ................. 20
M&P® Bodyguard® 380 ........................ 20
M&P®22 Compact .............................. 20
SW22 Victory® ................................ 21
Model 41 ..................................... 21
SW1911™ ...................................... 22
SD™ & SDVE™ ................................. 23

## REVOLVERS

Small | J-Frame ............................. 25 - 27
Medium | K-Frame ........................... 27
Medium | L-Frame ........................... 28 - 29
Large | N-Frame ............................ 29 - 31
Extra Large | X-Frame ...................... 32
S&W® Governor® ............................. 33

## RIFLES

VOLUNTEER™ SERIES ........................... 35-36
SPORT™ II SERIES ............................ 37
15-22 SPORT SERIES .......................... 38 - 39
M&P®12 SHOTGUN .............................. 39

## SERVICES & ACCESSORIES

Custom Engraving ............................ 40 - 41
Performance Center® Custom Services ......... 42 - 43
Licensed Products ........................... 44 - 45
Magazines ................................... 46 - 47
Trademark Information ....................... Inside, Back Cover



Availability of products, specifications, and terms stated in this publication are subject to change without notice. Descriptive, typographical, or photographical errors are subject to correction without notice.  Certain firearms and accessories may be prohibited or restricted by state or local laws, regulations and ordinances.



2

# EMPOWERING AMERICANS™ SINCE 1852.

As promised by the Declaration of Independence and granted by the Bill of Rights, Americans have been empowered with the freedom and self-reliance to write their stories as they pursue their goals and dreams. For nearly 250 years in the cities, towns and remote corners of our country each story joins the millions of stories that weave the fabric of the American experience.

American gun owners are the everyday heroes who have accepted responsibility for the security of their families and themselves. Theirs are the stories of men and women armed with the discipline, knowledge and skill to guide those they love to choose what is right and always be prepared for whatever comes to face them.

For each, gun ownership is a personal decision and commitment that strengthens them with the confidence to go where they need to go and do what they need to do. Theirs is the independence and freedom to live each day to its fullest and then gather each night, secure in their homes.

These are stories of the American spirit of Independence to be passed on to sons and daughters who will write tomorrow's stories – every day.



# NEW PRODUCTS



**S&W® EQUALIZER™** | Pg. 13



**M&P® 5.7** | Pg. 19



**M&P®9 M2.0™ METAL** | Pg. 15



**PERFORMANCE CENTER® M&P™ COMPETITOR™** | Pg. 15



**MODEL 350** | Pg. 32



**M&P® VOLUNTEER™ XV PRO - 6mm ARC** | Pg. 35-36





**OUR BEST-PERFORMING
MICRO-COMPACT TO DATE**

# S&W® EQUALIZER™

**S&W® Equalizer™** | SKU 13591 TS, 13592 NTS, 13732, 13733 | Pg. 13

- Easy-to-Rack™ Slide
- Crisp, Light Trigger
- 10, 13 and 15 Round Magazines
- Optics Ready Slide
- Optimized Grip Texture

6



**ALUMINUM FRAMED M&P® PISTOL**

# NEW M&P®9 M2.0™ METAL

The performance that began with our polymer construction is now forging forward. The lightweight and rigid metal frame of the Smith & Wesson M&P9 M2.0 Metal provides an extraordinary foundation for higher performance. Built on the M&P platform, it is compatible with all full-size M&P®9 magazines, slides, holsters and palmswells.

**M&P®9 M2.0™ Metal** | SKU 13194 | Pg. 15

• Optics Ready Slide
• Picatinny-Style Rail
• Accurate 1 in 10" Twist Barrel
• Optimized Grip Texture
• Four Interchangeable Palmswells

7



**THE NEW M&P® 5.7 PISTOL**

# PICK UP THE TEMPO™

- All New **Tempo**™ Barrel System
- Slim, Textured Grip
- Ambidextrous Slide Stop
- Optional Manual Thumb Safety
- Reversible Magazine Release
- Optics Ready Slide
- Flat-face Trigger
- Picatinny-Style Equipment Rail
- Forward Slide Serrations
- Crisp Single-Action Trigger Break
- Accurate 1 in 9˝ Twist Barrel

**M&P® 5.7** | SKU 13347 TS, 13348 NTS | Pg. 19

8

# M&P® VOLUNTEER™ XV PRO - 6MM ARC



**M&P® VOLUNTEER™ XV PRO - 6mm ARC** | SKU 13518 | Pg. 36

Engineered to perform at a higher level, the VOLUNTEER XV PRO rifles are for those who need more. Optimized forend to accommodate M-LOK® accessories. Heightened ergonomics with the B5™ SOPMOD stock, and upright B5 grip. Unbridled performance combining the flat trigger, flat shooting Primary Weapons Systems™ muzzle brake, and 5R rifling.

# PISTOLS



Optic Not Included

**PAGES 10 - 23**

**M&P Shield® Plus**

**M&P Shield® M2.0™**

**M&P Shield® EZ®**

**M&P® M2.0™ Full, Compact, Subcompact**

**M&P Shield® Original Series**

**M&P® Bodyguard® 380**

**M&P®22 Compact**

**S&W® CSX™**

**SW22 Victory®**

**Model 41**

**SW1911™**

**SD™ & SDVE™**

**M&P®9 Shield® Plus OR**
SKU 13534  |  Pg. 32



**S&W® SHIELD® PLUS OR**
SKU:  13473
30 Super Carry®
16 & 13 Round Magazines
3.1" Barrel
*OPTICS READY SLIDE*
*MANUAL THUMB SAFETY*

# M&P SHIELD® PLUS

The Shield™ Plus micro-carry is as customizable as it is comfortable. Chambered in 9mm with 13+1 and 10+1 round magazines or in new 30 Super Carry with 16 +1 and 13+1 options, even capacity adapts to your needs. It all comes together in the next generation of everyday carry.



Flat Face Trigger



Enhanced Grip Texture



Orange Ring Tritium Night Sight



Black Ring Tritium Night Sight



Optics Ready Slide Slide Cut for Mounting Optics
Accepts Crimson Trace®, Trijicon®
Leupold® DeltaPoint® Pro, JPoint®, Docter®
C-MORE®, Insight®, Nikon® & Holosun™

*\* Not available on all SKU's*

10

# S&W® SHIELD® AND M&P SHIELD® PLUS PISTOLS



**NEW**

**S&W® SHIELD® PLUS OR**
SKU: 13473
30 Super Carry®
16 & 13 Round Magazines
3.1" Barrel
*OPTICS READY SLIDE*
*MANUAL THUMB SAFETY*



**NEW**

**S&W® SHIELD® PLUS OR**
SKU: 13474
30 Super Carry®
16 & 13 Round Magazines
3.1" Barrel
*OPTICS READY SLIDE*
*NO THUMB SAFETY*



**NEW**

**M&P®9 SHIELD® PLUS OR**
9mm
3.1" Barrel
*OPTICS READY SLIDE*
*MANUAL THUMB SAFETY*
SKU: 13536 – 13+1 and 10+1 Magazines
SKU: 13559 – *10 ROUND MAGAZINE*



**NEW**

**M&P®9 SHIELD® PLUS OR**
9mm
3.1" Barrel
*OPTICS READY SLIDE*
*NO THUMB SAFETY*
SKU: 13534 – 13+1 and 10+1 Magazines
SKU: 13558 – *10 ROUND MAGAZINE*



**M&P®9 SHIELD® PLUS**
9mm
13 & 10 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*
SKU: 13246
SKU: 13247 – *10 ROUND MAGAZINE , 10 LB TRIGGER*
*MA COMPLIANT*



**M&P®9 SHIELD® PLUS**
9mm
13 & 10 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*
SKU: 13248
SKU: 13249 – *10 ROUND MAGAZINE , 10 LB TRIGGER*



**M&P®9 SHIELD® PLUS**
SKU: 13250
9mm
13 & 10 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*
*NIGHT SIGHTS · ONE 10 ROUND & TWO 13*
*ROUND MAGAZINES INCLUDED*



**PERFORMANCE CENTER®**

**M&P®9 SHIELD® PLUS**
SKU: 13252 **
9mm
13 & 10 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY · FIBER OPTIC SIGHTS*
*PORTED BARREL*

**PERFORMANCE CENTER®**

**M&P®9 SHIELD® PLUS**
SKU: 13254 **
9mm
13 & 10 Round Magazines
4.0" Barrel
*NO THUMB SAFETY · FIBER OPTIC SIGHTS*

Optic Included



**PERFORMANCE CENTER®**

**M&P®9 SHIELD® PLUS**
SKU: 13251 **
9mm
13 & 10 Round Magazines
4.0" Barrel
*NO THUMB SAFETY · FIBER OPTIC SIGHTS*
*OPTIC READY SLIDE*

Optic Included

**PERFORMANCE CENTER®**

**M&P®9 SHIELD® PLUS**
SKU: 13253 **
9mm
13 & 10 Round Magazines
4.0" Barrel
*NO THUMB SAFETY · FIBER OPTIC SIGHTS*
*OPTIC READY SLIDE · PORTED BARREL & SLIDE*

## EVERYDAY CARRY KIT

**PERFORMANCE CENTER®**

**M&P®9 SHIELD® PLUS EVERYDAY CARRY KIT**
SKU: 13255
13 & 10 Round Magazines ~ 9mm
3.1" Barrel
*PORTED BARREL & SLIDE*
*MANUAL THUMB SAFETY · FIBER OPTIC SIGHTS*

KIT INCLUDES:
· Performance Center® M&P®9 SHIELD® PLUS Pistol
· M&P® Oasis Liner Lock Folding Knife
· M&P® Delta Force CS LED Flashlight
· Performance Center Branded Discreet Gun Portfolio



## M&P SHIELD® M2.0™ PISTOLS



# M&P SHIELD® M2.0™

The reality of protection is that you never know when you'll need it.  We took the power and features of our full sized M&P pistols and put them into a slim, lightweight pistol the size of your hand.  The M&P Shield is an easy to conceal pistol that offers professional grade features with simple operation and reliable performance day or night.  One million Shield owners can't be wrong.

**M&P®40 SHIELD® M2.0™**
SKU: 11812
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*

---



**M&P®40 SHIELD® M2.0™**
SKU: 11814
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*NO THUMB SAFETY*

**M&P®45 SHIELD® M2.0™**
45 AUTO
7 & 6 Round Magazines
3.3" Barrel
SKU: 180022
SKU: 11704 – 10lb Trigger, MA Compliant
*MANUAL THUMB SAFETY*



**M&P®45 SHIELD® M2.0™**
SKU: 11531
45 AUTO
7 & 6 Round Magazines
3.3" Barrel
*NO THUMB SAFETY*



**M&P®45 SHIELD® M2.0™**
SKU: 11726
45 AUTO
7 & 6 Round Magazines
3.3" Barrel
*NO THUMB SAFETY*
*TRITIUM NIGHT SIGHTS*
*3 MAGAZINES INCLUDED*



**PERFORMANCE CENTER®**
**M&P®40 SHIELD® M2.0™**
SKU: 11868 **
40 S&W · 7 & 6 Round Magazines
3.1" Barrel
*PORTED BARREL & SLIDE*
*MANUAL THUMB SAFETY · FIBER OPTIC SIGHTS*



**PERFORMANCE CENTER®**
**M&P®40 SHIELD® M2.0™**
SKU: 11796 **
40 S&W · 7 & 6 Round Magazines
4.0" Barrel
*FIBER OPTIC SIGHTS*

**PERFORMANCE CENTER®**
**M&P®45 SHIELD® M2.0™**
SKU: 11864 **
45 AUTO · 7 & 6 Round Magazines
4.0" Barrel
*FIBER OPTIC SIGHTS*

12

## S&W® EQUALIZER™





**NEW**

**S&W® EQUALIZER™**
SKU: 13591 TS, 13592 NTS, 13733, 13732
9mm
10, 13 & 15 Round Magazines
3.675" Barrel

Level the playing field with our best-performing micro-compact to date. Next-gen EZ technology, low recoil impulse, and versatile magazine capacity all in a compact footprint, make the EQUALIZER™ an ultimate CCW. This 9MM offering provides the perfect balance of power and capacity across 10, 13, and 15-round magazines. The EQUALIZER™ features a single-action trigger that allows for a short take-up, clean break, and fast reset to make follow-up shots quicker.

## M&P SHIELD® EZ® PISTOLS



**S&W® SHIELD® EZ®**
SKU: 13458
30 Super Carry™
10 Round Magazines
3.675" Barrel
*MANUAL THUMB SAFETY*



**S&W® SHIELD® EZ®**
SKU: 13459
30 Super Carry™
10 Round Magazines
3.675" Barrel
*NO THUMB SAFETY*



**M&P®380 SHIELD® EZ®**
SKU: 11663
380 AUTO
8+1 Rounds
3.675" Barrel
*MANUAL THUMB SAFETY*



**M&P®380 SHIELD® EZ®**
SKU: 180023
380 AUTO
8+1 Rounds
3.675" Barrel
*NO THUMB SAFETY*



**PERFORMANCE CENTER®**
**M&P®380 SHIELD® EZ® M2.0™**
SKU: 12719 **
380 AUTO · 8+1 Rounds
3.8" Barrel
*GOLD, PORTED BARREL, TRIGGER AND GRIP SAFETY*
*MANUAL THUMB SAFETY*
*HIVIZ® LITEWAVE H3® TRITIUM/LITEPIPE SIGHTS*



**PERFORMANCE CENTER®**
**M&P®380 SHIELD® EZ® M2.0™**
SKU: 12718 **
380 AUTO · 8+1 Rounds
3.8" Barrel
*SILVER PORTED BARREL, TRIGGER AND GRIP SAFETY*
*MANUAL THUMB SAFETY*
*HIVIZ® LITEWAVE H3® TRITIUM/LITEPIPE SIGHTS*



**PERFORMANCE CENTER®**
**M&P®380 SHIELD® EZ® M2.0™**
SKU: 12717 **
380 AUTO · 8+1 Rounds
3.8" Barrel
*BLACK PORTED BARREL, TRIGGER AND GRIP SAFETY*
*MANUAL THUMB SAFETY*
*HIVIZ® LITEWAVE H3® TRITIUM/LITEPIPE SIGHTS*



**M&P®9 SHIELD® EZ®**
SKU: 12436
9mm
8+1 Rounds
3.675" Barrel
*MANUAL THUMB SAFETY*



**M&P®9 SHIELD® EZ®**
SKU: 12437
9mm
8+1 Rounds
3.675" Barrel
*NO THUMB SAFETY*



**M&P®9 SHIELD® EZ®**
SKU: 12438
9mm
8+1 Rounds
3.675" Barrel
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® RED LASERGUARD®*



## M&P SHIELD® EZ® PISTOLS



**M&P®9 SHIELD® EZ®**
SKU: 13001
9mm
8+1 Rounds
3.675" Barrel
*MANUAL THUMB SAFETY*
*TRUGLO® TRITIUM PRO NIGHT SIGHTS*



**M&P®9 SHIELD® EZ®**
SKU: 13002
9mm
8+1 Rounds
3.675" Barrel
*NO THUMB SAFETY*
*TRUGLO® TRITIUM PRO NIGHT SIGHTS*



**PERFORMANCE CENTER®**
**M&P®9 SHIELD® EZ®**
SKU: 13223 **
9mm
8+1 Rounds · 3.825" Ported Barrel
*MANUAL THUMB SAFETY*
*BLACK BARREL, TRIGGER AND GRIP SAFETY*
*HIVIZ® LITEWAVE H3® TRITIUM/LITEPIPE SIGHTS*



**PERFORMANCE CENTER®**
**M&P®9 SHIELD® EZ®**
SKU: 13225 **
9mm
8+1 Rounds · 3.825" Ported Barrel
*MANUAL THUMB SAFETY*
*SILVER BARREL, TRIGGER AND GRIP SAFETY*
*HIVIZ® LITEWAVE H3® TRITIUM/LITEPIPE SIGHTS*



## M&P® M2.0™ FULL SIZE PISTOLS



**M&P®10MM M2.0˚ OR**
SKU: 13387
10mm AUTO · 15+1 Rounds
4.6" Barrel
*OPTICS READY SLIDE*
*FLAT-FACE TRIGGER*
*NO THUMB SAFETY*

# M&P® M2.0™ FULL SIZE

Designed to shoot bigger, faster, flatter, and farther. Whether for hunting, self-defense, or the range – M&P®10MM delivers when you need it most.



**M&P®10MM M2.0˚ OR**
SKU: 13387
10mm AUTO · 15+1 Rounds
4.6" Barrel
*OPTICS READY SLIDE*
*FLAT-FACE TRIGGER*
*NO THUMB SAFETY*



**M&P®10MM M2.0˚ OR**
SKU: 13388
10mm AUTO · 15+1 Rounds
4.6" Barrel
*OPTICS READY SLIDE*
*FLAT-FACE TRIGGER*
*MANUAL THUMB SAFETY*



**M&P®10MM M2.0˚ OR**
SKU: 13389
10mm AUTO · 15+1 Rounds
4.0" Barrel
*OPTICS READY SLIDE*
*FLAT-FACE TRIGGER*
*NO THUMB SAFETY*



**M&P®10MM M2.0˚ OR**
SKU: 13390
10mm AUTO · 15+1 Rounds
4.0" Barrel
*OPTICS READY SLIDE*
*FLAT-FACE TRIGGER*
*MANUAL THUMB SAFETY*



**M&P®9 M2.0˚ OR**
SKU: 13564
9mm · 17+1 Rounds
4.25" Barrel
*OPTICS READY SLIDE*
*FLAT-FACE TRIGGER*
*NO THUMB SAFETY*



**M&P®9 M2.0˚ OR**
SKU: 13567
9mm · 17+1 Rounds
4.25" Barrel
*OPTICS READY SLIDE*
*FLAT-FACE TRIGGER*
*MANUAL THUMB SAFETY*



**M&P®9 M2.0˚ OR**
SKU: 13569
9mm · 17+1 Rounds
5.0" Threaded Barrel
*OPTICS READY SLIDE*
*FLAT-FACE TRIGGER*
*MANUAL THUMB SAFETY*



**M&P®9 M2.0˚ OR**
SKU: 13585
9mm · 17+1 Rounds
4.625" Threaded Barrel
*OPTICS READY SLIDE*
*FLAT-FACE TRIGGER*
*NO THUMB SAFETY*



**M&P®9 M2.0˚**
SKU: 11758 · 15+1 Rounds
11761 · 10+1 Rounds
11763 · 10+1 Rounds, 10 lb Trigger, MA Compliant
9mm · 4.25" Barrel
*NO THUMB SAFETY*



**NEW**

**M&P®9 M2.0˚ METAL**
SKU: 13194
9mm · 17+1 Rounds
4.25" Threaded Barrel
*OPTICS READY SLIDE*
*FLAT-FACE TRIGGER*
*NO THUMB SAFETY*



**NEW**

**PERFORMANCE CENTER®**

**M&P®9 M2.0™ COMPETITOR™**
SKU: 13198
9mm · 10+1 Rounds
5.0" Barrel
*NO THUMB SAFETY*
*FIBER OPTIC SIGHTS*



**NEW**

**PERFORMANCE CENTER®**

**M&P®9 M2.0™ COMPETITOR™**
SKU: 13199
9mm · 17+1 Rounds
5.0" Barrel
*NO THUMB SAFETY*
*FIBER OPTIC SIGHTS*

*** PERFORMANCE CENTER CLEANING KIT INCLUDED**    15

## M&P® M2.0™ FULL SIZE PISTOLS



**PERFORMANCE CENTER®**
M&P®9 M2.0™
SKU: 11831 **
9mm · 17+1 Rounds
4.25" Barrel
*NO THUMB SAFETY · WHITE DOT SIGHTS*
*OPTICS READY SLIDE*
*PORTED BARREL & SLIDE*



**PERFORMANCE CENTER®**
M&P®9 M2.0™
SKU: 11833 **
9mm · 17+1 Rounds
5.0" Barrel
*NO THUMB SAFETY · WHITE DOT SIGHTS*
*OPTICS READY SLIDE*
*PORTED BARREL & SLIDE*



**PERFORMANCE CENTER®**
M&P®9 M2.0™
SKU: 12470 **
9mm · 17+1 Rounds · 5.0" Barrel
*NO THUMB SAFETY · WHITE DOT SIGHTS*
*OPTICS READY SLIDE*
*PORTED BARREL & SLIDE*
*CRIMSON TRACE® RED DOT OPTIC INCLUDED*



M&P®40 M2.0™
SKU: 11522
40 S&W · 15+1 Rounds
4.25" Barrel
*NO THUMB SAFETY*



M&P®45 M2.0™
SKU: 11523
45 AUTO · 10+1 Rounds
4.6" Barrel
*NO THUMB SAFETY*



M&P®45 M2.0™
SKU: 11526
45 AUTO · 10+1 Rounds
4.6" Barrel
*MANUAL THUMB SAFETY*



M&P®45 M2.0™ OR
SKU: 13586
45 AUTO · 10+1 Rounds
5.125" Threaded Barrel
*NO THUMB SAFETY · OPTICS READY*
*SLIDE · OPTIC-HEIGHT WHITE DOT*
*SIGHTS*



**NEW**

**PERFORMANCE CENTER®**
M&P®10MM M2.0™
SKU: 13915 **
10mm · 15+1 Rounds
5.6" Barrel
*MANUAL THUMB SAFETY · OPTICS READY SLIDE*
*PORTED BARREL & SLIDE · OPTIC-HEIGHT*
*WHITE DOT SIGHTS*



M&P®9 M2.0™ CARRY & RANGE KIT
4.25" Barrel · *NO THUMB SAFETY*

SKU: 11765 – 9mm · 17+1 Rounds
        12487 – 9mm · 10+1 Rounds

SKU: 11766 – 40 S&W · 15+1 Rounds

*CARRY & RANGE KIT INCLUDES:*
· *CALDWELL® TAC OPS HOLSTER*
· *CALDWELL® TAC OPS MAG HOLSTER*
· *MAGLULA UPLULA® MAG LOADER*
· *3 MAGAZINES INCLUDED*



## M&P® M2.0™ COMPACT SIZE PISTOLS



**NEW**

M&P®9 M2.0™ COMPACT OR
SKU: 13563
9mm – 15+1 Rounds
4.0" Barrel
*OPTICS READY SLIDE*
*FLAT–FACE TRIGGER*
*NO THUMB SAFETY*

# M&P®9 M2.0™ COMPACT

The M&P M2.0 Compact series bridges the gap for those want-ing a firearm  for professional use, protection, carry, or practice at the range.



**NEW**

M&P®9 M2.0™ COMPACT OR
SKU: 13568
9mm – 15+1 Rounds
4.0" Barrel
*OPTICS READY SLIDE*
*FLAT–FACE TRIGGER*
*MANUAL THUMB SAFETY*



M&P®9 M2.0™ COMPACT
SKU: 12465
9mm – 10+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*



M&P®9 M2.0™ COMPACT
SKU: 13112
9mm – 10+1 Rounds
4.625" Barrel
*NO THUMB SAFETY*
*SUPPRESSOR HEIGHT SIGHTS*
*THREADED BARREL*



M&P®9 M2.0™ COMPACT
SKU: 13008 – 10+1 Rounds, 10 lb Trigger,
MA Compliant
9mm · 3.6" Barrel
*NO THUMB SAFETY*



M&P®40 M2.0™ COMPACT
SKU: 11684
40 S&W · 13 +1 Rounds
4.0" Barrel
*NO THUMB SAFETY*



M&P®40 M2.0™ COMPACT
SKU: 11687
40 S&W · 13+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*



M&P®40 M2.0™ COMPACT
SKU: 11695
40 S&W · 13+1 Rounds
3.6" Barrel
*MANUAL THUMB SAFETY*



M&P®45 M2.0™ COMPACT
SKU: 12105
45 AUTO · 10 +1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*



M&P®45 M2.0™ COMPACT
SKU: 12106
45 AUTO · 10 +1 Rounds
4.0" Barrel
*NO THUMB SAFETY*



M&P®9 M2.0™ COMPACT OPTICS–READY
SPEC SERIES PISTOL KIT
4.6" Barrel   *NO THUMB SAFETY*
SKU: 13625 – 9mm ·  15+1 Rounds

**PISTOL KIT INCLUDES:**
· ONE 15 ROUND MAGAZINE &
  TWO 23 ROUND MAGAZINES
· M&P® KNIFE (4" BLADE)
· COLLECTIBLE M&P® SPEC SERIES
  CHALLENGE COIN



## M&P® M2.0™ COMPACT SIZE PISTOLS



**M&P®9 M2.0™ COMPACT OR**
SKU: 13572
9mm · 15+1 Rounds
4.0" Barrel
*NO THUMB SAFETY*
*OPTICS READY SLIDE*



**M&P®9 M2.0™ COMPACT OR**
SKU: 13573
9mm · 15+1 Rounds
4.0" Barrel
*MANUAL THUMB SAFETY*
*OPTICS READY SLIDE*



**M&P®9 M2.0™ COMPACT OR**
SKU: 13570
9mm · 15+1 Rounds
3.6" Barrel
*MANUAL THUMB SAFETY*
*OPTICS READY SLIDE*



**M&P®9 M2.0™ COMPACT OR**
SKU: 13571
9mm · 15+1 Rounds
3.6" Barrel
*NO THUMB SAFETY*
*OPTICS READY SLIDE*



**M&P®9 M2.0™ SUBCOMPACT**
SKU: 12481
9mm · 12+1 Rounds
3.6" Barrel
*NO THUMB SAFETY*



**M&P®9 M2.0™ SUBCOMPACT**
SKU: 12482 – 12+1 Rounds
SKU: 13010 – 10+1 Rounds, 10 lb Trigger,
MA Compliant
9mm · 3.6" Barrel
*MANUAL THUMB SAFETY*



## M&P® 5.7



**M&P® 5.7**
SKU: 13347
5.7x28mm – 22+1 Rounds
5.0" Barrel
*BLACK POLYMER FRAME
AMBIDEXTROUS SLIDE STOP, MANUAL THUMB
SAFETY AND MAGAZINE RELEASE*

# M&P® 5.7

– Internal hammer-fired, gas-operated, locked-breech **Tempo**™ barrel system.
– Slim, textured grip.
– Ambidextrous slide stop and manual thumb safety.
– Reversible magazine release.
– Optics ready slide.
– Flat-face trigger.
– Picatinny-style equipment rail.
– Forward slide serrations.
– Crisp single-action trigger break.



**Tempo**™ Barrel System

22-round magazine
Extra 22-round magazine available:
Magazine SKU: 3015896
Magazine UPC: 022188893762

## SMITH & WESSON® CSX™ PISTOL



**MODEL CSX**™
SKU: 12615, 13661
9mm – 12+1 and 10+1 Rounds
3.1" Barrel
*ALUMINUM ALLOY FRAME
AMBIDEXTROUS SLIDE STOP, MANUAL THUMB
SAFETY AND MAGAZINE RELEASE*

# MODEL CSX™

Modern metal. The CSX is built on an aluminum alloy frame with interchangeable polymer backstraps, providing the user the ability to customize their level of concealment and ergonomic fit. Chambered in 9mm, the CSX holds an impressive 12+1 capacity and comes with an additional 10 round magazine for deeper concealment. Designed with flexibility in mind and, despite its micro-sized frame, the CSX packs both ambidextrous slide releases and manual safeties.



## M&P SHIELD® ORIGINAL, M&P® BODYGUARD® & M&P®22 COMPACT



# M&P®9 SHIELD™

**M&P®9 SHIELD™**
SKU: 187021
9mm
8 & 7 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*
*TACTILE LOADED CHAMBER INDICATOR*
*CA COMPLIANT*

The reality of protection is that you never know when you'll need it. We took the power and features of our full sized M&P pistols and put them into a slim, lightweight pistol the size of your hand. The M&P Shield is an easy to conceal pistol that offers professional grade features with simple operation and reliable performance day or night. One million Shield owners can't be wrong.



**M&P®9 SHIELD™**
SKU: 11905
9mm
8 & 7 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY · HIVIZ® SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR*
*CA COMPLIANT*

**M&P®40 SHIELD™**
SKU: 187020
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY*
*TACTILE LOADED CHAMBER INDICATOR*
*CA COMPLIANT*



**M&P®40 SHIELD™**
SKU: 11906
40 S&W
7 & 6 Round Magazines
3.1" Barrel
*MANUAL THUMB SAFETY · HIVIZ® SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR*
*CA COMPLIANT*



**MODEL BG380**
SKU: 10048
380 AUTO – 6+1 Rounds
2.75" Barrel
*MANUAL THUMB SAFETY*
*CRIMSON TRACE® INTEGRATED RED LASER*

**MODEL BG380**
SKU: 109381
380 AUTO – 6+1 Rounds
2.75" Barrel
*MANUAL THUMB SAFETY*
*NO LASER MODEL*



**MODEL BG380**
SKU: 10110
380 AUTO – 6+1 Rounds
2.75" Barrel
*MANUAL THUMB SAFETY*
*NO LASER MODEL*
*MACHINE ENGRAVING*



**M&P®22 COMPACT**
SKU: 108390
22 LR – 10+1 Rounds
3.6" Barrel
*MANUAL THUMB SAFETY*



**M&P®22 COMPACT**
SUPPRESSOR READY
SKU: 10242
22 LR – 10+1 Rounds
3.6" Threaded Barrel
*MANUAL THUMB SAFETY*
*CERAKOTE® FLAT DARK EARTH FRAME*
*ADAPTER KIT INCLUDED*
*1/2 X 28 THREAD ADAPTER INSTALLED*



**M&P®22 COMPACT**
SUPPRESSOR READY
SKU: 10199
22 LR – 10+1 Rounds
3.6" Threaded Barrel
*MANUAL THUMB SAFETY*
*ADAPTER KIT INCLUDED*
*1/2 X 28 THREAD ADAPTER INSTALLED*

## SMITH & WESSON®  SW22 VICTORY® & MODEL 41 PISTOLS



**MODEL SW22 VICTORY®**
SKU: 108490
22 LR – 10+1 Rounds
5.5" Barrel
*FIBER OPTIC SIGHTS*
*PICATINNY–STYLE RAIL INCLUDED*

# MODEL SW22 VICTORY®

The SW22 VICTORY® is constructed on a single-action, enclosed hammer-fired, blowback semi-automatic design. Chambered in .22 LR, the SW22 Victory comes highly featured with innovative design qualities that include a match-grade, interchangeable barrel for superb accuracy on the range or in the field along with a simple one-screw takedown design.



**MODEL SW22 VICTORY®**
SKU: 10201
22 LR – 10+1 Rounds
5.5" Threaded Barrel
*FIBER OPTIC SIGHTS*
*PICATINNY–STYLE RAIL INCLUDED*
*BARREL THREADS – 1/2 X 28*

**MODEL SW22 VICTORY®**
SKU: 10297
22 LR – 10+1 Rounds
5.5" Barrel
*FIBER OPTIC SIGHTS*
*PICATINNY–STYLE RAIL INCLUDED*
*KRYPTEK® HIGHLANDER® FINISH*

**MODEL SW22 VICTORY®**
**TARGET MODEL**
SKU: 11536
22 LR – 10+1 Rounds
5.5" Barrel
*PICATINNY–STYLE RAIL INCLUDED*
*BLACK BLADE TARGET SIGHTS*
*TARGET THUMBREST GRIPS INCLUDED*

**PERFORMANCE CENTER®**
**MODEL SW22 VICTORY®**
SKU: 12078 – TARGET MODEL
22 LR – 10+1 Rounds
6.0" Fluted Barrel
*FIBER OPTIC SIGHTS*
*PICATINNY–STYLE RAIL INCLUDED*

**PERFORMANCE CENTER®**
**MODEL SW22 VICTORY®**
SKU: 12079 – TARGET MODEL
22 LR – 10+1 Rounds
6.0" Fluted Barrel
*FIBER OPTIC SIGHTS*
*PICATINNY–STYLE RAIL INCLUDED*
*RED DOT SIGHT – 6 MOA DOT*

**PERFORMANCE CENTER®**
**MODEL SW22 VICTORY®**
SKU: 12080 – TARGET MODEL
22 LR – 10+1 Rounds
6.0" Carbon Fiber Barrel
*PICATINNY–STYLE RAIL INCLUDED*

**PERFORMANCE CENTER®**
**MODEL SW22 VICTORY®**
SKU: 12081 – TARGET MODEL
22 LR – 10+1 Rounds
6.0" Carbon Fiber Barrel
*PICATINNY–STYLE RAIL INCLUDED*
*RED DOT SIGHT – 6 MOA DOT*

**MODEL 41**
SKU: 130511
22 LR
10+1 Rounds
5.5" Barrel

**MODEL 41**
SKU: 130512
22 LR
10+1 Rounds
7.0" Barrel

**PERFORMANCE CENTER®**
**MODEL 41**
SKU: 178031
22 LR ·  10+1 Rounds
5.5" Barrel
*INTEGRAL PICATINNY–STYLE RAIL*
*CUTOUT, INTERCHANGEABLE FRONT SIGHT*



*\*\* PERFORMANCE CENTER CLEANING KIT INCLUDED*   21

## SMITH & WESSON® SW1911™



**1911 E-SERIES**
SKU: 108411
45 AUTO
8+1 Rounds
5.0" Barrel
*TACTICAL RAIL*
*TRITIUM NIGHT SIGHTS*

# 1911 E-SERIES

Precision. Accuracy. Performance. With a remarkable selection of SW1911's, Smith & Wesson continues its tradition of innovation and its commitment to bringing shooters the finest quality high performance firearms. Smith & Wesson's variations of John Moses Browning's extremely popular 1911 design can be seen in the production, Pro Series, and Performance Center line of SW1911 pistols. These 1911's are manufactured with a wide variety of materials, finishes and unique features and are favorites in any collection.

---



**MODEL SW1911**
SKU: 108482
45 AUTO
8+1 Rounds
5.0" Barrel
*WHITE DOT SIGHTS*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 178020 – PRO SERIES®
45 AUTO · 7+1 Rounds
3.0" Barrel
*OVERSIZED EXTERNAL EXTRACTOR*
*FULL-LENGTH GUIDE ROD*
*SUB COMPACT FRAME*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 178053 – PRO SERIES®
9mm · 8+1 Rounds
3.0" Barrel
*OVERSIZED EXTERNAL EXTRACTOR*
*FULL-LENGTH GUIDE ROD*
*SUB COMPACT FRAME*



**MODEL SW1911 SC**
SKU: 10270
45 AUTO
8+1 Rounds
5.0" Barrel
*MAHOGANY*
*PRESENTATION CASE INCLUDED*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 170344
45 AUTO · 8+1 Rounds
4.25" Barrel
*PC TUNED ACTION · ROUND BUTT FRAME*
*POLISHED FEED RAMP · FULL-LENGTH GUIDE ROD*
*THROATED BARREL · PRECISION CROWNED MUZZLE*
*SPHERICAL BARREL BUSHING*
*LIGHTENING CUTS IN SLIDE*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 170343
45 AUTO · 8+1 Rounds
5.0" Barrel
*PC TUNED ACTION · POLISHED FEED RAMP*
*FULL-LENGTH GUIDE ROD*
*THROATED BARREL · PRECISION CROWNED MUZZLE*
*SPHERICAL BARREL BUSHING*
*LIGHTENING CUTS IN SLIDE*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 178047 – PRO SERIES®
9mm · 10+1 Rounds
5.0" Barrel
*ADJUSTABLE REAR SIGHT*
*FULL-LENGTH GUIDE ROD*
*PRECISION CROWNED MUZZLE*
*STONED HAMMER & SEAR*



**PERFORMANCE CENTER®**
**MODEL SW1911**
SKU: 178017 – PRO SERIES®
9mm · 10+1 Rounds
5.0" Barrel
*FIXED REAR SIGHT*
*FULL-LENGTH GUIDE ROD*
*PRECISION CROWNED MUZZLE*
*STONED HAMMER & SEAR*

## SMITH & WESSON® SD™ and SDVE™ SELF DEFENSE PISTOLS



# MODEL SD™9 VE

MODEL SD™9 VE
SKU: 223900
9mm
16+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*

- Dovetailed, White Dot Sights
- Standard, Picatinny-Style Rail
- Ergonomic, Textured Grip
- Textured Finger Locator
- Aggressive Front and Back Strap Texturing
- Distinctive Two-Tone Finish
- Front and Rear Serrations



MODEL SD™9 VE
SKU: 123900
9mm
10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*



MODEL SD™9 VE
SKU: 123902
9mm
10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*10 LB TRIGGER – MA COMPLIANT*



MODEL SD™9
SKU: 11998
9mm
16+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*FLAT DARK EARTH FRAME FINISH*



MODEL SD™9
SKU: 11995
9mm
16+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*GRAY FRAME FINISH*



MODEL SD™40 VE
SKU: 123400
40 S&W
10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*



MODEL SD™40 VE
SKU: 123403
40 S&W
10+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR – TLCI*
**CA COMPLIANT**



MODEL SD™40 VE
SKU: 223400
40 S&W
14+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*



MODEL SD™40
SKU: 11996
40 S&W
14+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*GRAY FRAME FINISH*



MODEL SD™40
SKU: 11999
40 S&W
14+1 Rounds
4.0" Barrel
*WHITE DOT SIGHTS*
*FLAT DARK EARTH FRAME FINISH*



MODEL SD™40 VE
SKU: 11908
40 S&W
10+1 Rounds
4.0" Barrel
*HIVIZ® SIGHTS*
*TACTILE LOADED CHAMBER INDICATOR – TLCI*
**CA COMPLIANT**



# REVOLVERS



**Model 329PD** | SKU 163414 | Pg. 30

**PAGES 24 - 33**

**Small | J-Frame**

**Medium | K-Frame**

**Medium | L-Frame**

**Large | N-Frame**

**Extra Large | X-Frame**

**S&W® Governor®**



MODEL 317 KIT GUN™
SKU: 160221
22 LR – 8 Rounds
3.0" Barrel
*ALUMINUM ALLOY FRAME*
*EXTERNAL HAMMER*
*HIVIZ® GREEN FRONT SIGHT*

# MODEL 317 KIT GUN™

The Smith & Wesson Model 317, debuted in 1997, as part of the AirWeight series of revolvers. Built on an aluminum-alloy J-frame and chambered in 22 Long Rifle, this lightweight revolver is small enough to be carried inside a hunter or fisherman's kit bag, as its name suggests.



Matte Silver Frame Finish



Synthetic Grip



Aluminum Alloy Cylinder Finish



HIVIZ® Fiber Optic Green



3" (7.6 cm) Barrel

# SMALL (J) FRAME REVOLVERS



**MODEL 43C**
SKU: 103043
22 LR – 8 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*XS® FRONT NIGHT SIGHT*
*INTERNAL HAMMER · NO INTERNAL LOCK*



**MODEL 63**
SKU: 162634
22 LR – 8 Rounds
3.0" Barrel
*STAINLESS STEEL FRAME*
*EXTERNAL HAMMER*
*HIVIZ® RED FRONT SIGHT*



**MODEL 351C**
SKU: 103351
22 WMR – 7 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*XS® FRONT NIGHT SIGHT*
*INTERNAL HAMMER · NO INTERNAL LOCK*



**MODEL 351 PD**
SKU: 160228
22 WMR – 7 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*HIVIZ® FRONT SIGHT*
*EXTERNAL HAMMER*



**MODEL 442**
38 S&W Special +P
5 Rounds – 1.88" Barrel
*ALUMINUM ALLOY FRAME*
*INTERNAL HAMMER*
SKU: 162810
SKU: 150544–NO INTERNAL LOCK

**MODEL 642**
38 S&W Special +P
5 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*INTERNAL HAMMER*
SKU: 163810
SKU: 103810 – NO INTERNAL LOCK



**MODEL 642**
SKU: 150466
38 S&W Special +P
5 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*INTERNAL HAMMER*
PINK SYNTHETIC GRIP / BLACK GRIP INCLUDED



**MODEL 642 CT**
38 S&W Special +P
5 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*INTERNAL HAMMER*
*CRIMSON TRACE® RED LASERGRIPS®*
SKU: 163811
SKU: 150972 –  NO INTERNAL LOCK

**MODEL 642 LS**
LADYSMITH™
SKU: 163808
38 S&W Special +P
5 Rounds
1.88" Barrel
*ALUMINUM ALLOY FRAME*
*INTERNAL HAMMER*



PERFORMANCE CENTER®
**MODEL 442**
SKU: 178041 – PRO SERIES®
38 S&W Special +P
5 Rounds –  1.88" Barrel
*NO INTERNAL LOCK*
*CYLINDER CUT FOR MOONCLIPS*
*INTERNAL HAMMER*



PERFORMANCE CENTER®
**MODEL 642**
SKU: 178042 – PRO SERIES®
38 S&W Special +P
5 Rounds –  1.88" Barrel
*NO INTERNAL LOCK*
*CYLINDER CUT FOR MOONCLIPS*
*INTERNAL HAMMER*



PERFORMANCE CENTER®
**MODEL 442**
SKU: 12643
38 S&W Special +P
5 Rounds – 1.88" Barrel
*PC TUNED ACTION  ·  NO INTERNAL LOCK*
*CRIMSON TRACE® RED LASERGRIPS®*
*INTERNAL HAMMER*



PERFORMANCE CENTER®
**MODEL 642**
SKU: 170348
38 S&W Special +P
5 Rounds – 1.88" Barrel
*PC TUNED ACTION*
*CUSTOM WOOD GRIP*
*INTERNAL HAMMER*



PERFORMANCE CENTER®
**MODEL 642**
SKU: 10186
38 S&W Special +P
5 Rounds – 1.88" Barrel
*PC TUNED ACTION  ·  NO INTERNAL LOCK*
*HIGH BRIGHT, POLISHED CYLINDER FLUTES,*
*THUMBPIECE AND SIDE PLATE SCREWS*
*CUSTOM GRIP · INTERNAL HAMMER*
*CYLINDER CUT FOR MOONCLIPS*

**MODEL 442**
SKU: 150785
38 S&W Special +P
5 Rounds
1.88" Barrel
MACHINE ENGRAVED
MAHOGANY PRESENTATION CASE INCLUDED



## SMALL (J) FRAME REVOLVERS



**MODEL BG38**
38 S&W Special +P
5 Rounds – 1.9" Barrel
*CRIMSON TRACE® INTEGRATED RED LASER*
SKU: 12056
SKU: 12058 – 10 LB TRIGGER – MA COMPLIANT



**MODEL BG38**
SKU: 103039
38 S&W Special +P
5 Rounds
1.9" Barrel
*NO LASER MODEL*



**MODEL 637**
SKU: 163050
38 S&W Special +P
5 Rounds – 1.88" Barrel
*ALUMINUM ALLOY FRAME*
*EXTERNAL HAMMER*



**MODEL 637 CT**
SKU: 163052
38 S&W Special +P
5 Rounds – 1.88" Barrel
*ALUMINUM ALLOY FRAME*
*EXTERNAL HAMMER*
*CRIMSON TRACE® RED LASERGRIPS®*



**PERFORMANCE CENTER®**
**MODEL 637**
SKU: 170349
38 S&W Special +P
5 Rounds – 1.88" Barrel
*PC TUNED ACTION · CUSTOM WOOD GRIP*
*EXTERNAL HAMMER*

**MODEL 638**
SKU: 163070
38 S&W Special +P
5 Rounds – 1.88" Barrel
*ALUMINUM ALLOY FRAME*
*SHROUDED HAMMER*



**MODEL 60**
SKU: 162420
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
*STAINLESS STEEL FRAME*
*EXTERNAL HAMMER*



**MODEL 60**
SKU: 162430
357 Magnum / 38 S&W Special +P
5 Rounds – 3.0" Barrel
*STAINLESS STEEL FRAME*
*EXTERNAL HAMMER*



**MODEL 60 LS**
LADYSMITH™
SKU: 162414
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
*STAINLESS STEEL FRAME*
*EXTERNAL HAMMER*



**MODEL 640**
SKU: 163690
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
*STAINLESS STEEL FRAME*
*INTERNAL HAMMER*



**PERFORMANCE CENTER®**
**MODEL 640 – PRO SERIES®**
SKU: 178044
357 Magnum / 38 S&W Special +P
5 Rounds – 2.13" Barrel
*NO INTERNAL LOCK · TRITIUM NIGHT SIGHTS*
*CYLINDER CUT FOR MOONCLIPS*
*INTERNAL HAMMER*



**MODEL 640**
SKU: 150784
357 Magnum / 38 S&W Special +P
5 Rounds
2.13" Barrel
*MACHINE ENGRAVED*
*MAHOGANY PRESENTATION*
*CASE INCLUDED*



**PERFORMANCE CENTER®**
**MODEL 60 – PRO SERIES®**
SKU: 178013
357 Magnum / 38 S&W Special +P
5 Rounds  – 3.0" Barrel
*FRONT NIGHT SIGHT*
*OVERSIZED LAMINATE GRIP*
*EXTERNAL HAMMER*



**MODEL 36**
CLASSIC SERIES
SKU: 150184
38 S&W Special +P
5 Rounds – 1.88" Barrel
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL M&P®340**
SKU: 103072
357 Magnum /
38 S&W Special +P
5 Rounds · 1.88" Barrel
*NO INTERNAL LOCK · SCANDIUM ALLOY FRAME*
*FRONT NIGHT SIGHT · INTERNAL HAMMER*

26

## SMALL (J) FRAME REVOLVERS



**MODEL 340 PD**
SKU: 163062
357 Magnum / 38 S&W Special +P
5 Rounds – 1.88" Barrel
*SCANDIUM ALLOY FRAME*
*HIVIZ® GREEN FRONT SIGHT*
*INTERNAL HAMMER*



**MODEL 340 PD**
SKU: 103061
357 Magnum / 38 S&W Special +P
5 Rounds – 1.88" Barrel
*SCANDIUM ALLOY FRAME*
*NO INTERNAL LOCK*
*INTERNAL HAMMER*



**MODEL 360 PD**
SKU: 163064
357 Magnum / 38 S&W Special +P
5 Rounds – 1.88" Barrel
*SCANDIUM ALLOY FRAME*
*HIVIZ® RED FRONT SIGHT*
*EXTERNAL HAMMER*

## MEDIUM (K) FRAME REVOLVERS



**MODEL 617**
SKU: 160584
22 LR
10 Rounds
4.13" Barrel



**MODEL 617**
SKU: 160578
22 LR
10 Rounds
6.0" Barrel



**MODEL 648**
SKU: 12460
22 WMR
8 Rounds
6.0" Barrel



**MODEL 66 COMBAT MAGNUM**
SKU: 10061
357 Magnum / 38 S&W Special +P
6 Rounds
2.75" Barrel
*BLACK THUMB PIECE AND EXTRACTOR*



**MODEL 66 COMBAT MAGNUM**
SKU: 162662
357 Magnum / 38 S&W Special +P
6 Rounds
4.25" Barrel
*BLACK THUMB PIECE AND EXTRACTOR*

**MODEL 48**
CLASSIC SERIES
SKU: 150717
22 Magnum
4.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 48**
CLASSIC SERIES
SKU: 150718
22 Magnum
6.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*

**MODEL 17 MASTERPIECE™**
CLASSIC SERIES
SKU: 150477
22 LR
6.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 10**
CLASSIC SERIES
SKU: 150786
38 S&W Special +P
4.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 19**
CLASSIC SERIES
SKU: 12040
357 Magnum / 38 S&W Special +P
4.25" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



PERFORMANCE CENTER®
**MODEL 19 Carry Comp®**
SKU 12039
357 Magnum / 38 S&W Special +P
6 Rounds – 3.0" Barrel
*PC TUNED ACTION*
*POWERPORT™ VENTED BARREL*
*OVERTRAVEL TRIGGER STOP*



27

## MEDIUM (L) FRAME REVOLVERS



**MODEL 686**
SKU: 164224
357 Magnum / 38 S&W Special +P
6 Rounds
6.0" Barrel



**MODEL 686 PLUS**
SKU: 164192
357 Magnum / 38 S&W Special +P
7 Rounds
2.5" Barrel



**MODEL 686 PLUS**
SKU: 164300
357 Magnum / 38 S&W Special +P
7 Rounds
3.0" Barrel



**MODEL 686 PLUS**
SKU: 164194
357 Magnum / 38 S&W Special +P
7 Rounds
4.13" Barrel



**MODEL 686 PLUS**
SKU: 164198
357 Magnum / 38 S&W Special +P
7 Rounds
6.0" Barrel



**MODEL 686 PLUS**
SKU: 150853
357 Magnum / 38 S&W Special +P
7 Rounds
3.0" Barrel
*3-5-7 MAGNUM SERIES CUSTOM WOOD GRIP*



**MODEL 686 PLUS**
SKU: 150854
357 Magnum / 38 S&W Special +P
7 Rounds
5.0" Barrel
*3-5-7 MAGNUM SERIES CUSTOM WOOD GRIP*



**MODEL 686 PLUS**
SKU: 150855
357 Magnum / 38 S&W Special +P
7 Rounds
7.0" Barrel
*3-5-7 MAGNUM SERIES CUSTOM WOOD GRIP*



**MODEL 686 PLUS DELUXE**
SKU: 150713
357 Magnum / 38 S&W Special +P
7 Rounds
3.0" Barrel
*TEXTURED WOOD GRIP*



**MODEL 686 PLUS DELUXE**
SKU: 150712
357 Magnum / 38 S&W Special +P
7 Rounds
6.0" Barrel
*TEXTURED WOOD GRIP*



**MODEL 69 COMBAT MAGNUM**
SKU: 10064
44 Magnum / 44 Special
5 Rounds
2.75" Barrel
*BLACK THUMB PIECE AND
EXTRACTOR*



**MODEL 69 COMBAT MAGNUM**
SKU: 162069
44 Magnum / 44 Special
5 Rounds
4.25" Barrel
*BLACK THUMB PIECE AND EXTRACTOR*



**MODEL 686**
SKU: 164222
357 Magnum / 38 S&W Special +P
6 Rounds
4.13" Barrel



**MODEL 586**
CLASSIC SERIES
SKU: 150909
357 Magnum / 38 S&W Special +P
6 Rounds
4.0" Barrel
*CLASSIC STYLE THUMBPIECE
COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 586**
CLASSIC SERIES
SKU: 150908
357 Magnum / 38 S&W Special +P
6 Rounds
6.0" Barrel
*CLASSIC STYLE THUMBPIECE
COLOR CASE HARDENED TRIGGER & HAMMER*

## MEDIUM (L) FRAME REVOLVERS



**PERFORMANCE CENTER®**
**MODEL 686 PLUS**
SKU 170346
357 Magnum / 38 S&W Special +P
7 Rounds – 2.5" Barrel
*PC TUNED ACTION*
*OVERTRAVEL TRIGGER STOP*
*CHAMFERED CHARGE HOLES · BOSSED MAINSPRING*



**PERFORMANCE CENTER®**
**MODEL 586 L-COMP**
SKU 170170
357 Magnum / 38 S&W Special +P
7 Rounds – 3.0" Ported, Full Lug Barrel
*PC TUNED ACTION · TRITIUM FRONT NIGHT SIGHT*
*CYLINDER CUT FOR MOON CLIPS*
*TRIGGER WITH TRIGGER STOP*



**PERFORMANCE CENTER®**
**MODEL 686 SSR – PRO SERIES®**
SKU 178012
357 Magnum / 38 S&W Special +P
6 Rounds – 4.0" Barrel
*BOSSED MAINSPRING*
*CHAMFERED CHARGE HOLES*



**PERFORMANCE CENTER®**
**MODEL 686 PLUS – PRO SERIES®**
SKU 178038
357 Magnum / 38 S&W Special +P
7 Rounds – 5.0" Barrel
*CYLINDER CUT FOR MOON CLIPS*
*CHAMFERED CHARGE HOLES*



**PERFORMANCE CENTER®**
**MODEL 986 – PRO SERIES®**
SKU 178055
9mm
7 Rounds – 5.0" Barrel
*TITANIUM ALLOY CYLINDER*
*BOSSED MAINSPRING*



**PERFORMANCE CENTER®**
**MODEL 686**
SKU 11759
357 Magnum / 38 S&W Special +P
6 Rounds – 4.0" Barrel
*PC TUNED ACTION · VENTED RIB BARREL*
*OVERTRAVEL TRIGGER STOP*
*PC SPEED RELEASE THUMBPIECE*



**PERFORMANCE CENTER®**
**MODEL 686 PLUS**
SKU 11760
357 Magnum / 38 S&W Special +P
7 Rounds – 5.0" Barrel
*PC TUNED ACTION · VENTED RIB BARREL*
*OVERTRAVEL TRIGGER STOP*
*PC SPEED RELEASE THUMBPIECE*



**PERFORMANCE CENTER®**
**MODEL 686 COMPETITOR**
SKU 170319
357 Magnum / 38 S&W Special +P
6 Rounds
6.0" Weighted Barrel
*PC TUNED ACTION · INTEGRAL SIGHT RAIL*
*CHROMED TRIGGER WITH TRIGGER STOP*
*ADJUSTABLE BARREL WEIGHTS*



**PERFORMANCE CENTER®**
**MODEL 986**
SKU 10227
9mm
7 Rounds – 2.5" Barrel
*PC TUNED ACTION*
*OVERTRAVEL TRIGGER STOP*
*TITANIUM ALLOY CYLINDER · BOSSED MAINSPRING*

## LARGE (N) FRAME REVOLVERS



**MODEL 610**
SKU: 12463
10mm AUTO / 40 S&W
6 Rounds
4.0" Barrel
*INCLUDES MOON CLIPS*



**MODEL 610**
SKU: 12462
10mm AUTO / 40 S&W
6 Rounds
6.5" Barrel
*INCLUDES MOON CLIPS*



**MODEL 629 DELUXE**
SKU: 150715
44 Magnum / 44 Special
6 Rounds
3.0" Barrel
*TEXTURED WOOD GRIP*



29

## LARGE (N) FRAME REVOLVERS



**MODEL 629 DELUXE**
SKU: 150714
44 Magnum / 44 Special
6 Rounds
6.5" Barrel
*TEXTURED WOOD GRIP*



**MODEL 329 PD**
SKU: 163414
44 Magnum / 44 Special
6 Rounds
4.13" Barrel
*SCANDIUM ALLOY FRAME · TITANIUM ALLOY CYLINDER*
*TEXTURED WOOD GRIP  -  SYNTHETIC GRIPS INCLUDED*

**MODEL 629**
SKU: 163603
44 Magnum / 44 Special
6 Rounds
4.13" Barrel



**MODEL 629**
SKU: 163606
44 Magnum / 44 Special
6 Rounds
6.0" Barrel



**MODEL 629 CLASSIC**
SKU: 163636
44 Magnum / 44 Special
6 Rounds
5.0" Barrel



**MODEL 629 CLASSIC**
SKU: 163638
44 Magnum / 44 Special
6 Rounds
6.5" Barrel



**MODEL 27**
CLASSIC SERIES
SKU: 150339
357 Magnum / 38 S&W Special +P
4.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 27**
CLASSIC SERIES
SKU: 150341
357 Magnum / 38 S&W Special +P
6.5" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 57**
CLASSIC SERIES
SKU: 150481
41 Magnum
6.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 25**
CLASSIC SERIES
SKU: 150256
45 Colt
6.5" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 29**
SKU: 150783
44 Magnum / 44 Special
6 Rounds
4.0" Barrel
*MACHINE ENGRAVED*
*MAHOGANY PRESENTATION CASE INCLUDED*



**MODEL 29**
CLASSIC SERIES
SKU: 150254
44 Magnum / 44 Special
4.0" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*



**MODEL 29**
CLASSIC SERIES
SKU: 150145
44 Magnum / 44 Special
6.5" Barrel – 6 Rounds
*CLASSIC STYLE THUMBPIECE*
*COLOR CASE HARDENED TRIGGER & HAMMER*
*MAHOGANY PRESENTATION CASE INCLUDED*



**PERFORMANCE CENTER®**
**MODEL 627 – PRO SERIES®**
SKU 178014
357 Magnum / 38 S&W Special +P
8 Rounds – 4.0" Barrel
*BOSSED MAINSPRING · CHAMFERED CHARGE HOLES*
*CYLINDER CUT FOR MOON CLIPS*



**PERFORMANCE CENTER®**
**MODEL 627**
SKU 170133
357 Magnum / 38 S&W Special +P
8 Rounds – 2.63" Barrel
*PC TUNED ACTION · BALL DETENT LOCK-UP*
*CYLINDER CUT FOR MOON CLIPS*

## LARGE (N) FRAME REVOLVERS



**PERFORMANCE CENTER®**

**MODEL 627**
SKU 170210
357 Magnum / 38 S&W Special +P
8 Rounds – 5.0" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER WITH TRIGGER STOP*
*CYLINDER CUT FOR MOON CLIPS*



**PERFORMANCE CENTER®**

**MODEL 929**
SKU 170341
9mm
8 Rounds – 6.5" Barrel
*PC TUNED ACTION · REMOVABLE COMPENSATOR*
*CHROMED TRIGGER WITH TRIGGER STOP*

**PERFORMANCE CENTER®**

**MODEL 327**
SKU 170245
357 Magnum / 38 S&W Special +P
8 Rounds – 2.0" Barrel
*PC TUNED ACTION · SCANDIUM ALLOY FRAME*
*TITANIUM ALLOY CYLINDER & SHROUD*
*CYLINDER CUT FOR MOON CLIPS · TEARDROP HAMMER*



**PERFORMANCE CENTER®**

**MODEL 627 V-COMP**
SKU 170296
357 Magnum / 38 S&W Special +P
8 Rounds – 5.0" Barrel
*PC TUNED ACTION · REMOVABLE COMPENSATOR*
*CHROMED TRIGGER WITH TRIGGER STOP*
*CYLINDER CUT FOR MOON CLIPS*



**MODEL
M&P®R8**
SKU: 170292

*Optic & Light
Not Included*

**PERFORMANCE CENTER®**

357 Magnum / 38 S&W Special +P
8 Rounds
5.0" Barrel
*PC TUNED ACTION · SCANDIUM ALLOY FRAME*
*PICATINNY–STYLE TOP AND EQUIPMENT RAIL*
*CYLINDER CUT FOR MOON CLIPS*



**MODEL
327 TRR8**
SKU: 170269

*Optic & Light
Not Included*

**PERFORMANCE CENTER®**

357 Magnum / 38 S&W Special +P
8 Rounds
5.0" Barrel
*PC TUNED ACTION · SCANDIUM ALLOY FRAME*
*REMOVABLE TOP AND EQUIPMENT RAIL*
*CYLINDER CUT FOR MOON CLIPS*



**PERFORMANCE CENTER®**

**MODEL 629**
SKU 170135
44 Magnum / 44 Special
6 Rounds
2.63" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER WITH TRIGGER STOP*
*BALL DETENT LOCK-UP*



**PERFORMANCE CENTER®**

**MODEL 629 COMPETITOR**
SKU 170320
44 Magnum / 44 Special
6 Rounds
6.0" Weighted Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER WITH TRIGGER STOP*
*INTEGRAL SIGHT RAIL · ADJUSTABLE BARREL WEIGHT*



**PERFORMANCE CENTER®**

**MODEL 629 STEALTH HUNTER**
SKU 170323
44 Magnum / 44 Special
6 Rounds
7.5" Barrel
*PC TUNED ACTION*
*MAG-NA-PORT® PORTED BARREL*
*PC TRIGGER WITH TRIGGER STOP*



*Optic Specifications are
subject to Change*

**PERFORMANCE CENTER®**

**MODEL 629 MAGNUM HUNTER**
SKU 170318
44 Magnum / 44 Special
6 Rounds
7.5" Barrel
*PC TUNED ACTION*
*MUZZLE BRAKE · CHROMED TRIGGER WITH TRIGGER STOP*
*UTG 4.7" COMP RED/GREEN OPTIC INCLUDED*
*GUN RUG INCLUDED*



## EXTRA LARGE (X) FRAME REVOLVERS



**MODEL 460V**
SKU: 163465
460 S&W Magnum
5 Rounds
5.0" Barrel
*INTERCHANGEABLE COMPENSATOR*



**MODEL 460 XVR™**
SKU: 163460
460 S&W Magnum
5 Rounds
8.38" Barrel
*INTERCHANGEABLE COMPENSATOR*



**MODEL S&W500™**
SKU: 163504
500 S&W Magnum
5 Rounds
4.0" Barrel
*INTERCHANGEABLE COMPENSATOR*



**MODEL S&W500™**
SKU: 163500
500 S&W Magnum
5 Rounds
8.38" Barrel
*FIXED COMPENSATOR*



**MODEL S&W500™**
SKU: 163501
500 S&W Magnum
5 Rounds
8.38" Barrel
*INTERCHANGEABLE COMPENSATOR*
*HIVIZ® RED FRONT SIGHT*



**PERFORMANCE CENTER®**
**MODEL 460 XVR™**
SKU 170350
460 S&W Magnum
5 Rounds – 3.5" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER · HIVIZ® FRONT SIGHT*
*UNFLUTED CYLINDER · GUN RUG INCLUDED*



**PERFORMANCE CENTER®**
**MODEL S&W500™**
SKU 170299
500 S&W Magnum
5 Rounds – 7.5" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER WITH TRIGGER STOP · MUZZLE BRAKE*
*GUN RUG INCLUDED*



**PERFORMANCE CENTER®**
**MODEL 460 XVR™**
SKU 11626
460 S&W Magnum
5 Rounds – 7.5" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER · HIVIZ® GREEN FRONT SIGHT*
*MUZZLE BRAKE · INTEGRAL SCOPE BASE*
*GUN RUG & SLING INCLUDED*



**PERFORMANCE CENTER®**
**MODEL S&W500™**
SKU 11623
500 S&W Magnum
5 Rounds – 3.5" Barrel
*PC TUNED ACTION · HIVIZ® FRONT SIGHT*
*CHROMED TRIGGER WITH TRIGGER STOP*
*UNFLUTED CYLINDER · GUN RUG INCLUDED*

**NEW**

**MODEL 350**
SKU: 13331
350 Legend
7 Rounds – 7.5" Barrel
*FLUTED CYLINDER, PORTED BARREL,*
*ADJUSTABLE REAR SIGHT*



**PERFORMANCE CENTER®**
**MODEL S&W500™**
SKU 170231
500 S&W Magnum
5 Rounds – 10.5" Barrel
*PC TUNED ACTION · GUN RUG & SLING INCLUDED*
*CHROMED TRIGGER WITH TRIGGER STOP · MUZZLE BRAKE*

*Scope Not Included*

**PERFORMANCE CENTER®**
**MODEL 460 XVR™**
SKU 170339
460 S&W Magnum
5 Rounds – 14.0" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER · MUZZLE BRAKE*
*BI-POD INCLUDED*
*GUN RUG & SLING INCLUDED*

**PERFORMANCE CENTER®**
**MODEL 460 XVR™**
SKU 170262
460 S&W Magnum
5 Rounds
10.5" Barrel
*PC TUNED ACTION*
*CHROMED TRIGGER · MUZZLE BRAKE*
*GUN RUG & SLING INCLUDED · HIVIZ® GREEN FRONT SIGHT*

## S&W® GOVERNOR® REVOLVERS



**MODEL S&W® GOVERNOR®**
SKU: 162410
410 2–1/2" Shotshell/45 Auto/45 Colt
6 Rounds
2.75" Barrel
*TRITIUM FRONT NIGHT SIGHT*

**MODEL S&W® GOVERNOR®**
SKU: 160410
410 2–1/2" Shotshell/45 Auto/45 Colt
6 Rounds
2.75" Barrel
*BLACK BLADE FRONT SIGHT*



# MODERN SPORTING RIFLES



**M&P®15 Volunteer XV Pro** | SKU 13515

M&P®15 VOLUNTEER XV Pro
SKU: 13515
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0" Threaded Barrel, 1 in 8", 5R

# M&P®15 VOLUNTEER™ XV

Engineered to perform at a higher level, the VOLUNTEER XV PRO rifles are for those who need more. Optimized forend to accommodate M-LOK® accessories. Heightened ergonomics with the B5™ SOPMOD stock, and upright B5 grip. Unbridled performance combining the flat trigger, flat shooting Primary Weapons Systems™ muzzle brake, and 5R rifling.



B5™ Systems SOPMOD Stock



15" Aluminum S&W® M-LOK® Forend
2" Rail Section and M-LOK® Rail Covers



B5™ Systems P-Grip 23 Pistol Grip



Williams Gun Sight Company
Tactical Folding Sights



PWS® 556 Muzzle Brake

34

## VOLUNTEER™ SERIES M&P®15 RIFLES



**M&P®15 VOLUNTEER XV**
SKU: 13507
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0″ Threaded Barrel, 1 in 8″, 5R

FLAT-FACE TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS™ BRAVO STOCK
B5 SYSTEMS™ P-GRIP 23
A2 MUZZLE DEVICE



**M&P®15 VOLUNTEER XV**
SKU: 13508
5.56 mm NATO / 223 REM
10 Rounds
16.0″ Barrel, 1 in 8″, 5R

FLAT-FACE TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS™ BRAVO FIXED STOCK
B5 SYSTEMS™ P-GRIP 23



**M&P®15 VOLUNTEER XV**
SKU: 13509
5.56 mm NATO / 223 REM
10 Rounds
16.0″ Threaded Barrel, 1 in 8″, 5R

FLAT-FACE TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS™ BRAVO FIXED  STOCK
B5 SYSTEMS™ P-GRIP 23
A2 MUZZLE DEVICE



*OPTICS READY*

**M&P®15 VOLUNTEER XV**
SKU: 13510
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0″ Threaded Barrel, 1 in 8″, 5R

FLAT-FACE TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS™ BRAVO STOCK
B5 SYSTEMS™ P-GRIP 23
A2 MUZZLE DEVICE
QD SLING SWIVEL ATTACHMENT
GAS BLOCK WITH RAIL



**M&P®15 VOLUNTEER XV**
SKU: 13511
5.56 mm NATO / 223 REM
10 Rounds
16.0″ Barrel, 1 in 8″, 5R

FLAT-FACE TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS™ BRAVO FIXED STOCK
**CA COMPLIANT**



*OPTICS READY*

**M&P®15 VOLUNTEER XV**
SKU: 13512
5.56 mm NATO / 223 REM
10 Rounds
16.0″ Threaded Barrel, 1 in 8″, 5R

OPTICS READY
FLAT-FACE TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS™ BRAVO FIXED STOCK
QD SLING SWIVEL ATTACHMENT
GAS BLOCK WITH RAIL
**CA COMPLIANT**



**M&P®15 VOLUNTEER XV**
SKU: 13513
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0″ Threaded Barrel, 1 in 8″, 5R

CRIMSON TRACE® RED DOT INCLUDED
FLAT-FACE TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS™ BRAVO STOCK
B5 SYSTEMS™ P-GRIP 23
A2 MUZZLE DEVICE
QD SLING SWIVEL ATTACHMENT
GAS BLOCK WITH RAIL



**M&P®15 VOLUNTEER XV**
SKU: 13514
5.56 mm NATO / 223 REM
10 Rounds
16.0″ Threaded Barrel, 1 in 8″, 5R

CRIMSON TRACE® RED DOT INCLUDED
FLAT-FACE TRIGGER
BCMGUNFIGHTER™ M-LOK® FOREND
B5 SYSTEMS™ BRAVO STOCK
B5 SYSTEMS™ P-GRIP 23
QD SLING SWIVEL ATTACHMENT
GAS BLOCK WITH RAIL
**CA COMPLIANT**



*MID-LENGTH GAS SYSTEM*

**M&P®15 VOLUNTEER XV PRO**
SKU: 13515
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0″ Threaded Barrel, 1 in 8″, 5R

FLAT-FACE TRIGGER
M&P® ALUMINUM 13.5″FREE FLOT FOREND
B5 SYSTEMS™ ENHANCED SOPMOD STOCK
B5 SYSTEMS™ P-GRIP 23
RADIAN® CHARGING HANDLE
WILLIAMS™ FLIP-UP SIGHTS



*CARBINE-LENGTH GAS SYSTEM*

**M&P®15 VOLUNTEER XV PRO**
SKU: 13516
5.56 mm NATO / 223 REM
30 Round PMAG®
14.5″ Barrel
Pinned & Welded PWS™ Compensator
1 in 8″, 5R

FLAT-FACE TRIGGER
M&P® ALUMINUM 13.5″ FREE FLOT FOREND
B5 SYSTEMS™ ENHANCED SOPMOD STOCK
B5 SYSTEMS™ P-GRIP 23
RADIAN® CHARGING HANDLE
WILLIAMS™ FLIP-UP SIGHTS
PRIMARY WEAPONS SYSTEMS™
COMPENSATOR

## VOLUNTEER™ SERIES M&P®15 RIFLES

# M&P®15 VOLUNTEER XV DMR



**NEW**

**M&P®15 VOLUNTEER XV DMR**
SKU: 13517
5.56 mm NATO / 223 REM
30 Round PMAG®
20.0" DMR Threaded  Barrel
1 in 8", 5R

The new Volunteer™ Series MSR platform features Smith & Wesson® excellence perfected right out of the box. Each delivering the rugged performance of competition-ready, S&W precision plus the advantage of name-brand accessories from partners like Radian®, B5 Systems™ and Bravo Company™. Equipped to excel and primed to compete, the Volunteer Series are ready to roll.



**NEW**

**M&P®15 VOLUNTEER XV PRO**
SKU: 13518
6mm ARC
25 Round PMAG®
16.0" Threaded Barrel, 1 in 8", 5R

FLAT–FACE TRIGGER
15.0" ALUMINUM S&W® M–LOK® FOREND
B5 SYSTEMS™ SOPMOD STOCK
B5 SYSTEMS™ P–GRIP 23
RADIAN® RAPTOR™–LT AMBIDEXTROUS
CHARGING HANDLE



**NEW**

**M&P®15 VOLUNTEER XV DMR**
SKU: 13519
6mm ARC
25 Round PMAG®
20.0" Threaded Barrel, 1 in 8", 5R

FLAT–FACE TRIGGER
15.0" ALUMINUM S&W® M–LOK® FOREND
B5 SYSTEMS™ SOPMOD STOCK
B5 SYSTEMS™ P–GRIP 23
RADIAN® RAPTOR™–LT AMBIDEXTROUS
CHARGING HANDLE

## VOLUNTEER™ SERIES M&P®10 RIFLES



**NEW**

**M&P®10 VOLUNTEER X**
SKU: 13520
308 WIN / 7.62mm x 51 NATO
20 Round PMAG®
16.0" Threaded  Barrel
1 in 10", 5R

*OPTICS READY · MID LENGTH GAS SYSTEM*

AMBIDEXTROUS MAGAZINE CATCH,
 BOLT CATCH AND SAFETY SELECTOR
GAS BLOCK with PICATINNY–STYLE RAIL
FLAT–FACE TRIGGER
BCMGUNFIGHTER™ M–LOK® FOREND
B5 SYSTEMS™ ENHANCED SOPMOD STOCK
B5 SYSTEMS™ P–GRIP 23
RADIAN® RAPTOR™–LT AMBIDEXTROUS CHARGING HANDLE
WILLIAMS™ FLIP–UP SIGHTS
PRIMARY WEAPONS SYSTEMS™ 762 MUZZLE BRAKE



**NEW**

**M&P®10 VOLUNTEER X**
SKU: 13521
6.5 Creedmoor
20 Round PMAG®
16.0" Threaded  Barrel
1 in 8", 5R

*OPTICS READY · MID LENGTH GAS SYSTEM*

AMBIDEXTROUS MAGAZINE CATCH,
 BOLT CATCH AND SAFETY SELECTOR
GAS BLOCK with PICATINNY–STYLE RAIL
FLAT–FACE TRIGGER
BCMGUNFIGHTER™ M–LOK® FOREND
B5 SYSTEMS™ ENHANCED SOPMOD STOCK
B5 SYSTEMS™ P–GRIP 23
RADIAN® RAPTOR™–LT AMBIDEXTROUS CHARGING HANDLE
WILLIAMS™ FLIP–UP SIGHTS
PRIMARY WEAPONS SYSTEMS™ 762 MUZZLE BRAKE

## SPORT SERIES™ M&P®15 SPORT™ II RIFLES

# M&P®15 SPORT™ II



**M&P®15 SPORT™ II**
SKU: 10202
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0" Threaded Barrel, 1 in 9", 6 Groove

M&P15 Rifles are the ideal modern sporting rifle. Built to perform multiple uses under various conditions, M&P15 Rifles are as versatile as they are reliable. Engineered for a wide variety of recreational, sport shooting and professional applications, M&P15 Rifles are easy to accessorize, but hard to put down. M&P15 Rifles are lightweight and rugged embodying the best combination of function and form.



**M&P®15 SPORT™ II**
SKU: 10203
5.56 mm NATO / 223 REM
10 Rounds
16.0" Barrel, 1 in 9", 6 Groove

FIXED STOCK
MAGPUL® MBUS® REAR SIGHT
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR



**M&P®15 SPORT™ II**
SKU: 11616
5.56 mm NATO / 223 REM
10 Rounds
16.0" Threaded Barrel, 1 in 9", 6 Groove

6-POSITION STOCK
MAGPUL® MBUS® REAR SIGHT
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR



**M&P®15 SPORT™ II**
SKU: 10159
5.56 mm NATO / 223 REM
30 Round PMAG®
16.0" Threaded Barrel, 1 in 9", 6 Groove

GAS BLOCK WITH PICATINNY-STYLE RAIL
6-POSITION STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR

**M&P®15 SPORT™ II**
SKU: 12001 – CA Compliant
5.56 mm NATO / 223 REM
10 Rounds
16.0" Barrel, 1 in 9", 6 Groove

FIXED STOCK
MAGPUL® MBUS® REAR SIGHT
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR
**CA COMPLIANT**



**M&P®15 SPORT™ II M-LOK®**
SKU: 12055 – CA Compliant
5.56 mm NATO / 223 REM
10 Rounds
16.0" Threaded Barrel, 1 in 9", 6 Groove

GAS BLOCK WITH PICATINNY-STYLE RAIL
FIXED STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR
**CA COMPLIANT**



**M&P®15 SPORT™ II**
SKU: 12936
5.56 mm NATO / 223 REM
30 Round PMAG®
16" Threaded Barrel, 1 in 9", 6 Groove

CRIMSON TRACE®
  RED/GREEN DOT OPTIC INCLUDED
GAS BLOCK WITH PICATINNY-STYLE RAIL
6-POSITION STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR



OPTICS READY

**M&P®15 SPORT™ II**
SKU: 12938 – CA Compliant
5.56 mm NATO / 223 REM
10 Rounds
16" Threaded Barrel, 1 in 9", 6 Groove

CRIMSON TRACE®
  RED/GREEN DOT OPTIC INCLUDED
GAS BLOCK WITH PICATINNY-STYLE RAIL
FIXED STOCK
FORGED, INTEGRAL TRIGGER GUARD
CHROMED FIRING PIN
ARMORNITE® FINISH ON BARREL
  – INTERIOR & EXTERIOR
**CA COMPLIANT**



## SPORT SERIES™ M&P®10 SPORT™ RIFLES



*OPTICS READY*
*MID LENGTH GAS SYSTEM*

**M&P®10 SPORT™**
SKU: 11532
308 WIN / 7.62mm x 51 NATO
20 Round PMAG®
16.0" Threaded Barrel
1 in 10", 5R Rifling

AMBIDEXTROUS MAGAZINE CATCH,
 BOLT CATCH AND SAFETY SELECTOR
A2 FLASH SUPPRESSOR
GAS BLOCK with PICATINNY–STYLE RAIL
9310 STEEL BOLT
6–POSITION STOCK
ARMORNITE® FINISH ON BARREL
 – INTERIOR & EXTERIOR
CHROMED FIRING PIN

## SPORT SERIES™ M&P®15-22 SPORT™ RIFLES



**M&P®15-22 SPORT™**
SKU: 10208
22 LR · 1 in 15", 6 Groove
25 Round Magazine
16.5" Threaded Barrel

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
 MAGPUL® M–LOK® SLOTS
6–POSITION STOCK
2" M–LOK® POLYMER RAIL PANEL

**M&P®15-22 SPORT™**
SKU: 10206
22 LR · 1 in 15", 6 Groove
10 Round Magazine
16.5" Threaded Barrel

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
 MAGPUL® M–LOK® SLOTS
6–POSITION STOCK
2" M–LOK® POLYMER RAIL PANEL

**M&P®15-22 SPORT™**
SKU: 10207
22 LR · 1 in 15", 6 Groove
10 Round Magazine
16.5" Threaded Barrel

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
 MAGPUL® M–LOK® SLOTS
FIXED STOCK
2" M–LOK® POLYMER RAIL PANEL

**M&P®15-22 SPORT™ MOE SL®**
SKU: 10210
22 LR · 25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

*MOE® – MAGPUL® ORIGINAL EQUIPMENT*
10" M&P® SLIM HANDGUARD WITH MAGPUL® M–LOK®
MAGPUL® MBUS® FOLDING SIGHTS
MAGPUL® MOE SL® STOCK
MAGPUL® MOE SL® GRIP
MAGPUL® M–LOK® TYPE 2 RAIL COVERS

**M&P®15-22 SPORT™ MOE SL®**
SKU: 10213
22 LR · 25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
 MAGPUL® M–LOK® SLOTS
MAGPUL® MOE SL® 6–POSITION STOCK
MAGPUL® MOE SL® GRIP
MAGPUL® M–LOK® RAIL COVERS – TYPE 2
2" M–LOK® POLYMER RAIL PANEL

**M&P®15-22 SPORT™ OR**
SKU: 12722
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

M&P® RED/GREEN DOT OPTIC INCLUDED
M&P® SLIM HANDGUARD WITH
 MAGPUL® M–LOK® SLOTS
6–POSITION STOCK
2" M–LOK® POLYMER RAIL PANEL

**M&P®15-22 SPORT™ OR**
SKU: 12723
22 LR
10 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove

M&P® RED/GREEN DOT OPTIC INCLUDED
M&P® SLIM HANDGUARD WITH
 MAGPUL® M–LOK® SLOTS
6–POSITION STOCK
2" M–LOK® POLYMER RAIL PANEL

**M&P®15-22 SPORT™ OR**
SKU: 12724
22 LR
10 Round Magazine
16.5" Barrel
1 in 15", 6 Groove

M&P® RED/GREEN DOT OPTIC INCLUDED
M&P® SLIM HANDGUARD WITH
 MAGPUL® M–LOK® SLOTS
FIXED STOCK
2" M–LOK® POLYMER RAIL PANEL

## SPORT SERIES™ M&P®15-22 SPORT™ RIFLES

# M&P®15-22 SPORT™



**M&P®15-22 SPORT™**
SKU: 10211
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove
KRYPTEK® HIGHLANDER® FINISH

The M&P15-22 SPORT features a 10-inch M&P slim handguard that incorporates the popular Magpul M-LOK® system. The M-LOK system allows rifle owners to easily customize their M&P15-22 SPORT by adding accessories without removing the handguard. M&P15-22 SPORT owners have the option of easily mounting numerous M-LOK-compatible accessories or any number of Picatinny-style rail sections designed to accommodate other accessories. Smith & Wesson includes a 2-inch M-LOK rail panel with each rifle.



**M&P®15-22 SPORT™**
SKU: 10212
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove
MUDDY GIRL® CAMO FINISH

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
   MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



**M&P®15-22 SPORT™**
SKU: 12066
22 LR
25 Round Magazine
16.5" Threaded Barrel
1 in 15", 6 Groove
ROBIN'S EGG BLUE
   PLATINUM FINISH

MAGPUL® MBUS® SIGHTS
M&P® SLIM HANDGUARD WITH
   MAGPUL® M-LOK® SLOTS
6-POSITION STOCK
2" M-LOK® POLYMER RAIL PANEL



**PERFORMANCE CENTER®**
**M&P®15-22 SPORT™**
SKU: 10205
22 LR
10 Rounds
18.0" Threaded, Fluted Barrel

2-STAGE MATCH TRIGGER
MAGPUL® MBUS® SIGHTS
VLTOR® ADJUSTABLE STOCK
HOGUE® GRIP



**PERFORMANCE CENTER®**
**M&P®15-22 SPORT™**
SKU: 11507
22 LR
10 Rounds
18.0" Fluted Barrel

2-STAGE MATCH TRIGGER
MAGPUL® MBUS® SIGHTS
VLTOR® FIXED STOCK
HOGUE® GRIP
CT, MA, NJ COMPLIANT

## M&P®12 SHOTGUN



**M&P®12 SHOTGUN**
SKU: 12490
12 Gauge
3.0˝ Chamber
Seven – 2-3/4˝ Shells Per Tube
Six – 3˝ Shells Per Tube
19.0˝ Barrel

RECIPROCATING COVER WITH RELEASE BUTTON
LOAD/UNLOAD ASSIST BUTTONS ON EACH MAGAZINE TUBE
PUSH BUTTON MAGAZINE TUBE SELECTOR
TWO INDEPENDENT MAGAZINE TUBES
TACTILE LOADED CHAMBER INDICATOR
M&P® GRIP WITH INTERCHANGEABLE PALMSWELL INSERTS
AMBIDEXTROUS SAFETY SELECTOR

**Verify with state & local laws prior to purchase.**





# CUSTOM ENGRAVING

Most Smith & Wesson® firearms or classic firearms can be custom engraved to create a masterful work of art. The application of precious metals, as well as the art of embellishment, results in a one-of-a-kind piece that reflects not only the skill and vision of the master engraver, but also the artistic expression of the owner. Call 1-800-331-0852 for more information.





# PERFORMANCE CENTER®
# CUSTOM SERVICES



### M&P® PISTOL ACTION PACKAGE: $120
(EXCLUDES M&P® M2.0˝ PISTOLS)
· Polish Ramp
· Tuned Action
· Install PC Sear
· Test Fire for Function



### OUTDOOR REVOLVER PACKAGE: $200
LARGE N-FRAME
· Recessed Crowned Muzzle (excludes tapered barrels)
· Reset Barrel & Cylinder Gap
· Chamfer Charge Holes
· Install 20% Lighter Mainspring
· Polish Rebound & Spring
· Adjust for Crisp Single Action Pull
· Test Fire for Function



### COMBAT REVOLVER PACKAGE (MEDIUM / LARGE FRAME): $265 STAINLESS / $325 CARBON
· Glass Bead Finish
· PC Tuned Action
· Trigger Stop
· Chamfer Charge Holes
· Test Fire for Function



### ADDITIONAL SERVICES
· Dehorning for Carry & Refinish      $195
· Mag Well Extension                     $95
· Mag Well & Backstrap Combo        $175
· Action Package                        $175
· Ambidextrous Safety                   $130



### MASTER REVOLVER ACTION PACKAGE
· Trigger Stop
· Chamfer Charge Holes
· Polish Rebound Spring, Yoke, Hammer Stud and Barrel Bosses
· Detail Lockwork Surfaces
· Stone Hammer & Trigger Contact Areas
· Test Fire for Function
· $165

### FINISHING REVOLVERS
· High Bright Polish (Blue/Stainless)    $275
· Standard Polish & Blue                 $220
· Glass Bead Blue & Stainless Steel      $175

### FINISHING PISTOLS
· High Bright Polish                  $275
· Bead Blast Stainless (Slide)        $110
· Bead Blast & Blue (Frame)           $110
· Bead Blast Stainless (Frame)        $110
· Bead Blast & Blue (Entire)          $170
· Bead Blast Stainless (Entire)       $170
· Anodize – Aluminum Frame            $150
  (3rd Generation & Newer)



*Smith & Wesson® Performance Center® gunsmithing services prices subject to change without notice.*  43



MEN'S FOOTWEAR



DECORATIVE GRIPS



BLUE GUNS, PROF. MARKET



FINE LEATHER LADIES CONCEALED CARRY
HANDBAGS, MEN'S WALLETS & BELTS



INDUSTRIAL EYEWEAR, PROF. MARKET



KNIVES, FLASHLIGHTS, EYE & HEARING
PROTECTION AND RANGE BAGS



AIRSOFT GUNS & ACCESSORIES



MEN'S WATCHES, PEPPER SPRAY

# LICENSED PRODUCTS

Surround yourself with the finest apparel and accessories offered by our authorized licensed partners.

To learn more about our extensive collection of products, please visit  https://www.smith-wesson.com/licensees



DECORATIVE TIN SIGNS



MEN'S & WOMEN'S TEES, LONG SLEEVE SHIRTS, HATS AND FLEECE



45

# SPARE MAGAZINES

| M&P® M2.0™ Full Size Pistols | | MSRP |
|---|---|---|
| 194420000 | 9mm, Full Size, 10 Round | $42.00 |
| 194400000 | 9mm, Full Size, 17 Round | $42.00 |
| 3000247 | 9mm, Full Size, 15 Round | $42.00 |
| 3007345 | 9mm, Full Size, 17 Round, Brown Base | $49.00 |
| 194410000 | 40 S&W, Full Size, 10 Round | $42.00 |
| 194390000 | 40 S&W, Full Size, 15 Round | $42.00 |
| 3007346 | 40 S&W, Full Size, 15 Round, Brown Base | $49.00 |
| 194690000 | 45 AUTO, Full Size, 10 Round, Black Base | $42.00 |
| 194700000 | 45 AUTO, Full Size, 10 Round, Brown Base | $42.00 |
| 194770000 | 45 AUTO, Full Size, 14 Round, Brown Base | $49.00 |
| 194760000 | 45 AUTO, Full Size, 14 Round, Black Base | $49.00 |
| 3012992 | 10mm AUTO, Full Size, 15 Round | $42.00 |

| M&P® M2.0™ Compact Pistols | | MSRP |
|---|---|---|
| 3008590 | 9mm, Compact, 15 Round | $42.00 |
| 3011499 | 9mm, Compact, 10 Round | $42.00 |
| 3008591 | 40 S&W, Compact, 13 Round | $42.00 |

| M&P® M2.0™ Subcompact Pistols | | MSRP |
|---|---|---|
| 194530000 | 9mm, Compact, Finger Rest, 12 Round | $42.00 |
| 194540000 | 9mm, Compact, 12 Round | $42.00 |
| 194550000 | 40 S&W, Compact, Finger Rest, 10 Round | $42.00 |
| 194560000 | 40 S&W, Compact, 10 Round | $42.00 |
| 194910000 | 45 AUTO, Compact, 8 Round, Black Base | $42.00 |
| 194920000 | 45 AUTO, Compact, 8 Rd, Finger Rest, Black | $42.00 |

| M&P SHIELD® M2.0™ Pistols | | MSRP |
|---|---|---|
| 3009876 | 9mm, 8 Round, M2.0™ Texture | $38.00 |
| 199350000 | 9mm, 7 Round | $38.00 |
| 3009877 | 40 S&W, 7 Round, M2.0™ Texture | $38.00 |
| 199330000 | 40 S&W, 6 Round | $38.00 |
| 3005566 | 45 AUTO, 6 Round | $38.00 |
| 3005567 | 45 AUTO, 7 Round, M2.0™ Texture | $38.00 |

| SHIELD® Plus & Equalizer Pistols | | MSRP |
|---|---|---|
| 3014410 | 9mm Luger, 10 Round | $41.00 |
| 3014411 | 9mm Luger, 13 Round | $41.00 |
| 3015890 | 9mm Luger, 15 Round | $41.00 |
| 3015319 | 30 Super Carry, 13 Round | $41.00 |
| 3015320 | 30 Super Carry, 15 Round | $41.00 |

| M&P SHIELD® Pistols | | MSRP |
|---|---|---|
| 199340000 | 40 S&W, 7 Round | $38.00 |
| 199330000 | 40 S&W, 6 Round | $38.00 |
| 199360000 | 9mm, 8 Round | $38.00 |
| 199350000 | 9mm, 7 Round | $38.00 |

| SHIELD™ EZ® Pistols | | MSRP |
|---|---|---|
| 3008882 | 380 AUTO, 8 Round | $30.00 |
| 3012704 | 9mm, 8 Round | $35.00 |
| 3015318 | 30 Super Carry, 10 Round | $41.00 |

| M&P® Full Size & Compact Pistols | | MSRP |
|---|---|---|
| 194420000 | 9mm, Full Size, 10 Round | $42.00 |
| 194400000 | 9mm, Full Size, 17 Round | $42.00 |
| 194530000 | 9mm, Compact, Finger Rest, 12 Round | $42.00 |
| 194540000 | 9mm, Compact, 12 Round | $42.00 |
| 194630000 | 9mm, Compact, Finger Rest, 10 Round | $42.00 |
| 194620000 | 9mm, Compact, 10 Round | $42.00 |
| 3000247 | 9mm, Full Size, 15 Round | $42.00 |
| 3007345 | 9mm, Full Size, 17 Round, Brown Base | $49.00 |
| 194410000 | 40 S&W, Full Size, 10 Round | $42.00 |
| 194390000 | 40 S&W, Full Size, 15 Round | $42.00 |
| 194550000 | 40 S&W, Compact, Finger Rest, 10 Round | $42.00 |
| 194560000 | 40 S&W, Compact, 10 Round | $42.00 |
| 3007346 | 40 S&W, Full Size, 15 Round, Brown Base | $49.00 |
| 194690000 | 45 AUTO, Full Size, 10 Round, Black Base | $42.00 |
| 194700000 | 45 AUTO, Full Size, 10 Round, Brown Base | $42.00 |
| 194770000 | 45 AUTO, Full Size, 14 Round, Brown Base | $49.00 |
| 194760000 | 45 AUTO, Full Size, 14 Round, Black Base | $49.00 |
| 194910000 | 45 AUTO, Compact, 8 Round, Black Base | $42.00 |
| 194920000 | 45 AUTO, Compact, 8 Rd, Finger Rest, Black | $42.00 |

# SPARE MAGAZINES

| M&P 22 COMPACT Pistols | | MSRP |
|---|---|---|
| 3000898 | 22 LR, 10 Round | $32.00 |

| M&P 22 Full Size Pistols | | MSRP |
|---|---|---|
| 422500000 | 22 LR, 10 Round | $32.00 |
| 422510000 | 22 LR, 12 Round | $32.00 |

| M&P BODYGUARD Pistols | | MSRP |
|---|---|---|
| 199300000 | 380 AUTO, 6 Round | $21.00 |

| SW1911 Pistols | | MSRP |
|---|---|---|
| 191100000 | 45 Auto, 8 Round | $32.00 |

| SD & SDVE Self Defense Series Pistols | | MSRP |
|---|---|---|
| 199250000 | 9mm, 16 Round | $42.00 |
| 199260000 | 9mm, 10 Round | $42.00 |
| 199270000 | 40 S&W, 14 Round | $42.00 |
| 199280000 | 40 S&W, 10 Round | $42.00 |

| SW22 Victory Series Pistols | | MSRP |
|---|---|---|
| 3001520 | 22 LR, 10 Round | $32.00 |

| Model 41 Pistols | | MSRP |
|---|---|---|
| 190500000 | 22 LR, 10 Round | $28.00 |

| M&P 15 Rifle - 5.56 mm NATO | | MSRP |
|---|---|---|
| 3001439 | 223/5.56 mm NATO, 5 Round | $34.00 |
| 3001765 | 223/5.56 mm NATO, 10 Round | $34.00 |

| M&P 15-22 Rifle - 22 LR | | MSRP |
|---|---|---|
| 199220000 | 25 Round, Black | $24.00 |
| 199290000 | 25 Round, Flat Dark Earth | $24.00 |
| 199230000 | 10 Round, Black - Long | $24.00 |
| 199240000 | 10 Round, Black - Short | $24.00 |

| M&P 10 Rifle - 308 Win | | MSRP |
|---|---|---|
| 432180000 | 5 Round, Black | $38.00 |
| 432170000 | 10 Round, Black | $38.00 |

| S&W CSX Pistol - 9mm Luger | | MSRP |
|---|---|---|
| 3015282 | 10 Round | $42.00 |
| 3015283 | 12 Round | $42.00 |







# SMITH & WESSON®
# WILL NEVER BACK DOWN
# IN OUR DEFENSE OF
# THE SECOND AMENDMENT

A number of politicians and their lobbying partners in the media have recently sought to disparage Smith & Wesson. Some have had the audacity to suggest that after they have vilified, undermined and defunded law enforcement for years, supported prosecutors who refuse to hold criminals accountable for their actions, overseen the decay of our country's mental health infrastructure, and generally promoted a culture of lawlessness, Smith & Wesson and other firearm manufacturers are somehow responsible for the crime wave that has predictably resulted from these destructive policies. But they are the ones to blame for the surge in violence and lawlessness, and they seek to avoid any responsibility for the crisis of violence they have created by attempting to shift the blame to Smith & Wesson, other firearm manufacturers and law- abiding gun owners.

It is no surprise that the cities suffering most from violent crime are the very same cities that have promoted irresponsible, soft-on-crime policies that often treat criminals as victims and victims as criminals. Many of these same cities also maintain the strictest gun laws in the nation. But rather than confront the failure of their policies, certain politicians have sought more laws restricting the 2nd Amendment rights of law-abiding citizens, while simultaneously continuing to undermine our institutions of law and order. And to suppress the truth, some now seek to prohibit firearm manufacturers and supporters of the 2nd Amendment from advertising products in a manner designed to remind law-abiding citizens that they have a Constitutional right to bear arms in defense of themselves and their families.

To be clear, a Smith & Wesson firearm has never broken into a home; a Smith & Wesson firearm has never assaulted a woman out for a late-night run in the city; a Smith & Wesson firearm has never carjacked an unsuspecting driver stopped at a traffic light. Instead, Smith & Wesson provides these citizens with the means to protect themselves and their families.
We are proud of our 170-year history. We are proud of the commitment of our employees to making a quality product. We are proud to provide law-abiding citizens and law enforcement – our customers – with the tools to provide for their security and independence. We are proud of our responsible business practices.

We will continue to work alongside law enforcement, community leaders and lawmakers who are genuinely interested in creating safe neighborhoods. We will engage those who genuinely seek productive discussions, not a means of scoring political points. We will continue informing law-abiding citizens that they have a Constitutionally-protected right to defend themselves and their families. We will never back down in our defense of the 2nd Amendment.

- Mark Smith, President & CEO
Smith & Wesson Brands, Inc.



EMPOWERING AMERICANS™

# Exhibit 19



| | |
|---|---|
| Document title: | Smith & Wesson - YouTube |
| Capture URL: | https://www.youtube.com/user/SmithWessonCorp |
| Page loaded at (UTC): | Thu, 18 May 2023 19:32:59 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 19:35:08 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 7V4DwYYuWGPzHc65B6FVQn |
| User: | wag-epeters |

PDF REFERENCE #:          puHFZCKus22SgWGXey1jWx



☰ ▶ YouTube    🔍 Search                                    ⬚ ⋮ 👤 Sign in

🏠 Home
▶ Shorts
📺 Subscriptions

📚 Library
🕘 History

Sign in to like videos, comment, and subscribe.

👤 Sign in

**Explore**
🔥 Trending
🛒 Shopping
🎵 Music
🎬 Movies & TV
📡 Live
🎮 Gaming
📰 News
🏅 Sports
🎓 Learning
💄 Fashion & Beauty
🎙 Podcasts

➕ Browse channels

**More from YouTube**
▶ YouTube Premium
▶ YouTube Music
▶ YouTube Kids
▶ YouTube TV

⚙ Settings
🚩 Report history
❓ Help
💬 Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket
© 2023 Google LLC



**Smith & Wesson**
@SmithAndWessonInc · 153K subscribers · 191 videos

Smith & Wesson Inc., is a globally recognized manufacturer of quality firea...  ›

**Subscribe**

HOME    VIDEOS    SHORTS    PLAYLISTS    COMMUNITY    CHANNELS    ABOUT    🔍    ›



NEW: Performance Center® M&P®10MM... ⋮

0:02 / 0:30

**NEW: Performance Center® M&P®10MM M2.0™ with 5.6" bar...**
58,746 views · 2 days ago

NEW from Smith & Wesson®'s Performance Center®, the M&P®10MM M2.0™.

This M&P model features a 5.6" ported barrel, optics-cut slide, optic-height tritium white-dot night sights, enhanced action with flat-faced trigger, and 15+1 10MM capacity.
...
READ MORE

**Videos**  ▶ Play all

                     

0:31                  2:08                  3:14                  5:48                  2:15

NEW: Performance Center® M&P®10MM M2.0™ with 5...    Talking 3-Gun with Jerry Miculek | Texas 3-Gun...    Accuracy And Speed Drills | Pistol Drills Ep. 6    Clint Smith, Thunder Ranch, and Smith & Wesson, A Life...    Shooting on the Move | Pistol Drills Ep. 5

58K views · 2 days ago    7.6K views · 3 weeks ago    2.1K views · 1 month ago    23K views · 1 month ago    2.8K views · 1 month ago
                                                                              CC

**New Products**  ▶ Play all

                                                     

0:42                  1:24                  0:34                  1:02                  2:07

NEW: Smith & Wesson® EQUALIZER™    NEW: Smith & Wesson® M&P®9 M2.0™ METAL    NEW REVOLVER: Smith & Wesson® X-Frame Model...    Smith & Wesson® Model 350 Revolver Overview    The NEW Smith & Wesson Volunteer Rifle Series

Smith & Wesson    Smith & Wesson    Smith & Wesson    Smith & Wesson    Smith & Wesson
254K views · 6 months ago    292K views · 8 months ago    159K views · 9 months ago    67K views · 8 months ago    38K views · 1 year ago
CC    CC    CC    CC    CC

**GUNSMARTS Series 3**  ▶ Play all

We are excited to announce that we have expanded our GUNSMARTS video series! GUNSMARTS Series 3 covers a comprehensive set of topics that include firearms education, shooting tips, gear...

                            

17:03                 16:23                 21:52                 13:40                 9:17

Julie Golob's Top 5 Pistol Drills | GUNSMARTS Trainin...    How To Setup a Rifle for Competition | GUNSMARTS...    Jerry Miculek's Top 5 Rifle Drills | GUNSMARTS Trainin...    Basic Skills for Shooting Sports | GUNSMARTS...    Firearm Differences By Shooting Sport Divisions |...

Smith & Wesson    Smith & Wesson    Smith & Wesson    Smith & Wesson    Smith & Wesson
46K views · 8 months ago    22K views · 8 months ago    30K views · 7 months ago    14K views · 7 months ago    22K views · 7 months ago
CC    CC    CC    CC    CC

**GUNSMARTS Series 2**  ▶ Play all

Exhibit 20



| | |
|---|---|
| Document title: | Smith & Wesson - YouTube |
| Capture URL: | https://www.youtube.com/@SmithAndWessonInc/videos |
| Page loaded at (UTC): | Thu, 18 May 2023 19:32:59 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 19:38:25 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | kfVFHcuMZA3vqtbgq5GA4B |
| User: | wag-epeters |

PDF REFERENCE #:        bJ12mKSZogRTeRjznD278A






Home


Shorts

Subscriptions



 smith-wesson.com

## Smith & Wesson
@SmithAndWessonInc · 153K subscribers · 191 videos

Smith & Wesson Inc., is a globally recognized manufacturer of quality firea… >

**Subscribe**

HOME  VIDEOS  SHORTS  PLAYLISTS  COMMUNITY  CHANNELS  ABOUT

Latest  Popular


**NEW: Performance Center® M&P®10MM M2.0™ with 5.6" barrel**
58K views · 2 days ago


**Talking 3-Gun with Jerry Miculek | Texas 3-Gun Championships 2023**
7.6K views · 3 weeks ago


**Accuracy And Speed Drills | Pistol Drills Ep. 6**
2.1K views · 1 month ago


**Clint Smith, Thunder Ranch, and Smith & Wesson, A Life-Long…**
23K views · 1 month ago


**Shooting on the Move | Pistol Drills Ep. 5**
2.8K views · 1 month ago


**Working And Shooting Behind Barriers | Pistol Drills Ep. 4**
1.5K views · 1 month ago


**Bianchi Practical Pistol Drill | Pistol Drills Ep. 3**
1.8K views · 1 month ago


**Pistol and Belt Setup for the Range | Pistol Drills Ep. 2**
3.6K views · 1 month ago


**Tennessee Headquarters Timelapse (One Year Update)**
12K views · 2 months ago


**What to Pack for a Gun Range Trip | Pistol Drills Ep. 1**
2.3K views · 2 months ago


**M&P® FPC™ Folding Carbine Complete Overview**
76K views · 2 months ago


**NEW: M&P® FPC™ Folding Carbine**
147K views · 2 months ago


**Guide to Traveling with Firearms | GUNSMARTS Featuring USCCA**


**Complete Concealed Carry Overview For Beginners |…**


**What is Situational Awareness? | GUNSMARTS Featuring USCCA**
8.4K views · 2 months ago

**NEW: Smith & Wesson® M&P®5.7**
337K views · 4 months ago

HOME    VIDEOS    SHORTS    PLAYLISTS    COMMUNITY    CHANNELS    ABOUT

Guide to Traveling with Firearms | GUNSMARTS Featuring USCCA
13K views • 3 months ago

Complete Concealed Carry Overview For Beginners |...
12K views • 3 months ago

What is Situational Awareness? | GUNSMARTS Featuring USCCA
8.4K views • 3 months ago

NEW: Smith & Wesson® M&P®5.7
337K views • 4 months ago

   

Firearm Features for Different Uses | GUNSMARTS Training with Julie...
5.1K views • 4 months ago

Range Equipment Information | GUNSMARTS Training with Julie...
8.5K views • 5 months ago

NEW: Performance Center® M&P®9 M2.0™ COMPETITOR
137K views • 5 months ago

Smith & Wesson® EQUALIZER™ Pistol Overview
64K views • 6 months ago

   

NEW: Smith & Wesson® EQUALIZER™
254K views • 6 months ago

Firearm Differences By Shooting Sport Divisions | GUNSMARTS
22K views • 7 months ago

Basic Skills for Shooting Sports | GUNSMARTS Training with Julie...
15K views • 7 months ago

Jerry Miculek's Top 5 Rifle Drills | GUNSMARTS Training with Jerry...
30K views • 7 months ago

   

How To Setup a Rifle for Competition | GUNSMARTS Trainin...
22K views • 8 months ago

A Story of a Dedicated 9/11 First Responder and His Dog
12K views • 8 months ago

Julie Golob's Top 5 Pistol Drills | GUNSMARTS Training with Julie...
46K views • 8 months ago

NEW: Smith & Wesson® M&P®9 M2.0™ METAL
292K views • 8 months ago

   

Smith & Wesson® Model 350 Revolver Overview
67K views • 8 months ago

How Pistols Operate with Jerry Miculek
5.7K views • 8 months ago

NEW REVOLVER: Smith & Wesson® X-Frame Model 350
159K views • 9 months ago

Smith & Wesson: Who We Are
59K views • 10 months ago

   

Improved Capacity: Shield Plus in 30 Super Carry
22K views • 11 months ago

SHOT Show Recap 2022 #SHOTShow
5.9K views • 1 year ago

Volunteer Rifle Series Overview with John Myles
15K views • 1 year ago

Shield Plus & Shield EZ 30 Super Carry Overview
8.6K views • 1 year ago




YouTube

| HOME | VIDEOS | SHORTS | PLAYLISTS | COMMUNITY | CHANNELS | ABOUT | 🔍 | › |


Home


Shorts

Subscriptions

Library

History

22K views • 11 months ago          5.9K views • 1 year ago          15K views • 1 year ago          8.6K views • 1 year ago





5:25          0:50          2:07          1:38

**CSX Field Strip & Reassembly**
30K views • 1 year ago

**NEW: Shield Plus and Shield EZ now in Federal's 30 Super Carry**
20K views • 1 year ago

**The NEW Smith & Wesson Volunteer Rifle Series**
38K views • 1 year ago

**NEW: Smith & Wesson® CSX™**
64K views • 1 year ago





1:25          1:47          1:01          1:57

**Smith & Wesson® CSX™ Overview**
76K views • 1 year ago

**How to Mount a Red Dot on M&P® M2.0™ Pistols**
93K views • 1 year ago

**NEW: M&P® Optics Ready 9MM Pistols**
76K views • 1 year ago

**M&P®10MM Pistol Series Overview**
52K views • 1 year ago






1:09          1:26          1:01          2:04

**NEW: M&P®10MM M2.0™ PISTOL SERIES**
93K views • 1 year ago

**How to Load the M&P®12 Bullpup Shotgun**
12K views • 1 year ago

**NEW M&P®9 Shield™ Plus 3.1" Optics Ready**
101K views • 1 year ago

**M&P®12 Bullpup Shotgun: How To Clear a Damaged Shell**
8.8K views • 1 year ago






3:59          3:48          2:31          1:59

**M&P®12 Bullpup Shotgun Field Strip & Reassembly**
17K views • 1 year ago

**M&P®12 Bullpup Shotgun Overview**
66K views • 1 year ago

**Intro to Night Sights**
10K views • 1 year ago

**The NEW M&P®12 Bullpup Shotgun**
81K views • 1 year ago






3:21          1:56          3:15          3:40

**Types of Pistol Sights**
12K views • 1 year ago

**Tips for Cross Eye Dominance**
22K views • 1 year ago

**Trigger Control to Improve Accuracy**
16K views • 1 year ago

**Reloading Quickly & Efficiently**
12K views • 1 year ago








Sign in

HOME    VIDEOS    SHORTS    PLAYLISTS    COMMUNITY    CHANNELS    ABOUT

30K views · 1 year ago

In Federal's 30 Super Carry
20K views · 1 year ago

...Rifle Series
38K views · 1 year ago

64K views · 1 year ago



Smith & Wesson® CSX™ Overview
76K views · 1 year ago



How to Mount a Red Dot on M&P®
M2.0™ Pistols
93K views · 1 year ago

NEW: M&P® Optics Ready 9MM
Pistols
76K views · 1 year ago



M&P®10MM Pistol Series Overview
52K views · 1 year ago



NEW: M&P®10MM M2.0™ PISTOL
SERIES
93K views · 1 year ago



How to Load the M&P®12 Bullpup
Shotgun
12K views · 1 year ago



NEW M&P®9 Shield™ Plus 3.1"
Optics Ready
101K views · 1 year ago



M&P®12 Bullpup Shotgun: How To
Clear a Damaged Shell
8.8K views · 1 year ago



M&P®12 Bullpup Shotgun Field
Strip & Reassembly
17K views · 1 year ago



M&P®12 Bullpup Shotgun Overview
66K views · 1 year ago



Intro to Night Sights
10K views · 1 year ago



The NEW M&P12 Bullpup Shotgun
81K views · 1 year ago



Types of Pistol Sights
12K views · 1 year ago



Tips for Cross Eye Dominance
22K views · 1 year ago



Trigger Control to Improve Accuracy
16K views · 1 year ago



Reloading Quickly & Efficiently
12K views · 1 year ago



How to Improve Long Range
Shooting
21K views · 1 year ago



Intro to Low-Light Shooting
6.8K views · 1 year ago



Alternate Carry Positions
14K views · 1 year ago



Concealed Carry Revolvers
196K views · 1 year ago







