# Exhibit 21



| | |
|---|---|
| Document title: | NEW: Performance Center® M&P®10MM M2.0™ with 5.6" barrel - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=TorqXfoFDOs |
| Page loaded at (UTC): | Thu, 18 May 2023 19:37:17 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 19:41:53 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | iCA1Y4CW6xDyPjetNLeM2t |
| User: | wag-epeters |

PDF REFERENCE #:          3h5kdJfgyBqeYC9ZKZne9H



**NEW: Performance Center® M&P®10MM M2.0™ with 5.6" barrel**

 Smith & Wesson
153K subscribers    **Subscribe**

👍 743    👎    ↪ Share    ⊕ Save    •••

58,809 views  May 16, 2023  #10mm #SmithAndWesson
NEW from Smith & Wesson®'s Performance Center®, the M&P®10MM M2.0™.

This M&P model features a 5.6" ported barrel, optics-cut slide, optic-height tritium white-dot night sights, enhanced action with flat-faced trigger, and 15+1 10MM capacity.

A long slide with porting in the barrel makes this a more accurate and more manageable 10mm handgun. The M2.0™ flat trigger will give you consistency in your pull, and now with the Performance Center® tuning, you can deliver accurate shots down range. A perfect option for those looking to step up their game.

Learn more: https://sw-inc.co/PC10MM

As gun builders and Americans, Smith & Wesson® is dedicated to your freedom and the security and promise of the Second Amendment.

Subscribe to our Channel: https://sw-inc.co/YouTube

Performance Center® M&P®10MM Official Launch Video | Smith & Wesson®

#SmithAndWesson #SWPC10mm #10mm

Show less

**101 Comments**    ☰ Sort by

💬 Add a comment...

**REALDAVEMATTHEWS** 2 days ago
I've learned that....if you like something smith and wesson comes out with..... wait a few months, they make it even better.
👍 25  👎    Reply
⌄ 1 reply

**grantorino2009** 2 days ago
This company is innovating! I will have this. Perhaps the perfect camping and hiking pistol. I'll put the M&P 2.0 series up against any comparable handguns. Great job, S&W!
👍 8  👎    Reply

**MAGSWAP** 2 days ago

**Smith & Wesson M&P9 M2.0 COMPETITOR & 10mm**
Alien Gear Holsters
3.7K views • 3 months ago

**Massad Ayoob - Is .380 Enough for Self-Defense? Selecting th...**
Wilson Combat
414K views • 3 weeks ago

**223 -vs- 5.56: FACTS and MYTHS**
gavintoobe
7.3M views • 4 years ago

**Most POWERFUL Pistols In The World!**
World List
11M views • 4 years ago

**Holosun 507k X2 On California Compliant Smith and Wesson...**
3.4K views • 2 months ago

**Carrying a Gun with a Live Round in the Chamber??...**
Wilson Combat
685K views • 1 month ago

**Top 5 John Wick Guns**
Honest Outlaw
6.7M views • 3 years ago

**Massad Ayoob - What to do if you get pulled over while...**
Wilson Combat
1.3M views • 1 year ago

**Indiana State Police 1988 Training with a Speedloader**
Indiana State Police Information Ch...
917K views • 6 years ago

**Massad's Top 5 Guns: Critical Mas Ep 09 with Massad Ayoob**
Wilson Combat
712K views • 1 year ago

**Gun Restoration, Colt M1911 U.S. ARMY 1914, (with test fire).**
The Kinzler Bros
3.4M views • 1 month ago

**How To Stop Shooting Low And Left For Righties OR Low and...**
Tactical Hyve
726K views • 10 months ago

**7 Best Cheap Revolvers To Buy In 2023**
Ballistik
154K views • 1 month ago

**6 Best Henry Lever-Action Rifles - Buy Before It's Gone!**
THE PEWPEW ZONE
525K views • 3 months ago









YouTube Search Sign in

This company is innovating! I will have this. Perhaps the perfect camping and hiking pistol. I'll put the M&P 2.0 series up against any comparable handguns. Great job, S&W!

8 Reply

**MAGSWAP** 2 days ago

Great work putting out different products! Seriously this is how you earn money. If you put out a Carbine 5.7 that improves on the faults of the Ruger 5.7 LC then that right there will be a top seller if it's generous on price.

7 Reply

1 reply

**Joseph Whatley** 2 days ago

Wasn't getting another for a while, and now this happens.
It's like " not going out tonight" and the friend offers to cover the night expenses.

9 Reply

**Rob Armstrong** 1 day ago (edited)

I like it. I wish you guys would try your hand an 8-10 shot 327 carry revolver. The round is slimmer than a 357 with similar power/less recoil. We have several 8 shot 357s now. Also, ammo for the 327 is making a comeback! Finally! Federal hst hits next month too and hydroshoks are easy to find. Best revolver cartridge ever to me. Great balance all around. Btw Smith, 2.5-3 inch barrel. All black. :)

Reply

**Jason Armstrong** 2 days ago

I love these long slide guns in the M&P line SW is killing it. Now we can use ported in IDPA. Are you going to make one on 45acp?

2 Reply

2 replies

**Wolverine3Gun** 1 day ago

Great in the last month I picked up the m&p 5.7 and the 45 version of this new 10mm now I gotta buy this one as well! Been waiting for a longer barrel m&p 10mm for hunting about time

1 Reply

**Hemi1500** 2 days ago

dang it bro, why would they do this now?!? do you have any idea how upset my wife is fixing to be?!?😂

33 Reply

5 replies

**Nickolaus Rosado** 2 days ago

An all metal frame performance center 10mm would've been cooler .

9 Reply

2 replies

**threefortyduster** 2 days ago

Yeah, I'm going to need one of these to go with my M&P2.0 4.6" barrel. When will it be widely available?

2 Reply

**3WheelManNC** 2 days ago

Another take my money moment. Rock on S&W.

1 Reply

**Mad Magyar** 2 days ago

Looks like a beast!

Reply

**Jeff Jackson** 2 days ago

Gladdddd I waited because I've been wanting the M&P10

3 Reply

1 reply

6 Best Henry Lever-Action Rifles - Buy Before It's Gone!
THE PEWPEW ZONE
525K views • 3 months ago

You don't know how to use a slide stop - M&P Shield Plus
Pablo Contreras
70K views • 6 months ago

Smith & Wesson M&P M2.0 in 10mm is Quickly Becoming a...
Gunscom
13K views • 5 months ago

Best way to reassemble a Ruger Mark Series (All versions).
Hammer Striker
603K views • 6 years ago

Top 5 Most Stupid Holsters - Madman Review
MadMan Review
1.7M views • 1 year ago

10mm vs 44 mag for bear defense
Guns Gear & Outdoors Alaska
396K views • 1 year ago

Why I chose The Springfield XD-M Elite 10MM || Over Glock, Si...
Lone Star Republic
37K views • 5 months ago

5 Common Pistol Shooting Mistakes We See At Classes
Tactical Hyve
2.4M views • 2 years ago

The NEW @SmithAndWessonInc M2.0...
Jerry Miculek - Pro Shooter
102K views • 5 months ago

Navy SEAL Eddie Gallagher EXPOSES Dan Crenshaw...
Warmonger
365K views • 1 month ago

M&P 10MM Problem Solved?
The Penetration Channel
10K views • 4 months ago

Présentation FNX45 CIVILIAN GBB FN HERSTAL AIRSOFT
DG Gear – unboxing, présentations ...
250 views • 2 weeks ago

M&P 10mm first shots out of box MUD/SNOW/WATER
Underten reviews
28K views • 1 month ago

Touring The Smith & Wesson Performance Center
NRApubs
4.2K views • 8 days ago

S&W M&P FPC 9mm Folding Carbine Full Review

YouTube Search Sign in

Gladdddd I waited because I've been wanting the M&P10

3 Reply

1 reply

theguywithone 2 days ago

The base model always comes out first. People who cannot wait buy that. Then the sport/performance model comes out. After that comes the compact base model, which is followed by the compact sport/performance model. After that comes the subcompact or shield model and then I think you know where I'm going with this, but after that they make a sport/performance model.

Reply

Orcinus 2 days ago

I need this gun asap.... I think I'm in love

1 Reply

Jeff Gluck 17 hours ago

I've compared the Glock and the Smith& Wesson's M&P and I like the dimensions better on a clock and they're reliability that I've seen on YouTube when they compare the two and dirt test and everything else. However, I reserve my judgment until I shoot one. It does look nice

Reply

Levi Harris 2 days ago

I want an all steel version

2 Reply

Brian Raab 7 hours ago

Really wished they did that slide with the ports on the 9mm competitor :(

Reply

Parker Hazlebeck 1 day ago

Smith will you please for the love of God make a Performance Center M2.0 compact already.

Reply

Snurd 1 day ago

Those ports need to be much bigger for the 10mm.

Reply

JJ Griffin 2 days ago

for being a performance center, it looks like it has a ton of flip when the guy is shooting it, especially with having ports and performance parts

2 Reply

2 replies

theguywithone 2 days ago

Just waiting for a shield in 10 mm. If they have the stones to make one I've got the stones to use it.

Reply

McDiesel 2 days ago

You really think you are going to get me to buy this gun with just a video of someone firing it? Fine, I will buy it this time.

2 Reply

L L 2 days ago

When's a performance center CSX with a better trigger coming out?

Reply

Shaun Sian 2 days ago

I'm going to have to get one of those

1 Reply

HoppingGnome, the 2 days ago

When do they bring back the Model 39/59 family of pistols?

Reply

Performance Center
NRApubs
4.2K views • 8 days ago

S&W M&P FPC 9mm Folding Carbine Full Review
sootch00
270K views • 2 months ago

Head - To - Head! Canik METE MC9 vs S&W Shield Plus
Hammer Striker
46K views • 1 month ago

Range Report: Smith & Wesson M&P 5.7
The Texas Gun Vault
2.8K views • 1 month ago

Smith and Wesson Competitor 2.0 Metal Review
The Full Neilson
7.8K views • 3 months ago

(New 2023)Smith & Wesson M&P 5.7 Is it the new king of...
9 Mil Ridge
5.5K views • 2 months ago

Springfield XDM Elite Compact 10mm Gun Review
sootch00
402K views • 1 year ago

"real deal yall" check out my new channel please sit back...
Zerrick Daniels
60 views • 13 days ago

New Ruger LCP Max : 10/12 rds 380 ACP
sootch00
917K views • 1 year ago

DR 1 9MM DARA MADE BEST PISTOL
THE CLASSIC GUNS MART
34 views • 2 days ago
New

Blackthorn
YouTube Movies & TV
Western • 2011
Free with ads R

Safe
YouTube Movies & TV
Action & adventure • 2012
Free with ads R

5 Glock Upgrades You Should Avoid & 4 You Should Try
Honest Outlaw
553K views • 1 year ago

WHAT'S IN THE BAG?? #shorts
Smith & Wesson
27K views • 2 months ago

Smith & Wesson M&P9 M2.0 Metal Review: Best Metal-...

YouTube Search Sign in

1 Reply

HoppingGnome, the 2 days ago
When do they bring back the Model 39/59 family of pistols?
Reply

Matthew Brake 2 days ago
Are y'all planning on making one without a manual safety?
Reply
2 replies

Preston Tanner 1 day ago
Smith & wesson make the 5.7 in a compact!!!
Reply

Donovan Brooks 2 days ago
This is a beautiful gun, and I love all my M&Ps, especially my CORE Performance center one. My only big question is, why design this gun so it doesn't fit into any competition division where it could actually compete? You'd have to shoot it in Open, but there, you compete against race guns with optics that aren't slide mounted. It ends up making the gun a novelty, not a real competition option.
1 Reply
2 replies

Mackenzie Yarbough 2 days ago
Yes !!! Will be getting one
Reply

The Turkey's Opinion 2 days ago
Well, I doubt it can be any worse than the original 4" or 4.6"😂 .... the 4" at least for me was a Jam O Matic x10!
1 Reply
2 replies

The Don 2 days ago
Bears gonna attack and hear a BEEEP, and then it'll be all over 😂😂😭😭😂
Reply

Dutch 2 days ago
Okay, cool, now make it reliable without an aftermarket 22lb Galloway precision spring.
Reply

Peter B 2 days ago
Hmmm, Would this be a good option to carry in Griz territory?
1 Reply
3 replies

MakeNoMistake_MyNameIsJeff 2 days ago
I don't think I can buy this in WA state anymore:/
Reply

Please Be Kind Twnty4Sven 1 day ago
Just make it Metal Framed and I'll buy one or two real quick.
Reply
3 replies

t44e6 2 days ago
Please offer a 10mm with a threaded barrel.
Reply

William Pritchett 21 hours ago
I do like this 10mm

27K views • 2 months ago

Smith & Wesson M&P9 M2.0 Metal Review: Best Metal-...
Pew Pew Tactical
37K views • 3 months ago

SMITH & WESSON M&P 5.7...THIS IS HOW YOU CARRY...
The Concealed Carry Channel
10K views • 1 month ago

M&P® FPC™ Folding Carbine Complete Overview
Smith & Wesson
76K views • 2 months ago

Is the Smith & Wesson 5.7 the Best On the Market?
Ava Flanell
37K views • 3 months ago

It's "Whip it out Wednesday" y'all! #bureauofpropaganda...
typicalpnwguy
2.5K views • 1 day ago
New

Sig P365 X Macro Tac Ops
MDpolo Gun Channel
19K views • 2 weeks ago

S&W M&P 5.7 One Big Flaw
Gear Runner
24K views • 3 months ago

Is it a Competition Glock, or Nah? first look at the G40 MO...
The Jimmini Show
5K views • 3 months ago

Smith & Wesson M&P 10mm FAIL
Alaskan Ballistics
2.4K views • 19 hours ago
New

CZ P-10F Initial Review
Roger Barrera (QVO Tactical)
60K views • 4 years ago

Shooting USA Classic: 2007 US Steel Nationals
Shooting USA
4K views • 9 days ago

Why it is Not Patented? Insert Cardboard Into Angle Grinder...
The Maker
19M views • 2 months ago

Down Periscope
YouTube Movies & TV
Comedy • 1996
Free with ads PG-13

Breaking Bad - Diner Scene
PirateSnips
290K views • 9 years ago

YouTube Search Sign in

2 replies

**The Don** 2 days ago
Bears gonna attack and hear a BEEEP, and then it'll be all over 😂😂😭😭😂
Reply

**Dutch** 2 days ago
Okay, cool, now make it reliable without an aftermarket 22lb Galloway precision spring.
Reply

**Peter B** 2 days ago
Hmmm, Would this be a good option to carry in Griz territory?
1 Reply
3 replies

**MakeNoMistake_MyNameIsJeff** 2 days ago
I don't think I can buy this in WA state anymore:/
Reply

**Please Be Kind Twnty4Sven** 1 day ago
Just make it Metal Framed and I'll buy one or two real quick.
Reply
3 replies

**t44e6** 2 days ago
Please offer a 10mm with a threaded barrel.
Reply

**William Pritchett** 21 hours ago
I do like this 10mm
Reply

**StiffShot** 2 days ago
Mannn.. how could you do this to me smith and Wesson? 😢😢😢 fine I will buy it..... I hope the price will not break my wallet.
1 Reply

**jman0701** 2 days ago
They had this specific model in .45 but never saw one for review or sale....
Reply
1 reply

**Loe Urbin** 18 hours ago
Really, same thing just with longer barrel. I can buy one and put a comp on it.
Reply

**robbieandbeckie** 14 hours ago
Bring some revolvers back.
Reply

**Mr E's** 2 days ago
Hope this one works
1 Reply

**squishyfaceguy** 2 days ago
This is so cool
Reply

**Spartan Six** 2 days ago
Well, now I have to rethink somethings don't I?

24K views • 3 months ago

Is it a Competition Glock, or Nah? first look at the G40 MO...
The Jimmini Show
5K views • 3 months ago

Smith & Wesson M&P 10mm FAIL
Alaskan Ballistics
2.4K views • 19 hours ago
New

CZ P-10F Initial Review
Roger Barrera (QVO Tactical)
60K views • 4 years ago

Shooting USA Classic: 2007 US Steel Nationals
Shooting USA
4K views • 9 days ago

Why it is Not Patented? Insert Cardboard Into Angle Grinder...
The Maker
19M views • 2 months ago

Down Periscope
YouTube Movies & TV
Comedy • 1996
Free with ads PG-13

Breaking Bad - Diner Scene
PirateSnips
290K views • 9 years ago

Quigley Down Under
YouTube Movies & TV
Action & adventure • 1990
Free with ads PG-13

SIG SAUER Presents "Max Michel: Road to Worlds"...
SIG SAUER, Inc
2.5K views • 2 days ago
New

Unboxing!!! Hint It's Walnut
Tom River - Simple Living
3.5K views • 1 day ago
New

To What Remains
YouTube Movies & TV
Documentary • 2021
Free with ads TV-PG

Countdown to Zero
YouTube Movies & TV
Independent • 2010
Free with ads PG

Enemy At The Gates
YouTube Movies & TV
Drama • 2001
Free with ads R

How To Shoot A Pistol With A Red Dot - 3 Tips to Master...
Tactical Hyve

# Exhibit 22



| | |
|---|---|
| Document title: | Smith & Wesson Inc. \| Springfield MA \| Facebook |
| Capture URL: | https://www.facebook.com/SmithandWessonInc |
| Page loaded at (UTC): | Thu, 18 May 2023 19:42:30 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 19:43:41 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | rxS9Dvx4ezEFzRk9LBJiXU |
| User: | wag-epeters |



Document title: Smith &amp; Wesson Inc. | Springfield MA | Facebook
Capture URL: https://www.facebook.com/SmithandWessonInc
Capture timestamp (UTC): Thu, 18 May 2023 19:43:41 GMT



| | |
|---|---|
| Document title: | Smith & Wesson Inc. \| Springfield MA \| Facebook |
| Capture URL: | https://www.facebook.com/SmithandWessonInc |
| Page loaded at (UTC): | Thu, 18 May 2023 19:42:30 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 19:46:25 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 9ZdF4LQHXTsUXszNZtikpx |
| User: | wag-epeters |

PDF REFERENCE #:        6cMvKkkSpQ6TWwn7dYggqx



**Smith & Wesson Inc.'s Post**

**Smith & Wesson Inc.**
May 1 at 2:00 PM ·

M&P Monday! This M&P pistol is chambered in the powerful 10MM, featuring a flat-face trigger, optics-cut slide, and 15+1 round capacity.
#SmithAndWesson

5.2K 372 comments 347 shares

Like Comment Share

Most relevant

Top fan
**Rob Gunblinger Scroggins**
Got one, like it, but... there should be different options for the fixed sights. Some of us don't shoot with optics. The tall sights are intrusive and makes it harder to use. The mounts prevent changing them with third party sights since they are so different than the rest of the M&P line
Like Reply 2w 4
2 Replies

Top fan
**Hamish Azul Del Mar**
I have this one... awesome side arm. Super accurate
Like Reply 2w 2

Top fan
**Mitch Eckler**
That trijicon doesn't look like its totally affixed. 😳
Like Reply 2w 2

**Scott Goss**
Naw, don't need a ten. But, if you like it then it should be an option. I'll take my 9's or the 45 whichever is warranted. Thanks
Like Reply 2w

**Karl Frauendienst**

Write a comment...

Document title: Smith & Wesson Inc. | Springfield MA | Facebook
Capture URL: https://www.facebook.com/SmithandWessonInc
Capture timestamp (UTC): Thu, 18 May 2023 19:46:25 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Smith & Wesson Inc. | Springfield MA | Facebook |
| Capture URL: | https://www.facebook.com/SmithandWessonInc |
| Page loaded at (UTC): | Thu, 18 May 2023 19:42:30 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 19:49:02 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | q4UV3faJ5iAA4X6FLtqzpQ |
| User: | wag-epeters |





| | |
|---|---|
| Document title: | Smith & Wesson Inc. \| Springfield MA \| Facebook |
| Capture URL: | https://www.facebook.com/SmithandWessonInc |
| Page loaded at (UTC): | Thu, 18 May 2023 19:42:30 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 19:49:46 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | mG3g8PvcoX3WBXDDjeB2w4 |
| User: | wag-epeters |

PDF REFERENCE #:                    jvzTBnSENzopiRvnXwaMtM



**Smith & Wesson Inc.'s Post**

**Smith & Wesson Inc.**
April 21 at 7:00 PM ·

The Equalizer™ is the tool made to do it all. Size up for home defense with a 15-round magazine, optic, and light & size down for deep concealment with a flush-fit 10-rounder.

Are you carrying one?
#SmithAndWesson

1.7K · 144 comments · 71 shares

Like · Comment · Share

Most relevant

**Tom Melzer**
Love my Shield!! 13+1 · 3
Like · Reply · 3w
1 Reply

**Timothy L. Martin**
Nice pistol but the trigger pull is aweful. Kinda regret buying mine · 5
Like · Reply · 3w
2 Replies

**Alex Picart**
I love my M&P's, they are great.😁🥰😊

Write a comment...

**Page Vault**

| | |
|---|---|
| Document title: | Smith & Wesson Inc. \| Springfield MA \| Facebook |
| Capture URL: | https://www.facebook.com/SmithandWessonInc |
| Page loaded at (UTC): | Thu, 18 May 2023 19:42:30 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 19:50:50 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | b2zUhuyFQCnzriUPv3FRFG |
| User: | wag-epeters |

PDF REFERENCE #:    soka5D5cUWP4TSw3L28w9U



Learn More

April 15

Learn More

April 15

April 14

Learn More

April 13

Learn More

April 13

April 12

Learn More

April 11

**Smith & Wesson Inc.'s Post**

**Smith & Wesson Inc.**
April 13 ·

As the weather is getting warmer, you might be considering switching to a smaller, more concealable gun.

This compact M&P®9 M2.0™ is a great option for summer carry. Featuring a short, 3.6" barrel, but not losing out on capacity with its 15-round magazine.
#SmithAndWesson

4.5K 447 comments 252 shares

Like Comment Share

Most relevant

**Malcom Sands**
Going to be missing you from NRA, had been so looking forward to being at your booth
Like Reply 4w

**Anne Hause**
This is MY gun!!! Minus the thumb safety. I Love It!!!!
Like Reply 4w

Top fan
**Romeo Facey**
The perfect little companion for the FPC!!!!!
Like Reply 5w

**John Piotrowski**
Love mine - usual carry is either this or my CSX.
Like Reply 5w 2
1 Reply

**Steven Vazquez**
Great gun. Perfect size all around
2

Write a comment...

Document title: Smith & Wesson Inc. | Springfield MA | Facebook
Capture URL: https://www.facebook.com/SmithandWessonInc
Capture timestamp (UTC): Thu, 18 May 2023 19:50:50 GMT

# Exhibit 23

Page Vault

| | |
|---|---|
| Document title: | Handguns \| Tims Guns And Shooting Supplies, LLC |
| Capture URL: | https://www.timsgunsny.com/department/handguns?manufacturer=308&page=1 |
| Page loaded at (UTC): | Thu, 18 May 2023 20:02:34 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 20:03:13 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | jY3qmwVuphT49fdqqhspYP |
| User: | wag-epeters |

Tims Guns and Shooting Supplies, LLC. We Appreciate Your Business! Taking Online Orders!

Case 2:23-cv-00113-MKD    ECF No. 37-4    filed 06/01/23    PageID 873    Page 21 of 45

# Tims Guns And Shooting Supplies, LLC

My Account

Search...



## Handguns

**Filter** ^

Showing 1 - 24 of 226

Category: Select...
Manufacturer: Smith & Wesson
Caliber: Select...

☐ Available In Store
☐ New York Compliant

| Smith & Wesson | Smith & Wesson | Smith & Wesson | Smith & Wesson |
|---|---|---|---|
| M&P9 M2.0 Competitor 9mm | M&P9 M2.0 Competitor 9mm | Equalizer 9mm | M&P9 M2.0 Metal OR 9mm |
| Available In Store UPC: 022188892697 | Available In Store UPC: 022188884760 | Available In Store UPC: 022188891423 | Available In Store UPC: 022188884951 |
| $969.95 | $969.95 | $549.99 | $879.95 |
| DETAILS  ADD TO CART | DETAILS  ADD TO CART | DETAILS  ADD TO CART | DETAILS  ADD TO CART |

| Smith & Wesson | Smith & Wesson | Smith & Wesson | Smith & Wesson |
|---|---|---|---|
| M&P9 Shield EZ PC 9mm | M&P9 M2.0 Perf Ctr Ported Core | M&P9 M2.0 Shield EZ 9mm | Shield M2.0 9mm |
| Available In Store UPC: 022188884012 | Available In Store UPC: 022188871401 | Available In Store UPC: 022188882827 | Available In Store UPC: 022188874464 |
| $619.95 | $789.95 | $619.95 | $819.95 |
| DETAILS  ADD TO CART | DETAILS  ADD TO CART | DETAILS  ADD TO CART | DETAILS  ADD TO CART |

| Smith & Wesson | Smith & Wesson | Smith & Wesson | Smith & Wesson |
|---|---|---|---|
| M&P9 M2.0 Compact 9mm | M&P9 M2.0 Compact 9mm | M&P9 M2.0 Carry & Range Kit 9mm | Bodyguard 38 .38 Special |
| Available In Store UPC: 022188877533 | Available In Store UPC: 022188877526 | Available In Store UPC: 022188877113 | Available In Store UPC: 022188030396 |
| $595.99 | $569.00 | $679.99 | $449.95 |
| DETAILS  ADD TO CART | DETAILS  ADD TO CART | DETAILS  ADD TO CART | DETAILS  ADD TO CART |



Smith & Wesson
M&P9 M2.0 Compact
9mm

Available In Store
UPC: 022188877533
$595.99

DETAILS | ADD TO CART

Smith & Wesson
M&P9 M2.0 Compact
9mm

Available In Store
UPC: 022188877526
$569.00

DETAILS | ADD TO CART

Smith & Wesson
M&P9 M2.0 Carry & Range Kit
9mm

Available In Store
UPC: 022188877113
$679.99

DETAILS | ADD TO CART

Smith & Wesson
Bodyguard 38
.38 Special

Available In Store
UPC: 022188030396
$449.95

DETAILS | ADD TO CART

Smith & Wesson
Shield M2.0
9mm

Available In Store
UPC: 022188872194
$499.95

DETAILS | ADD TO CART

Smith & Wesson
M&P9 Shield M2.0
9mm

Available In Store
UPC: 022188872187
$479.95

DETAILS | ADD TO CART

Smith & Wesson
M&P9 M2.0
9mm

Available In Store
UPC: 022188870640
$619.99

DETAILS | ADD TO CART

Smith & Wesson
629-6
.44 Magnum

Available In Store
UPC: 022188141566
$1,139.00

DETAILS | ADD TO CART

Smith & Wesson
M&P45 Shield
.45 ACP

Available In Store
UPC: 022188870169
$595.00

DETAILS | ADD TO CART

Smith & Wesson
M&P45 Shield
.45 ACP

Available In Store
UPC: 022188868135
$519.95

DETAILS | ADD TO CART

Smith & Wesson
M&P Bodyguard 380
.380 ACP

Available In Store
UPC: 022188864823
$475.99

DETAILS | ADD TO CART

Smith & Wesson
M&P Bodyguard 380
.380 ACP

Available In Store
UPC: 022188093810
$395.00

DETAILS | ADD TO CART

Smith & Wesson
Governor
.410/.45 Colt/.45 ACP

Available In Store
UPC: 022188624106
$939.00

DETAILS | ADD TO CART

Smith & Wesson
SW1911SC
.45 ACP

Available In Store
UPC: 022188064856
$1,499.99

DETAILS | ADD TO CART

Smith & Wesson
SW1911
.45 ACP

Available In Store
UPC: 022188804825
$1,049.95

DETAILS | ADD TO CART

Smith & Wesson
442
.38 Special

Available In Store
UPC: 022188137545
$539.00

DETAILS | ADD TO CART

Showing 1 - 24 of 226    ‹ | 1 | ›

Document title: Handguns | Tims Guns And Shooting Supplies, LLC
Capture URL: https://www.timsgunsny.com/department/handguns?manufacturer=308&amp;page=1
Capture timestamp (UTC): Thu, 18 May 2023 20:03:13 GMT

Page 2 of 2

# Exhibit 24



| | |
|---|---|
| Document title: | The Gun Shop - Guns - Brands - Smith & Wesson - AJ's Archery |
| Capture URL: | https://ajsarchery.com/the-gun-shop/brands/smith-wesson/ |
| Page loaded at (UTC): | Thu, 18 May 2023 20:23:53 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 20:24:28 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | wjtbGjs2vk65B2dwfskYs3 |
| User: | wag-epeters |

PDF REFERENCE #:        jEutnMhc6DrXqoo1GgEGEk



SEARCH | SIGN IN or REGISTER | CART

BOWS ⌄   BOW ACCESSORIES ⌄   CROSSBOWS ⌄   THE GUN SHOP ⌄   HUNTING GEAR ⌄   ABOUT US   SHIPPING & RETURNS   SERVICES   CONTACT US

Home  /  The Gun Shop  /  Guns  /  Brands  /  Smith & Wesson

## Smith & Wesson

Sort By: Featured Items ⌄



Smith & Wesson
M&P 9 Shield (9mm)



Smith & Wesson
M&P 9 M2.0 (45ACP)



Smith & Wesson
M&P 9 M2.0 (9mm)



Smith & Wesson
The Governor (45ACP/45LC/410G)

### Navigate

About Us
Shipping & Returns
Services
Contact Us
Sitemap

### Categories

Bows
Bow Accessories
Crossbows
The Gun Shop
Hunting Gear

### Popular Brands

Browning
Hornady
Specialty Archery
Remington
Federal
Aguila
Mission
PSE
Stoeger
Glock
View All

### Info

3938 Nelson Heights Road
Cazenovia, NY 13035
Call us at 3156552697

### Subscribe to our newsletter

Get the latest updates on new products and upcoming sales

Your email address                    Subscribe

© 2023 AJ's Archery

Document title: The Gun Shop - Guns - Brands - Smith &amp; Wesson - AJ&#39;s Archery
Capture URL: https://ajsarchery.com/the-gun-shop/brands/smith-wesson/
Capture timestamp (UTC): Thu, 18 May 2023 20:24:28 GMT

# Exhibit 25



| | |
|---|---|
| Document title: | Firearms |
| Capture URL: | https://www.jbars-firearms.com/ |
| Page loaded at (UTC): | Thu, 18 May 2023 20:27:00 GMT |
| Capture timestamp (UTC): | Thu, 18 May 2023 20:27:46 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | i5CiwrLNxLf61ApXouFUym |
| User: | wag-epeters |

PDF REFERENCE #:          aN7gwgsJUZ43SJuP5F1JT1

# J Bar S Firearms

Home    Safety    Contact



Store Hours
Mon - Sat    10 AM - 6 PM
Closed Sundays

## Welcome

We are a small FFL Dealer located in Central New York
catering to the needs of our customers

Previously owned guns bought and sold

Ammunition and shooting supplies

Hunting Accessories





Contact us for all your hunting
and shooting needs

We will handle your Private
Transfers within NYS

Firearms can only be delivered to a licensed FFL Dealer.  Please make prior arrangements with a licensed FFL Dealer in your area to
accept your firearm.  We must receive a copy of their current FFL License before shipment.  Your NICS Background Check will be performed by
the FFL Dealer you have chosen before transferring your firearm.  We do not refund the purchase price for your Failure To Pass a NICS
Background Check.  You acknowledge that you meet all Federal, State and Local requirements to purchase and posses a firearm.  You
acknowledge that you will keep the firearm purchased from J Bar S in a safe and secure manner and that an approved locking device will be
used to safeguard the firearm.  J Bar S does not Refund or Exchange Firearms and/or Ammunition.  Any warranty issues should be directed to
the firearms manufacturer.





Copyright © J Bar S. All rights reserved.

# Exhibit 26



| | |
|---|---|
| Document title: | Featured guns in Bath, NY \| Louies Gun Shop |
| Capture URL: | https://louiesgunshop.com/featured-guns |
| Page loaded at (UTC): | Mon, 22 May 2023 19:12:45 GMT |
| Capture timestamp (UTC): | Mon, 22 May 2023 19:13:43 GMT |
| Capture tool: | 10.20.35 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 363C4PGLkfviuB1ePDTo8Y |
| User: | wag-epeters |

PDF REFERENCE #:        rtroBvUHuF5YovBhucp9QC

# Louies Gun Shop

CONTACT US FOR A FREE CONSULTATION
## 607-776-4228

HOME    PRODUCTS    FEATURED GUNS    NEWS & EVENTS    CONTACT US

## Our Brands

With more than 400 models currently available, we guarantee you will be able to find the perfect handgun or long gun!

These are the brands we currently stock:

- ✔ Henry
- ✔ Kimber
- ✔ Springfield Armory
- ✔ Glock

- ✔ Ruger
- ✔ Savage
- ✔ Mossberg
- ✔ Remington

- ✔ Smith & Wesson
- ✔ Taurus
- ✔ Marlin

## Discover Our Line of Guns

At Louies Gun Shop, we offer only the finest long guns and handguns available for legal purchase in Bath, NY. It is our mission to help you discover the right gun for you, regardless of whether you are a hunter or a collector looking to round out your collection.





We offer a wide variety of quality events and sales. Contact us today at 607-776-4228 or louiesgun@gmail.com.



HOME  |  PRODUCTS  |  FEATURED GUNS  |  NEWS & EVENTS  |  CONTACT US

**Louies Gun Shop,**
367 West Morris Street, Bath, NY 14810
**Tel:** 607-776-4228 • **Fax:** 607-776-8405 • **E-Mail:** louiesgun@gmail.com
© Louies Gun Shop. All Rights Reserved.

Copyright © 2023 · Powered by LOCALiQ

Document title: Featured guns in Bath, NY | Louies Gun Shop
Capture URL: https://louiesgunshop.com/featured-guns
Capture timestamp (UTC): Mon, 22 May 2023 19:13:43 GMT

# Exhibit 27

**Page Vault**

| | |
|---|---|
| Document title: | Quality products in Bath, NY \| Louies Gun Shop |
| Capture URL: | https://louiesgunshop.com/products |
| Page loaded at (UTC): | Mon, 22 May 2023 19:15:17 GMT |
| Capture timestamp (UTC): | Mon, 22 May 2023 19:16:23 GMT |
| Capture tool: | 10.20.35 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | x2HmJ7kVXaK5n6yPWtR315 |
| User: | wag-epeters |

PDF REFERENCE #:          o3wD4gk1nQeU9engWcKYz3

# Louies Gun Shop

CONTACT US FOR A FREE CONSULTATION
## 607-776-4228

HOME | PRODUCTS | FEATURED GUNS | NEWS & EVENTS | CONTACT US

## The Best Handguns and Long Guns Available

With more than 400 quality long guns and hand guns to choose from, Louies Gun Shop of Bath, NY, has you covered regardless if you are a seasoned hunter or someone looking to purchase your first pistol.

We are focused on providing the highest-quality merchandise available on the market, enabling you to select the gun that is best for your level of experience and intended use. Our staff has the experience and training needed to help you with everything from selecting a brand to signing up for gun safety and accuracy classes.



### Our Current Inventory

## //New Handguns

### New

| | | | | | | |
|---|---|---|---|---|---|---|
| G22-525 | Rock Island | M1911AZ | 45ACP | 3.1" | $739.00 | Pistol | Synthetic |
| G22-526 | Smith & Wesson | CSX | 9MM | 3.1" | $725.00 | Pistol | Synthetic |
| G22-529 | Heritage | Rough Rider | 22LR | 3" | $199.00 | Rev | Pearl GRips/ Blued BBL |
| G22-559 | Glock | 23Gen5 | 40SW | 4.02" | $819.00 | Pistol | Synthetic |
| G22-660 | SDS Imports | 1911A1 | 40SW | 5" | $549.00 | Pistol | Army US |
| G22-696 | Smith & Wesson | M&P Shield | 9MM | 3" | $549.00 | Pistol | Synthetic |
| G22-824 | Smith & Wesson | BodyGaurd | 38SP | 1.875" | $679.00 | Rev | Gray grip/Blued BBL/Laset |
| G22-953 | Smith & Wesson | M&P Shield M2.0 | 45 | 3.3" | $719.00 | Pistol | Synthetic/Blued BBL |
| G22-994 | Kimber | MIcro 380 | 380 | 3.9" | $819.00 | Pistol | Rose Wood Grips/Stainless/Laser |
| G22-996 | Kimber | MIcro 380 | 380 | 3.9" | $819.00 | Pistol | Rosewood/Two toned/Laser |
| G22-997 | Kimber | Micro 9 | 9MM | 3.15" | $848.00 | Pistol | Black Grip/Stainless |
| G22-998 | Kimber | Micro 9 | 9MM | 3.15" | $848.00 | Pistol | Black Grip/Stainless |

new rifle    new handgun    new shotgun    Receivers

## //Used Handguns

### USED

| Number | Make | Model | caliber | Bbl | Price | Pistol/Revolver | Color |
|---|---|---|---|---|---|---|---|
| G19-713 | Smith & Wesson | SW380 | 380 | 3" | $249.00 | Pistol | All black/Blued Slide |
| G21-170 | Ruger | Standard | 22LR | 5" | $349.00 | Pistol | All black/Blued Slide |
| G21-993 | Smith & Wesson | MP 9C | 9MM | 3.5" | $425.00 | Pistol | All black/Blued Slide |
| G21-1335 | Colt | Open top | 22LR | 2.5" | $895.00 | Rev | Stainless BBL/Gold Rec/Rosewoode Grip |
| G21-1475 | Ruger | Single Six | 22LR/22MAG | 6 1/2" | $649.00 | Rev | Blued/Wood Grip |
| G22-01 | Ruger | Auto | 22LR | 6" | $329.00 | Pistol | All black/Blued Slide |
| G22-209 | Ruger | Single Six | 22LR-22MAG | 6.5" | $489.00 | Rev | Blued/Wood Grip |
| G22-429 | Smith & Wesson | M&P Shield | 9MM | 3.125" | $495.00 | Pistol | Synthetic/3 Mags/Box |
| G22-513 | Keltec | P11 | 9MM | 2 3/4" | $249.00 | Pistol | Synthetic |
| G22-703 | Smith & Wesson | 442-2 | 38SP | 2" | $495.00 | Rev | Blued |
| G22-814 | HiPoint | C9 | 9MM | 3.25" | $249.00 | Pistol | |

USED HANDGUN    USED RIFLE    Used Shotgun BBL    USED SHOTGUN

We offer a wide variety of exceptional long guns and handguns. Contact us at 607-776-4228 or louiesgun@gmail.com.

HOME | PRODUCTS | FEATURED GUNS | NEWS & EVENTS | CONTACT US

**Louies Gun Shop,**
367 West Morris Street, Bath, NY 14810
**Tel:** 607-776-4228 • **Fax:** 607-776-8405 • **E-Mail:** louiesgun@gmail.com
© Louies Gun Shop. All Rights Reserved.



# LOUIES GUN SHOP



## The Best Handguns and Long Guns Available

With more than 400 quality long guns and hand guns to choose from, Louies Gun Shop of Bath, NY, has you covered regardless if you are a seasoned hunter or someone looking to purchase your first pistol.

We are focused on providing the highest-quality merchandise available on the market, enabling you to select the gun that is best for your level of experience and intended use. Our staff has the experience and training needed to help you with everything from selecting a brand to signing up for gun safety and accuracy classes.

### Our Current Inventory

### //New Handguns

| New | | | | | | | |
|---|---|---|---|---|---|---|---|
| G22-525 | Rock Island | M1911AZ | 45ACP | 3.1" | $739.00 | Pistol | Synthetic |
| G22-526 | Smith & Wesson | CSX | 9MM | 3.1" | $725.00 | Pistol | Synthetic |
| G22-529 | Heritage | Rough Rider | 22LR | 3" | $199.00 | Rev | Pearl GRips/ Blued BBL |
| G22-559 | Glock | 23Gen5 | 40SW | 4.02" | $819.00 | Pistol | Synthetic |
| G22-660 | SDS Imports | 1911A1 | 40SW | 5" | $549.00 | Pistol | Army US |
| G22-696 | Smith & Wesson | M&P Shield | 9MM | 3" | $549.00 | Pistol | Synthetic |
| G22-824 | Smith & Wesson | BodyGaurd | 38SP | 1.875" | $679.00 | Rev | Gray Grip/Blued BBL/Laset |
| G22-953 | Smith & Wesson | M&P Shield M2.0 | 45 | 3.3" | $719.00 | Pistol | Synthetic/Blued BBL |
| G22-994 | Kimber | MIcro 380 | 380 | 3.9" | $819.00 | Pistol | Rose Wood Grips/Stainless/Laser |
| G22-996 | Kimber | MIcro 380 | 380 | 3.9" | $819.00 | Pistol | Rosewood/Two toned/Laser |
| G22-997 | Kimber | Micro 9 | 9MM | 3.15" | $848.00 | Pistol | Black Grip/Stainless |
| G22-998 | Kimber | Micro 9 | 9MM | 3.15" | $848.00 | Pistol | Black Grip/Stainless |

new rifle    new handgun    new shotgun    Receivers

### //Used Handguns

| USED | | | | | | | |
|---|---|---|---|---|---|---|---|
| Number | Make | Model | caliber | Bbl | Price | Pistol/Revolver | Color |
| G19-713 | Smith & Wesson | SW380 | 380 | 3" | $249.00 | Pistol | All black/Blued Slide |
| G21-170 | Ruger | Standard | 22LR | 5" | $349.00 | Pistol | All black/Blued Slide |
| G21-993 | Smith & Wesson | MP 9C | 9MM | 3.5" | $425.00 | Pistol | All black/Blued Slide |
| G21-1335 | Colt | Open top | 22LR | 2.5" | $895.00 | Rev | Stainless BBL/Gold Rec/Rosewoode Grip |
| G21-1475 | Ruger | Single Six | 22LR/22MAG | 6 1/2" | $649.00 | Rev | Blued/Wood Grip |
| G22-01 | Ruger | Auto | 22LR | 6" | $329.00 | Pistol | All black/Blued Slide |
| G22-209 | Ruger | Single Six | 22LR-22MAG | 6.5" | $489.00 | Rev | Blued/Wood Grip |
| G22-429 | Smith & Wesson | M&P Shield | 9MM | 3.125" | $495.00 | Pistol | Synthetic/3 Mags/Box |
| G22-513 | Keltec | P11 | 9MM | 2 3/4" | $249.00 | Pistol | Synthetic |
| G22-703 | Smith & Wesson | 442-2 | 38SP | 2" | $495.00 | Rev | Blued |
| G22-814 | HiPoint | C9 | 9MM | 3.25" | $249.00 | Pistol | |

USED HANDGUN    USED RIFLE    Used Shotgun BBL    USED SHOTGUN

We offer a wide variety of exceptional long guns and handguns . Contact us at 607-776-4228 or louiesgun@gmail.com.

HOME | PRODUCTS | FEATURED GUNS | NEWS & EVENTS | CONTACT US

**Louies Gun Shop,**
367 West Morris Street, Bath, NY 14810
**Tel:** 607-776-4228 • **Fax:** 607-776-8405 • **E-Mail:** louiesgun@gmail.com
© Louies Gun Shop. All Rights Reserved.



Copyright © 2023 · Powered by LOCALiQ

# Exhibit 28

**Page Vault**

| | |
|---|---|
| Document title: | Butternut Creek Armory \| Pistols |
| Capture URL: | https://www.butternutcreekarmory.com/firearms?___SID=U&manufacturer%5B0%5D=Beretta&manufacturer%5B1%5D=SWSC%2FSMITH+%26+WESSON+INC |
| Page loaded at (UTC): | Mon, 22 May 2023 19:18:58 GMT |
| Capture timestamp (UTC): | Mon, 22 May 2023 19:20:09 GMT |
| Capture tool: | 10.20.35 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | 5QnzcNuebJPVqLFnqvjgZa |
| User: | wag-epeters |



# BUTTERNUT CREEK ARMORY

FIREARMS   AMMUNITION   OPTICS   GUN PARTS   ACCESSORIES   SHOOTING GEAR   🔍   🛒 (0)

Home / Firearms / Pistols

## FILTER BY:                                      Clear All

**Manufacturer:**

Beretta ✕

SWSC/SMITH & SMITH & SMITH & SMITH INC ✕

| CATEGORY | ⌄ |
| ACTION | ⌄ |
| BARREL | ⌄ |
| CALIBER | ⌄ |
| CAPACITY | ⌄ |
| CHOKES | ⌄ |
| FINISH | ⌄ |
| FINISH / COLOR | ⌄ |
| GAUGE | ⌄ |
| GRIPS STOCK | ⌄ |
| MANUFACTURER | ⌄ |
| MODEL | ⌄ |
| PRICE | ⌄ |
| SIZE | ⌄ |
| STOCK STATUS | ⌄ |

## COMPARE PRODUCTS

You have no items to compare.

# FIREARMS

2599 post(s)    [36 per page ⌄]                    Sort By:  [Sort By ⌄]



**BERGARA BXR 22LR 16.5" 10RD THRDD**
$546.20

**BERGARA PREM. HMR PRO 6.5PRC**
$1,681.11

**BERGARA RIDGEBACK 308WIN 20" 5RD THR**
$2,000.09

**BERGARA RIDGEBACK 6.5CM 24" 5RD THRD**
$2,000.09

**S&W M&P40C 11687 40 4IN M2.0 TS 13R**
$564.04

**S&W M&P9SHLD 11806 9M 3.1 MTS 2.0 BLK 7/8R**
$430.29



**S&W M&P9SHLD 11808 9M 3.1 2.0 BLK 7/8R**
$430.29

**BERETTA M9 9MM CA COMPLAINT**
$696.20



**BERETTA PX4 .40SW CA COMPLIANT**
$649.00



**BERETTA PX4F 9MM CA COMPLIANT**



**BERETTA PX4G 9MM CA COMPLIANT**



**BERETTA A400 XTREME PLUS KO**



**FIREARMS**   AMMUNITION   OPTICS   GUN PARTS   ACCESSORIES   SHOOTING GEAR   🔍 🛒 (0)





$649.00          $649.00          $1,911.60

**BERGARA HIGHLANDER 308WIN 20" 4RD**     **BERGARA HIGHLANDER 6.5CM 24" 4RD**     **BERGARA HMR WILDERNESS 300WIN 26" 5R**



$1,736.06          $1,736.06          $1,138.19

**BERGARA HMR WILDERNESS 300PRC 26" 5R**     **BERGARA TERRAIN WLDRNS 300WIN 26" 5R**     **BERGARA B14R 22LR TRNR CRBN 18" 10RD**




$1,203.60          $1,138.19          $1,107.67

**BERGARA HMR WILDERNESS 308WIN 20" 5R**     **BERGARA HMR WILDERNESS 6.5CM 24" 5RD**     **BERGARA TERRAIN WLDRNS 308WIN 20" 5R**



$1,138.19          $1,138.19          $1,138.19

**BERGARA TERRAIN WLDRNS 6.5CM 24" 5RD**     **BERGARA HMR WILDERNESS 6.5PRC 24" 5R**     **BERETTA A400 UPLAND 12/26 NKL/WLNT**

# BUTTERNUT CREEK ARMORY

FIREARMS  AMMUNITION  OPTICS  GUN PARTS  ACCESSORIES  SHOOTING GEAR  (0)

**BERGARA TERRAIN WLDRNS 6.5CM 24" 5RD**



**BERGARA HMR WILDERNESS 6.5PRC 24" 5R**



**BERETTA A400 UPLAND 12/26 NKL/WLNT**



$1,138.19

$1,203.60

$1,829.00

**BERETTA A400 XTREME KO 12/28 SYN BLK**



**BERETTA A400 XTREME LH+KO 12/28 MX5**



**BERETTA A400 XTREME PLUS KO**



$1,793.60

$1,858.50

$1,793.60

**BERETTA A400 XTREME PLUS KO LH**



$1,899.00

1  2  3  4  5  ›

# BUTTERNUT CREEK ARMORY

## SOCIAL MEDIA

Join us on Facebook and get recent news about our new products and offers.

Order Status

Privacy Policy

Terms & Conditions

Wishlist

Personal Account

About us

## ABOUT US

4109 Cook Farm Road, Jamesville, NY 13078
Phone: 315-956-5011
Email: customerservice@butternutcreekarmory.com

Butternut Creek Armory is a FFL dealer that is currently in the beginning phases of stocking ammo and establishing relationships/accounts with gun manufacturers.

## NEWSLETTER

Enter your email address    SUBSCRIBE

Subscribe to our free e-newsletter for new product updates and promotions.

# BUTTERNUT CREEK ARMORY

FIREARMS    AMMUNITION    OPTICS    GUN PARTS    ACCESSORIES    SHOOTING GEAR    🔍    🛒 (0)



| | | |
|---|---|---|
| $1,138.19 | $1,203.60 | $1,829.00 |
| **BERETTA A400 XTREME KO 12/28 SYN BLK** | **BERETTA A400 XTREME LH+KO 12/28 MX5** | **BERETTA A400 XTREME PLUS KO** |

| | | |
|---|---|---|
| $1,793.60 | $1,858.50 | $1,793.60 |

**BERETTA A400 XTREME PLUS KO LH**



$1,899.00

[1] 2 3 4 5 ›

---

## BUTTERNUT CREEK ARMORY

Order Status

Privacy Policy

Terms & Conditions

Wishlist

Personal Account

About us

### SOCIAL MEDIA

Join us on Facebook and get recent news about our new products and offers.



### NEWSLETTER

Subscribe to our free e-newsletter for new product updates and promotions.

Enter your email address    **SUBSCRIBE**

### ABOUT US

4109 Cook Farm Road, Jamesville, NY 13078
Phone: 315-956-5011
Email: customerservice@butternutcreekarmory.com

Butternut Creek Armory is a FFL dealer that is currently in the beginning phases of stocking ammo and establishing relationships/accounts with gun manufacturers.

Site Map    Search Terms    Advanced Search    Orders and Returns    Contact Us

   

© 2017 Butternut Creek Armory. All Rights Reserved.

---

Document title: Butternut Creek Armory | Pistols
Capture URL: https://www.butternutcreekarmory.com/firearms?___SID=U&amp;manufacturer%5B0%5D=Beretta&amp;manufacturer%5B1%5D=SWSC%2FSMITH+…
Capture timestamp (UTC): Mon, 22 May 2023 19:20:09 GMT

# Exhibit 29



| | |
|---|---|
| Document title: | Handguns | RJW SALES LLC |
| Capture URL: | https://rjw-sales.com/department/handguns?manufacturer=308&page=1 |
| Page loaded at (UTC): | Mon, 22 May 2023 19:23:00 GMT |
| Capture timestamp (UTC): | Mon, 22 May 2023 19:24:06 GMT |
| Capture tool: | 10.20.35 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | oYVUVNLwyy9BtHQbeUMw8k |
| User: | wag-epeters |



# Handguns

Filter

Showing 1 - 10 of 10

Category: Select...

Manufacturer: Smith & Wesson

Caliber: Select...

☐ Available In Store
☐ New York Compliant

Smith & Wesson
Shield EZ
9mm

Available In Store
UPC: 022188894523
$469.99

DETAILS | ADD TO CART

Smith & Wesson
M&P9 Shield Plus
9mm

Available In Store
UPC: 022188889055
$459.99

DETAILS | ADD TO CART

Smith & Wesson
M&P9 Shield Plus
9mm

Available In Store
UPC: 022188885118
$399.00

DETAILS | ADD TO CART

Smith & Wesson
M&P9 M2.0 Shield EZ
9mm

Available In Store
UPC: 022188879209
$479.99

DETAILS | ADD TO CART

Smith & Wesson
M&P 380 Shield EZ
.380 ACP

Available In Store
UPC: 022188869743
$439.99

DETAILS | ADD TO CART

Smith & Wesson
Shield M2.0
9mm

Available In Store
UPC: 022188872194
$439.99

DETAILS | ADD TO CART

Smith & Wesson
M&P9 Shield M2.0
9mm

Available In Store
UPC: 022188872187
$435.00

DETAILS | ADD TO CART

Smith & Wesson
642 Performance Center
.38 Special

Available In Store
UPC: 022188703481
$599.00

DETAILS | ADD TO CART

Smith & Wesson

Smith & Wesson

Category
Select...

Manufacturer
Smith & Wesson

Caliber
Select...

☐ Available in Store
☐ New York Compliant



### Smith & Wesson
Shield EZ
9mm

Available in Store
UPC: 022188894523

$469.99

DETAILS   ADD TO CART



### Smith & Wesson
M&P9 Shield Plus
9mm

Available in Store
UPC: 022188889055

$459.99

DETAILS   ADD TO CART



### Smith & Wesson
M&P9 Shield Plus
9mm

Available in Store
UPC: 022188885118

$399.00

DETAILS   ADD TO CART



### Smith & Wesson
M&P9 M2.0 Shield EZ
9mm

Available in Store
UPC: 022188879209

$479.99

DETAILS   ADD TO CART



### Smith & Wesson
M&P 380 Shield EZ
.380 ACP

Available in Store
UPC: 022188869743

$439.99

DETAILS   ADD TO CART



### Smith & Wesson
Shield M2.0
9mm

Available in Store
UPC: 022188872194

$439.99

DETAILS   ADD TO CART



### Smith & Wesson
M&P9 Shield M2.0
9mm

Available in Store
UPC: 022188872187

$435.00

DETAILS   ADD TO CART



### Smith & Wesson
642 Performance Center
.38 Special

Available in Store
UPC: 022188703481

$599.00

DETAILS   ADD TO CART



### Smith & Wesson
SW1911PC
.45 ACP

Available in Store
UPC: 022188703436

$1,665.00

DETAILS   ADD TO CART



### Smith & Wesson
686 SSR
.357 Magnum

Available in Store
UPC: 022188780123

$1,139.99

DETAILS   ADD TO CART

Showing 1 - 10 of 10

Contact Us
Store Policies
My Account

© 2023 RJW SALES LLC
Login