# Exhibit 1

CURRICULUM VITAE

**Frederick P. Rivara, M.D., M.P.H.**

| | |
|---|---|
| Date of Birth: | May 17, 1949 |
| Place of Birth: | Far Rockaway, New York |
| Current Appointments: | Professor of Pediatrics, University of Washington, School of Medicine |
| | Adjunct Professor, Epidemiology, University of Washington, School of Public Health |
| | Vice Chair for Academic Affairs, Department of Pediatrics, University of Washington, School of Medicine |
| | Seattle Children's Guild Endowed Chair in Pediatric Research |
| | Director, Firearm Injury and Policy Research Program, University of Washington |
| Contact information: | Harborview Injury Prevention and Research Center Box 359960, 325 Ninth Ave, Seattle, WA   98104 (206) 744-9449, fax (206) 744-9962, email: fpr@uw.edu |

EDUCATION:

| | |
|---|---|
| 1966 - 1970 | College of the Holy Cross Worcester, Massachusetts |
| 1970 - 1974 | University of Pennsylvania Philadelphia, Pennsylvania |
| 1978 - 1980 | University of Washington Seattle, Washington |

DEGREES OBTAINED:

| | |
|---|---|
| 1970 | B.A., Summa Cum Laude, College of the Holy Cross |
| 1974 | M.D., University of Pennsylvania |
| 1980 | M.P.H., University of Washington |

PROFESSIONAL TRAINING:

| | |
|---|---|
| 1974 - 1976 | Intern and Junior Assist. Resident, Pediatrics, Children's Hospital Medical Center, Boston, MA |
| 1978 - 1980 | Senior Assistant Resident in Pediatrics and Senior Fellow, Univ. of Washington, Seattle, Washington |
| 1978 - 1980 | Fellowship, Robert Wood Johnson Clinical Scholar, University of Washington, Seattle, Washington |
| 1993 | Visiting Scholar, Institute of Criminology, Cambridge University, Cambridge, United Kingdom |

Frederick P. Rivara, M.D., M.P.H.                                                          2

1994                          Visiting Faculty, University of Malaysia, Kuala Lumpur, Malaysia

ACADEMIC
APPOINTMENTS:

| | |
|---|---|
| 1978 - 1980 | Acting Instructor, Department of Pediatrics, University of Washington |
| 1981 - 1984 | Assistant Professor, Department of Pediatrics and Community Medicine, University of Tennessee Center for the Health Sciences |
| 1984 | Associate Professor of Pediatrics, University of Tennessee Center for the Health Sciences |
| 1984 - 1989 | Associate Professor of Pediatrics, Adjunct Associate Professor of Epidemiology, University of Washington |
| 1989 - | Professor of Pediatrics, Adjunct Professor of Epidemiology, Univ. of Washington |

PROFESSIONAL
POSITIONS:

| | |
|---|---|
| 1976 – 1978 | Medical Director, Outreach Services, Family Health Services, Hazard, Kentucky |
| 1976 - 1978 | National Health Service Corps, Family Health Services, Hazard, Kentucky |
| 1981 - 1984 | Director, Resident Continuity Clinic Program, Dept. of Pediatrics, University of Tennessee |
| 1983 - 1984 | Medical Director, Southern Poison Center |
| 1981 - 1984 | Associate Director, Ambulatory Care, LeBonheur Children's Medical Center |
| 1987 - 2000 | Director, Harborview Injury Prevention & Res. Ctr |
| 1990 – 91, 2001-02 | President of Medical Staff, Harborview Med. Center |
| 1994 -  2015 | Head, Division of General Pediatrics, University of Washington |
| 1997- | Vice Chair for Academic Affairs, Department of Pediatrics, University of Washington |
| 2001-2017 | Editor in Chief, *Archives of Pediatrics & Adolescent Medicine/ JAMA Pediatrics* |
| 2018- | Editor in Chief, *JAMA Network Open* |

HONORS AND
AWARDS:

Frederick P. Rivara, M.D., M.P.H.                                                              3

Marie Leebron Prize in Pediatrics,
    University of Pennsylvania, 1974

United States Public Health Service Award for Outstanding Service,
    1978

Ambulatory Pediatric Association, Excellence in Teaching and Research
    Award, 1984

Highline Council PTSA Community Service Award, 1988

Award of Excellence for Injury Prevention,
    Johns Hopkins University, 1991

George Adkins Endowed Professorship, 1991

Ambulatory Pediatric Association, Research Award, 1992

National SafeKids Research Award, 1992

American Academy of Pediatrics, Section on Injury and Poison
    Prevention, Physician Achievement Award, 1994

American Public Health Association, Injury Control and Emergency
    Health Services Section Distinguished Career Award, 1995

Charles C. Shepard Science Award, Centers for Disease Control and
    Prevention, 1998

Stanley Stamm Award for Best Role Model for Pediatric Housestaff,
    1999

Honorary Fellow, Royal College of Paediatrics and Child Health 2004-

Elected Member, Institute of Medicine 2005-

University of Washington School of Public Health Distinguished
    Alumnus Award, 2009

Miller-Sarkin Mentoring Award, Academic Pediatric Association April
    2012

University of Washington Minority Faculty Mentoring Award, 2015

Injury Free Coalition Prevention Pioneer Award, 2015

Pediatric Trauma Society Lifetime Achievement Award, 2016

Joseph St. Geme Jr Leadership award from Federation of Pediatric
    Organizations, 2021.


<u>CERTIFICATION</u>:    American Board of Pediatrics, 1981

Frederick P. Rivara, M.D., M.P.H.                                                            4

PROFESSIONAL ORGANIZATIONS:

Alpha Omega Alpha (AOA),
    Elected to membership, 1973;
    President, Beta Chapter University of Pennsylvania
    1973-1974

Ambulatory Pediatric Association
    Board of Directors 1987-89

American Academy of Pediatrics (Fellow, 1981)

International Society for Child and Adolescent Injury
    Prevention (Founding Member, 1993, and Founding
    President, 1993-1999)

Society for Pediatric Research

American Association for the Surgery of Trauma
    (Contributing Scientist, 1997-)

American Pediatric Society, 2001-

Institute of Medicine/National Academy Of Medicine
    (elected), 2005-

Society for the Advancement of Injury Research
    Member of the Board 2009-2012
    President Elect, 2012
    President 2013-2014

NATIONAL COMMITTEES AND CONSULTANTSHIPS:

Epidemiology Task Force, DSHS, State of Washington,
    1987-1988

National Committee for Injury Prevention and Control,
    1987-1989

Residency Training Committee, Department of Pediatrics,
    University of Washington, 1987-2000

Committee on Accident & Poison Prevention, American
    Academy of Pediatrics, 1987-1989

Frederick P. Rivara, M.D., M.P.H.                                                                                            5

National Consortium on Violence Research, 1996-2000

Chair, Injuries Working Group, National Children's Study. 2001-2004

Scientific Advisory Board (Chair), Hospital for Sick Kids Research Institute, 2006-2012

Committee on Adolescent Health Care Services and Models of Care, Institute of Medicine 2006-2008

Board of Children, Youth and Families, National Research Council  and Institute of Medicine, 2007—2010

Committee on Oral Health Access to Care (Chair), Institute of Medicine, 2009-2011

Scientific Advisory Board, The Urban Child Institute, Memphis, TN 2008-2015

Committee on Sports Related Concussions in Youth, Institute of Medicine (Vice Chair) 2012-2013

Nomination Committee, American Pediatric Society 2012

NICHD special study section for T32 applications 2013

Prevention of Bullying Workshop, Chair, Institute of Medicine April 2014

NICHD Advisory Council 2015-2018

Committee on the Biological and Psychosocial Effects of Peer Victimization: Lessons for Bullying Prevention, Institute of Medicine, Chair 2015-2016

National Academy of Medicine, Panel on Assessment and Analysis of the Army Research Lab, 2017

Richardson Awards Committee, SPR/APS 2018-2020

Chair, Committee on Pediatric Subspecialty Workforce, National Academies of Science and Medicine, May 2022-Juily 2023

Frederick P. Rivara, M.D., M.P.H.                                                                      6

<u>EDITORIAL RESPONSIBILITIES</u>:

Editorial Board, *Pediatrics in Review*, 1987-1990

Associate Editor, *Injury Prevention*, 1995-1999

Deputy Editor, *Injury Prevention*, 1999-2010

Associate Section Editor (Injury Epidemiology and Prevention), *Journal of Trauma*, 1996

Editorial Board, *Journal of Surgical Outcomes*, 1998

Editorial Board, *AAP Grand Rounds,* 1998-2001

Editorial Board, *Journal of the Ambulatory Pediatric Association*, 1998-2002

Guest Editor, Special Issue of *American Journal of Preventive Medicine on Systematic Reviews of Motor Vehicle Injury Prevention Programs*, 1999

Guest Editor, Special Issue of *American Journal of Preventive Medicine on Systematic Reviews of Occupational Injury Prevention Strategies*, February, 2000

Issue Editorial Advisor, Unintentional Injuries in Children, *Future of Children* Spring/Summer, 2000

Editor in chief, *Archives of Pediatrics & Adolescent Medicine/ JAMA Pediatrics*, 2001-17

Editorial Board, *JAMA* 2001-2017

Editor in chief, *JAMA Network Open*, 2018-

**Current Funding**
**Ongoing Research Support**

1R01 NS107459-01A1 (Rivara)                    07/15/2019 - 05/31/2024
2.4 calendar
National Institute of Health                              $2,077,556
**Concussion and driving skills in the young driver**
This prospective cohort study rigorously examines the neurocognitive impact of concussion on simulated and real-world driving performance among young drivers aged 16-24 years.
Role: PI

NCGVR grant   Nathens, Kulls (MPI)                    08/01/20 – 07/31/23
0.51 calendar

Frederick P. Rivara, M.D., M.P.H.                                                                7

National Coalition on Gun Violence Research                  $22,335
**Bridging the gaps: a multi-center, prospective study to improve our understanding of the individual and community level risk factors for non-lethal firearm injuries in the U.S.**
This project aims to explicate the circumstances and risk factors of non-lethal firearm injuries across urban communities in the U.S. The unique database developed through this work will create a novel platform to assess the association between individual-level and community-level risk factors and the circumstances in which injuries occur in urban areas.
Role: Site PI

U01CE003210-01-00 Beckmeier (PI)                           09/30/20 – 09/29/25
1.2 calendar
DHHS                                                       $1,714,057
**Evaluation of the Youth-centered Environmental Shift (YES!) Program to reduce sexual violence in middle schools**
The purpose of this proposal is to evaluate a new program titled Youth-centered Environmental Shift (YES!), developed by the Washington Office of Superintendent of Public Instruction based on the best available evidence for preventing sexual violence (SV) at the community-level.
Role: Multiple PI

1U54 NS121688-01 (Rivara, MPI)                             4/1/21-3/31/26
0.12 calendar
NINDS                                                      $9,999,848 Direct costs
**Endophenotypes of Persistent Post-Concussive Symptoms in Adolescents: Care4Kids**
The proposal will investigate biomarkers for the development of persistent post concussion symptoms in youth ages 11-18
Role: MPI

R01 HD103700 (Jimenez, PI).                                07/01/2021-06/30/2026
0.6 Calendar months
NICHD                                                      $3,901,688
**1st BIEN**

Our study evaluates a novel, flexible and scalable approach using mobile phone devices to aid transitions of care, increase treatment adherence and improve TBI outcomes. It addresses the needs of an understudied population and can serve as a model for TBI family centered interventions for at risk groups.

Role: Co-I


PUBLICATIONS:

1.  **Rivara FP**.  Outreach in urban clinics:  A descriptive study.  *J Community Health* 1980; 6:43-53.

Frederick P. Rivara, M.D., M.P.H.                                                        8

2.   **Rivara FP**.  Impact of the Rural Health Clinics Services Bill:  A projection.
     *J Community Health* 1980; 6:103-112.

3.   **Rivara FP**.  Irritable bowel syndrome presenting in the first week of life.  *J Fam Pract* 1980; 10:731-732.

4.   Berger LR, **Rivara FP**.  Mini-bikes:  A case study in under-regulation.  *Business and Society Review* 1980; 41-43.

5.   Williams H, **Rivara FP**, Rothenberg MB.  The child is dying:  Who helps the family?
     *Am J Maternal Child Nursing* 1981; 6:261-265.

6.   **Rivara FP**.  Epidemiology of childhood injuries, pp. 13-18; Minibikes:  A case study in underregulation, pp. 61-64.  In:  Bergman AB (ed.) *Preventing Childhood Injuries. Report of the Twelfth Ross Roundtable on Critical Approaches to Common Pediatric Problems*.  Columbus, Ohio:  Ross Laboratories, January, 1982.

7.   **Rivara FP**.  Teenage pregnancy:  The forgotten father.  *J Dev Behav Pediatr* 1981; 2:142-145.

8.   **Rivara FP**.  Injury prevention:  The pediatrician as child advocate.  *J Dev Behav Pediatr* 1981; 2:160-162.

9.   **Rivara FP**, Stapleton FB.  Handguns and children:  A dangerous mix.  *J Dev Behav Pediatr* 1982; 3:35-38.

10.  **Rivara FP**, Berger LR.  Consumer product hazards:  Setting priorities for research and regulatory action.  *Am J Public Health* 1980; 70:701-704.

11.  **Rivara FP**.  Epidemiology of childhood injuries.  I.  Review of current research and presentation of conceptual framework.  *Am J Dis Child* 1982; 136:399-405.

12.  **Rivara FP**, Bergman AB, LoGerfo JP, Weiss NS.  Epidemiology of childhood injuries.  II.  Sex differences in injury rates.  *Am J Dis Child* 1982; 136:502-506.

13.  **Rivara FP**, Culley GA, Steptoe MM.  The Hazard Infant Care Project:  Problems of innovation and continuity.  *J Ambulatory Care Manage* 1983; 6:44-57.

14.  **Rivara FP**.  Childhood injuries.  III:  Epidemiology of non-motor vehicle head trauma.  *Dev Med Child Neurol* 1984; 26:81-87.

15.  **Rivara FP**, Wasserman AL.  Teaching psychosocial issues to pediatric house officers.  *J Med Educ* 1984; 59:45-53.

16.  Muram D, **Rivara FP**, Buxton BH.  Management of sexual abuse in prepubertal girls.  *Pediatr Adolesc Gynecol* 1984; 2:191-196.

17.  **Rivara FP**.  Traumatic deaths of children in the United States:  Currently available prevention strategies.  *Pediatrics* 1985; 75:456-462.

18.  **Rivara FP**.  Physical abuse in children under two:  A study of therapeutic outcomes.  *Child Abuse Neglect* 1985; 9:81-87.

19.  **Rivara FP**, Sweeney PJ, Henderson BF.  A study of low socioeconomic status, black teenage fathers and their nonfather peers.  *Pediatrics* 1985; 75:648-656.

20.  Berger LR, Kalishman S, **Rivara, FP**.  Injuries from fireworks.  *Pediatrics* 1985; 75:877-882.

Frederick P. Rivara, M.D., M.P.H.                                                                    9

21.  Sullivan JL, Woda BA, Herrod HG, Koh G, **Rivara FP**, Mulder C.  Epstein-Barr virus-associated hemophagocytic syndrome:  Virological and immunopathological studies.  *Blood* 1985; 65:1097-1104.

22.  **Rivara FP**, Culley GA, Hickok D, Williams RL.  A health program's effect on neonatal mortality in eastern Kentucky.  *Am J Prev Med* 1985; 1:35-40.

23.  **Rivara FP**, Barber M.  Demographic analysis of childhood pedestrian injuries. *Pediatrics* 1985; 76:375-381.

24.  **Rivara FP**.  Fatal and nonfatal farm injuries to children and adolescents in the United States.  *Pediatrics* 1985; 76:567-573.

25.  **Rivara FP**.  Epidemiology of violent deaths to children and adolescents. *Pediatrician* 1985; 12:3-10.

26.  Baddour LM, Land MA, Barrett FF, **Rivara FP**, Bruce WM, Burns AL. Hepatobiliary abnormalities associated with postanginal sepsis.  *Diagn Microbiol Infect Dis* 1986; 4:19-28.

27.  **Rivara FP**, Wall HP, Worley P, James KD.  Pediatric nurse triage.  Its efficacy, safety, and implications for care.  *Am J Dis Child* 1986; 140:205-210.

28.  **Rivara FP**.  Parental rights and obligations of the unwed adolescent father.  *Am J Dis Child* 1986; 140:531-534.

29.  **Rivara FP**, Sweeney PJ, Henderson BF.  Black teenage fathers:  What happens when the child is born?  *Pediatrics* 1986; 78:151-158.

30.  **Rivara FP**, Parish RA, Mueller BA.  Extremity injuries in children:  Predictive value of clinical findings.  *Pediatrics* 1986; 78:803-807.

31.  Dole EJ, Czajka PA, **Rivara, FP**.  Evaluation of pharmacists' compliance with the Poison Prevention Packaging Act.  *Am J Public Health* 1986; 76:1335-1336.

32.  Parish RA, Watson M, **Rivara FP**.  Why obtain arterial blood gases, chest x-rays, and clotting studies in injured children?  Experience in a regional trauma center. *Pediatr Emerg Care* 1986; 2:218-221.

33.  **Rivara FP**, Mueller BA.  The epidemiology and prevention of pediatric head injuries.  *J Head Trauma Rehabil* 1986;1:7-15.

34.  **Rivara FP**, Sweeney PJ, Henderson BF.  Risk of fatherhood among black teenage males.  *Am J Public Health* 1987; 77:203-205.

35.  Mueller BA, **Rivara FP**, Bergman, AB.  Factors associated with pedestrian-vehicle collision injuries and fatalities.  *West J Med* 1987; 146:243-245.

36.  Shugerman R, **Rivara FP**, Parish R, Heimbach D.  Contact burns of the hand. *Pediatrics* 1987; 80:18-21.

37.  **Rivara FP**, Mueller BA.  The epidemiology and causes of childhood injuries. *J Social Issues* 1987; 43:13-31.

38.  **Rivara FP**, Kamitsuka MD, Quan L.  Injuries to children younger than 1 year of age.  *Pediatrics* 1988; 81:93-97.

Frederick P. Rivara, M.D., M.P.H.                                                                10

39. Mueller BA, **Rivara FP**, Bergman AB.  Urban-rural location and the risk of dying in a pedestrian-vehicle collision.  *J Trauma* 1988; 28:91-94.

40. **Rivara FP**, Dicker BG, Bergman AB, Dacey R, Herman C.  The public cost of motorcycle trauma.  *JAMA* 1988; 260:221-223.

41. Scheidt P and participants (**Rivara FP**).  Behavioral research toward prevention of childhood injury.  *Am J Dis Child* 1988; 142:612-617.

42. Sloan JH, Kellermann AL, Reay DT, Ferris JA, Koepsell T, **Rivara FP**, Rice C, Gray L, LoGerfo J.  Handgun regulations, crime, assaults, and homicide.  *N Engl J Med* 1988; 319:1256-1262.

43. **Rivara FP**, Maier RV, Mueller BA, Luna GA, Dicker BG, Herman C, Kenagy JW, Copass MK, Carrico CJ.  Evaluation of potentially preventable deaths among pedestrian and bicyclist fatalities.  *JAMA* 1989; 261:566-570.

44. Stout JW, **Rivara FP**.  Schools and sex education:  Does it work?  *Pediatrics* 1989; 83:375-379.

45. **Rivara FP**, Mueller BA, Fligner CL, Luna G, Raisys VA, Copass M, Reay DT.  Drug use in trauma victims.  *J Trauma* 1989; 29:462-470.

46. Thompson RS, **Rivara FP**, Thompson DC.  A case control study of the effectiveness of bicycle safety helmets.  *N Engl J Med*  1989; 320:1361-1367.

47. **Rivara FP**, Reay DT, Bergman AB,  Analysis of fatal pedestrian injuries in King County, WA, and prospects for prevention.  *Public Health Rep* 1989; 104:293-297.

48. **Rivara FP**, Calonge N, Thompson RS.  Population-based study of unintentional injury incidence and impact during childhood.  *Am J Public Health* 1989; 79:990-994.

49. Kalbfleisch J, **Rivara FP**.  Principles in injury control:  Lessons to be learned from child safety seats.  *Pediatr Emerg Care* 1989; 5:131-134.

50. Kaufmann CR, **Rivara FP**, Maier RV.  Pediatric trauma:  Need for surgical management.  *J Trauma* 1989; 29:1120-1126.

51. **Rivara FP**, Wolf ME.  Injury research:  Where should we go from here?  *Pediatrics* 1989; 84:180-181.

52. DiGuiseppi CG, **Rivara FP**, Koepsell TD.  Attitudes toward bicycle helmet ownership and use by school-age children.  *Am J Dis Child* 1990; 144:83-86.

53. DiGuiseppi CG, **Rivara FP**, Koepsell TD, Pollisar L.  Bicycle helmet use by children.  Evaluation of a community-wide helmet campaign.  *JAMA* 1989; 262:2256-2261.

54. Sloan JH, **Rivara FP**, Reay DT, Ferris JA, Kellermann AL.  Firearm regulations and rates of suicide.  A comparison of two metropolitan areas.  *N Engl J Med* 1990; 322(6):369-73.

55. **Rivara FP**, Bergman AB, Drake C.  Parental attitudes and practices toward children as pedestrians.  *Pediatrics* 1989; 84:1017-1021.

Frederick P. Rivara, M.D., M.P.H.                                                                11

56. Kellermann AL, **Rivara FP**, Banton J, Reay D, Fligner C.  Validating survey responses to questions about gun ownership among owners of registered handguns.  *Am J Epidemiol* 1990; 131(6) 1080-1084.

57. Bergman AB, **Rivara FP**, Richard DD, Rogers LW.  The Seattle children's bicycle helmet campaign.  *Am J Dis Child* 1990; 144:727-731.

58. Kaufmann CR, Maier RV, **Rivara FP**, Carrico CJ.  Evaluation of the pediatric trauma score.  *JAMA* 1990; 263:69-72.

59. **Rivara FP**, Bergman AB. Injuries.  A preventable problem for children.  *University of Washington Medicine* 1989; 15(I):8-9.

60. **Rivara FP**.  Child pedestrian injuries in the United States.  Current status of the problem, potential interventions, and future research needs.  *Am J Dis Child* 1990; 144:692-696.

61. Mueller BA, **Rivara FP**, Lii S-M, Weiss NS.  Environmental factors and the risk for childhood pedestrian-motor vehicle collision occurrence.  *Am J Epidemiol* 1990; 132:550-560.

62. Thompson DC, Thompson RS and **Rivara FP**.  Incidence of bicycle-related injuries in a defined population.  *Am J Public Health* 1990; 80:1388-1390.

63. Esposito TJ, Maier RV, **Rivara FP**, Carrico CJ.  A statewide profile of general surgery trauma practice.  *J Trauma* 1991; 31:39-42.

64. Anderson PA, **Rivara FP**, Maier RV, Drake C.  The epidemiology of seatbelt-associated injuries.  *J Trauma* 1991; 31:60-67.

65. Bobo JK, Thapa P, Gale JL, Vaughan TL, Gilchrist LD, **Rivara FP**.  Response bias associated with asking former study participants to assist in new research.  *Psychol Rep* 1991; 68:355-359.

66. Esposito TJ, Maier RV, **Rivara FP**, Carrico CJ.  Why surgeons prefer not to care for trauma patients.  *Arch Surg* 1991; 126:292-297.

67. Kaufmann CR, Maier RV, Kaufmann EJ, **Rivara FP**, Carrico CJ.  Validity of applying adult TRISS analysis to injured children.  *J Trauma* 1991; 31:691-698.

68. Anderson PA, Henley MB, **Rivara FP**, Maier RV.  Flexion distraction and chance injuries to the thoracolumbar spine.  *J Orthop Trauma* 1991; 5:153-160.

69. Bergman AB, **Rivara FP**.  Sweden's experience in reducing childhood injuries.  *Pediatrics* 1991; 88:69-74.

70. Thompson DC, Thompson RS, **Rivara FP**, Wolf ME.  A case-control study of the effectiveness of bicycle helmets in preventing facial injury.  *Am J Public Health* 1990; 80:1471-1474.

71. Burdorick TE, Anderson PA, **Rivara FP**, Cohen W.  Flexion-distraction fracture of the cervical spine.  A case report.  *J Bone Joint Surg* 1991; 73-A:1097-1100.

72. Erdmann TC, Feldman KW, **Rivara FP**, Heimbach DM, Wall HA.  Tap water burn prevention:  The effect of legislation.  *Pediatrics* 1991; 88:572-577.

Frederick P. Rivara, M.D., M.P.H.                                          12

73.  **Rivara FP**, Booth CL, Bergman AB, Rogers LW, Weiss J.  Prevention of pedestrian injuries to children:  Effectiveness of a school training program.  *Pediatrics* 1991; 88: 770-775.

74.  **Rivara FP**, Thompson RS, Thompson DC, Calonge N.  Injuries to children and adolescents:  Impact on physical health.  *Pediatrics* 1991; 88:783-788.

75.  Michaud LJ, **Rivara FP**, Longstreth WT Jr, Grady MS.  Elevated initial blood glucose levels and poor outcome following severe brain injuries in children.  *J Trauma* 1991; 31:1356-1362.

76.  Rogers LW, Bergman AB, **Rivara FP**.  Promoting bicycle helmets to children:  A campaign that worked.  *J Musculoskel Med* 1991; 8:64-77.

77.  **Rivara FP**, DiGuiseppi C, Thompson RS, Calonge N.  Risk of injury to children less than five years of age in day care versus home care settings.  *Pediatrics* 1989; 84:1011-1016.

78.  **Rivara FP**, Tanaguchi D, Parish R, Stimac GK, Mueller B.  Poor prediction of positive computed tomographic scans by clinical criteria in symptomatic pediatric head trauma.  *Pediatrics* 1987; 80:579-584.

79.  Wasserman AL, Whitington, **Rivara FP**.  Psychogenic basis for abdominal pain in children and adolescents.  *J Am Acad Child Adolesc Psychiatry* 1988; 27:179-184.

80.  **Rivara FP**, Morgan P, Bergman AB, Maier RV.  Cost estimates for statewide reporting of injuries by E coding hospital discharge abstract data base systems.  *Public Health Rep* 1990; 105:635-638.

81.  **Rivara FP**, Kemper KJ.  Health supervision for the high-risk preschooler.  *Pediatrics in Review* 1990; 12:181-186.

82.  Offner PJ, Jurkovich GJ, Gurney J, **Rivara FP**.  Revision of TRISS for intubated patients.  *J Trauma* 1992; 32:32-35.

83.  Ballard JE, Koepsell TD, **Rivara FP**.  Association of smoking and alcohol drinking with residential fire injuries.  *Am J Epidemiol* 1992; 135:26-34.

84.  Dunne RG, Asher KN, **Rivara FP**.  Behavior and parental expectations of child pedestrians.  *Pediatrics* 1992; 89:486-490.

85.  Heyer NJ, Franklin G, **Rivara FP**, Parker P, Haug JA.  Occupational Injuries among minors doing farm work in Washington.  *Am J Public Health* 1992; 82:557-560.

86.  Wolf ME, **Rivara FP**.  Nonfall injuries in older adults.  *Annu Rev Public Health* 1992; 13:509-528.

87.  Grossman DC, **Rivara FP**.  Injury control in childhood.  *Pediatr Clin North Am* 1992; 39:471-485.

88.  Offner PJ, **Rivara FP**, Maier RV.  The impact of motorcycle helmet use.  *J Trauma* 1992; 32:636-642.

89.  Jurkovich GJ, **Rivara FP**, Gurney JG, Seguin D, Fligner CL, Copass M.  Effects of alcohol intoxication on the initial assessment of trauma patients.  *Ann Emerg Med* 1992; 21:704-708.

Frederick P. Rivara, M.D., M.P.H.                                                                          13

90.  Callahan CM, **Rivara FP**.  Urban high school youth and handguns.  A school-based survey.  *JAMA* 1992; 267:3038-3042.

91.  Alexander BH, **Rivara FP**, Wolf ME.  The cost and frequency of hospitalization for fall-related injuries in older adults.  *Am J Public Health* 1992; 82:1020-1023.

92.  Kellermann AL, **Rivara FP**, Somes G, Reay DT, Francisco J, Banton JG, Prodzinski J, Fligner C,  Hackman BB.  Suicide in the home in relation to gun ownership.  *N Engl J Med* 1992; 327(7):467-472.

93.  Alexander BH, **Rivara FP**, Thompson D, Thompson RS.  Measurement of severity for nonhospitalized injuries in the pediatric age group.  *Pediatr Emerg Care* 1992; 3:148-151.

94.  Michaud LJ, **Rivara FP**, Grady MS, Reay DT.  Predictors of survival and severity of disability after severe brain injury in children.  *Neurosurgery* 1992; 31:254-264.

95.  Ballard JE, Koepsell TD, **Rivara FP**, Van Belle G.  Descriptive epidemiology of unintentional residential fire injuries in King County, WA, 1984 and 1985.  *Public Health Rep* 1992; 107:402-408.

96.  Shugerman RP, **Rivara FP**, Wolf ME, Schneider CJ.  Risk factors for childhood sledding injuries:  A case-control study.  *Pediatr Emerg Care* 1992; 8:283-286.

97.  Gurney JG, **Rivara FP**, Mueller BA, Newell DW, Copass MK, Jurkovich GJ.  The effects of alcohol intoxication on the initial treatment and hospital course of patients with acute brain injury.  *J Trauma* 1992; 33:709-713.

98.  **Rivara FP**, Gurney JG, Ries RK, Seguin DA, Copass MK, Jurkovich GJ.  A descriptive study of trauma, alcohol, and alcoholism in young adults.  *J Adolesc Health* 1992; 13:663-667.

99.  Condie C, **Rivara FP**, Bergman AB.  Strategies of a successful campaign to promote the use of equestrian helmets.  *Public Health Rep* 1993; 108;121-126.

100.  **Rivara FP**.  From the bedside to the public policy arena:  The role of general pediatric research.  *Pediatrics* 1993; 91:628-631.

101.  Wolf ME, Alexander BH, **Rivara FP**, Hickok DE, Maier RV, Starzyk PM.  A retrospective cohort study of seatbelt use and pregnancy outcome after a motor vehicle crash.  *J Trauma* 1993; 34:116-119.

102.  Dunne RG, Bergman AB, Rogers LW, Inglin B, **Rivara FP**.  Elderly persons' attitudes toward footwear – a factor in preventing falls.  *Public Health Rep* 1993; 108:245-248.

103.  Michaud LJ, **Rivara FP**, Jaffe KM, Fay G, Dailey JL.  Traumatic brain injury as a risk factor for behavioral disorders in children.  *Arch Phys Med Rehabil* 1993; 74:368-375.

104.  Thompson RS, Thompson DC, **Rivara FP**, Salazar AA.  Cost-effectiveness analysis of bicycle helmet subsidies in a defined population.  *Pediatrics* 1993; 91(5):902-907.

Frederick P. Rivara, M.D., M.P.H.                                                    14

105.   Sugarman JR, Soderberg R, Gordon JE, **Rivara FP**.  Racial misclassification of American Indians:  Its effect on injury rates in Oregon, 1989 through 1990.  *Am J Public Health*. 1993; 83 (5):681-684.

106.   Hazinski MF, Francescutti LH, Lapidus GD, Micik S, **Rivara FP**.  Pediatric injury prevention.  *Ann Emerg Med* 1993; 22 (2 Pt 2):456-467.

107.   Dunne RG, Asher KN,  **Rivara FP**.  Injuries in young people with developmental disabilities:  comparative investigation from the 1988 National Health Interview Survey.  *Ment Retard* 1993; 31(2):83-8.

108.   Grossman DC, Soderberg R,  **Rivara FP**.  Prior injury and motor vehicle crash as risk factors for youth suicide.  *Epidemiology* 1993; 4(2):115-9.

109.   **Rivara FP**, Johnston B.  Population-based study of fall injuries in children and adolescents resulting in hospitalization or death.  *Pediatrics* 1993; 92:61-63.

110.   Jurkovich GJ, **Rivara FP**, Gurney JG, Fligner C, Ries R, Mueller BA,  Copass M.  The effect of acute alcohol intoxication and chronic alcohol abuse on outcome from trauma.  *JAMA* 1993; 270:51-56.

111.   Kemper KJ, **Rivara FP**.  Parents in jail.  *Pediatrics* 1993; 92(2):261-264.

112.   Callahan CM, **Rivara FP**, Farrow JA.  Youth in detention and handguns.  *J Adolesc Health* 1993; 14:350-355.

113.   **Rivara FP**, Jurkovich GJ, Gurney JG, Seguin D, Fligner CL, Ries R, Raisys VA, Copass M.  The magnitude of acute and chronic alcohol abuse in trauma patients.  *Arch Surg* 1993; 128(8):907-912.

114.   Thompson DC, **Rivara FP**, Thompson RS, Salzberg PM, Wolf ME, Pearson DC.  Use of behavioral risk factor surveys to predict alcohol-related motor vehicle events.  *Am J Prev Med* 1993; 9(4):224-230.

115.   Kellermann AL, **Rivara FP**, Rushforth NB, Banton JG, Reay DT, Francisco JT, Locci AB, Prodzinski J, Hackman BB,  Somes G.  Gun ownership as a risk factor for homicide in the home.  *N Engl J Med* 1993; 329(15):1084-1091.

116.   **Rivara FP**, Koepsell TD, Jurkovich GJ, Gurney JG, Soderberg R.  The effects of alcohol abuse on readmission for trauma.  *JAMA* 1993; 270:1962-1964.

117.   **Rivara FP**, Thompson DC, Thompson RS, Rogers LW, Alexander B, Felix D, Bergman AB.  The Seattle Children's Bicycle Helmet Campaign:  Changes in helmet use and head injury admissions.  *Pediatrics* 1994; 93 (4):567-569.

118.   Nelson DE, **Rivara FP**, Condie, C.  Helmets and horseback riders.  *Am J Prev Med* 1994; 10(1):15-19.

119.   Johnston C, **Rivara FP**, Soderberg R.  Children in car crashes.  Analysis of data for injury and use of restraints.  *Pediatrics* 1994; 93:960-965.

120.   Nilssen O, Ries RK, **Rivara FP**, Gurney JG, Jurkovich GJ.  The CAGE questionnaire and the Short Michigan Alcohol Screening Test in trauma patients:  Comparison of their correlations with biological alcohol markers.  *J Trauma* 1994; 36:784-788.

Frederick P. Rivara, M.D., M.P.H.                                                                    15

121.   **Rivara FP**.  Epidemiology and prevention of pediatric traumatic brain injury.  *Pediatr Ann* 1994; 23:12-17.

122.   Christey GL, Nelson DE, **Rivara FP**, Smith SM, Condie C.  Horseback riding injuries among children and young adults.  *J Fam Pract* 1994; 39:148-152.

123.   Callahan CM, Rivara FP, Koepsell TD.  Money for guns:  Evaluation of the Seattle Gun Buy-Back Program.  *Public Health Rep* 1994; 109:472-477.

124.   Nelson DE, **Rivara FP**, Condie C, Smith SM.  Injuries in equestrian sports.  *The Physician and Sports Medicine* 1994; 22 (10):53-60.

125.   Davis RL, Mullen N, Makela M, Taylor JA, Cohen W, **Rivara FP**.  Cranial computed tomography scans in children after minimal head injury with loss of consciousness.  *Ann Emerg Med* 1994; 24(4):640-645.

126.   **Rivara FP**, Sacks JJ.  Injuries in child day care:  An overview.  *Pediatrics* 1994; (6 Pt 2):1031-1033.

127.   Cummings P, Theis MK, Mueller BA, **Rivara FP**.  Infant injury death in Washington State, 1981 through 1990.  *Arch Pediatr Adolesc Med* 1994; 148(10):1021-6.

128.   Davis RL, Hughes M, Gubler KD, Waller PL, **Rivara FP**.  The use of cranial CT scans in the triage of pediatric patients with mild head injury.  *Pediatrics* 1995; 95(3):345-349.

129.   Grossman DC, Hart LG, **Rivara FP**, Maier RV, Rosenblatt R.  From roadside to bedside:  the regionalization of trauma care in a remote rural county.  *J Trauma* 1995; 38(1):14-21.

130.   **Rivara FP**, Farrington DP.  Prevention of violence.  Role of the pediatrician.  *Arch Pediatr Adolesc Med* 1995; 149:421-429.

131.   Grossman DC, Rauh MJ, **Rivara FP**.  Prevalence of corporal punishment among students in Washington state schools.  *Arch Pediatr Adolesc Med* 1995; 149:529-532.

132.   Sendut IH, Tan KK, **Rivara FP**.  Baby walker associated scalding injuries seen at the UHKL.  *Med J Malaysia* 1995; 50(2):1-2.

133.   Buntain-Ricklefs JJ, **Rivara FP**, Donovan DM, Salzberg PM, Polissar NL.  Differentiating "bad drivers" with and without a DWI.  *J Studies Alcohol* 1995; 56:356-360.

134.   Mock CN, Adzotor E, Denno D, Conklin E, **Rivara FP**.  Admissions for injury at a rural hospital in Ghana:  Implications for prevention in the developing world.  *Am J Public Health* 1995; 85:927-931.

135.   Mock CN, Maier RV, Boyle E, Pilcher S, **Rivara FP**.  Injury prevention strategies to promote helmet use decrease severe head injuries at a Level 1 Trauma Center.  *J Trauma* 1995; 39:29-33.

136.   Sosin DM, Koepsell TD, **Rivara FP**, Mercy JA.  Fighting as a marker for multiple problem behaviors in adolescents.  *J Adolesc Health* 1995; 16:209-215.

Frederick P. Rivara, M.D., M.P.H.                                                           16

137. Esposito TJ, Maier RV, **Rivara FP**, Pilcher S, Griffith J, Lazear S, Hogan S.  The impact of variation in trauma care times:  Urban versus rural.  *Prehospital and Disaster Medicine* 1995; 10:161-167.

138. Grossman DC, Mang K, **Rivara FP**.  Firearm injury prevention counseling by pediatricians and family physicians:  Practices and beliefs.  *Arch Pediatr Adolesc Med* 1995; 149:973-977.

139. Wright M, **Rivara FP**, Ferse D.  Evaluation of the Think First head and spinal cord injury prevention program.  *Injury Prevention* 1995; 1:81-85.

140. Gentilello LM, Donovan DM, Dunn CW, **Rivara FP**.  Alcohol interventions in trauma centers:  Current practice and future directions.  *JAMA* 1995; 274:1043-1048.

141. **Rivara FP**, Shepherd JP, Farrington DP, Richmond PW, Cannon P.  Victim as offender in youth violence.  *Ann Emerg Med* 1995; 26:609-614.

142. **Rivara FP**.  Developmental and behavioral issues in childhood injury prevention.  *J Dev Behav Pediatr* 1995; 16(5):362-370.

143. Melzer SM, Grossman DC, **Rivara FP**.  Physician experience with pediatric inpatient care in Washington state.  *Pediatrics* 1996; 97(1):65-70.

144. Rowland J, **Rivara FP**, Salzberg P, Soderberg R, Maier R, Koepsell T.  Motorcycle helmet use and injury outcome and hospitalization costs from crashes in Washington state.  *Am J Public Health* 1996; 86:41-45.

145. Asher KN, **Rivara FP**, Felix D, Vance L, Dunne R.  Water safety training as a potential means of reducing risk of young children's drowning.  *Injury Prevention* 1995; 1:228-233.

146. **Rivara FP**.  Crime, violence and injuries in children and adolescents:  Common risk factors?  *Criminal Behavior and Mental Health* 1996; 5:367-385.

147. Massagli TL, Michaud LJ, **Rivara FP**.  Association between injury indices and outcome after severe traumatic brain injury in children.  *Arch Phys Med Rehabil 1996;* 77:125-132.

148. **Rivara FP**, Grossman DC.  Prevention of traumatic deaths to children in the United States:  How far have we come and where do we need to go?  *Pediatrics* 1996; 97:791-797.

149. Brownstein D, Shugerman R, Cummings P, **Rivara FP**, Copass M.  Prehospital endotracheal intubation of children by paramedics.  *Ann Emerg Med* 1996; 28:34-39.

150. Dowd MD, Langley J, Koepsell T, Soderberg R, **Rivara FP**.  Hospitalizations for injury in New Zealand:  Prior injury as a risk factor for assaultive injury.  *Am J Public Health*. 1996; 86(7):929-934.

151. Cummings P, **Rivara FP**, Boase J, MacDonald JK.  Injuries and their relation to potential hazards in child day care.  *Injury Prevention* 1996; 2:105-108.

152. Gilmore TM, Alexander BH, Mueller BA, **Rivara FP**.  Occupational injuries and medication use.  *Am J Industrial Med* 1996; 30:234-239.

153.    Kellermann AL, **Rivara FP**, Lee RK, Banton JG, Cummings P, Hackman BB, Somes G.  Injuries due to firearms in three cities.  *N Engl J Med* 1996; 335:1438-1444.

154.    Trautwein LC, Smith DG, **Rivara FP**.  Pediatric amputation injuries:  Etiology, cost, and outcome.  *J Trauma* 1996; 41:831-838.

155.    Thompson DC, **Rivara FP**, Thompson RS.  Effectiveness of bicycle safety helmets in preventing head injuries.  A case-control study.  *JAMA* 1996; 276:1968-1973.

156.    Thompson DC, Nunn ME, Thompson RS, **Rivara FP**.  Effectiveness of bicycle safety helmets in preventing serious facial injury.  *JAMA* 1996; 276:1974-1975.

157.    Gubler KD, Maier RV, Davis R, Koepsell T, Soderberg R, **Rivara FP**.  Trauma recidivism in the elderly.  *J Trauma* 1996; 41:952-956.

158.    Nilssen O, Ries R, **Rivara FP**, Gurney JG, Jurkovich GJ.  The "WAM" score: sensitivity and specificity of a user friendly biological screening test for alcohol problems in trauma patients.  *Addiction* 1996; 91(2):255-62.

159.    Conseur A, **Rivara FP**, Emanuel I.  Juvenile delinquency and adolescent trauma: How strong is the connection?  *Pediatrics* 1997; 99(3).  URL: http://www.pediatrics.org/cgi/content/full/99/9/e5.

160.    Thompson DC, Thompson RS, Kaufman A, **Rivara FP**.  Increasing bicycle helmet effectiveness.  The importance of proper helmet fit and wearing position.  *HMO Practice* 1997; 11(1):25-26.

161.    Bailey JE, Kellermann AL, Somes GW, Banton JG, **Rivara FP**, Rushforth NB.  Risk factors for violent death of women in the home.  *Arch Intern Med* 1997; 157:777-782.

162.    Kim AN, **Rivara FP**, Koepsell TD.  Does sharing the cost of a bicycle helmet help promote helmet use?  *Injury Prevention* 1997; 3:38-42.

163.    Thompson DC, Rebolledo V, Thompson TS, Kaufman A, **Rivara FP**.  Bike speed measurements in a recreational population:  validity of self reported speed.  *Injury Prevention* 1997; 3:43-45.

164.    **Rivara FP**, Thompson DC, Thompson RS, Rebolledo V.  Injuries involving off-road cycling.  *J Fam Practice* 1997; 44(5):481-485.

165.    Rhee PM, Grossman D, **Rivara FP**, Mock C, Jurkovich G, Maier RV.  The effect of payer status on utilization of hospital resources in trauma care.  *Arch Surg* 1997; 132(4):399-404.

166.    Grossman DC, Neckerman HJ, Koepsell TD, Liu P-Y, Asher KN, Beland K, **Rivara FP**.  Effectiveness of a violence prevention curriculum among children in elementary school.  A randomized controlled trial.  *JAMA* 1997; 277:1605-1611.

167.    Conseur A, **Rivara FP**, Barnoski R, Emanuel I.  Maternal and perinatal risk factors for later delinquency.  *Pediatrics* 1997; 99:785-790.

168.    **Rivara FP**, Thompson DC, Thompson RS.  Epidemiology of bicycle injuries and risk factors for serious injury.  *Injury Prevention* 1997; 3:110-114.

Frederick P. Rivara, M.D., M.P.H.                                                                 18

169. **Rivara FP**, Mueller BA, Somes G, Mendoza CT, Rushforth NB, Kellermann AL. Alcohol and illicit drug abuse and the risk of violent death in the home. *JAMA* 1997; 278:569-675.

170. **Rivara FP**, Grossman, DC, Cummings P. Injury prevention (First of two parts). *N Engl J Med* 1997; 337(8):543-548.

171. **Rivara FP**, Grossman, DC, Cummings P. Injury prevention (Second of two parts). *N Engl J Med* 1997; 337(9):613-618.

172. Cummings P, Grossman DC, **Rivara FP**, Koepsell TD. State gun safe storage laws and child mortality due to firearms. *JAMA* 1997; 278:1084-1086.

173. Ching RP, Thompson DC, Thompson RS, Thomas DJ, Chilcott WC, **Rivara FP**. Damage to bicycle helmets involved with crashes. *Accid Anal Prev* 1997; 29:555-562.

174. **Rivara FP**. Fatal and non-fatal farm injuries to children and adolescents in the United States, 1990-3. *Injury Prevention* 1997; 3:190-194.

175. Gubler KD, Davis R, Koepsell T, Soderberg R, Maier RV, **Rivara FP**. Long-term survival of elderly trauma patients. *Arch Surg* 1997; 132:1010-4.

176. Shepherd JP, **Rivara FP**. Vulnerability, victims and violence. *J Accid Emerg Med* 1998; 15:39-45.

177. Christakis DA, **Rivara FP**. Pediatricians' awareness of and attitudes about four clinical practice guidelines. *Pediatrics* 1998; 101(5):825-830.

178. Kellermann AL, Fuqua-Whitley DS, **Rivara FP**, Mercy J. Preventing youth violence: What works? *Annu Rev Public Health* 1998; 19:271-292.

179. **Rivara FP**, Thompson DC, Patterson MQ, Thompson RS. Prevention of bicycle-related injuries: Helmets, education, and legislation. *Annu Rev Public Health* 1998; 19:293-318.

180. Martin J, Shyamala N-R, Langley J, Feehan M, McGee R, Clarke J, Begg D, Hutchinson-Cervantes M, Moffitt T, **Rivara FP**. Physical assault in New Zealand: the experience of 21 year old men and women in a community sample. *N Z Med J* 1998; 111:158-60.

181. Butler RN, Todd KH, Kellermann AL, Runyan CW, Lynn SG, Rodriguez MA, Zwerling C, **Rivara FP**. Injury-control education in six U.S. medical schools. *Acad Med* 1998; 73:524-528.

182. Haselkorn JK, Mueller BA, **Rivara FP**. Characteristics of drivers and driving record after traumatic and nontraumatic brain injury. *Arch Phys Med Rehabil* 1998; 79:738-742.

183. **Rivara FP**. Research in ambulatory and clinical pediatrics [translated by Yamanaka T]. *Jpn J Pediatrics* 1998; 51(supplement):11-21.

184. **Rivara FP**, Aitken M. Prevention of injuries to children and adolescents. *Advances in Pediatrics* 1998; 45:37-72.

185. Kellermann AL, Somes G, **Rivara FP**, Lee RK, Banton JG. Injuries and deaths due to firearms in the home. *J Trauma* 1998; 45:263-267.

186.  Christakis DA, Wright JA, **Rivara FP**.  Promethazine therapy for gastroenteritis: towards a better understanding of use, risks and benefits.  *Ambulatory Child Health* 1998; 4:181-187.

187.  **Rivara FP**, Rivara MB, Bartol K.  Dad, may I have the keys?  Factors influencing which vehicles teenagers drive.  *Pediatrics* 1998; 102(5).
      URL:  http://www.pediatrics.org/cgi/content/full/102/5/e57.

188.  **Rivara FP**, Thompson DC, Beahler C, MacKenzie E.  Systematic reviews of strategies to prevent motor vehicle injuries.  *Am J Prev Med* 1999; 16 (1S):1-8.

189.  **Rivara FP**, Thompson DC, Cummings P.  Effectiveness of primary and secondary enforced seat belt laws.  *Am J Prev Med* 1999; 16 (1S):30-39.

190.  Britt J, Silver I, **Rivara FP**. Bicycle helmet promotion among low income preschool children.  *Injury Prevention* 1998; 4(4):280-283.

191.  Wright MA, Wintemute GJ, **Rivara FP**.  Effectiveness of denial of handgun purchase to persons believed to be at high risk for firearm violence.  *Am J Public Health* 1999; 89:88-90.

192.  Keenan HT, Brundage SI, Thompson DC, Maier RV, **Rivara FP**.  Does the face protect the brain?  A case control study of traumatic brain injury and facial fractures.  *Arch Surg* 1999; 134:14-17.

193.  **Rivara FP**.  Pediatric injury control in 1999:  Where do we go from here?  *Pediatrics* 1999; 103 (S4):883-888.

194.  Mock C, Nii-Amon-Kotei D, Forjuoh S, **Rivara FP**.  Epidemiology of transportation related injuries in rural Africa.  *J Crash Prev & Inj Control* 1999; 1(1):45-53.

195.  Thompson RS, Meyer BA, Smith-DiJulio K, Maiuro RD, Thompson DC, Sugg NK, **Rivara FP**.  A training program to improve domestic violence identification and management in primary care:  Preliminary results.  *Violence and Victims* 1999; 13(4):395-410.

196.  Danielsson PE, **Rivara FP**, Gentilello L, Maier RV.  Reasons why trauma surgeons fail to screen for alcohol problems.  *Arch Surg* 1999; 134:564-568.

197.  Mock CN, Forjuoh SN, **Rivara FP**.  Epidemiology of transport-related injuries in Ghana.  *Accid Anal Prev* 1999; 31:359-370.

198.  **Rivara FP**, Astley SJ, Clarren SK, Thompson DC, Thompson RS.  Fit of bicycle safety helmets and risk of head injuries in children. *Injury Prevention* 1999; 5:194-197.

199.  Aitken ME, Jaffe KM, DiScala C, **Rivara FP**.  Functional outcome in children with multiple trauma without significant head injury.  *Arch Phys Med Rehabil* 1999; 80:889-895.

200.  Sugg NK, Thompson RS, Thompson DC, Maiuro R, **Rivara FP**.  Domestic violence and primary care: Attitudes, practice and beliefs.  *Arch of Fam Med* 1999; 8:301-306.

201.  Gentilello LM, **Rivara FP**, Donovan DM, Jurkovich GJ, Daranciang E, Dunn CW, Villaveces A, Copass M, Ries, RR.  Alcohol interventions in a trauma center as a means of reducing the risk of injury recurrence.  *Ann Surg* 1999; 230:473-483.

202.  Thompson DC, **Rivara FP**, Thompson R.  Helmets for preventing head and facial injuries in bicyclists (Cochrane Review).  In:  *Cochrane Library*, Issue 4, 1999.  Oxford:  Update Software.

203.  Gentilello LM, Villaveces A, Ries RR, Nason KS, Daranciang E, Donovan DM, Copass M, Jurkovich GJ, **Rivara FP**.  Detection of acute alcohol intoxication and chronic alcohol dependence by trauma center staff.  *J Trauma* 1999; 47 (6):1131-1135; editorial comment 1135-1137; editorial comment 1137-1139.

204.  **Rivara FP**, Tollefson S, Tesh E, Gentilello LM.  Screening trauma patients for alcohol problems:  Are insurance companies barriers*? J Trauma* 2000; 48:115-118.

205.  Gentilello LM, **Rivara FP**, Donovan DM, Villaveces A, Daranciang E, Dunn CW, Ries RR.  Alcohol problems in women admitted to a Level 1 trauma center:  A gender-based comparison.  *J Trauma 2000*; 48:108-114.

206.  Nathens AB, Jurkovich GJ, **Rivara FP**, Maier RV.  Effectiveness of state trauma systems in reducing injury-related mortality:  A national evaluation.  *J Trauma* 2000; 48:25-31.

207.  Christakis DA, Davis R, **Rivara FP**.  Pediatric evidence-base medicine:  Past, present, and future.  *J Pediatrics* 2000; 136:383-9.

208.  **Rivara FP**, Thompson DC.  Systematic reviews of injury-prevention strategies for occupational injuries:  An overview.  *Am J Prev Med* 2000; 18:1-3.

209.  **Rivara FP**, Thompson DC.  Prevention of falls in the construction industry:  Evidence for program effectiveness.  *Am J Prev Med* 2000; 18:23-26.

210.  Jurkovich GJ, Pierce B, Pananen L, **Rivara FP**.  Giving bad news:  The family perspective.  *J Trauma* 2000; 48:865-870; discussion 870-872; editorial comment 872-873.

211.  Blumstein A, **Rivara FP**, Rosenfeld R.  The rise and decline of homicide – and why.  *Annu Rev Public Health* 2000; 21:505-41.

212.  **Rivara FP**, Koepsell TD, Grossman DC, Mock C.  Effectiveness of automatic shoulder belt systems in motor vehicle crashes.  *JAMA* 2000; 283:2826-2828.

213.  Nathens AB, Jurkovich GJ, Cummings P, **Rivara FP**, Maier RV.  The effect of organized systems of trauma care on motor vehicle crash mortality.  *JAMA 2000;* 283:1990-1994.

214.  Committee on Pediatric Research, American Academy of Pediatrics (McCarthy PL, Christoffel KK, Dungy CI, Gillman MW, **Rivara FP**, Takayama JI).  Race/ethnicity, gender, socioeconomic status – Research exploring their effects on child health:  A subject review.  *Pediatrics* 105:1349-1351.

215.  Glew G, **Rivara FP**, Feudtner C.  Bullying:  Children hurting children.  *Pediatrics in Review* 2000; 21:183-189.

216.   Ramsey A, Simpson E, **Rivara FP**.  Booster seat use and reasons for nonuse.  *Pediatrics* 1997; 99(3).  URL: http://www.pediatrics.org/cgi/content/full/106/2/e20.

217.   Nathens AB, Neff MJ, Goss CH, Maier RV, **Rivara FP**.  Effect of an older sibling and birth interval on the risk of childhood injury.  *Injury Prevention* 2000; 6:219-222.

218.   West TA, **Rivara FP**, Cummings P, Jurkovich GJ, Maier RV.  Harborview assessment for risk of mortality:  An improved measure of injury severity on the basis of ICD-9-CM.  *J Trauma* 2000; 49:530-541.

219.   Rumm PD, Cummings P, Kauss MR, Bell MA, **Rivara FP**.  Identified spouse abuse as a risk factor for child abuse.  *Child Abuse & Neglect* 2000; 24(11):1375-1381.

220.   Maiuro RD, Vitaliano PP, Sugg NK, Thompson DC, **Rivara FP**, Thompson RS.  Development of a health care provider survey for domestic violence.  Psychometric properties.  *Am J Prev Med* 2000; 19(4):245-252.

221.   Thompson RS, **Rivara FP**, Thompson DC, Barlow WE, Sugg NK, Maiuro RD, Rubanowice DM.  Identification and management of domestic violence.  A randomized trial.  *Am J Prev Med* 2000; 19(4):253-263.

222.   Wolf ME, Holt VL, Kernic MA, **Rivara FP**.  Who gets protection orders for intimate partner violence? *Am J Prev Med* 2000; 19(4):286-291.

223.   Johnston BD, Britt J, D'Ambrosio L, Mueller BA, **Rivara FP**.  A preschool program for safety and injury prevention delivered by home visitors.  *Injury Prevention* 2000; 6:305-309.

224.   Rauh MJ, Margherita AJ, Rice SG, Koepsell TD, **Rivara FP**.  High school cross country running injuries: a longitudinal study.  Clin J Sport med.  2000 Apr;10(2):110-6

225.   Vavilala MS. Dunbar PJ, **Rivara FP**, Lam AM.  Coagulopathy predicts poor outcome following head injury in children less than 16 years of age.  *J Neurosurg Anesthesiology* 2001; 13(1):13-18.

226.   Christakis DA, Zimmerman FJ, Wright JA, Garrison MM, **Rivara FP**, Davis RL.  A randomized controlled trial of point-of-care evidence to improve the antibiotic prescribing practices for otitis media in children.  *Pediatrics* 2001; 107(2).  URL: http://www.pediatrics.org/cgi/content/full/107/2/e15.

227.   Thompson MJ, **Rivara FP**.  Bicycle-related injuries.  *Am Fam Physician* 2001; 63(10): 2007-2014.

228.   Zatzick DF, Roy-Byrne P, Russo JE, **Rivara FP**, Koike A, Jurkovich GJ, Katon W.  Collaborative interventions for physically injured trauma survivors: a pilot randomized effectiveness trial.  *Gen Hosp Psychiatry* 2001; 23:114-123.

229.   Nathens AB, Jurkovich GJ, Maier RV, Grossman DC, MacKenzie EJ, Moore M, **Rivara FP**.  Relationship between trauma center volume and outcomes.  *JAMA* 2001;  285:1164-1171

Frederick P. Rivara, M.D., M.P.H.                                                    22

230.  Melzer SM, Molteni RA, Marcuse EK, **Rivara FP**.  Characteristics and financial performance of a pediatric faculty inpatient attending service: a resource-based relative value set analysis.  *Pediatrics* 2001; 108(1): 79-84.

231.  Chesney RW, Dungy CI, Gillman MW, **Rivara FP**, et al.  Promoting education, mentorship, and support for pediatric research.  *Pediatrics* 2001; 107(6): 1447-50.

232.  **Rivara FP**, Bennett E, Crispin B, Kruger K, Ebel B, Sarewitz A.  Booster seats for child passengers: lessons for increasing their use.  *Inj Prev* 2001; 7:210-213.

233.  Cummings P, Koepsell TD, Moffat JM, **Rivara FP**.  Drowsiness, counter-measures to drowsiness, and the risk of a motor vehicle crash.  *Inj Prev* 2001; 7:194-199.

234.  Siegel JH, Loo G, Dischinger PC, Burgess AR, **Rivara FP**, et al.  Factors influencing the patterns of injuries and outcomes in car versus car crashes compared to sport utility, van, or pick-up truck versus car crashes: Crash Injury Research Engineering Network study.  *J Trauma*.  2001 Nov; 51(5):975-990.

235.  Brych SB, Engrav LH, **Rivara FP**, et al.  Time off work and return to work rates after burns: systematic review of the literature and a large two-center series.  *J Brun Care Rehabil* 2001; 22:401-405.

236.  Dunn C, Deroo L, **Rivara FP**.  The use of brief interventions as adapted from motivational interviewing across behavioral domains: a systematic review.  *Addiction* 2001 Dec; 96(12): 1725-42.

237.  Tencer AF, Kaufman R, Ryan K, Grossman DC, Mock C, **Rivara FP** et al.  Femur fractures in relatively low speed frontal crashes: the possible role of muscle forces.  *Accid Anal and Prev* 34 (2002) 1-11

238.  Mock CN, Grossman DC, Kaufman RP, Mack CD, **Rivara FP**.  The relationship between body weight and risk of death and serious injury in motor vehicle crashes.  *Accid Anal Prev*  2002;34:221-228

239.  Zatzick DF, Jurkovich GJ, Gentilello L, Wisner D, **Rivara FP**.  Posttraumatic stress, problem drinking, and functional outcomes after injury.  Arch Surg. 2002 Feb;137(2):200-5.

240.  Cummings P, **Rivara FP**.  Responding to reviewers' comments on submitted articles.  Arch Pediatr Adoelsc Med.  2002 Feb; 156(2):105-7.

241.  Vavilala MS, Nathens AB, Jurkovich GJ, Mackenzie E, **Rivara FP**.  Risk factors for venous Thromboembolism in pediatric trauma.  *J Trauma* 2002 May;52(5):922-7

242.  Johnston BD, **Rivara FP**, Droesch RM, Copass MK.  Behavior change counseling in the emergency department to reduce injury risk: a randomized, controlled trial.  *Pediatrics* 2002;110:267-274

243.  Bulger EM, Nathens AB, **Rivara FP**, Moore M, MacKenzie EJ, Jurkovich GJ.  Management of severe head injury: Institutional variations in care and effect on outcome.  Crit Care Med 2002 Aug;30(8):1870-6

Frederick P. Rivara, M.D., M.P.H.                                                                  23

244.  Holt VL, Kernic MA, Lumley T, Wolf ME, **Rivara FP**.  Civil protection orders and risk of subsequent police-reported violence.  JAMA 2002 Aug 7;288(5):589-94

245.  **Rivara FP**, Johansen JM, Thompson DC.  Research on injury prevention: topics for systematic review.  Inj Prev 2002 Jun;8(2):161-4

246.  Cummings P, KoepsellTD, **Rivara FP**, McKnight B, Mack C.  Airbags and passenger fatality according to passenger age and restraint use.  Epidemiology 2002 Sept;13(5): 525-532

247.  Kernic MA, Holt VL, Wolf ME, McKnight B, Huebner CE, **Rivara FP**.  Academic and school health issues among children exposed to maternal intimate partner abuse.  Arch Pediatr Adolesc Med 2002 Jun;156(6):549-555

248.  **Rivara FP**.  Prevention of injuries to children and adolescents.  Injury Prevention 2002; 8:IV5-8

249.  Bergman AB, Gray B, Moffat JM, Simpson ES, **Rivara FP**.  Mobilizing for pedestrian safety: an experiment in community action.  Injury Prevention 2002; 8:264-7

250.  Chang BA, Ebel B, **Rivara FP**.  Child passenger safety: potential impact of the Washington state booster seat law on childcare centers.  Injury Prevention 2002; 8: 284-288

251.  Vavilala MS, Newell DW, Junger E, Douville CM, Aaslid R, **Rivara FP**, Lam AM.  Dynamic cerebral autoregulation in healthy adolescents.  *Acta Anaesthesiol Scand*.  2002 Apr;46(4):393-7

252.  Cummings P, McKnight B, **Rivara FP**, Grossman DC.  Association of driver air bags with driver fatality: a matched cohort study.  *BMJ*.  2002 May 11;324(7346):1119-22

253.  Kernic MA, Holt VL, Wolf ME, **Rivara FP**, et al.  Academic and school health issues among children exposed to maternal intimate partner abuse.  *Arch Pediatr Adolesc Med*. 2002 Jun;156(6):549-55

254.  Zatzick DF, Kang, SM, Muller HG, **Rivara FP**, et al.  Predicting posttraumatic distress in hospitalized trauma survivors with acute injuries.  Am J Psychiatry. 2002 Jun;159(6):941-6

255.  Cummings P, Wells JD, **Rivara FP**.  Estimating seat belt effectiveness using matched-pair cohort methods.  *Accid Anal Prev*.  2003 Jan;35(1):143-9

256.  Nirula R, Mock C, Kaufman R, **Rivara FP**, Grossman DC.  Correlation of head injury to vehicle contact points using crash injury research and engineering network data.  *Accid Anal Prev*.  2003 Mar;35(2):201-10

257.  Arbabi S, Jurkovich GJ, **Rivara FP**, Nathens AB, et al.  Patient outcomes in academic medical centers: influences of fellowship program and in-house on-call attending surgeon.  *Arch Surg*.  2003 Jan;138(1):47-51

258.  Villaveces A, Cummings P, Koepsell TD, **Rivara FP**, et al.  Association of alcohol-related laws with deaths due to motor vehicle and motorcycle crashes in the United States.  *Am J Epidemiol*.  2003 Jan 15;157(2):131-40

Frederick P. Rivara, M.D., M.P.H.                                                                24

259. Ulrich YC, Cain KC, Sugg NK, **Rivara FP**, et al.  Medical care utilization patterns in women with diagnosed domestic violence.  *Am J Prev Med*.  2003 Jan;24(1):9-15

260. Holt VL, Kernic MA, Wolf ME, **Rivara FP**.  Do protection orders affect the likelihood of future partner violence and injury?  *Am J Prev Med*.  2003 Jan;24(1):16-21

261. Ebel BE, Koepsell TD, Bennett EE, **Rivara FP**.  Use of child booster seats in motor vehicles following a community campaign: a controlled trial.  *JAMA*.  2003 Feb 19;289(7):879-884

262. Nathens AB, **Rivara FP**, Jurkovich GJ, Maier RV, et al.  Management of the injured patient: identification of research topics for systematic review using the delphi technique.  *J Trauma*.  2003 Mar;54(3):595-601

263. **Rivara FP**, Cummings P, Mock C.  Injuries and death of children in rollover motor vehicle crashes in the United States.  *Inj Prev*.  2003 Mar;9(1):76-80

264. Koepsell TD, **Rivara FP**, Grossman DC, Mock C.  Bias in estimates of seat belt effectiveness.  *Inj Prev*.  2003 Mar;9(1):91-2

265. Johnston BD, **Rivara FP**.  Injury control: new challenges.  Pediatr Rev.  2003 April;24(4):111-118

266. Ebel BE, Koepsell TD, Bennett EE, **Rivara FP**.  Too small for a seat belt: predictors of booster seat use by child passengers.  *Pediatrics*.  2003 Apr;111(4 Pt 1):e323-7

267. Ransom GH, Mann FA, Vavilala MS, Haruff R, **Rivara FP**.  Cerebral infarct in head injury: relationship to child abuse.  *Child Abuse negl*.  2003 Apr;27(4):381-92

268. Cummings P, **Rivara FP**.  Reporting statistical information in medical journal articles.  *Arch Pediatr Adolesc Med*.  2003 Apr;157(4):321-4

269. Dunn CW, Zatzick DF, Russo JE, **Rivara FP**, et al.  Hazardous drinking by trauma patients during the year after injury.  *J of Trauma*.  2003 Apr;54(4):707-712.

270. Burns SP, **Rivara FP**, Johansen JM, Thompson DC.  Rehabilitation of traumatic injuries: use of the delphi method to identify topics for evidence-based review. *Am J Phys Med Rehabil*.  2003 May;82(5):410-4

271. Blackmore CC, Jurkovich GJ, Linnau KF, Cummings P, Hoffer EK, **Rivara FP**. Assessment of volume of hemorrhage and outcome from pelvic fracture.  *Arch Surg*.  2003 May;138(5):504-9

272. Silverstein M, Grossman DC, Koepsell TD, **Rivara FP**.  Pediatricians' reported practices regarding early education and Head Start referral.  *Pediatrics*.  2003 Jun;111(6):1351-57

273. Kernic MA, Holt VL, Stoner JA, Wolf ME, **Rivara FP**.  Resolution of depression among victims of intimate partner violence: is cessation of violence enough? *Violence and Victims*.  2003 Apr;18(2):115-129

Frederick P. Rivara, M.D., M.P.H.                                                      25

274.   Bombaro KM, Engrav LH, Carrougher GJ, Heimbach DM, **Rivara FP**, et al.  What is the prevalence of hypertrophic scarring following burns?  *Burns*.  2003 Jun;24(4):299-302

275.   **Rivara FP**.  Introduction: the scientific basis for injury control.  *Epidemiol Rev*. 2003; 25:20-23.

276.   Segui-Gomez M, Chang DC, Jurkovich GJ, **Rivara FP**, et al.  Pediatric trauma care: an overview of pediatric trauma systems and their practices in 18 US states.  *J Pediatr Surg*.  2003 Aug; 38(8):1162-1169.

277.   Christakis DA, Garrison MM, Ebel BE, Wiehe SE, **Rivara FP**.  Pediatric smoking prevention interventions delivered by care providers: A systematic review.  *Am J Prev Med*.  2003 Nov;25(4): 358-362.

278.   Garrison MM, Christakis DA, Ebel BE, Wiehe SE, **Rivara FP**.  Smoking cessation interventions for adolescents: A systematic review.  *Am J Prev Med*.  2003 Nov;25(4):363-367.

279.   Kernic MA, Wolf ME, Holt VL, McKnight B, Huebner CE, **Rivara FP**.  Behavioral problems among children whose mothers are abused by an intimate partner. *Child Abuse and Neglect*. 2003 Oct; 27:1231-1246.

280.   Bonauto DK, Keifer M, **Rivara FP**, Alexander BH.  A community-based telephone survey of work and injuries in teenage agricultural workers.  *J Agric Saf Health*. 2003 Nov;9(4): 303-17.

281.   Nurius PS, Macy RJ, Bhuyan R, Holt VL, Kernic MA, **Rivara FP**.  Contextualizing depression and physical functioning in battered women: adding vulnerability and resources to the analysis.  *J of Interpers Violence.  2003* Dec; 18(12): 1411-31.

282.   Vavilala MMS, Bowen A, Lam AM, Uffman JC, Powell J, Winn HR, **Rivara FP**. Blood pressure and outcome after severe pediatric traumatic brain injury.  *J Trauma*.  2003 Dec; 55(6): 1039-44.

283.   Cummings P, **Rivara FP**.  Car occupant death according to restraint use of other occupants: a matched cohort study.  *JAMA*.  2004 Jan; 291(3): 343-349.

284.   Hanson BP, Cummings P, **Rivara FP**, John MT.  The association of third molars with mandibular angle fractures: a meta-analysis.  *J Can Dent Assoc*.  2004 Jan;70(1): 39-43.

285.   Nathens AB, Jurkovich GJ, MacKenzie EJ, **Rivara FP**, Fischer RP.  A resource-based assessment of trauma care in the United States.  *J Trauma*.  2004 Jan;56(1): 173-8.

286.   Dunn C, Droesch RM, Johnston BD, **Rivara FP**.  Motivational interviewing with injured adolescents in the emergency department: in-session predictors of change.  *Beh and Cognitive Psychotherapy*.  2004 March; 32(1): 113-116.

287.   Donovan DM, Dunn CW, **Rivara FP**, Jurkovich GJ, Ries RR, Gentilello LM. Comparison of trauma center patient self-reports and proxy reports on the alcohol use identification test (AUDIT).  *J Trauma*.  2004 April; 56(4): 873-82.

288.   **Rivara FP**, Mack CD.  Motor vehicle crash deaths related to police pursuits in the United States.  *Inj Prev*. 2004 Apr; 10(2):93-5.

Frederick P. Rivara, M.D., M.P.H.                                                        26

289.  Crandall ML, Nathens AB, Kernic MA, Holt VL, **Rivara FP**.  Predicting future injury among women in abusive relationships.  *J Trauma*.  2004 Apr; 56(4):906-12.

290.  **Rivara, FP**, Ebel, BE, Garrison, MM, Christakis, DA, Wiehe, SE, Levy, DT. Prevention of Smoking-Related Deaths in the United States.  *Am J Prev Med*. 2004 Apr; 27(2):118-125.

291.  Zatzick D, Roy-Byrne P, Russo J, **Rivara FP**, Droesch R, Wagner A, Dunn C, Jurkovich G, Uehara E, Katon W.  A randomized effectiveness trial of stepped collaborative care for acutely injured trauma survivors.  *Arch Gen Psychiatry*. 2004 May; 61(5): 498-506.

292.  Jurkovich GJ, **Rivara FP**, Johansen JM, Maier RV.  Centers for Disease Control and Prevention injury research agenda: identification of acute care research topics of interest to the Centers for Disease Control and Prevention—National Center for Injury Prevention and Control.  *J Trauma*.  2004 May; 56(5): 1166-70.

293.  Mock C, Quansah R, Krishnan R, Arreola-Risa C, **Rivara FP**.  Strengthening the prevention and care of injuries worldwide.  *Lancet*. 2004 Jun 26;363(9427):2172-9.

294.  Crandall ML, Nathens AB, **Rivara FP**.  Injury patterns among female trauma patients: recognizing intentional injury.  *J Trauma*. 2004 Jul;57(1):42-5.

295.  **Rivara FP**, Garrison MM, Ebel B, McCarty CA, Christakis DA.  Mortality Attributable to Harmful Drinking in the United States, 2000.  *J of Studies on Alcohol*.  2004 Jul: 65(4): 530-536.

296.  Acierno S, Kaufman R, **Rivara FP**, Grossman DC, Mock C.  Vehicle mismatch: injury patterns and severity.  *Accid Anal Prev*. 2004 Sep;36(5):761-72.

297.  Zatzick DF, Jurkovich G, Russo J, Roy-Byrne P, Katon W, Wagner A, Dunn C, Uehara E, Wisner D, **Rivara FP**.  Posttraumatic distress, alcohol disorders and recurrent trauma across level I trauma centers.  *J Trauma*.  2004 Aug;57(2):360-366.

298.  McCarty CA, Ebel BE, Garrison MM, DiGiuseppe DL, Christakis, **Rivara FP**. Continuity of Binge and Harmful Drinking From Late Adolescence to Early Adulthood.  *Pediatrics*.  2004 Sept: 114(3): 714-719.

299.  Ebel BE, Mack C, Diehr P, **Rivara FP**.  Lost working days, productivity, and restraint use among occupants of motor vehicles that crashed in the United States.  *Inj Prev*.  2004 Oct;10: 314-319.

300.  Christakis DA, Ebel BE, **Rivara FP**, Zimmerman FJ.  Television, video, and computer game usage in children under 11 years of age.  *J Pediatr*.  2004; 145:652-6.

301.  Karr CJ, **Rivara FP**, Cummings P.  Severe injury among Hispanic and non-Hispanic white children in Washington State.  *Public Health Reports*. 2005; 120:19-24.

302.  Cummings P, **Rivara FP**, Thompson RS, Reid RJ.  Ability of parents to recall the injuries of their young children.  *Inj. Prev*. 2005; 11:43-47.

Frederick P. Rivara, M.D., M.P.H.                                                                            27

303.   Rosengart M, Cummings P, Nathens A, Heagerty P, Maier R, **Rivara FP**.  An evaluation of state firearm regulations and homicide and suicide death rates. *Inj Prev* 2005 Apr;11(2):77-83.

304.   **Rivara FP**.   Modification of the home environment for the reduction of injuries. *Arch Pediatr Adolesc Med*. 2004 June; 158 (6):513.

305.   Cummings P, **Rivara FP**, Keopsell TD.  Writing informative abstracts for journal articles.  *Arch Pediatr Adolesc Med*.  2004 Nov;158(11):1086-8.

306.   Zatzick DF, Russo J, Pitman RK, **Rivara FP**, Jurkovich G, Roy-Byrne P. Reevaluating the association between emergency department heart rate and the development of posttraumatic stress disorder: A public health approach.  *Biol Psychiatry*. 2005 Jan 1; 57(1):91-5.

307.   Zatzick D, Russo J, **Rivara FP**, Roy-Byrne P, Jurkovich G, Katon W.  The detection and treatment of posttraumatic distress and substance intoxication in the acute care inpatient setting.  *Gen Hosp Psychiatry*.  2005 Jan-Feb;27(1):57-62.

308.   Wiehe SE, Garrison MM, Christakis DA, Ebel BE, **Rivara FP**.  A systematic review of school-based smoking prevention trials with long term follow-up.  *J Adolesc Health*.  2005 Mar;36(3):162-9.

309.   Carroll AE, Zimmerman FJ, **Rivara FP**, Ebel BE, Christakis DA.  Perceptions about computers and the internet in pediatric clinic population.  *Ambul Pediatr*. 2005 Mar-Apr;5(2):122-6.

310.   Gentilello LM, Ebel BE, Wickizer TM, Salkever DS, **Rivara FP**.  Alcohol interventions for trauma patients treated in emergency departments and hospitals: a cost benefit analysis.  *Ann Surg*. 2005 Apr;241(4)541-50.

311.   Sidman EA, Grossman DC, Koepsell TD, D'Ambrosio L, Britt J, Simpson EV, **Rivara FP**, Bergman AB. Evaluation of a Community-Based Handgun Safe-Storage Campaign. Pediatrics. 2005 June;115(6);e654-661.

312.   Cohen AL, **Rivara FP**, Davis R, Christakis DA. Compliance with guidelines for the medical care of first urinary tract infections in infants: a population-based study. Pediatrics. 2005 Jun;115(6):1474-8.

313.   Fishman PA, Ebel BE, Garrison MM, Christakis DA, Wiehe SE, **Rivara FP**. Cigarette tax increase and media campaign cost of reducing smoking-related deaths. Am J Prev Med. 2005 Jul;29(1):19-26.

314.   Robertson AS, **Rivara FP**, Ebel BE, Lymp JF, Christakis DA.  Validation of parent self reported home safety practices.  Inj. Prev. 2005;11:209-212.

315.   Sabin JA, Zatzick D, **Rivara FP**.  A role for school health personnel in supporting children and families following childhood injury.  J School Health 2005; 75: 141-144.

316.   Glew G, Fan J, Katon W, **Rivara FP**, Kernic M.  Bullying, psychosocial adjustment, and academic performance in elementary school.  Arch Pediatr Adol Med 2005; 159:1026-31.

Frederick P. Rivara, M.D., M.P.H.                                                                28

317.   Robertson A, **Rivara FP**, Ebel  BE, Lymp JF, Christakis DA.  Validation of parent self reported home safety practices.  Injury Prevention 2005; 11:209-212.

318.   Cohen AL, **Rivara FP**, Marcuse EK, McPhillips H, Davis R.  Are language barriers associated with serious medical events in hospitalized pediatric patients? Pediatrics. 2005 Sep;116(3):575-9.

319.   Carroll AE, **Rivara FP**, Ebel B, Zimmerman FJ, Christakis DA.  Household computer and Internet access: The digital divide in a  pediatric clinic  population. AMIA Annu Symp Proc. 2005;:111-5.

320.   **Rivara FP**.  Injury prevention and poverty. *Inj Prev.* 2005 Dec;11(6):384.

321.   Rauh MJ, Koepsell TD, **Rivara FP**, Margherita AJ, Rice SG. Epidemiology of musculoskeletal injuries among high school cross country runners, Am J Epidemiol, 2006;163:151-159.

322.   MacKenzie EJ, **Rivara FP**, Jurkovich GJ, Nathens AB, Frey KP, Egleston BL, Salkever DS, Scharfstein DO. A national evaluation of the effect of trauma-center care on mortality. N Engl J Med. 2006 Jan 26;354(4):366-78.

323.   Greves HM, **Rivara FP**. Report card on school snack food policies among the United States' largest school districts in 2004-2005: Room for improvement. Int J Behav Nutr Phys Act. 2006 Jan 3;3(1):1

324.   Sabin JA, Zatzick D, Jurkovich G, **Rivara FP**.  Primary care utilization and detection of emotional distress after adolescent traumatic injury: identifying an unmet need.  Pediatrics. 2006 Jan;117(1):130-8.

325.   Hollingworth W, Ebel BE, McCarty C, Garrison M, Christakis DA, **Rivara FP**. Prevention of deaths from harmful drinking in the United States: the potential effects of tax increases and advertising bans on young drinkers.  J Stud Alcohol. 2006 Mar;67(2):300-8.

326.   **Rivara FP**, Mock C.  The 1,000,000 lives campaign.  Inj Prev. 2005 Dec;11(6):321-3.

327.   Cummings P, **Rivara FP**, Thompson DC, Thompson RS.  Misconceptions regarding case-control studies of bicycle helmets and head injury.  Accid Anal Prev. 2006 Jan 14;

328.   Scott JR, Gibran NS, Engrav LH, Mack CD, **Rivara FP**.  Incidence and characteristics of hospitalized patients with pressure ulcers: State of Washington, 1987 to 2000.  Plast Reconstr Surg. 2006 Feb;117(2):630-4.

329.   Wright JL, Nathens AB, **Rivara FP**, Wessells H.  Renal and extrarenal predictors of nephrectomy from the national trauma data bank.  J Urol. 2006 Mar;175(3):970-5.

330.   Utter GH, Maier RV, **Rivara FP**, Mock CN, Jurkovich GJ, Nathens AB. Inclusive trauma systems: do they improve triage or outcomes of the severely injured?  J Trauma.  2006;60:529-537.

331.   Kuan JK, Wright JL, Nathens AB, **Rivara FP**, Wessells H.  American Association for the Surgery of Trauma Organ Injury Scale for Kidney Injuries Predicts

Frederick P. Rivara, M.D., M.P.H.                                                                29

Nephrectomy, Dialysis, and Death in Patients with Blunt Injury and Nephrectomy for Penetrating Injuries.  J Trauma. 2006 Feb;60(2):351-356.

332.    Bonomi AE, Thompson RS, Anderson M, **Rivara FP**, Holt VL, Carrell D, Martin DP.  Ascertainment of intimate partner violence using two abuse measurement frameworks.  Inj Prev.  2006;12;121-124.

335.    Hagel B, Macpherson A, **Rivara FP**, Pless B.  Arguments against helmet legislation are flawed. *BMJ*. 2006 Mar 25;332(7543):725-6.

336.    Nathens AB, Maier RV, Jurkovich GJ, Monary D, **Rivara FP**, Mackenzie EJ. The delivery of critical care services in US trauma centers: is the standard being met? J Trauma. 2006 Apr;60(4):773-83; discussion 783-4.

337.    Ebel BE, Coronado GD, Thompson B, Martinez T, Fitzgerald K, Vaca F, **Rivara FP**.  Child passenger safety behaviors in Latino communities. J Health Care Poor Underserved. 2006 May;17(2):358-73.

338.    Zatzick D, Russo J, Grossman DC, Jurkovich G, Sabin J, Berliner L, **Rivara FP**. Posttraumatic stress and depressive symptoms, alcohol use, and recurrent traumatic life events in a representative sample of hospitalized injured adolescents and their parents. *J Pediatr Psychol*. 2006 May;31(4):377-87.

339.    Bonomi AE, Thompson RS, Anderson M, Reid RJ, Carrell D, Dimer JA, **Rivara FP**.  Intimate partner violence and women's physical, mental, and social functioning. Am J Prev Med. 2006 Jun;30(6):458-66.

340.    Thompson RS, Bonomi AE, Anderson M, Reid RJ, Dimer JA, Carrell D, **Rivara FP**.  Intimate partner violence: prevalence, types, and chronicity in adult women. Am J Prev Med. 2006 Jun;30(6):447-57.

341.    Cummings P, **Rivara FP**, Olson CM, Smith KM.  Changes in traffic crash mortality rates attributed to use of alcohol, or lack of a seat belt, air bag, motorcycle helmet, or bicycle helmet, United States, 1982-2001.  Inj Prev. 2006 Jun;12(3):148-54

342.    Olson CM, Cummings P, **Rivara FP**.  Association of First- and Second-Generation Air Bags with Front Occupant Death in Car Crashes: A Matched Cohort Study.  Am J Epidemiol. 2006 Jul 15;164(2):161-9.

343.    Roudsari B, Nathens A, Koepsell T, Mock C, **Rivara FP**. Analysis of clustered data in multicentre trauma studies. Injury. 2006 Jul;37(7):614-21.

344.    Christakis DA, **Rivara FP**.  Publication ethics: editors' perspectives.   Pediatr. 2006 Jul;149(1 Suppl):S39-42.

345.    Blackmore CC, Cummings P, Jurkovich GJ, Linnau KF, Hoffer EK, **Rivara FP**.  Predicting Major Hemorrhage in Patients with Pelvic Fracture. J Trauma. 2006 Aug;61(2):346-352

346.    Bauer NS, Herrenkohl TI, Lozano P, **Rivara FP**, Hill KG, Hawkins JD. Childhood bullying involvement and exposure to intimate partner violence. Pediatrics. 2006 Aug;118(2):e235-42.

Frederick P. Rivara, M.D., M.P.H.                                                          30

347. Bulger EM, Nathens AB, **Rivara FP**, MacKenzie E, Sabath DR, Jurkovich GJ. National Variability in Out-of-Hospital Treatment After Traumatic Injury. Ann Emerg Med. 2006 Sep 13;

348. Christakis DA, Zimmerman FJ, **Rivara FP**, Ebel B.  Improving pediatric prevention via the internet: a randomized, controlled trial. Pediatrics. 2006 Sep;118(3):1157-66.

349. **Rivara FP**, Nathens, AB, Jurkovich GJ, Maier RV.  Do trauma centers have the capacity to respond to disasters? J Trauma. 2006 Oct;61(4):949-53.

350. Zatzick DF, Grossman DC, Russo J, Pynoos R, Berliner L, Jurkovich G, Sabin JA, Katon W, Ghesquiere A, McCauley E, **Rivara FP**.  Predicting posttraumatic stress symptoms longitudinally in a representative sample of hospitalized injured adolescents. J Am Acad Child Adolesc Psychiatry. 2006 Oct;45(10):1188-95.

351. Utter GH, Maier RV, **Rivara FP**, Nathens AB.  Outcomes after ruptured abdominal aortic aneurysms: the "halo effect" of trauma center designation. J Am Coll Surg. 2006 Oct;203(4):498-505.

352. Nathens AB, **Rivara FP**, MacKenzie EJ, Maier RV, Wang J, Egleston B, Scharfstein DO, Jurkovich GJ.  The impact of an intensivist-model ICU on trauma-related mortality. Ann Sur. 2006 Oct;244(4):545-54.

353. Wright, JL, Nathens AB, **Rivara FP**, MacKenzie EJ, Wessels H.  Specific fracture configurations predict sexual and excretory dysfunction in men and women on year after pelvic fracture.  J Urol. 2006 Oct;176(4 Pt. 1):1540-5.

354. Nathens AB, **Rivara FP**, Mack CD, Rubenfeld GD, Wang J, Jurkovich GJ. Variations in rates of tracheostomy in the critically ill trauma patient. Crit Care Me. 2006 Dec;34(12):2919-24.

355. Zatzick DF, Grossman DC, Russo J, Pynoos R, Berliner L, Jurkovich G, Sabin JA, Katon W, Ghesquiere A, McCauley E, **Rivara FP**.  Predicting posttraumatic stress symptoms longitudinally in a representative sample of hospitalized injured adolescents. J Am Acad Child Adolesc Psychiatry. 2006 Oct;45(10):1188-95.

356. **Rivara FP**, Anderson ML, Fishman P, Bonomi AE, Reid RJ, Carrell D, Thompson RS.  Healthcare utilization and costs for women with a history of intimate partner violence. Am J Prev Med. 2007 Feb;32(2):89-96

357. Brooks MA, Schiff MA, Koepsell TD, **Rivara FP**.  Prevalence of Preseason Conditioning among High School Athletes in Two Spring Sports.Med Sci Sports Exerc. 2007 Feb;39(2):241-7.

358. Bauer NS, Lozano P, **Rivara FP**.  The effectiveness of the Olweus Bullying Prevention Program in public middle schools: a controlled trial.  J Adolesc Health. 2007 Mar;40(3):266-74.

359. Bonomi AE, Anderson ML, Reid RJ, Carrell D, Fishman PA, **Rivara FP**, Thompson RS. Intimate partner violence in older women. Gerontologist. 2007 Feb;47(1):34-41.

360. Zatzick DF, **Rivara FP**, Nathens AB, Jurkovich GJ, Wang J, Fan MY, Russo J, Salkever DS, Mackenzie EJ.  A nationwide US study of post-traumatic stress after hospitalization for physical injury.  Psychol Med. 2007 Jun 11;:1-12

Frederick P. Rivara, M.D., M.P.H.                                                     31

361.  **Rivara FP**, Relyea-Chew A, Wang J, Riley S, Boisvert D, Gomez T.   Drinking behaviors in young adults: the potential role of designated driver and safe ride home programs.  Inj Prev. 2007 Jun;13(3):168-72.

362.  Roudsari BS, Nathens AB, Arreola-Risa C, Cameron P, Civil I, Grigoriou G, Gruen RL, Koepsell TD, Lecky FE, Lefering RL, Liberman M, Mock CN, Oestern HJ, Petridou E, Schildhauer TA, Waydhas C, Zargar M, **Rivara FP**.  Emergency Medical Service (EMS) systems in developed and developing countries. Injury. 2007 Jun 19;

363.  Roudsari BS, Nathens AB, Cameron P, Civil I, Gruen RL, Koepsell TD, Lecky FE, Lefering RL, Liberman M, Mock CN, Oestern HJ, Schildhauer TA, Waydhas C, **Rivara  FP**.   International comparison of prehospital trauma care systems. Injury. 2007 Jul 17;

364.  **Rivara FP**, Cummings P, Ringold S, Bergman AB, Joffe A, Christakis DA.  A comparison of reviewers selected by editors and reviewers suggested by authors.  J Pediatr. 2007 Aug;151(2):202-5.

365.  **Rivara FP**, Anderson ML, Fishman P, Bonomi AE, Reid RJ, Carrell D, Thompson RS. Intimate partner violence and health care costs and utilization for children living in the home. Pediatrics. 2007 Dec;120(6):1270-7.

366.  Bonomi AE, Anderson ML, **Rivara FP**, Thompson RS. Health outcomes in women with physical and sexual intimate partner violence exposure. J Womens Health (Larchmt). 2007 Sep;16(7):987-97.

367.  Zatzick DF, Russo J, Rajotte E, Uehara E, Roy-Byrne P, Ghesquiere A, Jurkovich G, **Rivara FP**. Strengthening the patient-provider relationship in the aftermath of physical trauma through an understanding of the nature and severity of posttraumatic concerns.Psychiatry. 2007 Fall;70(3):260-73.

368.  **Rivara FP**, Oldham KT, Jurkovich GJ, Guice KS, Mackenzie EJ.  Towards improving the outcomes of injured children. J Trauma. 2007 Dec;63(6 Suppl):S155-6.

369.  **Rivara FP**, Oldham KT.  Pediatric trauma care: defining a research agenda. J Trauma. 2007 Dec;63(6 Suppl):S52-3.

370.  Mackenzie EJ, **Rivara FP**, Jurkovich GJ, Nathens AB, Frey KP, Egleston BL, Salkever DS, Weir S, Scharfstein DO.  The national study on costs and outcomes of trauma. J Trauma. 2007 Dec;63(6 Suppl):S54-67; discussion S81-6.

371.  Rauh MJ, Kepsell TD, **Rivara FP**, Rice SG, Margherita AJ. Quadriceps Angle and risk of Injury Among High School Cross-Country Runners. J Orthopaedic and Sports Physical Therapy. 2007 Dec; 37(12): 725-33.

372.  Glew GM, Fan MY, Katon W, **Rivara FP**. Bullying and school safety. J Pediatr. 2008 Jan;152(1):123-8.

373.  Mackenzie EJ, **Rivara FP**, Jurkovich GJ, Nathens AB, Egleston BL, Salkever DS, Frey KP, Scharfstein DO. The impact of trauma-center care on functional outcomes following major lower-limb trauma. J Bone Joint Surg Am. 2008 Jan;90(1):101-9.

Frederick P. Rivara, M.D., M.P.H.                                                          32

374.  Thompson HJ, **Rivara FP**, Jurkovich GJ, Wang J, Nathens AB, Mackenzie EJ. Evaluation of the effect of intensity of care on mortality after traumatic brain injury. Crit Care Med. 2008 Jan;36(1):282-90.

375.  Nathens AB, **Rivara FP**, Wang J, Mackenzie EJ, Jurkovich GJ. Variation in the rates of do not resuscitate orders after major trauma and the impact of intensive care unit environment. J Trauma. 2008 Jan;64(1):81-8; discussion 88-91.

376.  Bonomi AE, Anderson ML, **Rivara FP**, Cannon EA, Fishman PA, Carrell D, Reid RJ, Thompson RS. Health Care Utilization and Costs Associated with Childhood Abuse. J Gen Intern Med. 2008 Jan 19.

377.  Duterte EE, Bonomi AE, Kernic MA, Schiff MA, Thompson RS, **Rivara FP**. Correlates of Medical and Legal Help Seeking among Women Reporting Intimate Partner Violence. J Womens Health (Larchmt). 2008 Jan-Feb;17(1):85-95.

378.  Mueller BA, Cummings P, **Rivara FP**, Brooks MA, Terasaki RD. Injuries of the Head, Face, and Neck in Relation to Ski Helmet Use. Epidemiology. 2008 Mar;19(2):270-276.

379.  **Rivara FP**, Mackenzie EJ, Jurkovich GJ, Nathens AB, Wang J, Scharfstein DO. Prevalence of pain in patients 1 year after major trauma. Arch Surg. 2008 Mar;143(3):282-7; discussion 288.

380.  Kramer CB, Gibran NS, Heimbach DM, **Rivara FP**, Klein MB.Assault and substance abuse characterize burn injuries in homeless patients. J Burn Care Res. 2008 May-Jun;29(3):461-7.

381.  Klein MB, Mack CD, Kramer CB, Heimbach DM, Gibran NS, **Rivara FP**. Influence of injury characteristics and payer status on burn treatment location in Washington state  J Burn Care Res. 2008 May-Jun;29(3):435-40

382.  Samant UB 4th, Mack CD, Koepsell T, **Rivara FP**, Vavilala MS.Time of hypotension and discharge outcome in children with severe traumatic brain injury. J Neurotrauma. 2008 May;25(5):495-502

383.  **Rivara FP**. Evaluating the effect of an injury prevention intervention in a population. Am J Prev Med. 2008 Apr;34(4 Suppl):S148-52

384.  Reid RJ, Bonomi AE, **Rivara FP**, Anderson ML, Fishman PA, Carrell DS, Thompson RS. Intimate partner violence among men prevalence, chronicity, and health effects. Am J Prev Med. 2008 Jun;34(6):478-85.

385.  King MA, Garrison MM, Vavilala MS, Zimmerman JJ, **Rivara FP**. Complications associated with arterial catheterization in children.  Pediatr Crit Care Med. 2008 May 19

386.  Klein MB, Hollingworth W, **Rivara FP**, Kramer CB, Askay SW, Heimbach DM, Gibran NS. Hospital Costs Associated With Pediatric Burn Injury. J Burn Care Res. 2008 Jun 3

387.  **Rivara FP**, Koepsell TD, Wang J, Nathens A, Jurkovich GA, Mackenzie EJ. Outcomes of trauma patients after transfer to a level I trauma center. J Trauma. 2008 Jun;64(6):1594-9

Frederick P. Rivara, M.D., M.P.H.                                              33

388. Rauh MJ, Koepsell TD, **Rivara FP**, Rice SG, Margherita AJ. Quadriceps angle and risk of injury among high school cross-country runners. J Orthop Sports Phys Ther. 2007 Dec;37(12):725-33

389. Sabin JA, **Rivara FP**, Greenwald AG. Physician Implicit Attitudes and Stereotypes About Race and Quality of Medical Care. Med Care. 2008 Jul;46(7):678-685

390. Bonomi AE, Cannon EA, Anderson ML, **Rivara FP**, Thompson RS. Association between self-reported health and physical and/or sexual abuse experienced before age 18.  Child Abuse Negl. 2008 Jul;32(7):693-701.

391. Zatzick DF, Jurkovich GJ, Fan MY, Grossman D, Russo J, Katon W, **Rivara FP**. Association between posttraumatic stress and depressive symptoms and functional outcomes in adolescents followed up longitudinally after injury hospitalization. Arch Pediatr Adolesc Med. 2008 Jul;162(7):642-8.

392. Dunn C, **Rivara FP**, Donovan D, Fan MY, Russo J, Jurkovich G, Zatzick D. Predicting Adolescent Alcohol Drinking Patterns After Major Injury.  J Trauma. 2008 Sep;65(3):736-740.

393. Terrell F, Zatzick DF, Jurkovich GJ, **Rivara FP**, Donovan DM, Dunn CW, Schermer C, Meredith JW, Gentilello LM.  Nationwide survey of alcohol screening and brief intervention practices at US Level I trauma centers. J Am Coll Surg. 2008 Nov;207(5):630-8.

394. Imahara SD, Hopper RA, Wang J, **Rivara FP**, Klein MB. Patterns and outcomes of pediatric facial fractures in the United States: a survey of the National Trauma Data Bank. J Am Coll Surg. 2008 Nov;207(5):710-6.

395. Ghesquiere A, Fan MY, Berliner L, **Rivara FP**, Jurkovich GJ, Russo J, Katon W, Zatzick DF. Adolescents' and parents' agreement on posttraumatic stress disorder symptoms and functioning after adolescent injury. J Trauma Stress. 2008 Oct;21(5):487-91.

396. Endorf FW, Klein MB, Mack CD, Jurkovich GJ, **Rivara FP**. Necrotizing soft-tissue infections: differences in patients treated at burn centers and non-burn centers.  J Burn Care Res. 2008 Nov-Dec;29(6):933-8.

397. Sorensen MD, Wessells H, **Rivara FP**, Zonies DH, Jurkovich GJ, Wang J, Mackenzie EJ. Prevalence and predictors of sexual dysfunction 12 months after major trauma: a national study. J Trauma. 2008 Nov;65(5):1045-52

398. Pham TN, Kramer CB, Wang J, **Rivara FP**, Heimbach DM, Gibran NS, Klein MB. Epidemiology and Outcomes of Older Adults With Burn Injury: An Analysis of the National Burn Repository.  J Burn Care Res. 2009; 30:30-36

399. Rue T, Thompson HJ, **Rivara FP**, MacKenzie EJ, Jurkovich GJ.  Managing the common problem of missing data in trauma studies.  J Nursing scholarship 2008; 40: 373-8

400. Chaiwat O, Lang JD, Vavilala MS, Wang J, MacKenzie EJ, Jurkovich GJ, **Rivara FP**. Early packed red blood cell transfusion and acute respiratory distress syndrome after trauma.  Anesthesiology. 2009 Feb;110(2):351-60

Frederick P. Rivara, M.D., M.P.H.                                                34

401. Lundgren RS, Kramer CB, **Rivara FP**, Wang J, Heimbach DM, Gibran NS, Klein MB. Influence of Comorbidities and Age on Outcome Following Burn Injury in Older Adults. J Burn Care Res. 2009 March/April;30(2):307-314.

402. Brooks MA, Schiff MA, **Rivara FP**. Identifying Previous Sports Injury Among High School Athletes.  Clin Pediatr (Phila). 2009 Jan 26. [Epub ahead of print]

403. Haas B, Jurkovich GJ, Wang J, **Rivara FP**, Mackenzie EJ, Nathens AB.  Survival advantage in trauma centers: expeditious intervention or experience?  J Am Coll Surg. 2009 Jan;208(1):28-36.

404. Barr RG, **Rivara FP**, Barr M, Cummings P, Taylor J, Lengua LJ, Meredith-Benitz E. Effectiveness of educational materials designed to change knowledge and behaviors regarding crying and shaken-baby syndrome in mothers of newborns: a randomized, controlled trial. Pediatrics. 2009 Mar;123(3):972-8

405. Sorensen MD, Krieger JN, **Rivara FP**, Broghammer JA, Klein MB, Mack CD, Wessells H. Fournier's Gangrene: population based epidemiology and outcomes. J Urol. 2009 May;181(5):2120-6.

406. Ringold S, Wallace CA, **Rivara FP**.  Health-related quality of life, physical function, fatigue, and disease activity in children with established polyarticular juvenile idiopathic arthritis.  J Rheumatol 2009; May 1.

407. Cooper Z, **Rivara FP**, Wang J, MacKenzie EJ, Jurkovich GJ. Withdrawal of life-sustaining therapy in injured patients: variations between trauma centers and nontrauma centers. J Trauma. 2009 May;66(5):1327-35.

408. Shandro JR, **Rivara FP**, Wang J, Jurkovich GJ, Nathens AB, MacKenzie EJ. Alcohol and risk of mortality in patients with traumatic brain injury. J Trauma. 2009;66(6):1584-90.

409. Sabin J, Nosek BA, Greenwald A, **Rivara FP**. Physicians' implicit and explicit attitudes about race by MD race, ethnicity, and gender. J Health Care Poor Underserved. 2009 Aug;20(3):896-913

410. Cannon EA, Bonomi AE, Anderson ML, **Rivara FP**. The intergenerational transmission of witnessing intimate partner violence. Arch Pediatr Adolesc Med. 2009 Aug;163(8):706-8.

411. Bonomi AE, Anderson ML, **Rivara FP**, Thompson RS. Health care utilization and costs associated with physical and nonphysical-only intimate partner violence. Health Serv Res. 2009 Jun;44(3):1052-67.

412. Davydow DS, Zatzick DF, **Rivara FP**, Jurkovich GJ, Wang J, Roy-Byrne PP, Katon WJ, Hough CL, Kross EK, Fan MY, Joesch J, MacKenzie EJ. Predictors of posttraumatic stress disorder and return to usual major activity in traumatically injured intensive care unit survivors. Gen Hosp Psychiatry 2009;31:428-435.

413. Shafii T, **Rivara FP**, Wang J, Jurkovich GJ. Screening Adolescent Patients Admitted to the Trauma Service for High-Risk Behaviors: Who Is Responsible? J Trauma. 2009 Sep 22

414. Czaja AS, **Rivara FP**, Wang J, Koepsell T, Nathens AB, Jurkovich GJ, Mackenzie E. Late outcomes of trauma patients with infections during index hospitalization.  J Trauma. 2009 Oct;67(4):805-14.

415. Bonomi AE, Anderson ML, Reid RJ, **Rivara FP**, Carrell D, Thompson RS. Medical and psychosocial diagnoses in women with a history of intimate partner violence. Arch Intern Med. 2009 Oct 12;169(18):1692-7

416. Sorensen MD, Krieger JN, **Rivara FP**, Klein MB, Wessells H. Fournier's gangrene: management and mortality predictors in a population based study. J Urol. 2009 Dec;182(6):2742-7.

417. **Rivara FP**, Anderson ML, Fishman P, Reid RJ, Bonomi AE, Carrell D, Thompson RS. Age, period, and cohort effects on intimate partner violence. Violence Vict. 2009;24(5):627-38

418. Ang DN, **Rivara FP**, Nathens A, Jurkovich GJ, Maier RV, Wang J, MacKenzie EJ. Complication rates among trauma centers. J Am Coll Surg. 2009 Nov;209(5):595-602

419. Klein MB, Kramer CB, Nelson J, **Rivara FP**, Gibran NS, Concannon T. Geographic access to burn center hospitals. JAMA. 2009 Oct 28;302(16):1774-81

420. Naumann RB, Dellinger AM, Anderson ML, Bonomi AE, **Rivara FP**, Thompson RS. Preferred modes of travel among older adults: What factors affect the choice to walk instead of drive? Journal of Safety Research 2009; 40(5):395-398

421. Raelson CA, Kanal KM, Vavilala MS, **Rivara FP**, Kim LJ, Stewart BK, Cohen WA. Radiation dose and excess risk of cancer in children undergoing neuroangiography. AJR Am J Roentgenol. 2009 Dec;193(6):1621-8. PubMed PMID: 19933657.

422. Zatzick DF, Koepsell T, **Rivara FP**. Using target population specification,effect size, and reach to estimate and compare the population impact of two PTSD preventive interventions. Psychiatry. 2009 Winter;72(4):346-59. PubMed PMID:20070133.

423. Jimenez N, Seidel K, Martin LD, **Rivara FP**, Lynn AM. Perioperative analgesic treatment in Latino and non-Latino pediatric patients. J Health Care Poor Underserved. 2010 Feb;21(1):229-36. PubMed PMID: 20173265

424. Zonies D, Mack C, Kramer B, **Rivara FP**, Klein M. Verified centers, nonverified centers, or other facilities: a national analysis of burn patient treatment location. J Am Coll Surg. 2010 Mar;210(3):299-305. PubMed PMID: 20193892; PubMed Central PMCID: PMC2831802.

425. Brooks MA, Evans MD, **Rivara FP**. Evaluation of skiing and snowboarding injuries sustained in terrain parks versus traditional slopes. Inj Prev. 2010 Apr;16(2):119-22. PubMed PMID: 20363819.

426. Weir S, Salkever DS, **Rivara FP**, Jurkovich GJ, Nathens AB, Mackenzie EJ. One-year treatment costs of trauma care in the USA. Expert Rev Pharmacoecon Outcomes Res. 2010 Apr;10(2):187-97. PubMed PMID: 20384565.

427. Fishman PA, Bonomi AE, Anderson ML, Reid RJ, **Rivara FP**. Changes in Health Care Costs over Time Following the Cessation of Intimate Partner Violence. J Gen Intern Med. 2010 Apr 23. PubMed PMID: 20414736.

Frederick P. Rivara, M.D., M.P.H.                                                                                    36

428.  Engrav LH, Heimbach DM, **Rivara FP**, Moore ML, Wang J, Carrougher GJ, Costa B, Numhom S, Calderon J, Gibran NS. 12-Year within-wound study of the effectiveness of custom pressure garment therapy. Burns. 2010 Jun 28. PubMed PMID: 20537469.

429.  Stephens KA, Sue S, Roy-Byrne P, Unützer J, Wang J, **Rivara FP**, Jurkovich GJ, Zatzick DF. Ethnoracial variations in acute PTSD symptoms among hospitalized survivors of traumatic injury. J Trauma Stress. 2010 Jun;23(3):384-92. PubMed PMID: 20564368.

430.  Cannon EA, Bonomi AE, Anderson ML, **Rivara FP**, Thompson RS. Adult health and relationship outcomes among women with abuse experiences during childhood. Violence Vict. 2010;25(3):291-305. PubMed PMID: 20565002.

431.  MacKenzie EJ, Weir S, **Rivara FP,** Jurkovich GJ, Nathens AB, Wang W, Scharfstein DO, Salkever DS. The value of trauma center care. J Trauma. 2010 Jul;69(1):1-10. PubMed PMID: 20622572.

432.  Thompson HJ, **Rivara FP**, Nathens A, Wang J, Jurkovich GJ, Mackenzie EJ. Development and Validation of the Mortality Risk for Trauma Comorbidity Index. Ann Surg. 2010 Jul 8] PubMed PMID: 20622665.

433.  Kramer CB, **Rivara FP**, Klein MB. Variations in U.S. Pediatric Burn Injury Hospitalizations Using the National Burn Repository Data. J Burn Care Res. 2010 Jul 12. PubMed PMID: 20628307.

434.  Adams AL, Schiff MA, Koepsell TD, **Rivara FP**, et al.  Physician consultation, multidisciplinary care and 1-year mortality in Medicare recipients hospitalized with hip and lower extremity injuries.  JAGS 2010; 58:1835-1942

435.  Bennett TD, Klein MB, Sorensen MD, De Roos AJ, **Rivara FP**. Influence of birth hospital on outcomes of ductal-dependent cardiac lesions. Pediatrics. 2010 Dec;126(6):1156-64.

436.  Klein MB, Lezotte DC, Heltshe S, Fauerbach J, Holavanahalli RK, **Rivara FP**, Pham T, Engrav L. Functional and Psychosocial Outcomes of Older Adults After Burn Injury: Results From a Multicenter Database of Severe Burn Injury. J Burn Care Res. 2010 Nov 30.

437.  Zatzick DF, **Rivara FP**, Jurkovich GJ, Hoge CW, Wang J, Fan MY, Russo J, Trusz SG, Nathens A, Mackenzie EJ. Multisite investigation of traumatic brain injuries, posttraumatic stress disorder, and self-reported health and cognitive impairments. Arch Gen Psychiatry. 2010 Dec;67(12):1291-300

438.  Koepsell TD, Ztazick DF, **Rivara FP**.  Estimating the population impact of preventive interventions from randomized trials.  Am J Prev Med 2011l 40:191-8.

439.  **Rivara FP**, Koepsell TD, Wang J, Durbin D, Jaffe KM, Vavilala M, Dorsch A, Roper-Caldbeck M, Houseknecht E, Temkin N.  Comparison of telephone with world wide web based responses by parents and teens to a follow-up survey after injury.  Health Serv Res 2011; Jan 28

440.  Hotaling JM, Sorensen MD, Smith TG 3rd, **Rivara FP**, Wessells H, Voelzke BB.Analysis of Diagnostic Angiography and Angioembolization in the Acute

Frederick P. Rivara, M.D., M.P.H.                                              37

Management of Renal Trauma Using a National Data Set. J Urol. 2011 Feb 18. PubMed PMID: 21334643.

441.  Davidson GH, Hamlat CA, **Rivara FP**, Koepsell TD, Jurkovich GJ, Arbabi S. Long-term survival of adult trauma patients. JAMA. 2011 Mar 9;305(10):1001-7. PubMed PMID: 21386078.

442.  Zatzick D, **Rivara FP**, Jurkovich G, Russo J, Trusz SG, Wang J, Wagner A,Stephens K, Dunn C, Uehara E, Petrie M, Engel C, Davydow D, Katon W. Enhancing the population impact of collaborative care interventions: mixed method development and implementation of stepped care targeting posttraumatic stress disorder and related comorbidities after acute trauma. Gen Hosp Psychiatry. 2011 33(2):123-34 PMID: 21596205

443.  Kanal KM, Vavilala MS, Raelson C, Mohan A, Cohen W, Jarvik J, **Rivara FP**, Stewart BK. Variation in pediatric head CT imaging protocols in Washington state.J Am Coll Radiol. 2011 Apr;8(4):242-50. PubMed PMID: 21458762.

444.  Chrisman SP, Schiff MA, **Rivara FP**. Physician Concussion Knowledge and the Effect of Mailing the CDC's "Heads Up" Toolkit. Clin Pediatr (Phila). 2011 Jun 6.PubMed PMID: 21646251.

445.  Kim T, **Rivara FP**, Mozingo DW, Lottenberg L, Harris ZB, Casella G, Liu H,Moldawer LL, Efron PA, Ang DN. A regionalised strategy for improving motor vehicle-related highway driver deaths using a weighted averages method. Inj Prev.2011 Jun 16. PubMed PMID: 21685144.

446.  Zatzick DF, Jurkovich G, Wang J, **Rivara FP**. Variability in the Characteristics and Quality of Care for Injured Youth Treated at Trauma Centers. J Pediatr. 2011 July 22

447.  Koepsell TD, **Rivara FP**, Vavilala MS, et al. Incidence and descriptive epidemiology of traumatic brain injury.  Pediatrics 2011.

448.  **Rivara FP**, Koepsell TD, Wang JI et al.  Disability 3, 12 and 24 months after traumatic brain injury among children and adolescents.  Pediatrics 2011; 128:946-54128:1129-38.

449.  **Rivara FP**, Boisvert D, Relyea-Chew A, Gomez T.  Last Call: decreasing drunk driving among 21-34 year old bar patrons.  Int J Injury Contr Safe Promot 2011, August 4

450.  Friedrich JB, Poppler LH, Mack CD, **Rivara FP**, Levin LS, Klein MB. Epidemiology of upper extremity reimplantation surgery in the US. J hand Surg Am 2011; 36:1835-40.

451.  Schneider EB, Efron DT, MacKenzie EJ, **Rivara FP**, Nathens AB, Jurkovich GJ. Premorbid statin use is associated with improved survival and functional outcomes in older head-injured individuals.  J Trauma 2011; 71:815-9.

452.  Tham SW, Palermo TM, vavilala MS, Wang J, Jaffe KM, Koepsell TD, Dorsch A, Temkin N, Durbin D, **Rivara FP**.  The longitudinal course, risk factors and impact of sleep disturbances in children with traumatic brain injury.  J Neurotrauma 2012; 29:154-61.

Frederick P. Rivara, M.D., M.P.H.                                                    38

453. Blume HK, Vavilala MS, Jaffe KM, Koepsell TD,  Wang J, Temkin N, Durbin D, Dorsch A, **Rivara FP**.  Headache after pediatric traumatic brain injury: a cohort study.  Pediatrics 2012; 129:31-9.

454. Hamlat CA, Arbabi S, Koepsell TD, Maier RV, Jurkovich GJ, **Rivara FP**.  National variation in outcomes and costs for splenic injury and the impact of trauma systems: a population-based cohort study.  Ann Surg 2012; 255:165-70.

455. Hotaling JM, Wang J, Sorenson MD, **Rivara FP**, Gore JL, Jurkovich GJ, McClung CD, Wessells H, Voelzke BB.  A national study of trauma level designation and renal trauma outcome.  J Urol 2012; 187:536-41.

456. Pollack KM, Kercher C, Frattaroli S, Peek-Asa C, Sleet D, **Rivara FP**.  Toward environments and policies that promote injury-free active living-it wouldn't hurt.  Health Place 2012; 18:106-14.

457. **Rivara FP**, Ennis SK, Mangione-Smith R, MacKenzie EJ, Jaffe KM.  Quality of care indicators for the rehabilitation of children with traumatic brain injury.  Arch Phys Med Rehabil 2012 Jan 24.

458. Zumsteg JM, Ennis, KM, Mangione-Smith R, MacKenzie EJ, **Rivara FP**.  Quality of care indicators for the structure and organization of inpatient rehabilitation care of children with TBI.  Arch Phys Med Rehabil 2012 Jan 24.

459. Endorf FW, Garrison MM, Klein MB, Richardson A, **Rivara FP**.  Characteristics, therapies, and outcome of children with necrotizing soft tissue infections.  Pediatr Infect Diseases J 2012; 31:221-3.

460. Jacobs MA, Hotaling JM, Mueller BA, Koyle M, **Rivara F**, Voelzke BB.  Conservative management vs early surgery for high grade pediatric renal trauma--do nephrectomy rates differ? J Urol. 2012 May;187(5):1817-22.

461. Swanson JO, Vavilala MS, Wang J, Pruthi S, Fink J, Jaffe KM, Durbin D, Koepsell T, Temkin N, **Rivara FP**. Association of initial CT findings with quality-of-life outcomes for traumatic brain injury in children. Pediatr Radiol. 2012 Mar 21

462. Thompson HJ, Weir S, **Rivara FP**, Wang J, Sullivan SD, Salkever D, Mackenzie EJ. Utilization and costs of health care after geriatric traumatic brain injury. J Neurotrauma. 2012 Jul 1;29(10):1864-71.

463. **Rivara FP**, Ennis SK, Mangione-Smith R, Mackenzie EJ, Jaffe KM. Variation in Adherence to New Quality-of-Care Indicators for the Acute Rehabilitation of Children With Traumatic Brain Injury. Arch Phys Med Rehabil. 2012 Mar 21.

464. Martin-Herz SP, **Rivara FP**, Wang J, Russo J, Zatzick DF. Predictors of parental posttraumatic stress disorder symptoms in the year after adolescent traumatic injury. Acad Pediatr. 2012 May;12(3):198-204.

465. Nielsen K, Mock C, Joshipura M, Rubiano AM, Zakariah A, **Rivara F**. Assessment  of the status of prehospital care in 13 low- and middle-income countries. Prehosp Emerg Care. 2012 Jul-Sep;16(3):381-9

466. **Rivara FP**. Prevention of death and disability from injuries to children and adolescents. Int J Inj Contr Saf Promot. 2012 May 23

Frederick P. Rivara, M.D., M.P.H.                                                          39

467. Gage AM, Traven N, **Rivara FP**, Jurkovich GJ, Arbabi S. Compliance with Centers for Disease Control and Prevention field triage guidelines in an established trauma system. J Am Coll Surg. 2012 Jul;215(1):148-54

468. Cooper Z, **Rivara FP**, Wang J, Mackenzie EJ, Jurkovich GJ. Racial Disparities in Intensity of Care at the End-of-Life: Are Trauma Patients the Same as the Rest? J Health Care Poor Underserved. 2012;23(2):857-74

469. Naumann RB, Dellinger AM, Anderson ML, Bonomi AE, **Rivara FP**. Healthcare utilization and costs among older adult female drivers and former drivers. J Safety Res. 2012 Apr;43(2):141-4

470. O'Connor SS, Zatzick DF, Wang J, Temkin N, Koepsell TD, Jaffe KM, Durbin D, Vavilala MS, Dorsch A, **Rivara FP**. Association between posttraumatic stress, depression, and functional impairments in adolescents 24 months after traumatic brain injury. J Trauma Stress. 2012 Jun;25(3):264-71

471. Davidson GH, Maier RV, Arbabi S, Goldin AB, **Rivara FP**. Impact of operative intervention delay on pediatric trauma outcomes. J Trauma Acute Care Surg. 2012 Jul;73(1):162-7

472. **Rivara FP**, Vavilala MS, Dennis DR, Temkin NR Ph D, Wang J, O'Connor S, Koepsell T, Dorsch A, Jaffe K. Persistence of disability 24 to 36 months after pediatric traumatic brain injury: a cohort study. J Neurotrauma. 2012 Jul 3

473. Engrav LH, Heimbach DM, **Rivara FP**, Kerr KF, Osler T, Pham TN, Sharar SR, Esselman PC, Bulger EM, Carrougher GJ, Honari S, Gibran NS. Harborview burns - 1974 to 2009. PLoS One. 2012;7(7):e40086

474. **Rivara FP**, Koepsell TD, Wang J, Temkin N, Dorsch A, Vavilala MS, Durbin D, Jaffe KM. Incidence of Disability Among Children 12 Months After Traumatic Brain  Injury. Am J Public Health. 2012 Sep 20.

475. Zatzick D, Donovan D, Dunn C, Russo J, Wang J, Jurkovich G, **Rivara F**, Whiteside L, Ries R, Gentilello L. Substance use and PTSD symptoms in trauma center patients receiving mandated alcohol SBI. J Subst Abuse Treat. 2012 Sep 18. pii: S0740-5472(12)00144-4.

476. Simpson AJ, **Rivara FP**, Pham TN. Quality care in pediatric trauma. Int J Crit Illn Inj Sci. 2012 Sep;2(3):149-55. PMCID: PMC3500007

477. Zatzick D, Jurkovich G, **Rivara FP**, Russo J, Wagner A, Wang J, Dunn C, Lord SP, Petrie M, O'connor SS, Katon W. A randomized stepped care intervention trial targeting posttraumatic stress disorder for surgically hospitalized injury survivors. Ann Surg. 2013 Mar;257(3):390-9. PubMed PMID: 23222034; PubMed Central PMCID: PMC3582367.

478. Thompson LL, **Rivara FP**, Ayyagari RC, Ebel BE. Impact of social and technological distraction on pedestrian crossing behaviour: an observational study. Inj Prev. 2012 Dec 13. [Epub ahead of print] PubMed PMID: 23243104.

479. Lozano R, …**Rivara FP**…et al.  Global and regional mortality from 235 causes of death for 20 age groups in 1990 and 2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2095-128. doi: 10.1016/S0140-6736(12)61728-0.

Frederick P. Rivara, M.D., M.P.H.                                          40

480.   Vos T  …. **Rivara FP**…et al.  Years lived with disability (YLDs) for 1160 sequelae
       of diseases and injuries 1990-2010: a systematic analysis for the Global Burden
       of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2163-96.

481.   Murray CJ, …**Rivara FP**… et al. Disability-adjusted life years (DALYs) for 291
       diseases and injuries in 21 regions, 1990-2010: a systematic  analysis for the
       Global Burden of Disease Study 2010. Lancet. 2012 Dec15;380(9859):2197-223.

482.   Lim SS, … **Rivara FP**…. et al. A comparative risk assessment of burden of
       disease and injury attributable to 67risk factors and risk factor clusters in 21
       regions, 1990-2010: a systematic analysis for the Global Burden of Disease
       Study 2010. Lancet. 2012 Dec15;380(9859):2224-60

483.   Chrisman SP, **Rivara FP**, Schiff MA, Zhou C, Comstock RD. Risk factors for
       concussive symptoms 1 week or longer in high school athletes. Brain Inj.
       2013;27(1):1-9. doi: 10.3109/02699052.2012.722251. PubMed PMID: 23252433

484.   Kellerman, A, **Rivara, FP**. Silencing the Science on Gun Research. JAMA.
       2013;309(6):549-550. doi:10.1001/jama.2012.208207.

485.   Zatzick DF, Donovan DM, Dunn C, Jurkovich GJ, Wang J, Russo J, **Rivara FP**,
       Zatzick CD, Love JR, McFadden CR, Gentilello LM. Disseminating
       Organizational Screening and Brief Intervention Services (DO-SBIS) for alcohol
       at trauma centers study design. Gen Hosp Psychiatry. 2013 Mar;35(2):174-80.

486.   Kernic MA, **Rivara FP**, Zatzick DF, Bell MJ, Wainwright M, Groner  JI, Giza CC,
       Mink R, Ellenbogen R, Boyle L, Mitchell P, Kannan N, Vavilala MS,. Triage of
       Children with Moderate and Severe Traumatic Brain Injury to Trauma Centers. J
       Neurotrauma. 2013 Jan 24.

487.   Ennis SK, **Rivara FP**, Mangione-Smith R, Konodi MA, Mackenzie EJ, Jaffe KM.
       Variations in the quality of inpatient rehabilitation care to facilitate school re-entry
       and cognitive and communication function for children with TBI. Brain Inj.
       2013;27(2):179-88.

488.   Christakis DA, Garrison MM, Herrenkohl T, Haggerty K, **Rivara FP**, Zhou C,
       Liekweg K. Modifying media content for preschool children: a randomized
       controlled trial. Pediatrics. 2013 Mar;131(3):431-8

489.   Chrisman SP, Quitiquit C, **Rivara FP**. Qualitative study of barriers to concussive
       symptom reporting in high school athletics. J Adolesc Health. 2013
       Mar;52(3):330-335.e3

490.   Graves JM, Whitehill JM, Stream JO, Vavilala MS, **Rivara FP**.  Emergency
       department-reported head injuries from skiing and snowboarding among children
       and adolescents, 1996-2010.  Injury prevention 2013.

491.   Hardy R, Vivier P, **Rivara F**, Melzer S. Montana primary care providers' access
       to and satisfaction with pediatric specialists when caring for children with special
       health care needs. J Rural Health. 2013 Spring;29(2):224-32. PubMed PMID:
       23551653

492.   Radesky JS, Zuckerman B, Silverstein M, **Rivara FP**, Barr M, Taylor JA, Lengua
       LJ, Barr RG. Inconsolable infant crying and maternal postpartum depressive
       symptoms. Pediatrics. 2013 Jun;131(6):e1857-64. PubMed PMID: 23650295.

493. Jimenez N, Ebel BE, Wang J, Koepsell TD, Jaffe KM, Dorsch A, Durbin D, Vavilala MS, Temkin N, **Rivara FP**. Disparities in disability after traumatic brain injury among Hispanic children and adolescents. Pediatrics. 2013 Jun;131(6):e1850-6. PubMed PMID:23650302;

494. Graves JM, Sears JM, Vavilala MS, **Rivara FP.** The burden of traumatic brain injury among adolescent and young adult workers in Washington State. J Safety Res. 2013 Jun;45:133-139. PMCID: PMC3659310.

495. Ennis SK, Jaffe KM, Mangione-Smith R, Konodi MA, Mackenzie EJ, **Rivara FP**. Rehabilitation Following Pediatric Traumatic Brain Injury: Variability in Adherence to Psychosocial Quality-of-Care Indicators. J Head Trauma Rehabil. 2013 Jul 3. PubMed PMID: 23835875.

496. US Burden of Disease Collaborators. The state of US health, 1990-2010: burden of diseases, injuries, and risk factors. JAMA. 2013 Aug 14;310(6):591-608 PubMed PMID: 23842577.

497. Van Cleve W, Kernic MA, Ellenbogen RG, Wang J, Zatzick DF, Bell MJ, Wainwright MS, Groner JI, Mink RB, Giza CC, Boyle LN, Mitchell PH, **Rivara FP**, Vavilala MS; for the PEGASUS (Pediatric Guideline Adherence and Outcomes) Project. National Variability in Intracranial Pressure Monitoring and Craniotomy for Children with Moderate to Severe Traumatic Brain Injury. Neurosurgery. 2013 Jul 16. PubMed PMID: 23863766.

498. Tham SW, Palermo TM, Wang J, Jaffe KM, Temkin N, Durbin D, **Rivara FP**. Persistent Pain in Adolescents Following Traumatic Brain Injury. J Pain. 2013i: S1526-5900 PubMed PMID: 23911979.

499. Gabbe BJ, Lyons RA, Harrison JE, **Rivara FP**, Ameratunga S, Jolley D, Polinder S, Derrett S. Validating and Improving Injury Burden Estimates Study: the Injury-VIBES study protocol. Inj Prev. 2013 PubMed PMID: 23920023.

500. Mackelprang JL, Graves JM, **Rivara FP**. Homeless in America: injuries treated in US emergency departments, 2007-2011. Int J Inj Contr Saf Promot. 2013 Sep 6. PubMed PMID: 24011180.

501. Bonomi AE, Anderson ML, Nemeth J, **Rivara FP**, Buettner C. History of dating violence and the association with late adolescent health. BMC Public Health. 2013 Sep 10;13:821. doi: 10.1186/1471-2458-13-821. PubMed PMID: 24015863; PubMed Central PMCID: PMC3847300.

502. Graves JM, Iyer KR, Willis MM, Ebel BE, **Rivara FP**, Vavilala MS. Emergency department-reported injuries associated with mechanical home exercise equipment in the USA. Inj Prev. 2013 Sep 23. doi: 10.1136/injuryprev-2013-040833. PubMed PMID: 24061163.

503. **Rivara FP**, Graham R. Sports-related concussions in youth: report from the Institute of Medicine and National Research Council. JAMA. 2014 Jan 15;311(3):239-40. doi: 10.1001/jama.2013.282985. PubMed PMID: 24185195

504. Engrav LH, Heimbach DM, **Rivara FP**, Kerr KF, Osler T, Pham TN, Sharar SR, Esselman PC, Bulger EM, Carrougher GJ, Honari S, Gibran NS. Harborview Burns - 1974 to 2009. PLoS One. 2013 Oct 23;8(10).. eCollection 2013. PubMed PMID: 24194804; PubMed Central PMCID: PMC3806627.

Frederick P. Rivara, M.D., M.P.H.                                                                    42

505.  **Rivara FP**, Johnston B. Effective primary prevention programs in public health and their applicability to the prevention of child maltreatment. Child Welfare. 2013;92(2):119-39. PubMed PMID: 24199326.

506.  Zonfrillo MR, Durbin DR, Koepsell TD, Wang J, Temkin NR, Dorsch AM, Vavilala MS, Jaffe KM, **Rivara FP**. Prevalence of and Risk Factors for Poor Functioning after Isolated Mild Traumatic Brain Injury in Children. J Neurotrauma. 2014 Jan 9. [Epub ahead of print] PubMed PMID: 24294826.

507.  Graves JM, Kanal KM, Rivara FP, Jarvik JG, Vavilala MS. Dose Reduction Efforts for Pediatric Head CT Imaging in Washington State Trauma Centers: Follow-Up Survey Results. J Am Coll Radiol. 2014 Feb;11(2):161-168.e3. doi: 10.1016/j.jacr.2013.07.004. Epub 2013 Dec 20. PubMed PMID: 24360905.

508.  Gage A, **Rivara F**, Wang J, Jurkovich GJ, Arbabi S. The effect of epidural placement in patients after blunt thoracic trauma. J Trauma Acute Care Surg. 2014 Jan;76(1):39-45; discussion 45-6. doi: 10.1097/TA.0b013e3182ab1b08. PubMed PMID: 24368355

509.  Zatzick D, Donovan DM, Jurkovich G, Gentilello L, Dunn C, Russo J, Wang J, Zatzick CD, Love J, McFadden C, Rivara FP. Disseminating Alcohol Screening and Brief Intervention at Trauma Centers: A Policy Relevant Cluster Randomized Effectiveness Trial. Addiction. 2014 Jan 22. doi: 10.1111/add.12492. [Epub ahead  of print] PubMed PMID: 24450612.

510.  Chrisman SP, Schiff MA, Chung SK, Herring SA, **Rivara FP**. Implementation of Concussion Legislation and Extent of Concussion Education for Athletes, Parents,  and Coaches in Washington State. Am J Sports Med. 2014 Feb 7. [Epub ahead of print] PubMed PMID: 24510067

511.  Davidson GH, **Rivara FP**, Mack CD, Kaufman R, Jurkovich GJ, Bulger EM. Validation of prehospital trauma triage criteria for motor vehicle collisions. J Trauma Acute Care Surg. 2014 Mar;76(3):755-761. PubMed PMID: 24553545

512.  **Rivara FP**, Schiff MA, Chrisman SP, Chung SK, Ellenbogen RG, Herring SA. The Effect of Coach Education on Reporting of Concussions Among High School Athletes After Passage of a Concussion Law. Am J Sports Med. 2014 Feb 25. [Epub ahead of print] PubMed PMID: 24569704

513.  O'Connor SS, Dinsio K, Wang J, Russo J, **Rivara FP**, Love J, McFadden C, Lapping-Carr L, Peterson R, Zatzick DF. Correlates of Suicidal Ideation in Physically Injured Trauma Survivors. Suicide Life Threat Behav. 2014 Feb 24. doi:10.1111/sltb.12085. [Epub ahead of print] PubMed PMID: 24612070.

514.  Greene NH, Kernic MA, Vavilala MS, **Rivara FP**. Variation in Pediatric Traumatic Brain Injury Outcomes in the United States. Arch Phys Med Rehabil. 2014 Mar 10. PMID: 24631594.

515.  Gabbe BJ, Simpson PM, Lyons RA, Polinder S, **Rivara FP**, Ameratunga S, Derrett S, Haagsma J, Harrison JE. How well do principal diagnosis classifications predict disability 12 months postinjury? Inj Prev. 2014 Mar 26. doi:10.1136/injuryprev-2013-041037. [Epub ahead of print] PubMed PMID: 24670959.

Frederick P. Rivara, M.D., M.P.H.                                                                43

516.   Zatzick D, Russo J, Lord SP, Varley C, Wang J, Berliner L, Jurkovich G, Whiteside LK, O'Connor S, **Rivara FP**. Collaborative Care Intervention Targeting Violence Risk Behaviors, Substance Use, and Posttraumatic Stress and Depressive Symptoms in Injured Adolescents: A Randomized Clinical Trial. JAMA Pediatr. 2014 Apr 14:1-8. doi: 10.1001/jamapediatrics.2013.4784. [Epub ahead of print] PubMed PMID: 24733515.

517.   Whitehill JM, **Rivara FP**, Moreno MA. Marijuana-Using Drivers, Alcohol-Using Drivers, and Their Passengers: Prevalence and Risk Factors Among Underage College Students. JAMA Pediatr. 2014 May 12. PMID: 24820649.

518.   **Rivara FP**, McCarty CA, Shandro J, Wang J, Zatzick D. Parental injury and psychological health of children. Pediatrics. 2014 Jul;134(1):e88-97. PMID: 24918226.

519.   Graves JM, Pless B, Moore L, Nathens AB, Hunte G, **Rivara FP**. Public bicycle share programs and head injuries. Am J Public Health. 2014 Aug;104(8):e106-11 PMID: 24922150; PMCID: PMC4103224.

520.   McCormick E, Kerns SE, McPhillips H, Wright J, Christakis DA, **Rivara FP**. Training pediatric residents to provide parent education: a randomized controlled trial. Acad Pediatr. 2014 Jul-Aug;14(4):353-60.  PMID: 24976347

521.   Graves JM, Kanal KM, Vavilala MS, Applegate KE, Jarvik JG, **Rivara FP**. Hospital-level factors associated with use of pediatric radiation dose-reduction protocols for head CT: results from a national survey. J Am Coll Radiol. 2014 Jul;11(7):717-724. PMID: 24993537;Central PMCID: PMC4082793.

522.   Vavilala MS, Kernic MA, Wang J, Kannan N, Mink RB, Wainwright MS, Groner JI, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, **Rivara FP**; Pediatric Guideline Adherence and Outcomes Study. Acute care clinical indicators associated with discharge outcomes in children with severe traumatic brain injury*. Crit Care Med. 2014 Oct;42(10):2258-66.  PMID: 25083982;PMCID: PMC4167478.

523.   Mackelprang JL, Harpin SB, Grubenhoff JA, **Rivara FP**. Adverse outcomes among homeless adolescents and young adults who report a history of traumatic brain injury. Am J Public Health. 2014 Oct;104(10):1986-92.PMID: 25122029; PMCID: PMC4167112.

524.   Van Eaton EG, Zatzick DF, Gallagher TH, Tarczy-Hornoch P, **Rivara FP**, Flum DR, Peterson R, Maier RV. A nationwide survey of trauma center information technology leverage capacity for mental health comorbidity screening. J Am Coll Surg. 2014 Sep;219(3):505-510.PMID: 25151344; PMCID: PMC4160658.

525.   Greene NH, Pham TN, Esselman PC, **Rivara FP.** Variation in Inpatient Rehabilitation Utilization After Hospitalization for Burn Injury in the United States. J Burn Care Res. 2014 Nov 24.  PubMed PMID:25423440.

526.   Graves JM, Whitehill JM, Hagel BE, **Rivara FP**. Making the most of injury surveillance data: Using narrative text to identify exposure information in case-control studies. Injury. 2014 Nov 26. pii: S0020-1383 PMID: 25498331

527.   Gabbe BJ, Simpson PM, Lyons RA, Ameratunga S, Harrison JE, Derrett S, Polinder S, Davie G, **Rivara FP**. Association between the Number of Injuries

Frederick P. Rivara, M.D., M.P.H.                                                    44

Sustained and 12-Month Disability Outcomes: Evidence from the Injury-VIBES Study. PLoS One. 2014 Dec 11;9(12):e113467. PMID: 25501651; PMCID: PMC4263479.

528.    Fawcett VJ, Flynn-O'Brien KT, Shorter Z, Davidson GH, Bulger E, **Rivara FP**, Arbabi S. Risk Factors for Unplanned Readmissions in Older Adult Trauma Patients in Washington State: A Competing Risk Analysis. J Am Coll Surg. 2014 Nov 20. pii:S1072-7515(14)01820-1.PMID: 25542280.

529.    Simonetti JA, Mackelprang JL, Rowhani-Rahbar A, Zatzick D, **Rivara FP**.Psychiatric Comorbidity, Suicidality, and In-Home Firearm Access Among a Nationally Representative Sample of Adolescents. JAMA Psychiatry. 2014 Dec 30. PMID:25548879

530.    Morshed S, Knops S, Jurkovich GJ, Wang J, MacKenzie E, **Rivara FP**. The impact of trauma-center care on mortality and function following pelvic ring and acetabular injuries. J Bone Joint Surg Am. 2015 Feb 18;97(4):265-72. PubMed PMID: 25695975.

531.    Rowhani-Rahbar A, Zatzick D, Wang J, Mills BM, Simonetti JA, Fan MD, **Rivara FP**. Firearm-Related Hospitalization and Risk for Subsequent Violent Injury, Death, or Crime Perpetration: A Cohort Study. Ann Intern Med. 2015 Feb 24. PubMed PMID: 25706337.

532.    Flynn-O'Brien KT, Fawcett VJ, Nixon ZA, **Rivara FP**, Davidson GH, Chesnut RM, Ellenbogen RG, Vavilala MS, Bulger EM, Maier RV, Arbabi S. Temporal Trends in Surgical Intervention for Severe Traumatic Brain Injury Caused by Extra-axial Hemorrhage, 1995 to 2012. Neurosurgery. 2015 Feb 12.PubMedPMID: 5710105.

533.    Kanal KM, Graves JM, Vavilala MS, Applegate KE, Jarvik JG, **Rivara FP**. Variation in CT Pediatric Head Examination Radiation Dose: Results From a National Survey. AJR Am J Roentgenol. 2015 Mar;204(3):W293-301. PubMed PMID: 25714315

534.    Ayoung-Chee PR, **Rivara FP**, Weiser T, Maier RV, Arbabi S. Beyond the hospital doors: Improving long-term outcomes for elderly trauma patients. J Trauma Acute Care Surg. 2015 Apr;78(4):837-43. PubMed PMID: 25742250.

535.    Jimenez N, Osorio M, Ramos JL, Apkon S, Ebel BE, **Rivara FP**. Functional Independence After Inpatient Rehabilitation for Traumatic Brain Injury Among Minority Children and Adolescents. Arch Phys Med Rehabil. 2015 Mar 4. PubMed PMID: 25747552.

536.    Thompson HJ, Vavilala MS, **Rivara FP**. Chapter 1 Common Data Elements and Federal Interagency Traumatic Brain Injury Research Informatics System for TBI Research. Annu Rev Nurs Res. 2015;33(1):1-11. PubMed PMID: 25946381.

537.    Greene NH, Kernic MA, Vavilala MS, **Rivara FP**. Validation of ICDPIC software injury severity scores using a large regional trauma registry. Inj Prev. 2015 May 18. PMID: 25985974.

538.    Simonetti JA, Rowhani-Rahbar A, Mills B, Young B, **Rivara FP**. State Firearm Legislation and Nonfatal Firearm Injuries. Am J Public Health. 2015 Jun 11:e1-e7. PubMed PMID: 26066935

Frederick P. Rivara, M.D., M.P.H.                                                          45

539.   Thompson L, **Rivara FP**, Whitehill JM. Prevalence of Marijuana-Related Traffic on Twitter, 2012-2013: A Content Analysis. Cyberpsychol Behav Soc Netw. 201 Jun;18(6):311-9. PubMed PMID: 26075917.

540.   Gabbe BJ, McDermott E, Simpson PM, Derrett S, Ameratunga S, Polinder S, Lyons RA, **Rivara FP**, Harrison JE. Level of agreement between patient-reported EQ-5D responses and EQ-5D responses mapped from the SF-12 in an injury population. Popul Health Metr. 2015 Jun 13;13:14. PubMed PMID: 26097435;.

541.   Gunning AC, Lansink KW, van Wessem KJ, Balogh ZJ, **Rivara FP**, Maier RV, Leenen LP. Demographic Patterns and Outcomes of Patients in Level I Trauma Centers in Three International Trauma Systems.. World J Surg. 2015 Jul 17. PubMed PMID: 26183375; PubMed Central PMCID: PMC26183375.

542.   Dervan LA, King MA, Cuschieri J, **Rivara FP**, Weiss NS. Pediatric solid organ injury operative interventions and outcomes at Harborview Medical Center, before and after introduction of a solid organ injury pathway for pediatrics.. J Trauma Acute Care Surg. 2015 Aug;79(2):215-20. PubMed PMID: 26218688;

543.   N, Rowhani-Rahbar A, Willis M, Baron K, Giordano J, Crawley D, **Rivara FP**, Jaffe KM, Ebel BE.  Availability of Outpatient Rehabilitation Services for Children After Traumatic Brain Injury: Differences by Language and Insurance Status. Moore M, Jimenez. Am J Phys Med Rehabil. 2015 Aug 7. PubMed PMID: 26259055;

544.   Graves JM, **Rivara FP**, Vavilala MS .Health Care Costs 1 Year After Pediatric Traumatic Brain Injury.. Am J Public Health. 2015 Aug 13:e1-e7. PubMed PMID: 26270293;.

545.   Quistberg DA, Howard EJ, Ebel BE, Moudon AV, Saelens BE, Hurvitz PM, Curtin JE, **Rivara FP.**  Multilevel models for evaluating the risk of pedestrian-motor vehicle collisions at intersections and mid-blocks.. Accid Anal Prev. 2015 Aug 31;84:99-111. PubMed PMID: 26339944;

546.   Rowhani-Rahbar A, Chrisman S, Drescher S, Schiff MA, **Rivara FP**. Agreement between High School Athletes and their Parents on Reporting Athletic Events and Concussion Symptoms. J Neurotrauma. 2015 Sep 28. PMID: 26414288;

547.   Flynn-O'Brien KT, Thompson LL, Gall CM, Fallat ME, Rice TB, **Rivara FP**.Variability in the structure and care processes for critically injured children: A multicenter survey of trauma bay and intensive care units. J Pediatr Surg. 2015 Sep 12. PMID: 26452704.

548.   Mackelprang JL, Qiu Q, **Rivara FP**. Predictors of Emergency Department Visits and Inpatient Admissions Among Homeless and Unstably Housed Adolescents and Young Adults. Med Care. 2015 Dec;53(12):1010-7PMID: 26492212;

Frederick P. Rivara, M.D., M.P.H.                                                    46

549.  Flynn-O'Brien KT, Stewart BT, Fallat ME, Maier RV, Arbabi S, **Rivara FP**, McIntyre LK .Mortality after emergency department thoracotomy for pediatric blunt trauma: Analysis of the National Trauma Data Bank 2007-2012.. J Pediatr Surg. 2015 Oct 23. PMID: 26577911;

550.  Staples JA, Wang J, Mills B, Temkin N, Zaros MC, Jurkovich GJ, **Rivara FP**. The Application of the CRASH-CT Prognostic Model for Older Adults With Traumatic Brain Injury: A Population-Based Observational Cohort Study. J Head Trauma Rehabil. 2015 Nov 17. PMID: 26580690

551.  Flynn-O'Brien KT, **Rivara FP**, Weiss NS, Lea VA, Marcelin LH, Vertefeuille J, Mercy JA. Prevalence of physical violence against children in Haiti: A national population-based cross-sectional survey. Child Abuse Negl. 2015 Nov 20. PMID: 26612595;

552.  **Rivara FP,** Kuppermann N, Ellenbogen RG Use of Clinical Prediction Rules for Guiding Use of Computed Tomography in Adults With Head Trauma.. JAMA. 2015 Dec 22-29;314(24):2629-31.

553.  Brolliar SM, Moore M, Thompson HJ, Whiteside LK, Mink RB, Wainwright MS, Groner JI, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Ng Boyle L, Mitchell PH, **Rivara FP**, Vavilala MS. A Qualitative Study Exploring Factors Associated with Provider Adherence to Severe Pediatric Traumatic Brain Injury Guidelines. J Neurotrauma. 2016 Jan 13.

554.  Rowhani-Rahbar A, Simonetti JA, **Rivara FP**. Effectiveness of Interventions to Promote Safe Firearm Storage. Epidemiol Rev. 2016;38(1):111-24

555.  Gupta D, Sharma D, Kannan N, Prapruettham S, Mock C, Wang J, Qiu Q, Pandey RM, Mahapatra A, Dash HH, Hecker JG, **Rivara FP**, Rowhani-Rahbar A, Vavilala MS. Guideline Adherence and Outcomes in Severe Adult Traumatic Brain Injury for the CHIRAG (Collaborative Head InjuRy and Guidelines) Study. World Neurosurg. 2016

556.  Winker MA, Abbasi K, **Rivara FP**. Unsafe and understudied: the US gun problem. BMJ. 2016 Feb 10;352:i578

557.  Graves JM, Kannan N, Mink RB, Wainwright MS, Groner JI, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, **Rivara FP**, Wang J, Rowhani-Rahbar A, Vavilala MS; Pediatric Guideline Adherence and Outcomes Study. Guideline Adherence and Hospital Costs in Pediatric Severe Traumatic Brain Injury. Pediatr Crit Care Med. 2016 Mar 1

Frederick P. Rivara, M.D., M.P.H.                                                                          47

558.  Chrisman SP, Mac Donald CL, Friedman S, Andre J, Rowhani-Rahbar A, Drescher S, Stein E, Holm M, Evans N, Poliakov AV, Ching RP, Schwien CC, Vavilala MS, **Rivara FP**. Head Impact Exposure During a Weekend Youth Soccer Tournament. J Child Neurol. 2016 Mar 6.

559.  Fuentes MM, Apkon S, Jimenez N, **Rivara FP**. Association Between Facility Type During Pediatric Inpatient Rehabilitation and Functional Outcomes. Arch Phys Med Rehabil. 2016 Mar 26. PubMed PMID: 27026580.

560.  Witt CE, Goldin AB, Vavilala MS, **Rivara FP**. Effect of body mass index percentile on pediatric gastrointestinal surgery outcomes. J Pediatr Surg. 2016 PubMed PMID: 27056288.

561.  Staples JA, Wang J, Zaros MC, Jurkovich GJ, **Rivara FP**. The application of IMPACT prognostic models to elderly adults with traumatic brain injury: A population-based observational cohort study. Brain Inj. 2016 Apr 8:1-9.

562.  Kett P, **Rivara F**, Gomez A, Kirk AP, Yantsides C. The Effect of an All-Ages Bicycle Helmet Law on Bicycle-Related Trauma. J Community Health. 2016 Apr PubMed PMID: 27119320

563.  Jimenez N, Symons RG, Wang J, Ebel BH, Vavilala MS, Buchwald D, Temkin N, Jaffe KM, **Rivara FP**. Outpatient Rehabilitation for Medicaid-Insured Children Hospitalized With Traumatic Brain Injury. Pediatrics. 2016 Jun;137(6) PubMed PMID: 27244850

564.  Bryan MA, Rowhani-Rahbar A, Comstock RD, **Rivara F**; Seattle Sports Concussion Research Collaborative. Sports- and Recreation-Related Concussions in US Youth. Pediatrics. 2016 Jul;138(1). PubMed PMID: 27325635.

565.  McCarty CA, Zatzick D, Stein E, Wang J, Hilt R, **Rivara FP**; Seattle Sports Concussion Research Collaborative. Collaborative Care for Adolescents With Persistent Postconcussive Symptoms: A Randomized Trial. Pediatrics. 2016 Sep 13. PMID: 27624513.

566.  Boyd JM, Burton R, Butler BL, Dyer D, Evans DC, Felteau M, Gruen RL, Jaffe KM, Kortbeek J, Lang E, Lougheed V, Moore L, Narciso M, Oxland P, **Rivara FP**, Roberts D, Sarakbi D, Vine K, Stelfox HT. Development and Validation of Quality Criteria for Providing Patient- and Family-centered Injury Care. Ann Surg. 2016 Sep 8. PubMed PMID: 27611609.

567.  Kannan N, Wang J, Mink RB, Wainwright MS, Groner JI, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, **Rivara FP**, Rowhani-Rahbar A, Vavilala MS; PEGASUS (Pediatric Guideline Adherence Outcomes) Study. Timely Hemodynamic Resuscitation and Outcomes in Severe Pediatric Traumatic Brain Injury: Preliminary Findings. Pediatr Emerg Care. 2016 Jul 12. PubMed PMID: 27387972.

568.  Krishnamoorthy V, Rowhani-Rahbar A, Chaikittisilpa N, Gibbons EF, **Rivara FP**, Temkin NR, Quistberg A, Vavilala MS. Association of Early Hemodynamic Profile and the Development of Systolic Dysfunction Following Traumatic Brain Injury. Neurocrit Care. 2016 Dec 20. doi: 10.1007/s12028-016-0335-x. [Epub ahead of print] PubMed PMID: 28000133.

Frederick P. Rivara, M.D., M.P.H.                                                                    48

569.   Thompson LL, Lyons VH, McCart M, Herring SA, **Rivara FP**, Vavilala MS.
       Variations in State Laws Governing School Reintegration Following Concussion.
       Pediatrics. 2016 Dec;138(6). pii: e20162151. PubMed PMID: 27940709.

570.    Witt CE, Arbabi S, Nathens AB, Vavilala MS, **Rivara FP**. Obesity in pediatric
       trauma. J Pediatr Surg. 2016 Nov 23. pii: S0022-3468(16)30586-3. doi:
       10.1016/j.jpedsurg.2016.11.037. [Epub ahead of print] PubMed PMID: 27914588.

571.    Simonetti JA, Rowhani-Rahbar A, **Rivara FP**. The Road Ahead for Personalized
       Firearms. JAMA Intern Med. 2017 Jan 1;177(1):9-10. PubMed PMID: 27893047.

572.   Gabbe BJ, Lyons RA, Simpson PM, **Rivara FP**, Ameratunga S, Polinder S,
       Derrett S, Harrison JE. Disability weights based on patient-reported data from a
       multinational injury cohort. Bull World Health Organ. 2016 Nov 1;94(11):806-
       16C. PubMed PMID: 27821883; PubMed Central PMCID: PMC5096353.

573.   Rowhani-Rahbar A, Fan MD, Simonetti JA, Lyons VH, Wang J, Zatzick D, **Rivara
       FP**. Violence Perpetration Among Patients Hospitalized for Unintentional and
       Assault-Related Firearm Injury: A Case-Control Study and a Cohort Study. Ann
       Intern Med. 2016 Dec 20;165(12):841-847. PubMed PMID:  27750282.

574.   Flannery DJ, Todres J, Bradshaw CP, Amar AF, Graham S, Hatzenbuehler M,
       Masiello M, Moreno M, Sullivan R, Vaillancourt T, Le Menestrel SM, **Rivara F**.
       Bullying Prevention: a Summary of the Report of the National Academies of
       Sciences, Engineering, and Medicine : Committee on the Biological and
       Psychosocial Effects of Peer Victimization: Lessons for Bullying Prevention. Prev
       Sci. 2016 Nov;17(8):1044-1053. PubMed PMID: 27722816

575.   Kett P, **Rivara F**, Gomez A, Kirk AP, Yantsides C. The Effect of an All-Ages
       Bicycle Helmet Law on Bicycle-Related Trauma. J Community Health.
       2016;41(6):1160-1166. PubMed PMID: 27119320.

576.   Fuentes MM, Thompson L, Quistberg DA, Haaland WL, Rhodes K, Kartin D,
       Kerfeld C, Apkon S, Rowhani-Rahbar A, **Rivara FP**. Auditing Access to
       Outpatient Rehabilitation Services for Children With Traumatic Brain Injury and
       Public Insurance in Washington State. Arch Phys Med Rehabil. 2017 Jan 23. pii:
       S0003-9993(17)30015-1.pubMed PMID: 28126353.

577.   Witt CE, Linnau KF, Maier RV, **Rivara FP**, Vavilala MS, Bulger EM, Arbabi S.
       Management of pericardial fluid in blunt trauma: Variability in practice and
       predictors of operative outcome in patients with computed tomography evidence
       of pericardial fluid. J Trauma Acute Care Surg. 2017;82(4):733-741. PubMed
       PMID: 28129264; PubMed Central PMCID:PMC5360471.

578.   Zatzick DF, Rowhani-Rahbar A, Wang J, Russo J, Darnell D, Ingraham L,
       Whiteside LK, Guiney R, Hedrick MK, **Rivara FP**. The Cumulative Burden of
       Mental, Substance Use, and General Medical Disorders and Rehospitalization
       and Mortality After an Injury. Psychiatr Serv. 2017;68(6):596-602.  PubMed
       PMID: 28142384.

Frederick P. Rivara, M.D., M.P.H.                                                    49

579.    Jimenez N, Quistberg A, Vavilala MS, Jaffe KM, **Rivara FP**. Utilization of Mental
        Health Services After Mild Pediatric Traumatic Brain Injury. Pediatrics. 2017
        139(3 pubMed PMID: 28159872; PubMed Central PMCID: PMC5330397.

580.    Ajdari A, Boyle LN, Kannan N, Rowhani-Rahbar A, Wang J, Mink R, Ries B,
        Wainwright M, Groner JI, Bell MJ, Giza C, Zatzick DF, Ellenbogen RG, Mitchell
        PH, **Rivara FP**, Vavilala MS. Examining Emergency Department Treatment
        Processes in Severe Pediatric Traumatic Brain Injury. J Healthc Qual. 2017 Feb
        3. PubMed PMID: 28166114.

581.    Chrisman SPD, Whitlock KB, Somers E, Burton MS, Herring SA, Rowhani-
        Rahbar A, **Rivara FP**. Pilot study of the Sub-Symptom Threshold Exercise
        Program (SSTEP) for persistent concussion symptoms in youth.
        NeuroRehabilitation. 2017;40(4):493-499. PubMed PMID: 28222566.

582.    Flynn-O'Brien KT, Fallat ME, Rice TB, Gall CM, Nance ML, Upperman JS,
        Gourlay DM, Crow JP, **Rivara FP**. Pediatric Trauma Assessment and
        Management Database: Leveraging Existing Data Systems to Predict Mortality
        and Functional Status after Pediatric Injury. J Am Coll Surg. 2017 224(5):933-
        944.. PubMed PMID: 28235647.

583.    Quistberg DA, Howard EJ, Hurvitz PM, Moudon AV, Ebel BE, **Rivara FP,**
        Saelens BE. The Relationship Between Objectively Measured Walking and Risk
        of Pedestrian-Motor Vehicle Collision. Am J Epidemiol. 2017;185(9):810-821.
        PubMed PMID: 28338921; PubMed Central PMCID: PMC5411678

584.    Jenness JL, Witt CE, Quistberg DA, Johnston BD, Rowhani-Rahbar A,
        Mackelprang  JL, McLaughlin KA, Vavilala MS, **Rivara FP**. Association of
        physical injury and mental health: Results from the national comorbidity survey-
        adolescent supplement. J Psychiatr Res. 2017 Sep;92:101-107. PubMed PMID:
        28414929.

585.    Greene NH, Kernic MA, Vavilala MS, Rivara FP. Variation in Adult Traumatic
        Brain Injury Outcomes in the United States. J Head Trauma Rehabil. 2017
        PubMed PMID: 28422899.

586.    Lyons VH, Moore M, Guiney R, Ayyagari RC, Thompson L, **Rivara FP**, Fleming
        R, Crawley D, Harper D, Vavilala MS. Strategies to Address Unmet Needs and
        Facilitate Return to Learn Guideline Adoption Following Concussion. J Sch
        Health. 2017 Jun;87(6):416-426.. PubMed PMID: 28463445.

587.    Bonow RH, Friedman SD, Perez FA, Ellenbogen RG, Browd SR, MacDonald CL,
        Vavilala MS, **Rivara FP**. Prevalence of abnormal magnetic resonance imaging
        findings in children with persistent symptoms after pediatric sports-related
        concussion. J Neurotrauma. 2017 May 10.  PubMed PMID: 28490224

588.    Simonetti JA, Rowhani-Rahbar A, King C, Bennett E, **Rivara FP**. Evaluation of a
        community-based safe firearm and ammunition storage intervention. Inj Prev.
        2017 Jun 22. PubMed PMID: 28642248.

Frederick P. Rivara, M.D., M.P.H.                                                    50

589.  Simckes MS, Simonetti JA, Moreno MA, **Rivara FP**, Oudekerk BA, Rowhani-Rahbar A. Access to a Loaded Gun Without Adult Permission and School-Based Bullying. J Adolesc Health. 2017 Sep;61(3):329-334. PubMed PMID: 28652055.

590.  Bonow RH, Witt CE, Mosher BP, Mossa-Basha M, Vavilala MS, **Rivara FP**, Cuschieri J, Arbabi S, Chesnut RM. Transcranial Doppler Microemboli Monitoring for Stroke Risk Stratification in Blunt Cerebrovascular Injury. Crit Care Med. 2017 Oct;45(10):e1011-e1017. doi: 10.1097/CCM.0000000000002549. PubMedPMID:28658027.

591.  Witt CE, Rudd KE, Bhatraju P, **Rivara FP**, Hawes SE, Weiss NS. Neonatal abstinence syndrome and early childhood morbidity and mortality in Washington state: a retrospective cohort study. J Perinatol. 2017 Oct;37(10):1124-1129. PubMed PMID: 28682319; PubMed Central PMCID: PMC5630496

592.  Kroshus E, **Rivara FP**, Whitlock KB, Herring SA, Chrisman SPD. Disparities in Athletic Trainer Staffing in Secondary School Sport: Implications for Concussion Identification. Clin J Sport Med. 2017 Nov;27(6):542-547. PubMed PMID: 28742604

593.  Kroshus E, Babkes Stellino M, Chrisman SPD, **Rivara FP**. Threat, Pressure, and Communication About Concussion Safety: Implications for Parent Concussion Education. Health Educ Behav. 2017 Aug 1:PubMed PMID: 28789571

594.  Tessler RA, Mooney SJ, Witt CE, O'Connell K, Jenness J, Vavilala MS, **Rivara FP**. Use of Firearms in Terrorist Attacks: Differences Between the United States, Canada, Europe, Australia, and New Zealand. JAMA Intern Med. 2017 Oct 6:

595.  Bonow RH, Oron AP, Hanak BW, Browd SR, Chesnut RM, Ellenbogen RG, Vavilala MS, **Rivara FP**. Post-Traumatic Hydrocephalus in Children: A Retrospective Study in 42 Pediatric Hospitals Using the Pediatric Health Information System. Neurosurgery. 2017 Oct 6. PubMed PMID: 29029289

596.  Chrisman SPD, Ebel BE, Stein E, Lowry SJ, **Rivara FP**. Head Impact Exposure in Youth Soccer and Variation by Age and Sex. Clin J Sport Med. 2017 Oct 20. PubMed PMID: 29064865.

597.  Stein E, Howard W, Rowhani-Rahbar A, **Rivara FP,** Zatzick D, McCarty CA. Longitudinal trajectories of post-concussive and depressive symptoms in adolescents with prolonged recovery from concussion. Brain Inj. 2017;31(13-14):1736-1744.

598.  Moore M, Jimenez N, Graves JM, Rue T, Fann JR, **Rivara FP**, Vavilala MS. Racial Disparities in Outpatient Mental Health Service Use Among Children Hospitalized for Traumatic Brain Injury. J Head Trauma Rehabil. 2017 Nov 29

599.  Tessler RA, Lyons VH, Hagedorn JC, Vavilala MS, Goldin A, Arbabi S, **Rivara FP**. Transfer and Non-Transfer Patients in Isolated Low-Grade Blunt Pediatric

Frederick P. Rivara, M.D., M.P.H.                                                      51

      Solid Organ Injury: Implications for Regionalized Trauma Systems. J Trauma Acute Care Surg. 2017 Dec 28. PubMed PMID: 29283968

600.   Ajdari A, Boyle LN, Kannan N, Wang J, **Rivara FP**, Vavilala MS. Simulation of the Emergency Department Care Process for Pediatric Traumatic Brain Injury. JHealthc Qual. 2017 Dec 21. PubMed PMID: 29271801

601.   Kroshus E, Sonnen AJ, Chrisman SP, **Rivara FP**. Association between community socioeconomic characteristics and access to youth flag football. Inj Prev. 2018 Jan 12. PubMed PMID: 29330199.

602.   Krishnamoorthy V, Vavilala MS, Chaikittisilpa N, **Rivara FP**, Temkin NR, Lele AV, Gibbons EF, Rowhani-Rahbar A. Association of Early Myocardial Workload and Mortality Following Severe Traumatic Brain Injury. Crit Care Med. 2018 Mar 3.

603.   Fuentes MM, Wang J, Haarbauer-Krupa J, Yeates KO, Durbin D, Zonfrillo MR, Jaffe KM, Temkin N, Tulsky D, Bertisch H, **Rivara FP**. Unmet Rehabilitation needs After Hospitalization for Traumatic Brain Injury. Pediatrics. 2018 Apr 19

604.   Mooney SJ, Magee C, Dang K, Leonard JC, Yang J, **Rivara FP**, Ebel BE, Rowhani-Rahbar A, Quistberg DA. "Complete Streets" and Adult Bicyclist Fatalities: Applying G-Computation to Evaluate an Intervention That Affects the size of a Population at Risk. Am J Epidemiol. 2018 Sep 1;187(9):2038-2045

605.   Bonow RH, Wang J, Zatzick DF, **Rivara FP**, Rowhani-Rahbar A. Traumatic Brain Injury and the Risk for Subsequent Crime Perpetration. J Head Trauma Rehabil. 2018 May 31

606.   O'Connell KM, Quistberg DA, Tessler R, Robinson BRH, Cuschieri J, Maier RV, **Rivara FP**, Vavilala MS, Bhalla PI, Arbabi S. Decreased Risk of Delirium With Use  of Regional Analgesia in Geriatric Trauma Patients With Multiple Rib Fractures. Ann Surg. 2018 Sep;268(3):534-540.

607.   DeCou CR, Wang J, **Rivara FP**, Rowhani-Rahbar A. Intentional Injury and the Risk of Subsequent Hospitalization for Attempted Suicide. Suicide Life Threat Behav. 2018 Aug 2

608.   Gabbe BJ, Dipnall JF, Lynch JW, **Rivara FP**, Lyons RA, Ameratunga S, Brussoni M, Lecky FE, Bradley C, Simpson PM, Beck B, Demmler JC, Lyons J, Schneeberg A, Harrison JE. Validating injury burden estimates using population birth cohorts and longitudinal cohort studies of injury outcomes: the VIBES-Junior study protocol. BMJ Open. 2018 Aug 5;8(8):e024755

609.   Killien EY, Mills B, Watson RS, Vavilala MS, **Rivara FP**. Risk Factors on Hospital Arrival for Acute Respiratory Distress Syndrome Following Pediatric Trauma. Crit Care Med. 2018 Aug 16

Frederick P. Rivara, M.D., M.P.H.                                                              52

610.   Mills BM, Nurius PS, Matsueda RL, **Rivara FP**, Rowhani-Rahbar A. Prior Arrest,
       Substance Use, Mental Disorder, and Intent-Specific Firearm Injury. Am J Prev
       Med. 2018 Sep;55(3):298-307.

611.   Killien EY, Mills B, Watson RS, Vavilala MS, *Rivara FP*. Morbidity and Mortality
       Among Critically Injured Children With Acute Respiratory Distress Syndrome. Crit
       Care Med. 2018 Oct 30. doi: 10.1097/CCM.0000000000003525.

612.   Quistberg DA, Thompson LL, Curtin J, **Rivara FP**, Ebel BE. Impact of automated
       photo enforcement of vehicle speed in school zones: interrupted time series
       analysis. Inj Prev. 2018 Oct 2.

613.   Bonow RH, Quistberg A, **Rivara FP**, Vavilala MS. Intensive Care Unit Admission
       Patterns for Mild Traumatic Brain Injury in the USA. Neurocrit Care. 2018 Aug 22.

614.   Kroshus E, Qu P, Chrisman SPD, Schwien C, Herring SA, **Rivara FP**.
       Parentalconcern about concussion risk for their children. Soc Sci Med. 2019 Jan
       2. pii:S0277-9536(18)30720-2. doi: 10.1016/j.socscimed.2018.12.037. [Epub
       ahead of print] PubMed PMID: 30674437.

615.   Tessler RA, Rangel MM, Rosser ML, **Rivara FP**, Bulger E, Vavilala MS, Reed
       MJ, Arbabi S. COMPLICATIONS IN LOW-RISK OLDER ADULT TRAUMA
       PATIENTS: A CASE-CONTROL STUDY. J Trauma Acute Care Surg. 2019 Jan
       10.

616.   Killien EY, Mills B, Vavilala MS, Scott Watson R, O'Keefe GE, **Rivara FP**.
       Association between Age and Acute Respiratory Distress Syndrome
       Development and Mortality following Trauma. J Trauma Acute Care Surg. 2019
       Jan 10.

617.   Tessler RA, Arbabi S, Bulger EM, Mills B, **Rivara FP**. Trends in Firearm Injury
       and Motor Vehicle Crash Case Fatality by Age Group, 2003-2013. JAMA Surg.
       2018 Dec 19.

618.   Flynn-O'Brien KT, Richards MK, Wright DR, **Rivara FP**, Haaland W, Thompson
       L, Oldham K, Goldin A. Health outcomes and the healthcare and societal cost of
       optimizing pediatric surgical care in the United States. J Pediatr Surg. 2018 Nov

619.   Tessler RA, Langton L, **Rivara FP,** Vavilala MS, Rowhani-Rahbar A. Differences
       by Victim Race and Ethnicity in Race- and Ethnicity-Motivated Violent Bias
       Crimes: A National Study. J Interpers Violence. 2018 Dec 17

620.   Tessler RA, Vanhoy S, Bergus K, Fong C, Bulger EM, **Rivara FP**, Vavilala
       MS.Higher LRINEC Scores and Escalation of Anesthesia Care in Necrotizing
       Soft Tissue Infection. J Surg Res. 2019 Feb 12;238:119-126.

621.   Chrisman SPD, Lowry S, Herring SA, Kroshus E, Hoopes TR, Higgins SK,
       **Rivara FP**. Concussion Incidence, Duration, and Return to School and Sport in
       5- to  14-Year-Old American Football Athletes. J Pediatr. 2018 Dec 12.

Frederick P. Rivara, M.D., M.P.H.                                                                53

622.    Kroshus E, Chrisman SPD, Harmon KG, Herring SA, Broglio SP, Master CL,
        McGill CA, Putukian M, Register-Mihalik JK, **Rivara FP**; National Delphi Panel on
        Sports Concussion Knowledge. What Do Parents Need to Know About
        Concussion? Developing Consensus Using the Delphi Method. Clin J Sport Med.
        2018 Nov 20.

623.    Graves JM, Mackelprang JL, Moore M, Abshire DA, **Rivara FP,** Jimenez N,
        Fuentes M, Vavilala MS. Rural-urban disparities in health care costs and health
        service utilization following pediatric mild traumatic brain injury. Health Serv Res.
        2018 Dec 3.

624.    Morgan ER, Gomez A, **Rivara FP**, Rowhani-Rahbar A. Firearm Storage and
        Adult Alcohol Misuse Among Washington State Households With Children. JAMA
        Pediatr. 2018 Nov 19.

625.    Rowhani-Rahbar A, Quistberg DA, Morgan ER, Hajat A, **Rivara FP**. Income
        inequality and firearm homicide in the US: a county-level cohort study. Inj Prev.
        2019 Feb 19.

626.    Ngo QM, Sigel E, Moon A, Stein SF, Massey LS, **Rivara F** et al; FACTS
        Consortium.  State of the science: a scoping review of primary prevention of
        firearm injuries among children and adolescents.  J Behav Med 2019; 42:811-
        829.

627.    Lyons VH, **Rivara FP,** Yan AN, Currier C, Ballsmith E, Haggerty KP, Whiteside L,
        Floyd AS, Hajat A, Rowhani-Rahbar A. Firearm-related behaviors following
        firearm  injury: changes in ownership, carrying and storage. J Behav Med. 2019;
        42(4):658-673.

628.    Simonetti JA, Simeona C, Gallagher C, Bennett E, **Rivara FP**, Rowhani-Rahbar
        A. Preferences for Firearm Locking Devices and Device Features Among
        Participants in a Firearm Safety Event. West J Emerg Med. 2019 Jul;20(4):552-
        556

629.    Chrisman SPD, Whitlock KB, Mendoza JA, Burton MS, Somers E, Hsu A, Fay L,
        Palermo TM, **Rivara FP**. Pilot Randomized Controlled Trial of an Exercise
        Program Requiring Minimal In-person Visits for Youth With Persistent Sport-
        Related Concussion. Front Neurol. 2019 Jun 17;10:623.

630.    Zhou E, DeCou CR, Stuber J, Rowhani-Rahbar A, Kume K, **Rivara FP**. Usual
        Care for Emergency Department Patients Who Present with Suicide Risk: A
        Survey of Hospital Procedures in Washington State. Arch Suicide Res. 2019 Jul
        18:1-13

631.    Butler EK, Mills BM, Arbabi S, Bulger EM, Vavilala MS, Groner JI, Stansbury LG,
        Hess JR, **Rivara FP**. Association of Blood Component Ratios With 24-Hour
        Mortality in Injured Children Receiving Massive Transfusion. Crit Care Med.
        2019;47(7):975-983.

Frederick P. Rivara, M.D., M.P.H.                                                                54

632.  Cunningham RM, Carter PM, Ranney ML, Walton M, Zeoli AM, Alpern ER, Branas C, Beidas RS, Ehrlich PF, Goyal MK, Goldstick JE, Hemenway D, Hargarten SW, King CA, Massey L, Ngo Q, Pizarro J, Prosser L, Rowhani-Rahbar A, **Rivara F**, Rupp LA, Sigel E, Savolainen J, Zimmerman MA. Prevention of Firearm Injuries Among Children and Adolescents: Consensus-Driven Research Agenda from the Firearm Safety Among Children and Teens (FACTS) Consortium. JAMA Pediatr. 2019 Jun 10

633.  Bulger EM, Kuhls DA, Campbell BT, Bonne S, Cunningham RM, Betz M, Dicker R, Ranney ML, Barsotti C, Hargarten S, Sakran JV, **Rivara FP**, James T, Lamis D, Timmerman G, Rogers SO, Choucair B, Stewart RM. Proceedings from the Medical Summit on Firearm Injury Prevention: A Public Health Approach to Reduce Death and Disability in the US. J Am Coll Surg. 2019 May 17. pii: S1072-7515(19)30339-4

634.  Morgan ER, Gomez A, **Rivara FP**, Rowhani-Rahbar A. Household Firearm Ownership and Storage, Suicide Risk Factors, and Memory Loss Among Older Adults: Results From a Statewide Survey. Ann Intern Med. 2019 Apr 16

635.  Jimenez N, Virtue A, Segar K, Stoep AV, **Rivara FP**. Effect of School Services on Academic Performance After Traumatic Brain Injury in Hispanic and Non-Hispanic Students. J Sch Health. 2019 Jul;89(7):519-526

636.  Adhia A, Kernic MA, Hemenway D, Vavilala MS**, Rivara FP**. Intimate Partner Homicide of Adolescents. JAMA Pediatr. 2019 Jun 1;173(6):571-577

637.  Cohen ML, Tulsky DS, Boulton AJ, Kisala PA, Bertisch H, Yeates KO, Zonfrillo MR, Durbin DR, Jaffe KM, Temkin N, Wang J, **Rivara FP**. Reliability and Construct Validity of the TBI-QOL Communication Short Form as a Parent-Proxy Report Instrument for Children With Traumatic Brain Injury. J Speech Lang Hear Res. 2019 Jan 30;62(1):84-92

638.  Chrisman SPD, Whitlock KB, Kroshus E, Schwien C, Herring SA, **Rivara FP**. Parents' Perspectives Regarding Age Restrictions for Tackling in Youth Football. Pediatrics. 2019 May;143(5). pii: e20182402

639.  Tessler RA, Mooney SJ, Quistberg DA, Rowhani-Rahbar A, Vavilala MS, **Rivara FP**. State-Level Beer Excise Tax and Firearm Homicide in Adolescents and Young Adults. Am J Prev Med. 2019 May;56(5):708-715

640.  Mills B, Hajat A, **Rivara F**, Nurius P, Matsueda R, Rowhani-Rahbar A. Firearm assault injuries by residence and injury occurrence location. Inj Prev. 2019 Mar

641.  Tessler RA, Rangel MM, Rosser ML, **Rivara FP**, Bulger E, Vavilala MS, Reed MJ, Arbabi S. Complication in low-risk older adult trauma patients. J Trauma Acute Care Surg 2019; 86: 858-63.

642.  Simonetti JA, Simeona C, Gallagher C, Bennett E, **Rivara FP**, Rowhani-Rahbar A. Preferences for Firearm Locking Devices and Device Features Among

Frederick P. Rivara, M.D., M.P.H.                                                    55

Participants in a Firearm Safety Event. West J Emerg Med. 2019 Jul;20(4):552-556

643.  Lyons VH, **Rivara FP,** Yan AN, Currier C, Ballsmith E, Haggerty KP, Whiteside L, Floyd AS, Hajat A, Rowhani-Rahbar A. Firearm-related behaviors following firearm  injury: changes in ownership, carrying and storage. J Behav Med. 2019 Aug;42(4):658-673.

644.  Ngo QM, Sigel E, Moon A, Stein SF, Massey LS, **Rivara F**, King C, Ilgen M, Cunningham R, Walton MA; FACTS Consortium. State of the science: a scoping review of primary prevention of firearm injuries among children and adolescents. J Behav Med. 2019 Aug;42(4):811-829.

645.  Johnsen NV, Lang J, Wessells H, Vavilala MS, **Rivara FP**, Hagedorn JC. Barriers  to Care of Sexual Health Concerns in Men Following Traumatic Pelvic Fractures. J Sex Med. 2019 Oct;16(10):1557-1566.

646.  Thompson HJ, **Rivara F**, Becker KJ, Maier R, Temkin N. Impact of aging on the immune response to traumatic brain injury (AIm:TBI) study protocol. Inj Prev.2019 Sep 3. pii: injuryprev-2019-043325.

647.  McCarty CA, Zatzick D, Hoopes T, Payne K, Parrish R, **Rivara FP**. Collaborative care model for treatment of persistent symptoms after concussion among youth (CARE4PCS-II): Study protocol for a randomized, controlled trial. Trials. 2019Sep 18;20(1):567.

648.  **Rivara F**, Adhia A, Lyons V, Massey A, Mills B, Morgan E, Simckes M, Rowhani-Rahbar A. The Effects Of Violence On Health. Health Aff (Millwood). 2019 Oct;38(10):1622-1629.

649.  Zhou E, DeCou CR, Stuber J, Rowhani-Rahbar A, Kume K, **Rivara FP**. Usual Care for Emergency Department Patients Who Present with Suicide Risk: A Survey of Hospital Procedures in Washington State. Arch Suicide Res. 2019 Jul 18:1-13

650.  Butler EK, Mills BM, Arbabi S, Bulger EM, Vavilala MS, Groner JI, Stansbury LG, Hess JR, **Rivara FP**. Association of Blood Component Ratios With 24-Hour Mortality in Injured Children Receiving Massive Transfusion. Crit Care Med. 2019 Jul;47(7):975-983.

651.  Cunningham RM, Carter PM, Ranney ML, Walton M, Zeoli AM, Alpern ER, Branas C, Beidas RS, Ehrlich PF, Goyal MK, Goldstick JE, Hemenway D, Hargarten SW, King CA, Massey L, Ngo Q, Pizarro J, Prosser L, Rowhani-Rahbar A, **Rivara F**, Rupp LA, Sigel E, Savolainen J, Zimmerman MA. Prevention of Firearm Injuries Among Children and Adolescents: Consensus-Driven Research Agenda from the Firearm Safety Among Children and Teens (FACTS) Consortium. JAMA Pediatr. 2019 Jun 10.

652.  Bulger EM, Kuhls DA, Campbell BT, Bonne S, Cunningham RM, Betz M, Dicker R, Ranney ML, Barsotti C, Hargarten S, Sakran JV, **Rivara FP**, James T, Lamis

Frederick P. Rivara, M.D., M.P.H.                                                56

D, Timmerman G, Rogers SO, Choucair B, Stewart RM. Proceedings from the Medical Summit on Firearm Injury Prevention: A Public Health Approach to Reduce Death and Disability in the US. J Am Coll Surg. 2019 Oct;229(4):415-430

653.   Jimenez N, Virtue A, Segar K, Stoep AV, **Rivara FP**. Effect of School Services on Academic Performance After Traumatic Brain Injury in Hispanic and Non-Hispanic Students. J Sch Health. 2019 Jul;89(7):519-526.

654.   Morgan ER, Gomez A, **Rivara FP**, Rowhani-Rahbar A. Household Firearm Ownership and Storage, Suicide Risk Factors, and Memory Loss Among Older Adults: Results From a Statewide Survey. Ann Intern Med. 2019 Aug 6;171(3):220-222

655.   Killien EY, Huijsmans RLN, Ticknor IL, Smith LS, Vavilala MS, **Rivara FP**, Watson RS. Acute Respiratory Distress Syndrome Following Pediatric Trauma: Application of Pediatric Acute Lung Injury Consensus Conference Criteria. Crit Care Med. 2020 Jan;48(1):e26-e33

656.   Moore M, Conrick KM, Fuentes M, Rowhani-Rahbar A, Graves JM, Patil D, Herrenkohl M, Mills B, **Rivara FP**, Ebel B, Vavilala MS. Research on Injury Disparities: A Scoping Review. Health Equity. 2019 Oct 17;3(1):504-511.

657.   Kroshus E, Hoopes T, Bernstein E, Chrisman SPD, **Rivara FP**. Direct Verbal Communication by Parents, Pressure Related to Sport Achievement, and Concussion Safety in Youth Football. J Health Commun. 2019;24(10):770-779.

658.   **Rivara FP**, Tennyson R, Mills B, Browd SR, Emery CA, Gioia G, Giza CC, Herring  S, Janz KF, LaBella C, Valovich McLeod T, Meehan W, Patricios J; Four Corners Youth Consortium. Consensus Statement on Sports-Related Concussions in Youth Sports Using a Modified Delphi Approach. JAMA Pediatr. 2019 Nov 11

659.   Morgan ER, Gomez A, **Rivara FP**, Rowhani-Rahbar A. Household Firearm Ownership and Storage, Suicide Risk Factors, and Memory Loss Among Older Adults. Ann Intern Med. 2019 Nov 19;171(10):776

660.   Killien EY, Mills B, Watson RS, Vavilala MS, **Rivara FP**.  Morbidity and Mortality among Critically Injured Children with Acute Respiratory Distress Syndrome.  Crit Care Med. 2019 Feb; 47(2): e112–e119.

661.   **Rivara FP**, Gause E. Coaches Survey of VICIS Zero1 Helmet Use in High School Football. Ann Biomed Eng. 2020 Feb;48(2):517-518.

662.   Adhia A, Goddard J, Kernic MA, Fan MD, Vavilala MS, **Rivara FP**. Variation in State Laws on Access to Civil Protection Orders for Adolescents Experiencing Intimate Partner Violence. J Adolesc Health. 2020 Jan 19.

663.   Thompson HJ, **Rivara FP**, Wang J. Effect of Age on Longitudinal Changes in Symptoms, Function, and Outcome in the First Year After Mild-Moderate Traumatic Brain Injury. J Neurosci Nurs. 2020 Feb 6.

Frederick P. Rivara, M.D., M.P.H.                                            57

664.  Gibbons MJ, Fan M, Rowhani-Rahbar A, **Rivara FP**.  Legal Liability for Returning Firearms to Suicidal Persons Who Voluntarily Surrender Them in 50 US States. Am J Public Health. 2020 May; 110(5): 685–688

665.  Foster CC, Simon TD, Qu P, Holmes P, Chang JK, Ramos JL, Koutlas A, **Rivara FP**, Melzer SM, Mangione-Smith R. Social Determinants of Health and Emergency and Hospital Use by Children With Chronic Disease.  Hosp Pediatr. 2020 May 18:hpeds.2019-0248

666.  Jimenez N, Fuentes M, Frias-Garcia M, Crawley D, Moore M, **Rivara F.** Transitions to outpatient care after TBI for Hispanic children.  Hosp Pediatr. 2020 May 11:hpeds.2019-0304

667.  Killien EY, Mills B, Errett NA, Sakata V, Vavilala MS, **Rivara FP**, Kissoon N, King MA.  Prediction of Pediatric Critical Care Resource Utilization for Disaster Triage. Pediatr Crit Care Med. 2020 Apr 27

668.  Moloney K, Scheuer H, Engstrom A, Schreiber M, Whiteside L, Nehra D, Walen ML, **Rivara F,** Zatzick D.  Experiences and Insights from the Early US COVID-19 Epicenter: A Rapid Assessment Procedure Informed Clinical Ethnography Case Series. Psychiatry. 2020 Apr 27:1-13

669.  Butler EK, Boveng HM, Harruff RC, Duchin JS, Vavilala MS, **Rivara FP**, Rowhani-Rahbar A.  Risk of Suicide, Homicide, and Unintentional Firearm Deaths in the Home.  JAMA Intern Med. 2020 Apr 13:e200806.

670.  Butler EK, Mills BM, Arbabi S, Groner JI, Vavilala MS, **Rivara FP**.  Laparoscopy Compared With Laparotomy for the Management of Pediatric Blunt Abdominal Trauma.  J Surg Res. 2020 Mar 19;251:303-310

671.  Choe MC, Rosenbaum P, **Rivara FP**, Gioia GA, Giza CC; Four Corners Youth Consortium.  A Multicenter Look at Multidisciplinary Youth Concussion/Mild Traumatic Brain Injury Programs: The Four Corners Youth Consortium (4CYC). Pediatr Neurol. 2020 Jan 31:S0887-8994(20)30034-5

672.  Chrisman SPD, Whitlock KB, Mendoza JA, Burton MS, Somers E, Hsu A, Fay L, Palermo TM, **Rivara FP**.  Corrigendum: Pilot Randomized Controlled Trial of an Exercise Program Requiring Minimal In-person Visits for Youth With Persistent Sport-Related Concussion.  Front Neurol. 2020 Feb 21;11:6

673.  Mills BM, Conrick KM, Anderson S, Bailes J, Boden BP, Conway D, Ellis J, Feld F, Grant M, Hainline B, Henry G, Herring SA, Hsu WK, Isakov A, Lindley TR, McNamara L, Mihalik JP, Neal TL, Putukian M, **Rivara FP**, Sills AK, Swartz EE, Vavilala MS, Courson R. Consensus Recommendations on the Prehospital Care of the Injured Athlete With a Suspected Catastrophic Cervical Spine Injury. J Athl Train. 2020 Jun 23;55(6):563-572.

Frederick P. Rivara, M.D., M.P.H.                                                          58

674.    Massey AE, Borghesani P, Stuber J, Ratzliff A, **Rivara FP**, Rowhani-Rahbar A. Lethal Means Assessment in Psychiatric Emergency Services: Frequency and Characteristics of Assessment. Arch Suicide Res. 2020 Jun 25:1-15

675.    Rowhani-Rahbar A, Bellenger MA, Gibb L, Chesnut H, Lowry-Schiller M, Gause E, Haviland MJ, **Rivara FP**. Extreme Risk Protection Orders in Washington : A Statewide Descriptive Study. Ann Intern Med. 2020 Sep 1;173(5):342-349

676.    Morgan ER, Hill HD, Mooney SJ, **Rivara FP**, Rowhani-Rahbar A. State earned income tax credits and general health indicators: A quasi-experimental national study 1993-2016. Health Serv Res. 2020 Oct;55 Suppl 2(Suppl 2):863-872

677.    Moe CA, Adhia A, Mooney SJ, Hill HD, **Rivara FP**, Rowhani-Rahbar A. State Earned Income Tax Credit policies and intimate partner homicide in the USA, 1990-2016. Inj Prev. 2020 Jul 23:injuryprev-2020-043675

678.    Kroshus E, Bowen D, Opel D, Chrisman SPD, **Rivara FP**. Understanding Decision Making by Families About Youth Football Participation Postconcussion. Health Promot Pract. 2020 Jul 30:1524839920945255

679.    Haviland MJ, Rowhani-Rahbar A, **Rivara FP**. Age, period and cohort effects in firearm homicide and suicide in the USA, 1983-2017. Inj Prev. 2020 Jul 30:injuryprev-2020-043714.

680.    Moe CA, Haviland MJ, Bowen AG, Rowhani-Rahbar A, **Rivara FP**. Association of Minimum Age Laws for Handgun Purchase and Possession With Homicides Perpetrated by Young Adults Aged 18 to 20 Years. JAMA Pediatr. 2020 Aug 31;174(11):1056–62.

681.    Lyons VH, Haviland MJ, Azrael D, Adhia A, Bellenger MA, Ellyson A, Rowhani-Rahbar A, **Rivara FP**. Firearm purchasing and storage during the COVID-19 pandemic. Inj Prev. 2020 Sep 17:injuryprev-2020-043872.

682.    Conrick KM, Moore M, Abbotts L, Widdice L, Hoag S, Kroshus E, Philipson EB, Jinguji T, Weiner BJ, Glang A, **Rivara FP**, Chrisman SPD, Dickason CQ, Vavilala MS. Community-Engaged Approach to the Development and Implementation of a Student-Centered Return to Learn Care Plan After Concussion. J Sch Health. 2020 Nov;90(11):842-848.

683.    Lyons VH, Benson LR, Griffin E, Floyd AS, Kiche SW, Haggerty KP, Whiteside L, Conover S, Herman DB, **Rivara FP**, Rowhani-Rahbar A. Fidelity Assessment of a Social Work-Led Intervention Among Patients with Firearm Injuries. Res Soc Work Pract. 2020 Sep;30(6):678-687

684.    Ellyson AM, Gause EL, Rowhani-Rahbar A, **Rivara F**. Unspecified Firearm Type for Firearm Suicides in the National Vital Statistics System: A County-Level Analysis. Am J Prev Med. 2020 Nov;59(5):770-772.

Frederick P. Rivara, M.D., M.P.H.                                                                                    59

685.   Prater LC, Haviland MJ, **Rivara FP**, Bellenger MA, Gibb L, Rowhani-Rahbar A. Extreme Risk Protection Orders and Persons with Dementia in the State of Washington. J Gen Intern Med. 2020 Oct 16

686.   Johnsen NV, Cohn E, Johnson T, Vavilala MS, **Rivara FP**, Moore M. SexualDysfunction Following Traumatic Pelvic Fracture. J Trauma Acute Care Surg. 2020 Oct 20.

687.   Butler EK, Groner JI, Vavilala MS, Bulger EM, **Rivara FP**. Surgeon choice in management of pediatric abdominal trauma. J Pediatr Surg. 2020 Oct 6:S0022-3468(20)30672-2.

688.   Rosenbaum PE, Locandro C, Chrisman SPD, Choe MC, Richards R, Pacchia C, Cook LJ, **Rivara FP**, Gioia GA, Giza CC. Characteristics of Pediatric Mild Traumatic Brain Injury and Recovery in a Concussion Clinic Population. JAMA Netw Open. 2020 Nov 2;3(11):e2021463

689.   Pless IB, Smith R, Williamson A, Hayes M, Baker S, **Rivara FP**, Scott I, Nolan T. Twenty-five years ago. Inj Prev. 2020 Dec;26(6):505-508

690.   Bowen AG, Tessler RA, Bowen D, Haviland MJ, Rowhani-Rahbar A, **Rivara FP**. Relation of Driving Under the Influence Laws to Access to Firearms Across US States. Am J Public Health. 2021 Feb;111(2):253-258

691.   Lyons VH, Adhia A, Moe CA, Kernic MA, Schiller M, Bowen A**, Rivara FP**, Rowhani-Rahbar A. Risk Factors for Child Death During an Intimate Partner Homicide: A Case-Control Study. Child Maltreat. 2020 Dec 30 PMID: 33375835.

692.   Morgan ER, DeCou CR, Hill HD, Mooney SJ, **Rivara FP**, Rowhani-Rahbar A. State earned income tax credits and suicidal behavior: A repeated cross-sectional study. Prev Med. 2021 Jan 1;145:106403

693.   Lyons VH, Floyd AS, Griffin E, Wang J, Hajat A, Carone M, Benkeser D, Whiteside LK, Haggerty KP, **Rivara FP**, Rowhani-Rahbar A. Helping Individuals with Firearm Injuries: A Cluster Randomized Trial. J Trauma Acute Care Surg. 2020 Dec 31

694.   Marcynyszyn LA, McCarty CA, **Rivara FP**, Johnson AM, Wang J, Zatzick DF. Parent Traumatic Events and Adolescent Internalizing Symptoms: The Mediating Role of Parental Depression Among Youth with Persistent Postconcussive Symptoms. J Pediatr Psychol. 2021 Jan 7:jsaa128

695.   Leibbrand C, **Rivara F**, Rowhani-Rahbar A. Gun Violence Exposure and Experiences of Depression Among Mothers. Prev Sci. 2021 Jan 13:1–11

696.   Kovski NL, Hill HD, Mooney SJ, **Rivara FP**, Morgan ER, Rowhani-Rahbar A. Association of State-Level Earned Income Tax Credits With Rates of Reported Child Maltreatment, 2004-2017. Child Maltreat. 2021 Jan 19

Frederick P. Rivara, M.D., M.P.H.                                                        60

697.    Witt CE, Stewart BT, **Rivara FP**, Mandell SP, Gibran NS, Pham TN, Arbabi S. Inpatient and post-discharge outcomes following inhalation injury among critically injured burn patients. J Burn Care Res. 2021 Feb 9

698.    O'Connell KM, Kolnik S, Arif K, Qiu Q, Jones S, Ingraham C, **Rivara F**, Vavilala MS, Maier R, Bulger EM. Balloons up: shorter time to angioembolization is associated with reduced mortality in patients with shock and complex pelvic fractures (original study). Trauma Surg Acute Care Open. 2021 22;6(1):e000663.

699.    Wang AY, Vavilala MS, **Rivara FP**, Johnsen NV. The Effect of Sexual Dysfunction on Health-Related Quality of Life in Men Following Traumatic Pelvic Fractures. J Trauma Acute Care Surg. 2021 Mar 23.

700.    Ellyson AM, Adhia A, Lyons VH, **Rivara FP**. Prevalence, age of initiation, and patterns of co-occurrence of digital dating abuse behaviors nationwide. Child Youth Serv Rev. 2021 Mar;122:105921

701.    Bonow RH, Witt CE, Mossa-Basha M, Cuschieri J, Arbabi S, Vavilala MS, **Rivara FP**, Chesnut RM. Aspirin versus anticoagulation for stroke prophylaxis in blunt cerebrovascular injury: a propensity-matched retrospective cohort study. JNeurosurg. 2021 Mar 26:1-8.

702.    Johnson AM, McCarty CA, Marcynyszyn LA, Zatzick DF, Chrisman SP, **Rivara FP**. Child- compared with parent-report ratings on psychosocial measures following a mild traumatic brain injury among youth with persistent post-concussion symptoms. Brain Inj. 2021 Mar 18:1-13.

703.    Edmonds AT, Moe CA, Adhia A, Mooney SJ, **Rivara FP**, Hill HD, Rowhani-Rahbar A. The Earned Income Tax Credit and Intimate Partner Violence. J Interpers Violence. 2021 Mar 11:886260521997440

704.    Tessler RA, Haviland MJ, Bowen A, Bowen D, **Rivara FP**, Rowhani-Rahbar A. Association of state-level intoxicated driving laws with firearm homicide and suicide. Inj Prev. 2021 Mar 9:injuryprev-2020-044052

705.    Dalve K, Gause E, Mills B, Floyd AS, **Rivara FP**, Rowhani-Rahbar A. Neighborhood disadvantage and firearm injury: does shooting location matter? Inj Epidemiol. 2021 Mar 8;8(1):10

706.    Adhia A, Lyons VH, Moe CA, Rowhani-Rahbar A, **Rivara FP**. Nonfatal use of firearms in intimate partner violence: Results of a national survey. Prev Med. 2021 Mar 3:106500

707.    Lyons VH, DeCou CR, Niehoff E, Moore M, **Rivara FP**, Rowhani-Rahbar A. Life experiences preceding high lethality suicide attempts in adolescents at a level I regional trauma center. Suicide Life Threat Behav. 2021 Mar 5.

708.    Jimenez N, Fuentes M, Virtue A, Alonso-Gonzalez L, Lopez E, Zhou C, Crawley D, Apkon S, Johnston B, **Rivara F**. Feasibility and Acceptability of a Telephone-

Based Intervention for Hispanic Children to Promote Treatment Adherence After Traumatic Brain Injury: A Pilot Study. J Head Trauma Rehabil. 2021 Feb 22.

709.  McCarty CA, Zatzick DF, Marcynyszyn LA, Wang J, Hilt R, Jinguji T, Quitiquit C, Chrisman SPD, **Rivara FP**. Effect of Collaborative Care on Persistent Postconcussive Symptoms in Adolescents: A Randomized Clinical Trial. JAMA Netw Open. 2021 Feb 1;4(2):e210207.

710.  Killien EY, Huijsmans RLN, Vavilala MS, Schleyer AM, Robinson EF, Maine RG, **Rivara FP**. Association of Psychosocial Factors and Hospital Complications with Risk for Readmission After Trauma. J Surg Res. 2021 Aug;264:334-345

711.  Haviland MJ, Gause E, **Rivara FP**, Bowen AG, Hanron A, Rowhani-Rahbar A. Assessment of county-level proxy variables for household firearm ownership. Prev Med. 2021 Jul;148:106571

712.  Davis M, Johnson C, Pettit AR, Barkin S, Hoffman BD, Jager-Hyman S, King CA, Lieberman A, Massey L, **Rivara FP**, Sigel E, Walton M, Wolk CB, Beidas RS. Adapting Safety Check as a Universal Suicide Prevention Strategy in Pediatric Primary Care. Acad Pediatr. 2021 Sep-Oct;21(7):1161-1170.

713.  O'Connell KM, Patel KV, Powelson E, Robinson BRH, Boyle K, Peschman J, Blocher-Smith EC, Jacobson L, Leavitt J, McCrum ML, Ballou J, Brasel KJ, Judge J, Greenberg S, Mukherjee K, Qiu Q, Vavilala MS, **Rivara F**, Arbabi S. Use of regional analgesia and risk of delirium in older adults with multiple rib fractures: An Eastern Association for the Surgery of Trauma multicenter study. J Trauma Acute Care Surg. 2021 Aug 1;91(2):265-271.

714.  Chrisman SPD, Mendoza JA, Zhou C, Palermo TM, Gogue-Garcia T, Janz KF, **Rivara FP**. Pilot Study of Telehealth Delivered Rehabilitative Exercise for Youth With Concussion: The Mobile Subthreshold Exercise Program (MSTEP). Front Pediatr. 2021 May 28;9:645814

715.  **Rivara FP**, Marcynyszyn LA, Wang J, Chrisman SPD, Hilt R, Zatzick DF, Johnson AM, Jinguji T, Quitiquit C, McCarty CA. Effect of Collaborative Care for Persistent Postconcussive Symptoms on Academic Function: A Randomized Clinical Trial. J Sch Health. 2021 Dec 14.

716.  Iyer V, Hagedorn JC, Vavilala MS, **Rivara FP**, Johnsen NV. Resource Utilization and Secondary Overtriage for Patients with Traumatic Renal Injuries in a Regional Trauma System. J Trauma Acute Care Surg

717.  Chrisman SPD, Whelan BM, Zatzick DF, Hilt RJ, Wang J, Marcynyszyn LA, **Rivara FP**, McCarty CA. Prevalence and risk factors for depression, anxiety and suicidal ideation in youth with persistent post-concussive symptoms (PPCS). Brain Inj 2021 Nov 10;35(12-13):1637-1644.

718.  Rooney L, Conrick KM, Bellenger MA, Moore M, Haviland MJ, Gause E, **Rivara FP**, Rowhani-Rahbar A. Understanding the Process, Context, and

Frederick P. Rivara, M.D., M.P.H.                                                                    62

Characteristics of Extreme Risk Protection Orders: A Statewide Study. J Health Care Poor Underserved. 2021;32(4):2125-2142.

719.  Moe CA, Villaveces A, **Rivara FP**, Rowhani-Rahbar A. Self-harming behavior in relation to exposure to inter-personal violence among youth and young adults in Colombia. Int J Inj Contr Saf Promot. 2021 Nov 14:1-10

720.  Flynn-O'Brien KT, **Rivara FP**. Factors associated with physical violence against children in Haiti: a national population-based cross-sectional survey.  Int J Inj Contr Saf Promot. 2021 Nov 10:1-10.

721.  Kroshus E, Qu P, Chrisman S, Herring S, **Rivara F**. Socioeconomic status and parent perceptions about the costs and benefits of youth sport. PLoS One. 2021 Nov 10;16(11):e0258885.

722.  Benipal S, Kuppermann N, Tancredi DJ, **Rivara FP**, Wang J, Nishijima DK. Discriminatory Capacity of the Physical Domain versus the Full-Scale Pediatric Quality of Life Inventory with Traumatic Brain Injury Severity in Children. Am J Phys Med Rehabil. 2021 Oct 20.

723.  Dipnall JF, **Rivara FP**, Lyons RA, Ameratunga S, Brussoni M, Lecky FE, Bradley C, Beck B, Lyons J, Schneeberg A, Harrison JE, Gabbe BJ. Health-Related Quality of Life (HRQoL) Outcomes Following Injury in Childhood and Adolescence Using EuroQol (EQ-5D) Responses with Pooled Longitudinal Data. Int J Environ Res Public Health. 2021 Sep 27;18(19):10156.

724.  Zonfrillo MR, Haarbauer-Krupa J, Wang J, Durbin D, Jaffe KM, Temkin N, Bell M, Tulsky DS, Bertisch H, Yeates KO, **Rivara FP**. Effect of parental education and household poverty on recovery after traumatic brain injury in school-aged children. Brain Inj. 2021 Sep 19;35(11):1371-1381.

725.  Killien EY, **Rivara FP**, Dervan LA, Smith MB, Watson RS. Components of Health-Related Quality of Life Most Affected Following Pediatric Critical Illness. Crit Care Med. 2022 Jan 1;50(1):e20-e30.

726.  Lyons VH, Adhia A, Moe C, Kernic MA, Rowhani-Rahbar A, **Rivara FP**. Firearms and protective orders in intimate partner homicides. J Fam Violence. 2021;36:587-596.

727.  Floyd AS, Lyons VH, Whiteside LK, Haggerty KP, **Rivara FP**, Rowhani-Rahbar A. Barriers to recruitment, retention and intervention delivery in a randomized trial among patients with firearm injuries. Inj Epidemiol. 2021 Jul 26;8(1):37.

728.  Butler EK, Killien EY, Groner JI, Arbabi S, Vavilala MS, **Rivara FP**. Optimal Timing of Tracheostomy in Injured Adolescents. Pediatr Crit Care Med. 2021 July 1;22(7):629-641.

729.  Bui AL, McDade JE, Deming HC, Jinks-Chang S, **Rivara FP**. Association of Child Race/Ethnicity With Parent and Guardian Feelings of Safety From School Security Practices. JAMA Pediatr. 2021 Sep 1;175(9):974-975.

Frederick P. Rivara, M.D., M.P.H.                                                                63

730.  Dipnall JF, **Rivara FP,** Lyons RA, Ameratunga S, Brussoni M, Lecky FE, Bradley C, Beck B, Lyons J, Schneeberg A, Harrison JE, Gabbe BJ. Predictors of health-related quality of life following injury in childhood and adolescence: a pooled analysis. Inj Prev. 2021 Dec 22: PMID: 34937765.

731.  **Rivara FP**. The 2021 Joseph St Geme, Jr, Leadership Award Address: The Role of Structural Racism in Injuries to Children and Adolescents. Pediatrics. 2022 Jan 1;149(1):e2021054407.. PMID: 34957505.

732.  Gurrey S, McCauley H, Benson M, Prabhu P, Fan MD, **Rivara FP**, Hemenway D, Miller M, Azrael D, Rowhani-Rahbar A. Firearm-related research articles in health sciences by funding status and type: A scoping review. Prev Med Rep. 2021 Oct 18;24:101604.

733.  Hullenaar KL, Rowhani-Rahbar A, **Rivara FP**, Vavilala MS, Baumer EP. Victim-Offender Relationship and the Emotional, Social, and Physical Consequences of Violent Victimization. Am J Prev Med. 2022 Jan 6:S0749-3797 PMID: 35000834.

734.  Morgan ER, **Rivara FP**, Ta M, Grossman DC, Jones K, Rowhani-Rahbar A. Incarceration and subsequent risk of suicide: A statewide cohort study. Suicide Life Threat Behav. 2022 Jan 28. doi: 10.1111/sltb.12834 PMID: 35092087.

735.  Morgan ER, Hill HD, Mooney SJ, **Rivara FP**, Rowhani-Rahbar A. State earned income tax credits and depression and alcohol misuse among women with children. Prev Med Rep. 2022 Jan 19;26:101695. PMID:3509651

736.  McDade JE, Deming HC, Jinks-Chang S, Paulsen MR, Bui AL, Vavilala MS, **Rivara FP**, Bulger EM. Stop the Bleed Training for High School Students: Guardian Attitudes and Their Association with Prior Trauma. J Sch Health. 2022 Apr;92(4):345-352.

737.  Hilt RJ, McCarty CA, **Rivara FP**, Wang J, Marcynyszyn LA, Chrisman SPD, Johnson AM, Zatzick DF. Exploring Heterogeneity of Stepped Collaborative Care Treatment Response Trajectories after Adolescent Sports Injury Concussion. Psychiatry. 2022 Feb 9:1-12.

738.  Takagi-Stewart J, Johnson AM, Smith MB, Wang J, Marcynyszyn LA, Zatzick DF, McCarty CA, **Rivara FP**, Vavilala MS. Physician recommended school accommodations and student outcomes following a mild traumatic brain injury among youth with persistent post-concussive symptoms. NeuroRehabilitation. 2022;50(4):467-476.

739.  Betz ME, Rooney LA, Barnard LM, Siry-Bove BJ, Brandspigel S, McCarthy M, Simeon K, Meador L, **Rivara FP**, Rowhani-Rahbar A, Knoepke CE. Voluntary, temporary, out-of-home firearm storage: A qualitative study of stakeholder views. Suicide Life Threat Behav. 2022 Feb 28

740.  Groner JI, Phuong J, Price MA, Bixby PJ, Ehrlich P, Burd R, Jensen A, **Rivara FP**, Sribnick E, Thakkar R, Bulger E; NTRAP Pediatric Trauma Panel.

Frederick P. Rivara, M.D., M.P.H.                                                                    64

Developing a National Trauma Research Action Plan (NTRAP): Results from the Pediatric Research Gap Delphi Survey. J Trauma Acute Care Surg. 2022 Mar 14

741.  Killien EY, Zahlan JM, Lad H, Watson RS, Vavilala MS, Huijsmans RLN, **Rivara FP**. Epidemiology and Outcomes of Multiple Organ Dysfunction Syndrome following Pediatric Trauma. J Trauma Acute Care Surg. 2022 Apr 1

742.  Hullenaar KL, Lyons VH, Shepherd JP, Rowhani-Rahbar A, Vavilala MS, **Rivara FP.** Assault-related injuries reported to police and treated by healthcare providers in the United States. Prev Med. 2022 Jun;159:107060.

743.  Smith MB, Killien EY, Dervan LA, **Rivara FP**, Weiss NS, Watson RS. The association of severe pain experienced in the pediatric intensive care unit and postdischarge health-related quality of life: A retrospective cohort study. Paediatr Anaesth. 2022 Aug;32(8):899-906

744.  Thomas AC, Siry-Bove BJ, Barnard LM, Rooney L, McCarthy M, Mustafa A, Rowhani-Rahbar A, **Rivara FP**, Betz ME, Knoepke C. A Qualitative study on diverse perspectives and identities of firearm owners. Inj Prev. 2022 Apr 25:injuryprev-2022-044522

745.  Chrisman SPD, Bollinger BJ, Mendoza JA, Palermo TM, Zhou C, Brooks MA, **Rivara FP**. Mobile Subthreshold Exercise Program (MSTEP) for concussion: study protocol for a randomized controlled trial. Trials. 2022 Apr 26;23(1):355.

746.  Prater L, Rooney L, Bowen AG, Conrick K, Mustafa A, Moore M, **Rivara FP**, Rowhani-Rahbar A. Civilian Petitioners and Extreme Risk Protection Orders in the State of Washington. Psychiatr Serv. 2022 May 25:appips202100636.

747.  Kovski NL, Hill HD, Mooney SJ, **Rivara FP**, Rowhani-Rahbar A. Short-Term Effects of Tax Credits on Rates of Child Maltreatment Reports in the United States. Pediatrics. 2022 Jul 1;150(1):e2021054939.

748.  Kroshus E, Chrisman SPD, Hunt T, Hays R, Garrett K, Peterson A, **Rivara FP**, Chiampas G, Ramshaw Ba D, Glang A. Stakeholder-Engaged Development of a Theory-Driven, Feasible, and Acceptable Approach to Concussion Education. Health Educ Behav. 2022 Jun 15:10901981221099886.

749.  Rowhani-Rahbar A, Schleimer JP, Moe CA, **Rivara FP**, Hill HD. Income support policies and firearm violence prevention: A scoping review. Prev Med.  2022 Jul 5:107133.

750.  Cooper Z, Herrera-Escobar JP, Phuong J, Braverman MA, Bonne S, Knudson MM, **Rivara FP**, Rowhani-Rahbar A, Price MA, Bulger EM; NTRAP Injury Prevention Panel.  Developing a National Trauma Research Action Plan: Results from the injury  prevention research gap Delphi survey. J Trauma Acute Care Surg. 2022 Sep 1;93(3):367-375.

Frederick P. Rivara, M.D., M.P.H.                                                                65

751.   Gause EL, Conrick K, Moore M, Rowhani-Rahbar A, **Rivara FP**. Survey of Washington clinicians' willingness to use and preferences related to extreme risk protection orders. Prev Med Rep. 2022 Jul 5;28:101883.

752.   Betz ME, Brandspigel S, Barnard LM, Johnson RL, Knoepke CE, Peterson RA, **Rivara FP**, Rowhani-Rahbar A. Voluntary, temporary out-of-home firearm storage: a survey of law enforcement agencies in two states. Inj Epidemiol. 2022 Jul 21;9(1):24.

753.   Dalve K, Moe CA, Kovski N, **Rivara FP**, Mooney SJ, Hill HD, Rowhani-Rahbar A. Earned Income Tax Credit and Youth Violence: Findings from the Youth Risk Behavior Surveillance System. Prev Sci. 2022 Nov;23(8):1370-1378

754.   Kroshus E, Kesner T, Steiner MK, **Rivara FP**. Parent Communication and Decision Making About Firearm Storage. Ann Behav Med. 2022 Oct 3;56(10):1082-1087.

755.   Barnard LM, Johnson RL, Brandspigel S, Rooney LA, McCarthy M, Meador L, **Rivara FP**, Rowhani-Rahbar A, Knoepke CE, Fortney JC, Peterson RA, Betz ME. Voluntary, temporary out-of-home firearm storage: A survey of firearm retailers and ranges in two states. Prev Med. 2022 Dec;165(Pt A):107220

756.   Lyons VH, Haviland MJ, Zhang IY, Whiteside LK, Arbabi S, Vavilala MS, Curatolo M, **Rivara FP**, Rowhani-Rahbar A. Long-Term Prescription Opioid Use After Injury in Washington State 2015-2018. J Emerg Med. 2022 Aug;63(2):178-191.

757.   Kroshus E, Chrisman SPD, Glang A, Hunt T, Hays R, Lowry S, Peterson A, Garrett K, Ramshaw D, Hafferty K, Kinney E, Manzueta M, Steiner MK, Bollinger BJ, Chiampas G, **Rivara FP**. Concussion education for youth athletes using Pre-Game Safety Huddles: a cluster-randomised controlled trial. Inj Prev. 2023 Feb;29(1):22-28.

758.   Fallat ME, Treager C, Humphrey S, Gumer L, Jawad K, Butler E, Rogers FB, **Rivara FP**, Collings AT. A Novel Approach to Assessment of US Pediatric Trauma System Development. JAMA Surg. 2022 Nov 1;157(11):1042-1049

759.   Ellyson AM, Martin KD, Bowen D, Gallagher A, **Rivara FP**. Implicit Racial and Gender Bias About Handguns: A New Implicit Association Test. J Interpers Violence. 2022 Sep 29

760.   Robinson EM, Sivakanthan S, Durfy S, **Rivara FP**, Chrisman S, Mac Donald CL. A Comparative Analysis of Depressive Symptoms Following Sports-Related Concussion in Youth Athletes Versus Their Age-Matched Non-concussed Counterparts. Cureus. 2022 Aug 29;14(8):e28549

761.   **Rivara FP**, Ebel BE, Binjolkar M, Wang J, Hanron A, Kroshus E, Boyle LN, Patrick KE. Cognitive Impairment and Driving Skills in Youth after Concussion. J Neurotrauma. 2022 Dec 26

Frederick P. Rivara, M.D., M.P.H.                                                                    66

762.    Hullenaar KL, **Rivara FP**, Wang J, Zatzick DF. Exploring Collaborative Care Effects on the Mental and Physical Health of Patients With and Without Violent Victimization Histories. J Interpers Violence. 2022 Dec 2

763.    Prater LC, Ellyson AM, Shawon RA, Lyons VH, Cheung A, **Rivara F**, Rowhani-Rahbar A, Zatzick D. Suicide, Firearms, and Terminal Illness: A Latent Class Analysis Using Data From the National Violent Death Reporting System. Psychiatr Serv. 2022 Dec 7

764.    Morgan ER, Hitchcock W, Sakamoto I, Stempski S, **Rivara F**, Vavilala M, Quan L. Disparities in Adolescent Reported Drowning Prevention Strategies. J Adolesc Health. 2022 Dec;71(6):757-760

765.    Perlis RH, Kendall-Taylor J, Hart K, Ganguli I, Berlin JA, Bradley SM, Haneuse S, Inouye SK, Jacobs EA, Morris A, Ogedegbe O, Perencevich E, Shulman LN, Trueger NS, Fihn SD, **Rivara FP**, Flanagin A. Peer Review in a General Medical Research Journal Before and During the COVID-19 Pandemic. JAMA Netw Open. 2023 Jan 3;6(1):e2253296.

766.    Gujral K, Ellyson E, Rowhani-Rahbar-A, **Rivara F**.  The community impact of school shootings on stress-related emergency department visits. Contemporary Economic Policy 2023; 1-16.

767.    Killien EY, Grassia KL, Butler EK, Mooney SJ, Watson RS, Vavilala MS, **Rivara** FP. Variation in Tracheostomy Placement and Outcomes following Pediatric Trauma among Adult, Pediatric, and Combined Trauma Centers. J Trauma Acute Care Surg. 2022 Nov 28.

768.    Betz ME, Barnard LM, Knoepke CE, **Rivara FP**, Rowhani-Rahbar A. Creation of online maps for voluntary out-of-home firearm storage: Experiences and opportunities. Prev Med Rep. 2023 Feb 25;32:102167.

769.    Sakran JV, Bornstein SS, Dicker R, **Rivara FP**, Campbell BT, Cunningham RM, Betz M, Hargarten S, Williams A, Horwitz JM, Nehra D, Burstin H, Sheehan K, Dreier FL, James T, Sathya C, Armstrong JH, Rowhani-Rahbar A, Charles S, Goldberg A, Lee LK, Stewart RM, Kerby JD, Turner PL, Bulger EM. Proceedings from the Second Medical Summit on Firearm Injury Prevention, 2022: Creating a Sustainable Healthcare Coalition to Advance a Multidisciplinary Public Health Approach. J Am Coll Surg. 2023 Mar 6.

BOOKS:

*Injury Control.  A Guide to Research and Program Evaluation.*  **Rivara FP**, Cummings P, Koepsell TD, Grossman DC, Maier RV (editors).  Cambridge, UK:  Cambridge University Press, 2001.

*World Report on Child Injury Prevention.*  Peden M, Oyegbite K, Ozanne-Smith J, Hyder AA, Branche C, Rahman AF, **Rivara FP**, Bartolomeos K (eds).  Geneva: World Health Organization, 2008

*Adolescent Health Services: Missing Opportunities.*  Committee on Adolescent Health Care Services and Models of Care, Board on Children, Youth and Families. Washington, DC: National Research Council and the Institute of Medicine, 2008.

*Improving Access to Oral health Care for Vulnerable and Underserved Populations. Committee on Oral Health Access to services.*  Washington, DC: National Research Council and Institute of Medicine, 2011.  **Dr. Rivara was committee chair.**

*Sports-Related Concussions in Youth: Improving the science, Changing the Culture.* Robert Graham, **Frederick P. Rivara,** Morgan Ford, and Carol Mason Spicer, Editors. Washington, DC: National Research Council and Institute of Medicine, 2013.

*Preventing Bullying Through Science, Policy and Practice.*  **Frederick P. Rivara** and Suzanne Le Menstrel (editors).  The National Academies.  2016

BOOK CHAPTERS, MONOGRAPHS, TECHNICAL REPORTS:

**Rivara FP**.  Epidemiology of childhood injuries.  In:  *Behavioral Health:  A Handbook of Health Enhancement and Disease Prevention*.  John Wiley and Sons, 1984:1003-1020.

**Rivara FP**.  Injuries and poisonings during childhood.  In:  Hughes J, ed.  *Synopsis of Pediatrics*.  St. Louis:  Mosby, 1984:195-219.

**Rivara FP**, Baker SP.  Epidemiology of pediatric trauma.  In:  Dieckmann RA, ed. *Pediatric Emergency Care Systems Planning and Management.*  Baltimore:  Williams & Wilkins, 1992:80-88.

**Rivara FP**.  Injury prevention.  In:  Reisdorff EJ, Roberts MR, Wiegenstein JG, eds. *Pediatric Emergency Medicine*.  Philadelphia:  W.B. Saunders Company, 1992:922-927.

**Rivara FP**.  Control of childhood injury:  Science of prevention.  In:  Eichelberger M, ed. *Pediatric Trauma.*  St. Louis:  Mosby Year Book, 1993.

**Rivara FP**.  Unintentional injuries.  In:  Pless IB, ed.  *The Epidemiology of Childhood Disorders.*  New York:  Oxford University Press, 1994:369-391.

**Rivara FP**, Alexander B.  Occupational injuries.  In:  Rosenstock L, Cullen MR, eds. *Textbook of Clinical Occupational and Environmental Medicine.*  Philadelphia:  W.B. Saunders Company, 1994:31-41.

*Injuries in Malaysia*. edited by Krishnan R, **Rivara FP**, Arokiasamy J.  Malaysian Medical Association:  Kuala Lumpur, Malaysia, 1994.

Brownstein D, **Rivara FP**.  Emergency medical services for children (Chapter 57).  In: Behrman RE, Kliegman R, Arvin AM, eds.  *Nelson Textbook of Pediatrics, 15th edition*. Philadelphia:  W.B. Saunders Company, 1995:232-239.

Frederick P. Rivara, M.D., M.P.H.                                                                          68

**Rivara FP**, Brownstein D.  Injury control (Chapter 58).  In:  Behrman RE, Kliegman R, Arvin AM, eds.  *Nelson Textbook of Pediatrics, 15th edition.*  Philadelphia:  W.B. Saunders Company, 1995:226-232.

Thompson DC, Dannenberg AL,Thompson RS, **Rivara FP**.  Bicycling.  In:  Caine DJ, Caine CG, Lindner KJ, eds.  *Epidemiology of Sports Injuries.*  Champaign:  Human Kinetics Publishers, 1996:98-112.

National Committee for Childhood Agricultural Injury Prevention.  *Children and Agriculture:  Opportunities for Safety and Health A National Action Plan.*  Prepared by the National Farm Medicine Center, Marshfield, WI, April, 1996.

Rogers LW, **Rivara FP**, Grossman DC.  Injuries are not just "accidents."  Prevention is the goal of Harborview Center.  *Washington Public Health* 1996; volume 14/Summer:33-34.

**Rivara FP**, Thompson DC, Thompson RS.  *Circumstances and severity of bicycle injuries.*  A monograph published by the Snell Memorial Foundation, 1996.

Kellermann AL, Fuqua-Whitley DW, **Rivara FP**.  Preventing youth violence.  A summary of program evaluations.  Urban Health Initiative Monograph Series 1.  Seattle (WA): Urban Health Initiative, 1997.  Supported by the Robert Wood Johnson Foundation.

MacArthur C, DiGuiseppi C, Roberts I, **Rivara FP**.  Injury prevention and control.  In: Moyer VA, editor.  *Evidence Based Pediatrics and Child Health*.  London, UK:  BMJ Publishing Group, 2000:132-140.

**Rivara FP**, Dunn C, Simpson E.  Addressing alcohol-impaired driving:  Training physicians to detect and counsel their patients who drink heavily.  Technical Report No. DOT HS 809 076, 2000.  National Highway Traffic Safety Administration:  Washington, D.C.

**Rivara FP (conference organizer and proceedings editor)**.  Translating injury prevention research into action:  A strategic Workshop.  Proceedings of a conference Feb. 1-2, 2000, Dallas, TX, David and Lucile Packard Foundation.

Unintentional Injuries in Children.  In:  Behrman RE (editor), Deal LW (issue editor), **Rivara FP (issue editorial advisor)**.  *The Future of Children*.  Volume 10, Number 1, Spring/Summer 2000.  The David and Lucile Packard Foundation.

Kellermann AL, Fuqua-Whitley DW, **Rivara FP**.  Preventing youth violence.  A summary of program evaluations.  Urban Health Initiative Monograph Series 1.  Seattle (WA): Urban Health Initiative, 1997.  Supported by the Robert Wood Johnson Foundation. MacArthur C, DiGuiseppi C, Roberts I, Rivara FP.  Injury prevention and control.  In: Moyer VA, editor.  *Evidence Based Pediatrics and Child Health*.  London, UK:  BMJ Publishing Group, 2000:132-140.

**Rivara FP**, Dunn C, Simpson E.  Addressing alcohol-impaired driving:  Training physicians to detect and counsel their patients who drink heavily.  Technical Report No. DOT HS 809 076, 2000.  National Highway Traffic Safety Administration:  Washington, D.C.

Frederick P. Rivara, M.D., M.P.H.                                                        69

Unintentional Injuries in Children.  In:  Behrman RE (editor), Deal LW (issue editor), **Rivara FP (issue editorial advisor)**.  *The Future of Children*.  Volume 10, Number 1, Spring/Summer 2000.  The David and Lucile Packard Foundation.

**Rivara FP**, Grossman DC.  Injury Control (Chapter 50).  In:  Behrman RE, Kliegman R, Arvin AM, eds.  *Nelson Textbook of Pediatrics, 17th edition.* Philadelphia:  Elsevier Science, 2003:256-263.

Denise Dowd, **Rivara FP**.  Emergency Medical Services for Children (Chapter 51).  In: Behrman RE, Kliegman R, Arvin AM, eds.  *Nelson Textbook of Pediatrics, 17th edition.* Philadelphia:  Elsevier Science, 2003:263-267.

**Rivara FP**.  Impact of Injuries (Chapter 28).  In:  Cosby AG, Greenberg RE, Southward LH, Weitzman M, eds.  *About Children.*  American Academy of Pediatrics, 2004: 122-125.

**Rivara FP**, Alexander B.  Occupational injuries.  In:  Rosenstock L, Cullen MR, eds. *Textbook of Clinical Occupational and Environmental Medicine.*  Philadelphia:  Elsevier Saunders Company, 2005:825-833.


LETTERS TO THE EDITOR, EDITORIALS, REVIEWS

**Rivara FP**, Shepherd JP, Farrington DP Gun laws [letter] *Lancet* 1993; 342:809-810.

**Rivara FP**.  International Society for Child and Adolescent Injury Prevention [editorial]. *Injury Prevention* 1995; 1:3.

**Rivara FP**.  Joining the information age [ISCAIP report/editorial].  *Injury Prevention* 1995; 1:67.

**Rivara FP**.  An update on activities of the International Society for Child and Adolescent Injury Prevention [ISCAIP report/editorial].  *Injury Prevention* 1995; 1:140.

**Rivara FP**.  *Adolescent Injuries:  Epidemiology and Prevention* by KK Christoffel, CW Runyan [review].  *Adolescent Medicine* 1995; 6(2):1-292.

**Rivara FP**.  Child and adolescent injury control:  what to do when the conference is over [ISCAIP report/editorial].  *Injury Prevention* 1996; 2:7-8.

**Rivara FP**.  Child and adolescent injury control activities:  reports from the field [ISCAIP report/editorial].  *Injury Prevention* 1996; 2:178-180.

**Rivara FP**.  Injury research and violence:  what's our contribution?  [ISCAIP report/editorial].  *Injury Prevention* 1996; 2:249.

**Rivara FP**.  Injury prevention and the pediatrician [editorial].  *J Pediatrics* 1996; 129: 487-488.

Thompson RS, **Rivara FP**.  Protective equipment for inline skaters [editorial].  *N Engl J Med* 1996; 335 (22):1680-1682.

**Rivara FP**.  Motor vehicle occupant protection:  have we become too complacent? [ISCAIP report/editorial].  *Injury Prevention* 1997; 3:78.

Frederick P. Rivara, M.D., M.P.H.                                                    70

**Rivara FP**.  Should we be advocates for injury prevention? [ISCAIP report/editorial].  *Injury Prevention* 1997; 3:158-159.

**Rivara FP**.  The challenge of drowning prevention [editorial].  *Injury Prevention* 1997; 3:237-239.

**Rivara FP**.  Organizational responses to managed care:  Issues for academic health centers and implications for pediatric programs, by Norlin and Osborn [commentary].  *Pediatrics* 1998; 101 (Part 2 of 2/Supplement):811-812.

**Rivara FP**.  Injury prevention in practice [ISCAIP report/editorial].  *Injury Prevention* 1998; 4:3-5.

**Rivara FP**.  A research consultation program for ISCAIP [ISCAIP report/editorial].  *Injury Prevention* 1998, 4(2):86.

**Rivara FP**.  Tap water scald burns in children, by KW Feldman, RT Schaller, JA Feldman, M. McMillon [commentary].  *Pediatrics* 1998; 102 (1S):256-258.

**Rivara FP**.  Looking to the future [ISCAIP report/editorial].  *Injury Prevention* 1998, 4(3):168-169.

**Rivara FP**.  One too many:  alcohol and risk of injury [ISCAIP report/editorial].  *Injury Prevention* 1998, 4(4):249.

Bergman AB, **Rivara FP**.  Why do child cyclists in the United States remain unhelmeted? [commentary]  *Pediatrics* 1999; 104 (1):107-109.

**Rivara FP**.  Joining with the adults [ISCAIP report/editorial].  *Injury Prevention* 1999; 5:164-165.

**Rivara FP**.  Gun safety and the family physician [editorial].  *JABFP* 1999; 12:413-415.

**Rivara FP**.  Reducing the burden of injury [ISCAIP report/editorial].  *Injury Prevention* 1999; 5:85-86.

**Rivara FP**, Thompson DC, Thompson RS.  Bicycle helmets:  it's time to use them [editorial].  *BMJ* 2000; 321:1035-1036.

**Rivara FP**.  Burns: the importance of prevention [editorial].  *Inj Prev* 2000; 6:243-4.

Shepherd JP, Sivarajasingam V, **Rivara FP**.  Using injury data for violence prevention. Government proposal is an important step towards safer communities [editorial].  *BMJ* 2000; 321:1481-2.

Thompson DC, Thompson RS, **Rivara FP**.  Risk compensation theory should be subject to systematic reviews of the scientific evidence [editorial].  *Injury Prevention* 2001, 7:0-2.

**Rivara FP**, Cummings P. Writing for publication in Archives of Pediatrics & Adolescent Medicine. [Commentary]  *Arch Pediatr Adolesc Med* 2001 Oct;155(10):1090-2

**Rivara FP**, Cummings P.  Publication bias: the problem and some suggestions.  *Ach Pediatr Adolesc Med.* 2002 May;156(5):424-5

**Rivara FP**.  Research and human subjects.  *Arch Pediatr Adolesc Med* 2002 Jul;156(7):641-2

Frederick P. Rivara, M.D., M.P.H.                                              71

**Rivara FP**.  Understanding and preventing violence in children and adolescents.  *Arch Pediatr Adolesc Med* 2002 Aug;156(8):746-7

**Rivara FP**, Whitaker R, Cutler L, Sherman PM.  Obesity, nutrition, and physical activity—call for papers.  *Arch Pediatr Adolesc Med.* 2002 Sep;156(9):852

Cummings P, **Rivara FP**.  Misclassification of seat belt use.  *Inj Prev.* 2003 Mar;9(1):91

**Rivara FP**, Whitaker R, Sherman PM, Cuttler L.  Influencing the childhood behaviors that lead to obesity: role of the pediatrician and health care professional.  *Arch Pediatr Adolesc Med.* 2003 Aug;157(8):719-20.

**Rivara FP**.  Sustaining optimism.  *Arch Pediatr Adoles Med.*  2004 May; 158(5):414-5.

Pless IB, **Rivara FP**.  Do world conferences live up to their promise?  *Inj Prev.* 2004 Jun; 10(3): 129-30.

**Rivara FP**, Stapleton, FB.  Closing the quality chasm in health care: the role of critical reading.  *Arch Pediatr Adolesc Med* 2005 Apr;159(4):394-5.

Hagel B, Macpherson A, **Rivara FP**, Pless B.  Arguments against helmet legislation are flawed.  *BMJ* 2006 Mar 25;332(7543):725-6.

Christakis, DA, **Rivara, FP**.  Publication ethics: Editors' perspectives.  *J Pediatr.*  2006 Jul; 149(1S):S39-S42.

**Rivara FP**, Christakis DA. The march of science. Arch Pediatr Adolesc Med. 2007 Dec;161(12):1214-5.

Olson CM, Cummings P, **Rivara FP**.   RE: "USING HEAD-ON COLLISIONS TO COMPARE RISK OF DRIVER DEATH BY FRONTAL AIR BAG GENERATION: A MATCHED-PAIR COHORT STUDY" Am J Epidemiol. 2008 Mar 15

**Rivara FP**. Prevention of drowning: the time is now. Arch Pediatr Adolesc Med. 2009 Mar;163(3):277-8.

Ebel BE, Medina MH, Rahman AK, Appiah NJ, **Rivara FP**. Child injury around the world: a global research agenda for child injury prevention. Inj Prev. 2009 Jun;15(3):212.

**Rivara FP**, Joffe A. Research, policy, and adolescent sexual behavior. Arch Pediatr Adolesc Med. 2010 Feb;164(2):200. PubMed PMID: 20124152

**Rivara FP**, Alexander D. Randomized controlled trials and pediatric research. Arch Pediatr Adolesc Med. 2010 Mar;164(3):296-7. PubMed PMID: 20194268.

Christakis DA, **Rivara FP**. Influence of experiences from birth to 5 years of age on emotional and psychological health. Arch Pediatr Adolesc Med. 2010 May;164(5):491-2. PubMed PMID: 20439803.

Sleet DA, Pollack K, **Rivara FP**, Frattaroli S, Peek-Asa C. It wouldn't hurt to walk: promoting pedestrian injury research. Inj Prev. 2010 Jun;16(3):211-2.

Frederick P. Rivara, M.D., M.P.H.                                                72

PubMed PMID: 20570990.

**Rivara FP**. Call for papers: improving the quality of care for children and adolescents. Arch Pediatr Adolesc Med. 2010 Jul;164(7):675. PubMed PMID: 20603470.

**Rivara FP**, Brosco JP.  The Archives of Pediatrics and Adolescent Medicine at 100: another turning point in medical publishing.  Arch Pediatr Adolesc Med 2011; 165:6-8

**Rivara FP**. Counterpoint: minor injuries may not be all that minor. Inj Prev. 2011 Apr 20. PubMed PMID: 21507885.

**Rivara FP**, Sattin RW. Preventing bicycle-related injuries: next steps. Inj Prev. 2011 May 10.

**Rivara FP**. Searching for effective treatment.  Arch Pediatr Adolesc Med 2011; 165:1137-8.

Psaty BM, **Rivara FP**.  Universal screening and drug treatment of dyslipidemia in children and adolescents.  JAMA 2012; 307:257-8.

**Rivara FP**. Concussion: Time to Start Paying Attention. Arch Pediatr Adolesc Med. 2012 Mar 5.

Bauchner H, Albert DM, Coyle JT, Freischlag JA, Larrabee WF, Levine PA, Redberg RA, **Rivara FP**, Robinson JK, Rosenberg RN. The JAMA Network Journals: New Names for the Archives Journals. JAMA. 2012 Jul 2:1.

Christakis DA, Joffe A, Keren R, Davis MM, Shah SS, **Rivara FP**. Introducing JAMA Pediatrics. Arch Pediatr Adolesc Med. 2012 Jul 1;166(7):663

Cummings P, **Rivara FP**.  Spin and boasting in research articles.  Arch Pediatr Adolesc Med 2012; Oct 22.

**Rivara FP**. Continuing Evolution at JAMA Pediatrics. JAMA Pediatr. 2014 Oct 1;168(10):884 PMID: 25285861.

**Rivara FP**. Youth suicide and access to guns. JAMA Pediatr. 2015 May 1;169(5):429-30. PubMed PMID: 25751519.

McDonald CC, **Rivara F**. Capitalizing on research-industry partnerships to advance injury prevention. Inj Prev. 2015 Jun;21(3):214. PubMed PMID: 25995202.

Chrisman SP, **Rivara** FP. Physical Activity or Rest After Concussion in Youth: Questions About Timing and Potential Benefit. JAMA. 2016 Dec 20;316(23):2491-2492. doi: 10.1001/jama.2016.17562. PubMed PMID: 27997637.

**Rivara FP**, Fan MD. Pediatricians, Firearms, and the First Amendment. JAMA Pediatr. 2017 Jun 5. doi: 10.1001/jamapediatrics.2017.1145. [Epub ahead of print] PubMed PMID: 28586831.

Frederick P. Rivara, M.D., M.P.H.                                               73

Christakis DA, **Rivara FP**. Guns and Violent Media-A Toxic Mix With an Available Antidote. JAMA Pediatr. 2017 Sep 25

Rowhani-Rahbar A, **Rivara FP**. Firearm Injury After Gun Shows: Evidence to Gauge the Potential Impact of Regulatory Interventions. Ann Intern Med. 2017 Oct 24

Bauchner H, **Rivara FP**, Bonow RO, Bressler NM, Disis MLN, Heckers S, Josephson SA, Kibbe MR, Piccirillo JF, Redberg RF, Rhee JS, Robinson JK. Death by Gun Violence-A Public Health Crisis. JAMA. 2017 Oct 9.

**Rivara FP**, Easley TJ, Flanagin A, Bauchner H. Announcing JAMA Network Open-A New Journal From The JAMA Network. JAMA. 2017 Oct 3;318(13):1230-1232

**Rivara FP**, Studdert DM, Wintemute GJ. Firearm-Related Mortality: A Global Public Health Problem. JAMA. 2018 Aug 28;320(8):764-765

**Rivara FP**. Shareable 2-Wheeled Vehicles-A New Public Health Problem? JAMA Netw Open. 2019 Jan 4;2(1):e187407. doi: 10.1001/jamanetworkopen.2018.7407. PubMed PMID: 30681705

**Rivara FP**, Fihn SD, Perlis RH. Advancing Health and Health Care Using Machine

Learning: JAMA Network Open Call for Papers. JAMA Netw Open. 2018 Dec 7;1(8):e187176. doi: 10.1001/jamanetworkopen.2018.7176. PubMed PMID: 30646304.

**Rivara FP**, Fihn SD. Introducing JAMA Network Open. JAMA Netw Open. 2018 May 18;1(1):e180268. doi: 10.1001/jamanetworkopen.2018.0268. PubMed PMID: 30646044.

**Rivara FP**. Shareable 2-Wheeled Vehicles-A New Public Health Problem? JAMA Netw Open. 2019 Jan 4;2(1):e187407

**Rivara FP**, Fihn SD. JAMA Network Open-The Year in Review, 2018. JAMA Netw Open. 2019 Feb 1;2(2):e190326

**Rivara FP,** Fihn SD, Perlis RH.  Advancing health and healthcare using machine learning: JAMA Network Open call for papers.  JAMA Netw Open 2018; 1(8):e187176.

**Rivara FP**, Fihn SD. JAMA Network Open-The Year in Review, 2018. JAMA Netw Open. 2019 Feb 1;2(2):e190326

Rubenfeld GD, Fihn SD, **Rivara FP**.  Understanding and improving palliative care and care near the end of life: JAMA Network Open call for papers.  JAMA Network Open 2019; 2(6):e196307.

Rowhani-Rahbar A, Zatzick DF, **Rivara FP**. Long-lasting Consequences of Gun

Frederick P. Rivara, M.D., M.P.H.                                                          74

Violence and Mass Shootings. JAMA. 2019 May 14;321(18):1765-1766

Rowhani-Rahbar A, Bellenger MA, **Rivara FP**. Firearm Violence Research: Improving
Availability, Accessibility, and Content of Firearm-Related Data Systems. JAMA.
2019 Oct 11. doi: 10.1001/jama.2019.16286.

Winker M, Rowhani-Rahbar A, **Rivara FP**. US gun violence and deaths. BMJ. 2020 Mar
23;368:m1074. doi: 10.1136/bmj.m1074. PMID: 3220531

**Rivara FP**, Fihn SD, Perencevich EN. JAMA Network Open and COVID-19. JAMA.
2020 Sep 22;324(12):1153-1154.

Beidas RS, **Rivara F**, Rowhani-Rahbar A. Safe Firearm Storage: A Call for Research
Informed by Firearm Stakeholders. Pediatrics. 2020 Nov;146(5):e20200716

**Rivara FP**, Fihn SD. Call for Papers on Prevention and the Effects of Systemic Racism
in Health. JAMA Netw Open. 2020 Aug 3;3(8):e2016825

**Rivara FP**, Vars FE, Rowhani-Rahbar A. Three Interventions to Address the Other
Pandemic-Firearm Injury and Death. JAMA. 2021 Jan 26;325(4):343-344.

Perlis RH, Haneuse SJPA, Rubenfeld GD, Fihn SD, **Rivara FP**. Reporting Clinical
Studies Affected by the COVID-19 Pandemic: Guidelines for Authors. JAMA
Netw Open. 2021 Jan 4;4(1):e2036155

**Rivara FP**, Fihn SD. JAMA Network Open-The Year in Review, 2020. JAMA Netw
Open. 2021 Mar 1;4(3):e212388.


Ellyson AM, **Rivara FP**, Rowhani-Rahbar A. Poverty and Firearm-Related Deaths

Among US Youth. JAMA Pediatr. 2021 Nov 22


**Rivara FP**, Bradley SM, Catenacci DV, Desai AN, Ganguli I, Haneuse SJPA,
Inouye SK, Jacobs EA, Kan K, Kim HS, Morris AM, Ogedegbe O, Perencevich EN,
Perlis RH, Powell E, Rubenfeld GD, Shulman LN, Trueger NS, Fihn SD. Structural
Racism and JAMA Network Open. JAMA Netw Open. 2021 Jun 1;4(6):e2120269


Fontanarosa PB, Flanagin A, Ayanian JZ, Bonow RO, Bressler NM, Christakis D,
Disis ML, Josephson SA, Kibbe MR, Öngür D, Piccirillo JF, Redberg RF, **Rivara FP**,
Shinkai K, Yancy CW. Equity and the JAMA Network. JAMA Netw Open. 2021 Jun
1;4(6):e2118381. doi: 10.1001/jamanetworkopen.2021.18381. PMID: 34081110.


Ganguli I, **Rivara FP**, Inouye SK. Gender Differences in Electronic Health
Record Work-Amplifying the Gender Pay and Time Gap in Medicine. JAMA Netw Open.
2022 Mar 1;5(3):e223940.


**Rivara FP**, Fihn SD. JAMA Network Open-The Year in Review, 2021. JAMA Netw
Open. 2022 Mar 1;5(3):e225661.

Frederick P. Rivara, M.D., M.P.H.                                                                 75

**Rivara FP**, Haneuse SJPA, Morris AM, Fihn SD. Call for Papers on the Effects of War on Health and Health Care Delivery, Access, and Equity. JAMA Netw Open. 2022 May 2;5(5):e2217872

Bauchner H, **Rivara FP**. The scientific communication ecosystem: the responsibility of investigators. Lancet. 2022 Oct 15;400(10360):1289-1290.

Sakran JV, Hargarten S, **Rivara FP**. Coordinating a National Approach to Violence Prevention. JAMA. 2022 Sep 27;328(12):1193-1194

Bibbins-Domingo K, Shields B, Ayanian JZ, Bonow RO, Bressler NM, Christakis D, Disis ML, Josephson SA, Kibbe MR, Öngür D, Piccirillo JF, Redberg RF, **Rivara FP**, Shinkai K, Easley TJ. Public Access to Scientific Research Findings and Principles of Biomedical Research-A New Policy for the JAMA Network. JAMA. 2023 Jan 3;329(1):23-24.

## NATIONAL AND INTERNATIONAL INVITATIONAL LECTURES AND VISITING PROFESSORSHIPS

Annual meeting keynote speaker, Child Accident and Prevention Trust, London, UK, October 27, 1993

The role of medicine in Violence Prevention. Hastings Center, New York, New York, 1994

Community based approaches to Injury Prevention.  Crippled Children's Foundation Forum on Child Health, invited faculty, University of Tennessee, Memphis, TN, October 12-13, 1995

Bicycle helmets and prevention of head injuries.   Department of Pediatrics, New York University, New York, New York.

Guns and risk of Violent Death. Department of Pediatrics, SUNY at Buffalo, New York

Community Approaches to Injury Control.  Pediatric Grand Rounds, Children's Hospital and Medical Center, Cincinnati, OH, July 2, 1996.

Community Approaches to Injury Control.  Pediatric Grand Rounds, Children's Hospital of Philadelphia

Community Approaches to Injury Control.  Pediatric Grand Rounds, Hospital for Sick Children, Dept. of Surgery, Toronto, Canada.

Science and injury control.  State of the Art Plenary Session, Society for Pediatric Research, Washington, D.C., May 3, 1997

Alcohol and the risk of injury.  4th Burlington Northern Visiting Lectureship in Trauma. The University of Texas Southwestern Medical Center at Dallas, Dallas, TX, February 25, 1998.

Role of the pediatrician in violence prevention.  Visiting Professor, Grand Rounds. University of Arkansas, Arkansas Children's Hospital, Little Rock, AR,  April 6-7, 1998.

Frederick P. Rivara, M.D., M.P.H.                                                    76

Keynote address at the 1998 Charles C. Shepard Science Award, "Injury Control – the Uses of Science for Prevention."  Centers for Disease Control and Prevention, Atlanta, GA, May 7, 1998.

Role of the pediatrician in violence prevention. Silverman Lectureship, State University of New York, Department of Pediatrics, Syracuse, NY, November 4, 1998.

Child occupant protection.  Keynote speaker, Lifesavers Conference, Seattle, Washington, March 22, 1999.

Community approaches to injury control.  The Pele Chandler Lectureship, Pediatric Grand Rounds, Baylor College of Medicine, Houston, TX, May 21, 1999.

The Inaugural Lydia Catherine McCutcheon Lecture on Childhood Injury Prevention, "Motor vehicle crashes.  Causes and prevention of injury," Surgical Services Grand Rounds, Hospital for Sick Children, Toronto, Ontario, Canada, January 11, 2001.

Using science to change public policy.  Visiting Professor, Department of Pediatrics, University of Michigan, Ann Arbor Michigan.  September 2001.

Keynote Speaker, SafeUSA Conference Atlanta, GA.  December 3, 2001

(1) Using science to change public policy. (2) Mentoring junior faculty.  Pfizer Visiting Professor, Boston Medical Center, March 2002

Mentoring fellows and junior faculty.  Leader, Session at 2003 Pediatric Academic Societies meeting,  May 2002

Prevention of Injuries to Children and Adolescents Plenary Session, 6th World Conference of Injury Prevention and Control, Montreal, Canada, May 12-15, 2002

Using science to change public policy.  Visiting Professor, Grand Rounds, University of Tennessee, Memphis, TN, June 18-19, 2002

Using science to change public policy.  Keynote speaker, Robert Wood Johnson Generalist Faculty Scholar Annual Meeting, Ponte Vedra, FL December 3, 2002.

Mentoring fellows and junior faculty.  Leader, Session at 2003 Pediatric Academic Societies meeting, Seattle, WA, May 2003

"Breakfast with the Professor", 2003 Pediatric Academic Societies meeting, Seattle, WA, May 2003

Role of the pediatrician in violence prevention.  Annual Alan Ross Lecturer, McGill University Health Centre, Montreal, Quebec, Canada; September 17, 2003

Featured presenter at the 2003 Annual Meeting of the American Public Health Association's Injury Control and Emergency Health Services section special session, San Francisco, CA  November 17, 2003

Pediatric determinants of adult disease.  Visiting Professor, Department of Pediatrics, Yale University.  2004

Mentoring fellows and junior faculty.  Leader, Session at 2004 Pediatric Academic Societies meeting, May 2004

The Second Annual Rud Polhill lecture, Department of Pediatrics, University of Alabama Birmingham, April 13, 2005.

Frederick P. Rivara, M.D., M.P.H.                                                          77

Methodologic considerations for Injury Research. Ambulatory Pediatric Association Injury Control Special Interest Group. Pediatric Academic Societies' Annual Meeting. Washington, DC. May 16, 2005

The 1 million lives campaign.  Ambulatory Pediatric Association Injury Control Special Interest Group. Pediatric Academic Societies' Annual Meeting. Washington, DC. May 2006

Interventions during childhood to prevent later violence and homicide.  Annual Meeting of the American Society of Criminology, Los Angeles, November 2006.

Intimate partner violence and its effects on children.  Annual Cornfeld lecture. Children's Hospital of Philadelphia, January 31, 2007

The scientific basis of injury research.  Invited to deliver the Grant Gall lecture. University of Calgary and Alberta Children's Hospital, Calgary, Canada. February 7, 2007.

Intimate partner violence.  19th Annual WAMI Trauma Conference, Seattle June 3, 2008.

On becoming a physician: Idealism and Science.  Keynote Speaker at the University of Tennessee College of Medicine White Coat Ceremony, August 15, 2008.

Global Health and Childhood Injury.  Keynote address to the Section on Injury, Violence and Poison Prevention, AAP National Meeting, Boston, October 13, 2008.

Non-randomized designs.  Workshop at the Pediatric Academic Societies Meeting, Baltimore May 5, 2009.

Ethical issues in manuscript preparation.  Workshop at the Pediatric Academic Societies Meeting, Baltimore May 2, 2009.

35th William T. Fitts, Jr. Oration, Annual Meeting of the American Association for the Surgery of Trauma,  Pittsburgh October 2, 2009.

Keynote Speaker, Owen Wells Symposium, Maine Medical Center, November 13, 2009

Global injury control.  The William T. Fitts, Jr., MD Annual Lectureship in Trauma, Annual meeting of the American Association for the Surgery of Trauma, September 2009.

Plenary Speaker, "Moving forward in controlling injuries to children"  Safety 2010 World Conference, London , UK September 22, 2010.

Improving Access to Oral Health Care, Physician and Dentist: Together managing early childhood health, Seattle July 28, 2011

California Report Dissemination Workshop, San Francisco, August 4, 2011
Improving oral health care for children.

Preventing injuries to children around the world.  Excellence in Pediatrics Annual Meeting, Istanbul November 2011.

Frederick P. Rivara, M.D., M.P.H.                                                                 78

Role of pediatricians in controlling and preventing injuries. 35th Al's Run Visiting Professor, Children's Hospital of Milwaukee, September 2012.

Impact of intimate partner violence on children,  Excellence in Pediatrics Annual Meeting, Madrid, November 2012.

Writing your first paper.  PAS/APPD Core curriculum fellows; series.  PAS annual meeting, San Diego, April 24, 2015

Adventures in Journal Editing.  PAS Annual meeting, San Diego, April 26, 2015

Novel insights into pediatric trauma.  PAS Topic Symposium, San Diego April 27, 2015

Sports concussions in Youth.  The 2015 Harry Medovy Lecture, Children's Hospital, Winnipeg, University of Manitoba. 2015

Keynote speaker.  42nd Annual Rocky Mountain Trauma & Emergency Medicine conference.  Jun 2015.

Prevention of injuries to children and Adolescents: Where we have been, where we Need to go.  Injury Free Coalition annual meeting , Fort Lauderdale Nov 14, 2015.

Keynote speaker, 3rd annual meeting of the Pediatric Trauma Society, Nashville TN 2016

Keynote Speaker.  2017 Templeton Pediatric Trauma Symposium.  Pittsburgh, PA March 3, 2017.  Lessons from 30 years of Pediatrics Injury Control and Advocacy

Keynote Speaker, Society for Pediatric Epidemiologic Research Annual Meeting June 20, 2017

Prevention of firearm injuries.  Grand Rounds, Texas Children's Hospital, June 2017.

Developing clinical research in children's hospitals.  International pediatric conference of the Wuhan Children's Hospital, September 2018, Wuhan China.

Developing Trauma Centers.  Faculty of medicine, Wuhan, China September 2018

Addressing gun violence.  National Clinician Scholars Program Annual Meeting October 2018, Los Angeles.

25th Anniversary of the Board of Children, Youth and Families, National Academy of Sciences, November 14, 2018

Preventing Firearm Violence.  Richard E. Behrman Endowment Lecture, Stanford University and Lucile Packard Children's Hospital.  November 16, 2018

Keynote address. Injury control: Past, Present and Future.  14th Australasian Injury Prevention and Safety Promotion Conference.  Brisbane, Australia November 25, 2019

Structural racism and child injuries.  Joseph St. Geme, Jr Award from the Federation  of Pediatric Organizations, April 2021

Frederick P. Rivara, M.D., M.P.H.                                              79