FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington, <br><br> Defendant. <br><br> ALLIANCE FOR GUN RESPONSIBILITY, <br><br> Defendant-Intervenor. | No. 2:23-CV-00113-MKD <br><br> ORDER GRANTING MOTION TO INTERVENE AND MOTION TO EXPEDITE <br><br> **ECF Nos. 28, 29** |

Before the Court is nonparty the Alliance for Gun Responsibility's Motion to Intervene as a Defendant, ECF No. 29, and related Motion to Expedite, ECF No. 28. The Alliance for Gun Responsibility seeks to intervene as a defendant in this matter. Intervention is not opposed. ECF No. 29 at 4.

In a separate matter, *Brumback, et al. v. Ferguson, et al.*, No. 1:22-CV-

ORDER - 1

03093-MKD, the Court granted a similar request to intervene from the same intervenor.  343 F.R.D. 335, 339 (E.D. Wash. 2022).  The Court also recently granted a similar request in *Banta, et al. v. Ferguson, et al.*, No. 2:23-CV-00112-MKD, ECF No. 29 (E.D. Wash. May 19, 2023).

In *Brumback*, the Court denied intervention by right pursuant to Fed. R. Civ. P. 24(a) and granted intervention by permission pursuant to Fed. R. Civ. P. 24(b). 343 F.R.D. at 339.  Given the similar nature of the cases, the lack of opposition, and referring to the Court's analysis in *Brumback*, the Court grants the Alliance permission to intervene in this case pursuant to Fed. R. Civ. P. 24(b).

As the Alliance identifies in its Motion to Intervene, the Court's May 15, 2023 Order instructs that answers are due 21 days following a ruling on Plaintiffs' Motion for Preliminary Injunction.  ECF No. 25.  The Alliance shall adhere to that schedule as an intervenor-defendant.

Pursuant to the Court's May 3, 2023 Order, the time to respond to Plaintiffs' Motion for Preliminary Injunction expires June 1, 2023, and the time to reply expires June 15, 2023.  ECF No. 14.  The Alliance explains that is seeks to avoid causing undue delay or prejudice.  ECF No. 29 at 3.  If the Alliance seeks to file a response to the Motion for Preliminary Injunction after June 1, 2023, it must also file a motion for leave to file an untimely response indicating why its late response is justified.  Any response filed after June 1, 2023, shall not exceed 15 pages.

ORDER - 2

Plaintiffs may file a single reply to any responses to their Motion for Preliminary Injunction.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Alliance for Gun Responsibility's Motion to Intervene, **ECF No. 29**, is **GRANTED.** The related Motion to Expedite, **ECF No. 28**, is **GRANTED.**

2. The Alliance for Gun Responsibility shall be allowed to proceed as Defendant-Intervenor in this matter.

3. The District Court Executive is **DIRECTED** to amend the case caption as set forth in the caption of this Order.

4. Defendant-Intervenor shall adhere to the briefing schedule set for the in the May 3, 2023 Order, ECF No. 14.

5. Defendant-Intervenor shall file their Answer 21 days following a ruling on Plaintiffs' Motion for Preliminary Injunction.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to the parties.

DATED June 1, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3