William D. Marler (WSBA 17233)
**MARLER CLARK, INC., P.S.**
1012 First Avenue, 5th Floor
Seattle, WA 98104
Tel : 206-346-1888
bmarler@marlerclark.com

*Attorneys for Legal Scholars as Amici Curiae*

# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington, <br><br> Defendant. | NO. 2:23-cv-00113-MKD <br><br> NOTICE OF APPEARANCE <br> FOR WILLIAM D. MARLER |

PLEASE TAKE NOTICE that I, William D. Marler, of the law firm of Marler Clark, INC. P.S., 1012 First Avenue, Fifth Floor, Seattle, WA 98104, hereby enter my appearance in the above-captioned matter as counsel for Legal Scholars as *Amici Curiae.*

Dated: June 5, 2023                               **MARLER CLARK, INC., P.S.**

/**s**/ *William D. Marler*
William D. Marler
1012 First Avenue, Fifth Floor
Seattle, WA 98104
Tel: 206-346-1888
bmarler@marlerclark.com

Notice of Appearance - 1