William D. Marler (WSBA 17233)
**MARLER CLARK, INC., P.S.**
1012 First Avenue, 5th Floor
Seattle, WA 98104
Tel : 206-346-1888
bmarler@marlerclark.com

*Attorneys for Legal Scholars as Amici Curiae*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br>    Plaintiff, <br><br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington, <br><br>    Defendant. | NO. 2:23-cv-00113-MKD <br><br> MOTION FOR LEAVE TO APPEAR PRO HAC VICE FOR TIMOTHY M. HAGGERTY <br><br> 06/07/2023 <br> Without Oral Argument |

    I, William Dale Marler, counsel of record for *Amici Curiae* Legal Scholars, respectfully move the Court for an Order granting admission pro hac vice to attorney Timothy M. Haggerty to appear in the above-captioned matter as counsel for *Amici Curiae* Legal Scholars pursuant to Local Rule 83.2(c). I am a licensed member in good standing of the State of Washington bar (WSBA No. 17233) and this Court.

MOTION FOR LEAVE TO APPEAR - 1
PRO HAC VICE FOR TIMOTHY M. HAGGERTY

Timothy M. Haggerty's qualifications for pro hac admission and other information required by Local Rule 83.2 (c)(3) are set forth below.

A. Applicant's address and phone number:

> Timothy M. Haggerty
> Friedman Kaplan Seiler Adelman & Robbins LLP
> 1 Gateway Center
> Newark, NJ 07102-5311
> (973) 877-6400

B. Dates of admission to practice before other courts:

| Court | Admission Date |
|---|---|
| New Jersey State Bar | 12/11/2005 |
| New York Supreme Court, Appellate Division, Third Department | 04/13/2006 |
| U.S. Court of Appeals for the Third Circuit | 10/24/2018 |
| U.S. District Court for the Eastern District of New York | 04/16/2021 |
| U.S. District Court for the Southern District of New York | 03/21/2012 |
| U.S. District Court for the District of New Jersey | 01/03/2006 |

C. Name, address, and phone number of admitted counsel with whom the applicant is associated.

> William Dale Marler
> **MARLER CLARK, INC., P.S.**
> 1012 First Avenue, 5th Floor
> Seattle, WA 98104
> Tel : 206-346-1888

D. The necessity for appearance by the applicant.

Given his experience and the focus of his practice, Timothy M. Haggerty's

MOTION FOR LEAVE TO APPEAR - 2
PRO HAC VICE FOR TIMOTHY M. HAGGERTY

participation in this action would benefit *Amici Curiae* Legal Scholars and would assist in ensuring a fair and efficient resolution of this matter. In addition, Mr. Haggerty also represents the Legal Scholars as *amici curiae* in the appellate proceeding currently pending before the Third Circuit Court of Appeals (*NSSF v. Matthew Platkin, Attorney General of New Jersey*, No. 22-cv-6646 (D.N.J. filed 2022), on appeal at No. 23-1214 (3d Cir.)).

     E.    Whether the applicant has any pending disciplinary sanction actions or has ever been subject to disciplinary sanctions by any court or bar association.

    Mr. Haggerty does not have any pending disciplinary sanctions against him, nor has he ever been subject to any disciplinary sanctions by any court or bar admission.

MOTION FOR LEAVE TO APPEAR - 3
PRO HAC VICE FOR TIMOTHY M. HAGGERTY

WHEREFORE, we respectfully request that the Court admit Timothy M. Haggerty to appear pro hac vice in this action as counsel for *Amici Curiae* Legal Scholars.

DATED this 7th day of June, 2023.

**MARLER CLARK, INC., PS**

By: /s/ William D. Marler
William D. Marler, Esq.
1012 1st Avenue, Fifth Floor
Seattle, Washington 98104
Telephone: (206) 346-1888
bmarler@marlerclark.com

**FRIEDMAN KAPLAN SEILER
 ADELMAN & ROBBINS LLP**
Timothy M. Haggerty
    (*pro hac vice forthcoming*)
Rupita Chakraborty
    (*pro hac vice forthcoming*)
Alexandra Elenowitz Hess
    (*pro hac vice forthcoming*)
7 Times Square
New York, NY  10036-6516
(212) 833-1100

*Attorneys for Amici Curiae Legal Scholars*

# CERTIFICATE OF SERVICE

On the 7th day of June, 2023, I caused to be served, via ECF electronic service, a true copy of the foregoing Motion for Leave to Appear Pro Hac Vice for Timothy M. Haggerty upon all counsel registered for e-service.

DATED this 7th day of June, 2023

        s/ William D. Marler
        William D. Marler

        **MARLER CLARK, INC., PS**
        1012 1st Avenue, Fifth Floor
        Seattle, Washington 98104
        Telephone: (206) 346-1888
        bmarler@marlerclark.com