William D. Marler (WSBA 17233)
**MARLER CLARK, INC., P.S.**
1012 First Avenue, 5th Floor
Seattle, WA 98104
Tel : 206-346-1888
bmarler@marlerclark.com

*Attorneys for Legal Scholars as Amici Curiae*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., | ) ) ) | NO. 2:23-cv-00113-MKD |
| Plaintiff, | ) ) | MOTION FOR LEAVE TO APPEAR PRO HAC VICE FOR ALEXANDRA G. ELENOWITZ-HESS |
| v. | ) ) | |
| ROBERT W. FERGUSON, Attorney General of the State of Washington, | ) ) ) ) | 06/07/2023 Without Oral Argument |
| Defendant. | ) ) | |

I, William Dale Marler, counsel of record for *Amici Curiae* Legal Scholars, respectfully move the Court for an Order granting admission pro hac vice to attorney Alexandra G. Elenowitz-Hess to appear in the above-captioned matter as counsel for *Amici Curiae* Legal Scholars pursuant to Local Rule 83.2(c). I am a

MOTION FOR LEAVE TO APPEAR - 1
PRO HAC VICE FOR ALEXANDRA G. ELENOWITZ-HESS

licensed member in good standing of the State of Washington bar (WSBA No. 17233) and this Court.

Alexandra G. Elenowitz-Hess's qualifications for pro hac admission and other information required by Local Rule 83.2 (c)(3) are set forth below.

A. Applicant's address and phone number:

Alexandra G. Elenowitz-Hess
Friedman Kaplan Seiler Adelman & Robbins LLP
7 Times Square
New York, NY 10036-6516
(212) 833-1100

B. Dates of admission to practice before other courts:

| Court | Admission Date |
|---|---|
| U.S. District Court for the Eastern District of New York | 01/10/2019 |
| Supreme Court of New York, Appellate Division, First Department | 03/27/2016 |
| U.S. Court of Appeals for the Third Circuit | 04/04/2023 |
| U.S. District Court for the District of Columbia | 11/04/2019 |
| U.S. District Court for the Southern District of New York | 04/19/2016 |

C. Name, address, and phone number of admitted counsel with whom the applicant is associated.

William Dale Marler
**MARLER CLARK, INC., P.S.**
1012 First Avenue, 5th Floor
Seattle, WA 98104
Tel : 206-346-1888

D. The necessity for appearance by the applicant.

MOTION FOR LEAVE TO APPEAR - 2
PRO HAC VICE FOR ALEXANDRA G. ELENOWITZ-HESS

Given her experience and the focus of her practice, Alexandra G. Elenowitz-Hess's participation in this action would benefit *Amici Curiae* Legal Scholars and would assist in ensuring a fair and efficient resolution of this matter. In addition, Ms. Elenowitz-Hess also represents the Legal Scholars as *amici curiae* in the appellate proceeding currently pending before the Third Circuit Court of Appeals (*NSSF v. Matthew Platkin, Attorney General of New Jersey*, No. 22-cv-6646 (D.N.J. filed 2022), on appeal at No. 23-1214 (3d Cir.)).

E.  Whether the applicant has any pending disciplinary sanction actions or has ever been subject to disciplinary sanctions by any court or bar association.

Ms. Elenowitz-Hess does not have any pending disciplinary sanctions against her, nor has she ever been subject to any disciplinary sanctions by any court or bar admission.

MOTION FOR LEAVE TO APPEAR - 3
PRO HAC VICE FOR ALEXANDRA G. ELENOWITZ-HESS

WHEREFORE, we respectfully request that the Court admit Alexandra G. Elenowitz-Hess to appear pro hac vice in this action as counsel for *Amici Curiae* Legal Scholars.

DATED this 7th day of June, 2023.

                              **MARLER CLARK, INC., PS**

By:  /s/ William D. Marler
       William D. Marler, Esq.
       1012 1st Avenue, Fifth Floor
       Seattle, Washington 98104
       Telephone: (206) 346-1888
       bmarler@marlerclark.com

**FRIEDMAN KAPLAN SEILER**
 **ADELMAN & ROBBINS LLP**
Timothy M. Haggerty
    (*pro hac vice forthcoming*)
Rupita Chakraborty
    (*pro hac vice forthcoming*)
Alexandra Elenowitz Hess
    (*pro hac vice forthcoming*)
7 Times Square
New York, NY  10036-6516
(212) 833-1100

*Attorneys for Amici Curiae Legal Scholars*

MOTION FOR LEAVE TO APPEAR - 4
PRO HAC VICE FOR ALEXANDRA G. ELENOWITZ-HESS

# CERTIFICATE OF SERVICE

On the 7th day of June, 2023, I caused to be served, via ECF electronic service, a true copy of the foregoing Motion for Leave to Appear Pro Hac Vice for Alexandra G. Elenowitz-Hess upon all counsel registered for e-service.

DATED this 7th day of June, 2023

        s/ William D. Marler
        William D. Marler

        **MARLER CLARK, INC., PS**
        1012 1st Avenue, Fifth Floor
        Seattle, Washington 98104
        Telephone: (206) 346-1888
        bmarler@marlerclark.com