1  William D. Marler (WSBA 17233)
2  **MARLER CLARK, INC., P.S.**
3  1012 First Avenue, 5th Floor
   Seattle, WA 98104
4  Tel : 206-346-1888
5  bmarler@marlerclark.com
   *Attorneys for Legal Scholars as Amici Curiae*
6

7                  **UNITED STATES DISTRICT COURT**
8                  **EASTERN DISTRICT OF WASHINGTON**
9

10
11  NATIONAL SHOOTING          )      NO. 2:23-cv-00113-MKD
    SPORTS FOUNDATION, INC.,   )
12                             )
13          Plaintiff,         )      [PROPOSED] ORDER
14       v.                    )      GRANTING LEGAL
                               )      SCHOLARS' UNOPPOSED
15  ROBERT W. FERGUSON,        )      MOTION FOR LEAVE TO
16  Attorney General of the State of )  FILE *AMICI CURIAE* BRIEF
    Washington,                )
17                             )
18          Defendant.         )
19  _____)

20
21          This matter comes before the Court on the Legal Scholars' Unopposed

22  Motion for Leave to File an *Amici Curiae* Brief. The Court has considered the

23  parties' briefing; the relevant portions of the record; and the applicable law.
24

25
26
27
28

It is hereby ORDERED that the Legal Scholars' Motion for Leave to File an *Amici Curiae* Brief is GRANTED and the amici curiae brief appended to the Legal Scholars' motion is hereby accepted for filing.

IT SO ORDERED this _____ day of _____ 2023.


_____
THE HONORABLE MARY K. DIMKE
United States District Judge

Presented by:

**MARLER CLARK, INC., PS**

/s/ William D. Marler_____
William D. Marler, Esq.
1012 1st Avenue, Fifth Floor
Seattle, Washington 98104
Telephone: (206) 346-1888
bmarler@marlerclark.com

**FRIEDMAN KAPLAN SEILER**
 **ADELMAN & ROBBINS LLP**
Timothy M. Haggerty
(*pro hac vice forthcoming*)
Rupita Chakraborty
(*pro hac vice forthcoming*)
Alexandra Elenowitz Hess
(*pro hac vice forthcoming*)
7 Times Square
New York, NY  10036-6516
(212) 833-1100

*Attorneys for Amici Curiae Legal Scholars*

1

## **CERTIFICATE OF SERVICE**

2

3          On the 7th day of June, 2023, I caused to be served, via ECF

4     electronic service, a true copy of the foregoing document upon all counsel

5     registered for e-service.

6

7          DATED this 7th day of June, 2023

8                                        s/ William D. Marler
9                                        William D. Marler

10                                       **MARLER CLARK, INC., PS**
11                                       1012 1ˢᵗ Avenue, Fifth Floor
12                                       Seattle, Washington 98104
13                                       Telephone: (206) 346-1888
                                         bmarler@marlerclark.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28