1  Jessica L. Goldman, WSBA #21856
   SUMMIT LAW GROUP, PLLC
2  315 Fifth Avenue South, Suite 1000
   Seattle, WA  98104-2682
3  (206) 676-7000
   jessicag@summitlaw.com
4  *Attorneys for Amicus Curiae*
   *Everytown for Gun Safety,*
5  *Giffords Law Center to Prevent Gun Violence,*
   *and Brady Center to Prevent Gun Violence*

6

7            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WASHINGTON
8

| | |
|---|---|
| 9  NATIONAL SHOOTING SPORTS FOUNDATION, INC., | CASE NO. 2:23-cv-00113-MKD |
| 10             Plaintiff, | **NOTICE OF APPEARANCE** |
| 11       v. | **[CLERK'S ACTION REQUIRED]** |
| 12  ROBERT W. FERSUGON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON, | |
| 14             Defendant. | |

15  TO:    CLERK OF THE COURT; and

16  AND TO:  ALL PARTIES OF RECORD

17       PLEASE TAKE NOTICE that Jessica L. Goldman hereby appears for

18  Amicus Curiae Everytown for Gun Safety, Giffords Law Center to Prevent Gun

19  Violence, and Brady Center to Prevent Gun Violence, in the above-entitled action

20

NOTICE OF APPEARANCE - 1
CASE NO. 2:23-cv-00113-MKD

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1  without waiving objection to lack of personal jurisdiction, subject matter

2  jurisdiction, insufficiency of process, or insufficiency of service of process.  You

3  are hereby requested to serve all further paper and pleadings in this proceeding,

4  except original process, upon the undersigned attorney at the address stated below.

5        DATED this 7th day of June, 2023.

6

7            Respectfully Submitted,

          SUMMIT LAW GROUP, PLLC

8            Attorneys for *Amicus Curiae Everytown for Gun Safety, Giffords Law Center to Prevent Gun Violence, And Brady Center to Prevent Gun Violence*

9

10

11            By *s/ Jessica L. Goldman*

          Jessica L. Goldman, WSBA #21856

12           jessicag@summitlaw.com

          315 Fifth Ave., South, Suite 1000

13           Seattle, WA  98104

          Tel: (206) 676-7000

14

15

16

17

18

19

20

NOTICE OF APPEARANCE - 2
CASE NO. 2:23-cv-00113-MKD