1  Jessica L. Goldman, WSBA #21856
   SUMMIT LAW GROUP, PLLC
2  315 Fifth Avenue South, Suite 1000
   Seattle, WA 98104-2682
3  (206) 676-7000
   jessicag@summitlaw.com
4  *Attorneys for Amicus Curiae*
   *Everytown for Gun Safety,*
5  *Giffords Law Center to Prevent Gun Violence,*
   *and Brady Center to Prevent Gun Violence*

6

7  IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF WASHINGTON

8

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., | CASE NO. 2:23-cv-00113-MKD |
| Plaintiff, | UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF |
| v. | **Noted for Consideration**: July 7, 2023 |
| ROBERT W. FERSUGON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON, | |
| Defendant. | |

With consent of the Parties, Everytown for Gun Safety Support Fund ("Everytown"), Brady Center to Prevent Gun Violence ("Brady"), and Giffords Law Center to Prevent Gun Violence ("Giffords") (collectively "Amici") hereby respectfully move for leave to file an amicus curiae brief in support of Defendant Robert W. Ferguson, Attorney General of the State of Washington. The proposed

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS
CURIAE BRIEF - 1
CASE NO. 2:23-cv-00113-MKD

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

amicus brief is attached hereto as **Exhibit A**.  A proposed order is also submitted herewith.

Amici are gun violence prevention groups with extensive experience and interest in the legal and factual issues presented by Plaintiff's complaint and motion for preliminary injunction.  They jointly submit the proposed amicus brief to provide important context and analysis concerning certain factual and legal issues presented by the complaint and motion.

## I.    LEGAL STANDARD

It is within this Court's "broad discretion" to permit the filing of an amicus brief.  *Jordan v. Nationstar Mortg., LLC*, 2017 WL 11689000, at *2 (E.D. Wash. Jan. 26, 2017); *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).  In deciding whether to grant leave to file, courts should consider whether the briefing "assist[s] in a case of general public interest, supplement[s] the efforts of counsel, and draw[s] the court's attention to law that escaped consideration." *Miller-Wohl Co., Inc. v. Comm'r of Labor & Indus. Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).  "An amicus brief should normally be allowed when. . . the amicus has an interest in some other case that may be affected by the decision in the present case, or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cmty. Ass'n for Restoration of*

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS
CURIAE BRIEF - 2
CASE NO. 2:23-cv-00113-MKD

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

*Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999).

For the reasons explained below, Amici satisfy these criteria.

## II.    ARGUMENT

**A.    Amici's expertise provides unique insights and perspectives on this case of general public interest.**

This case concerns an issue of utmost national importance—gun violence and its prevention. Given Amici's decades of experience working to prevent gun violence, they bring both strong interest and deep expertise to this challenge to Substitute Senate Bill 5078 ("SSB 5078"). Everytown, Brady, and Giffords are national non-profit gun violence prevention organizations that advocate for gun violence prevention laws and are dedicated to researching, writing, enacting, and defending such laws. Amici also have extensive experience litigating cases involving the Second Amendment and the Protection of Lawful Commerce in Arms Act ("PLCAA"), 15 U.S.C. § 7901 *et seq.*

Brady, a leader in gun violence prevention for over 40 years, is one of the nation's oldest and largest nonpartisan, non-profit organizations dedicated to gun violence prevention. Brady provides education, research, and direct legal advocacy to reduce gun deaths and injuries, including filing amicus briefs and representing victims and communities in impact litigation.

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF - 3
CASE NO. 2:23-cv-00113-MKD

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Everytown is the education, research, and litigation arm of Everytown for Gun Safety, the largest gun violence prevention organization in the country. Everytown for Gun Safety was founded in 2014 as the combined efforts of Mayors Against Illegal Guns, a national, bipartisan coalition of mayors combatting illegal guns and gun trafficking, and Moms Demand Action for Gun Sense in America, an organization formed after the Sandy Hook massacre.

Giffords has been fighting for a safer America for 30 years, serving lawmakers, advocates, legal professionals, gun violence survivors, and others who seek to reduce gun violence and improve the safety of their communities. Led by former Congresswoman Gabrielle Giffords, Giffords researches, drafts, and defends the laws, policies, and programs proven to save lives from gun violence.

All three Amici conduct research on the causes of gun violence, the role of the gun industry in contributing to such violence, and the nature and scope of the gun industry's protection under the PLCAA. They thus bring specialized interest and experience regarding both the factual and legal issues presented by this case, and, in particular, Plaintiff's motion for a preliminary injunction.

**B.    Amici's submission will supplement the efforts of the Parties.**

Through their work in Washington and around the country, Amici strive to hold gun industry actors accountable for reckless, unlawful, and irresponsible business practices. Amici seek to share with the Court their insight and on-the-

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS
CURIAE BRIEF - 4
CASE NO. 2:23-cv-00113-MKD

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

ground experience about how the behavior of gun industry actors themselves may give rise to a public nuisance and what readily available tools the gun industry may employ to reduce the nuisance and the magnitude of the gun violence problem.

Amici's proposed brief provides a different perspective and additional information not included in the Parties' briefing. Drawing on their first-hand experience litigating cases against gun industry actors and their experience researching causes of gun violence, Amici can explain the interplay between gun industry procedures and gun violence. Amici's proposed brief provides context and analysis to address three issues: (i) the liability imposed by SSB 5078 on reckless gun industry actors themselves, (ii) the gun industry's ability to understand and apply SSB 5078's reasonableness standard, and (iii) the inapplicability of the Second Amendment. The proposed brief addresses issues raised by the National Shooting Sports Foundation ("NSSF") in its complaint and briefing. Amici's proposed brief offers information the Court may find useful as it considers the issues raised in the Parties' briefs.

C. **Amici's motion will not delay the Court's resolution of the pending matter.**

The Parties to the litigation have consented to the relief requested by this motion. Furthermore, Amici's proposed brief is timely. It is filed six days after Defendant's briefs—within the time frame set forth in the relevant federal

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS
CURIAE BRIEF - 5
CASE NO. 2:23-cv-00113-MKD

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

appellate rule. *See* Fed. R. App. P. 29(a)(6) ("An amicus curiae must file its brief … no later than 7 days after the principal brief of the party being supported is filed."). Given this timely filing, participation of Amici will not delay the briefing or argument in this case.

### III.    CONCLUSION

For these reasons, Amici respectfully request that the Court grant this motion for leave to file their amicus brief and accept for filing the accompanying amicus curiae brief.

DATED this 7th day of June, 2023.

Respectfully Submitted,

SUMMIT LAW GROUP, PLLC

Attorneys for *Amicus Curiae Everytown for Gun Safety, Giffords Law Center to Prevent Gun Violence, And Brady Center to Prevent Gun Violence*

By: s/ Jessica L. Goldman
    Jessica L. Goldman, WSBA #21856
    jessicag@summitlaw.com

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF - 6
CASE NO. 2:23-cv-00113-MKD

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001