IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERSUGON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>Defendant. | CASE NO. 2:23-cv-00113-MKD<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF |

**THIS MATTER** having come before the Court upon the unopposed motion of Everytown for Gun Safety Support Fund, Brady Center to Prevent Gun Violence, and Giffords Law Center to Prevent Gun Violence for an Order granting them leave to file a brief as amici curiae; and the Court having considered the submissions; and for good cause shown;

**IT IS HEREBY ORDERED**, on this ___ of _____, 2023, that:

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO FILE AMICUS CURIAE BRIEF - 1
CASE NO. 2:23-cv-00113-MKD

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    The Motion is **GRANTED**;

2    The Proposed amicus brief is deemed **FILED**.

3

4    _____
5    THE HONORABLE MARY K. KIMKE
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO FILE AMICUS CURIAE BRIEF - 2
CASE NO. 2:23-cv-00113-MKD

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001