Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>Defendant<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Intervenor-Defendant. | No. 2:23-cv-00113-MKD<br><br>JOINT MOTION TO EXTEND DEADLINES FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS (ECF NO. 31)<br><br>July 7, 2023<br>Without Oral Argument |

Plaintiff National Shooting Sports Foundation ("NSSF") and Defendant Attorney General Robert Ferguson (collectively, the "Parties") bring this joint motion regarding Defendant's Motion to Dismiss (ECF No. 31) filed June 1, 2023, and the related briefing of the Parties.

JOINT MOTION TO EXTEND
DEADLINES - 1

Pursuant to LCR 7(c)(2)(B) and LCR 7(d)(2)(B), a response shall normally be filed within 21 days after the filing of a dispositive motion, and a reply shall normally be filed within 14 days after the filing of the response. The Parties have conferred and jointly request that the Court extend the time for the Parties to file response and reply briefs, as detailed below:

- Plaintiff's Response to be due June 30, 2023 (29 days after the filing of Defendant's Motion to Dismiss);

- Defendant's Reply to be due July 17, 2023 (17 days after the filing of Plaintiff's Response).

For the foregoing reasons, the Parties respectfully request that the Court grant their joint motion.

DATED this 7th day of June, 2023.

> CORR CRONIN LLP
>
> *s/ Steven W. Fogg*
> Steven W. Fogg, WSBA No. 23528
> CORR CRONIN LLP
> 1015 Second Avenue, Floor 10
> Seattle, Washington 98104-1001
> Ph: (206) 625-8600 | Fax: (206) 625-0900
> sfogg@corrcronin.com

JOINT MOTION TO EXTEND
DEADLINES - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

|   |   |
|---|---|
| 1 | Paul D. Clement, admitted *pro hac vice* |
| 2 | Erin E. Murphy, admitted *pro hac vice* |
|   | Matthew D. Rowen, admitted *pro hac vice* |
| 3 | Mariel A. Brookins, admitted *pro hac vice* |
| 4 | CLEMENT & MURPHY, PLLC |
|   | 706 Duke Street |
| 5 | Alexandria, VA 22314 |
|   | Ph: (202) 742-8900 |
| 6 | paul.clement@clementmurphy.com |
|   | erin.murphy@clementmurphy.com |
| 7 | matthew.rowen@clementmurphy.com |
|   | mariel.brookins@clementmurphy.com |

*Attorneys for Plaintiff*

ROBERT W. FERGUSON
   *Attorney General*

*s/ Emma Grunberg (email approval)*
Noah G. Purcell, WSBA No. 43492
Emma Grunberg, WSBA No. 54659
Tera M. Heintz, WSBA No. 54921
Joseph D. Ehle, WSBA No. 52549
Sarah E. Smith, WSBA No. 55770
Alexia Diorio, WSBA No. 57280
P.O. Box 40100
Olympia, WA 98504-0100
Ph: (360) 753-6200
noah.purcell@atg.wa.gov
emma.grunberg@atg.wa.gov
tera.heintz@atg.wa.gov
joseph.ehle@atg.wa.gov
sarah.e.smith@atg.wa.gov
alexia.diorio@atg.wa.gov

*Attorneys for Defendant*

JOINT MOTION TO EXTEND
DEADLINES - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PACIFICA LAW GROUP LLP

*s/ Kai A. Smith (email approval)*
Kai A. Smith, WSBA No. 54749
Zachary J. Pekelis, WSBA No. 44557
1191 2nd Ave., Suite 2000
Seattle, WA 98101
Ph: (206) 245-1700
kai.smith@pacificalawgroup.com
zach.pekelis@pacificalawgroup.com

*Attorneys for Intervenor-Defendant*

JOINT MOTION TO EXTEND
DEADLINES - 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

I hereby certify that on (Date), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED at Seattle, Washington on 7th day of June, 2023.

*s/ Megan Johnston*
Megan Johnston, Legal Assistant
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625-8600
Email: mjohnston@corrcronin.com

JOINT MOTION TO EXTEND
DEADLINES - 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900