Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>Defendant<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Intervenor-Defendant. | No. 2:23-cv-00113-MKD<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR MOTION TO DISMISS (ECF NO. 31) |

Before the Court is the parties' Joint Motion to Extend Deadlines for Briefing on Defendant's Motion to Dismiss (ECF No. 31). Fed. R. Civ. P. 6(b) provides that the Court may extend the time to act as required elsewhere in the rules for good cause where a request to extend is made before the time to act expires. The Court

ORDER GRANTING JOINT MOTION TO
EXTEND DEADLINES FOR MOTION TO
DISMISS (ECF NO. 31) - 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

has reviewed the record and the joint motion, and finds good cause to grant the request.

     Accordingly, IT IS HEREBY ORDERED:

1.    The parties' Joint Motion to Extend Deadlines for Briefing on Defendant's Motion to Dismiss (ECF No. 31) is GRANTED;

2.    Plaintiff's Response to Defendant's Motion to Dismiss is due June 30, 2023; and

3.    Defendant's Reply is due July 17, 2023.

IT IS SO ORDERED. The District Court Executive is directed to file this order and provide copies to the parties.

DATED:_____

                            HON. MARY K. DIMKE
                            UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR MOTION TO DISMISS (ECF NO. 31) - 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  Paul D. Clement, admitted *pro hac vice*
2  Erin E. Murphy, admitted *pro hac vice*
   Matthew D. Rowen, admitted *pro hac vice*
3  Mariel A. Brookins, admitted *pro hac vice*
   CLEMENT & MURPHY, PLLC
4  706 Duke Street
   Alexandria, VA 22314
5  Ph: (202) 742-8900
6  paul.clement@clementmurphy.com
   erin.murphy@clementmurphy.com
7  matthew.rowen@clementmurphy.com
   mariel.brookins@clementmurphy.com
8
   *Attorneys for Plaintiff*
9
10 ROBERT W. FERGUSON
      Attorney General
11

12 *s/ Emma Grunberg (email approval)*
13 Noah G. Purcell, WSBA No. 43492
   Emma Grunberg, WSBA No. 54659
14 Tera M. Heintz, WSBA No. 54921
   Joseph D. Ehle, WSBA No. 52549
15 Sarah E. Smith, WSBA No. 55770
   Alexia Diorio, WSBA No. 57280
16 P.O. Box 40100
17 Olympia, WA 98504-0100
   Ph: (360) 753-6200
18 noah.purcell@atg.wa.gov
   emma.grunberg@atg.wa.gov
19 tera.heintz@atg.wa.gov
   joseph.ehle@atg.wa.gov
20 sarah.e.smith@atg.wa.gov
21 alexia.diorio@atg.wa.gov

22 *Attorneys for Defendant*

23

24

25

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR MOTION TO DISMISS (ECF NO. 31) - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2   PACIFICA LAW GROUP LLP
3
4   *s/ Kai A. Smith (email approval)*
    Kai A. Smith, WSBA No. 54749
5   Zachary J. Pekelis, WSBA No. 44557
    1191 2nd Ave., Suite 2000
6   Seattle, WA 98101
    Ph: (206) 245-1700
7   kai.smith@pacificalawgroup.com
    zach.pekelis@pacificalawgroup.com
8
9   *Attorneys for Intervenor-Defendant*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING JOINT MOTION TO
EXTEND DEADLINES FOR MOTION TO
DISMISS (ECF NO. 31) - 4

**Corr Cronin LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

I hereby certify that on (Date), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED at Seattle, Washington on 7th day of June, 2023.

*s/ Megan Johnston*
Megan Johnston, Legal Assistant
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625-8600
Email: mjohnston@corrcronin.com

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR MOTION TO DISMISS (ECF NO. 31) - 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900