ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA  98101-3404
(206) 245-1700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>Defendant,<br><br>and<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Intervenor-Defendant. | No.  2:23-cv-00113-MKD<br><br>JOINDER IN DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Intervenor-Defendant the Alliance for Gun Responsibility (the "Alliance") hereby joins in Defendant Robert Ferguson's Opposition to Plaintiff's Motion for

JOINDER IN OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
Case No. 2:23-cv-00113-MKD - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  Preliminary Injunction ("Motion"). The Alliance does not intend to file a separate

2  response to Plaintiff's Motion.

4      DATED this 7th day of June, 2023.

                                              PACIFICA LAW GROUP LLP

                                              *s/ Kai A. Smith*
                                              KAI A. SMITH, WSBA #54749
                                              ZACHARY J. PEKELIS, WSBA #44557
                                              1191 2nd Avenue, Suite 2000
                                              Seattle, WA  98101-3404
                                              (206) 245-1700
                                              Kai.Smith@PacificaLawGroup.com
                                              Zach.Pekelis@PacificaLawGroup.com

                                              *Attorneys for Intervenor-Defendant*
                                              *Alliance for Gun Responsibility*

JOINDER IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION
Case No. 2:23-cv-00113-MKD - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

On the 7th day of June, 2023, I caused to be served, via ECF electronic service, a true copy of the foregoing Motion to Intervene upon all counsel registered for e-service.

DATED this 7th day of June, 2023.

_____
Erica Knerr

JOINDER IN OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
Case No. 2:23-cv-00113-MKD - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750