FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, Attorney General of the State of Washington,<br><br>Defendant.<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Defendant-Intervenor. | No. 2:23-CV-00113-MKD<br><br>ORDER GRANTING UNOPPOSED MOTIONS FOR LEAVE TO FILE AMICI CURAE BRIEF<br><br>**ECF Nos. 45, 47** |

Before the Court is Legal Scholars' Unopposed Motion for Leave to File Amici Curiae Brief, ECF No. 45, and the Everytown for Gun Safety Support Fund, Brady Center to Prevent Gun Violence, and Giffords Law Center to Prevent Gun Violence's Unopposed Motion for Leave to File Amicus Curiae Brief, ECF No. 47. The proposed amici represent that their motions are unopposed.

ORDER - 1

"The privilege of being heard amicus rests in the discretion of the court which may grant or refuse leave according as it deems the proffered information timely, useful, or otherwise." *Community Ass'n for Restoration of the Env't v. Derutyer Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999) (citing *Hoptowit v. Ray*, 683 F.2d 1237, 1260 (9th Cir. 1982)).  The Court has considered the record and the motion and finds that the proposed amici are subject-matter experts and their submissions on the record would aid the Court in reaching a just and correct decision in this case.  Their entry is unopposed and the Court shall grant the request to file briefs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Legal Scholars' Unopposed Motion for Leave to File Amici Curiae Brief, **ECF No. 45**, is **GRANTED.**

2. The Everytown for Gun Safety Support Fund, Brady Center to Prevent Gun Violence, and Giffords Law Center to Prevent Gun Violence's Unopposed Motion for Leave to File Amicus Curiae Brief, **ECF No. 47**, is **GRANTED.**

3. The proposed amici shall file their proposed briefs on the record **on or before June 13, 2023.**

**IT IS SO ORDERED.**  The District Court Executive is directed to file this

ORDER - 2

1  order and provide copies to the parties.

2  DATED June 8, 2023.

3  <u>*s/Mary K. Dimke*</u>
   MARY K. DIMKE
4  UNITED STATES DISTRICT JUDGE

ORDER - 3