FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington, <br><br> Defendant. <br><br> ALLIANCE FOR GUN RESPONSIBILITY, <br><br> Defendant-Intervenor. | No. 2:23-CV-00113-MKD <br><br> ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS <br><br> ECF No. 48 |

Before the Court is the parties' Joint Motion to Extend Deadlines for Briefing on Defendant's Motion to Dismiss, ECF No. 48. The parties seek an extension of time for briefing on Defendant's pending Motion to Dismiss, ECF No. 31. LCivR 7(c)(2) provides that responses to dispositive motions are filed within 21 days, and replies are filed within 14 days of a response. Fed. R. Civ. P. 6(b)

ORDER - 1

provides that the Court may extend the time to act as required elsewhere in the rules for good cause where a request to extend is made before the time to act expires. The Court has reviewed the record and the stipulation and finds good cause to grant the request.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion to Extend Deadlines for Briefing on Defendant's Motion to Dismiss, **ECF No. 48**, is **GRANTED.**

2. The time for Plaintiff to respond to Defendant's Motion to Dismiss, ECF No. 31, is **EXTENDED** to **June 30, 2023.**

3. The time for Defendant and Defendant-Intervenor to file a reply is **EXTENDED** to **July 17, 2023.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to the parties.

DATED June 8, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2