1  ROBERT W. FERGUSON
   *Attorney General*

2

3  ALEXIA DIORIO, WSBA 57280
   *Assistant Attorney General*
   1125 Washington Street SE
4  PO Box 40100
   Olympia, WA 98504-0100
5  (360) 664-0869
   Alexia.Diorio@atg.wa.gov
6

7

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., | NO. 2:23-cv-00113-MKD |
| Plaintiff, | NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | |
| ROBERT W. FERGUSON, Attorney General of the State of Washington, | |
| Defendant. | |

16  TO:       National Shooting Sports Foundation, Plaintiff;

17  AND TO:   Steven W. Fogg, Attorney for Plaintiff;

18  AND TO:   Clerk of the Court.

19      YOU AND EACH OF YOU will please take notice that ALEXIA DIORIO,

20  Assistant Attorney General, hereby withdraws as counsel for Defendant Attorney

21  General Robert W. Ferguson, in the above-entitled action. Defendant Ferguson

22  will continue to be represented by Solicitor General NOAH G. PURCELL;

NOTICE OF WITHDRAWAL OF COUNSEL
NO. 2:23-cv-00113-MKD

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1   Deputy Solicitors General EMMA GRUNBERG and TERA M. HEINTZ; and
2   Assistant Attorneys General SARAH E. SMITH and JOSEPH D. EHLE, who
3   have previously entered their appearances. It is requested that notice of all further
4   proceedings in said action except original process, be served upon the remaining
5   counsel of record.
6       DATED this 14th day of July, 2023.

ROBERT W. FERGUSON
*Attorney General*

NOAH G. PURCELL, WSBA 43492
*Solicitor General*

*s/ Alexia Diorio*
ALEXIA DIORIO, WSBA 57280
  *Assistant Attorney General*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 664-0869
Alexia.Diorio@atg.wa.gov

*Withdrawing Attorney for*
*Defendant Robert W. Ferguson*

NOTICE OF WITHDRAWAL OF COUNSEL
NO. 2:23-cv-00113-MKD

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 14th day of July, 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
LEENA VANDERWOOD
 *Paralegal*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 570-3411
Leena.Vanderwood@atg.wa.gov

NOTICE OF WITHDRAWAL OF COUNSEL
NO. 2:23-cv-00113-MKD

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200