Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>Defendant. | No. 2:23-cv-00113-MKD<br><br>PLAINTIFF'S STATEMENT OF ADDITIONAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

Plaintiff National Shooting Sports Foundation, Inc. ("Plaintiff") hereby submit the following supplemental authority to Plaintiff's Motion for Preliminary Injunction, ECF No. 17, filed May 4, 2023. A copy of the below-referenced Opinion is attached as Exhibit A. Correspondence to The Honorable Mary K. Dimke, which states the reasons for the supplemental citation and pincites to the briefing and to the Opinion, is attached as Exhibit B.

PLAINTIFF'S STATEMENT OF
ADDITIONAL AUTHORITY - 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Published Opinion, *Teter v. Lopez*, No. 20-15948 (9th Cir. Aug. 7, 2023).

DATED this 8th day of August, 2023.

          CORR CRONIN LLP

          *s/ Steven W. Fogg*
          Steven W. Fogg, WSBA No. 23528
          CORR CRONIN LLP
          1015 Second Avenue, Floor 10
          Seattle, Washington  98104-1001
          Ph: (206) 625-8600 | Fax: (206) 625-0900
          sfogg@corrcronin.com

          Paul D. Clement, admitted *pro hac vice*
          Erin E. Murphy, admitted *pro hac vice*
          Matthew D. Rowen, admitted *pro hac vice*
          Mariel A. Brookins, admitted *pro hac vice*
          CLEMENT & MURPHY, PLLC
          706 Duke Street
          Alexandria, VA 22314
          Ph: (202) 742-8900
          paul.clement@clementmurphy.com
          erin.murphy@clementmurphy.com
          matthew.rowen@clementmurphy.com
          mariel.brookins@clementmurphy.com

          *Attorneys for Plaintiff*

PLAINTIFF'S STATEMENT OF
ADDITIONAL AUTHORITY - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on (Date), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

DATED at Seattle, Washington on 8th day of August, 2023.

*s/ Megan Johnston*
Megan Johnston, Legal Assistant
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625-8600
Email: mjohnston@corrcronin.com

PLAINTIFF'S STATEMENT OF
ADDITIONAL AUTHORITY - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900