FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, Attorney General of the State of Washington,<br><br>Defendant. | No. 2:23-CV-00113-MKD<br><br>ORDER STRIKING EXTRANEOUS BRIEFING<br><br>**ECF Nos. 61, 62** |

On August 8, 2023, Plaintiff filed a Statement of Additional Authority in Support of Plaintiffs' Motion for Preliminary Injunction, ECF No. 61. Plaintiff filed an opinion from *Teter, et al. v. Lopez, et al.*, No. 20-15948, dated August 7, 2023, ECF No. 61-1. Plaintiff also attached a letter offering analysis on the decision's implication for this case. ECF No. 61-2 at 2-4. Defendant responded with his own letter, similarly offering analysis. ECF No. 62.

ORDER - 1

The parties did not request leave to file supplemental briefing, and Court did not authorize supplemental briefing. The extraneous filings are improperly before the Court and are therefore stricken.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's letter to the Court, **ECF No. 61-2**, is **STRICKEN.**

2. Defendant's letter to the Court, **ECF No. 62**, is **STRICKEN.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to the parties.

DATED August 14, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2