ROBERT W. FERGUSON
  *Attorney General*

NOAH G. PURCELL, WSBA 43492
  *Solicitor General*

EMMA GRUNBERG, WSBA 54659
TERA M. HEINTZ, WSBA 54921
  *Deputy Solicitors General*
SARAH E. SMITH, WSBA 55770
JOSEPH D. EHLE, WSBA 52549
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br>Plaintiff, <br><br>v. <br><br>ROBERT W. FERGUSON, Attorney General of the State of Washington, <br><br>Defendant. | NO. 2:23-cv-00113-MKD <br><br> DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY |

Defendants respectfully submit the recently filed decision of the United States Court of Appeals for the Third Circuit in *National Shooting Sports Foundation v. Attorney General of New Jersey*, No. 23-1214, slip op. (3d Cir. Aug. 17, 2023), as supplemental authority in support of Attorney General Ferguson's Motion to Dismiss (ECF No. 31). The decision is attached to this notice.

DEFENDANT'S NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 2:23-cv-00113-MKD

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1     DATED this 17th day of August, 2023.

ROBERT W. FERGUSON
*Attorney General*

NOAH G. PURCELL, WSBA 43492
*Solicitor General*

s/ *Emma Grunberg*
EMMA GRUNBERG, WSBA 54659
TERA M. HEINTZ, WSBA 54921
*Deputy Solicitors General*
SARAH E. SMITH, WSBA 55770
JOSEPH D. EHLE, WSBA 52549
*Assistant Attorneys General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Noah.Purcell@atg.wa.gov
Emma.Grunberg@atg.wa.gov
Tera.Heintz@atg.wa.gov
Sarah.E.Smith@atg.wa.gov
Joseph.Ehle@atg.wa.gov

*Attorneys for Defendant Robert W. Ferguson*

DEFENDANT'S NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 2:23-cv-00113-MKD

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 17th day of August, 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
LEENA VANDERWOOD
   *Paralegal*
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 570-3411
Leena.Vanderwood@atg.wa.gov

DEFENDANT'S NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 2:23-cv-00113-MKD

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200