# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

NATIONAL SHOOTING SPORTS
FOUNDATION, INC.,

                                    Plaintiff,

v.

ROBERT W. FERGUSON, Attorney
General of the State of Washington, et al.,

                                    Defendants.

**Case No.** 2:23-CV-0113-MKD

**CIVIL MINUTES**

**DATE:  8/18/2023**

**LOCATION:  Spokane**

**MOTION HEARING**

| JUDGE MARY K. DIMKE | | |
|---|---|---|
| Linda Hansen | LC 02 | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |

| Matthew D Rowen / Steven Fogg | Emma Grunberg / Tera Heintz |
|---|---|
| | Zachary Pekelis *for Intervenor Defendant Alliance for Gun Responsibility* |
| **Plaintiffs' Counsel** | **Defense Counsel** |

[ X ] Open Court                [   ] Chambers                [   ] Video Conference

All parties are present in the courtroom.

Motions before the Court:

> ### Defendant's Motion to Dismiss, ECF No. 31
> Emma Grunberg presented argument in support of Defendant's motion.
> Matthew Rowen argued in opposition on behalf of the Plaintiff.
> Ms. Grunberg made rebuttal remarks.

**Recessed:        12:45 pm**
**Reconvened:     2:01 pm**

> ### Plaintiff's Motion for Preliminary Injunction, ECF No. 17
> Matthew Rowen presented argument in support of Plaintiff's motion.
> Tera Heintz and Emma Grunberg argued in opposition on behalf of the Defendant.
> Mr. Rowen argued in rebuttal.
> Preliminary Court Ruling:

The Court took the matters under advisement and will issue a written order.

Page - 2                                                                                          Motion Hearing

| CONVENED:    12:02 PM | RECESSED:    12:45 PM | TIME:    43 MINS | ORDER FORTHCOMING [ X ] |
|---|---|---|---|
| RECONVENED:    2:01 PM | ADJOURNED:  3:00 PM | 59 MINS | |
| | | TOTAL: 1 HR/42 MINS | |