AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

### Mar 08, 2024

for the

Eastern District of Washington

SEAN F. McAVOY, CLERK

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| ROBERT W. FERGUSON, Attorney General of the State of Washington, Defendant; ALLIANCE FOR GUN RESPONSIBILITY, Defendant-Intervenor | ) |
| _____ | ) |
| *Defendant* | |

Civil Action No.   2:23-CV-00113-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Pursuant to the Court's Order Granting Defendant's 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiff's Complaint, ECF No. 68, Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Mary K. Dimke.

Date:   3/8/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony